







Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

David Michaels
@DavidMi47644829

people here then shut the fuck up.

1 · 10

**Eric** @edresq92 · Feb 28, 2024
Which explains why Trump created 11th hour amnesty for Venezuelans in January 2021?

1 · 12

**WhoAreWe** @tropicalswell · Feb 28, 2024
👎👍👎👍

7

**Rem 2000 & 2016** @Rem2000 · Feb 28, 2024
Is Corey Lewandowski the best you can do, Sweetie? Many Venezuelans I've spoken to are seeking better lives. Are you looking for a more risqué relationship, Kristi?

nypost.com
Trump donor files police report accusing Core...
Trashelle Odom, a prominent Trump campaign donor, said that Lewandowski made several ...

1 · 25

**TJ_TX_LA** @747_TJ · Feb 28, 2024
Says the political hack that has done nothing to help the US government stop this!

2

**ThatOneGuy** @DOGGO525 · Feb 28, 2024
Neither did Colorado.

4

**Wes Rupert** @rupert_wes · Feb 28, 2024
Magats ban more people than they embrace. Wonder why they lost in 2020, 2022?

6

**Victor Rodriguez** @VictorR48801957 · Feb 28, 2024
Democrats didn't learn with ms13. So I guess their mentally challenged. Why are they in power?? Oh yeah, brainwashed useful idiots.

4

**Michael Auerbach** @auerbachaz · Feb 28, 2024
@KristiNoem sure sounded like a VP nominee speech.
Go Kristi

Search

**Recent** Clear all

("TaxAct") (from:hollycappuc...
("Smith") (from:hollycappucci...
("Washington settlement") (fr...
("Smith-Washington settleme...
("settlement") (from:hollycap...
("kroll") (from:hollycappuccino)
("Kroll") (from:hollycappuccino)

Unveiled (NHL/NHLPA)
LIVE

Trending in United States
**#earthquake**
43.7K posts

Trending in United States
**Genghis Khan**

Entertainment · Trending
**Eddie Murphy**

Politics · Trending
**Ohio**
48.9K posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ...
© 2025 X Corp.

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

David Michaels
@DavidMi47644829

Post

**Michael Auerbach** @auerbachaz · Feb 28, 2024
@KristiNoem sure sounded like a VP nominee speech.
Go Kristi

7

**Trick_Or_Tweet** @wet_mogwai · Mar 1, 2024

**I Smoked The Kansas Cit...** @BlackKni... · Feb 25, 2024
That immigrant was Venezuelan and guess how he got here
x.com/My_comments_R/...

**Trump grants Venezuelans temporary legal status on his way out**

The U.S. will defer for 18 months the removal of certain Venezuelan nationals.

Members of the audience wave Venezuelan and American flags as President Donald Trump speaks to a Venezuelan American community in Miami, Fla., on Feb. 18, 2019. | Andrew Harnik/AP Photo

By SABRINA RODRIGUEZ
01/19/2021 09:24 PM EST

7

**OldLadyInAZ** 🌵🇺🇦🇺🇸 @HappyAZLady · Feb 29, 2024
Like these Venezuelans that your orange stinky criminal kept from being deported?

AP
Israel-Hamas war Flaco the owl dies Trump

Donald Trump shielded tens of thousands of Venezuelan migrants from deportation Tuesday night, rewarding Venezuelan exiles who have been among his most loyal supporters and who fear losing the same privileged access to the White House during the Biden administration.

Trump signed an executive order deferring for 18 months the removal of more than 145,000

Search

**Recent** Clear all
("TaxAct") (from:hollycappuc...
("Smith") (from:hollycappucci...
("Washington settlement") (fr...
("Smith-Washington settleme...
("settlement") (from:hollycap...
("kroll") (from:hollycappuccino)
("Kroll") (from:hollycappuccino)

Unveiled (NHL/NHLPA)
LIVE

Trending in United States
**#earthquake**
43.7K posts

Trending in United States
**Genghis Khan**

Entertainment · Trending
**Eddie Murphy**

Politics · Trending
**Ohio**
48.9K posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2025 X Corp.

Grok

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

David Michaels
@DavidMi47644829

privileged access to the White House during the Biden administration.

Trump signed an executive order deferring for 18 months the removal of more than 145,000 Venezuelans who were at risk of being sent back to their crisis-wracked homeland. He cited the "deteriorative condition" within Venezuela that constitutes a national security threat as the basis for his decision.

"America remains a beacon of hope and freedom for many, and now eligible

2

**Y-Man** @ty_mandividend · Feb 28, 2024

By SABRINA RODRIGUEZ
01/19/2021 09:24 PM EST

President Donald Trump on Tuesday announced he will offer Venezuelan exiles protection from deportation, a move he has considered for years but refused to do until his last full day in office.

Trump is using the little-known Deferred Enforced Departure program, or DED, to offer temporary legal status to Venezuelans fleeing the humanitarian crisis brought on by Nicolás Maduro's regime. DED, similar to Temporary Protected Status or TPS, protects recipients from deportation and allows them to get work permits. However, it is granted directly by the president instead of the Department of Homeland Security.

7

**Nanette Price** @nanetteprice71 · Feb 28, 2024
Jan 19, 2021 · President Donald Trump has shielded tens of thousands of Venezuelan migrants from deportation from the U.S. The order signed Tuesday night was a final reward for Venezuelan exiles.

9

**Bob Schwab** @BobSchwab7 · Feb 28, 2024
So original. Fear and hatred is all you have to sell. Did Corey give you this idea?

Recent Clear all
("TaxAct") (from:hollycappuc...
("Smith") (from:hollycappucci...
("Washington settlement") (fr...
("Smith-Washington settleme...
("settlement") (from:hollycap...
("kroll") (from:hollycappuccino)
("Kroll") (from:hollycappuccino)

Unveiled (NHL/NHLPA)
LIVE

Trending in United States
#earthquake
43.7K posts

Trending in United States
Genghis Khan

Entertainment · Trending
Eddie Murphy

Politics · Trending
Ohio
48.9K posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2025 X Corp.

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

David Michaels
@DavidMi47644829

8

**Ken Atwood** @cabmanbxr · Feb 28, 2024
You've kissed the Orange Moron's diapered ass for ages. You encourage loser racists and white nationalists to come here. Traitor Tot, you're as someone else said, a true show pony. Trash personified.
Hungry schoolkids? You don't care. Can't wait until you're GONE.

8

**Christopher Himsl** @christo28213184 · Feb 29, 2024
Here are your criminals.
What happened to the America of
"Give me your tired, your poor,
your huddle masses yearning to breathe free . . ."

How & when did your family get here?

10

**Scott Zoller** @ScottZoller · Feb 28, 2024
Your undying devotion to your cult leader Daffy Donnie will be your downfall.

6

**wi_dust_nd** @wi_dust_nd · Feb 28, 2024

> **Jo** @JoJoFromJerz · Feb 27, 2024
> Hey @GOP — YOU killed the bipartisan border bill YOU asked for because Trump told YOU to.
> Can't pin this shit on Biden.

Recent — Clear all
("TaxAct") (from:hollycappuc...
("Smith") (from:hollycappucci...
("Washington settlement") (fr...
("Smith-Washington settleme...
("settlement") (from:hollycap...
("kroll") (from:hollycappuccino)
("Kroll") (from:hollycappuccino)

Unveiled (NHL/NHLPA)
LIVE

Trending in United States
**#earthquake**
43.7K posts

Trending in United States
**Genghis Khan**

Entertainment · Trending
**Eddie Murphy**

Politics · Trending
**Ohio**
48.9K posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2025 X Corp.







Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

David Michaels
@DavidMi47644829

Post

**Jo** @JoJoFromJerz · Feb 27, 2024
Hey @GOP — YOU killed the bipartisan border bill YOU asked for because Trump told YOU to.
Can't pin this shit on Biden.
YOU the border now.

**GOP** @GOP Follow

Americans now view the border crisis as the most important problem facing the country.

Biden created the crisis through his executive actions, and he refuses to end it by reversing them.

From news.gallup.com

5

**YachatsSteve** @stevepaul59 · Feb 28, 2024
Gee willikers Hypocrisy Hussy! What makes you think that your dude is worthy of anything but scorn. You are the party of no shame.

DAILY NEWS
NEW YORK'S HOMETOWN NEWSPAPER
EXCLUSIVE: BETRAYED HEROES TO PROMOTE SELF
TRUMP'S 9/11 LIE
Bragged about donating to victims' charities, but actually gave nothing
PAGES 4,5,6,7

3 39

**YachatsSteve** @stevepaul59 · Feb 28, 2024
x.com/badbradrsr/sta...

2 38

Recent Clear all
("TaxAct") (from:hollycappuc...
("Smith") (from:hollycappucci...
("Washington settlement") (fr...
("Smith-Washington settleme...
("settlement") (from:hollycap...
("kroll") (from:hollycappuccino)
("Kroll") (from:hollycappuccino)

Unveiled (NHL/NHLPA)
LIVE

Trending in United States
**#earthquake**
43.7K posts

Trending in United States
**Genghis Khan**

Entertainment · Trending
**Eddie Murphy**

Politics · Trending
**Ohio**
48.9K posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2025 X Corp.

Post

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

Post

**YachatsSteve** @stevepaul59 · Feb 28, 2024
x.com/badbradrsr/sta...
2 · 38

**Bandele Ganiyu** @BandeleGaniyu · Feb 28, 2024
Fox News is not a credible reliable source they were sued for lying to Americans admitted lying and settled for $787.5Mil. #kristinoem #SouthDakota supports a con man, fraud and a rapist. Went to kiss his ring in Florida.

Fox News @FoxNews · Feb 26
Venezuelan migrant illegally in US charged for sexual assault against minor in Virginia trib.al/QAZBOdQ

6:26 PM · Feb 27, 2024 · 61.7K Views

This part

01/2021

CARACAS, Venezuela (AP) — With the clock winding down on his term, U.S. President Donald Trump shielded tens of thousands of Venezuelan migrants from deportation Tuesday night, rewarding Venezuelan exiles who have been among his most loyal supporters and who fear losing the same privileged access to the White House during the Biden administration.

Trump signed an executive order deferring for 18 months the removal of more than 145,000 Venezuelans who were at risk of being sent back to their crisis-wracked

15

**Mandy** @Mandy04771043 · Feb 28, 2024

6

**Rick** @Rick56561940 · Feb 28, 2024
This government in charge right now in America is absolutely evil. Wake up, everybody -TRUMP 2024
24

**Alan Harvey** @kleinbattle · Feb 28, 2024
There she is! Gotta deflect from YOUR party sinking the immigration fix favored by the Border Patrol. Demagog away, Kristi. Can't fund Ukraine, the star witness in the Hunter Biden probe was a Russian asset. That's the truth. Y'all are really stupid or you're complicit, or both.
5

**David Michaels**
@DavidMi47644829

Search

**Recent** Clear all

("TaxAct") (from:hollycappuc...
("Smith") (from:hollycappucci...
("Washington settlement") (fr...
("Smith-Washington settleme...
("settlement") (from:hollycap...
("kroll") (from:hollycappuccino)
("Kroll") (from:hollycappuccino)

**Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
43.7K posts

Trending in United States
**Genghis Khan**

Entertainment · Trending
**Eddie Murphy**

Politics · Trending
**Ohio**
48.9K posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2025 X Corp.

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

fix favored by the Border Patrol. Demagog away, Kristi. Can't fund Ukraine, the star witness in the Hunter Biden probe was a Russian asset. That's the truth. Y'all are really stupid or you're complicit, or both.

5

**Bill Watkins** @TravelingPoet1 · Feb 28, 2024
Scapegoating migrants while our own citizens remain gun sick.

21

**Wayne Rice** @wrice99 · Feb 28, 2024
We have to thank Donnie for allowing Putin to interfere in Venezuela's affairs which caused the exodus into the US. We need to understand why people flee their countries.

19

**Wayne Rice** @wrice99 · Feb 28, 2024

From politico.com

21

**VHS - Brim$ton3** 💀 @Brimstone_NYC · Feb 28, 2024
Why wait? Start now!

19

**White Mamba** @vipersnke · Feb 28, 2024
Warned years ago it was coming.
Flipping hemispheres. #GlobalEquity

**David Michaels**
@DavidMi47644829

**Recent** Clear all

("TaxAct") (from:hollycappuc...
("Smith") (from:hollycappucci...
("Washington settlement") (fr...
("Smith-Washington settleme...
("settlement") (from:hollycap...
("kroll") (from:hollycappuccino)
("Kroll") (from:hollycappuccino)

Unveiled (NHL/NHLPA)
LIVE

Trending in United States
**#earthquake**
43.7K posts

Trending in United States
**Genghis Khan**

Entertainment · Trending
**Eddie Murphy**

Politics · Trending
**Ohio**
48.9K posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2025 X Corp.







Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

Post

**White Mamba** @vipersnke · Feb 28, 2024
Warned years ago it was coming.
Flipping hemispheres. #GlobalEquity
20

**whyohwhy** @ohwhyohwhy22 · Feb 28, 2024
You lie worse than you cheat on your hubby
10

**Tom Donald** @TomDona47629830 · Feb 28, 2024
Must elevate the consequences for criminal behavior.
3

**David Govostes** @DaveWoburn · Feb 28, 2024
China loves liberal Democrats
11

**Porky the Pig** @porky626 · Feb 28, 2024

New York Post @nypost

SD Gov. Kristi Noem having affair with Trump aide Corey Lewandowski, sources say: 'He's 100% banging her' trib.al/YwSTHQl

21

**Sam Lopez** @miraflores1962 · Feb 28, 2024
You fit right in! The lowest of the low.

**David Michaels**
@DavidMi47644829

Search

Recent Clear all

("TaxAct") (from:hollycappuc...
("Smith") (from:hollycappucci...
("Washington settlement") (fr...
("Smith-Washington settleme...
("settlement") (from:hollycap...
("kroll") (from:hollycappuccino)
("Kroll") (from:hollycappuccino)

Unveiled (NHL/NHLPA)
LIVE

Trending in United States
**#earthquake**
43.7K posts

Trending in United States
**Genghis Khan**

Entertainment · Trending
**Eddie Murphy**

Politics · Trending
**Ohio**
48.9K posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2025 X Corp.

Grok

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

2

**Peace thru Pets** 🇺🇦 🐶 @DroppyEars · Feb 28, 2024
Republicans are better at whining than actually solving problems.

5

**MichiganRocks** @michigan4season · Feb 28, 2024
Just like Trump said.

6

**Peeoveroh** @theravenking00 · Feb 29, 2024
And now they don't want them deported back. Well I say too bad. Give them a helicopter ride 😉

Venezuela Stops the US From Deporting Violent Criminals

9

**Joseph** @jagdbs · Feb 28, 2024
His prison term?

Joe could arrange that

David Michaels
@DavidMi47644829

Recent Clear all
("TaxAct") (from:hollycappuc...
("Smith") (from:hollycappucci...
("Washington settlement") (fr...
("Smith-Washington settleme...
("settlement") (from:hollycap...
("kroll") (from:hollycappuccino)
("Kroll") (from:hollycappuccino)

Unveiled (NHL/NHLPA)
LIVE

Trending in United States
**#earthquake**
43.7K posts

Trending in United States
**Genghis Khan**

Entertainment · Trending
**Eddie Murphy**

Politics · Trending
**Ohio**
48.9K posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2025 X Corp.

Document title: (2) Kristi Noem on X: &quot;Venezuela didn't send us their best. They emptied their prisons and sent criminals to America. Deportations need to start on…
Capture URL: https://x.com/KristiNoem/status/1762650522920652828
Capture timestamp (UTC): Sat, 15 Feb 2025 08:30:59 GMT

# EXHIBIT 3



Post

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

David Michaels
@DavidMi47644829

**Kristi Noem** @KristiNoem

Countries like Venezuela are emptying their prisons, their mental institutions, and sending them to America.

The White House is facilitating this invasion. They're doing it on purpose. Joe Biden could stop it — but he hasn't.

