hush money case. "Caracas, their cities, crime hidden two years ago, three years ago. They just reported a 72% drop in crime in the last year because all of their criminals, most of them, and the rest are coming in now, the ones that didn't come in. In Venezuela, their prisons have been emptied into the United States. Their criminals and drug dealers have been taken out of the cities and brought into the United States, and that's true with many other countries."

In this report, we'll focus on Venezuela because that's the country most often cited by Trump.

Carlos Nieto of the Venezuelan nongovernmental organization A Window to Freedom is, of course, well aware of Trump's relentless insistence that Venezuelan officials have been systematically emptying their prisons and mental institutions and sending those people to the U.S.

Nieto, whose group has been monitoring the prison situation in Venezuela for more than 25 years, told us he has observed no evidence that supports Trump's claim. He added that there definitely is no official state policy to that effect.

Some criminals have emigrated from Venezuela, he told us in Spanish, and some have made their way to the U.S. But, he said, "there is nothing that can be affirmed that establishes that there is an agreement, or that the Venezuelan government is helping criminals leave Venezuela to go to the United States."

But neither can he rule out that it could be happening "under the hood."

"I do not doubt that it could be happening, nor do I doubt that it can be done," Nieto said. "I mean, these people, I'm talking about Maduro and his clique, are capable of that and many more things."

But that's pure speculation. And again, Nieto and other experts say they have seen no evidence of it.

## Venezuelan Crime Stats

Reliable crime statistics in Venezuela are notoriously difficult to obtain. The government hasn't provided dependable crime reports in many years, Mike LaSusa, deputy director of content at InSight Crime, a think tank focused on crime and security in the Americas, told us via email.

Although Venezuelan security officials in May reported a 25% drop in crime this year compared with the same period in 2023, "the absence of official reports makes it impossible to verify the data," LaSusa said in a May 28 report.

In the absence of reliable government reporting, media and nongovernmental organizations have become the most trusted sources for documenting and tracking crime, LaSusa said.

One such NGO, the independent Venezuelan Observatory of Violence, in December reported a 25% decrease in violent deaths between 2022 and 2023. (Violent deaths include homicides, deaths by police intervention and suspected violent deaths under investigation.) That drop was widely reported in U.S. media. If Trump is citing the murder tally as a proxy for overall crime, he is vastly overstating the one-year drop.

But the number of violent deaths has been declining for years in Venezuela, according to the group's tallies, and is nearly 70% lower than it was in 2018, according to Roberto Briceño-León, the founder and director of the OVV (the acronym for Venezuelan Observatory of Violence in Spanish). That corresponds with Trump's figure, but, of course, that is a much longer time frame that predates the Biden administration.

LaSusa said the OVV's murder rate estimates track with InSight's observation about "a reduction in the intensity of criminal violence in certain areas of the country." But, he said, InSight has not seen a reduction in crime of 67% in a year, as Trump claimed.

"Additionally, the reductions that we have observed seem to respond largely to changes in criminal dynamics, rather than the effectiveness of the government's security policies," LaSusa said. "Basically, criminal groups seem to be seeking new opportunities outside of Venezuela due to the lack of opportunities in the country."

Debunking viral claims.


**Players Guide 2024**
The special interest groups behind the TV ads.


**Viral Spiral**
Don't get spun by internet rumors.


**Sign Up**
Get free email alerts.


**Mailbag**
Letters from our readers.


**On the Air**
Our staff on TV and radio.


**NewsFeed Defenders**
A media literacy game to detect misinformation.

LaSusa said the OVV's murder rate estimates track with InSight's observation about "a reduction in the [murder] rate" in the country. In the event, certain of InSight has not seen a reduction in crime of 67% in a year, as Trump claimed.

"Additionally, the reductions that we have observed seem to respond largely to changes in criminal dynamics, rather than the effectiveness of the government's security policies," LaSusa said. "Basically, criminal groups seem to be seeking new opportunities outside of Venezuela due to the lack of opportunities in the country."

# What's Driving the Crime Drop?

In its Annual Report on Violence 2023, OVV documented 6,973 violent deaths in 2023, about 14% of which resulted from police enforcement. That's down from 9,447 and 9,367 in 2021 and 2022, respectively. That's a decline of 26% in the reported number of violent deaths between 2021 and 2023.

While the violent death rate may have dropped, a national survey conducted by OVV in mid-2023 found that about 78% of residents believed crime had stayed the same or gotten worse.

Briceño-León shared with us via email in Spanish some of the causes OVV identified for the drop in murders — none of which includes a government program to ship convicts to the U.S.

"We have no evidence that the Venezuelan government is emptying the prisons or mental hospitals to send them out of the country, whether to the USA or any other country," Briceño-León said.

Rather, he said, the drop in crime is due to worsening economic and living conditions in the country, which has led to a massive out-migration of nearly 8 million people since 2014.

"Crime is reduced in Venezuela due to a reduction in crime opportunities: bank robberies disappear because there is no money to steal; kidnappings are reduced because there is no cash to pay ransoms; robberies on public transportation cease because travelers have no money in their pockets and old, worthless cell phones; and assaults on bank money dispensers disappear because the cash they can give to their clients has not exceeded twenty U.S. dollars," Briceño-León said.

There has also been a consolidation of gang activity, which has led to a reduction in crime. In its report, OVV wrote that the drop in crime "can be attributed to the reduction of disorganized criminal activities and the growing concentration and monopolization of violence by powerful criminal organizations. These criminal organizations are now focusing on specific niches of criminal opportunities, which has led to a decreased overall level of violence in the country."

"The decrease in 'disorganized' violence, which causes high lethality, has been reduced by the notable emigration of young people and the loss of opportunities for crime," the report stated. "In recent years, there has been a reduction in the lethality of violence in certain parts of the country. This trend has been attributed to agreements made between criminal gangs regarding the distribution of tasks during business operations, as well as the demarcation of areas of operation, which has allowed for their expansion and consolidation. However, in municipalities where there are no such agreements or where criminal control has not been fully established, violent events continue to occur."

The consolidation of organized crime has led to "a kind of mafia peace" in areas they control, Ronna Rísquez, a Venezuelan investigative journalist, told us in Spanish.

The "humanitarian emergency" in Venezuela has also had implications for criminals as well. Venezuela, she said, "stopped being attractive for crime, because it no longer made sense to kidnap. ... It made no sense to steal, because everyone was poor. In Venezuela ... no one had money, people were starving and then for crime, for criminals, it was no longer profitable to have criminal activities."

Rísquez said another reason for the decrease in crime is that Venezuelan authorities, sometime between 2015 and 2021, began "a large number of alleged extrajudicial executions" of people accused of belonging to criminal groups.

The OVV report notes that some criminals have also left Venezuela "seeking to continue their criminal life in other places where they find greater opportunities for profit," Briceño-

Document title: Crime Drop in Venezuela Does Not Prove Trump's Claim the Country Is Sending Criminals to U.S. - FactCheck.org
Capture URL: https://www.factcheck.org/2024/06/crime-drop-in-venezuela-does-not-prove-trumps-claim-the-country-is-sending-criminals-to-u-s/
Capture timestamp (UTC): Sun, 16 Feb 2025 05:10:51 GMT

Rísquez said another reason for the decrease in crime is that Venezuelan authorities, sometime between 2015 and 2021, began "a large number of alleged extrajudicial executions" of people accused of belonging to criminal groups.

The OVV report notes that some criminals have also left Venezuela "seeking to continue their criminal life in other places where they find greater opportunities for profit," Briceño-León said. But, he said, the vast majority of emigrants from Venezuela are "honest workers fleeing the country's poverty, looking for a job and a better future."

The vast majority of those fleeing Venezuela have settled in nearby South American countries. But more and more are making their way to the U.S. Prior to President Joe Biden taking office, relatively few Venezuelan emigrants were intercepted by U.S. Border Patrol. For most of the 2010s, less than 100 Venezuelans a year were caught trying to cross the southwest border illegally. The number grew to more than 2,000 in fiscal year 2019. But beginning in 2021 the numbers began to swell, and topped 187,000 and 200,000 in the 2022 and 2023 fiscal years, respectively.



*A Venezuelan asylum seeker carries his daughter before they cross the Rio Grande into Brownsville, Texas, in December 2022. The U.S. has seen a surge of migrants from Venezuela since 2021. Photo by Veronica G. Cardenas/AFP via Getty Images.*

As of January, the U.S. had the third-largest number of Venezuelan emigrants in the world (545,000) — though Colombia remained by far the largest destination (2.9 million), followed by Peru (1.5 million). Brazil, Ecuador, Chile and Spain each had roughly the same number as the U.S.

Criminal groups with origins in Venezuela have quickly spread to neighboring South American countries where most Venezuelans have settled. According to a U.S. State Department trafficking report for Colombia released in 2023, "El Tren de Aragua – Venezuela's most powerful criminal gang – and the National Liberation Army (ELN) operate sex trafficking networks in the border town of Villa del Rosario in the Norte de Santander department. These groups exploit Venezuelan migrants and internally displaced Colombians in sex trafficking and take advantage of economic vulnerabilities and subject them to debt bondage."

And some criminals from Venezuela have come to the U.S.

Nieto, of the Venezuelan nongovernmental organization A Window to Freedom, attributed the decrease in crimes to the mass emigration from the country in recent years, a number, he said, that "undoubtedly does not exclude criminals."

There is some evidence Tren de Aragua gang members have also made their way to the U.S. The U.S. Border Patrol told CNN en Español that 38 potential members of Tren de Aragua were arrested at the border between October 2022 and October 2023.

On April 5, U.S. Border Patrol Chief Jason Owens posted on social media to "[w]atch out for this gang. It is the most powerful in Venezuela, known for murder, drug trafficking, sex crimes, extortion, & other violent acts."

And suspected members of the Venezuelan gang have been linked to a number of crimes in the U.S., including the murder of a former Venezuelan police officer in Miami in November, and a spate of cell phone robberies in New York City.

In March, Sen. Marco Rubio and Rep. María Elvira Salazar led a group of 23 federal legislators petitioning Biden to formally designate Tren de Aragua as a transnational criminal organization, which would allow the U.S. to freeze assets its members have in the U.S. In a Senate subcommittee hearing on April 11, Chris Landberg, deputy assistant

And suspected members of the Venezuelan gang have been linked to a number of crimes in the U.S., including the murder of a woman in Louisiana, sex trafficking in Louisiana, and a spate of cell phone robberies in New York City.

In March, Sen. Marco Rubio and Rep. María Elvira Salazar led a group of 23 federal legislators petitioning Biden to formally designate Tren de Aragua as a transnational criminal organization, which would allow the U.S. to freeze assets its members have in the U.S. In a Senate subcommittee hearing on April 11, Chris Landberg, deputy assistant secretary of the Bureau of International Narcotics and Law Enforcement Affairs at the U.S. Department of State, told Rubio that "we're closely tracking Tren De Aragua and have similar concerns to you," though he declined to discuss internal deliberations about its designation.

Rísquez, author of "The Aragua Train: The gang that revolutionized organized crime in Latin America," said that while some criminals are inevitably among those who have emigrated from Venezuela to the U.S., "There is no element, no evidence, nothing that indicates that in Venezuela prisoners are being released to leave or to be sent to the United States to commit crimes. There is no plan from the Venezuelan government that points toward that."

# Prison Releases

Complicating the issue is that Venezuela has, in fact, been actively trying to reduce its prison population.

Venezuela has been seeking to address severe overcrowding in its preventive detention centers, which were only designed to hold inmates for 48 hours but have become the de facto prisons of the country, Nieto said.

In March, the Presidential Commission for Judicial Revolution announced the release of 100 inmates from such a facility as part of a directive issued by Maduro to evaluate the preventive detention facilities and address overcrowding.

Preventive detention centers were designed to be temporary holding cells for people awaiting a court date. But that's not what they became, Nieto said.

"The Ministry for the Penitentiary Service many years ago gave the order not to allow the entry of new people [to the traditional prisons] if they did not authorize it," Nieto said. "This ministry prohibited the entry of new inmates into Venezuelan prisons, which is where they should be. This caused the preventive care centers to collapse and the preventive care centers to become, as they are today, the new prisons of Venezuela."

Nieto estimates there are as many as 70,000 people held in these preventive care centers, far greater than they were designed to house.

In response, the government created two commissions to review the cases of prisoners and to determine if they should be "granted freedom," Nieto said. "In fact, there are many who have been released."

While some in the U.S. have claimed the Venezuelan government is releasing its most violent criminals, the Venezuelan government doesn't disclose the charges against those released, so there's no way of knowing, he said.

"Look, people are released, first, in many cases because they have been detained there for several years and a trial has not even been initiated against them," Nieto said. "Also because in many cases they are minor crimes that do not merit such heavy penalties. So, well, that frees people. There are cases [of those] that have even already served the sentence established at that time."

In addition, the Venezuelan government under Maduro has attempted recently to militarily regain control of traditional prisons, whose operation had previously been ceded to criminal groups. The leader of the Tren de Aragua gang, Héctor Rusthenford Guerrero Flores, and hundreds of others escaped from the prison where the gang originated shortly before the prison was raided by government authorities in September, CNN en Español reported. He remains at large, and InSight reported that it is believed he is being protected by criminal associates in a mining town in Venezuela near the border with Guyana.

According to the World Prison Brief website maintained by Helen Fair of the Institute for

gang. The leader of the Tren de Aragua, Héctor Rustherford Guerrero Flores, and hundreds of other inmates escaped from the prison when the gang originated shortly before the prison was raided by government authorities in September, CNN en Español reported. He remains at large, and InSight reported that it is believed he is being protected by criminal associates in a mining town in Venezuela near the border with Guyana.

According to the World Prison Brief website maintained by Helen Fair of the Institute for Crime and Justice Police Research, Venezuela's prison population (not including pre-trial detainees) declined from 37,543 in 2020 to 32,200 in 2022 (and had been declining for the four years before that as well).

The government's efforts to retake control of the prisons "has involved relocating some prisoners from one prison to another, and there are some prisoners who are unaccounted for," LaSusa, of InSight, said. "However, the Venezuelan government has no known policy of selecting particular inmates to send them outside the country."

# Speculation

Again, Trump has provided no evidence to back up his claim that the Venezuelan government is emptying its prisons and sending inmates to the U.S.

Some supporters of Trump's immigration policy say that, while perhaps speculative, there is good reason to believe Trump *may* be right.

Andrew Arthur of the Center for Immigration Studies, which advocates lower immigration, wrote a column noting that Cuba did something like that in the 1980s, and he argued that since there are ideological and political ties between Cuba and Venezuela, "the idea may not be as specious as some have claimed."

In 1980, Cuban leader Fidel Castro allowed the mass migration of some 125,000 Cubans to the U.S. in what was known as the Mariel boatlift.

"Most were true refugees, many had families here, and the great majority has settled into American communities without mishap," the Washington Post wrote in 1983. "But the Cuban dictator played a cruel joke. He opened his jails and mental hospitals and put their inmates on the boats too."

According to the Post, about 22,000 of the new arrivals "freely admitted that they were convicts." Some were political prisoners, but others were convicts who had committed serious felonies, including violent crimes.

Arthur pointed to a drop in Venezuelan crime, the close alignment between the Cuban and Venezuelan governments, and anecdotal evidence of Venezuelans committing crimes in the U.S.

"None of this is evidence of anything," Arthur told us, but "all of this does raise some questions."

But the bar is higher than that for such a definitive and repeated claim by Trump, and numerous officials say they have seen no evidence to support Trump's claim. (Not to mention the fact that Trump claims the emptying of prisons and mental institutions is happening "with many other countries.")

"This claim has come up repeatedly about various countries, Venezuela is just the latest example," Julia Gelatt, associate director of the U.S. Immigration Policy Program at the Migration Policy Institute, told us. "While the actions of institutions in Venezuela is not our specialty, we are unaware of any action by Venezuelan authorities (or those of any other country) to empty its jails and prisons or its mental-health institutions to send criminals or people with mental-health issues to the U.S."

"They are neither emptying the prisons nor the mental shelters to send people to the United States, nor is the reduction in crime associated with [Trump's claim]," Rísquez, the Venezuelan investigative journalist, told us. "Those statements by former President Trump, it seems to me that they have no basis, that they are political, that they have to do with, well, some intention to criminalize migration or the processes that are occurring in the United States with migrants."

