| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | APR 7 2025<br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

NATIONAL TPS ALLIANCE; et al.,

    Plaintiffs - Appellees,

 v.

KRISTI NOEM, in her official capacity as Secretary of Homeland Security; et al.,

    Defendants - Appellants.

No. 25-2120

D.C. No. 3:25-cv-01766-EMC
Northern District of California, San Francisco

ORDER

The response to the emergency stay motion is due by 5:00 p.m. Pacific Time on April 11, 2025. The optional reply in support of the emergency stay motion is due by 5:00 p.m. Pacific Time on April 14, 2025.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT