No. 25-2120

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

NATIONAL TPS ALLIANCE, et al.,
Appellees,

v.

KRISTI NOEM, et al.,
Appellants.

On Appeal from the United States District Court
for the Northern District of California
District Court Case No. 3:25-cv-1766

EXCERPTS OF RECORD

INDEX VOLUME

| | |
|---|---|
| YAAKOV M. ROTH | ANNA DICHTER |
| Acting Assistant Attorney General | ERIC SNYDERMAN |
| Civil Division | LAUREN BRYANT |
| | CARLTON F. SHEFFIELD |
| DREW C. ENSIGN | CATHERINE ROSS |
| Deputy Assistant Attorney General | LUZ MARIA RESTREPO |
| Office of Immigration Litigation | AMANDA SAYLOR |
| | JEFFREY M. HARTMAN |
| SARAH L. VUONG | Trial Attorneys |
| Assistant Director | Office of Immigration Litigation |
| Office of Immigration Litigation | P.O. Box 868, Ben Franklin Station |
| | Washington, DC 20044 |
| WILLIAM H. WEILAND | Telephone: (202) 532-4404 |
| Senior Litigation Counsel | Jeffrey.M.Hartman@usdoj.gov |
| Office of Immigration Litigation | |

## Volume 1

| Document | USDC Dkt. No. | ER Page Nos. |
|---|---|---|
| Order Granting Plaintiffs' Motion to Postpone | 93 | 2-79 |

## Volume 2

| Document | USDC Dkt. No. | ER Page Nos. |
|---|---|---|
| Transcript of Postponement Hearing (Mar. 24, 2025) | 91 | 81-203 |

## Volume 3

| Document | USDC Dkt. No. | ER Page Nos. |
|---|---|---|
| Plaintiffs' Reply in Support of their Motion to Postpone The Effective Date of Agency Action | 67 | 205-229 |
| Defendants' Response in Opposition to Plaintiffs' Motion to Postpone the Effective Date of Agency Action | 60 | 230-265 |
| Plaintiffs' Notice of Motion and Motion to Postpone Effective Date Of Agency Action | 16 | 266-301 |

## Volume 4

| Document | USDC Dkt. No. | ER Page Nos. |
|---|---|---|
| Declaration of A.V. (Feb. 20, 2025) | 17 | 303-312 |
| Declaration of Freddy Jose (Feb. 18, 2025) | 18 | 313-326 |
| Declaration of Adelys Ferro (Feb. 19, 2025) | 19 | 327-334 |
| Declaration of E.R. (Feb. 19, 2025) | 20 | 335-348 |
| Declaration of David Card (Feb. 20, 2025) | 21 | 349-374 |
| Declaration of Elliot Young (Feb. 20, 2025) | 22 | 375-415 |
| Declaration of Melanie Morten (Feb. 20, 2025) | 23 | 416-429 |
| Declaration of Santiago Perez (Feb. 20, 2025) | 24 | 430-440 |
| Declaration of Stacy Tolchin (Feb. 20, 2025) | 25 | 441-449 |
| Declaration of Steven Dudley (Feb. 20, 2025) | 26 | 450-460 |
| Declaration of Tara Watson (Feb. 20, 2025) | 27 | 461-496 |

| Declaration of Mariela Gonzalez Herrera (Feb. 19, 2025) | 28 | 497-503 |
| Declaration of Cecilia Gonzalez Herrera (Feb. 19, 2025) | 29 | 504-10 |
| Declaration of Katherine Greenslade (Feb. 19, 2025) | 30 | 511-15 |
| Declaration of Mariela Gonzalez Herrera (Feb. 17, 2025) | 31 | 516-522 |
| Declaration of Laura Guerrero (Feb. 19, 2025) | 32 | 523-539 |
| Declaration of M.H. (Feb. 19, 2025) | 33 | 540-551 |
| Declaration of Jose A. Palma Jimenez (Feb. 19, 2025) | 34 | 552-562 |
| Declaration of Alba Cecilia Purcia Hernandez (Feb. 19, 2025) | 35 | 563-572 |
| Declaration of Hendrina Vivas Castillo (Feb. 19, 2025) | 36 | 573-584 |

## Volume 5

| Document | USDC Dkt. No. | ER Page Nos. |
|---|---|---|
| Declaration of Emilou Maclean in Support of Plaintiffs' Motion to Postpone Effective Date of Agency Action (Feb. 20, 2025) | 37 | 586-601 |
| Social Media Attachment to Declaration of Emilou MacLean in Support of Plaintiffs' Motion to Postpone Effective Date of Agency Action (Feb. 2024) | 37-1 | 602-639 |
| Social Media Attachment to Declaration of Emilou MacLean in Support of Plaintiffs' Motion to Postpone Effective Date of Agency Action (Feb. 2024) | 37-2 | 640-673 |
| Social Media Attachment to Declaration of Emilou MacLean in Support of Plaintiffs' Motion to Postpone Effective Date of Agency Action (Mar. 2024) | 37-3 | 674-703 |
| Social Media Attachment to Declaration of Emilou MacLean in Support of Plaintiffs' Motion to Postpone Effective Date of Agency Action (Mar. 2024) | 37-4 | 704-728 |
| Social Media Attachment to Declaration of Emilou MacLean in Support of Plaintiffs' Motion to Postpone Effective Date of Agency Action (Dec. 2024) | 37-5 | 729-751 |

| Document | USDC Dkt. No. | ER Page Nos. |
|---|---|---|
| Social Media Attachment to Declaration of Emilou MacLean in Support of Plaintiffs' Motion to Postpone Effective Date of Agency Action (Jan. 2024) | 37-6 | 732-767 |
| C-SPAN Campaign Speech of Donald Trump (Dec. 16, 2023) | 37-7 | 769-772 |
| Transcript of September 10, 2024, Presidential Debate | 37-8 | 773-831 |
| Transcript of October 11, 2024, Campaign Speech by President Donald Trump | 37-9 | 832-872 |