11:01 PM · Mar 6, 2024 · **265.2K** Views

998 3K 9.7K 83

Post your reply Reply

**Starfish** @StarfishLBK · Mar 6, 2024
Please sue them. I'm hoping my @GovRonDeSantis governor will sue as well. Catholic Charities, Jewish Federation, Lutheran Social services must answer for assisting in mass trafficking of children.
1 4 201

**megourd1967** @megourd1967 · Mar 6, 2024
South Dakota, you have a great governor!
20 59 2.2K

**Gerardo de la Fuente †** @GdelaFuenteMTY · Mar 6, 2024
Same that Cuba un Mariel.
1 218

**LAURENCE2A** @a_LAURENCE2A · Mar 6, 2024
Serious Hottie.
3 2 256

**Svetti Bolz** 🇺🇸 @NOApologiesMAGA · Mar 6, 2024
The Mariel Boatlift ended Jimmy Carter's career. What's happening now is one hundred times worse.
1 3 151

**Tatted Merica** @nottodaylibs · Mar 6, 2024
You're an amazing Governor ma'am, and will be an amazing VP.
7 3 7 866

**xSimon Wu** @sisisimon · Mar 6, 2024
Yup! So we have to deal with Venezuela's problems. I pray 🙏 things will get better!
3 8 1.1K

Search

## Relevant people

**Kristi Noem** @KristiNoem Follow
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## What's happening

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
43.8K posts

Trending in United States
**Isagi**
7,340 posts

Trending in United States
**Malibu**
8,221 posts

Politics · Trending
**Ohio**
49K posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2025 X Corp.

**xSimon Wu** ✓ @sisismon · Mar 6, 2024
Yup!  So we have to deal with Venezuela's problems.  I pray 🙏
things will get better!

💬 3          ♡ 8          📊 1.1K

**Thomas Matthew** ✓ @twittah98058656 · Mar 6, 2024
Treason? Yup!

💬          ♡ 1          📊 85

**52.8 million** @happygilmo17232 · Mar 6, 2024
God you're hawt!!!

💬 2          ♡ 1          📊 179

**So Tired** ✓ @SoTiredOfficial · Mar 6, 2024
😡          ♡ 1          📊 829

**Heartgirl0316** @Heartgirl0316 · Mar 6, 2024
Read and weep you distrusting gaslighter ! America is not stupid !

🏛️ **House Judiciary Dems** ✓ @HouseJudiciary · Mar 6, 2024
.@RepSwalwell to House GOP: You get a border bill from the
second most conservative member of the Senate. You oppose it
because Trump opposes it. He opposes it because he wants to be
president because he has 91 felony counts that he's facing. And
those go away if he's president.

💬 1          ♡ 1          📊 40

**ShanghaiOG** @Shinpath · Mar 6, 2024
Good. Freedom-lovers coming!

💬          ♡          📊 99

**mj** @jensen_49 · Mar 6, 2024
Your gop candidate loves the Venezuelan president.  You are such an
idiot

💬          ♡          📊 21

**YachatsSteve**🏴🏴 @stevepaul59 · Mar 6, 2024
That immigrant might have more skills than this family man. (Think
Elon) You have family members on the taxpayer backs and one that
probably lobbies with pharmaceutical (thus your cannabis
shenanigans). Hypocrisy Hussy is really earning that moniker
recently.

In 2019, Jayson Boebert had no income.
In 2020, after Lauren was elected, he was
hired by Terra Energy Partners and paid an
annual fee of $460,000. Terra has a heavy

---

## Navigation sidebar

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

**Post**

**David Michaels**
@DavidMi47644829

---

## Relevant people

**Kristi Noem** ✓
@KristiNoem                    **Follow**
Wife, mother, grandma, farmer,
rancher, and small business owner.
Secretary of the U.S. Department
of Homeland Security. Former
Governor of South Dakota.

## What's happening

**4 Nations Face-Off:
Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
43.8K posts

Trending in United States
**Isagi**
7,340 posts

Trending in United States
**Malibu**
8,221 posts

Politics · Trending
**Ohio**
49K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2025 X Corp.

X

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

**Post**

In 2019, Jayson Boebert had no income. In 2020, after Lauren was elected, he was hired by Terra Energy Partners and paid an annual fee of $460,000. Terra has a heavy presence in Lauren Boebert's district.

When can we expect a congressional investigation into this matter?

reply    🔁 1    ♡ 4    📊 61

**cindylouW.H.O.** @gldimhere · Mar 6, 2024
WTF is living in your hair?

📊 25

**Steve** @StopWokeInsane · Mar 6, 2024
Decent citizens need a leader with the cash & power to match Soros. We don't need a politician! We need a General for a CW.

📊 52

**Marc** @kmbsdusa · Mar 6, 2024
Freedumb spewing her bullshit.

♡ 1    📊 16

**Adalberto Perez** @Adalber68692499 · Mar 6, 2024
And of course they're heading straight to South Dakota among a population that only speaks English, unable to hide in a sea of pale faces.

📊 51

**nd beef** @beef_nd · Mar 6, 2024
U could kick summit the fuck outta SD but u slut would rather take bribes..hows Corey??

📊 20

**A Person Who Thinks For The...** ✓ @dwi... · Mar 7, 2024
This is "The Cloward-Piven Strategy". It is a plan they have been working on for quite some time. We are seeing an acceleration because I think they fear we may wake up and stop it before they pull it off. Oh and if you look that up... don't bother with the wiki post for it.
Show more

🔁 3    ♡ 11    📊 931

**Marcus Jones** @MarcusJ62576875 · Mar 6, 2024
Sad part is it's all because of GREED

♡ 1    📊 102

**Utah Moderate** 🇨🇦 🇺🇦 @LJRK0909 · Mar 7, 2024

**David Michaels** @DavidMi47644829

## Relevant people

**Kristi Noem** ✓
@KristiNoem    **Follow**
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## What's happening

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
43.8K posts

Trending in United States
**Isagi**
7,340 posts

Trending in United States
**Malibu**
8,221 posts

Politics · Trending
**Ohio**
49K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More…
© 2025 X Corp.

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

Post

**Marcus Jones** @MarcusJ6257687·5 · Mar 6, 2024
Sad part is it's all because of GREED

1    102

**Utah Moderate** 🇨🇦 🟥 @LJRK0909 · Mar 7, 2024
First, none of this is true. Second, you fail to mention your orange idol gave Venezuelans a pass on coming here in order to escape the mess in their country.

7

**David Valade(he/his/him-il/le/lui)...** @Dav... · Mar 7, 2024
Liar. #factsmatter Try one or two sometime.

8

**Peace&Good**🥇 @Jmduhnke · Mar 7, 2024
Nope, they're NOT! Prove it!

11

**DaveStirek** @57555ds · Mar 7, 2024
Show some proof!!! Or STFU with trumps lies!!!

2

**Alison Kostas** @AlisonKostas · Mar 7, 2024
You're a total POS to spew this nonsense as you KNOW its a lie.

3

**Glenn McSparin** @glennm52 · Mar 7, 2024
Stop posting ur fucking lies and with no proof!! Psycho bitch!

3

**Lieutenant Dan** 🌀 @doody445 · Mar 7, 2024
This is what happens when you elect a bimbo to be your governor.

8

**😾Castiel Crowley😾**🥇 🇨🇺🇺🇦🇩🇪 @reinasdada · Mar 7, 2024
You're such a reprehensible, sorry excuse of a human being. Calling you human is a real stretch. GFY

8

**Tari** @Beantari · Mar 8, 2024
What a load of nonsense. Begone!

6

**Cee** @DPolitics1 · Mar 7, 2024
Yup Biden wants ex cons and mental patients from other countries here bc that helps him politically.....its stupid when u say it out loud lol.
GOP motto....be afraid...be very afraid.

1

**armand** @ArmamdT · Mar 7, 2024
When they get here, we will bus them right up to you in South Dakota!
But you're another idiot that can't think of shit on your own! Like a good little girl, you repeat what trump says.
But just remember that he only like young girls like Ivanka! He grabbed her ass the other day!

4

**David Michaels**
@DavidMi47644829

**Yuri** @YuriHuff82 · Mar 7, 2024
I'm Venezuelan, you are 100% right. The independent journalist in South America have been reporting this for the last 6  month to a

**Relevant people**

**Kristi Noem** ✓
@KristiNoem
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

Follow

**What's happening**

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
43.8K posts

Trending in United States
**Isagi**
7,340 posts

Trending in United States
**Malibu**
8,221 posts

Politics · Trending
**Ohio**
49K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.

X

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

**Post**

**Yuri** @YuriHuff82 · Mar 7, 2024
I'm Venezuelan, you are 100% right. The independent journalist in South America have been reporting this for the last 6 month to a year.
🔁    ♡    📊 14    🔖 ⬆

**paul senez** @paul_senez · Mar 8, 2024
And you have reams of evidence that you are prepared to share to substantiate your claims?
💬    🔁    ♡    📊 9    🔖 ⬆

**Grizliz⚡** @Grizliz1 · Mar 7, 2024
@CommunityNotes
💬    🔁    ♡ 1    📊 54    🔖 ⬆

**Blue Bird** @BlueBir80680931 · Mar 7, 2024
True
💬    🔁    ♡ 1    📊 26    🔖 ⬆

**JB** @JBeverly28 · Mar 7, 2024
Worked when Castro did it
💬    🔁    ♡ 1    📊 48    🔖 ⬆

**Rev Miguel A Rivera** @MiguelReverend · Mar 7, 2024
False misleading wrong information
💬    🔁    ♡ 1    📊 34    🔖 ⬆

**Susanne Weber** @Susanne44580497 · Mar 7, 2024
Of course that's not true, but the right has to amp up fake fear so you think they're here to protect you. Ridiculous!  They're here to CONTROL YOU!

**2023 MAJOR ACCOMPLISHMENTS** *of the Biden-Harris Administration*

- TACKLED INFLATION & LOWERED COSTS
- TACKLED THE CLIMATE CRISIS
- INVESTED IN AMERICA & CREATED GOOD JOBS
- PROTECTED ACCESS TO REPRODUCTIVE HEALTH CARE
- MADE AMERICA SAFER FROM GUN VIOLENCE
- MADE HIGHER EDUCATION MORE AFFORDABLE
- STRENGTHENED DEMOCRACY AT HOME AND ABROAD
- CONFIRMED HIGHLY QUALIFIED JUDGES

💬    🔁    ♡ 1    📊 10    🔖 ⬆

**PopcornTV** @PopcornTV999 · Mar 6, 2024
1000%
💬    🔁    ♡    📊 24    🔖 ⬆

**David Michaels**
@DavidMi47644829

## Relevant people

**Kristi Noem** ✓
@KristiNoem    **Follow**
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## What's happening

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
43.8K posts

Trending in United States
**Isagi**
7,340 posts

Trending in United States
**Malibu**
8,221 posts

Politics · Trending
**Ohio**
49K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.

X

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

**Post**

**David Michaels**
@DavidMi47644829    ···

---

4    ⌄

**Yuri** @YuriHuff82 · Mar 7, 2024
I'm Venezuelan, you are 100% right. The independent journalist in South America have been reporting this for the last 6 month to a year.

14

**paul senez** @paul_senez · Mar 8, 2024
And you have reams of evidence that you are prepared to share to substantiate  your claims?

9

**Grizliz**⚡ @Grizliz1 · Mar 7, 2024
@CommunityNotes

1      54

**Blue Bird** @BlueBir80680931 · Mar 7, 2024
True

1      26

**JB** @JBeverly28 · Mar 7, 2024
Worked when Castro did it

1      48

**Rev Miguel A Rivera** @MiguelReverend · Mar 7, 2024
False misleading wrong information

1      34

**Susanne Weber** @Susanne44580497 · Mar 7, 2024
Of course that's not true, but the right has to amp up fake fear so you think they're here to protect you. Ridiculous!  They're here to CONTROL YOU!

**2023    MAJOR ACCOMPLISHMENTS**
*of the Biden-Harris Administration*

▸ TACKLED INFLATION & LOWERED COSTS

▸ TACKLED THE CLIMATE CRISIS

▸ INVESTED IN AMERICA & CREATED GOOD JOBS

▸ PROTECTED ACCESS TO REPRODUCTIVE HEALTH CARE

▸ MADE AMERICA SAFER FROM GUN VIOLENCE

▸ MADE HIGHER EDUCATION MORE AFFORDABLE

▸ STRENGTHENED DEMOCRACY AT HOME AND ABROAD

▸ CONFIRMED HIGHLY QUALIFIED JUDGES

1      10

**PopcornTV** @PopcornTV999 · Mar 6, 2024
1000%

24

---

**Relevant people**

**Kristi Noem** ✓
@KristiNoem    **Follow**
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

**What's happening**

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
43.8K posts

Trending in United States
**Isagi**
7,340 posts

Trending in United States
**Malibu**
8,221 posts

Politics · Trending
**Ohio**
49K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.





Post

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

David Michaels
@DavidMi47644829

2 · 94

**SDH** @SDWoman62 · Mar 6, 2024
@GovKristiNoem starring in The Real Housewives of MAGA....

4 · 119

**YachatsSteve** @stevepaul59 · Mar 6, 2024
Cruelty has no borders. You MFs are everywhere. Shucks.

> **Damaan, AKA "Philly's Fine...** @Damaan4... · Mar 6, 2024
> Who agrees cruelty has no borders?

1 · 50

**Democrat Rick** @DemocratRick12 · Mar 6, 2024
Citation on this claim?

12 · 45 · 1.6K

**Suk Medic** @SukMedic2 · Mar 7, 2024
Didn't Castro do this in the 1980s? Yeah. And taxpayers foot the bill to house them for decades.
History repeats it's self because dumbasses didnt learn the first time.

2

**Joy TR** @jayhawkjoy · Mar 7, 2024

Search

## Relevant people

**Kristi Noem** @KristiNoem
Follow
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## What's happening

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
43.8K posts

Trending in United States
**Isagi**
7,340 posts

Trending in United States
**Malibu**
8,221 posts

Politics · Trending
**Ohio**
49K posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ...
© 2025 X Corp.

History repeats it's self because dumbasses didnt learn the first time.

💬          ⟲          ♡          📊 2          🔖 ⬆️

**Joy TR** 🇺🇸🇺🇦 @jayhawkjoy · Mar 7, 2024
You definitely know how to lie like your cult leader

💬          ⟲          ♡          📊 15          🔖 ⬆️

**Kristi Janeen** @KristiJaneen · Mar 7, 2024
Just stop. That is not true. Stop the fear porn.

💬          ⟲          ♡ 1          📊 124          🔖 ⬆️

**Ryan Schoen** @rgguy1o1 · Mar 7, 2024
We have enough mentally ill people here already. We don't need anymore democrats

💬          ⟲          ♡          📊 6          🔖 ⬆️

**Howard Bailey** @HowardB47707870 · Mar 7, 2024
That's the truth

💬 1          ⟲          ♡          📊 81          🔖 ⬆️

**AsKo2** @Beachnut222 · Mar 7, 2024
No they're actually not!  Lying sack o shit!  Hey, where's Corey?

💬          ⟲          ♡          📊 4          🔖 ⬆️

**Dr. Vladimir Joukov** ✅ @vladijoukov · Mar 7, 2024
Because the American people's representatives in the government should be loyal to America— and not to any foreign country— and faithful to God and Christianity. This cannot be said about many ppl in our government, including the person in charge for the security of our borders.