In an interview with CBS News in March, Owens, the U.S. Border Patrol chief, was asked if it

Venezuelan investigative journalist, told us. "Those statements by former President Trump, it seems to me that they have no basis, that they are political, that they have to do with, well, some intention to criminalize migration or the processes that are occurring in the United States with migrants."

In an interview with CBS News in March, Owens, the U.S. Border Patrol chief, was asked if it was accurate — as Trump has said — that "we have millions and millions of people coming from jails and prisons."

"I don't know," Owens said. "I don't know if other countries are releasing people from jails and those folks that got released are making their way up, or not, I don't know what the numbers would be. It's the unknown that scares us. I can tell you that there are at least 140,000 that we know about that have gotten away [since October], that we have detected but have not been able to apprehend. And I know there's a good likelihood that there's plenty more that we have not detected that also got away. Is it possible that at least a portion of them come from violent criminal backgrounds or served time in prison in other countries? Absolutely."

But among the large number of Venezuelan migrants who are crossing illegally into the U.S. and then seeking asylum status, "I think they absolutely are by and large good people," Owens said.

Nonetheless, he said, there is "a very small amount" among those apprehended that have criminal backgrounds, including "convicted sexual predators" and "convicted gang members." Owens said it is only logical that there is a "higher incidence" of criminals among the so-called gotaways, because they are afraid to turn themselves in for CBP scrutiny.

"Most of the folks who we're encountering that are turning themselves in, they're coming across because they're either fleeing terrible conditions or they're economic migrants looking for a better way of life," Owens said. "It doesn't make them bad people. It's just that they're not being respectful of the laws that we've established as a country and they're actually putting people in this country in harm's way because they're pulling the border security apparatus off of task."

---

*Editor's note: FactCheck.org does not accept advertising. We rely on grants and individual donations from people like you. Please consider a donation. Credit card donations may be made through our "Donate" page. If you prefer to give by check, send to: FactCheck.org, Annenberg Public Policy Center, 202 S. 36th St., Philadelphia, PA 19104.*

| Categories | FactCheck Posts   Featured Posts |
| --- | --- |
| Tags | 2024 Elections   Presidential Election 2024 |
| Location | Venezuela |
| Issue | Crime   Illegal Immigration |
| People | Donald Trump |

PREVIOUS STORY
Posts Make Unsupported Claim About Kansas City Chiefs and Pride Month

NEXT STORY
Posts Misrepresent Old Video of Missile Test as Russian Ships Visit Cuba

ARCHIVES    PRIVACY    COPYRIGHT POLICY    CONTACT US    REPORT ACCESSIBILITY ISSUES AND GET HELP

© Copyright 2025 FactCheck.org ®
A Project of The Annenberg Public Policy Center of the University of Pennsylvania

# EXHIBIT
# 27



COUNCIL on FOREIGN RELATIONS

Foreign Affairs    CFR Education    Newsletters

Experts    Transition 2025    Topics ▾    Regions ▾    Explainers ▾    Research & Analysis ▾    Communities ▾    Events ▾



*Backgrounder*

# Venezuela: The Rise and Fall of a Petrostate

Venezuela's ongoing descent into economic and political chaos is a cautionary tale of the dangerous influence that resource wealth can have on developing countries.

*Venezuelans protest against the results of the country's July 2024 presidential election, in Caracas.* Maxwell Briceno/Reuters

**WRITTEN BY**
Diana Roy *and* Amelia Cheatham

**UPDATED**
*Last updated July 31, 2024 2:55 pm (EST)*

 

- Introduction
- What is a petrostate?
- What's behind the petrostate paradigm?
- How does Venezuela fit the category?
- How did Venezuela get here?
- What has been the impact of U.S. sanctions?
- Is there a path away from the oil curse?
- Recommended Resources

**Summary**

- Venezuela is an example of a petrostate, where the government is highly dependent on fossil fuel income, power is concentrated, and corruption is widespread.

- Petrostates are vulnerable to what economists call Dutch disease, in which a government develops an unhealthy dependence on natural resource exports to the detriment of other sectors.

- Venezuela continues to grapple with economic and political hardship under President Nicolás Maduro, but U.S. sanctions relief in exchange for democratic reforms have sparked hope for a revival of the oil industry.

## Introduction

Venezuela, home to the world's largest oil reserves, is a case study in the perils of becoming a petrostate. Since it was discovered in the country in the 1920s, oil has taken Venezuela on an exhilarating but dangerous boom-and-bust ride that offers lessons for other resource-rich states. Decades of poor governance have driven what

**RELATED**



Lessons from the Failure of Democracy Promotion in Venezuela
*by* Elliott Abrams



Do U.S. Sanctions on Venezuela Work?
*by* Diana Roy





Introduction

What is a petrostate?

What's behind the petrostate paradigm?

How does Venezuela fit the category?

How did Venezuela get here?

What has been the impact of U.S. sanctions?

Is there a path away from the oil curse?

Recommended Resources

in the perils of becoming a petrostate. Since it was discovered in the country in the 1920s, oil has taken Venezuela on an exhilarating but dangerous boom-and-bust ride that offers lessons for other resource-rich states. Decades of poor governance have driven what was once one of Latin America's most prosperous countries to economic and political ruin.

In recent years, Venezuela has suffered economic collapse, with output shrinking significantly and rampant hyperinflation contributing to a scarcity of basic goods, such as food and medicine. Meanwhile, government mismanagement and U.S. sanctions have led to a drastic decline in oil production and severe underinvestment in the sector. Though Washington eased some sanctions on Venezuela's oil and gas sector in 2023, signaling a potential détente, Caracas's failure to meet conditions for a fair election prompted the U.S. government to reimpose sanctions in 2024.

## What is a petrostate?

Petrostate is an informal term used to describe a country with several interrelated attributes:

- government income is deeply reliant on the export of oil and natural gas,

- economic and political power are highly concentrated in an elite minority, and

- political institutions are weak and unaccountable, and corruption is widespread.

Countries often described as petrostates include Algeria, Cameroon, Chad, Ecuador, Indonesia, Iran, Kazakhstan, Libya, Mexico, Nigeria, Oman, Qatar, Russia, Saudi Arabia, the United Arab Emirates, and Venezuela.

## What's behind the petrostate paradigm?

Petrostates are thought to be vulnerable to what economists call Dutch disease, a term coined during the 1970s after the Netherlands discovered natural gas in the North Sea.

Synchronizing With Europe on the Venezuela Crisis
by Paul J. Angelo

### Daily News Brief

A summary of global news developments with CFR analysis delivered to your inbox each morning. *Weekdays.*

[ ] I'm not a robot

Email Address

Subscribe

View all newsletters ›



**Dutch disease**, a term coined during the 1970s after the
Netherlands discovered natural gas in the North Sea.

In an afflicted country, a resource boom attracts large inflows of
foreign capital, which leads to an appreciation of the local currency
and a boost for imports that are now comparatively cheaper. This
sucks labor and capital away from other sectors of the economy,
such as agriculture and manufacturing, which economists say are
more important for growth and competitiveness. As these labor-
intensive export industries lag, unemployment could rise, and the
country could develop an unhealthy dependence on the export of
natural resources. In extreme cases, a petrostate forgoes local oil
production and instead derives most of its oil wealth through high
taxes on foreign drillers. Petrostate economies are then left highly
vulnerable to unpredictable swings in global energy prices and
capital flight.

The so-called resource curse also takes a toll on governance. Since
petrostates depend more on export income and less on taxes, there
are often weak ties between the government and its citizens.
Timing of the resource boom can exacerbate the problem. "Most
petrostates became dependent on petroleum while, or immediately
after, they were establishing a democracy, state institutions, an
independent civil service and private sector, and rule of law," says
Terry Lynn Karl, a professor of political science at Stanford
University and author of *The Paradox of Plenty*, a seminal book on
the dynamics of petrostates. Leaders can use the country's resource
wealth to repress or co-opt political opposition.

Introduction

What is a petrostate?

What's behind the petrostate
paradigm?

How does Venezuela fit the
category?

How did Venezuela get here?

What has been the impact of
U.S. sanctions?

Is there a path away from the
oil curse?

Recommended Resources

## How does Venezuela fit the category?

Venezuela is the archetype of a failed petrostate, experts say. Oil
continues to play the dominant role in the country's fortunes more
than a century after it was discovered there. The oil price plunge
from more than $100 per barrel in 2014 to under $30 per barrel in
early 2016 sent Venezuela into an economic and political spiral, and
despite rising prices since then, conditions remain bleak.

A number of grim indicators tell the story:

*Oil dependence.* In recent years, oil exports have financed almost
two-thirds of the government's budget. Estimates for 2024 place
this figure slightly lower, at 58 percent.

*Falling production.* Starved of adequate investment and

two-thirds of the government's budget. Estimates for 2024 place this figure slightly lower, at 58 percent.

*Falling production.* Starved of adequate investment and maintenance, oil output has continued to generally decline, hitting its lowest level in decades. However, exports increased by some 12 percent in 2023, due in part to an easing of U.S. sanctions on the country's oil and gas sector.

*Turbulent economy.* Venezuela's gross domestic product (GDP) shrank by roughly three-quarters [PDF] between 2014 and 2021. However, the economy grew by 5 percent in 2023, and the government forecasts it will reach 8 percent in 2024.

*Soaring debt.* Venezuela has an estimated debt burden of $150 billion or higher.

*Hyperinflation.* Annual inflation skyrocketed to just over 130,000 percent in 2018, and though it has since slowed, it remained at 190 percent in 2023, according to the central bank.

**Venezuela's Economy Is Growing Again After Steep Decline**
Annual percent change of real gross domestic product (GDP)



Source: International Monetary Fund.

COUNCIL ON
FOREIGN
RELATIONS

*Growing autocracy.* Over the last decade, President Nicolás Maduro and his allies have violated basic tenets of democracy to maintain power. This includes restricting internet access and arbitrarily prosecuting and detaining political opponents and critics.

Introduction

What is a petrostate?

What's behind the petrostate paradigm?

How does Venezuela fit the category?

How did Venezuela get here?

What has been the impact of U.S. sanctions?

Is there a path away from the oil curse?

Recommended Resources

Document title: Venezuela: The Rise and Fall of a Petrostate | Council on Foreign Relations
Capture URL: https://www.cfr.org/backgrounder/venezuela-crisis
Capture timestamp (UTC): Fri, 14 Feb 2025 21:21:27 GMT

Introduction

What is a petrostate?

What's behind the petrostate paradigm?

How does Venezuela fit the category?

How did Venezuela get here?

What has been the impact of U.S. sanctions?

Is there a path away from the oil curse?

Recommended Resources

power. This includes restricting internet access and arbitrarily prosecuting and detaining political opponents and critics.

These issues—coupled with international sanctions and the ongoing repercussions of the COVID-19 pandemic—have fueled a devastating humanitarian crisis, with severe shortages of basic goods such as food, drinking water, gasoline, and medical supplies. According to a November 2022 survey, 50 percent of Venezuela's 28 million residents live in poverty, though that is down from 65 percent the year before.

Since 2014, nearly eight million Venezuelan refugees have fled to neighboring countries and beyond, where some governments have granted them temporary residency. Venezuela's Ministry of Foreign Affairs says that more than three hundred thousand Venezuelan migrants have returned home since September 2020.

### The Exodus From Venezuela

Estimated refugees and migrants in 2024 or the most recent year available



*Source: Regional Inter-Agency Coordination Platform for Refugees and Migrants From Venezuela (R4V).*

Document title: Venezuela: The Rise and Fall of a Petrostate | Council on Foreign Relations
Capture URL: https://www.cfr.org/backgrounder/venezuela-crisis
Capture timestamp (UTC): Fri, 14 Feb 2025 21:21:27 GMT



Source: Regional Inter-Agency Coordination Platform for Refugees and Migrants From Venezuela (R4V).

COUNCIL on FOREIGN RELATIONS

Introduction

What is a petrostate?

What's behind the petrostate paradigm?

How does Venezuela fit the category?

How did Venezuela get here?

What has been the impact of U.S. sanctions?

Is there a path away from the oil curse?

Recommended Resources

## How did Venezuela get here?

A number of economic and political milestones mark Venezuela's path as a petrostate.

*Discovering oil.* In 1922, Royal Dutch Shell geologists at La Rosa, a field in the Maracaibo Basin, struck oil, which blew out at what was then an extraordinary rate of one hundred thousand barrels per day. In a matter of years, more than one hundred foreign companies were producing oil, backed by dictator General Juan Vicente Gómez (1908–1935). Annual production exploded during the 1920s [PDF], from just over a million barrels to 137 million, making Venezuela second only to the United States in total output by 1929. By the time Gómez died in 1935, Dutch disease had settled in: the Venezuelan bolívar had ballooned, and oil shoved aside other sectors to account for over 90 percent of total exports.

*Reclaiming oil rents.* By the 1930s, just three foreign companies— Gulf, Royal Dutch Shell, and Standard Oil—controlled 98 percent of the Venezuelan oil market. Gómez's successors sought to reform the oil sector to funnel funds into government coffers. The Hydrocarbons Law of 1943 was the first step in that direction, requiring foreign companies to give half of their oil profits to the state. Within five years, the government's income had increased sixfold.

*Punto Fijo pact.* In 1958, after a succession of military dictatorships, Venezuela elected its first stable democratic government. That year, Venezuela's three major political parties signed the Punto Fijo pact, which guaranteed that state jobs and, notably, oil rents would be parceled out to the three parties in proportion to voting results. While the pact sought to guard against dictatorship and usher in democratic stability, it ensured that oil profits would be concentrated in the state.

Document title: Venezuela: The Rise and Fall of a Petrostate | Council on Foreign Relations
Capture URL: https://www.cfr.org/backgrounder/venezuela-crisis
Capture timestamp (UTC): Fri, 14 Feb 2025 21:21:27 GMT

Introduction

What is a petrostate?

What's behind the petrostate paradigm?

How does Venezuela fit the category?

How did Venezuela get here?

What has been the impact of U.S. sanctions?

Is there a path away from the oil curse?

Recommended Resources

While the pact sought to guard against dictatorship and usher in democratic stability, it ensured that oil profits would be concentrated in the state.

*OPEC.* Venezuela joined Iran, Iraq, Kuwait, and Saudi Arabia as a founding member of the Organization of the Petroleum Exporting Countries (OPEC) in 1960. Through the group, which would later include Qatar, Indonesia, Libya, the United Arab Emirates, Algeria, Nigeria, Ecuador, Gabon, Angola, Equatorial Guinea, and the Republic of Congo, the world's largest producers coordinated prices and gave states more control over their national industries. That same year, Venezuela established its first state oil company, the Venezuelan Petroleum Corporation, and increased oil companies' income tax to 65 percent of profits.

*The 1970s boom.* In 1973, a five-month OPEC embargo on countries backing Israel in the Yom Kippur War quadrupled oil prices and made Venezuela the country with the highest per-capita income in Latin America. Over two years, the windfall added $10 billion to state coffers, giving way to rampant graft and mismanagement. Analysts estimate that as much as $100 billion was embezzled between 1972 and 1997 alone.

*PDVSA.* In 1976, amid the oil boom, President Carlos Andrés Pérez nationalized the oil industry, creating state-owned Petróleos de Venezuela, S.A. (PDVSA) to oversee all exploring, producing, refining, and exporting of oil. Pérez allowed PDVSA to partner with foreign oil companies as long as it held 60 percent equity in joint ventures and, critically, structured the company to run as a business with minimal government regulation.

*The 1980s oil glut.* As global oil prices plummeted in the 1980s, Venezuela's economy contracted and inflation soared; at the same time, it accrued massive foreign debt by purchasing foreign refineries, such as Citgo in the United States. In 1989, Pérez—reelected months earlier—launched a fiscal austerity package as part of a financial bailout by the International Monetary Fund. The measures provoked deadly riots. In 1992, Hugo Chávez, a military officer, launched a failed coup and rose to national fame.