## Volume 6

| Document | USDC Dkt. No. | ER Page Nos. |
|---|---|---|
| Transcript of October 27, 2024, Speech by President Donald Trump | 37-10 | 874-912 |
| Transcript of Kristen Weker's Interview with Donald Trump (Dec. 8, 2024) | 37-11 | 913-949 |
| Transcript of January 15, 2025, Confirmation Hearing for Governor Kristi Noem | 37-12 | 950-1041 |
| Fox & Friends Interview with Donald Trump (Jan. 22, 2025) | 37-13 | 1042-1059 |
| Fox & Friends Interview with Homeland Security Secretary Kristi Noem (Jan. 29, 2025) | 37-14 | 1060-1069 |
| Transcript of February 2, 2025, Meet the Press Interview Transcript with Homeland Security Secretary Kristi Noem | 37-15 | 1070-1103 |
| *Trump Derides Protections For Immigrants from 'Shithole' Countries*, Washington Post (Jan. 12, 2018) | 37-16 | 1104-1114 |
| *'The Snake': Donald Trump Brings Back His Favorite Anit-Immigrant Fable at CPAC*, VOX (Feb. 23, 2018) | 37-17 | 1115-1120 |
| *Trump Calls Some Unauthorized Immigrants 'Animals' in Rant*, New York Times (May 16, 2018) | 37-18 | 1121-1129 |
| *In Context: Donald Trump's Comments About Immigrants, 'Animals,'* Politifact | 37-19 | 1130-1139 |
| *The Radicalization of Crimes Involving Moral Turpitude*, Elijah T. Staggers | 37-20 | 1140-1162 |

iii

## Volume 7

| Document | USDC Dkt. No. | ER Page Nos. |
|---|---|---|
| *Deconstructing Racial Code Words*, Law & Society Review (2024) | 37-21 | 1164-1199 |
| *Explainer: Asylum Backlogs*, National Immigration Forum (Jan. 2024) | 37-22 | 1200-1208 |
| *Is Venezuela's Tren de Aragua 'Invading' The US?*, InSight Crime (Apr. 1, 2024) | 37-23 | 1209-1214 |
| *Trump, At Fund-Raiser, Says He Wants Immigrants From 'Nice' Countries*, New York Times (Apr. 7, 2024) | 37-24 | 1215-1223 |
| *'Dumping Ground': Trump Echos Conservative 'Project 2025' At First Rally as a Felon* (June 10, 2024) | 37-25 | 1224-1229 |
| *Crime Drop in Venezuela Does Not Prove Trump's Claim the Country is Sending Criminals to U.S.*, FactCheck.org (June 14, 2024) | 37-26 | 1230-1237 |
| *Venezuela: The Rise and Fall of a Petrostate*, Council on Foreign Relations (July 31, 2024) | 37-27 | 1238-1251 |
| *Trump Promises Mass Deportations of Undocumented People. How would that work?*, Missouri Independent (Aug. 23, 2024) | 37-28 | 1252-1259 |
| *How the False Story of a Gang 'Takeover' in Colorado Reached Trump*, New York Times (Sept. 15, 2024) | 37-29 | 1260-1273 |
| *What We Know About Tren de Aragua's US Presence*, Insight Crime (Oct. 4, 2024) | 37-30 | 1274-1278 |
| *JD Vance Defends Baseless Rumor About Haitian Immigrants Eating Pets*, CNN (Sept. 15, 2025) | 37-31 | 1279-1289 |
| *Trump Keeps Calling Venezuelan and Congolese Migrants Criminals*, Axios (Oct. 2, 2024) | 37-32 | 1290-1297 |
| *DHS is Seeking More than 600 Migrants for Possible Ties to Venezuelan Gang* (Oct. 23, 2024) | 37-33 | 1298-1313 |
| *How Much of a Threat is Tren de Aragua in the U.S.?*, Americas Quarterly (Dec. 9, 2024) | 37-34 | 1314-1321 |

| Document | USDC Dkt. No. | ER Page Nos. |
|---|---|---|
| *Relatives and Records Cast Doubt of Guantanamo Migrants Being 'Worst of the Worst,'* New York Times (Feb. 16, 2025) | 37-35 | 1322-1337 |

## **Volume 8**

| Document | USDC Dkt. No. | ER Page Nos. |
|---|---|---|
| Plaintiffs' Amended Complaint (filed Mar. 20, 2025) | 74 | 1339-1411 |
| Plaintiffs' Complaint in an Administrative Procedure Act Case (filed Feb. 19, 2025) | 1 | 1412-1461 |
| Notice of Appeal (filed Apr. 1, 2025) | 94 | 1462-1463 |
| Civil Docket Sheet, *National TPS Alliance, et al., v. Kristi Noem, et al.*, 3:25-cv-1766-EMC | N/A | 1464-1488 |