💬 8          ⟲          ♡ 9          📊 815          🔖 ⬆️

**Floyd Dabarber** @ZacharySmithdoc · Mar 7, 2024
Biden needs to be impeached

💬          ⟲          ♡          📊 1          🔖 ⬆️

**JM For Science Reason Tr...** @Cavebear20... · Mar 7, 2024
Traitor Trash.

💬          ⟲          ♡          📊 7          🔖 ⬆️

**G.C. Andrade** @gary_a75 · Mar 7, 2024
The 2024 election won't even take place..

💬          ⟲          ♡          📊 64          🔖 ⬆️

**James Pennington** ✅ @pennington_jr · Mar 7, 2024
Vote @realDonaldTrump

> **James Pennington** ✅ @pennington_jr · Feb 23, 2024
> It's time to rock the vote! Trump 2024 keep America great! song titled 🎶
>
> " Donald J Trump"
> 🟥⬜🟦🟥⬜🟦🟥⬜🟦

**David Michaels** ···
@DavidMi47644829

---

### Left sidebar
🏠 Home
🔍 Explore
🔔 Notifications
✉️ Messages
Grok
≡ Lists
🔖 Bookmarks
🗂 Jobs
👥 Communities
⊘ Premium
⚡ Verified Orgs
👤 Profile
⊙ More

**Post**

---

### Right sidebar

**Relevant people**

**Kristi Noem** ✅
@KristiNoem
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

[Follow]

**What's happening**

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
43.8K posts

Trending in United States
**Isagi**
7,340 posts

Trending in United States
**Malibu**
8,221 posts

Politics · Trending
**Ohio**
49K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.

0:49

💬 3          ⇄ 1          ♡ 5          �Ill 610          🔖  ⬆️

**Don the border king** ✓ @johnny45436859 · Mar 7, 2024          𝕏  •••
She's hot and stupid.

💬            ⇄            ♡            Ill 8          🔖  ⬆️

**X Worlboss 14** ✓ @WorlbossBarnes · Mar 7, 2024          𝕏  •••
😌😌😌 so beautiful 😍

💬            ⇄            ♡            Ill 3          🔖  ⬆️

**Jasper Wyoming** ✓ @JasperWyoming01 · Mar 7, 2024          𝕏  •••
Republicans could defund it but they don't.

💬            ⇄            ♡            Ill 19         🔖  ⬆️

**Mike** ✓ @NapalmAirstrike · Mar 8, 2024          𝕏  •••
Somebody has to Stop that Rat 🐀 Biden!

💬            ⇄            ♡            Ill 6          🔖  ⬆️

**Publius** 🇺🇸 ✓ @captlibertas · Mar 6, 2024          𝕏  •••
#TrumpNoem2024



💬            ⇄            ♡            Ill 17         🔖  ⬆️

**drew allen** ✓ @drewholm3 · Mar 6, 2024          𝕏  •••
Fuck - let's empty our prisons and fly our scum bags there - along
with bringing theirs back.  Clean house !

💬            ⇄            ♡            Ill 106        🔖  ⬆️

**Joseph** ✓ @Un_Spin_City · Mar 7, 2024          𝕏  •••
It's a plan to eventually make the all citizens and voters for the
Democrats.

💬            ⇄            ♡            Ill 58         🔖  ⬆️

**Steve Ferguson** ✓ @lsferguson · Mar 7, 2024          𝕏  •••
This invasion is by design

💬 3          ⇄ 3          ♡ 42         Ill 1.4k        🔖  ⬆️

**Relevant people**

**Kristi Noem** ✓    [Follow]
@KristiNoem
Wife, mother, grandma, farmer,
rancher, and small business owner.
Secretary of the U.S. Department
of Homeland Security. Former
Governor of South Dakota.

**What's happening**

**4 Nations Face-Off:**
**Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
43.8K posts

Trending in United States
**Isagi**
7,340 posts

Trending in United States
**Malibu**
8,221 posts

Politics · Trending
**Ohio**
49K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2025 X Corp.

`0:47`

💬 3     🔁 1     🤍 5     📊 610     🔖 ⬆️

**Relevant people**

**Kristi Noem** ✓
@KristiNoem    `Follow`

Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

**What's happening**

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
43.8K posts

Trending in United States
**Isagi**
7,340 posts

Trending in United States
**Malibu**
8,221 posts

Politics · Trending
**Ohio**
49K posts

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2025 X Corp.

**Don the border king** ✓ @johnny45436859 · Mar 7, 2024
She's hot and stupid.
💬     🔁     🤍     📊 8     🔖 ⬆️

**X Worlboss 14** ✓ @WorlbossBarnes · Mar 7, 2024
😔😔😔 so beautiful 😍
💬     🔁     🤍     📊 3     🔖 ⬆️

**Jasper Wyoming** ✓ @JasperWyoming01 · Mar 7, 2024
Republicans could defund it but they don't.
💬     🔁     🤍     📊 19     🔖 ⬆️

**Mike** ✓ @NapalmAirstrike · Mar 8, 2024
Somebody has to Stop that Rat 🐀 Biden!
💬     🔁     🤍     📊 6     🔖 ⬆️

**Publius** 🌹 ✓ @captlibertas · Mar 6, 2024
#TrumpNoem2024



💬     🔁     🤍     📊 17     🔖 ⬆️

**drew allen** ✓ @drewholm3 · Mar 6, 2024
Fuck - let's empty our prisons and fly our scum bags there - along with bringing theirs back.  Clean house !
💬     🔁     🤍     📊 106     🔖 ⬆️

**Joseph** ✓ @Un_Spin_City · Mar 7, 2024
It's a plan to eventually make the all citizens and voters for the Democrats.
💬     🔁     🤍     📊 58     🔖 ⬆️

**Steve Ferguson** ✓ @lsferguson · Mar 7, 2024
This invasion is by design

**David Michaels** ✓
@DavidMi47644829

X

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

**Post**

At this point it is now Trump's fault.

💬  ↻ 1  ♡ 2  📊 53

**E-Diplomacy+government | ...** ✓ @ShirlA... · Mar 7, 2024  🔥 ⋯
🚩❗Blatant Lies! FactsAndTruthWins:
The #Venezuelan refugee crisis, the largest recorded refugee crisis in the Americas, refers to the emigration of millions of Venezuelans from their native country during the presidencies of Hugo Chávez and Nicolás Maduro because of the
Show more

💬 2  ↻ 6  ♡ 22  📊 1K

**Mr. C** ✓ @knowledgewins8 · Mar 7, 2024  🔥 ⋯
Canada is allowing Chinese Military to train on our Northern borders!

💬  ↻  ♡  📊 1

**Lars@C-bus** @LarryHillyer3 · Mar 7, 2024  🔥 ⋯



💬  ↻  ♡ 4  📊 19

**SassyCassiefromTallahas...** @SassyCassief... · Mar 7, 2024  🔥 ⋯
Sloppy seconds Noem  aka Cory's cum Dumpster is leaking in the rear..




**David Michaels**
@DavidMi47644829

### Relevant people

**Kristi Noem** ✓
@KristiNoem
**Follow**

Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

### What's happening

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
43.8K posts

Trending in United States
**Isagi**
7,340 posts

Trending in United States
**Malibu**
8,221 posts

Politics · Trending
**Ohio**
49K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.



Document title: (2) Kristi Noem on X: &quot;Countries like Venezuela are emptying their prisons, their mental institutions, and sending them to America. The White Hous…
Capture URL: https://x.com/KristiNoem/status/1765513039795601862
Capture timestamp (UTC): Sat, 15 Feb 2025 08:33:56 GMT



Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

David Michaels
@DavidMi47644829

1 · 1 · 6

**Jack aguilera** @Jackaguilera18 · Mar 7, 2024
Shut your mouth .

1 · 6

**Susan Perino** @susan_perino · Mar 7, 2024
The House could stop it but they got their marching orders from Trump to not pass the Bill because he admittedly wants to use it as a political talking point because he has nothing else!

12

**MSFighter** 🇺🇦♿🎗☮🏳️‍🌈 @BrujaAnon · Mar 7, 2024

11

**Brian York** @BrianYork827 · Mar 7, 2024
That is exactly what happened years ago when Cuba emptied all of its prisons too and sent them to Miami.

10

**BK** @KB41151 · Mar 7, 2024
Dressed up for another nite working the Motel 6 . 🤣🤣🤣

12

**I really hope I'm wrong** @bigalmedina · Mar 7, 2024

5

**Heyward Wall** @heywardwall · Mar 7, 2024

## Relevant people

**Kristi Noem** @KristiNoem
Follow
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## What's happening

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
43.8K posts

Trending in United States
**Isagi**
7,340 posts

Trending in United States
**Malibu**
8,221 posts

Politics · Trending
**Ohio**
49K posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2025 X Corp.



Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

1 1 6

**Jack aguilera** @Jackaguilera18 · Mar 7, 2024
Shut your mouth .
1 6

**Susan Perino** @susan_perino · Mar 7, 2024
The House could stop it but they got their marching orders from Trump to not pass the Bill because he admittedly wants to use it as a political talking point because he has nothing else!
12

**MSFighter** 🇺🇦♿🎗☮🏳️‍🌈 @BrujaAnon · Mar 7, 2024

11

**Brian York** @BrianYork827 · Mar 7, 2024
That is exactly what happened years ago when Cuba emptied all of its prisons too and sent them to Miami.
10

**BK** @KB41151 · Mar 7, 2024
Dressed up for another nite working the Motel 6 . 🤣🤣🤣
12

**I really hope I'm wrong** @bigalmedina · Mar 7, 2024

5

**Heyward Wall** @heywardwall · Mar 7, 2024

David Michaels
@DavidMi47644829

## Relevant people

**Kristi Noem** @KristiNoem
Follow
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## What's happening

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
43.8K posts

Trending in United States
**Isagi**
7,340 posts

Trending in United States
**Malibu**
8,221 posts

Politics · Trending
**Ohio**
49K posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2025 X Corp.

**Home**
**Explore**
**Notifications**
**Messages**
**Grok**
**Lists**
**Bookmarks**
**Jobs**
**Communities**
**Premium**
**Verified Orgs**
**Profile**
**More**

**Post**

**David Michaels**
@DavidMi47644829

**JOEEFX** @JOEANDREAS3000 · Mar 7, 2024
Send the SD they'll fit right in. Crooked from the top down.

4

**Monica** @Monica60517016 · Mar 7, 2024
Who is really mentally ill here?

6

**Samuel Baker** @samuel_bak31863 · Mar 7, 2024
document your claims b*tch!!!!

5

**DrGigiB** @DrGingembre · Mar 7, 2024
Any evidence of that?

15

**Ilanna Phillips** @IlannaPhillips · Mar 7, 2024
Gawd..this idiot

1

**Brian Hirsh (Thor)** ✔ @BrianHirsh1 · Mar 7, 2024

**KRISTI NOEM**
**FOR VICE PRESIDENT 2024**

7    3    12    534

**Joel Keith** ✔ @MayNotBeJoking · Mar 7, 2024
CALLING ALL CARS...CALLING ALL CARS...CAR 54 WHERE ARE YOU?

seriously though, it is going to take all of us to call out this bullshit
every damn time we see it.

Between now and Nov5. We need to clear the smoke screen.

(I'm too young to have actually seen Car54, just saying)

1    13

**Tod** ✔ @TodRevolution · Mar 7, 2024
Yup, and we have approximately 9,000 in this state.  What is being
done to have them removed?

1    2    364

**Relevant people**

**Kristi Noem** ✔
@KristiNoem

**Follow**

Wife, mother, grandma, farmer,
rancher, and small business owner.
Secretary of the U.S. Department
of Homeland Security. Former
Governor of South Dakota.

**What's happening**

**4 Nations Face-Off:
Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
43.8K posts

Trending in United States
**Isagi**
7,340 posts

Trending in United States
**Malibu**
8,221 posts

Politics · Trending
**Ohio**
49K posts

**Show more**

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2025 X Corp.

Document title: (2) Kristi Noem on X: &quot;Countries like Venezuela are emptying their prisons, their mental institutions, and sending them to America. The White Hous…
Capture URL: https://x.com/KristiNoem/status/1765513039795601862
Capture timestamp (UTC): Sat, 15 Feb 2025 08:33:56 GMT

00423                                                                                Page 14 of 29







Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

Post

David Michaels @DavidMi47644829

**Tod** @TodRevolution · Mar 7, 2024
Yup, and we have approximately 9,000 in this state. What is being done to have them removed?
1 · 2 · 364

**Writer Grl** 🐊🇺🇸 @JustAWriter71 · Mar 7, 2024
You look like a cheap hooker. Stop with the filler and the hair extension. You will not be the VP.
3 · 1 · 11 · 274

**Frank Bravo** @BravojfMe · Mar 7, 2024
#TrumpNoem
1 · 33

**Eric Yake** @YakeEric · Mar 7, 2024
You got some learning to do on Trump and Venezuela, before you put the other foot in your mouth. Oh wait... your mouth as 2 men in it.

The following media includes potentially sensitive content. Change settings
View

2 · 11

**Jon MAGA is a CULT** @howsthat1959 · Mar 7, 2024
I see one of the mental patients became the Governor of South Dakota.
12

**Gratefulheart360** @delbra_lynn · Mar 7, 2024
@KristiNoem
Get serious. Comb your hair. Get rid of the hoop earrings. Straighten your shoulders. Then actually do something rather than pandering to the press with your "woe is us" routine. We know it's bad, but most of us are without the resources to do one thing about it.
23

**LFG!** @zcstocks · Mar 7, 2024
Illegal immigrants are illegal One World Army, created by WEF and UN to take over the United States of America.
9

**Ricky Clay** @ricky_clay · Mar 7, 2024
All in.
25

**kathryn strachan** @CtStormy · Mar 7, 2024

**Relevant people**

**Kristi Noem** @KristiNoem
Follow
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

**What's happening**

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
43.8K posts

Trending in United States
**Isagi**
7,340 posts

Trending in United States
**Malibu**
8,221 posts

Politics · Trending
**Ohio**
49K posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2025 X Corp.

💬    🔁    ♡ 2    ᠁ 14    🔖  ⬆

 **Blue Tsunami** @SkyBlueTsunami · Mar 8, 2024     ᠁
As Kirsti is at level 3 Meghan hair, we only have to hear from for
another 6 months, tops.



💬    🔁    ♡    ᠁ 75    🔖  ⬆

🎊🎉🎊🎉🎊**Oh Happy Day!!!**🎉🎊🎉…  @… · Mar 8, 2024      ᠁
Idiot.



💬    🔁    ♡    ᠁ 3    🔖  ⬆

 **equality** @RaymundoMonto16 · Mar 7, 2024     ᠁

### Relevant people

 **Kristi Noem** ✔    [ Follow ]
@KristiNoem

Wife, mother, grandma, farmer,
rancher, and small business owner.
Secretary of the U.S. Department
of Homeland Security. Former
Governor of South Dakota.

### What's happening

**4 Nations Face-Off:
Unveiled (NHL/NHLPA)**
LIVE

Trending in United States                    ᠁
**#earthquake**
43.8K posts

Trending in United States                    ᠁
**Isagi**
7,340 posts

Trending in United States                    ᠁
**Malibu**
8,221 posts

Politics · Trending                          ᠁
**Ohio**
49K posts

**Show more**

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ᠁
© 2025 X Corp.

**David Michaels**    ᠁
@DavidMi47644829

X

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

**Post**

David Michaels
@DavidMi47644829

---

▷ 3

**equality** @RaymundoMonto16 · Mar 7, 2024



♡ 1    ⟳    ♡ 1    📊 49    🔖

**jennimorgan**💙 @BonzoMinnesota · Mar 7, 2024
Are you bat🦇crazy or on something? This is an unfounded
conspiracy and you in your intellectual glory sucked it right in. What
a fool! When the voters find out you're in the shallow end of the
gene pool, you'll be unemployed.

I hear McDonald's is hiring. Minimum wage. Deserved



♡    ⟳    ♡ 1    📊 9    🔖

**furrfu!** @DougMount · Mar 7, 2024
You're still mad about the fireworks, aren't you?

♡    ⟳    ♡    📊 4    🔖

**Steve Lewis** @SteveZ28RS · Mar 7, 2024
Noem is a lying tRunt.

♡    ⟳    ♡ 1    📊 17    🔖

**CheriNotCherry** @H_AmorinForge · Mar 7, 2024
Traditionally married conservative "Christian" mother & adulteress
recites lies on behalf of adjudicated rapist...

PS: @KristiNoem , since you get the Mar-A-Lago discount now, you
may want to look in to a little refresher. The aging hooker look isnt

**Relevant people**

**Kristi Noem** ✓
@KristiNoem    Follow

Wife, mother, grandma, farmer,
rancher, and small business owner.
Secretary of the U.S. Department
of Homeland Security. Former
Governor of South Dakota.