*Timeline*

# Venezuela's Chavez Era

## *1958–2013*

[ View Timeline ]

*Chávez's Bolivarian revolution.* Chávez was elected president in 1998 on a socialist platform, pledging to use Venezuela's vast oil wealth to reduce poverty and inequality. While his costly "Bolivarian missions" expanded social services and reduced poverty by some 20 percent, he also took several steps that precipitated a long and steady decline in the country's oil production, which peaked in the late 1990s and early 2000s. His decision to fire thousands of experienced PDVSA workers who had taken part in an industry strike in 2002–2003 gutted the company of important technical expertise. Beginning in 2005, Chávez provided subsidized oil to several countries in the region, including Cuba, through an alliance known as Petrocaribe. Over the course of Chávez's presidency, which lasted until 2013, strategic petroleum reserves dwindled and government debt more than doubled [PDF].

Chávez also harnessed his popularity among the working class to expand the powers of the presidency and edged the country toward authoritarianism: he ended term limits, effectively took control of the Supreme Court, harassed the press and closed independent outlets, and nationalized hundreds of private businesses and foreign-owned assets, such as oil projects run by ExxonMobil and ConocoPhillips. The reforms paved the way for Maduro to establish a dictatorship years after Chávez's death.

*Descent into dictatorship.* In mid-2014, global oil prices tumbled and Venezuela's economy went into free fall. As unrest brewed, Maduro consolidated power through political repression, censorship, and electoral manipulation. In 2018, he secured reelection in a race widely condemned as unfair and undemocratic. Nearly sixty

Document title: Venezuela: The Rise and Fall of a Petrostate | Council on Foreign Relations
Capture URL: https://www.cfr.org/backgrounder/venezuela-crisis
Capture timestamp (UTC): Fri, 14 Feb 2025 21:21:27 GMT

Venezuela's economy went into free fall. As unrest brewed, Maduro consolidated power through political repression, censorship, and electoral manipulation. In 2018, he secured reelection in a race widely condemned as unfair and undemocratic. Nearly sixty countries, including the United States, subsequently recognized opposition figure Juan Guaidó, head of the National Assembly, as Venezuela's interim leader.

Introduction

What is a petrostate?

What's behind the petrostate paradigm?

How does Venezuela fit the category?

How did Venezuela get here?

What has been the impact of U.S. sanctions?

Is there a path away from the oil curse?

Recommended Resources

**Venezuela's Oil Output Has Been Dropping for Years**

Crude oil production (barrels per day)



Source: Organization of the Petroleum Exporting Countries.

COUNCIL on FOREIGN RELATIONS

## What has been the impact of U.S. sanctions?

For almost two decades, Washington has imposed sweeping sanctions against Caracas, the most significant of which have blocked oil imports from PDVSA and prevented the government from accessing the U.S. financial system. Still, Venezuela has retained oil-trading partners, and analysts say that support from China, Cuba, Iran, Russia, and Turkey has helped keep the Maduro regime afloat.

In January 2021, Maduro and his allies took leadership of what was the last opposition-controlled power center in the government, the National Assembly, after claiming victory in legislative elections. The opposition, including Guaidó, boycotted the vote, alleging that it was fraudulent, a charge reaffirmed by the Joe Biden administration and other foreign governments and international bodies, including Canada, the European Union, and the Organization of American States. However, regional elections that November further cemented Maduro's power and saw the fractured opposition win only three of twenty-three available governorships. After years of waning support, the opposition voted to remove Guaidó and dissolve his government in December 2023



Introduction

What is a petrostate?

What's behind the petrostate
paradigm?

How does Venezuela fit the
category?

How did Venezuela get here?

What has been the impact of
U.S. sanctions?

Is there a path away from the
oil curse?

Recommended Resources

November further cemented Maduro's power and saw the fractured opposition win only three of twenty-three available governorships. After years of waning support, the opposition voted to remove Guaidó and dissolve his government in December 2022.

Meanwhile, U.S.-Venezuela relations have begun seeing signs of a thaw. In November 2022, in part to help offset rising global energy prices due to the war in Ukraine, the United States permitted U.S. oil giant Chevron to resume limited operations in the country. In exchange, the Maduro government and the opposition agreed to continue dialogue following a yearlong stalemate. The following October, Caracas agreed to a roadmap for a free and fair presidential election in 2024.

Washington rewarded the move by further easing sanctions on Venezuela's oil and gas sector, allowing it to export oil and gas products for six months. However, after the Venezuelan government's failure to meet conditions for a fair vote and the revival of a centuries-old territorial dispute with Guyana over control of the oil-rich Essequibo region, Washington reimposed oil sanctions in April 2024. Relations have become further strained in the wake of Venezuela's July 2024 presidential election, which saw the Maduro government and opposition both claim victory, with the United States among the many countries voicing concerns.

## Is there a path away from the oil curse?

A country that discovers a resource after it has formed robust democratic institutions is usually better able to avoid the resource curse, analysts say. For example, strong institutions in Norway have helped the country enjoy steady economic growth since the 1960s, when vast oil reserves were discovered in the North Sea, Karl writes in her book. In 2024, officials project that the petroleum sector will account for just 20 percent of Norway's GDP. Strong democracies with an independent press and judiciary help curtail classic petrostate problems by holding government and energy companies to account.

If a country strikes oil or another resource before it develops its state infrastructure, the curse is much harder to avoid. However, there are remedial measures that low-income and developing countries can try, provided they are willing. For instance, a government's overarching objective should be to use the oil earnings in a responsible manner "to finance outlays on public

Document title: Venezuela: The Rise and Fall of a Petrostate | Council on Foreign Relations
Capture URL: https://www.cfr.org/backgrounder/venezuela-crisis
Capture timestamp (UTC): Fri, 14 Feb 2025 21:21:27 GMT

Introduction

What is a petrostate?

What's behind the petrostate paradigm?

How does Venezuela fit the category?

How did Venezuela get here?

What has been the impact of U.S. sanctions?

Is there a path away from the oil curse?

Recommended Resources

countries can try, provided they are willing. For instance, a government's overarching objective should be to use the oil earnings in a responsible manner "to finance outlays on public goods that serve as the platform for private investment and long-term growth," says Columbia University's Jeffrey Sachs, an expert on economic development. This can be done financially, with broad-based investing in international assets, or physically, by building infrastructure and educating workers. Transparency is essential in all of this, Sachs says.

Many countries with vast resource wealth, such as Norway and Saudi Arabia, have established sovereign wealth funds (SWF) to manage their investments. As of 2023, SWFs managed more than $11 trillion worth of assets, and some analysts predict that figure will grow to nearly $13 trillion by 2025.

Analysts anticipate that a global shift from fossil fuel energy to renewables such as solar and wind will force petrostates to diversify their economies. Nearly two hundred countries, including Venezuela, have joined the Paris Agreement, a binding treaty that requires states to make specific commitments to mitigate climate change.

Economic diversification will be an especially difficult climb for Venezuela given the scale of its economic and political collapse over the last decade. The country would likely need to revitalize its oil sector before it could cultivate and develop other important industries. But this would take enormous investment, which analysts say would be hard to come by given Venezuela's unstable political environment, trends in oil demand, and rising concerns about climate change.

**Recommended Resources**

CFR's Center for Preventive Action tracks instability in Venezuela.

Bloomberg's Andreina Itriago Acosta and Nicolle Yapur lay out why recent U.S.-Venezuela talks can be seen as a step toward restoring Venezuela's democracy.

For *Foreign Affairs*, Jose Ignacio Hernández argues there is still a path to democracy in Venezuela despite Maduro's claim of victory.

Freedom House's 2023 Freedom in the World report ranks Venezuela as one of the least free countries in Latin America.

For *Americas Quarterly*, Luisa Palacios writes about how Venezuela's election has implications for the country's global energy transition and climate goals.

one of the least free countries in Latin America.

For *Americas Quarterly*, Luisa Palacios writes about how Venezuela's election has implications for the country's global energy transition and climate goals.

This 2023 report [PDF] by Abraham F. Lowenthal for the Wilson Center discusses why negotiations between the government and opposition are important for resolving Venezuela's prolonged political crisis.

---

CC Creative Commons: Some rights reserved.

| Venezuela | Latin America | Geopolitics of Energy |

| Oil and Petroleum Products |

| OPEC (Organization of the Petroleum Exporting Countries) | Economic Crises |

| Authoritarianism |

---

William Rampe and Rocio Cara Labrador contributed to this report. Will Merrow helped create the graphics.

**For media inquiries on this topic, please reach out to communications@cfr.org.**

---

## More From Our Experts

### How Will the EU Elections Results Change Europe?

*by* Liana Fix
*June 10, 2024*

### Iran Attack Means an Even Tougher Balancing Act for the U.S. in the Middle East

*by* Steven A. Cook
*April 14, 2024*

### Iran Attacks on Israel Spur Escalation Concerns

*by* Ray Takeyh
*April 14, 2024*

---

## Top Stories on CFR





## More From Our Experts

**How Will the EU Elections Results Change Europe?**

*by* Liana Fix

*June 10, 2024*

**Iran Attack Means an Even Tougher Balancing Act for the U.S. in the Middle East**

*by* Steven A. Cook

*April 14, 2024*

**Iran Attacks on Israel Spur Escalation Concerns**

*by* Ray Takeyh

*April 14, 2024*

## Top Stories on CFR



**Securing Space: A Plan for U.S. Action**

*by Nina M. Armagno, Jane Harman,* Esther Brimmer *and* Anya Schmemann

*February 11, 2025*



**The Ishiba-Trump Era**

*by* Sheila A. Smith

*February 10, 2025*



**How Polarization Undermines Democracy in South Korea**

*with Yul Sohn and Won-Taek Kang*
*via Council of Councils*
*February 6, 2025*

COUNCIL *on*
FOREIGN
RELATIONS

About
Support
Membership

Member Programs
For Media
Careers

Contact
Newsletters

©2025 Council on Foreign Relations. All rights reserved. **Privacy Policy** and **Terms of Use**.







# EXHIBIT 28

# MISSOURI INDEPENDENT

`DC BUREAU`  `ELECTION 2024`  `IMMIGRATION`

# Trump promises mass deportations of undocumented people. How would that work?

BY: **ARIANA FIGUEROA** - AUGUST 23, 2024   2:17 PM



📷 A person holds a sign that reads "Mass Deportation Now" on the third day of the Republican National Convention at the Fiserv Forum on July 17, 2024 in Milwaukee, Wisconsin (Leon Neal/Getty Images).

WASHINGTON — "Mass deportation now!" is a catchphrase for the Trump presidential campaign, as the Republican nominee proposes a crackdown on immigration that would oust thousands of undocumented people.

Often citing a deportation operation enacted by former President Dwight Eisenhower in the 1950s, former President Donald Trump has repeatedly vowed in campaign rallies that he plans to not only go back to the tough immigration policies of his first term in office, but expand them greatly.

"We're going to have the largest deportation," Trump said at a June campaign rally in Racine, Wisconsin. "We have no choice."

The crowd responded, chiding whom "Send them back Send them back Send them back"

the 1950s, former President Donald Trump has repeatedly vowed in campaign rallies that expand them greatly.

"We're going to have the largest deportation," Trump said at a June campaign rally in Racine, Wisconsin. "We have no choice."

The crowd responded with a chant: "Send them back. Send them back. Send them back."

Mass deportation would be a broad, multipronged effort under Trump's vision. The plan includes invoking an 18th-century law; reshuffling law enforcement at federal agencies; transferring funds within programs in the Department of Homeland Security; and forcing greater enforcement of immigration laws.

But whether a Trump administration could accomplish a mass deportation is doubtful. Historians, lawyers and immigration and economic experts interviewed by States Newsroom said removal of the more than 11 million undocumented people in the country would require enormous amounts of resources and overcoming legal hurdles. The effects on the U.S. economic and social fabric would be profound, they said.

"I don't think it will happen," Donald Kerwin, a senior researcher on migration at the University of Notre Dame, said of mass deportations. "But what it can do is it can make the lives of the undocumented and their families miserable."

## GOP support

Trump repeatedly has pledged mass deportation.

At the Republican National Convention in Milwaukee in July, delegates waved "Mass Deportation Now" signs as Trump said "to keep our families safe, the Republican platform promises to launch the largest deportation operation in the history of our country."

In a March rally in Dayton, Ohio, Trump said some undocumented immigrants were not "people."

"I don't know if you call them people," Trump said. "In some cases they're not people, in my opinion, but I'm not allowed to say that because the radical left says that's a terrible thing to say."

Trump's campaign message comes as the Biden administration has dealt with the largest number of migrant encounters at the southern border in 20 years and immigration remains a top issue for voters.

However, since President Joe Biden signed a recent executive order, border crossings have fallen to their lowest level since he took office.

The GOP and Trump have now set their sights on the Democratic presidential nominee, Vice President Kamala Harris.

House Republicans already led a resolution disapproving of Harris' handling of the southern border and labeling her the "Border Czar," a title she was given by the media. Her campaign has argued she never had such an official title  and her involvement with immigration has been focused on root causes of migration in Central and South America, rather than domestic immigration.

Even though Biden is no longer in the race, and has undertaken his own crackdown on immigration, he warned in mid-June, during an announcement of protections offered for the spouses of long-term undocumented people, that Trump would undertake mass deportations.

"Now he's proposing to rip spouses and children from their families and homes and communities and place them in detention camps," Biden said of Trump. "He's actually

Document title: Trump promises mass deportations of undocumented people. How would that work? • Missouri Independent
Capture URL: https://missouriindependent.com/2024/08/23/trump-promises-mass-deportations-of-undocumented-people-how-would-that-work/
Capture timestamp (UTC): Sat, 15 Feb 2025 00:44:36 GMT

immigration, he warned in mid-June, during an announcement of protections offered for the spouses of long-term undocumented people, that Trump would undertake mass deportations.

"Now he's proposing to rip spouses and children from their families and homes and communities and place them in detention camps," Biden said of Trump. "He's actually saying these things out loud, and it's outrageous."

## How does the public feel?

Polls have found Americans are split on the idea of mass deportations but Republicans are more supportive.

A recent CBS News poll that found nearly 6 in 10 voters favor a new government agency that would deport all undocumented immigrants. Of those voters, one-third were Democrats and 9 in 10 were Republicans.

The Trump campaign did not respond to multiple requests from States Newsroom for comment on the specifics of how a second Trump administration would plan to carry out mass deportations.

The massive deportation campaign that Trump often cites in his campaign rallies was conducted under the Eisenhower administration in the summer of 1954, with a pejorative, racist name attached to it.

"Following the Eisenhower model, we will carry out the largest domestic deportation operation in American history," Trump said at a September rally last year in Ankeny, Iowa.

But what the Trump campaign is proposing is not an Eisenhower-style crackdown, said Michael Clemens, a professor in the Department of Economics at George Mason University.

"That policy was instituted hand-in-hand with a crucial other arm of the policy," he said — which was that lawful work pathways for Mexicans to the U.S. were nearly tripled at the same time as the mass deportations.

"We've heard zero about substantial increases in lawful migration pathways from the people who are now talking about an Eisenhower-style crackdown," Clemens said. "What they're proposing is not an Eisenhower-style crackdown — it is something that the Eisenhower administration understood would not work and therefore it did not do."

Additionally, the Eisenhower program was not as successful as thought.

The Einshower administration claimed that it deported 1 million people back to Mexico, but the real number is a couple hundred thousand, said Eladio Bobadilla, an assistant history professor at the University of Pittsburgh.

"It wasn't really about getting rid of immigrants in any real sense," he said. "It was a way to sell to the American public that the problem had been solved."

While one agency of the Eisenhower administration was deporting Mexicans — and often U.S. citizens of Mexican descent — another agency was sometimes bringing those same workers back in through the so-called Bracero program, which was created through an executive order by President Franklin Delano Roosevelt in 1942.

States and local governments also worked in tandem with the 1950s deportation operation, something unlikely to happen under a second Trump administration, said David Bier, the director of immigration studies at the Cato Institute, a libertarian think tank.

"You also had the cooperation of the employers in those areas, because the Eisenhower

States and local governments also worked in tandem with the 1950s deportation operation, something unlikely to happen under a second Trump administration, said David Bier, the director of immigration studies at the Cato Institute, a libertarian think tank.

"You also had the cooperation of the employers in those areas, because the Eisenhower administration was totally explicit that all the people that we're deporting, you're gonna get workers back legally through the Bracero guest worker program," said Bier.

## Obama deportation

The most recent mass deportation campaign came during the Obama administration, said Clemens, who studies the economic effects of migration.

That was the Secure Communities program, which was a set of agreements between local law enforcement and federal level immigration enforcement officials such as Immigration and Customs Enforcement and Customs and Border Protection. Localities shared information about noncitizens who were encountered by local law enforcement, such as at traffic stops.