**What's happening**

**4 Nations Face-Off:
Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
43.8K posts

Trending in United States
**Isagi**
7,340 posts

Trending in United States
**Malibu**
8,221 posts

Politics · Trending
**Ohio**
49K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.



X

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

Post

← Post Reply

**CheriNotCherry** @H_AmorinForge · Mar 7, 2024
Traditionally married conservative "Christian" mother & adulteress recites lies on behalf of adjudicated rapist...

PS: @KristiNoem , since you get the Mar-A-Lago discount now, you may want to look in to a little refresher. The aging hooker look isnt doing you any favors.

1 · 36

**NapaMan7862** 🇺🇸 @NapaMan7862 · Mar 7, 2024
We are sending them to South Dakota with the rest of the trash.

1 · 1 · 11

**Niley** 🇺🇸 @nileybhn · Mar 7, 2024
You look like a chola from the San Fernando Valley😹 You're beautiful you don't need all the extras!

21

**truth seeker** @holding_on29 · Mar 7, 2024
Trump said to "Blame ME!!!"

7

🇺🇸🏳️‍🌈**Rules_of_Lloyd** 🏳️‍🌈🇺🇸 @RulesLloyd · Mar 7, 2024

2

**Cheryl L Abbate**🏳️‍🌈 @cheryllabbate · Mar 7, 2024
She's lookin like a vampire...wth?

2

**RGMartin** @1RGMartin · Mar 7, 2024

6

**Fla Buckeye** @GGjerb · Mar 7, 2024
MY VICE PRESIDENT!

Search

## Relevant people

**Kristi Noem** @KristiNoem
Follow
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## What's happening

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
43.8K posts

Trending in United States
**Isagi**
7,340 posts

Trending in United States
**Malibu**
8,221 posts

Politics · Trending
**Ohio**
49K posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2025 X Corp.

**David Michaels**
@DavidMi47644829

Grok

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

**Post**

**David Michaels**
@DavidMi47644829

---

🔁

**Fla Buckeye** @GGjerb · Mar 7, 2024
MY VICE PRESIDENT!

💬          🔁          ♡          �459 7          🔖  ⬆️

**Daring Diva** @Knittingraven · Mar 7, 2024
Could you possibly be anymore full of shit.  Your eyes are about to turn brown..

💬          🔁          ♡          �459 4          🔖  ⬆️

**Chiefs 'n Cheese** @blanks1969 · Mar 8, 2024
Prove it

💬          🔁          ♡          �459 7          🔖  ⬆️

**Patrioticashell_Meidas** @patrioticashell · Mar 8, 2024
you're a fucking moron

💬          🔁          ♡          �459 2          🔖  ⬆️

**fiddlepower** @brentwoodfan1 · Mar 7, 2024
Hi my name is @KristiNoem and i am dumb as a stump.

💬          🔁          ♡          �459 7          🔖  ⬆️

🇺🇸🇨🇴✌️ @orlymj · Mar 7, 2024
This is completely true, I am from Venezuela, and I know some bad people who did horrible things in Venezuela, Now they are here in the US cause they came through the border. I don't know where they are, but I heard they are already here. I came 24 years ago legally with family.

💬          🔁          ♡          �459 12          🔖  ⬆️

**Poison Leninade** ✅ @MichaelPaladi18 · Mar 7, 2024
Every time I see her she's hotter.

💬          🔁          ♡          �459 13          🔖  ⬆️

**Palmer Hasty** ✅ @Lightbookpro · Mar 7, 2024
!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!
!!!!!!!

💬          🔁          ♡          �459 3          🔖  ⬆️

**Jack .G. Bula Santoro.** 💍 ✅ @traiano99ad · Mar 7, 2024
You, Governor will be the next Vice President of the United States. 🇺🇸🇨🇴

💬          🔁          ♡          �459 24          🔖  ⬆️

**Brian** ✅ @FlyBri1wheeler · Mar 7, 2024
Sad that we allow our government to get away with this.

💬          🔁          ♡          �459 13          🔖  ⬆️

**Double Kay**🟧 @kklass · Mar 7, 2024
Liar

💬          🔁          ♡ 7          �459 170          🔖  ⬆️

**Alexis Martis Vladlova** ✅ @alexisbytes_us · Mar 7, 2024
Huh, Texas made their choices. Poor choices yield consequences. If you know, you will learn

💬          🔁          ♡          �459 9          🔖  ⬆️

**Jack Hopkins** ✅ @thejackhopkins · Mar 7, 2024
STOP LYING.

---

### Relevant people

**Kristi Noem** ✅    **Follow**
@KristiNoem

Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

### What's happening

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
43.8K posts

Trending in United States
**Isagi**
7,340 posts

Trending in United States
**Malibu**
8,221 posts

Politics · Trending
**Ohio**
49K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.

**Fla Buckeye** @GGjerb · Mar 7, 2024
MY VICE PRESIDENT!

**Daring Diva** @Knittingraven · Mar 7, 2024
Could you possibly be anymore full of shit.  Your eyes are about to turn brown..

**Chiefs 'n Cheese** @blanks1969 · Mar 8, 2024
Prove it

**Patrioticashell_Meidas** @patrioticashell · Mar 8, 2024
you're a fucking moron

**fiddlepower** @brentwoodfan1 · Mar 7, 2024
Hi my name is @KristiNoem and i am dumb as a stump.

🇺🇸🇨🇴✌️ @orlymj · Mar 7, 2024
This is completely true, I am from Venezuela, and I know some bad people who did horrible things in Venezuela, Now they are here in the US cause they came through the border. I don't know where they are, but I heard they are already here. I came 24 years ago legally with family.

**Poison Leninade** ✔ @MichaelPaladi18 · Mar 7, 2024
Every time I see her she's hotter.

**Palmer Hasty** ✔ @Lightbookpro · Mar 7, 2024
!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!
!!!!!!!

**Jack .G. Bula Santoro.** 🏃✔ @traiano99ad · Mar 7, 2024
You, Governor will be the next Vice President of the United States. 🇺🇸🇨🇴

**Brian** ✔ @FlyBri1wheeler · Mar 7, 2024
Sad that we allow our government to get away with this.

**Double Kay**🟧 @kklass · Mar 7, 2024
Liar

**Alexis Martis Vladlova** ✔ @alexisbytes_us · Mar 7, 2024
Huh, Texas made their choices. Poor choices yield consequences. If you know, you will learn

**Jack Hopkins** ✔ @thejackhopkins · Mar 7, 2024
STOP LYING.

## Relevant people

**Kristi Noem** ✔
@KristiNoem
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## What's happening

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
#earthquake
43.8K posts

Trending in United States
Isagi
7,340 posts

Trending in United States
Malibu
8,221 posts

Politics · Trending
Ohio
49K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2025 X Corp.

Document title: (2) Kristi Noem on X: "Countries like Venezuela are emptying their prisons, their mental institutions, and sending them to America. The White Hous…
Capture URL: https://x.com/KristiNoem/status/1765513039795601862
Capture timestamp (UTC): Sat, 15 Feb 2025 08:33:56 GMT

Hah, Putin would win. Unless 27 shorter years subsequently, you know, you will learn

**Jack Hopkins** ✓ @thejackhopkins · Mar 7, 2024
STOP LYING.
💬 1    ↻    ♡ 44    �topic 593    🔖 ⬆

**Magnificent Beast** ✓ @largemunster · Mar 7, 2024
What's up with that? Lost me.
💬    ↻    ♡    ᴸ 7    🔖 ⬆

**Dianne Callahan** ✓ @DianneCallaha16 · Mar 7, 2024
That's not true.
💬    ↻ 1    ♡ 12    ᴸ 456    🔖 ⬆

**GDawgs** @gadawg97 · Mar 7, 2024
Can you show us some proof please?
Hows Corey?
💬    ↻    ♡    ᴸ 18    🔖 ⬆

**RkoEsq** @EsqRko · Mar 7, 2024
Incredible allegations. Any evidence?
💬    ↻    ♡    ᴸ 12    🔖 ⬆

**Eric Oestmann** @OestmannEric · Mar 7, 2024
😕
💬    ↻    ♡    ᴸ 5    🔖 ⬆

**John Fischer** 🇨🇦🟡🇺🇸🐝 @JohnCFischer_ · Mar 7, 2024
What a crock!
💬    ↻    ♡    ᴸ 2    🔖 ⬆

**Michael Orsburn** @Proserv12 · Mar 7, 2024
Great job!
Your husband is a lucky man! You are a very intelligent and beautiful lady! Keep up the good work!
💬    ↻    ♡    ᴸ 30    🔖 ⬆

**Dave B.** @az_dude79 · Mar 7, 2024
You are a liar.
💬    ↻    ♡    ᴸ 8    🔖 ⬆

**Celery** @almighty_cdawg · Mar 7, 2024
What's up with that rats nest?  no mirrors in your house?
💬    ↻    ♡    ᴸ 8    🔖 ⬆

**Graham Heathcote** 🟦🟨 @4wding · Mar 7, 2024
Saying this type of bullshit should be treason.
💬    ↻    ♡    ᴸ 10    🔖 ⬆

**Dustin Lenz** @sauball3 · Mar 7, 2024
Lets return the favor and send our mentally ill population, democrats, to their countries
💬    ↻    ♡    ᴸ 3    🔖 ⬆

**Squish** @Squish69 · Mar 7, 2024
Oh the fear tactic.  There is no proof of any of this,
💬    ↻    ♡    ᴸ 10    🔖 ⬆

**caseygirl** @MaryAnnDevine17 · Mar 7, 2024

## Home
## Explore
## Notifications
## Messages
## Grok
## Lists
## Bookmarks
## Jobs
## Communities
## Premium
## Verified Orgs
## Profile
## More

**Post**

**David Michaels**
@DavidMi47644829

### Relevant people

**Kristi Noem** ✓
@KristiNoem
**Follow**
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

### What's happening

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
43.8K posts

Trending in United States
**Isagi**
7,340 posts

Trending in United States
**Malibu**
8,221 posts

Politics · Trending
**Ohio**
49K posts

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2025 X Corp.

Page 23 of 30

**Squish** @Squish69 · Mar 7, 2024
Oh the fear tactic.  There is no proof of any of this,

🗨    ↻    ♡    ᐧᐧᐧ 10    🔖 ᐧ⤴

**caseygirl** @MaryAnnDevine17 · Mar 7, 2024
Lie.

🗨    ↻    ♡    ᐧᐧᐧ 4    🔖 ᐧ⤴

**Charis** 🇺🇸 🧑‍🎄 @CharisHamilton8 · Mar 7, 2024
Weaponized stupidity

🗨    ↻    ♡    ᐧᐧᐧ 5    🔖 ᐧ⤴

**Mar** @Mrey571957 · Mar 7, 2024
My God get a 🤡

🗨    ↻    ♡    ᐧᐧᐧ 6    🔖 ᐧ⤴

**gone to bluer skies** @DavidCh80671676 · Mar 8, 2024
Trump admires Venezuelan President.

🗨    ↻    ♡    ᐧᐧᐧ 6    🔖 ᐧ⤴

**Greg Nichols** @Greg_JN · Mar 7, 2024
I bet Biden doesn't even know about it, in between flavors of ice
cream 🍦!

🗨    ↻    ♡    ᐧᐧᐧ 10    🔖 ᐧ⤴

**Specker** @specker99 · Mar 7, 2024


SEN. JOHN THUNE, SD (R)
SLASH SOCIAL SECURITY OR
WE'LL WRECK THE ECONOMY.

🗨    ↻    ♡ 1    ᐧᐧᐧ 43    🔖 ᐧ⤴

**Witch Tracy** 🇨🇿 @Tracy23460365 · Mar 7, 2024
Proof, please.

🗨    ↻    ♡ 2    ᐧᐧᐧ 45    🔖 ᐧ⤴

**KB 3.0** @SDdude420 · Mar 7, 2024
They're sending their prisons and mental institutions to America 🤔

🗨    ↻    ♡ 1    ᐧᐧᐧ 67    🔖 ᐧ⤴

**MAGA Filth Patrol** @Boner60 · Mar 7, 2024
The only invasion of any kind, of any people whatsoever, is the one
Cory did on your southern border while you were committing
adultery with him. Christian Values!

🗨    ↻    ♡ 1    ᐧᐧᐧ 56    🔖 ᐧ⤴

**YachatsSteve**🇺🇸🧑‍🦱 @stevepaul59 · Mar 7, 2024
Hypocrisy Hussy's posse is way more dangerous than any mother
escaping the American made crisis. Blinders were made for working
beasts of burden, not your xtian nationalist. Your shenanigans with
Koskan tells me you might have info about this with monstrosity. (No
jail time?)

**David Michaels**
@DavidMi47644829

🔍 Search

**Relevant people**

**Kristi Noem** ✓
@KristiNoem    **Follow**
Wife, mother, grandma, farmer,
rancher, and small business owner.
Secretary of the U.S. Department
of Homeland Security. Former
Governor of South Dakota.

**What's happening**

**4 Nations Face-Off:
Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
43.8K posts

Trending in United States
**Isagi**
7,340 posts

Trending in United States
**Malibu**
8,221 posts

Politics · Trending
**Ohio**
49K posts

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ᐧᐧᐧ
© 2025 X Corp.



Post
Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

Hypocrisy Hussy's posse is way more dangerous than any mother escaping the American made crisis. Blinders were made for working beasts of burden, not your xtian nationalist. Your shenanigans with Koskan tells me you might have info about this with monstrosity. (No jail time?)

> **YachatsSteve** 🇺🇸 @stevepaul59 · Mar 7, 2024
> Liberty University Goes Down As UNTHINKABLE Student Punishment Exposed #TDR youtu.be/esWjtG8z0vc?si... via @YouTube

1 · 35

**Ron** @MarEngRetired · Mar 7, 2024
Don't forget Haiti

1 · 18

**Vanessa** 🇵🇷🇺🇸 @Vanessa01336830 · Mar 7, 2024
Lies and more lies

1 · 55

**Joe Maurer** @moore144675 · Mar 7, 2024
That is why we need Trump

1 · 16

**JB** @JBCalifornia57 · Mar 7, 2024
Kristi Noem for VP! 🇺🇸

1 · 45

**sheshe2** @sheshe224866221 · Mar 7, 2024
What is with all the fake hair, is it prom night?

1 · 19

**Martyn Peel #FBPE** @martynpeel · Mar 7, 2024

1 · 8

**Turd Ferguson** @FergtheTurd · Mar 7, 2024
What's with the hair and the hoops? You look ridiculous. Straight from the trailer.

1 · 1 · 12

**Brian Riley** @rileybriannv · Mar 7, 2024

David Michaels
@DavidMi47644829

## Relevant people

**Kristi Noem** @KristiNoem Follow
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## What's happening

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
43.8K posts

Trending in United States
**Isagi**
7,340 posts

Trending in United States
**Malibu**
8,221 posts

Politics · Trending
**Ohio**
49K posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2025 X Corp.



Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

David Michaels
@DavidMi47644829

Hypocrisy Hussy's posse is way more dangerous than any mother escaping the American made crisis. Blinders were made for working beasts of burden, not your xtian nationalist. Your shenanigans with Koskan tells me you might have info about this with monstrosity. (No jail time?)

> **YachatsSteve** @stevepaul59 · Mar 7, 2024
> Liberty University Goes Down As UNTHINKABLE Student Punishment Exposed #TDR youtu.be/esWjtG8z0vc?si... via @YouTube

1 · 35

**Ron** @MarEngRetired · Mar 7, 2024
Don't forget Haiti
1 · 18

**Vanessa** @Vanessa01336830 · Mar 7, 2024
Lies and more lies
1 · 55

**Joe Maurer** @moore144675 · Mar 7, 2024
That is why we need Trump
1 · 16

**JB** @JBCalifornia57 · Mar 7, 2024
Kristi Noem for VP!
1 · 45

**sheshe2** @sheshe224866221 · Mar 7, 2024
What is with all the fake hair, is it prom night?
1 · 19

**Martyn Peel #FBPE** @martynpeel · Mar 7, 2024

1 · 8

**Turd Ferguson** @FergtheTurd · Mar 7, 2024
What's with the hair and the hoops? You look ridiculous. Straight from the trailer.
1 · 1 · 12

**Brian Riley** @rileybriannv · Mar 7, 2024

## Relevant people

**Kristi Noem** @KristiNoem
Follow
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## What's happening

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
43.8K posts

Trending in United States
**Isagi**
7,340 posts

Trending in United States
**Malibu**
8,221 posts

Politics · Trending
**Ohio**
49K posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2025 X Corp.