"Our most recent experience with mass deportation at the federal level, mostly under the Obama administration, directly harmed U.S. workers," Clemens said.

The program was slowly rolled out, from 2008 to 2014, but over those six years nearly half a million workers were deported.

For every 10 workers who were deported, one U.S. job was eliminated, Clemens said.

"The net effect is that Secure Communities cost jobs for Americans across the country," he said.

In a recent paper for the Center for Migration Studies of New York, Kerwin and Robert Warren found that mass deportations would financially harm U.S. families, especially the more than 3 million mixed-status families.

"The household income in those households plunges, and drops all of these families, or a high percentage of them, into poverty," Kerwin said.

Of those mixed-status families, meaning some family members have different citizenship or immigration status, about 6.6 million members are U.S. citizens, said Warren, a senior visiting fellow at the center, a think tank that studies domestic and international migration patterns.

"So you say, 'We took out one undocumented immigrant,' but you damaged a family of U.S. citizens," Warren said.

## Expanded executive authority

The early architects of the Trump administration's immigration policies such as Steven Miller and Ken Cuccinelli have laid out a second term that would expand the use of executive authority to carry out mass deportations and curtail legal immigration.

Such policies include limiting humanitarian visas and parole and moving to end Temporary Protected Status, known as TPS, said ManoLasya Perepa, policy and practice counsel with the American Immigration Lawyers Association.

Like the first Trump administration, Perepa anticipates that there will be a slew of lawsuits to file injunctions, such as preventing the ending of TPS.

The Trump administration dealt with a flurry of lawsuits over an order to end the Deferred Action for Childhood Arrivals program, which protects a little over half a million

Document title: Trump promises mass deportations of undocumented people. How would that work? • Missouri Independent
Capture URL: https://missouriindependent.com/2024/08/23/trump-promises-mass-deportations-of-undocumented-people-how-would-that-work/
Capture timestamp (UTC): Sat, 15 Feb 2025 00:44:36 GMT

Like the first Trump administration, Perepa anticipates that there will be a slew of lawsuits to file injunctions, such as preventing the ending of TPS.

The Trump administration dealt with a flurry of lawsuits over an order to end the Deferred Action for Childhood Arrivals program, which protects a little over half a million undocumented people brought into the United States as children without authorization.

The Supreme Court eventually blocked it and kept the program, but DACA is still at risk of being deemed unlawful in a separate suit that is likely to head again to the high court.

"I think anybody with a status that keeps getting renewed is really, really at risk," she said. "All you're doing is driving people into the shadows."

With the courts likely to get involved, Trump has said he wants to go back to his policy that expanded expedited removals, which means if an undocumented person is in the country for two years without a court hearing or any type of authorization, they can be deported without a hearing before a judge.

That type of removal is limited to 100 miles from a border zone, but the Trump administration expanded that to the rest of the country.

"The reality is, if the (Trump) administration increases interior enforcement, technically, all of these people could be detained," Perepa said.

The Migration Policy Institute, a think tank that researches migration, has estimated that "the expansion of expedited removal to the U.S. interior could apply to as many as 288,000 people."

Miller, a senior White House adviser during the Trump administration, said on the right-wing podcast "The Charlie Kirk Show" in November 2023 that the U.S. military would need to be involved for those mass deportations to Mexico, which is "why Trump has talked about invoking the Alien Enemies Act."

"Because of the logistical challenges involved in removing...you would need to build an extremely large holding area for illegal immigrants that at any given points in time, you know, could hold upwards of 50, 60, 70,000 illegal aliens while you are waiting to send them someplace, somewhere that would be willing to accept them," Miller said.

The Alien and Sedition Act, an 18th-century wartime law, allows the executive branch to deport any noncitizen from a country that the U.S. is at war with and deport any noncitizen deemed dangerous.

The law can also be used for extraordinary measures that are not deportation, including the last time it was invoked after the bombing of Pearl Harbor. It led to the internment camps of more than 120,000 people of Japanese descent, more than half of whom were U.S. citizens, as well as German and Italian nationals, during World War II.

Trump has vowed to use a title within the Alien and Sedition Acts to target drug dealers, gang members and cartel members.

"I will invoke the Alien Enemy Act, to remove all known or suspected gang members from the United States ending the scourge of illegal alien gang violence once and for all," Trump said at a campaign stop in Reno, Nevada.

Cuccinelli, a former attorney general of Virginia and acting director of U.S. Citizenship and Immigration Services during the Trump administration, wrote the policy section for the Department of Homeland Security for the Heritage Foundation's Project 2025 – a conservative "battle plan" for the next Republican president.

Cuccinelli, a former attorney general of Virginia and acting director of U.S. Citizenship and Immigration Services during the Trump administration, wrote the policy section for the Department of Homeland Security for the Heritage Foundation's Project 2025 – a conservative "battle plan" for the next Republican president.

In that section, he laid out recommendations for an incoming Republican administration to curtail the use of temporary work visas for workers in agriculture, construction and hospitality; prevent U.S. citizens from qualifying for federal housing subsidies if they live with someone who is a noncitizen; and require driver's license information to be shared with federal authorities; among other policies.

The Heritage Foundation did not respond to a request for comment.

## Punishing states

In a lengthy interview Trump conducted with Time magazine, he said he would withhold federal funding from states and local governments that don't cooperate in deportation proceedings.

That could violate the 10th Amendment in the Constitution, said Mae Ngai, a historian and Asian American studies professor at Columbia University.

"States and municipalities cannot be coerced to enforcing federal laws," she said, adding that immigration law is a federal matter. "You cannot force the police department or sheriffs ... to pick up immigrants."

State and local cooperation in detaining immigrants could be a challenge, said Julia Gelatt, associate director of the U.S. Immigration Policy Program at the Migration Policy Institute.

Legal challenges make it costly for local law enforcement to detain people solely to wait for immigration proceedings, and many local governments have decided not to hold people beyond their criminal detentions.

## Funding issues

Deploying the military for immigration enforcement and constructing detention camps would also come with a large price tag.

Those large expenses would have to be approved by Congress, which may not be a willing partner.

There are ways to get around the legislative branch, such as reshuffling money within the Department of Homeland Security, but they come with downsides, Bier of the Cato Institute said.

"That's politically risky because if there's any kind of natural disaster, and you're using money to deport people that can have some big blowbacks in the affected areas," he said.

The Trump administration did this in 2019, when it transferred $271 million from the Federal Emergency Management Association to Immigration and Customs Enforcement. It also transferred $23.8 million from the Transportation Security Administration to ICE.

Trump could also reassign law enforcement agencies to tackle immigration enforcement, Bier said, but he would face pushback from affected agencies that have their own priorities.

"They're not going to want to cooperate with just giving up on everything they're trying to do," Bier said.

Those large expenses would have to be approved by Congress, which may not be a willing partner.

There are ways to get around the legislative branch, such as reshuffling money within the Department of Homeland Security, but they come with downsides, Bier of the Cato Institute said.

"That's politically risky because if there's any kind of natural disaster, and you're using money to deport people that can have some big blowbacks in the affected areas," he said.

The Trump administration did this in 2019, when it transferred $271 million from the Federal Emergency Management Association to Immigration and Customs Enforcement. It also transferred $23.8 million from the Transportation Security Administration to ICE.

Trump could also reassign law enforcement agencies to tackle immigration enforcement, Bier said, but he would face pushback from affected agencies that have their own priorities.

"They're not going to want to cooperate with just giving up on everything they're trying to do," Bier said.

 **REPUBLISH**

*Our stories may be republished online or in print under Creative Commons license CC BY-NC-ND 4.0. We ask that you edit only for style or to shorten, provide proper attribution and link to our website. AP and Getty images may not be republished. Please see our republishing guidelines for use of any other photos and graphics.*



### ARIANA FIGUEROA 

Ariana covers the nation's capital for States Newsroom. Her areas of coverage include politics and policy, lobbying, elections and campaign finance.

Missouri Independent is part of States Newsroom, the nation's largest state-focused nonprofit news organization.

**MORE FROM AUTHOR**

## MORE FROM OUR NEWSROOM



**Abortion foes strategize to get Trump to ban some abortions while keeping his pledge**
BY SOFIA RESNICK
November 22, 2024



**Where do Harris and Trump stand on 10 major policy issues?**
BY ARIANA FIGUEROA
November 1, 2024



**Both Harris and Trump campaigns display confidence as Election Day approaches**
BY SHAUNEEN MIRANDA
November 1, 2024

---

## WE SHOW YOU THE STATE

Democracy Toolkit // **Register to vote** | **Find your polling place** | **Find your legislators** | **Election results and statistics**



© Missouri Independent, 2025
v.1.74.4

**ABOUT US** ✉

The Missouri Independent is a nonprofit, nonpartisan news organization dedicated to relentless investigative journalism and daily reporting that sheds light on state government and its impact on the lives of Missourians. This service is free to readers and other news outlets.

We're part of States Newsroom, the nation's largest state-focused nonprofit news organization.





*Our stories may be republished online or in print under Creative Commons license CC BY-NC-ND 4.0. We ask that you edit only for style or to shorten, provide proper attribution and link to our website. (See full republishing guidelines.)*

DEIJ Policy | Ethics Policy | Privacy Policy

---

## STATES NEWSROOM                    FAIR. FEARLESS. FREE.

# EXHIBIT 29

GIVE THE TIMES



# How the False Story of a Gang 'Takeover' in Colorado Reached Trump

The claim that Aurora, Colo., has been overrun by gun-toting migrants stemmed from the city's fight with a landlord. Now it is central to one of former President Donald J. Trump's anti-immigrant campaign promises.

The claim that Aurora, Colo., has been overrun by gun-toting migrants stemmed from the city's fight with a landlord. Now it is central to one of former President Donald J. Trump's anti-immigrant campaign promises.

Dilapidated apartment complexes in Aurora, Colo., have become a cause célèbre for right-wing media and former President Donald J. Trump, after the landlord claimed a Venezuelan street gang had taken over.

▶    Listen to this article · 11:14 min  Learn more        🎁 Share full article  ↗  🔖

By Jonathan Weisman   Photographs by Michael Ciaglo
Reporting from Aurora and Denver, Colo.

Sept. 15, 2024

Mike Coffman, the conservative Republican mayor of Aurora, Colo., said he was at home on Tuesday night watching the presidential debate and bracing for the worst.

And then there it was again, before tens of millions of viewers: former President Donald J. Trump, describing Mr. Coffman's Aurora, a sprawling suburb just east of Denver, as a city under siege, terrorized by migrants.

"They're taking over buildings," Mr. Trump said. "They're going in violently."

Mr. Coffman was contrite on Thursday as he told that story. After all, he had helped create the tall tale now sullying his city's reputation.

Before Springfield, Ohio, before the misinformation about devoured pets and the memes of Mr. Trump rescuing ducks and kittens, there was Aurora, pop. 404,219, supposedly overrun by the violent Venezuelan street gang, Tren de Aragua. Those claims became a cause célèbre for the right-wing media, and ultimately a key focus of Mr. Trump's anti-immigration repertoire as he escalated his attacks on immigrants as part of his campaign's effort to capitalize on voter concerns about the southern border crisis.

Caught in the middle are a number of migrants, living in dilapidated apartments that Aurora officials now call squalor, amid "criminal elements," not widespread gang activity, and unable to find or afford better. The buildings are nonetheless at the center of a national firestorm.



"Because of one or two Venezuelans who wanted to do something wrong, we are now all accused of something," said Yorman Fernandez on Friday. Mr. Fernandez, 29, lives in one of the troubled complexes.

"Because of one or two Venezuelans who wanted to do something wrong, we are now all accused of something," Yorman Fernandez, a 29-year-old Venezuelan who lives at one of the properties, said on Friday, between jobs painting and roofing. "We are not all the same."

And Mr. Coffman has had to reverse his own rhetoric as he watches Mr. Trump, the presidential candidate he still said he would reluctantly vote for in November, continue to stoke fear in his community. Meantime, the mayor has started a crusade to try to undo the damage Mr. Trump is inflicting.

"I mean, I agree with him on a lot of policies as it pertains to immigration," Mr. Coffman said in City Hall on Thursday. "But I'm also the mayor of the City of Aurora, and my job is not only to make sure that the city is safe, but also to protect the image of the city.

Document title: How the False Story of a Gang 'Takeover' in Colorado Reached Trump | The New York Times
Capture URL: https://www.nytimes.com/2024/09/15/us/politics/trump-aurora-colorado-immigration.html
Capture timestamp (UTC): Fri, 21 Feb 2025 01:26:39 GMT

also the mayor of the City of Aurora, and my job is not only to make sure that the city is safe, but also to protect the image of the city. This narrative out there is exaggerated, and it's our responsibility to correct it."

## How the claims about Aurora began



Mike Coffman, the mayor of Aurora, initially helped spread the misleading claims that Venezuelan gangs had taken over parts of the city. He has since backtracked, trying to rehabilitate Aurora's image.

As far back as May 2023, Aurora officials had been trying to force an out-of-state landlord to fix up three blighted apartment complexes in the downtrodden East Colfax Corridor, which connects the cities of Denver and Aurora.

In July 2024, the landlord, CBZ Management, which says it is based

Document title: How the False Story of a Gang 'Takeover' in Colorado Reached Trump - The New York Times
Capture URL: https://www.nytimes.com/2024/09/15/us/politics/trump-aurora-colorado-immigration.html
Capture timestamp (UTC): Fri, 21 Feb 2025 01:26:39 GMT

complexes in the downtrodden East Colfax Corridor, which
connects the cities of Denver and Aurora.

In July 2024, the landlord, CBZ Management, which says it is based
in Colorado and Brooklyn, offered a new argument for why it
couldn't repair the buildings: Venezuelan gangs had taken over,
and the property managers had been forced to flee.

Mr. Coffman and a Republican City Council member, Danielle
Jurinsky, quickly repeated CBZ's unverified claim in interviews.

"We have areas in our city, unfortunately, that have been taken,
and we have to take back," Mr. Coffman told a local talk radio host
on July 31.

On Aug, 5, a public relations agent, Sara Lattman, hired by CBZ,
pitched a "tip" to the local Fox television network affiliate in
Denver.

"An apartment building and its owners in Aurora, Colorado have
become the most recent victims of the Venezuelan Gang Tren de
Aragua's violence, which has taken over several communities in
the Denver area," she wrote on Fox 31's tip line, according to an
email obtained by The Times. "The residents and building owners
of these properties have been left in a state of fear and chaos."

But it was a viral video that began circulating in late August that
shows armed men in the hallway of one of the complexes that
ultimately caught Mr. Trump's attention. The incident was reported
as a connection to gang violence, particularly the Venezuelan gang
Tren de Aragua, though documentation was scarce.

On Tuesday, the Aurora Police Department announced it had
arrested 10 members of Tren de Aragua on charges of "felony
menacing," attempted first-degree murder, assault, child abuse,
domestic abuse and others. But Todd Chamberlain, Aurora's new
police chief, could not say whether any of those men were among
those seen in the video, or whether any in the video had actually
done anything criminal.

Still, the clip, taken by a resident and played on endless loops on

those seen in the video, or whether any in the video had actually done anything criminal.

Still, the clip, taken by a resident and played on endless loops on Fox News Channel and the website of The New York Post, metastasized into grandiose stories of whole buildings, whole sections of town and, in Mr. Trump's telling, the whole city of Aurora being taken over by migrants carrying weapons of war.

"And getting them out will be a bloody story," Mr. Trump said of Aurora at a rally in Mosinee, Wis., last Saturday, adding that it was "not going to be easy, but we'll do it."

Mr. Coffman and Ms. Jurinsky have both since backtracked.

"The overstated claims fueled by social media and through select news organizations are simply not true," they wrote in a joint statement released Wednesday that appeared aimed at pushing back on Mr. Trump's debate comments.

### A false story, fueled by real problems





Star Lopez, left, and her husband Luis, who live in the complex where the viral video was filmed, spoke of roach infestations, long stretches without electricity or running water, a refrigerator that barely works and no landlord to communicate with or even pay rent to.

The claims about Aurora were spun out of real issues.