Page 26 of 30

# X

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

**Post**

David Michaels
@DavidMi47644829



**Ny718** 🇺🇸 @Ny718allday · Mar 7, 2024
Thanks to TRUMP!! He used the DED to give them legal status in the U.S.



Members of the audience wave Venezuelan and American flags as President Donald Trump speaks to a Venezuelan American community in Miami, Fla., on Feb. 18, 2019. | Andrew Harnik/AP Photo

BY SABRINA RODRIGUEZ
01/19/2021 09:24 PM EST

President Donald Trump on Tuesday announced he will offer Venezuelan exiles protection from deportation, a move he has considered for years but refused to do until his last full day in office.

Trump is using the little-known Deferred Enforced Departure program, or DED, to offer temporary legal status to Venezuelans fleeing the humanitarian crisis brought on by Nicolás Maduro's regime. DED, similar to Temporary Protected Status or TPS, protects recipients from deportation and allows them to get work permits. However, it is granted directly by the president instead of the Department of Homeland Security.

🔁 4

**CommonSense&FactsMat...** @thecarbonar... · Mar 7, 2024
Don't you have infidelity to commit since you're part of the party of "family values"?   Lies on top of lies on top of adultry

📊 10

**peter lupoff** @peterlupoff · Mar 7, 2024
THEY'RE COMING FOR OUR WHITE WOMEN!! 👺👺👺👺👺👺👺👺👺😂😂😂😂

📊 6

**BustedGril$$$** @xSilentWindx · Mar 7, 2024
Nobody can take you seriously with that mop on your head.

📊 4

**Alpine Traverse** @TraverseAlpine · Mar 7, 2024
Cite your source, bitch.

## Relevant people

**Kristi Noem** ✓
@KristiNoem                    **Follow**

Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## What's happening

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
43.8K posts

Trending in United States
**Isagi**
7,340 posts

Trending in United States
**Malibu**
8,221 posts

Politics · Trending
**Ohio**
49K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.

Case 3:25-cv-01766-EMC    Document 37-3    Filed 02/21/25    Page 27 of 30



Nobody can take you seriously with that mop on your head.

4

**Alpine Traverse** @TraverseAlpine · Mar 7, 2024
Cite your source, bitch.

4

**DC** @DCorDeeCee · Mar 7, 2024
Kristi is gaslighting and blaming Biden for Trumps EO.

Kristi is lying and hoping Americans are stupid and will believe her.

On his final night in office, Donald Trump signed an executive order deferring the removal of Venezuelans.

11

**LL Cool Ray** @PettyLePugh · Mar 7, 2024

GIF

5

**Corinnaclp1** @Corinna09756649 · Mar 7, 2024
The lies are getting so stupid. Omg this is too much. The right's brains have completely dissolved into putty.

1

**JusPlainTalk101** @JusPlainTalk101 · Mar 7, 2024
#KristiNoem is sincerely as big a LIAR as tRumpt & all of @GOP
America, Kristi has not shown any proof. No facts or articles, sources to back up her accusations against @POTUS
tRumpt does the same thing! Throwing out accusations with absolutely no proof of those accusations!

1    9

**Kathleen** @allymya62 · Mar 7, 2024
😂🤣😂😂😂😂😂😂😂

3

**Steve Craig** @stevecraig72 · Mar 7, 2024

**David Michaels**
@DavidMi47644829

### Relevant people

**Kristi Noem** ✓
@KristiNoem
[Follow]
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

### What's happening

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
43.8K posts

Trending in United States
**Isagi**
7,340 posts

Trending in United States
**Malibu**
8,221 posts

Politics · Trending
**Ohio**
49K posts

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2025 X Corp.

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

Post

**Steve Craig** @stevecraig72 · Mar 7, 2024



Trump Approves Deportation Protections for Venezuelans in U.S. Illegally

From wsj.com

10

**Jose Ortega** @dosxxamber · Mar 7, 2024
Not factual, but then it's Kristi Noem.

13

**Susie.....An American Vo...** @susie_lastna... · Mar 7, 2024
Wanna bet she has "Pretty Little Liar" on her calling card.

25

**Bdorf** @bdorf97 · Mar 7, 2024
Trump puppet says what?

6

**Eugene Watson** @rewatson79 · Mar 7, 2024
Stop lying to the idiots.

68

**MAC V SOG 68 69** @MACVSOG68691 · Mar 7, 2024
Send them all back period

29

**Bob F. Apples** @TheBoz26510221 · Mar 7, 2024
It's unacceptable.

18

**Bruce** @brucman66 · Mar 7, 2024
Where's the proof of this. I want facts. Something @KristiNoem and the rest of MAGA is incapable of providing.

4

**Noreen Liebrock** @NoreenLiebrock · Mar 7, 2024
False
Republicans ( trump) refused to pass the strictest bipartisan immigration bill that we've had in years

**Random 🦌 - 😷 🌊 💔** @NoMoreTrumpShit · Mar 7, 2024
🦌dumb fvcking lies

7

**Sammy4justice2** @WT_FUCK4 · Mar 7, 2024
THANKS TO trump...NOT BIDEN!!!!!!

**David Michaels**
@DavidMi47644829

**Relevant people**

**Kristi Noem** ✓
@KristiNoem
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

Follow

**What's happening**

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
43.8K posts

Trending in United States
**Isagi**
7,340 posts

Trending in United States
**Malibu**
8,221 posts

Politics · Trending
**Ohio**
49K posts

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2025 X Corp.





**Sammy4justice2** @WT_FUCK4 · Mar 7, 2024
THANKS TO trump...NOT BIDEN!!!!!!

Members of the audience wave Venezuelan and American flags as President Donald Trump speaks to a Venezuelan American community in Miami, Fla., on Feb. 18, 2019. | Andrew Harnik/AP Photo

By SABRINA RODRIGUEZ
01/19/2021 09:24 PM EST

President Donald Trump on Tuesday announced he will offer Venezuelan exiles protection from deportation, a move he has considered for years but refused to do until his last full day in office.

Trump is using the little-known Deferred Enforced Departure program, or DED, to offer temporary legal status to Venezuelans fleeing the humanitarian crisis brought on by Nicolás Maduro's regime. DED, similar to Temporary Protected Status or TPS, protects recipients from deportation and allows them to get work permits. However, it is granted directly by the president instead of the Department of Homeland Security.

7

**Shirley Hinze** @rubychirp · Mar 7, 2024
Venezuela has lost a huge portion of its workforce. Professionals like doctors, cops teachers who are fleeing the kind of dictatorship you're embracing

1

**Tara Reilly - I Stand With Ukr...** @treilly1... · Mar 7, 2024
Thou shalt not lie

7

**Betty McBettie** @BettyMcbettie · Mar 7, 2024
Still doin' Lewandowski?

11

**⚓Joshua Owen⚓** @Joshua__Owen_ · Mar 7, 2024
The lies 😂 but people are stupid enough to believe this trash

**Emmana Young** @YoungEmmana · Mar 7, 2024
🤣🤣🤣🤣🤣

3

**Becca Blue🇺🇸 🌊🌊🌊💙...** @RebeccaMcNu... · Mar 7, 2024
You're a liar. I read that Russia is doing that in Europe. And is trying to do it here. I think you're all willing to destroy our democracy for your power and our money.

11

**Viva Cristo Rey** @Tookdaville · Mar 7, 2024
Wasn't the president of Venezuela just at c-pack?

23

**OD Chivers** @ODChivers · Mar 7, 2024
Stop with the lies.

7

**D.E.Marsh 🏴 (Formerly NotS...** @DMarsh... · Mar 7, 2024

**Relevant people**

**Kristi Noem** @KristiNoem Follow
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

**What's happening**

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
43.8K posts

Trending in United States
**Isagi**
7,340 posts

Trending in United States
**Malibu**
8,221 posts

Politics · Trending
**Ohio**
49K posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2025 X Corp.

**David Michaels** @DavidMi47644829

**OD Chivers** @ODChivers · Mar 7, 2024
Stop with the lies.

💬    🔁    ❤️    📊 7

**D.E.Marsh ✉️ (Formerly NotS...** @DMarsh... · Mar 7, 2024
Wow, that's the same #Crazy talk that tRump is echoing... That
proves how nuts you are.

💬    🔁    ❤️ 2    📊 11

**StrongAsTrees** @strongastrees · Mar 7, 2024
What's with the hooker hairdo?

💬    🔁    ❤️ 4    📊 75

**mj** @jensen_49 · Mar 7, 2024
Maybe if we send all the MAGA Republicans to Venezuela, we would
be even

💬 1    🔁    ❤️ 4    📊 100

**Skyclad_Conjurings** @CSkyclad · Mar 7, 2024
Lying, adulterous trash.

💬    🔁    ❤️ 2    📊 14

**Hollly** @hollyBRN07 · Mar 7, 2024
Republicans lie all day long

💬 1    🔁    ❤️ 1    📊 101

**Bob Schwab** @BobSchwab7 · Mar 7, 2024
Let's put Corey on the job

💬 5    🔁    ❤️ 17    📊 827

**Edward W. Moore** @TweetMoore · Mar 7, 2024
They will fit right in with the MAGA movement.

💬 1    🔁    ❤️ 4    📊 422

**Poloplayboy** @mallieg1023 · Mar 7, 2024
1) It was Trump that gave Venezuelan refugees easier access
2) How do you know what Venezuela is doing? Do you have some
inside knowledge from their side?
3) Stop using the work Invasion to justify your racism and

### Relevant people

**Kristi Noem** ✓
@KristiNoem
**Follow**
Wife, mother, grandma, farmer,
rancher, and small business owner.
Secretary of the U.S. Department
of Homeland Security. Former
Governor of South Dakota.

### What's happening

**4 Nations Face-Off:
Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
43.8K posts

Trending in United States
**Isagi**
7,340 posts

Trending in United States
**Malibu**
8,221 posts

Politics · Trending
**Ohio**
49K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2025 X Corp.

**David Michaels**
@DavidMi47644829

# EXHIBIT
# 4





Post

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

Post

**Kristi Noem** @KristiNoem

At least 300,000 illegal immigrants from Venezuela have been encountered at the border. Remember, Venezuela emptied their prisons and told them to come to America.

Far too few have been deported. If we don't want more families grieving like Laken Riley's, that has to change.

4:24 PM · Mar 14, 2024 · **28.2K** Views

149 299 922 13

Post your reply Reply

**AMAC** @AMACforAmerica · Mar 14, 2024
Remember: A vote for Biden is a vote for Harris

**AMAC** @AMACforAmerica · Mar 14, 2024
"I don't know how you watch him (Biden) over a period of time, and imagine that if he wins in November, that somehow he is going to be president four years later. So my point is, a vote for President Biden is a vote for President Kamala Harris."
...
Show more

1 3 473

**Valentina Gomez** @ValentinaForUSA · Mar 14, 2024
Lets start mass deportations!

6 5 30 755

**The Bar Sheet Weekly℠** @BarSheetWeekly · Mar 14, 2024
LOL. Nice teeth.

**David Michaels** @DavidMi47644829

Search

## Relevant people

**Kristi Noem** @KristiNoem Follow
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## What's happening

**Khloé in Wonder Land**
LIVE

Trending in United States
**#earthquake**
44K posts

Music · Trending
**Cher**
22.2K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,461 posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2025 X Corp.

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

Lets start mass deportations!

6 5 30 755

**The Bar Sheet Weekly℠** @BarSheetWeekly · Mar 14, 2024
LOL. Nice teeth.

2 90

**Kevin Jennings** @MarkVNavyDiver · Mar 14, 2024
The US builds prisons in each country willing to receive illegals that committed non victim crimes in the US.
Trials are carried out remotely, and sentences served in their native country.
Cheaper and inhibits crime in the US.

2 246

**SDChick** @jacqedinger · Mar 14, 2024
Blame Trump - Trump signed an executive order deferring the removal of Venezuelans who were at risk of being sent back. He cited the "deteriorative condition" within Venezuela that constitutes a national security threat as the basis for his decision.

2 2 94

**Blue_for_Life** @Blue_for_life88 · Mar 14, 2024

PRESIDENTIAL MEMORANDA

Memorandum on Deferred Enforced Departure for Certain Venezuelans

FOREIGN POLICY

Issued on: January 19, 2021

ALL NEWS

MEMORANDUM FOR THE SECRETARY OF STATE
THE SECRETARY OF HOMELAND SECURITY

2 13

**Lucas Mueller** @muellerl25 · Mar 14, 2024
More complaining from the GOP. No solutions from the GOP.

2 67

**Dr. Vladimir Joukov** @vladijoukov · Mar 15, 2024
US Secretary of Homeland Security Alejandro Mayorkas is in charge of the security of our borders. As a "God's chosen person", he's the one who decides whether to keep our borders open or sealed. We, gentiles, have no power over him, esp after your HB176. Ask Israel for help.

91

**Common Sense #1** @PleaseThink1776 · Mar 14, 2024
Trump passed legislation that stoped deportation of people from Venezuela

David Michaels
@DavidMi47644829

**Relevant people**

**Kristi Noem** @KristiNoem Follow
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

**What's happening**

Khloé in Wonder Land
LIVE

Trending in United States
#earthquake
44K posts

Music · Trending
Cher
22.2K posts

Trending in United States
Malibu
8,290 posts

Trending in United States
Isagi
7,461 posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2025 X Corp.






Post

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

Post

91

**Common Sense #1** @PleaseThink1776 · Mar 14, 2024
Trump passed legislation that stoped deportation of people from Venezuela
4 62

**Dickie Davies** @BigEOnFire · Mar 14, 2024
You're in S Dakota. How are they bothering you?
1 20

**Iain Brown** @iainb1991 · Mar 14, 2024
only 835 deported??

42

**U MAGA ME CRAZY** @bcc2025 · Mar 14, 2024
@elonmusk I have a use for one or a few of your rockets..
13

**Darrell** @Darrell20598993 · Mar 14, 2024
Yes
TREASONOUS gov we have. Sick.
I'm sure that Mexico has done the same
WAY back, Castro did the same thing.
Including mental hospitals.
And God forbid if we accept any from TOXIC Haiti !!!!!😱😱
Before ANYTHING being passed. STOP ILLEGALS From STROLLING in.
28

**New Glory** @NewGloryComith · Mar 14, 2024
Sounds like a dream come true, for them..

**David Michaels**
@DavidMi47644829

Search

## Relevant people

**Kristi Noem** @KristiNoem — Follow
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## What's happening

**Khloé in Wonder Land**
LIVE

Trending in United States
**#earthquake**
44K posts

Music · Trending
**Cher**
22.2K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,461 posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2025 X Corp.

### Relevant people

 **Kristi Noem** ✔
@KristiNoem

**Follow**

Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

### What's happening

**Khloé in Wonder Land**
LIVE

Trending in United States
**#earthquake**
44K posts

Music · Trending
**Cher**
22.2K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,461 posts

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2025 X Corp.



💬 1    🔁    ♡    📊 198

**D** **Doug Matatall** @DougMatatall3 · Mar 14, 2024    ···
yeah, yeah, yeah.

And Venezuelas' crime rate has plummeted.

About 50 Republicans beat you to the punch today...

💬    🔁    ♡    📊 1

**14 Hatey Hate** @NickGurr14_88 · Mar 14, 2024    ···
Send them to israel

💬    🔁    ♡    📊 1

**Michele** @ScreamingMemeMe · Mar 15, 2024    ···
You can't even govern you own state...you have no idea what's going on in other states!  MIND YOUR OWN STATE!

In the meantime you have an affair to continue...