The Denver area has struggled to deal with an influx of about 40,000 migrants, many of whom had been sent inland by Gov. Greg Abbott of Texas. The soaring cost of housing, acute in Denver, had brought many of those new arrivals to Aurora looking for somewhere cheaper to live — right to those same ramshackle apartments the city was already fighting to get cleaned up.

On Thursday, one resident of the complex, Star Lopez, 29, was gingerly walking her three dogs through a tiny stretch of dirt and weeds — and piles of dog feces — between two of the buildings where the video was captured. Inside the nondescript three-story brick structures, flies swarmed. Most apartments had broken windows, no screens, and doors ajar with no functioning locks or even doorknobs.

Nadeen Ibrahim, organizing director for the nonprofit East Colfax Community Collective, a social service organization in the area, warned of bedbug infestations and rats.

But there were no armed men blocking passage or extorting rent or protection money, Ms. Lopez said, despite what conservative

warned of bedbug infestations and rats.

But there were no armed men blocking passage or extorting rent or protection money, Ms. Lopez said, despite what conservative media has said. Most of the residents at this point are squatters.

"Oh, it's taken over, but it's taken over by everybody," Ms. Lopez said, freely admitting she hadn't paid rent since November, and adding that most of the neighbors hadn't either. "It's survival of the fittest."

Ms. Lopez is pregnant, hoping for a Christmas baby, she said. Her husband, Luis Lopez, 22, said he works in a warehouse and won't let his wife walk the dogs at night until he comes home from the late shift. It's too dangerous. They spoke of roach infestations, long stretches without electricity or running water, a refrigerator that barely works and no landlord to communicate with or even pay.

Nearby, an onlooker from Colorado Springs who declined to give his name gawked and took pictures. He was at the Department of Veterans Affairs hospital nearby and "thought I'd stop by," he said. "I was expecting to see vigilantes all over the place, people on the rooftops with machine guns."

## The effects





The Fitzsimons Place apartment complex, run by CBZ Management, is one of three that Aurora officials
had tried to force the company to fix up as far back as May 2023. The complex, which sits on 1568 Nome
Street, is now closed, its windows and doors boarded up.

After the video of armed men went viral in August, Mr. Coffman
recalled strapping on a bulletproof vest — "I looked like the
Michelin Man" — to pay his first visit to the building where it was
filmed. He saw nothing but frustrated renters pleading with him to
intervene. When he next held a town-hall meeting with renters
from the apartment complexes, he didn't bother with security.

But the story has taken on a life of its own. Mr. Trump placed
Aurora front and center on Friday in his plans for mass
deportations if elected.

"We're going to have the largest deportation in the history of our
country," Mr. Trump said at a news conference at Trump National
Golf Club in Rancho Palos Verdes, Calif. "And we're going to start
with Springfield and Aurora."

There have already been real-world consequences to the fear-
mongering, exaggerations and outright lies spreading on the
internet and the campaign trail about the situation. Last month, the
city shut down one of the buildings, Fitzsimons Place apartments,
at the center of the controversy, emptying it of nearly 200
inhabitants — many, but not all, of them migrants and recent
arrivals. City officials and police officers arrived at 7 a.m. Aug. 7,
the first day of school, to announce that the residents of 1568 Nome
Street had six days to clear out.

Document title: How the False Story of a Gang 'Takeover' in Colorado Reached Trump - The New York Times
Capture URL: https://www.nytimes.com/2024/09/15/us/politics/trump-aurora-colorado-immigration.html
Capture timestamp (UTC): Fri, 21 Feb 2025 01:26:39 GMT

Rehousing people has been a struggle.

Fear and negative publicity have pushed landlords to stop renting to Venezuelan migrants, said Crystal Murillo, a city councilwoman. Legal aid groups representing tenants and social service nonprofits struggling to house whole families say they are overwhelmed. YouTube personalities and TikTok stars prowl city slums. A white supremacist called into the City Council's public comment period on Monday evening, spewing hate against Venezuelans and Jews.



Legal aid groups representing tenants and social service nonprofits struggling to house whole families say they are overwhelmed.

"This doesn't compare to any crisis that we've ever experienced," said Emily Goodman, senior manager for housing assistance at the nonprofit East Colfax Community Collective, a social service organization in the area.

The mayor blames his initial statements on information from the Aurora police that was too credulous in repeating the property owner's excuses.

"The pattern of problems are with one — really, I'm going to be real blunt, I guess — out-of-state slumlord," he said.

The city has now filed several civil and criminal actions against CBZ and the man officials identified as the landlord of the apartments, Zev Baumgarten.

Stan Garnett, Mr. Baumgarten's lawyer, insisted that Mr. Baumgarten had no ownership of the property and no management role and was merely a consultant for CBZ.

A lawyer for CBZ, Matthew C. Arentsen, said that his "clients believe that, at its core, this case is not about property mismanagement but about government failures."

Mr. Chamberlain, the police chief, said he believed that the situation at the properties was now under control. The department is shifting to supporting the Venezuelan community with youth programs and safety outreach — and trying to ensure that its law enforcement efforts do not target the entire migrant community.

"We cannot get myopic or get focused based upon a knee-jerk reaction to something that is very titillating or very out there in the public right now," he said.

ADVERTISEMENT

Across the street from one of the properties, Whispering Pines, three men sat on their front porch Thursday afternoon shouting at a reporter and a photographer not to believe the "fake news" about the place. Sure, there is crime and probably some gangs, they said, but in this neighborhood those had been there well before the Venezuelans arrived and will be there long after they depart. What they wouldn't do is give their names.

"I'm not messing with Donald Trump," one man said, shooing the reporter off the property.



reporter off the property.



City of Aurora code enforcement officers walking through an unlit hallway in one of the apartment buildings at the center of the national firestorm.

**Jonathan Weisman** is a politics writer, covering campaigns with an emphasis on economic and labor policy. He is based in Chicago. More about Jonathan Weisman

A version of this article appears in print on Sept. 16, 2024, Section A, Page 12 of the New York edition with the headline: The Real Consequences Of Trump's False Claims About Colorado's Gangs. Order Reprints | Today's Paper | Subscribe

See more on: Donald Trump, 2024 Elections: News, Polls and Analysis, Republican Party, U.S. Politics

Share full article

Trump's Latest Target: A Nancy Pelosi Achievement in San Francisco

Trump Targets a Growing List of Those He Sees as Disloyal

'The Eastern Gate' Is a Lean and Mean Spy Drama

Traveling Abroad? If You're Paying With Dollars, Your Trip Is on Sale.

Alexander Brothers Face More Lawsuits Accusing Them of Sexual Assault

Former N.F.L. Player Arrested for Protest Against MAGA Plaque

10 Ways to Turn Store-Bought Rotisserie Chicken Into a Healthy Dinner

A Leading Anti-Trump Voice Returns to Democrats' Top Think Tank

In Private Remarks on Russia, Rubio Tries to Reassure Europeans

A Lonely Holdout Where Republicans Still Resist Trump: Utah

Maher Knocks Trump's Gutting of the Federal Work Force

**Editors' Picks**

This City's Sewer System Is Full of Alligators, but It's Not New York

For These 20-Somethings, Trump 'Is Making It Sexy' to Be Republican

Inside the Oscar-Nominated Film That No Studio Will Touch

## The New York Times

| NEWS | ARTS | LIFESTYLE | OPINION | MORE | ACCOUNT |
|------|------|-----------|---------|------|---------|
| Home Page | Book Review | Health | Today's Opinion | Audio | ₾ Subscribe |
| U.S. | Best Sellers Book List | Well | Columnists | Games | ≗ Manage My Account |
| World | Dance | Food | Editorials | Cooking | 🖳 Home Delivery |
| Politics | Movies | Restaurant Reviews | Guest Essays | Wirecutter | ₾ Gift Subscriptions |
| New York | Music | Love | Op-Docs | The Athletic | |
| Education | Pop Culture | Travel | Letters | Jobs | Group Subscriptions |
| Sports | Television | Style | Sunday Opinion | Video | Gift Articles |
| Business | Theater | Fashion | Opinion Video | Graphics | Email Newsletters |
| Tech | Visual Arts | Real Estate | Opinion Audio | Trending | |
| Science | | T Magazine | | Live Events | NYT Licensing |
| Weather | | | | Corrections | Replica Edition |
| The Great Read | | | | Reader Center | Times Store |
| Obituaries | | | | TimesMachine | |
| Headway | | | | The Learning Network | |
| Visual Investigations | | | | School of The NYT | |
| The Magazine | | | | InEducation | |

© 2025 The New York Times Company    NYTCo    Contact Us    Accessibility    Work with us    Advertise    T Brand Studio    Your Ad Choices    Privacy Policy    Terms of Service    Terms of Sale    Site Map    Help    Subscriptions

Your Privacy Choices    California Notices

# EXHIBIT 30



☰  InSight Crime

About Us    Newsletter    Donate

Investigations    Countries    Criminal Economies    Criminal Dynamics    Public Policy    Criminal Profiles    🔍    EN  ES

News    Tren de Aragua

# What We Know About Tren de Aragua's US Presence

by *Venezuela Investigative Unit*    4 Oct 2024

 

Tren de Aragua's supposed expansion into the United States has received national media coverage and attention from the country's most prominent politicians, fueling questions about the extent of the group's presence and activities.

The criminal group took advantage of the large-scale migration of Venezuelans across South America to evolve from a prison gang into a transnational criminal empire, establishing its presence abroad from around 2018 onwards, especially in Colombia, Peru, and Chile.

> SEE ALSO:  *Three Stages in the Construction of the Tren de Aragua's Transnational Empire*

Ahead of the US presidential election in November, the issues of migration and crime have pushed Tren de Aragua to the forefront of political discussion, making it expedient for both Democrats and Republicans to take a tough stance against the organization.

The US Treasury sanctioned Venezuela's most significant criminal export as a transnational criminal organization in July, and Texas governor Greg Abbott recently designated it a terrorist organization.

US authorities have identified suspected members of Tren de Aragua across the country in recent months and made a number of arrests.

But the gang's reputation appears to have grown more quickly than its actual presence in the United States.

InSight Crime has been tracking the group for years. Here's what we know.

## Are They?

## Related Content



### Tren de Aragua, Venezuela's Most Dangerous Gang, Spotted in Chile

*21 Oct 2021*



### Venezuela's Tren de Aragua Gang Muscling into Colombia Border Area

*10 Jul 2019*



Manage consent

presence in the United States.

InSight Crime has been tracking the group [for years](). Here's what we know.

## Who Are They?

The lack of any major identifying characteristics among [Tren de Aragua]() members makes it difficult to know when a criminal is truly part of the organization.

Certain US law enforcement authorities have put out warnings about Tren de Aragua-related tattoos, such as rifles or Michael Jordan logos, and have [even arrested]() suspects based on their tattoos. While a Chilean regional prosecutor found that multiple members of one Tren de Aragua-linked cell there bore the same tattoo, members do not consistently identify themselves using specific tattoos or adopt tattoos as part of an initiation process.

The lack of information sharing between US and Venezuelan authorities means law enforcement officials cannot easily discover if an individual is a former prisoner or suspected Tren de Aragua member, nor will such information be flagged for any individuals crossing the border into the country.

"As a federal agent, we have no way of vetting these people other than the honor system," US Border Patrol Council Vice President Chris Cabrera told reporters at a press conference in September. "If they tell us their name, we can't check against Venezuela's database."

Additionally, the infamy Tren de Aragua has [developed]() has led to imposters adopting its name as a method of instilling fear and ensuring compliance from their victims, further complicating efforts to establish whether a suspect is a genuine member or not.

## Where Are They?

Although authorities' methods of identifying Tren de Aragua members or their links to the wider organization remain unclear, reports of alleged Tren de Aragua activity have arisen in at least ten US states. Cases in Colorado, Texas, and New York have received prominent attention, alongside others in Illinois, Florida, Louisiana, Indiana, Georgia, Virginia, and New Jersey.

Police in Aurora, Colorado, have identified several individuals officials [referred]() to as "documented Tren de Aragua members," but have not explained the specific documentation linking them to the gang.

Texas governor Abbott stated that many of the [more than 20 individuals arrested]() at a hotel in El Paso in early September were suspected Tren de Aragua members, and that officials arrested more than 100 suspected members during a disturbance at the El Paso border in March.

Manage consent    not clarify how officials identified the suspected members. Officials in



**Venezuela's Tren de Aragua Gang Seeks to Grow Inside Brazil Prisons**

*26 Sep 2019*

Document title: What We Know About Tren de Aragua's US Presence          01009
Capture URL: https://insightcrime.org/news/what-we-know-about-tren-de-araguas-us-presence/
Capture timestamp (UTC): Fri, 21 Feb 2025 01:28:05 GMT                                    Page 2 of 4

Texas governor Abbott stated that 21 of the nearly 1,600 individuals arrested at a hotel in El Paso in early September were suspected from the Aragua members, and that officials arrested more than 100 suspected members during a disturbance at the El Paso border in March.

He did not clarify how officials identified the suspected members. Officials in both Texas and Colorado have also created dedicated task forces aimed at tackling the gang.

## What Do They Do?

Some of the crimes committed by alleged members in the United States align with Tren de Aragua's most common crimes. The group is known for human trafficking and human smuggling, in particular, which it adopted during its expansion across South America.

> SEE ALSO:  Is Venezuela's Tren de Aragua Behind Surge in Chile Kidnappings?

Other cases in the US involve petty crimes like burglary or robbery, which are not as closely associated with the organization's international cells. And there have been few reported cases of extortion, a central pillar of the group's criminal portfolio.

Additionally, there is no evidence, thus far, of cells in the United States cooperating with one another or with other criminal groups. Authorities have also not revealed any proof of criminals receiving specific instructions from the organization's leadership or sending money to Venezuela or other foreign countries.

*Featured image: Texas governor Greg Abbott giving a press conference on Tren de Aragua Credit: @GregAbbott_TX / X*

## Tagged:

( Human Smuggling )    ( Tren de Aragua )    ( USA )    ( Venezuela )

## Stay Informed With InSight Crime

Manage consent

Donate today to empower research and analysis about

Tagged

Human Smuggling    Tren de Aragua    USA    Venezuela

## Stay Informed With InSight Crime

Subscribe to our newsletter to receive a weekly digest of the latest organized crime news and stay up-to-date on major events, trends, and criminal dynamics from across the region.

Email Address                    Sign up

Donate today to empower research and analysis about organized crime in Latin America and the Caribbean, from the ground up.

Donate



We go into the field to interview, report, and investigate. We then verify, write, and edit, providing the tools to generate real impact.

Our work is costly and high risk. Please support our mission investigating organized crime.

Donate

| | | |
|---|---|---|
| About Us | Countries | Information Processing Policies |
| Work With Us | Criminal Economies | Privacy policy |
| Investigations | Criminal Dynamics | Refund policy |
| Latest News Analysis | Public Policy | Contact us |
| Special Series | Criminal Profiles | |
| Multimedia | | |
| Audio | | |
| Events | | |

Sponsored by





Member of



Manage consent          Powered by Newspack



# EXHIBIT 31

 

START YOUR 7-DAY FREE TRIAL

discovery+

sign up now

Free trial is for new customers only. Terms apply.

Advertisement    Ad Feedback

☰  **CNN** Politics   SCOTUS   Congress   Facts First   2024 Elections

⊙ Watch   🎧 Listen   ● Live TV   Q   **Subscribe**   Sign in

# JD Vance defends baseless rumor about Haitian immigrants eating pets

 By Kit Maher and Chris Boyette, CNN

⊙ 4 minute read · Updated 1:57 PM EDT, Sun September 15, 2024



⬚ Video Ad Feedback

  Dana Bash and JD Vance clash over baseless claims abou...   02:57

  MTG says Trump told her to 'be nice' to Speaker Johnson   01:48

  Watch Biden's speech on Im... at the border   08:44

**(CNN)** — Republican vice presidential candidate JD Vance on Sunday reiterated false claims about Haitian immigrants eating the pets of residents in Springfield, Ohio.

Asked to support his claims in an interview with CNN's Dana Bash on "State of the Union," Vance pointed to what he said are firsthand accounts from constituents who have told him this is happening, though he didn't provide the evidence.

"The American media totally ignored this stuff until Donald Trump and I started talking

### MORE FROM CNN

  Vance turns on European allies in blistering speech that downplayed ...

  Group that defended undocumented migrants cuts ...

  The US welcomed them. Now they're living in fear as Trump changes ...