💬    🔁    ♡    📊 4

**Michele** @ScreamingMemeMe · Mar 15, 2024    ···




**David Michaels**    ···
@DavidMi47644829




Document title: (2) Kristi Noem on X: &quot;At least 300,000 illegal immigrants from Venezuela have been encountered at the border. Remember, Venezuela emptied...
Capture URL: https://x.com/KristiNoem/status/1768312288560247199
Capture timestamp (UTC): Sat, 15 Feb 2025 08:39:51 GMT



# Home

# Explore

# Notifications

# Messages

# Grok

# Lists

# Bookmarks

# Jobs

# Communities

# Premium

# Verified Orgs

# Profile

# More

**Post**

We've blocked every piece of legislation to reform the border as well as blocked all funding. But the crisis is all Joe Biden's fault

**F Trump** @manuelantoniobc · Mar 15, 2024
How many encounters has there been with @CLewandowski_ in your pants

**VSpark** @VSpark176207 · Mar 15, 2024
Guess whose policies caused this? 🤨🤡

**Allan Suttor** @ASuttor31119 · Mar 15, 2024
Venzualans are the best

**Lonny Bardash** @LonnyBardash · Mar 15, 2024
How many fanatical murderous rapists entered and deported?

christianpost.com
Suspected terrorists entering US with fake IDs...
FBI Director Christopher Wray warned of an increase in the number of known or suspecte...

**Nora Eagle** @MZepeda19 · Mar 14, 2024

in the United States as of Jan. 20, 2021, except for those:

- Who have voluntarily returned to Venezuela or their country of last habitual residence outside the United States;
- Who have not continuously resided in the United States since Jan. 20, 2021;
- Who are inadmissible under section 212(a)(3) of the Immigration and Nationality Act (INA) (8 U.S.C. 1182(a)(3)) or removable under section 237(a)(4) of the INA (8 U.S.C. 1227(a)(4));
- Who have been convicted of any felony or two or more misdemeanors committed in the United States, or who meet the criteria set forth in section 208(b)(2)(A) of the INA (8 U.S.C. 1158(b)(2)(A));
- Who were deported, excluded, or removed before Jan. 20, 2021;
- Who are subject to extradition;
- Whose presence in the United States the secretary of Homeland Security has determined is not in the interest of the United States or presents a danger to public safety; or
- Whose presence in the United States the secretary of State has reasonable grounds to believe would have potentially serious adverse foreign policy consequences for the United States.

**David Michaels**
@DavidMi47644829

## Relevant people

**Kristi Noem** ✓
@KristiNoem
**Follow**
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## What's happening

**Khloé in Wonder Land**
LIVE

Trending in United States
**#earthquake**
44K posts

Music · Trending
**Cher**
22.2K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,461 posts

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2025 X Corp.

Document title: (2) Kristi Noem on X: &quot;At least 300,000 illegal immigrants from Venezuela have been encountered at the border. Remember, Venezuela emptied…
Capture URL: https://x.com/KristiNoem/status/1768312288560247199
Capture timestamp (UTC): Sat, 15 Feb 2025 08:39:51 GMT







Post Reply Search

- Home
- Explore
- Notifications 2
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

Post

- Whose presence in the United States the secretary of State has reasonable grounds to believe would have potentially serious adverse foreign policy consequences for the United States

1 10

**Janet Iams Shannon** @avgusergirl · Mar 15, 2024
Sound familiar?

Trump grants Venezuelans temporary legal status on his way out

From politico.com

14

**pmandvik** 🇺🇸 @pmandvik · Mar 14, 2024

9

**jreb** @profjimr · Mar 14, 2024
Actually, this has to be undone. Illegals should not get to stay here.

1 21

**NotYourOrdinaryGranny** 💔🇺🇦... @NoOr... · Mar 15, 2024
And the border bill to help that is being stopped by @SpeakerJohnson .

Talk to them

1

**ggg** @Mab88630840Mab · Mar 15, 2024
Not an illegal immigrant

**David Michaels**
@DavidMi47644829

## Relevant people

**Kristi Noem** @KristiNoem Follow
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## What's happening

**Khloé in Wonder Land**
LIVE

Trending in United States
**#earthquake**
44K posts

Music · Trending
**Cher**
22.2K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,461 posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2025 X Corp.

Post Reply Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

8

**Michigan_Chick** 💙🌈🇺🇦🐾... @Michigan_Ch... · Mar 15, 2024
Huh. Looks like the tangerine tyrants fault.

Trump grants Venezuelans temporary legal status on his way out

From politico.com

13

**Jon MAGA is a CULT** @howsthat1959 · Mar 14, 2024
Do they have shiny white teeth?

1 8 191

**Mack** @KylesSpeeches · Mar 15, 2024
You mean these Venezuelans? Because it was not Biden who let them stay here but Trump. So maybe blame the guy who let them stay

Trump grants Venezuelans temporary legal status on his way out

From politico.com

10

**David Michaels**
@DavidMi47644829

## Relevant people

**Kristi Noem**
@KristiNoem
Follow
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## What's happening

**Khloé in Wonder Land**
LIVE

Trending in United States
**#earthquake**
44K posts

Music · Trending
**Cher**
22.2K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,461 posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2025 X Corp.

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

Trump grants Venezuelans temporary legal status on his way out

From politico.com

10

**Vivek knew!** @GpKennedy · Mar 15, 2024
Can you ask Lumpy Bloomers to take a few of her welcome packs to them Kristi? Matthew 25:35 I was hungry, and you gave me something to eat. I was thirsty, and you gave me something to drink. I was a stranger, and you took me into your home

11

**GHGIRL-No Mouse** @ghgirl_s · Mar 14, 2024
The lawsuit for your 'war-zone smile' must have you so mad. So darn mad, that you'll spew lies about the border to try and get the news off your 'war-zone teeth,' right? Is that a frown?

2 23

**Alicia** @pinkcatamount · Mar 14, 2024
Well, that's because Trump granted Venezuelans, along with Cubans, special status on his way out of office. Apparently a gift to his voters in FL. No wonder Venezuela decided to empty their prisons and send them up here. This one is your guy's fault

8

**Robin Eublind** 🇺🇦 @iamrobineublind · Mar 15, 2024
No, they did not empty their prisons Governor Barbie.
You're fear mongering and lying, again.

3

**JJ** @joshjour65 · Mar 15, 2024
That is about 100k high. Biden extended per se trumps out the door EO on Venezuelans. Did you bitch then?

2

**Patricia Padron Fonda**🇺🇸 @abuelaofanarchy · Mar 14, 2024

Content warning: Sensitive content
The author labeled this post as containing sensitive content.
Show

1 28

**John Davis** @aumkarasd · Mar 15, 2024

David Michaels
@DavidMi47644829

**Relevant people**

**Kristi Noem** @KristiNoem Follow
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

**What's happening**

**Khloé in Wonder Land**
LIVE

Trending in United States
**#earthquake**
44K posts

Music · Trending
**Cher**
22.2K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,461 posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2025 X Corp.

# X

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

**Post**

♡ 1    ili 28

**John Davis** @aumkarasd · Mar 15, 2024
Trump protected Venezuelans from being deported. @gop refuses to
fix the border

♡ 2

**Craig Franco** @CraigFranco04 · Mar 14, 2024
2028

ili 50

**Jimmy P (Gilbert AZ)** @gilbertjimp · Mar 14, 2024



ili 95

**Michelle Mccoy** @MichelleMccoy02 · Mar 14, 2024
So What? Do your job ! Teeth Thief

**David Michaels**
@DavidMi47644829

## Relevant people

**Kristi Noem** ✓
@KristiNoem    **Follow**

Wife, mother, grandma, farmer,
rancher, and small business owner.
Secretary of the U.S. Department
of Homeland Security. Former
Governor of South Dakota.

## What's happening

**Khloé in Wonder Land**
LIVE

Trending in United States
**#earthquake**
44K posts

Music · Trending
**Cher**
22.2K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,461 posts

**Show more**

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More···
© 2025 X Corp.





**OKAY, SO?**

🗨 ❤ 1 📊 16 🔖 ⬆

**Sally Ambrose** @fjrsally · Mar 14, 2024                    𝕏 ⋯
Didn't Trump grant Venezuelan in this Country amnesty to stay?

🗨 ↻ ❤ 3 📊 45 🔖 ⬆

**Chauncey8581** @jfalahee · Mar 14, 2024                    𝕏 ⋯
What was it like when you cheated on your husband?

🗨 ↻ ❤ 📊 12 🔖 ⬆

**Regina Dramatica** 🇺🇸 🫏🎖🥭🍀 @LM... · Mar 15, 2024 𝕏 ⋯
THEN FUND THE PROCESSING! ITS ON YOU GOP!!!

🗨 ↻ ❤ 📊 🔖 ⬆

**John** @Dakota_13578 · Mar 15, 2024                        𝕏 ⋯
Goo are pro..
Incest
Rape
Child marriage
Pedophile priests
Pedophile republicons
Pedophile church members
Pedophile cops
#pedotrump has wanted to fck ivanka since she was 13
#RapistTrump ...
Show more

**#AudriiCunningham**
**#LakenRiley**
**#GOPhypocrisy**

🗨 ↻ 1 ❤ 1 📊 67 🔖 ⬆

**Turd Ferguson** @Drut_Ferg · Mar 14, 2024                  𝕏 ⋯
Venezuela, eh?
Man, they crossed over 7 borders and all of Central America to get
this far. That's pretty impressive.
I don't know about your claim about emptying prisons, the only one
saying it is you and your cult.

🗨 ↻ ❤ 2 📊 22 🔖 ⬆

**Dittie** ✓ @DittiePE · Mar 15, 2024                        𝕏 ⋯
Worry about your own lawn.

| Crime & Corrections | Health Care |
|---|---|
| RANKING | RANKING |

**Relevant people**

**Kristi Noem** ✓
@KristiNoem                                    [Follow]
Wife, mother, grandma, farmer,
rancher, and small business owner.
Secretary of the U.S. Department
of Homeland Security. Former
Governor of South Dakota.

**What's happening**

**Khloé in Wonder Land**
LIVE

Trending in United States
**#earthquake**
44K posts

Music · Trending
**Cher**
22.2K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,461 posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.

# 𝕏

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

**Post**

**David Michaels**
@DavidMi47644829

Document title: (2) Kristi Noem on X: &quot;At least 300,000 illegal immigrants from Venezuela have been encountered at the border. Remember, Venezuela emptied…
Capture URL: https://x.com/KristiNoem/status/1768312288560247199
Capture timestamp (UTC): Sat, 15 Feb 2025 08:39:51 GMT



 Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

David Michaels
@DavidMi47644829

1 · 51

**scifi life** @life_scifi · Mar 14, 2024
😆

1 · 7

**mj** @jensen_49 · Mar 14, 2024
Trying to divert attention away from yourself. You lie through your teeth..pun intended

4 · 35

**#RIPGOP ™** 🇺🇸 @_ReaalAmerican_ · Mar 14, 2024

2 · 93

**#RIPGOP ™** 🇺🇸 @_ReaalAmerican_ · Mar 14, 2024
#RIPGOP

## Relevant people

**Kristi Noem** @KristiNoem Follow
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## What's happening

**Khloé in Wonder Land**
LIVE

Trending in United States
**#earthquake**
44K posts

Music · Trending
**Cher**
22.2K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,461 posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2025 X Corp.

X

-  Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

**Post**



**BREAKING**
Married South Dakota Governor Kristi Noem (R) has been having a years-long affair with married Trump advisor Corey Lewandowski. The governor has frequently touted "traditional marriage" and her "family values."
**READ MORE @ MeidasTouch.com**

💬        ⇄        ♡ 2        92        🔖 ⬆

**#RIPGOP ™** 🇺🇸 @_ReaalAmerican_ · Mar 14, 2024
#RIPGOP

REPUGS GIVE IT A REST W/THE BORDER BS. BIDEN + THE DEMS AGREED TO SUPPORT JAMES LANKFORD'S (R-OK) BIPARTISAN BORDER DEAL. TRUMP TOLD REPUGS TO TANK THE DEAL B/C IT WOULD BE A WIN FOR BIDEN.

💬 1        ⇄        ♡ 3        91        🔖 ⬆

**Debra Ponto** @PontoDebra · Mar 14, 2024
You lie, yet talk about Christian values. What about the families of the victims in all the mass shootings that were born and raised here? Only one person counts so you can use that as political agenda? You are shameful.

💬        ⇄        ♡ 5        59        🔖 ⬆

**Angelcrusher** @Angelcrusher · Mar 14, 2024
Because Trump gave them legal status.



Trump grants Venezuelans temporary legal status on his way out

**David Michaels**
@DavidMi47644829

**Relevant people**

 **Kristi Noem** ✓
@KristiNoem                [Follow]
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

**What's happening**

**Khloé in Wonder Land**
LIVE

Trending in United States
**#earthquake**
44K posts

Music · Trending
**Cher**
22.2K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,461 posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More
© 2025 X Corp.



Trump grants Venezuelans temporary legal status on his way out

From politico.com

♡ 1          �..II 22

**Rev Miguel A Rivera** @MiguelReverend · Mar 14, 2024
FALSE MISLEADING MAGA PROPAGANDA

♡ 1          ᴸᴸᴸ 22

**Sandra Callnan** @CallnanSandra · Mar 15, 2024
Bla Bla Bla
THIRSTY Kristi...

▶ GIF

southgal1 @southgal11 · Mar 14, 2024
You are using her and your horses for publicity

ᴸᴸᴸ 33

G    **George Hawkins** @GeorgeH81794543 · Mar 15, 2024
Maybe they came here to get their teeth fixed

ᴸᴸᴸ 6

**dar jaxs** @JAXDAR1 · Mar 15, 2024
🤣🤣🤣🤣



**David Michaels**    ···
@DavidMi47644829

**Kristi Noem** ✔
@KristiNoem    [Follow]

Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

### What's happening

**Khloé in Wonder Land**
LIVE

Trending in United States
**#earthquake**
44K posts

Music · Trending
**Cher**
22.2K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,461 posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.



Document title: (2) Kristi Noem on X: &quot;At least 300,000 illegal immigrants from Venezuela have been encountered at the border. Remember, Venezuela emptied…
Capture URL: https://x.com/KristiNoem/status/1768312288560247199
Capture timestamp (UTC): Sat, 15 Feb 2025 08:39:51 GMT



Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

David Michaels
@DavidMi47644829

16

**fatblock** @1fatblock · Mar 15, 2024

Members of the audience wave Venezuelan and American flags as President Donald Trump speaks to a Venezuelan American community in Miami, Fla., on Feb. 18, 2019. | Andrew Harnik/AP Photo

By SABRINA RODRIGUEZ
01/19/2021 09:24 PM EST

President Donald Trump on Tuesday announced he will offer Venezuelan exiles protection from deportation, a move he has considered for years but refused to do until his last full day in office.

Trump is using the little-known Deferred Enforced Departure program, or DED, to offer temporary legal status to Venezuelans fleeing the humanitarian crisis brought on by Nicolás Maduro's regime. DED, similar to Temporary Protected Status or TPS, protects recipients from deportation and allows them to get work permits. However, it is granted directly by the president instead of the Department of Homeland Security.

17

**AJ** @RubyStar_22 · Mar 15, 2024
Prove this! PROVE IT! Fear mongering and lie is all you do!! Oh wait, I forgot about making commercials in exchange for who knows what.....

10

**GUSTAH STANDS WITH UK...** @WinnieJ93... · Mar 15, 2024
DON'T COMPLAIN! PASS LANKFORD'S BILL!

6

**AV** @ajv44 · Mar 15, 2024
Did you brush your teeth today?

6

**Nasty Kitty😾** @ChrisZubat · Mar 14, 2024
Grieving family and their cult leader

**Relevant people**

**Kristi Noem** @KristiNoem
Follow
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

**What's happening**

**Khloé in Wonder Land**
LIVE

Trending in United States
**#earthquake**
44K posts

Music · Trending
**Cher**
22.2K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,461 posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2025 X Corp.



**Relevant people**

Kristi Noem ✓
@KristiNoem

Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

**Follow**

**What's happening**

Khloé in Wonder Land
LIVE

Trending in United States
**#earthquake**
44K posts

Music · Trending
**Cher**
22.2K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,461 posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2025 X Corp.