Sponsored by Ubigi

Save on international data plans with this code

Read more

Advertisement    ⬚ Ad Feedback

 **New!** Follow topics to get updates in your Inbox and personalized feed.   **Follow topics**   ✕


"The American media totally ignored this stuff until Donald Trump and I started talking about cat memes. If I have to create stories so that the American media actually pays attention to the suffering of the American people, then that's what I'm going to do," the Ohio senator said.

Bash replied, "You just said that this is a story that you created."



**RELATED ARTICLE**

Fear and frustration in Ohio city as political debate seizes on growing Haitian population

Vance said, "It comes from firsthand accounts from my constituents. I say that we're creating a story, meaning we're creating the American media focusing on it. I didn't create 20,000 illegal migrants coming into Springfield thanks to Kamala Harris' policies. Her policies did that. But yes, we created the actual focus that allowed the American media to talk about this story and the suffering caused by Kamala Harris' policies."

Sponsored by Ubigi

**Save on international data plans with this code**

Read more

Advertisement    ☐ Ad Feedback



Springfield mayor: 'No verifiable' claim about Haitian immigrants eating pets
04:52

The city of Springfield notes on its website that approximately 12,000 to 15,000 immigrants live in Clark County, and that Haitian immigrants are there legally as part of a parole program that allows citizens and lawful residents to apply to have their family members from Haiti come to the United States.

Ohio Gov. Mike DeWine, a Republican, flatly denied the rumor on Sunday and praised the immigrants for their positive influence on the community.

"No. Absolutely not," DeWine said on ABC's "This Week" when asked whether he'd seen any evidence of immigrants eating pets.

"Let me tell you what we do know, though. What we know is that the Haitians who are in Springfield are legal," the governor said. "They came to Springfield to work."

On Tuesday, Vance said it was possible the claim about Haitian immigrants might not be true, but he encouraged his followers to continue posting "cat memes."

Springfield Mayor Rob Rue said Sunday that the city is going through "a very difficult time," adding that it would be helpful if politicians who amplified plainly untrue rumors "understood the weight of their words." He said city officials, including city commissioners, have received threats for the past three consecutive days.

"We have been shined under a spotlight that is so bright that it's hard to see some of the things that we actually need to be focusing on, and that's been difficult for sure," the mayor

**NEWS & BUZZ**

 CNN Poll: Americans worried by Trump's push to expand power

 Walmart warns of a slower 2025. That's a bad sign for America's economy

 Hamas stages macabre ceremony to release bodies of four Israeli ...

 **New!** Follow topics to get updates in your inbox and personalized feed.    Follow topics    ✕

"Let me tell you what we do know, though. What we know is that the Haitians who are in Springfield are legal," the governor said. "They came to Springfield to work."

On Tuesday, Vance said it was possible the claim about Haitian immigrants might not be true, but he encouraged his followers to continue posting "cat memes."

Springfield Mayor Rob Rue said Sunday that the city is going through "a very difficult time," adding that it would be helpful if politicians who amplified plainly untrue rumors "understood the weight of their words." He said city officials, including city commissioners, have received threats for the past three consecutive days.

"We have been shined under a spotlight that is so bright that it's hard to see some of the things that we actually need to be focusing on, and that's been difficult for sure," the mayor told Bash on "State of the Union," adding that "we're concerned about the security in our community, and we're focused on that right now."

The city hall in Springfield was forced to close due to a bomb threat on Thursday. Two elementary schools were evacuated Friday "based on information received from the Springfield Police Division," the Springfield City School District announced. Two local hospitals were also forced into lockdown due to bomb threats Saturday, according to statements sent to CNN.

Vance rejected the idea that his rhetoric has led to bomb threats.



▶ Springfield father calls out JD Vance for politicizing his son's death. Hear Vance's reaction
02:14

"There is nothing that I have said that has led to threats against these hospitals, these hospitals, the bomb threats and so forth," Vance said.

"The Springfield mayor, he's dealing with a lot of terrible things. I certainly sympathize with the guy, and we're going to try to help him out. But he did not accuse me of inciting a bomb threat. He just didn't," Vance said later in the interview.

"All that I've done is surface the complaints of my constituents, people who are suffering because of Kamala Harris' policies. Are we not allowed to talk about these problems because some psychopaths are threatening violence?" he added.

Rue said he has not heard from Vance directly, "and that's fine," but said the senator and others propagating the rumors should know authorities in Springfield are telling the truth.

DeWine acknowledged that Springfield was having some issues adjusting to the influx of mostly Haitian immigrants through the federal immigration program, but he said officials were working on them.

RECOMMENDED FOR YOU


Joe Rogan Recommends: 5 Books For Turning Your Life Around
*Blinkist: Joe Rogan's Reading List*


Collagen Tip: Make Sure This 10-Letter Word is on the Label
*nativepath.com*


The Surprising Link Between Your Pillowcase and Aging
*Blissy*


New! Follow topics to get updates in your inbox and personalized feed.    Follow topics




▶ VIDEO

**RELATED VIDEO**
Haitian-American
congresswoman reacts to
Trump's anti-immigrant claims

"When you go from a population of 58,000 and add 15,000
people onto that, you're going to have some challenges
and some problems," the Ohio governor said in his ABC
interview. "And we're addressing those. We're working on
those every single day."

Vance said that he is hearing directly from constituents
about these concerns, bringing up one specifically about
geese.

"My constituents have brought approximately a dozen
separate concerns to me. Ten of them are verifiable and confirmable, and a couple of them
I talk about because my constituents are telling me firsthand that they're seeing these
things. So I have two options, Dana, I can ignore them, which is what the American media
has done for years to this community, or I can actually talk about what people are telling
me," Vance said.

"My attitude is, listen to my constituents. Sometimes they're going to say things that
people don't like, but they're saying things that people don't like because their town has
been overwhelmed, and it's my job to try to fight for them and to protect them," Vance
said.

*This story has been updated with additional developments.*

**PAID CONTENT**                                                                    ▷ Ad



**A Professional Engineer Designed this
Nail Clipper for Seniors All Over the...**
Sponsored: zikeey.com

**How To Break The Cycle Of Urinary
Tract Issues? Try This at Home**
Sponsored: nationhealthurobliss.com



**Analysis: Trump's 13
biggest lies of his first
month back in office**
Politics



**Fired FAA employee who
was working on missile
defense says Americans...**
Politics



**Trump and Musk set their
sights on Social Security
by spreading rumors**
Politics



**New!** Follow topics to get updates in your inbox and
personalized feed.

**Follow topics**

✕

Document title: JD Vance defends baseless rumor about Haitian immigrants eating pets | CNN Politics
Capture URL: https://www.cnn.com/2024/09/15/politics/vance-immigrants-pets-springfield-ohio-cnntv/index.html
Capture timestamp (UTC): Fri, 21 Feb 2025 01:25:24 GMT

(53 of 83) CNN Politics 53 of 83 Congress 25-2120 04/04/2025, DktEntry: 3.5 Page 53 of 83 Watch Listen Live TV Subscribe Sign In

Case 3:25-cv-01766-EMC   Document 37-31   Filed 02/21/25   Page 6 of 11


were working on that.


VIDEO

**RELATED VIDEO**
Haitian-American
congresswoman reacts to
Trump's anti-immigrant claims

"When you go from a population of 58,000 and add 15,000 people onto that, you're going to have some challenges and some problems," the Ohio governor said in his ABC interview. "And we're addressing those. We're working on those every single day."

Vance said that he is hearing directly from constituents about these concerns, bringing up one specifically about geese.

"My constituents have brought approximately a dozen separate concerns to me. Ten of them are verifiable and confirmable, and a couple of them I talk about because my constituents are telling me firsthand that they're seeing these things. So I have two options, Dana, I can ignore them, which is what the American media has done for years to this community, or I can actually talk about what people are telling me," Vance said.

"My attitude is, listen to my constituents. Sometimes they're going to say things that people don't like, but they're saying things that people don't like because their town has been overwhelmed, and it's my job to try to fight for them and to protect them," Vance said.

*This story has been updated with additional developments.*

**PAID CONTENT**                                                      ▷



**A Professional Engineer Designed this Nail Clipper for Seniors All Over the...**
Sponsored: zikeey.com



**How To Break The Cycle Of Urinary Tract Issues? Try This at Home**
Sponsored: nationhealthurobliss.com



**Analysis: Trump's 13 biggest lies of his first month back in office**
Politics

**Fired FAA employee who was working on missile defense says Americans...**
Politics

**Trump and Musk set their sights on Social Security by spreading rumors**
Politics


**New!** Follow topics to get updates in your inbox and personalized feed.

**Follow topics**                    ✕

Subscribe    Sign in



### Cardiologist: How To Quickly Lose a Hanging Belly

1/2 Cup Of This (Before Bed) Can Melt Your Belly Fat Like Never Before!

Sponsored: nomorfat.com



### Urologist: Frequent Urination & Weak Stream? Do this Before Bed

Sponsored: Natural Healthy Way

IS IT TIME TO SWITCH?


AXOS ONE®
4.86% APY
Member FDIC
START EARNING


synchrony
13 - MONTH CD
4.35% APY
Member FDIC
OPEN ACCOUNT

Sponsors of BankingRates    Advertiser Disclosure


**Why are US seniors snapping up...**
Sponsored: Nature...


**Finally Legal: It's like a Vaccine for...**
Sponsored: Truth...


**US: Why are people excited about this $59...**
Sponsored:...


**High Glucose Levels Might Not Be From...**
Sponsored:...


**Costco Shoppers Say This Wrinkle...**
Sponsored:...


**Shop Face S Find th...**
Sponsore...



CONTENT BY SIDESTAGE



**Check out these amazing trips:**

See the Mercado de Motores in Madrid -- a must do!

Tried a Chinese egg tart in Portugal? We will show you more.



### The 1 Household Item Helps Visibly Tighten Saggy Skin

Sponsored: wrinkles.pro



### Surgeon's Three-Second Sciatica Trick: Do This Before the Pain Gets Worse

Sponsored: usahealthclinic.pro


**New!** Follow topics to get updates in your inbox and personalized feed.

Follow topics

### 3 Toxic Foods For Dogs: The One Meat You Should Never Feed Your Dog
Sponsored: Pet Health Gurus

### Take Charge of Fungus-Affected Nails
Use this LLLT device daily for 15-20 minutes to help clear fungus and promote healthy nails.
Sponsored: Okita Nail Fungus Light







### Elon Musk's private security detail gets deputized by US Marshal...
Politics

### Communication expert has theory on Trump's strategy behind...
Politics

### 'Breathtaking reversal in US foreign policy': Fareed Zakaria reacts to Trump'...
Politics



Search CNN...

**US**
Crime + Justice

**World**
Africa
Americas
Asia
Australia
China
Europe
India
Middle East
United Kingdom

**Politics**
SCOTUS
Congress
Facts First
2024 Elections

**Business**
Tech
Media
Calculators
Videos

**Markets**
Pre-markets
After-Hours
Fear & Greed
Investing
Markets Now
Nightcap

**Health**
Life, But Better
Fitness
Food
Sleep
Mindfulness
Relationships

**Entertainment**
Movies
Television
Celebrity

**Tech**
Innovate
Foreseeable Future
Mission: Ahead
Work Transformed
Innovative Cities

**Style**
Arts
Design
Fashion
Architecture
Luxury
Beauty
Video

**Travel**
Destinations
Food & Drink
Stay
News
Videos

**Sports**
Pro Football
College Football
Basketball
Baseball
Soccer
Olympics
Hockey

**Science**
Space
Life
Unearthed

**Climate**
Solutions
Weather

**Weather**
Video
Climate

**Ukraine-Russia War**

**Israel-Hamas War**

**Watch**
Live TV
CNN Headlines
CNN Shorts
Shows A-Z
CNN10
CNN Max
CNN TV Schedules
FlashDocs

**Listen**
CNN 5 Things
Chasing Life with Dr. Sanjay Gupta
The Assignment with Audie Cornish
One Thing
Tug of War
The Axe Files
All There is with Anderson Cooper
All CNN Audio podcasts

**CNN Underscored**
Electronics
Fashion
Beauty
Health & Fitness
Home
Reviews
Deals
Gifts
Travel
Outdoors
Pets

**Games**
CNN Crossword
Jumble Crossword
Photo Shuffle
Sudoblock
Sudoku
5 Things Quiz

**About CNN**
Subscribe
Photos
Investigations
CNN Profiles
CNN Leadership
CNN Newsletters
Work for CNN



**New!** Follow topics to get updates in your inbox and personalized feed.

**Follow topics**





### In The Market For A New SUV? Take A Look At This One Before You Decide.
Sponsored: BestSearchNow | Search Ads



### Resorts & Overwater Bungalows All-Included
Sponsored: GoSearches | Search Ads



### Taylor Swift Reportedly Eyes $1 Billion Move as Relationship with Travis...
Sponsored: TMSPN



### Tom Brady's NFL Broadcast Career in Jeopardy as New Info...
Sponsored: TipHero



### Meghan Markle's Bold Demands: Will Kate Middleton and Prince...
Sponsored: TipHero



### Analyst explains what Hegseth's desired DOD cuts may mean
Politics

### MAGA melts down over 'SNL' skit
Politics

### Trump offers key concessions to Putin ahead of Ukraine peace...
Politics



Search CNN...

**US**
Crime + Justice

**World**
Africa
Americas
Asia
Australia
China
Europe
India
Middle East
United Kingdom

**Politics**
SCOTUS
Congress
Facts First
2024 Elections

**Business**
Tech
Media
Calculators
Videos

**Markets**
Pre-markets
After-Hours
Fear & Greed
Investing
Markets Now
Nightcap

**Health**
Life, But Better
Fitness
Food
Sleep
Mindfulness
Relationships

**Entertainment**
Movies
Television
Celebrity

**Tech**
Innovate
Foreseeable Future
Mission: Ahead
Work Transformed
Innovative Cities

**Style**
Arts
Design
Fashion
Architecture
Luxury

**Travel**
Destinations
Food & Drink
Stay
News
Videos

**Sports**
Pro Football
College Football
Basketball
Baseball
Soccer

**Science**
Space
Life
Unearthed

**Climate**
Solutions
Weather

**Weather**
Video
Climate



New! Follow topics to get updates in your inbox and personalized feed.