---

33

**Pam Riley** @jayhawksmile96 · Mar 15, 2024
Didn't Trump sign an order extending Venezuelans ability to stay as he left the White House?   It's on your orange cult leader

4

**Mike Thomas** @mikethomas007 · Mar 15, 2024
It's on FOX NEWS it must be true😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂

4

**Christian Soldier 219** @wignatmonster · Mar 14, 2024
Why don't you check with Israel to see if you're allowed to complain?

21

**teds8trackemporium** @tedsemporium69 · Mar 14, 2024
Why hasn't this happened?

THIS POS NEEDS TO BE CHARGED WITH TREASON

21

**Down2Compete** @TvkLB · Mar 14, 2024
How's your teeth?

23

**Tim** @tim10bob · Mar 15, 2024

**David Michaels**
@DavidMi47644829

**Home**
**Explore**
**Notifications**
**Messages**
**Grok**
**Lists**
**Bookmarks**
**Jobs**
**Communities**
**Premium**
**Verified Orgs**
**Profile**
**More**

**Post**

Document title: (2) Kristi Noem on X: &quot;At least 300,000 illegal immigrants from Venezuela have been encountered at the border. Remember, Venezuela emptied…
Capture URL: https://x.com/KristiNoem/status/1768312288560247199
Capture timestamp (UTC): Sat, 15 Feb 2025 08:39:51 GMT

# Home

# Explore

# Notifications

# Messages

# Grok

# Lists

# Bookmarks

# Jobs

# Communities

# Premium

# Verified Orgs

# Profile

# More

**Post**

⬚ 6

**Tuatha De Danann** @gdog553 · Mar 14, 2024
Apprehensions and expulsions

⬚ 26

**What'SUP!** @SupwiththatWhat · Mar 14, 2024
How many of those have slipped through the cracks.

♡ 1    ⬚ 93

**Golferman** @Brucethegolfer · Mar 14, 2024
In case you forgot (easy to do with Cores's dick in your mouth), trump gave Venezuelan immigrants special status.

♡ 1    ⬚ 19

**Tim Sutton** @Haulingtmber · Mar 14, 2024
Liar, you all can't even use the same number. You just pick the biggest one you think you saw and copy it. Do better, sidesaddle K!

OMG , HAHA!!
We should trademark that, "SidesaddleK" a ranch for all ruined Family Values!!!🤭 Donate my share .

♡ 1    ⬚ 8

**Lisa** 💕🌱🕊💗🇺🇸 @Lawlady99 · Mar 14, 2024
How are they illegals if they're presenting themselves at the border?

💬 2    ♡ 6    ⬚ 133

**Danger Foe** @Jolicoeur1 · Mar 14, 2024
the 834 deported likely said they love American values and hate communism

♡ 1    ⬚ 52

**Sandee** 🔞 @sandeew18 · Mar 14, 2024

**WSJ**
SUBSCRIBE    SIGN IN
POLITICS
EMPLOYMENT & IMMIGRATION
**Trump grants Venezuelans temporary legal status on his way out**
The U.S. will defer for 18 months the removal of certain Venezuela nationals.
**Trump Approves Deportation Protections for Venezuelans in U.S. Illegally**
The action comes under the Deferred Enforced Departure program that offers deportation protections and work permits to immigrants in the country without authorization
By Michelle Hackman  Follow

## Relevant people

**Kristi Noem** ✓
@KristiNoem
**Follow**
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## What's happening

**Khloé in Wonder Land**
LIVE

Trending in United States
**#earthquake**
44K posts

Music · Trending
**Cher**
22.2K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,461 posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.


**David Michaels**
@DavidMi47644829



Document title: (2) Kristi Noem on X: &quot;At least 300,000 illegal immigrants from Venezuela have been encountered at the border. Remember, Venezuela emptied…
Capture URL: https://x.com/KristiNoem/status/1768312288560247199
Capture timestamp (UTC): Sat, 15 Feb 2025 08:39:51 GMT



Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

David Michaels
@DavidMi47644829

Illegally
The action comes under the Deferred Enforced Departure program that offers deportation protections and work permits to immigrants in the country without authorization
By Michelle Hackman
Updated Jan. 19, 2021 at 10:30 pm ET

Members of the audience wave Venezuelan and American flags as

1 · 22

**BradX** @Brad41219011 · Mar 15, 2024
Add 30% more for the Unknown Gotaways. Thats 1/2 Million at least.
77

**Pesky Jski** @PeskyJski · Mar 14, 2024
Remember the amnesty that your BFF ensured?
1 · 25

**pam simpson** @PJS_SDstrong · Mar 14, 2024
Republican lead Congress really should have passed bipartisan bill for border! What a shame!!!
1 · 7

**redstateboomer** @redstateboomer · Mar 14, 2024
This is a total horseshit lie. You'll believe anything you read or hear on rightwing media, because your "brain" is nothing but a rotting glob of moldy cottage cheese. You disgust every decent South Dakotan and your entire political career is nothing but BS and grift.
8 · 41

**Avron** @Avron_p · Mar 14, 2024
GOP did absolutely zero
2 · 5 · 214

**Cindi Woohoo** @CindiWoohoo · Mar 14, 2024
Congressional Republicans are to blame. They refused funding and all serious bills. Hr2 is a steaming pile.
1 · 5 · 133

**Gazpacho Policewoman** ... @zlatin... · Mar 14, 2024
Thank the fat orange fuck for this.

## Trump grants Venezuelans temporary legal status on his way out

The U.S. will defer for 18 months the removal of certain Venezuelan nationals.

**Relevant people**

**Kristi Noem** @KristiNoem Follow
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

**What's happening**

Khloé in Wonder Land
LIVE

Trending in United States
#earthquake
44K posts

Music · Trending
Cher
22.2K posts

Trending in United States
Malibu
8,290 posts

Trending in United States
Isagi
7,461 posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2025 X Corp.





Document title: (2) Kristi Noem on X: &quot;At least 300,000 illegal immigrants from Venezuela have been encountered at the border. Remember, Venezuela emptied…
Capture URL: https://x.com/KristiNoem/status/1768312288560247199
Capture timestamp (UTC): Sat, 15 Feb 2025 08:39:51 GMT

**Home**

**Explore**

**Notifications** ②

**Messages**

**Grok**

**Lists**

**Bookmarks**

**Jobs**

**Communities**

**Premium**

**Verified Orgs**

**Profile**

**More**

**Post**

**David Michaels**
@DavidMi47644829 ···

**A GREAT NOTICER** @sawwingdust · Mar 14, 2024
Your masters are promoting this.
🔁          ♡          📊 17          🔖  ⬆

**Mack Piotrowski** @mackpio · Mar 15, 2024
Next VP
🔁          ♡          📊 3          🔖  ⬆

**DrezInLA VOTE BLUE** @Andrez68LA · Mar 14, 2024
Eat shit
🔁          ♡          📊          🔖  ⬆

**Mark Redlin** @mark_redli14486 · Mar 14, 2024

▶ GIF

🔁          ♡ 1          📊 9          🔖  ⬆

**mukluk** @DanMcCollu15644 · Mar 14, 2024
Texas Governor Abbott is in Europe. Who's watching the border
while he's gone. A few weeks ago everyone was down there
Standing with Texas. Now you guys are leaving it wide open or did
you fix the crisis. Confused mega supporter here ,do I still blame
Biden ?
🔁 1          ♡ 1          📊 29          🔖  ⬆

**Kelly** @KellyforGod · Mar 14, 2024

▶ GIF
HE SENDS ONE OF YOURS TO HOSPITAL, YOU
SEND ONE OF HIS TO THE MORGUE!

🔁          ♡          📊 3          🔖  ⬆

**No Party Juice** @nopartyjuice · Mar 15, 2024
Tell your Jewish Kalergi Plan paymasters to stop shipping them here,
and lobbying for open border immigration policies.
🔁          ♡          📊 1          🔖  ⬆

**Bret** @WokeLeftyGuy · Mar 15, 2024
Now define "encounter" as opposed to "crossed the border and
disappeared into the country with whereabouts unknown."

### Relevant people

**Kristi Noem** ✓
@KristiNoem
Wife, mother, grandma, farmer,
rancher, and small business owner.
Secretary of the U.S. Department
of Homeland Security. Former
Governor of South Dakota.

**Follow**

### What's happening

**Khloé in Wonder Land**
LIVE

Trending in United States
**#earthquake**
44K posts

Music · Trending
**Cher**
22.2K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,461 posts

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.

Document title: (2) Kristi Noem on X: &quot;At least 300,000 illegal immigrants from Venezuela have been encountered at the border. Remember, Venezuela emptied…
Capture URL: https://x.com/KristiNoem/status/1768312288560247199
Capture timestamp (UTC): Sat, 15 Feb 2025 08:39:51 GMT





Post

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

Post

David Michaels
@DavidMi47644829

1

**Bret** @WokeLeftyGuy · Mar 15, 2024
Now define "encounter" as opposed to "crossed the border and disappeared into the country with whereabouts unknown."

As always, you MAGAs pray on the uninformed who accept your exaggerations as gospel.

#FuckMAGA

1 4

**Jill** @blukesmom · Mar 14, 2024
How much money did you get for your teeth? Are you gonna buy a little cottage for you and Corey?

1 5

**Pierce Caravan** @Piercecaravan · Mar 15, 2024
I wonder how many of them have had affairs?

SCANDAL

Governor Kristi Noem, "God-Fearing" Family Woman, and Corey Lewandowski, Trump Creep, Reportedly Had "Yearslong" Affair

It's always the ones who insist that marriage is "a special, God-given union between one man and one woman" that forget how to count.

3

**Gregg's Cell** @greggscell · Mar 14, 2024

Search

## Relevant people

**Kristi Noem** @KristiNoem
Follow
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## What's happening

**Khloé in Wonder Land**
LIVE

Trending in United States
**#earthquake**
44K posts

Music · Trending
**Cher**
22.2K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,461 posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2025 X Corp.

Post

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

4

**Liberty Jones** @Liberty_Jones2 · Mar 14, 2024
Open Border: You see, their goal, besides illegal votes is to procure as many fighting-age males as possible. Can you guess why? In order to implement their own personal militia and come after all MAGA conservatives! Oh it's coming. I encourage all of you to buy more guns!

22

**Nigel Lew** @NigelLew2 · Mar 14, 2024
Trump gave 400,000 of them amnesty. Kindly STFU.

2 9

**Mountain Momma** ☮ @twainhartemom · Mar 15, 2024
How many of those migrants has Greg Abbott bused into sanctuary cities, Kristi and how much has South Dakota contributed to his cause?

3

**Chingao Sullivan** @ChingaoSullivan · Mar 14, 2024
You should try sitting in the Pine Ridge student section

1 5

**steve** @steve63537426 · Mar 14, 2024
Why did you go to Texas to get your teeth cleaned??

3

**Liddle' JirkyRick** @jirkyrick · Mar 14, 2024
I wonder why?

Members of the audience wave Venezuelan and American flags as President Donald Trump speaks to a Venezuelan American community in Miami, Fla., on Feb. 18, 2019. | Andrew Harnik/AP Photo

By SABRINA RODRIGUEZ
01/19/2021 09:24 PM EST

President Donald Trump on Tuesday announced he will offer Venezuelan exiles protection from deportation, a move he has considered for years but refused to do until his last full day in office.

Trump is using the little-known Deferred Enforced Departure program, or DED, to offer temporary legal status to Venezuelans fleeing the humanitarian crisis brought on by Nicolás Maduro's regime. DED, similar to Temporary Protected Status or TPS, protects recipients from deportation and allows them to get work permits. However, it is granted directly by the president instead of the Department of Homeland Security.

3

**Shelly** @Shelly71431539 · Mar 14, 2024
Hey I hear Venezuela is a really nice guy.

7

**David Michaels**
@DavidMi47644829

Search

## Relevant people

**Kristi Noem** @KristiNoem
Follow
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## What's happening

**Khloé in Wonder Land**
LIVE

Trending in United States
**#earthquake**
44K posts

Music · Trending
**Cher**
22.2K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,461 posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2025 X Corp.

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

**Post**

**Shelly** @Shelly71431539 · Mar 14, 2024
Hey I hear Venezuela is a really nice guy.

◯    ⇄    ♡    ⌷ 7    🔖    ⬆


**Ruthie Kitty/2012!** @2012Ruthie · Mar 14, 2024
And you cheated on your husband with a punk Trump sycophant,
and would force children to have children. And there is this!


A MAN WAS FOUND GUILTY IN A COURT OF LAW OF SEXUALLY ASSAULTING A WOMAN AND THEN REPEATEDLY DEFAMING HER.

MANY OF YOU ARE PLANNING ON VOTING FOR HIM FOR PRESIDENT.

WHAT EXACTLY IS WRONG WITH YOU?

JOHN PAVLOVITZ

THE SHE

◯ 1    ⇄ 1    ♡ 1    ⌷ 54    🔖    ⬆

**John** @John08362652 · Mar 14, 2024
FOR OVER A CENTURY, DEMOCRAT PRESIDENTS
HAVE SOAKED THEIR HANDS
IN INNOCENT AMERICAN BLOOD! Lyndon JOHNSON
poster beast for unnecessary carnage.



◯    ⇄    ♡    ⌷ 17    🔖    ⬆


**David Michaels**
@DavidMi47644829

···

## Relevant people


**Kristi Noem** ✓    **Follow**
@KristiNoem
Wife, mother, grandma, farmer,
rancher, and small business owner.
Secretary of the U.S. Department
of Homeland Security. Former
Governor of South Dakota.

## What's happening

**Khloé in Wonder Land**
LIVE

Trending in United States
**#earthquake**
44K posts

Music · Trending
**Cher**
22.2K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,461 posts

**Show more**

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More···
© 2025 X Corp.





Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

17

**Bob Todd** @Bob_ToddIAMU · Mar 14, 2024
Our Morning Read Psalm 107
Thoughts on conditioning to be OK with not good, subliminally.

9

**I'm still your Mom's favorite...** @sdnorse... · Mar 14, 2024
Thanks trump...

2 38

**Dr. C Ismael , MD** @JaeSea1 · Mar 14, 2024
Aren't you supposed to be deepthroating Israel and creating more laws for the tiny percent of your South Dakota population?

1 22

Show probable spam

**David Michaels**
@DavidMi47644829

## Relevant people

**Kristi Noem** @KristiNoem
Follow
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## What's happening

**Khloé in Wonder Land**
LIVE

Trending in United States
**#earthquake**
44K posts

Music · Trending
**Cher**
22.2K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,461 posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2025 X Corp.

# X

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

**Post**

Show probable spam

### Relevant people

**Kristi Noem** ✓
@KristiNoem

**Follow**

Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

### What's happening

**Khloé in Wonder Land**
LIVE

Trending in United States
**#earthquake**
44K posts

Music · Trending
**Cher**
22.2K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,461 posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.



**David Michaels**
@DavidMi47644829



Document title: (2) Kristi Noem on X: &quot;At least 300,000 illegal immigrants from Venezuela have been encountered at the border. Remember, Venezuela emptied...
Capture URL: https://x.com/KristiNoem/status/1768312288560247199
Capture timestamp (UTC): Sat, 15 Feb 2025 08:39:51 GMT

# EXHIBIT 5





Instagram

- Home
- Search
- Explore
- Reels
- Messages
- Notifications
- Create
- Profile

**kristinoem** • Follow
Original audio

**kristinoem** Every illegal immigrant broke the law as their first action in our country. And nations like Venezuela are using our open border to solve their own crime and mental health crises.

When @realDonaldTrump takes office, we will immediately address this issue and deport

**5,901 likes**
December 9, 2024

Comments on this post have been limited.

More posts from **kristinoem**

- AI Studio
- Threads
- More

# Instagram

- Home
- Search
- Explore
- Reels
- Messages
- Notifications
- Create
- Profile



**kristinoem** • Follow
Original audio

**team_cozycove** Trump is right, you can't spin anything good out of mass illegal migration, if migrants make us great why didn't they make their own country great ?
10w   8 likes

**5,901 likes**
December 9, 2024

Comments on this post have been limited.