Follow topics

Document title: JD Vance defends baseless rumor about Haitian immigrants eating... | CNN Politics
Capture URL: https://www.cnn.com/2024/09/15/politics/vance-immigrants-pets-springfield-ohio-cnntv/index.html
Capture timestamp (UTC): Fri, 21 Feb 2025 01:25:24 GMT

**The 2025 Outlander Is Close To Perfection (Take A Look)**
Sponsored: Search Ads

**Finally Legal: It's Like a 'Vaccine' Against Chronic Joint Pain**
Sponsored: Pain News Today



**Southwest pilot forcibly removed from cockpit for being too drunk**
Sponsored: JPost

**Extra-Large Headed Human Species Found in China's Woodlands**
Sponsored: JPost

**Trump can't end birthright citizenship, appeals court says, setting up Suprem...**
Politics

**Hegseth could fire some senior generals and admirals soon, sources say**
Politics

**DOGE's claim that it saved $8 billion by canceling an $8 million contract raises...**
Politics

**Bladder Always Feeling Full? Try This Before Bed**
Sponsored: nationhealthurobliss.com

**Eat 1 Teaspoon Every Night, See What Happens A Week Later [Video]**
Try it & watch this step-by-step video
Sponsored: coffeeloophole.pro



Search CNN...

| US | World | Politics | Business | Markets | Health | Entertainment |

**New!** Follow topics to get updates in your inbox and personalized feed.

**Follow topics**



**Bladder Always Feeling Full? Try This Before Bed**

Sponsored: nationhealthurobliss.com



**Eat 1 Teaspoon Every Night, See What Happens A Week Later [Video]**

Try it & watch this step-by-step video

Sponsored: coffeeloophole.pro



Search CNN...

| US | World | Politics | Business | Markets | Health | Entertainment |
|---|---|---|---|---|---|---|
| Crime + Justice | Africa | SCOTUS | Tech | Pre-markets | Life, But Better | Movies |
| | Americas | Congress | Media | After-Hours | Fitness | Television |
| | Asia | Facts First | Calculators | Investing | Food | Celebrity |
| | Australia | 2024 Elections | Videos | Fear & Greed | Sleep | |
| | China | | | Markets Now | Mindfulness | |
| | Europe | | | Nightcap | Relationships | |
| | India | | | | | |
| | Middle East | | | | | |
| | United Kingdom | | | | | |

| Tech | Style | Travel | Sports | Science | Climate | Weather |
|---|---|---|---|---|---|---|
| Innovate | Arts | Destinations | Pro Football | Space | Solutions | Video |
| Foreseeable Future | Design | Stay | College Football | Life | Weather | Climate |
| Mission: Ahead | Fashion | News | Basketball | Unearthed | | |
| Work Transformed | Architecture | Videos | Baseball | | | |
| Innovative Cities | Luxury | | Soccer | | | |
| | Beauty | | Olympics | | | |
| | Video | | Hockey | | | |

| Ukraine-Russia War | Israel-Hamas War | Watch | Listen | CNN Underscored | Games | About CNN |
|---|---|---|---|---|---|---|
| | | Live TV | CNN 5 Things | Electronics | CNN Crossword | Subscribe |
| | | CNN Headlines | Chasing Life with Dr. Sanjay Gupta | Fashion | Jumble Crossword | Photos |
| | | CNN Shorts | The Assignment with Audie Cornish | Beauty | Photo Shuffle | Investigations |
| | | Shows A-Z | One Thing | Health & Fitness | Sudoblock | CNN Profiles |
| | | CNN10 | Tug of War | Home | Sudoku | CNN Leadership |
| | | CNN Max | CNN Political Briefing | Reviews | 5 Things Quiz | CNN Newsletters |
| | | CNN TV Schedules | The Axe Files | Deals | | Work for CNN |
| | | FlashDocs | All There Is with Anderson Cooper | Gifts | | |
| | | | All CNN Audio podcasts | Travel | | |
| | | | | Outdoors | | |
| | | | | Pets | | |

**CNN Politics**

Watch    Listen    Live TV    FOLLOW CNN POLITICS    Subscribe    Sign In

Terms of Use    Privacy Policy    Do Not Sell Or Share My Personal Information    Ad Choices    Accessibility & CC    About    Subscribe    Newsletters    Transcripts    Help Center

**New!** Follow topics to get updates in your Inbox and personalized feed.

**Follow topics**

---

# EXHIBIT 32

(60 of 83)
Case 3:25-cv-01766-EMC    Document 37-32    Filed 02/21/25    Page 2 of 8
Case 3:25-cv-01766-EMC    Document 37-32    Filed 02/21/25    Page 60 of 83

All topics ⌄



Search 🔍



AD ▷ ✕
A message from Axios HQ
Reserve your seat: Our next Smart Brevity course is coming up. Axios readers get $75 off with code AXIOSVIP.

Oct 5, 2024 - Politics & Policy

# Trump keeps calling Venezuelan and Congolese migrants criminals



Russell Contreras, Delano Massey, Erin Davis

(f) (𝕏) (in) (✉)



**Number of times Trump has called migrants from select countries "criminals"**

From 109 speeches, interviews, debates and rallies held between Sept. 1, 2023, and Oct. 2, 2024

| Country | Count |
|---|---|
| Venezuela | 70 |
| Congo (Likely refers to DRC) | 29 |
| El Salvador | 22 |
| Honduras | 20 |
| Mexico | 13 |
| Guatemala | 10 |

Data: Axios analysis of rev.com transcripts; Note: Multiple mentions in a single paragraph are counted as one instance; Chart: Axios Visuals

Former President Trump has referred to Venezuelan and Congolese migrants as criminals dozens of times since September 2023, an Axios analysis has found.

**The big picture:** In a 13-month span, Trump's speeches about migrants have become darker and apocalyptic with baseless claims the migrants have criminal records, are eating pets and could start "World War III."

- The unfounded accusations about migrants from African, Asian, Middle Eastern and Latin American countries come as the GOP presidential nominee pushes for mass deportations of immigrants.

**By the numbers:** An Axios analysis of 109 of Trump's speeches, debates and interviews

Document title: Trump keeps calling Venezuelan and Congolese migrants criminals
Capture URL: https://www.axios.com/2024/10/05/trump-migrants-venezuelan-congolese-rhetoric
Capture timestamp (UTC): Fri, 21 Feb 2025 01:12:23 GMT

● The unfounded accusations about migrants from African, Asian, Middle Eastern and Latin American countries come as the GOP presidential nominee pushes for [mass deportations](#) of immigrants.

**By the numbers:** An Axios analysis of 109 of Trump's speeches, debates and interviews found that he has called Venezuelan migrants criminals 70 times and Congolese migrants criminals 29 times from Sept. 1, 2023, to Oct. 2, 2024.

● He's also called migrants from El Salvador criminals 22 times and those from Honduras criminals 20 times. Trump called migrants from Mexico criminals 13 times and migrants from Guatemala criminals 10 times.

● Of the remarks analyzed by Axios, no European countries appeared on the list.

**Karoline Leavitt,** national press secretary for the Trump campaign, failed to directly answer why Trump has referred to migrants from various countries as criminals.

● In a statement, Leavitt said the Biden-Harris administration reversed many of the former president's immigration policies, creating a national security crisis on our southern border.

● Leavitt said Trump will restore his policies and launch "crackdowns that will send shockwaves to all the world's criminal smugglers, and marshal every federal and state power necessary" for his deportation plan.

**State of play:** Trump's comments about migrants (in the country illegally or with temporary status) with criminal records usually follow his promise to remove many migrants from cities with changing demographics.

● He repeatedly has [shared false claims](#) about Haitian [immigrants eating pets](#) in [Springfield, Ohio](#) and vowed to revoke the [immigration status for Haitian migrants](#) who are living legally in the U.S.

● Trump also has promised to end [birthright citizenship](#) for American-born children of migrants as outlined in the [14th Amendment](#) of the U.S. Constitution.

● [Trump](#) has repeatedly said undocumented immigrants are ["poisoning the blood of our country,"](#) language echoing the rhetoric of white supremacists and fascist dictator [Adolf Hitler.](#)

**Reality check:** [Study](#) after [study](#) has found that immigrants commit less crime than their American-born counterparts, despite the elevation of individual cases like the death of Georgia nursing student [Laken Riley.](#)

● [A three-year Axios analysis](#) of violent crime on the U.S.-Mexico border, home to millions of immigrants, found that cities there have lower violent crime rates than the rest of the nation.

**Zoom in:** Per the Migration Policy Institute, there is no evidence that any country is emptying prisons to allow violent criminals to come to the U.S. border as migrants despite Trump's repeated claims "the Congo" is doing so.

Advertisement



All topics

AXIOS

Search



- The governments of both the Democratic Republic of Congo and the neighboring Republic of Congo [told](#) CNN Trump's assertions are false.

**What they're saying:** Donald Tomaskovic-Devey, a sociology professor at UMass Amherst, says using such rhetoric is a strategy that has lived on for decades.

- Tomaskovic-Devey points out that this was an issue in 2016, when "it was the Mexicans and then terrorists from the Middle East."

- "Now it's basically every part of the world outside of Western Europe and the US," he said, adding that these narratives reinforce a longstanding trope, collapsing internal and external threats into one overarching fear of "the other."

- If we go back to the 1950s in the US, Tomaskovic-Devey said the political recipe was "the threat of Black labor and the threat of the Russians," which mobilized voters in the South.

**Context:** Some of the migrants from countries targeted by Trump are here in the country legally under Temporary Protected Status.

- TSP is a federal program that allows migrants from some countries to legally live in the United States for a certain period when the conditions in their home country are unsafe.

- Migrants from Haiti, Afghanistan, Ukraine and Venezuela are among some countries eligible for the program, requiring participants to re-register with the Department of Homeland Security each year.

f  𝕏  in  ✉



Want more stories like this? Sign up for [Axios Hill Leaders](#)

Enter your email address

Subscribe ⟶

ADVERTISEMENT

A message from Axios HQ

# Is your org bogged down by corporate speak?

## AXIOS

All topics ⌄                                                           Search 🔍

# Is your org bogged down by corporate speak?



**Smart Brevity forces simplicity** — and our six-step checklist can put any leader on the path to clearer, more relevant internal updates.

- The co-founders of Axios HQ developed it.
- Global execs put it to work.
- Better engagement and business results followed.

**Get the checklist**

---

## Go deeper

  **Russell Contreras, Avery Lotz**
Jan 28, 2025 - Politics & Policy

# All undocumented immigrants are "criminals," Trump administration says



**AXIOS**

All topics ⌄

Search 🔍



Karoline Leavitt, White House press secretary, during a news conference in the White House in Washington, D.C., on Jan. 28, 2025. Photo: Samuel Corum/Politico/Bloomberg via Getty Images

White House press secretary Karoline Leavitt confirmed immigrant rights groups' fears that the Trump administration sees all undocumented immigrants as "criminals" and isn't just seeking to deport those who commit violent acts.

**Driving the news:** In her first White House briefing, Leavitt falsely labeled all 3,500 immigrants arrested for suspicion of being in the country illegally "criminals." Being in the country illegally is a civil violation, not a criminal one, and the individuals who were arrested have not been convicted of a crime.

Go deeper (2 min. read) ⟶

   

Advertisement



Axios Daily Essentials

Start and end your day with the stories that matter

Subscribe for free

Donica Phifer
Oct 3, 2024 - Politics & Policy

# Trump floats deporting legal Haitian migrants living in Ohio





Former President and Republican presidential nominee Donald Trump speaks at a press conference Oct. 1 in Milwaukee. Photo: Jim Vondruska/Getty Images

[Former President Trump](#) said Wednesday he would revoke immigration status for Haitian migrants who are living legally in the U.S.

**Why it matters:** The comments mark yet another escalation in the GOP presidential nominee's rhetoric about immigration — this time targeting legal immigrants — and come after he repeatedly [shared false claims](#) about Haitian [immigrants eating pets](#) in [Springfield, Ohio](#).

[Go deeper (1 min. read) ⟶](#)

   

---

 **Russell Contreras**
Jan 27, 2025 - Politics & Policy

# Why Trump won't be deporting "millions" of criminals



Illustration: Allie Carl/Axios

[President Trump](#) claims that his administration will quickly deport ["millions and millions"](#) of "illegal aliens" with criminal records.

- Those millions don't exist.

**The big picture:** Less than 1% of immigrants deported last fiscal year were kicked out of the U.S. for crimes other than immigration violations. In the past 40 years, federal officials have documented about [425,000](#) noncitizens with criminal convictions on the ICE's "non-

Document title: Trump keeps calling Venezuelan and Congolese migrants criminal
Capture URL: https://www.axios.com/2024/10/05/trump-migrants-venezuelan-congolese-rhetoric
Capture timestamp (UTC): Fri, 21 Feb 2025 01:12:23 GMT

LOGIN 👤



**∧XIOS**

All topics ⌄

Search 🔍

Go deeper (1 min. read) ⟶

   ✉

**Russell Contreras**
Jan 27, 2025 - Politics & Policy

# Why Trump won't be deporting "millions" of criminals



Illustration: Allie Carl/Axios

President Trump claims that his administration will quickly deport "millions and millions" of "illegal aliens" with criminal records.

● Those millions don't exist.

**The big picture:** Less than 1% of immigrants deported last fiscal year were kicked out of the U.S. for crimes other than immigration violations. In the past 40 years, federal officials have documented about 425,000 noncitizens with criminal convictions on the ICE's "non-detained docket."

Go deeper (2 min. read) ⟶

   



## Smarter, faster on what matters.

Explore Axios Newsletters ⟶

| About Axios | Newsletters | Privacy policy |
| Advertise with us | Axios Live | Terms of use |
| Careers | Axios Entertainment | Your Privacy Choices ☑✗ |
| Contact us | Axios HQ | |

**∧XIOS**   Copyright Axios Media, 2024

Document title: Trump keeps calling Venezuelan and Congolese migrants criminal.
Capture URL: https://www.axios.com/2024/10/05/trump-migrants-venezuelan-congolese-rhetoric
Capture timestamp (UTC): Fri, 21 Feb 2025 01:12:23 GMT

91030

# EXHIBIT 33



**TRUST THE SOURCE.**
**CHOOSE THE SCREEN.**

 STREAMING      APP      ONLINE



**EXCLUSIVE**

IMMIGRATION

# DHS is seeking more than 600 migrants for possible ties to Venezuelan gang

So far 100 have been identified as gang members. The rest remain under investigation and could later be found to be victims, witnesses or members of the gang.



Officials warn about rising threat from Venezuelan gang members illegally crossing border
02:25

NBC NEWS REPORTS   DANGEROUS GANG MEMBERS IN U.S. ILLEGALLY

▶  ⟳  🔇  00:55 / 02:25                                    CC  ⚙  🖼  ⤢

Get more news **LIVE** on **NBC NEWS NOW.** ›

f   X   ✉   🔗   🔖         Create your free profile or log in to save this article

Oct. 23, 2024, 10:30 AM UTC

**By Julia Ainsley**

The Department of Homeland Security has identified more than 600 migrants in the U.S. who may have connections to a notorious Venezuelan gang that is drawing growing concern from local and federal law enforcement officials, according to data obtained exclusively by NBC News.

**Sponsored Stories**        by Taboola



ENERGY BILL CRUNCHER        Learn More

**Virginia: Gov May Cover Your Cost To Install Solar If You Live In These Zip Codes**



Venezuelan gang that is drawing growing concern from local and federal law enforcement officials, according to data obtained exclusively by NBC News.

Roughly 100 of the 600 migrants DHS has deemed "subjects of interest" were confirmed members of the gang whom the department recommended be placed on an FBI watchlist, officials said. The others could be found after a review to be victims, witnesses or members of the gang.

The Venezuelan gang, known as Tren de Aragua, or TDA, has a known presence in 15 states and a possible presence in eight others, according to the data.

Homeland Security officials began working to compile the data on TDA this spring after they saw a spike in crime by gang members in New York and other cities across the U.S. Crimes tied to the gang include sex trafficking in Louisiana and the point-blank shooting of two New York City police officers.

U.S. Immigration and Customs Enforcement has arrested more than 100 people suspected of being associated with TDA in connection with crimes since October 2022, the data said, and 75 have been arrested for immigration violations. More than 20 have been referred for federal prosecution.

"DHS has an ongoing operation to crack down on gang members through re-screening certain individuals previously encountered, in addition to the rigorous screening and vetting at the border," a DHS spokesperson said. "All individuals confirmed or suspected to be gang members are referred for criminal prosecution or detained and placed into expedited removal."

Determining the exact number of TDA members who have crossed into the U.S. is an enormous challenge, because, unlike most countries, Venezuela does not share its criminal histories or other information with U.S. officials. That also makes it difficult for border agents to identify who among the Venezuelans crossing the border might be TDA members.

Law enforcement experts say the figure of 600 illustrates the gap in intelligence about the gang's presence in the U.S. due to the lack of information provided by the Venezuelan government.

"The number is almost disturbingly low," said Frank Figliuzzi, a former FBI assistant director for counterintelligence and an NBC News contributor. "It should be higher."

But Figliuzzi said TDA has not yet reached the size or sophistication levels of larger gangs that have existed in the U.S. for years.

"Most gang experts would say that TDA is not yet exhibiting signs of sophistication and advanced organization within the United States," he said.

ENERGY BILL CRUNCHER
Learn More
Virginia: Gov May Cover Your Cost To Install Solar If You Live In These Zip Codes

TURBOTAX
Learn More
Should Married Couples File Jointly or Separately?

NBC NEWS
TRUST THE SOURCE.
CHOOSE THE SCREEN.
NBC NEWS NOW
STREAMING
APP
NBC NEWS .COM
ONLINE

"Most gang experts would say that TDA is not yet exhibiting signs of sophistication and advanced organization within the United States," he said.

MS-13, which emerged in Los Angeles but grew into a transnational gang based in El Salvador, has roughly 10,000 members in the U.S., according to the Justice Department.

The 18th Street gang, also from Central America, once had an estimated 30,000 to 50,000 members, according to the Justice Department, though its numbers have weakened after a nationwide crackdown in El Salvador.





—— Peruvian police transfer a member of the Venezuelan gang Tren de Aragua in Lima on Oct. 5, 2023. Cris Bouroncle / AFP via Getty Images file

## A 2024 campaign issue

The exact size of TDA in the U.S. has become an issue in the presidential campaign.