More posts from **kristinoem**



- AI Studio
- Threads
- More

Document title: Kristi Noem | Every illegal immigrant broke the law as their first action in our country. And nations like Venezuela are using our open border to solve... |…
Capture URL: https://www.instagram.com/kristinoem/reel/DDVjJnURRqw/
Capture timestamp (UTC): Thu, 20 Feb 2025 23:50:03 GMT

# EXHIBIT 6





Post

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

Post

**Secretary Kristi Noem**
@Sec_Noem

7 AM in NYC. Getting the dirt bags off the streets.

3:35 PM · Jan 28, 2025 · **35.5M** Views

19K 21K 136K 3.9K

Post your reply
Reply

**The Subtext** @TrueSubtext · Jan 29
The "dirt bags"

1 29 263

**Faketriots Watch** @Faketriots · Jan 30
Look out everybody and hide your dogs

2 4 132 9.3K

**RelRheeannaRN** @RelRheennaRN · Feb 13
You are one sick maggot get off our streets

**David Michaels**
@DavidMi47644829

## Relevant people

**Secretary Kri...**
@Sec_Noem
Follow
The Secretary of the Department of Homeland Security under the leadership of @POTUS Trump

## What's happening

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
44K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,521 posts

Music · Trending
**Cher**
22.2K posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ...
© 2025 X Corp.

00468

# X

- Home
- Explore
- Notifications ②
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

**Post**

Look out everybody and hide your dogs

💬 2      ⇄ 4      ♡ 132      �📊 9.3K

**RelRheeannaRN** ✓ @RelRheennaRN · Feb 13
You are one sick maggot get off our streets

💬        ♡        �📊 5

**Russell Drew** ✓ @RussOnPolitics · Jan 28
Kristi Noem is in New York City! That explains why I haven't seen any dogs on the streets today. They are in as much danger as the undocumented immigrants.

She attacked me and it was a hard decision.

💬 3      ⇄ 25      ♡ 195      �📊 4.3K

💙 🍭PETTY_CRAMPS🍭💙💙 @JessieWeasley75 · Jan 30
You don't know a damn thing about anybody. You don't know anything you are hurting Americans in America with your ICE bs. You are harming people and families. You have no idea what you're doing absolutely none.

💬 4      ⇄        ♡ 1      �📊 121

**Viral News NYC** ✓ @ViralNewsNYC · Jan 28
It's about time

💬 2      ⇄ 6      ♡ 97      ⚡ 3.6K

**College Shirt Clubs by The Fan Stop** ✓ @the_fanstop      Ad ···
UTSA Roadrunners Shirt of the Month

Get new UTSA Roadrunners T-shirts, long-sleeves & hoodies monthly

schools.thefanstop.com/utsa-roadrunne...




**David Michaels**
@DavidMi47644829

## Relevant people

**Secretary Kri...** ✓ 🛡
@Sec_Noem      **Follow**
The Secretary of the Department of Homeland Security under the leadership of @POTUS Trump

## What's happening

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
🔴 LIVE

Trending in United States
**#earthquake**
44K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,521 posts

Music · Trending
**Cher**
22.2K posts

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2025 X Corp.







Post Reply Search

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

Post

4 131 1.9M

**Auden B. Cabello** @CabelloAuden · Jan 28
The mission is not only to get "dirt bags off the streets", the goal should be to put a permanent end to the policies that allowed millions of illegals in and remain in the US.

52 16 200 47K

**Gimme3Steps** @TheSouthGAJohn · Jan 28
What an upgrade at DHS 🇺🇸🫡

48 62 445 24K

**SG Carter** @SGCarter151217 · Jan 28

11 414

**The Handiest Man ™** @Handiest_man · Jan 28

**The Handiest Man ™** @Handiest_man · Jan 28

**Shady Dealings of Texas Governor Greg Abbott**

**David Michaels**
@DavidMi47644829

## Relevant people

**Secretary Kri...** @Sec_Noem Follow
The Secretary of the Department of Homeland Security under the leadership of @POTUS Trump

## What's happening

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
44K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,521 posts

Music · Trending
**Cher**
22.2K posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2025 X Corp.

X Home
Q Explore
Notifications
Messages
X Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

**Post**

 

**Shady Dealings of Texas Governor Greg Abbott and Ken Paxton in the Colony Ridge Scandal**

In the Lone Star State, a scandal of significant proportions has emerged, intertwining the actions of two of its most prominent political figures: Governor Greg Abbott and Attorney General Ken Paxton....

💬 2    🔁 12    ❤️ 65    📊 50K    🔖 ⬆️

ƎlʞИOM ✔️ @Monkie669_ · Jan 28    X ···
You can start with this one



💬 8    🔁 12    ❤️ 123    📊 1.5K    🔖 ⬆️

College Shirt Clubs by The Fan Stop ✔️ @the_fanstop    Ad ···
UTSA Roadrunners Shirt of the Month

Get new UTSA Roadrunners T-shirts, long-sleeves & hoodies monthly

schools.thefanstop.com/utsa-roadrunne...



 David Michaels ···
@DavidMi47644829

### Relevant people

 Secretary Kri... ✔️ 🛡️    **Follow**
@Sec_Noem
The Secretary of the Department of Homeland Security under the leadership of @POTUS Trump

### What's happening

4 Nations Face-Off: Unveiled (NHL/NHLPA)
🔴 LIVE

Trending in United States    ···
#earthquake
44K posts

Trending in United States    ···
Malibu
8,290 posts

Trending in United States    ···
Isagi
7,521 posts

Music · Trending    ···
Cher
22.2K posts

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2025 X Corp.



# Home

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

**Post**

UTSA

⟲ 7    ♡ 121    ‖ 1.9M

**Impeach Trump a 3rd Time!** ✓ @Christo12919382 · Jan 28    ⤬ ···
Don't shoot Corey! I thought you two were in love!😂😂😂😂😂



MTN
MEIDASTOUCH.COM

**BREAKING**
Married South Dakota Governor
Kristi Noem (R) has been having
a years-long affair with married
Trump advisor Corey Lewandowski.
The governor has frequently
touted "traditional marriage"
and her "family values."
READ MORE @ MeidasTouch.com

💬 26    ⟲ 116    ♡ 925    ‖ 22K

**Reshell Gurney** ✓ @GurneyReshell · Jan 28    ⤬ ···
Leadership at it's finest 🇺🇸❤️

💬 446    ⟲ 20    ♡ 524    ‖ 219K

**The Austin Conservative** 🇺🇸✌️ ✓ @atx_republican · Jan 28    ⤬ ···
You are straight up fire!! Keep it up!! 🔥

💬 88    ⟲ 4    ♡ 341    ‖ 145K

**Deepa**X ✓ @realdeepakterra · Jan 28    ⤬ ···
We got a huge upgrade as our secretary of our homeland security

💬 105    ⟲ 16    ♡ 547    ‖ 192K

**joe miller** ✓ @joemill37087868 · Jan 28    ⤬ ···
"7 AM in NYC. Getting the dirt bags off the streets."
For the win 🏆
@JrzyJoePiscopo @RudyGiuliani @BernardKerik

💬 29    ⟲ 4    ♡ 232    ‖ 161K

**The Sapient Savant** 🧙✓ @joesap23 · Jan 28    ⤬ ···
Excellent work!

💬 6    ⟲ 2    ♡ 52    ‖ 28K

**Brett Moulton** ✓ @brettmoulton24 · Jan 28    ⤬ ···

**David Michaels**
@DavidMi47644829    ···

## Relevant people

**Secretary Kri...** ✓ 🛡️ ✓
@Sec_Noem    **Follow**
The Secretary of the Department
of Homeland Security under the
leadership of @POTUS Trump

## What's happening

4 Nations Face-Off:
Unveiled (NHL/NHLPA)
LIVE

Trending in United States
**#earthquake**
44K posts                ···

Trending in United States
**Malibu**
8,290 posts              ···

Trending in United States
**Isagi**
7,521 posts              ···

Music · Trending
**Cher**
22.2K posts              ···

**Show more**

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2025 X Corp.



**The Sapient Savant** @joesap23 · Jan 28
Excellent work!
6 2 52 28K

**Brett Moulton** @brettmoulton24 · Jan 28
Love it!
6 2 50 33K

**UltraMAGA Ginger** @4TrumpDogs · Jan 28
She's a bad ass 🥰

72 3 58 25K

**Courage Is A Habit** @CourageHabit · Jan 28
While you try to get those dirt bag off the streets, teachers and superintendents in government K-12 are aiding and abetting them.

Say hi to Superintendent Jake @kjlanglais @MultilingualLPS and the law firm that instructed him to destroy evidence and data. Yes, this is real we
Show more

3 16 31 9.9K

**ddd Kicks the Cult to the Curb** @dddfaber · Jan 28
So.... Get off the street then. Puppy killers are pretty massive dirt bags in my book.
3 27 568 8.8K

**David Michaels**
@DavidMi47644829

## Relevant people

**Secretary Kri...** @Sec_Noem Follow
The Secretary of the Department of Homeland Security under the leadership of @POTUS Trump

## What's happening

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
44K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,521 posts

Music · Trending
**Cher**
22.2K posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ...
© 2025 X Corp.

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

Post

**ddd Kicks the Cult to the Curb** ✓ @dddfaber · Jan 28
So.... Get off the street then. Puppy killers are pretty massive dirt bags in my book.

💬 3     🔁 27     ♡ 568     📊 8.8K

**Whale Psychiatrist** ™ @k_ovfefe2 · Jan 28
I have whiplash from all this winning!

💬 82     🔁 10     ♡ 400     📊 116K

**Malbon Golf** ✓ @MalbonGolf     Ad ···
A complete look at the Lost Luggage Sweatsuit Collection.

Available now on malbon.com

💬 26     🔁 17     ♡ 293     📊 810K

**Beard Vet** ✓ @Beard_Vet · Jan 28
All of them must go back 🐕🇺🇸

💬 3     🔁 9     ♡ 133     📊 6.6K

**Cryptid Politics** 🇺🇸🐸✓ @CryptidPolitics · Jan 28
Stop cosplaying as an ICE agent, @KristiNoem.

We know you are just tying to generate ad material for your 2028 presidential run.

💬 26     🔁 8     ♡ 277     📊 16K

**Tim Young** ✓ @TimRunsHisMouth · Jan 28
Kristi Noem isn't messing around either.  Love this!

💬 25     🔁 16     ♡ 427     📊 13K

**Paul A. Szypula** 🇺🇸✓ @Bubblebathgirl · Jan 28
Thank you Sec Noem!

💬 7     🔁 4     ♡ 126     📊 5.8K

**Gunther Eagleman**™ ✓ @GuntherEagleman · Jan 28
Don't let up. We want records set.

💬 17     🔁 15     ♡ 472     📊 24K

**@Chicago1Ray** 🇺🇸✓ @Chicago1Ray · Jan 28

**Relevant people**

**Secretary Kri...** ✓ 🎗️     Follow
@Sec_Noem
The Secretary of the Department of Homeland Security under the leadership of @POTUS Trump

**What's happening**

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
44K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,521 posts

Music · Trending
**Cher**
22.2K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.

**David Michaels**
@DavidMi47644829



Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

Post

**Gunther Eagleman™** ✔ ✔ @GuntherEagleman · Jan 28
Don't let up. We want records set.
17    15    472    24K

**@Chicago1Ray** 🇺🇸 ✔ @Chicago1Ray · Jan 28
They'd probably wanna be arrested by you
10    2    58    4.7K

**Derek Cressman** ✔ @DerekCressman · Jan 28
Nice cosplay!
6    13    286    15K

**Sage of Karachi** ✔ @AhmarMustikhan · Jan 29
Didn't you shoot a dog & lost your chance of becoming @VP?
2    276    4.7K

**RN 4 U** 🧑‍⚕️💜🌻 @RnTami · Jan 31

RN 4 U 🧑‍⚕️🌷💜🌻
@RnTami

Botox✅
Fillers✅
Hair extensions✅
Fake Eyebrows✅
Funny Costume✅
Unqualified puppy killer ✅
Kristi Noem 🤮

1    40

**College Shirt Clubs by The Fan Stop** ✔ @the_fanstop    Ad
UTSA Roadrunners Shirt of the Month

Get new UTSA Roadrunners T-shirts, long-sleeves & hoodies monthly

schools.thefanstop.com/utsa-roadrunne...

**David Michaels**
@DavidMi47644829

**Relevant people**

**Secretary Kri...** ✔ ✔
@Sec_Noem                    Follow
The Secretary of the Department
of Homeland Security under the
leadership of @POTUS Trump

**What's happening**

4 Nations Face-Off:
Unveiled (NHL/NHLPA)
LIVE

Trending in United States
#earthquake
44K posts

Trending in United States
Malibu
8,290 posts

Trending in United States
Isagi
7,521 posts

Music · Trending
Cher
22.2K posts

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More…
© 2025 X Corp.



Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

**Post**



**David Michaels**
@DavidMi47644829

♡ 121    📊 1.9M    ↻ 7

**Peggy Gabour** ✓ @peggy_gabour · Jan 28

KRISTI NOEM'S
POLITICAL CAREER

💬    ↻ 6    ♡ 351    📊 16K

**TechTeslaFusion** ✓ @TechTeslaFusion · Jan 28
Thanks a bunch for all your hard work!!

💬 47    ↻ 4    ♡ 207    📊 174K

**miguelifornia** ✓ @miguelifornia · Jan 28
HELL YES 🇺🇸👊

💬    ↻    ♡ 34    📊 1.5K

**SickOfWar** ✓ @AZMaGHaMaMa · Jan 28
Thank you!!!!!!

💬 11    ↻    ♡ 62    📊 40K

**UC?** ✓ @TruthbetoldUC · Jan 28
Thank you for all that you do and Florida is inundated with illegal aliens. I'm sure that's on your list.

💬 1    ↻    ♡ 14    📊 424

**Lattina Brown, MPA** 🏴 ✓ @LattinaBrown · Jan 28
Thank you so much for helping the Bronx. Mott Haven shelter and Hunts Point needs to be raided. The councilmembers are breaking laws.

💬 1    ↻ 2    ♡ 28    📊 703

**Relevant people**

**Secretary Kri...** ✓ 🏛
@Sec_Noem    **Follow**
The Secretary of the Department of Homeland Security under the leadership of @POTUS Trump

**What's happening**

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
44K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,521 posts

Music · Trending
**Cher**
22.2K posts

**Show more**

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More···
© 2025 X Corp.



Document title: (2) Secretary Kristi Noem on X: "7 AM in NYC. Getting the dirtbags off the streets. https://t.co/AlDD819K89" / X
Capture URL: https://x.com/Sec_Noem/status/1884264039158800547
Capture timestamp (UTC): Sat, 15 Feb 2025 08:43:06 GMT

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

**Lattina Brown, MPA** 🇯🇲 @LattinaBrown · Jan 28
Thank you so much for helping the Bronx. Mott Haven shelter and Hunts Point needs to be raided. The councilmembers are breaking laws.
1 2 28 703

**Randall K. #BE_LOUD #SPEAK_UR...** @Crank... · Jan 28
❤️❤️❤️❤️❤️❤️❤️👊
2 2 30 14K

**Sticklizard** @Sticklizard3 · Jan 28

2 1 29 12K

**BlockedByKirkHerbstreit.al...** @blockedbyher... · Jan 28
unbelievably based, ma'am

love it
2 1 27 9K

**⚔️ Silent Silas ⚔️** @RagingKuJo1222 · Jan 28
Thank you!! 🇺🇸
10 3 97 80K

**GirlRight** @bobbimoody · Jan 28
Secretary, Noem - you look amazing getting dirt bags off the street
19 1 45 18K

**I ❤️ Winning** 🇺🇸 @PatriotMarie70 · Jan 28
Thank you !!

**David Michaels**
@DavidMi47644829

## Relevant people

**Secretary Kri...** @Sec_Noem Follow
The Secretary of the Department of Homeland Security under the leadership of @POTUS Trump

## What's happening

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
44K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,521 posts

Music · Trending
**Cher**
22.2K posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2025 X Corp.