Former President Donald Trump has claimed that TDA members have "invaded and conquered" Aurora, Colorado, a Denver suburb that is the state's third-largest city.



Recommended

**GUNS IN AMERICA**
86-year-old white man accepts plea deal in wrong-door shooting of Black teen Ralph Yarl

**U.S. NEWS**
NYC art dealer's fatal stabbing was murder-for-hire plotted by estranged husband, officials say

But Aurora's police chief and its mayor, Mike Coffman, a Republican, told NBC News last month that Trump's claims about the gang are grossly exaggerated.



But Aurora's police chief and its mayor, Mike Coffman, a Republican, told NBC News last month that Trump's claims about the gang are grossly exaggerated.

Coffman said TDA members have not taken over the city of 400,000 people. Instead, several apartment buildings neglected by their landlord for years have a crime problem.

"The problems with the landlord really go back prior to the migrant crisis," Coffman said.

And while Trump has highlighted crimes TDA members have committed against Americans, a DHS official said the vast majority of TDA victims are Venezuelan migrants.

"They prey first and foremost on Venezuelans," the official said, noting that many of the recently arrived migrants had to pay TDA to come to the U.S. "We know that they control human smuggling routes out of Venezuela and into Colombia and into Panama. And they are controlling more of these passages as individuals move north through Mexico."

More than 20 of the more than 140 investigations ICE launched into TDA since October 2022 involve suspected human smuggling or trafficking, according to the data. And the majority are investigations based on suspected gang affiliation.

Ammon Blair, a former Border Patrol agent who now advocates for stronger security at the border as a senior fellow at the Texas Public Policy Foundation, said the 600 figure tells him that DHS does not know the full number of TDA members actually inside the U.S.

Blair said that when he retired from the Border Patrol in November, the agency was not scrutinizing migrants crossing the border heavily enough.

"When you look at the process, unfortunately, they're just steamrolled through," he said. "The Border Patrol has created a conveyor belt, an automated system to process them and release them as fast as possible into the United States. We were not asking questions."

The data obtained by NBC News showed that fewer than 30 of the more than 600 subjects of interest regarding TDA are in ICE custody.

A DHS official said many of the 600 people have not been detained by ICE because they are in the custody of other law enforcement organizations. The officials said that ICE may also not know where they are or that their connections to TDA or crimes may not be confirmed or that arresting them might interfere with ongoing criminal investigations.

Venezuelan nationals can be released from custody if they have served their time for committing crimes. But because Venezuela

Document title: DHS is seeking more than 600 migrants for possible ties to Venezuelan gang
Capture URL: https://www.nbcnews.com/news/dhs-identified-600-migrants-possible-ties-venezuelan-gang-rcna176020
Capture timestamp (UTC): Fri, 14 Feb 2025 21:32:21 GMT

confirmed or that arresting them might interfere with ongoing criminal investigations.

Venezuelan nationals can be released from custody if they have served their time for committing crimes. But because Venezuela refuses to take back nationals who have emigrated to the U.S., ICE has to release them because of a federal court ruling that bars it from detaining migrants indefinitely.

If a migrant in ICE custody is deemed to be a true risk to public safety, a separate DHS official said, ICE will find a way to keep the person detained, even if it is by another law enforcement organization. 



Julia Ainsley

Julia Ainsley is the homeland security correspondent for NBC News and covers the Department of Homeland Security for the NBC News Investigative Unit.



SPONSORED / MCLUCK | PLAY NOW                    [Install Now]

**Jackpot! Ashburn Men Won a Record Bonus On an Online Slot Machine**
60 Seconds to Uncover the Reason Behind America's Casinos: Play and Be Hooked

SPONSORED / HEALTH WELLNESS JOURNAL             [Learn more]

**Cardiologists: Teaspoon On an Empty Stomach Slims Waist from 36 To 22**



SPONSORED / SUPER-SAVINGS-ONLINE

**Why Amazon Is Powerless Against This Hack**
Amazon Driver Warns: If you order Amazon every day, use this device.



SPONSORED / GUNDRYMD

**Top Doctor: If You Eat Eggs Every Day, This Is What Happens**



SPONSORED / WELLNESSGUIDE

**Cinnamon: Could Be the Greatest Enemy Of Blood Sugar (See How T...**






day, use this device.



SPONSORED / GUNDRYMD

Learn More

### Top Doctor: If You Eat Banana Every Day, This Is What Happens



SPONSORED / BOOKSI

Learn More

### Paris Las Vegas Hotel Flash Deal: 3 Nights Down to Just $99

Limited time deal. 3 nights at the Paris Las Vegas Hotel at an unbelievable price. This deal is breaking the internet.



SPONSORED / HEALTH WELLNESS JOURNAL

### Eat 1 Teaspoon Every Night, See What Happens a Week Later

Cardiologists: How Older Women Are Slimming Down Quickly



SPONSORED / WELLNESSGUIDE

### Forget Furosemide, Use This Household Item To Help Drain...



SPONSORED / GARAGE FLOORING USA

### Virginia Homeowners Are Raving About This 1-Day Garage Floor...

Homeowners and Businesses Alike Are Installing This Concrete Coating That is Installed In 1 Day, ...



SPONSORED / HOME VALUE LOOKUP

### See The Value Of Anyone's' Home By Searching Address (Take a Look)



SPONSORED / SAVINGSPRO

### Three Ashburn Banks Are Paying Record High Interest Rates - See the List

---

**More From NBC News**



Document title: DHS is seeking more than 600 migrants for possible ties to Venezuelan gang
Capture URL: https://www.nbcnews.com/news/dhs-identified-600-migrants-possible-ties-venezuelan-gang-rcna176020
Capture timestamp (UTC): Fri, 14 Feb 2025 21:32:21 GMT

**NBC NEWS**



NBC NEWS / NEWS

**Tennessee man sentenced to life in prison for murdering his wife during their Fiji honeymoon**

NBC NEWS / POLITICS

White House says about 75K federa...

NBC NEWS / SHOP

How to store eggs to keep them fresh as long as possible



SPONSORED / FINANCE WALLET

**Virginia Introduces New Benefit for "Senior Drivers"**

Learn More



SPONSORED / ULTIMATE PET NUTRITION

**Dog Dad Rob Lowe Reveals: "Itchy Dogs Should Not Be Eating This"**

Most dog owners don't know this.



SPONSORED / EXPERTSINPETHEALTH.COM

**Cesar Millan Warns Owners: 'Stop Feeding These 3 Ingredients To Your Dog'**

Learn More

SPONSORED / TOP20GADGETDEALS

**Sleep Apnea: Ingenious Pillow Takes the US By Storm**

The exact same pillow found in luxury hotels that charge $1,000 per night, now available for your bedroom.

Learn More







Document title: DHS is seeking more than 600 migrants for possible ties to Venezuelan gang
Capture URL: https://www.nbcnews.com/news/dhs-identified-600-migrants-possible-ties-venezuelan-gang-rcna176020
Capture timestamp (UTC): Fri, 14 Feb 2025 21:32:21 GMT







NBC NEWS / POLITICS

**Trump administration tells federal agencies to fire probationary employees**

NBC NEWS / NOW

Trump admin tells federal agencies...

NBC NEWS / POLITICS

Elon Musk says DOGE staffer who...



SPONSORED / BEVERLY HILLS MD

Learn more

**Plastic Surgeon Tells: If You Have Wrinkles, Do This Immediately (It's Genius!)**
The 1 Household Item That Visibly Tightens Saggy Skin



SPONSORED / SAVINGS ACCOUNTS | TOP SEARCHER NOW

Learn More

**CD Rates Are Soaring Into 2025 (Take A Look)**



SPONSORED / SAVINGS ACCOUNTS | TOP SEARCH NOW

Learn More

**Ashburn: Three Banks Introduce 5% Interest Rates on Savings**

SPONSORED / HYUNDAI PALISADE

Learn More

**Hyundai's New 2024 Palisade Is Turning Heads (Take a Look)**
Packed with advanced safety technology, including lane-keeping assist and blind-spot monitoring, Palisade ensures peace of mind for drivers and their ...









**NBC NEWS**









NBC NEWS / VIDEO

**Trump says he will speak to Hegseth about his comments on Ukraine**

NBC NEWS / POLITICS

**Trump says he is cutting off Biden's...**

NBC NEWS / NEWS

**Trump orders mass firings and...**





SPONSORED / IMPRINT.COM

Shop Now

**How Custom Promos Boost Your Brand**

Design your own unique promotional items with ease. Trusted by over 1,000,000 customers. Shop now!

SPONSORED / ARIAT

**Best Cowboy Boots for Line Dancing**



SPONSORED / CSOONLINE | MIMECAST

Learn More

**A dashboard's value in cybersecurity awareness training**

SPONSORED / GEORGETOWN



Learn More

**Future of Careers in Urban Planning**

Are you thinking about a master's in a rewarding field? Here's a closer look at your future career as an Urban Planner.











NBC NEWS / POLITICS

**Federal prosecutors in New York and Washington resign after refusing to drop Adams charges**

NBC NEWS / NEWS

U.S. deports nearly 120 Asian...

NBC NEWS / NOW

List of highest-paid athletes for 202...





SPONSORED / HYUNDAI PALISADE AMAZING FOR SENIORS    [Learn More]

**All New Hyundai Palisade For Seniors Simply Amazes - See The Cost**
See These New Seniors Hyundai Palisade Prices! You Won´t Believe It! Click To See Here

SPONSORED / GRAMMARLY    [Install Now]

**Write Better, Work Smarter With This Desktop App**
Improve grammar, word choice, and sentence structure everywhere you work. Write better with Grammarly.





SPONSORED / SMART LIFESTYLE TRENDS    [Learn More]

**Remodeling Star: Cheapest Way To Get A Walk In Shower In Virginia**
Homeowners can save thousands on a 1-day bathroom remodel using this one tip.

SPONSORED / OTTO QUOTES    [Click Here]

**Who Charges the Most for Car Insurance in Virginia? (Check Zip Code)**









Document title: DHS is seeking more than 600 migrants for possible ties to Venezuelan gang
Capture URL: https://www.nbcnews.com/news/dhs-identified-600-migrants-possible-ties-venezuelan-gang-rcna176020
Capture timestamp (UTC): Fri, 14 Feb 2025 21:32:21 GMT



NBC NEWS / POLITICS

## Trump is 'angry' that deportation numbers are not higher

NBC NEWS / NEWS

27 religious groups sue Trump...

NBC NEWS / NEWS

Russia says U.S. relations are on...



SPONSORED / URBAN FURNISHED

## Urban Furnished | Corporate Apartments | Min 30 days Stays

Learn More



SPONSORED / TRUESEARCHES | SEARCH ADS

## 2024 Family SUV is A True Head Turner (You'll Love The Price)



SPONSORED / SEARCHTOPICS | SEARCH ADS

Learn More

## 2024 Buick's Are Turning Heads



SPONSORED / GOODRX

## What Is Taltz Used for? - GoodRx



NBC NEWS / POLITICS

## When the pain hits home, Republicans balk at

NBC NEWS / NOW

AG Pam Bondi announces charges...



NBC NEWS / NEWS

At least four dead after suspected...

Document title: DHS is seeking more than 600 migrants for possible ties to Venezuelan gang
Capture URL: https://www.nbcnews.com/news/dhs-identified-600-migrants-possible-ties-venezuelan-gang-rcna176020
Capture timestamp (UTC): Fri, 14 Feb 2025 21:32:21 GMT



**NBC NEWS** / POLITICS

## When the pain hits home, Republicans balk at Trump's spending cuts and tariffs

NBC NEWS / NOW
AG Pam Bondi announces charges...

NBC NEWS / NEWS
At least four dead after suspected...



SPONSORED / BESTSEARCHES | SEARCH ADS

## Average Cost to Charter A Private Jet May Surprise You (See Prices)



SPONSORED / TRAIN PACKAGES | TOP SEARCH NOW    [Learn More]

## Sleeper Train Vacations at Unbeatable Prices (Take a Look)



SPONSORED / COMMONSEARCHES | SEARCH ADS

## New Electric SUVs Come with Tiny Price Tags (Take a Look)



SPONSORED / RIU HOTELS    [Learn More]

## Beachfront hotels with All Inclusive 24/7 service
Book direct to unlock RIU Class members' benefits



NBC NEWS / POLITICS

## Trump administration preparing to restart immigrant family detention



NBC NEWS / POLITICS
Trump's anti-media rhetoric turns t...



NBC NEWS / NEWS
Six dead at resort construction...




Document title: DHS is seeking more than 600 migrants for possible ties to Venezuelan gang
Capture URL: https://www.nbcnews.com/news/dhs-identified-600-migrants-possible-ties-venezuelan-gang-rcna176020
Capture timestamp (UTC): Fri, 14 Feb 2025 21:32:21 GMT

Page 12 of 15



**Trump administration preparing to restart immigrant family detention**



Trump's anti-media rhetoric turns t...

Six dead at resort construction...

SPONSORED / HOME VALUE BY ADDRESS

**Unbelievable: Calculator Shows The Value Of Your House Instantly [Take a Look]**

SPONSORED / TWO TIER SPA

**Two Tier Swim Spa Keeps Selling Out (Take a Look)**





SPONSORED / HOMEBUDDY

Learn More

**Here's What Gutter Guards Should Cost You In 2025**

The actual cost might surprise you

SPONSORED / FASTEST SEARCH

Search Now

**Type In Any Name, Wait 127 Seconds, See Instant Results**

Enter any name here. View results on the next page.







NBC NEWS / POLITICS

**Trump's border czar tells NYC mayor he'll be 'up his butt' if he breaks vow to help ICE**

NBC NEWS / POLITICS

Pennsylvania Gov. Josh Shapiro sue...

NBC NEWS / NOW

Canadians raise fears of 'war' and...







SPONSORED / ELECTRIC CARS FOR SENIORS

[ Learn More ]

**New Sleek Low-Cost Tiny Electric Cars Ideal for Pensioners: Take a Look**

These new electric cars are fantastic, and the prices are incredible. Click here to see them now!

SPONSORED / FAVORITESEARCHES | SEARCH ADS

**The All New Mind Blowing Honda CRV Is Finally Here (Take a Look)**



SPONSORED / WELLNESSGUIDE

[ Learn more ]

**Blood Sugar Over 100? Try This Cinnamon Ritual Now!**

SPONSORED / POPULARSEARCHES | SEARCH ADS

[ View Deals ]

**Least Expensive Electric Car**



NBC NEWS / POLITICS

**Trump's presence looms as Florida GOP passes immigration deal after weeks of infighting**

NBC NEWS / NEWS

**Haitian migrants share harrowing...**

NBC NEWS / NOW

**86-year-old Missouri man pleads...**



ABOUT
CONTACT
HELP

PRIVACY POLICY
[ ✓ x ] YOUR PRIVACY CHOICES
CA NOTICE

CLOSED CAPTIONING
ADVERTISE
SELECT SHOPPING





SPONSORED / ELECTRIC CARS FOR SENIORS

**New Sleek Low-Cost Tiny Electric Cars Ideal for Pensioners: Take a Look**

These new electric cars are fantastic, and the prices are incredible. Click here to see them now!

Learn More

SPONSORED / FAVORITESEARCHES | SEARCH ADS

**The All New Mind Blowing Honda CRV Is Finally Here (Take a Look)**



SPONSORED / WELLNESSGUIDE

**Blood Sugar Over 100? Try This Cinnamon Ritual Now!**

Learn more

SPONSORED / POPULARSEARCHES | SEARCH ADS

**Least Expensive Electric Car**

View Deals



NBC NEWS / POLITICS

**Trump's presence looms as Florida GOP passes immigration deal after weeks of infighting**

NBC NEWS / NEWS

**Haitian migrants share harrowing...**

NBC NEWS / NOW

**86-year-old Missouri man pleads...**



ABOUT

CONTACT

HELP

CAREERS

AD CHOICES

PRIVACY POLICY

☑✗ YOUR PRIVACY CHOICES

CA NOTICE

TERMS OF SERVICE (UPDATED JULY 7, 2023)

NBC NEWS SITEMAP

CLOSED CAPTIONING

ADVERTISE

SELECT SHOPPING

© 2025 NBCUniversal Media, LLC

NBC NEWS   MSNBC   TODAY

# EXHIBIT 34