No. 25-2120

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

———————————

**NATIONAL TPS ALLIANCE, et al.**,

Appellees,

v.

**KRISTI NOEM, et al.**,

Appellants.

———————————

On Appeal from the United States District Court
for the Northern District of California
District Court Case No. 3:25-cv-1766

———————————

## EXCERPTS OF RECORD

## VOLUME 5

———————————

**YAAKOV M. ROTH**
**Acting Assistant Attorney General**
**Civil Division**

**DREW C. ENSIGN**
**Deputy Assistant Attorney General**
**Office of Immigration Litigation**

**SARAH L. VUONG**
**Assistant Director**
**Office of Immigration Litigation**

**WILLIAM H. WEILAND**
**Senior Litigation Counsel**
**Office of Immigration Litigation**

**ANNA DICHTER**
**ERIC SNYDERMAN**
**LAUREN BRYANT**
**CARLTON F. SHEFFIELD**
**CATHERINE ROSS**
**LUZ MARIA RESTREPO**
**AMANDA SAYLOR**
**JEFFREY M. HARTMAN**
**Trial Attorneys**
**Office of Immigration Litigation**
**P.O. Box 868, Ben Franklin Station**
**Washington, DC 20044**
**Telephone: (202) 532-4404**
**Jeffrey.M.Hartman@usdoj.gov**

ER0585

1    Ahilan T. Arulanantham (SBN 237841)
     arulanantham@law.ucla.edu
2    Stephany Martinez Tiffer (SBN 341254)
     martineztiffer@law.ucla.edu
3    CENTER FOR IMMIGRATION LAW AND
     POLICY, UCLA SCHOOL OF LAW
4    385 Charles E. Young Dr. East
     Los Angeles, CA 90095
5    Telephone: (310) 825-1029

6    Emilou MacLean (SBN 319071)
     emaclean@aclunc.org
7    Michelle (Minju) Y. Cho (SBN 321939)
     mcho@aclunc.org
8    ACLU FOUNDATION
     OF NORTHERN CALIFORNIA
9    39 Drumm Street
     San Francisco, CA 94111-4805
10   Telephone: (415) 621-2493
     Facsimile: (415) 863-7832

11
12   Attorneys for Plaintiffs
     *[Additional Counsel Listed on Next Page]*

13              UNITED STATES DISTRICT COURT

14             NORTHERN DISTRICT OF CALIFORNIA

15                SAN FRANCISCO DIVISION

16   NATIONAL TPS ALLIANCE, MARIELA          Case No. 25-CV-1766
     GONZÁLEZ, FREDDY JOSE ARAPE RIVAS,
17   M.H., CECILIA DANIELA GONZÁLEZ          **DECLARATION OF EMILOU MACLEAN
     HERRERA, ALBA CECILIA PURICA            IN SUPPORT OF PLAINTIFFS' MOTION
18   HERNÁNDEZ, E.R., and HENDRINA VIVAS     TO POSTPONE EFFECTIVE DATE OF
     CASTILLO,                               AGENCY ACTION**

19              Plaintiffs,

20         vs.

21   KRISTI NOEM, in her official capacity as
     Secretary of Homeland Security, UNITED
22   STATES DEPARTMENT OF HOMELAND
     SECURITY, and UNITED STATES OF
23   AMERICA,

24              Defendants.

25

26

27

28

---

1    Additional Counsel for Plaintiffs

2    Jessica Karp Bansal (SBN 277347)

3    jessica@ndlon.org
     Lauren Michel Wilfong (*Pro Hac Vice Application Pending*)

4    lwilfong@ndlon.org
     NATIONAL DAY LABORER

5    ORGANIZING NETWORK
     1030 S. Arroyo Parkway, Suite 106

6    Pasadena, CA 91105

7    Telephone: (626) 214-5689

8    Eva L. Bitran (SBN 302081)
     ebitran@aclusocal.org

9    ACLU FOUNDATION
     OF SOUTHERN CALIFORNIA

10   1313 West 8th Street

11   Los Angeles, CA 90017
     Telephone: (213) 977-5236

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   I, Emilou MacLean, declare as follows:

2   1.  I am an attorney at law duly licensed and entitled to practice in the State of

3 California. I am a Senior Staff Attorney at ACLU Foundation of Northern California, counsel of

4 record in this action for Plaintiffs. I make this declaration in support of Plaintiffs' Motion to

5 Postpone Effective Date of Agency Action. I have personal knowledge of the following facts and, if

6 called as a witness, I could and would testify competently thereto.

7         **SOCIAL MEDIA POSTS**

8   2.  Attached as **Exhibit 1** is a true and correct copy of a February 26, 2024 social media

9 post by Secretary Kristi Noem on the X social medial platform using the handle "@KristiNoem,"

10 which is also available at https://x.com/KristiNoem/status/1762195636491825295. The post contains

11 a video in which Secretary Noem states, "Nations like Venezuela are emptying their prisons of

12 dangerous criminals to send them to America. They are happy to let America's open border be the

13 solution to their problem."

14   3.  Attached as **Exhibit 2** is a true and correct copy of a February 28, 2024, social media

15 post by Secretary Krisi Noem on the X social medial platform using the handle "@KristiNoem,"

16 which is also available at https://x.com/KristiNoem/status/1762650522920652828. In that post, she

17 said, "Venezuela didn't send us their best. They emptied their prisons and sent criminals to America.

18 Deportations need to start on DAY ONE of [President Trump's] term" in office.

19   4.  Attached as **Exhibit 3** is a true and correct copy of a March 6, 2024 social media post

20 by Secretary Kristi Noem on the X social medial platform using the handle "@KristiNoem," which

21 is also available at https://x.com/KristiNoem/status/1765513039795601862. The post contains a

22 video of Secretary Noem discussing immigration and the caption reads, "[c]ountries like Venezuela

23 are emptying their prisons, their mental institutions, and sending them to America. The White House

24 is facilitating this invasion. They're doing it on purpose."

25   5.  Attached as **Exhibit 4** is a true and correct copy of a March 14, 2024 social media

26 post by Secretary Kristi Noem on the X social medial platform using the handle "@KristiNoem,"

27 which is also available at https://x.com/KristiNoem/status/1768312288560247199. In the post,

28

1    Secretary Noem states, "At least 300,000 illegal immigrants from Venezuela have been encountered
2    at the border. Remember, Venezuela emptied their prisons and told them to come to America."

3        6.      Attached as **Exhibit 5** is a true and correct copy of a December 9, 2024 social media
4    post by Secretary Kristi Noem on the Instagram social media platform using the handle
5    "@KristiNoem," which is also available at
6    https://www.instagram.com/kristinoem/reel/DDVjJnURRqw/. In the post, she states, "nations like
7    Venezuela are using our open border to solve their own crime and mental health crises."

8        7.      Attached as **Exhibit 6** is a true and correct copy of a January 28, 2025 social media
9    post by Secretary Kristi Noem on the X social medial platform using the handle "@KristiNoem,"
10   which is also available at https://x.com/Sec_Noem/status/1884264039158800547. The post contains
11   a video in which Secretary Noem, wearing a Police Customs and Immigration Enforcement (ICE)
12   vest, states that she is "getting the dirt bags off the streets" in New York. The caption reads "7 AM
13   in NYC. Getting the dirt bags off the streets."

14                              **VIDEO TRANSCRIPTS**

15       8.      Attached as **Exhibit 7** is a true and correct copy of a certified transcript of a
16   December 16, 2023 campaign speech, along with a screen grab below from the video clip. The video
17   is available for viewing at https://www.c-span.org/clip/campaign-2024/donald-trump-on-illegal-
18   immigrants-poisoning-the-blood-of-our-country/5098439. In the video, Donald Trump states that
19   "illegal immigrants are poisoning the blood of our country."



20
21
22
23
24
25
26
27
28

9.    Attached as **Exhibit 8** is a true and correct copy of a certified transcript of the September 10, 2024 presidential debate, along with a screen grab below from the video clip. The video is available for viewing at https://www.c-span.org/program/campaign-2024/simulcast-abc-news-presidential-debate/648383. At approx. 29:26, President Trump state that Haitian TPS holders are "eating the dogs," "eating the cats," and "eating the pets of the people that live" in Springfield, Ohio. At approximately 33:40, President Trump states, "They allowed people to come in, drug dealers, to come into our country, and they're now in the United States. And told by their countries like Venezuela don't ever come back or we're going to kill you. . . . There's never been anything done like this at all. They've destroyed the fabric of our country. Millions of people let in."



10.    Attached as **Exhibit 9** is a true and correct copy of a certified transcript of an October 11, 2024 campaign speech by President Donald Trump in Aurora, Colorado, along with a screen grab below from the video clip. The video is available for viewing at https://www.youtube.com/watch?v=_xguaneoZ5A. At approximately the 41:05 minute mark, President Trump states "[E]veryday Americans . . . are living in fear all because [former Vice President] Kamala Harris decided to empty the slums and prison cells of Caracas [Venezuela] and many other places . . . . [A]nd we have to live with these animals, but we're not going to live with them for long, you watch." At approximately 8:52, President Trump states, "Did you know that

Venezuela their prisons are . . . at the lowest point in terms of emptiness that they've ever been?
They're taking their people out of those prisons by the thousands and they're drop—."



11.   Attached as **Exhibit 10** is a true and correct copy of a certified transcript of the
October 27, 2024 speech by Donald Trump at Madison Square Garden Presidential Campaign Rally
along with a screen grab below from the video clip. The video is available for viewing at
https://www.youtube.com/watch?v=bzVT4YEYsuI. In the video, President Trump describes the
country as "occupied" by criminal migrants and refers to Venezuelan gang members as "savage". At
approximately 16:13, President Trump states "We're not going to have a country any longer. That's
who we're allowing in. The United States is now an occupied country, but it will soon be an
occupied country no longer . . . November 5, 2024 . . . will be Liberation Day in America. . . . I will
rescue every city and town that has been invaded and conquered."



12.   Attached as **Exhibit 11** is a true and correct copy of a certified transcript of the
December 8, 2024 interview with President Trump on "Meet the Press," along with a screen grab
below from the video clip. The video is available for viewing at

https://www.youtube.com/watch?v=-UsHJWEAj_I. At approximately 8:42, Trump states that

Venezuelan "prisons are . . . at the lowest point in terms of emptiness that they've ever been"

because Venezuela was "taking their people out of those prisons by the thousands" and sending them

to the United States.



13.    Attached as **Exhibit 12** is a true and correct copy of a certified transcript of the

January 15, 2025 confirmation hearing of Secretary Kristi Noem,[1] along with a screen grab below

from the video clip. The video is available for viewing at available at https://www.c-

span.org/program/senate-committee/homeland-security-secretary-nominee-gov-kristi-noem-testifies-

at-confirmation-hearing/654484. At approximately 1:51:50, Secretary Noem states, "[TPS] has been

abused and manipulated by the Biden Administration, and that will no longer be allowed . . . and

these extensions going forward the way that they are." Secretary Noem adds, "this extension [of

TPS] of over 600,000 Venezuelans [] is alarming when you look at what we've seen in different

states including Colorado with gangs doing damage and harming the individuals and the people that

live there." The program was intended to be temporary[.]"



---

[1] Plaintiffs are unable to locate a transcript of Secretary Noem's confirmation hearing through the
Government Printing Office or the website of  the Committee on Homeland Security and
Governmental Affairs. Accordingly, Plaintiffs submit a certified copy of the transcript.

14.     Attached as **Exhibit 13** is a true and correct copy of a certified transcript of a January 22, 2025 interview of President Donald Trump on Fox News with Sean Hannity, along with a screen grab below from the video clip. The video is available for viewing is available at https://www.youtube.com/watch?v=mQUmy6gkwWg. At approximately 18:26, President Trump states, "jails and mental institutions from other countries and gang members right off the streets of the toughest cities of the world are being brought to the United States of America and emptied out into our country."



15.     Attached as **Exhibit 14** is a true and correct copy of a certified transcript of a January 29, 2025 interview of Secretary Kristi Noem on "Fox and Friends," along with a screen grab below from the video clip. The video is available for viewing at https://www.foxnews.com/video/6367942790112?msockid=30416397acd261bf24f1707bad686037. At approximately 1:00, Secretary Noem states, "today we signed an executive order within the Department of Homeland Security and a direction that we were not going to follow through on what he did to tie our hands, that we are going to follow the process, evaluate all of these individuals that are in our country, including the Venezuelans that are here and members of TdA [transnational gang Tren de Aragua]. Listen, . . . the people of this country want *these dirtbags* out. They want their communities to be safe . . . . So, this is part of our plan to make sure we are protecting America and keeping it safe again, just like President Trump promised." Secretary Noem described ending TPS for Venezuelans as necessary in order to "evaluate all of these individuals that are in our country."



16.    Attached as **Exhibit 15** is a true and correct copy of a certified transcript of a February 2, 2025 interview of Secretary Kristi Noem, Missouri Senator Eric Schmitt and Arizona Senator Mark Kelly on the "Meet the Press," along with a screen grab below from the video clip. The video is available for viewing at https://www.youtube.com/watch?v=FpeMXrvxHco. At approximately 16:25, Secretary Kristi Noem states "The TPP *[sic]* program has been abused and it doesn't have integrity right now." At approximately 16:27, Secretary Kristi Noem states "Folks from Venezuela that have come into this country are members of TdA. And remember, Venezuela purposely emptied out their prisons, emptied out their mental health facilities and sent them to the United States of America. So we are ending that extension of that program, adding some integrity back into it, and this administration is evaluating all of our programs to make sure that they truly are something that is to the benefit of the United States, so they are not for the benefit of criminals."



### ARTICLES AND PUBLICATIONS

17.    Attached as **Exhibit 16** is a true and correct copy of an article by Josh Dawsey, dated January, 12, 2018, titled *Trump Derides Protections for Immigrants from 'Shithole' Countries*, WASH. POST, is available at https://www.washingtonpost.com/politics/trump-attacks-protections-for-immigrants-from-shithole-countries-in-oval-office-meeting/2018/01/11/bfc0725c-f711-11e7-91af-

1  31ac729add94_story.html?utm_term=.06cbc70bfaec. The article summarizes various statements by

2  President Trump, including about TPS.

3  18. Attached as **Exhibit 17** is a true and correct copy of an article by Dara Lind, dated

4  February 23, 2018, titled *"The Snake": Donald Trump Brings Back His Favorite Anti-Immigrant*

5  *Fable at CPAC*, Vox, is available at www.vox.com/policy-and-politics/2018/2/23/17044744/trump-

6  snake-speech-cpac. The article describes President Trump's Conservative Political Action

7  Conference (CPAC) speech as "a fantasia on his favorite theme: Immigrants are dangerous and they

8  want to kill you." The article recounts President Trumps statements about immigrants: "These are

9  animals. They cut people. They cut them. They cut them up in little pieces, and they want them to

10  suffer. And we take them into our country." The article describes how President Trump recited a

11  song "in which a snake [representing a migrant] asks to be taken into a woman's home and repays

12  her for her charity by killing her." According to the article, President Trump referred to singing the

13  song at events as "do[ing] the snake." The article included the following song lyrics:

14  a. "I saved you, cried the woman. And you've bitten me, heavens why? You know

15  your bite is poisonous and now I'm going to die."

16  b. "Oh, shut up, silly woman, said the reptile with a grin. You knew damn well I

17  was a snake before you took me in."

18  According to the article, after reciting these lines, President Trump stated: "And that's what we're

19  doing with our country, folks. We're letting people in. And it is going to be a lot of trouble. It is only

20  getting worse."

21  19. Attached as **Exhibit 18** is a true and correct copy of An article by Julie Hirschfeld

22  Davis, dated May 16, 2018, titled *Trump Calls Some Unauthorized Immigrants 'Animals' in Rant*,

23  N.Y. TIMES, is available at www.nytimes.com/2018/05/16/us/politics/trump-undocumented-

24  immigrants-animals.html. The article reports how President Trump, during a White House meeting,

25  stated in front of news cameras that "dangerous people were clamoring to breach the country's

26  borders and branding such people 'animals.'" According to the article, President Trump also told

27  reporters, "You wouldn't believe how bad these people are. These aren't people, these are animals,

28  and we're taking them out of the country at a level and at a rate that's never happened before." The

1   article stated that "Mr. Trump's heated remarks on immigration, both private and public, appear to

2   have resonated with his advisers, who have been moving to put in place ever-stricter policies in line

3   with the president's vision."

4          20.    Attached as **Exhibit 19** is a true and correct copy of an article by Miriam Valverde,

5   dated May 17, 2018, titled *In Context: Donald Trump's comments about immigrations, 'animals,'*

6   POLITIFACT, is available at https://www.politifact.com/truth-o-meter/article/2018/may/17/context-

7   donald-trumps-comments-about-immigrants-an/. The article recounts President Trump's remarks at

8   a May 16, 2018 immigration roundtable discussion that "touched on so-called sanctuary cities, MS-

9   13 gang members, the federal 'catch and release' practice, and policies in California related to the

10  detention of immigrants." President Trump stated "[w]e have people coming into the country, or

11  trying to come in—and we're stopping a lot of them—but we're taking people out of the country.

12  You wouldn't believe how bad these people are. These aren't people. These are animals. And we're

13  taking them out of the country at a level and at a rate that's never happened before."

14         21.    Attached as **Exhibit 20** is a true and correct copy of an article by Elijah T. Staggers,

15  titled *The Racialization of Crimes Involving Moral Turpitude*, is published in 12 Geo. J.L. & Mod.

16  Critical Race Persp. 17 (2020). The article traces the history undergirding "the modern tropes"

17  deployed against "Latinx immigrants." Staggers argues that "the executive branch is, and has been

18  historically, manipulating the phrase '[crime involving] moral turpitude' to systematically target,

19  condemn, and exclude racial groups deemed socially undesirable." The article states that "[t]he

20  executive branch pursues this program by relying on longstanding tropes or stereotypes that certain

21  races have inherently immoral traits."

22         22.    Attached as **Exhibit 21** is a true and correct copy of an article by Deirdre Pfeiffer and

23  Xiaoqian Hu, titled *Deconstructing Racial Code Words*, is published in 58 LAW & SOC'Y REV. 294,

24  308 (2024). The article documents the use of racialized code words to justify "oppression of

25  Racial/Ethnic Minorities and immigrants." Among other things, it study identifies "Parasite,"

26  "Contagion," and "Villain" as examples of racial code words that convey tropes about Latine people,

27  depicting them as exploitative, harmful, and criminal.

28

23. Attached as **Exhibit 22** is a true and correct copy of a National Immigration Forum Explainer article, dated January 23, 2024, titled *Asylum Backlogs*, is available at https://immigrationforum.org/article/explainer-asylum-backlogs/. The article states that an asylum applicant's "estimated wait time is more than 6 years" for a claim before USCIS, and over four years for a claim before EOIR. The article states that "[s]uch extensive delays can manifest as extreme challenges for asylum seekers, making it harder for them to win their cases. Key witnesses may die. Applicants may move. Country conditions may change. And [] asylum seekers struggle with the uncertainty of whether they'll be returned to danger."

24. Attached as **Exhibit 23** is a true and correct copy of an article by Venezuela Investigative Unit, dated April 1, 2024, titled *Is Venezuela's Tren de Aragua 'Invading' the US?*, INSIGHT CRIME, is available at https://insightcrime.org/news/is-venezuelas-tren-de-aragua-invading-us/. In the article, investigative journalists studying claims about Tren De Aragua's (TdA) activity in the previous year note that, "none of the [numerous] national, state, and local law enforcement agencies contacted in the U.S. reported any significant presence of Tren de Aragua" in their jurisdictions. The article further states that "[p]olice agencies in major urban areas across the United States – including Los Angeles, Phoenix, Dallas, San Antonio, and Denver – told InSight Crime that they had no reports of crimes committed by Tren de Aragua in their jurisdictions." The article also notes that a 2024 review of state and federal legal databases found zero "U.S. criminal cases mentioning Tren de Aragua."

25. Attached as **Exhibit 24** is a true and correct copy of an article by Maggie Haberman and Michael Gold, dated April 7, 2024, titled *Trump, at Fund-Raiser, Says He Wants Immigrants from 'Nice' Countries*, N.Y. TIMES, is available at https://www.nytimes.com/2024/04/07/us/politics/trump-immigrants-nice-countries.html. The article details how President Trump, during a 2024 fundraising event, defended and reiterated his remarks distinguishing between what he called "nice countries, you know like Denmark, Switzerland," and "Norway," and "unbelievable places and countries, countries that are a disaster." According to the article, President Trump described migrants entering the United States through the Southern border

as, "coming in from prisons and jails. They're coming in from just unbelievable places and countries, countries that are a disaster."

26. Attached as **Exhibit 25** is a true and correct copy of an article by John Bennett, dated June 10, 2024, titled *"Dumping Ground": Trump Echoes Conservative "Project 2025" at First Rally as Felon*, ROLL CALL, is available at https://rollcall.com/2024/06/10/dumping-ground-trump-echoes-conservative-project-2025-at-first-rally-as-a-felon. The article recounts President Trump's remarks about immigrants: "we're taking in people that are a disaster for our country. So it's all happening at our border . . . . And we're not going to let it happen, we're not going to let them ruin our country, we're not going to let them destroy our country. . . . The whole country is being turned into an absolute dumping ground[.]"

27. Attached as **Exhibit 26** is an article by Robert Farley and Catalina Jaramillo, titled *Crime Drop in Venezuela Does Not Prove Trump's Claim the Country Is Sending Criminals to U.S.*, FACTCHECK.ORG (Jun. 14, 2024), is available at https://www.factcheck.org/2024/06/crime-drop-in-venezuela-does-not-prove-trumps-claim-the-country-is-sending-criminals-to-u-s/. The article states that there is "no evidence that the Venezuelan government is emptying the prisons or mental hospitals to send them out of the country[.]" The article quotes Carlos Nieto of a Venezuelan NGO monitoring the prison situation in Venezuela stating: "there is nothing that can be affirmed that establishes that there is an agreement, or that the Venezuelan government is helping criminals leave Venezuela to go to the United States." Nieto added: "there definitely is no official state policy to that effect." The article quotes Roberto Briceño-León, the founder and director of The Venezuelan Observatory of Violence, that emigrants from Venezuela are "honest workers fleeing the country's poverty, looking for a job and a better future." The article also noted that "the vast majority of those fleeing Venezuela have settled in nearby South American countries."

28. Attached as **Exhibit 27** is a true and correct copy of an article by Diana Roy and Amelia Cheatham, dated July 31, 2024, titled *Venezuela: The Rise and Fall of a Petrostate*, Council on Foreign Relations, is available at https://www.cfr.org/backgrounder/venezuela-crisis. Among other things, the article cites a November 2022 survey that found that "50 percent of Venezuela's 28 million residents live in poverty."

29. Attached as **Exhibit 28** is a true and correct copy of an article by Ariana Figueroa, dated August 23, 2024, titled *Trump Promises Mass Deportations of Undocumented People. How Would That Work?*, MISSOURI INDEPENDENT, is available at https://missouriindependent.com/2024/08/23/trump-promises-mass-deportations-of-undocumented-people-how-would-that-work/. The article details President Trump's rhetoric related to undocumented immigrants, including a March 2024 rally in which he stated, "I don't know if you call them people. In some cases they're not people, in my opinion, but I'm not allowed to say that[.]"

30. Attached as **Exhibit 29** is a true and correct copy of an article by Jonathan Weisman, dated September 15, 2024, titled *How the False Story of a Gang 'Takeover' in Colorado Reached Trump*, N.Y. TIMES, is available at https://www.nytimes.com/2024/09/15/us/politics/trump-aurora-colorado-immigration.html. The article claims that President Trump perpetuated a false story on the campaign trail of a gang takeover in Aurora, Colorado.

31. Attached as **Exhibit 30** is a true and correct copy of an article by Venezuela Investigative Unit, dated October 4, 2024, titled *What We Know About Tren de Aragua's US Presence*, INSIGHT CRIME, is available at https://insightcrime.org/news/what-we-know-about-tren-de-araguas-us-presence/.

32. Attached as **Exhibit 31** is a true and correct copy of an article by Kit Maher and Chris Boyette, dated September 15, 2024, titled *JD Vance Defends Baseless Rumor About Haitian Immigrants Eating Pets*, CNN, is available at https://www.cnn.com/2024/09/15/politics/vance-immigrants-pets-springfield-ohio-cnntv/index.html. According to the article, after President Trump stated that Haitian TPS holders were "eating the dogs," "eating the cats," and "eating the pets of the people that live" in Springfield, Ohio, the Governor of Ohio, Mike DeWine, "flatly denied the rumor on Sunday and praised the immigrants for their positive influence on the community."

33. Attached as **Exhibit 32** is a true and correct copy of an article by Russell Contreras, Delano Massey, and Erin Davis, dated October 5, 2024, titled *Trump keeps calling Venezuelan and Congolese migrants criminals*, AXIOS, is available at https://www.axios.com/2024/10/05/trump-migrants-venezuelan-congolese-rhetoric. In the article, Axios analyzed of 109 of President Trump's speeches, debates, and interviews found that he called Venezuelan migrants "criminals" at least

seventy times between September 1, 2023 to October 2, 2024. The article states that "[w]hile Trump has repeatedly said undocumented immigrants are 'poisoning the blood of our country'… [s]tudy after study has found that immigrants commit less crime than their American-born counterparts."

34.     Attached as **Exhibit 33** is a true and correct copy of an article by Julia Ainsley, dated October 23, 2024, titled *DHS is seeking more than 600 migrants for possible ties to Venezuelan gang*, NBC News, is available at https://www.nbcnews.com/news/dhs-identified-600-migrants-possible-ties-venezuelan-gang-rcna176020. The article states that, as of October 2024, DHS was seeking "more than 600 migrants in the U.S. who may have connections to [TdA] . . . according to data obtained exclusively by NBC News." Of these, DHS describes "roughly 100" as "confirmed" gang members; the other 500 or more "could be" victims or witnesses. The article explores President Trump's campaign trail claim that TdA members had "invaded and conquered" Aurora, Colorado. The article reports that Aurora's police chief and its mayor told NBC News last month that "Trump's claims about the gang are grossly exaggerated." According to the article, while President Trump "highlighted crimes TDA members [had] committed against Americans," a DHS official said "the vast majority of TDA victims are Venezuelan migrants."

35.     Attached as **Exhibit 34** is a true and correct copy of an article by Charles Larratt-Smith and John Polga-Hecimovich, dated December 9, 2024, and titled *How Much of a Threat is Tren de Aragua in the U.S.?*, AMERICAS QUARTERLY, (Dec. 9, 2024), is available at https://americasquarterly.org/article/how-much-of-a-threat-is-tren-de-aragua-in-the-u-s/. The article states that "nearly no claims made by U.S. law enforcement about crimes committed by purported members of TdA have been substantiated by hard evidence that directly connects the accused with the organization in Venezuela." The authors add that, "it's unlikely the group has much power or reach in the U.S., where other organized criminal organizations pose much more of a threat to citizens and TdA itself."

36.     Attached as **Exhibit 35** is an article by Silvia Foster-Frau et al., dated February 16, 2025, titled *Relatives and Records Cast Doubt on Guantánamo Migrants Being 'Worst of the Worst'*, WASH. POST, is available at https://www.washingtonpost.com/immigration/2025/02/16/trump-guantanamo-migrants-deportations-venezuela/.

1      I declare under penalty of perjury under the laws of the United States of America that the

2  foregoing is true and correct. Executed this 20th day of February 2025.

3

4                          _/s/ Emilou MacLean_____
                            Emilou MacLean
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 1

ER0602



Post

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

Post

**Kristi Noem** @KristiNoem

Nations like Venezuela are emptying their prisons of dangerous criminals to send them to America. They are happy to let America's open border be the solution to their problem.

The tragic murder in Georgia proves that Biden's border policies are putting our kids in danger.

foxnews.com/us/ice-confirm...

7:19 PM · Feb 26, 2024 · **185.2K** Views

807 2.6K 8.3K 88

Post your reply Reply

**Marla Hohner** @marlahohner · Feb 26, 2024
Again, it goes without saying:

45 21 101 3.2K

**Chris Pressley** @sparty8607 · Feb 26, 2024
#TrumpNoem2024

**David Michaels** @DavidMi47644829

Search

## Relevant people

**Kristi Noem** @KristiNoem Follow
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## Subscribe to Premium to write your own longer posts

Write longer posts and apply text formatting such as bold and italic.

Subscribe

## What's happening

**Khloé in Wonder Land**
LIVE

**Jeep. There's Only One.**
Choose gas. Choose hybrid. Choose electric.
Promoted by Jeep

Politics · Trending
**Colony Ridge**
10.7K posts

Politics · Trending
**Medicaid**
110K posts

Trending in United States
**#NBAAllStar**
9,821 posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2025 X Corp.

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

Post

♡ 45        ⇅ 21        ♡ 101        ‖ 3.2K        🔖  ⬆

**Chris Pressley**🇺🇸 @sparty8607 · Feb 26, 2024       ✗ ···
#TrumpNoem2024

💬          ⇅ 1          ♡ 13          ‖ 1.1K        🔖  ⬆

**Craig** @Marine1CK · Feb 26, 2024                     ✗ ···
I have written and called my representatives, and they respond
politely and say they are doing their best. They are liars, and
Americans don't trust their leadership.

💬          ⇅          ♡ 7          ‖ 322        🔖  ⬆

**John Brooks** @JohnBro13865445 · Feb 26, 2024        ✗ ···
Similar to what Castro did years ago
To the U.S.

💬          ⇅          ♡ 6          ‖ 245        🔖  ⬆

**Red Bird 72** @RedBird725 · Feb 26, 2024             ✗ ···
I find it to be very interesting that the governor of SD comments
and shows more compassion than Pres Biden. Of course maybe
because he created the border crisis, allowing this man into our
country, makes it too embarrassing to face Americans.

♡ 5          ⇅ 1          ♡          ‖ 148        🔖  ⬆

**PhyllisA** @phyllisa99998 · Feb 26, 2024             ✗ ···
Trump did this 🤣🤣🤣

💬          ⇅          ♡ 9          ‖ 308        🔖  ⬆

**Tuners** ✓ @Tuners36 · Feb 26, 2024                  ✗ ···
Time to send them back.

💬          ⇅          ♡ 2          ‖ 180        🔖  ⬆

**James Holden** ✓ @jamesholden007 · Feb 26, 2024      ✗ ···
Bidens egregious border policy would almost be laughable if it
wasn't for the deaths and mayhem cause by allowing drugs and
dangerous criminals in through the open border.

💬          ⇅ 1          ♡ 1          ‖ 60         🔖  ⬆

**hellcat_180mph** ✓ @hellcat_180mph · Feb 26, 2024    ✗ ···
FJB

> **Donald J. Trump** ✓
> @realDonaldTrump
>
> Crooked Joe Biden's Border INVASION is
> destroying our country and killing our citizens!
> The horrible murder of 22-year-old Laken Riley
> at the University of Georgia should have
> NEVER happened! The monster who took her
> life illegally entered our Country in 2022...and
> then was released AGAIN by Radical
> Democrats in New York after injuring a CHILD!!
> When I am your President, we will immediately
> Seal the Border, Stop the Invasion, and on Day
> One, we will begin the largest deportation
> operation of illegal CRIMINALS in American
> History! May God Bless Laken Riley and her
> family!!! Our prayers are with you!

**David Michaels**          ···
@DavidMi47644829

### Relevant people

**Kristi Noem** ✓            [Follow]
@KristiNoem
Wife, mother, grandma, farmer,
rancher, and small business owner.
Secretary of the U.S. Department
of Homeland Security. Former
Governor of South Dakota.

### Subscribe to Premium to write your own longer posts

Write longer posts and apply text
formatting such as bold and italic.

[Subscribe]

### What's happening

**Khloé in Wonder Land**
LIVE

**Jeep. There's Only One.**        ···
Choose gas. Choose hybrid. Choose
electric.
📢 Promoted by Jeep

Politics · Trending              ···
**Colony Ridge**
10.7K posts

Politics · Trending              ···
**Medicaid**
110K posts

Trending in United States         ···
**#NBAAllStar**
9,821 posts

Show more

Terms of Service · Privacy Policy · Cookie Policy
Accessibility · Ads info · More ···
© 2025 X Corp.



Post

Reply

Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

Post

operation of illegal CRIMINALS in American History! May God Bless Laken Riley and her family!!! Our prayers are with you!

1 · 8 · 126

**InquisitiveScout** @scout8712 · Feb 26, 2024
Then why did djt give Venezuelans temporary legal status ?

**POBrien-Blue Crew** @obrien70p · 1h
jr., he was in the U.S. illegally from Venezuela.
Your daddy dearest can take credit for giving Venezuelans legal status!
He did this on 2/28/2019. 👇
Do you remember?
You should.
You were considered a "Top Advisor".
Or were you in a stupor with Ronny!

**Trump grants Venezuelans temporary legal status on his way out**

12

**Lisa Marie** @Lisasinglee · Feb 26, 2024
Biden brought them here. Send Biden and the gang bangers to an island far away to live together.

22

**Jerimiah Stapleton** @Jstapleton005 · Feb 26, 2024
When this country gets attacked, the blood will be on the hands of everyone who has voted for Democrats.

25

**Corey Hall** @OG_COREY_HALL · Feb 26, 2024
And now they are invading our state as well. I see them on the daily begging for money in Rapid City. Walking in huge packs with suitcases. Please get a handle on this!!!

7

**InquisitiveScout** @scout8712 · Feb 26, 2024
There's other issues putting people at risk- remember this killing?⬇️⬇️⬇️

**Ahmaud Arbery**

UPDATED NOVEMBER 24, 2021 · 3:23 PM ET

By Merrit Kennedy, Jaclyn Diaz

**David Michaels**
@DavidMi47644829

**Relevant people**

**Kristi Noem** @KristiNoem
Follow
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

**Subscribe to Premium to write your own longer posts**

Write longer posts and apply text formatting such as bold and italic.

Subscribe

**What's happening**

**Khloé in Wonder Land**
LIVE

**Jeep. There's Only One.**
Choose gas. Choose hybrid. Choose electric.
Promoted by Jeep

Politics · Trending
**Colony Ridge**
10.7K posts

Politics · Trending
**Medicaid**
110K posts

Trending in United States
**#NBAAllStar**
9,821 posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2025 X Corp.



By Merrit Kennedy, Jaclyn Diaz

Travis McMichael (from left); his father, Gregory McMichael; and William "Roddie" Bryan have been on trial over the killing of Ahmaud Arbery, a Black man who was fatally shot while out for a run last year in Georgia.
*Sean Rayford, Octavio Jones-Pool/ Getty Images*

The three white men who chased down and killed Ahmaud Arbery, a 25-year-old Black man who was jogging through their Georgia neighborhood last year, were all found guilty

⌄ ⟲ ♡ �𝗂𝗅 12 🔖 ⬆

**J & M** 🇺🇸🇺🇸🇺🇸 @Trumpsters45 · Feb 26, 2024
Venezuela says now they DONT take any Venezuelas back from America

⌄ ⟲ ♡ �𝗂𝗅 9 🔖 ⬆

**guyp** @jackflash59 · Feb 26, 2024
Except it was under Trump that these killers came in, back in 2019. And Tex Abbott sent them to New York, free bus ride.

⌄ ⟲ 1 ♡ 1 �𝗂𝗅 28 🔖 ⬆

**There is only One Light in ...** ✓ @McKel... · Feb 26, 2024
Sounding more like a VP every speech!!

⌄ 3 ⟲ 5 ♡ ⟲ ⟲ 908 🔖 ⬆

**Mervin Merencio** @LqbanoMulato · Feb 26, 2024
Biden tried to change the border policy but GOP shot it down. Cut the crap.

⌄ ⟲ 1 ♡ 6 ⟲ ⟲ 76 🔖 ⬆

**Antifa South Dakota Chapter** @SD_Antifa · Feb 26, 2024
You and your MAGA cult are more dangerous than migrants. Full stop.

⌄ ⟲ ♡ 14 ⟲ ⟲ 143 🔖 ⬆

**B MAC** @MamaBird49 · Feb 26, 2024
And, we can't deport them!

Asinine

⌄ ⟲ ♡ 1 ⟲ ⟲ 85 🔖 ⬆

**BadHabits_LV** ✓ @Badhabits_LV · Feb 26, 2024
And once they get here Venezuela won't take them back.

⌄ 6 ⟲ 1 ♡ 35 ⟲ ⟲ 2.5K 🔖 ⬆

**Piano Music** ✓ @PianoMusic37 · Feb 26, 2024
🎶🇺🇸

⌄ ⟲ ♡ 3 ⟲ ⟲ 150 🔖 ⬆

**MedSciInsights** ✓ @Health__Vibes · Feb 26, 2024
💙💙

⌄ 1 ⟲ ♡ 2 ⟲ ⟲ 1K 🔖 ⬆

**Home**
**Explore**
**Notifications**
**Messages**
**Grok**
**Lists**
**Bookmarks**
**Jobs**
**Communities**
**Premium**
**Verified Orgs**
**Profile**
**More**

**Post**

**David Michaels**
@DavidMi47644829

**Relevant people**

**Kristi Noem** ✓
@KristiNoem
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

**Follow**

**Subscribe to Premium to write your own longer posts**
Write longer posts and apply text formatting such as bold and italic.

**Subscribe**

**What's happening**

**Khloé in Wonder Land**
LIVE

**Jeep. There's Only One.**
Choose gas. Choose hybrid. Choose electric.
📢 Promoted by Jeep

Politics · Trending
**Colony Ridge**
10.7K posts

Politics · Trending
**Medicaid**
110K posts

Trending in United States
**#NBAAllStar**
9,821 posts

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.









Post

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

3 · 150

**MedSciInsights** @Health__Vibes · Feb 26, 2024
💙💙

1 · 2 · 1K

**Mark R Sweeney** @MarkSweeney777 · Feb 26, 2024
Soon Venezuela will be safer than the USA! It's not just an invasion it is a coup and a revolution to over throw our way of life. I fear for our nation. This will not end well.

1 · 5 · 62

**Hanshi ODonnell** @HanshiODonnell · Feb 26, 2024
I have been saying this since this shit started.
How many other Countries have and are emptying their Jails and Psych Wards right now as we speak, and sending them to the US???
What If a Leader of a Country, needed to clean up its own country, Huuuumm Would they send them all to
Show more

3 · 5 · 478

**Tess Schmigiel** @tschmigiel · Feb 26, 2024
So ridiculous!! He needs to go now - we may not make it to November!! 🤬

4 · 97

**Ruben Michaels**🎸🎶🎼... @MicaelsRub... · Feb 26, 2024
You should resign or explain your Affairs...Hussy

11 · 16 · 61 · 1.7K

**StOrMyNiGhT** @Nautiguy48 · Feb 26, 2024
It is time to start arresting democrats that support the violation of our laws.

16 · 4 · 58 · 2K

**Flash**☄️💥💥 @1974_Pegasus · Feb 26, 2024
This open border policy has put all of US in danger. Biden & adm have lied repeatedly! If Joe ever tells the truth, I won't believe it. But that's a big IF!

1 · 4 · 44

**David Michaels**
@DavidMi47644829

Reply

## Relevant people

**Kristi Noem** @KristiNoem — Follow
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## Subscribe to Premium to write your own longer posts

Write longer posts and apply text formatting such as bold and italic.

Subscribe

## What's happening

**Khloé in Wonder Land**
LIVE

**Jeep. There's Only One.**
Choose gas. Choose hybrid. Choose electric.
Promoted by Jeep

Politics · Trending
**Colony Ridge**
10.7K posts

Politics · Trending
**Medicaid**
110K posts

Trending in United States
**#NBAAllStar**
9,821 posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2025 X Corp.

Post Reply Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

**Flash** @1974_Pegasus · Feb 26, 2024
This open border policy has put all of US in danger. Biden & adm have lied repeatedly! If Joe ever tells the truth, I won't believe it. But that's a big IF!
1 · 4 · 44

**Dianne Callahan** @DianneCallaha16 · Feb 27, 2024
This is a lie and she knows it. Remember, MAGA Republicans use fear and lies to intimidate voters.

What she fails to tell you here is the truth. Trump signed an executive order deferring for 18 months the removal of more than 145,000 Venezuelans. Just the facts maim.
14 · 9 · 60 · 1.6K

**Chase Odell** @ChaseOdell7 · Feb 26, 2024
Not open, but the GOP might be the problem.

4 · 11 · 442

**C-Bo the Eggman** @CBoTheEggman · Feb 26, 2024
Trump tried to engineer a coup in Venezuela, but failed, creating more instability, and contributing to millions migrating out of the country seeking asylum. Trump also signed an order right before he left office that prohibited deportation of Venezuelans.
14 · 50 · 700

**Brooklyn Flowers** @BrooklynFlowe15 · Feb 26, 2024

@anyonewantch...
Follow

Trump cheated on Ivana with Marla & cheated on Marla with Melania & cheated on Melania with Stormy & Karen. Potential Trump VP Kristi Noem cheated on her husband with Corey Lewandowski, who's also married & had cheated on his wife with Hope Hicks. Family values my ass.

David Michaels
@DavidMi47644829

Relevant people

**Kristi Noem** @KristiNoem Follow
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

Subscribe to Premium to write your own longer posts
Write longer posts and apply text formatting such as bold and italic.
Subscribe

What's happening
Khloé in Wonder Land
LIVE

Jeep. There's Only One.
Choose gas. Choose hybrid. Choose electric.
Promoted by Jeep

Politics · Trending
Colony Ridge
10.7K posts

Politics · Trending
Medicaid
110K posts

Trending in United States
#NBAAllStar
9,821 posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2025 X Corp.

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

husband with Corey Lewandowski, who's also married & had cheated on his wife with Hope Hicks. Family values my ass.

3 · 13 · 26 · 361

**Grover One** @groversmith1 · Feb 26, 2024
Congratulations on more lies dumped on your gullible followers.

You and your party are more interested in talking about the border than actually doing anything.

1 · 12

**Dean Gloster** @deangloster · Feb 26, 2024
The policy of blanket non-deportations of undocumented Venezuelans was Trump's, not Biden's.

wsj.com
Trump Approves Deportation Protections for V...
As one of his final acts in office, President Trump has authorized a program to give work...

3 · 6 · 15 · 471

**Denise Wheeler** @denisedwheeler · Feb 26, 2024
Kristi Noem is lying. In order to win FL in 2020, Trump needed the Venezuelan vote. He made a deal to give all Venezuelans living in the US illegally, deportation protections. He signed the executive order and Gaetz, DeSantis & Rubio helped arrange the protections w State Dept.

2 · 11 · 26 · 1K

**Bruce Bunner** @BruceBunner1 · Feb 26, 2024
Kristi, when I see the GOP pass sensible gun legislation and an effort to stop this other than thoughts and prayers then I will believe you care about kids safety.

1 · 3 · 8 · 121

**Deirdre Flanagan** @DeirdreFlanagan · Feb 26, 2024
TRUTH: President Biden inherited an

**David Michaels**
@DavidMi47644829

**Relevant people**

**Kristi Noem** @KristiNoem
Follow
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

**Subscribe to Premium to write your own longer posts**
Write longer posts and apply text formatting such as bold and italic.
Subscribe

**What's happening**

**Khloé in Wonder Land**
LIVE

**Jeep. There's Only One.**
Choose gas. Choose hybrid. Choose electric.
Promoted by Jeep

Politics · Trending
**Colony Ridge**
10.7K posts

Politics · Trending
**Medicaid**
110K posts

Trending in United States
**#NBAAllStar**
9,821 posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ...
© 2025 X Corp.

💬 1   🔁 3   ♡ 8   📊 121   🔖 ↥

**Deirdre Flanagan** @DeirdreFlanagan · Feb 26, 2024

**TRUTH:** President Biden inherited an immigration system in tatters. The Trump administration cut off legal pathways to citizenship, leaving would-be migrants with fewer lawful methods of entering the country. They cut funding to Central American countries in 2019 as they splurged on an ineffective, costly wall.

It was the Trump administration that tightened sanctions on Cuba, Venezuela, and Nicaragua, exacerbating the macroeconomic crises that have led hundreds of thousands to flee and arrive at the southern border. When they pulled the rug out from various, essential assistance programs, they made the problem worse.

💬 1   🔁 2   ♡ 5   📊 46   🔖 ↥

**Mr. C** ✔ @knowledgewins8 · Feb 26, 2024
Why is so hard to acknowledge that they are coming in from the North as well. Trudeux has allowed Chinese Military to train on our Northern border. Build a wall in the North!!!

💬   🔁   ♡   📊   🔖 ↥

**ana mcnally** ✔ @aimcnally1956 · Feb 27, 2024
Every nation in the world takes advantage of the Americans naivety

💬   🔁   ♡ 1   📊 17   🔖 ↥

**Be kind to Animals!** @HOWS00NISN0W · Feb 26, 2024
Will you be adultering with any of them

💬 2   🔁   ♡ 9   📊 219   🔖 ↥

**Debra Ponto** @PontoDebra · Feb 26, 2024
What did your Republicans do? Absolutely nothing because your cult leader told them not to. You just blow black smoke Kristi.

💬   🔁   ♡ 9   📊 111   🔖 ↥

**Gbob** @lynn_hettinger · Feb 26, 2024
My God you're a liar.

💬   🔁 1   ♡ 8   📊 100   🔖 ↥

**Amy2972** @Amyy2972 · Feb 26, 2024
Yeah all those children being released from prison & crossing the border are coming here to taget the children here.
All anyone gets from you is political theater & playground politics. You help no one but yourself & that racist rapist you want back in the WH

💬   🔁   ♡ 12   📊 148   🔖 ↥

**Mick in SC** @morrowmed · Feb 26, 2024
The guy in Georgia got in because the GOP voted no on funding border security.If Biden were a dictator like Putin the border would

**David Michaels**
@DavidMi47644829

**Relevant people**

**Kristi Noem** ✔   [ Follow ]
@KristiNoem
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

**Subscribe to Premium to write your own longer posts**
Write longer posts and apply text formatting such as bold and italic.

[ Subscribe ]

**What's happening**

**Khloé in Wonder Land**
LIVE

**Jeep. There's Only One.**
Choose gas. Choose hybrid. Choose electric.
📢 Promoted by Jeep

Politics · Trending
**Colony Ridge**
10.7K posts

Politics · Trending
**Medicaid**
110K posts

Trending in United States
**#NBAAllStar**
9,821 posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2025 X Corp.







Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

David Michaels
@DavidMi47644829

12 148

**Mick in SC** @morrowmed · Feb 26, 2024
The guy in Georgia got in because the GOP voted no on funding border security.If Biden were a dictator like Putin the border would be fixed. Biden has to count on a criminal GOP to pass laws to fix the border.The GOP controls the cartels and aren't going to give up the drug money
1 4 115

**Glenna Thill** @glenna_thill · Feb 26, 2024
Work on South Dakota, thats your job.
1 6 132

**FK47** @wokeAF2024 · Feb 26, 2024

5 46

**mj** @jensen_49 · Feb 26, 2024
Last week a 16 year old transgender was beaten to death by students in Oklahoma. The state senator cheered this on. Where is your statement about what happened. Using a tragedy to benefit you is also a tragedy
7 73

**Cindi Woohoo** @CindiWoohoo · Feb 26, 2024

7 168

**Sean Snyder** @wolfsny66 · Feb 26, 2024
Did you know that trump is the one who changed the rules for Venezuelan's entering the country?

He did it to appease Venezuelan migrants already living in Florida.
2 10 122

**Gary Skye** @skye_gary · Feb 26, 2024
Fear mongering, eh? Republicans are good at that.

## Relevant people

**Kristi Noem** @KristiNoem Follow
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## Subscribe to Premium to write your own longer posts

Write longer posts and apply text formatting such as bold and italic.
Subscribe

## What's happening

**Khloé in Wonder Land**
LIVE

**Jeep. There's Only One.**
Choose gas. Choose hybrid. Choose electric.
Promoted by Jeep

Politics · Trending
**Colony Ridge**
10.7K posts

Politics · Trending
**Medicaid**
110K posts

Trending in United States
**#NBAAllStar**
9,821 posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2025 X Corp.

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

He did it to appease Venezuelan migrants already living in Florida.

2 · 10 · 122

**Gary Skye** @skye_gary · Feb 26, 2024
Fear mongering, eh? Republicans are good at that.

2 · 8 · 154

**Stronger Together🟧☮️🏳️‍🌈❤️...** @Theni... · Feb 26, 2024

Members of the audience wave Venezuelan and American flags as President Donald Trump speaks to a Venezuelan American community in Miami, Fla., on Feb. 18, 2019. | Andrew Harnik/AP Photo

By SABRINA RODRIGUEZ
01/19/2021 09:24 PM EST

President Donald Trump on Tuesday announced he will offer Venezuelan exiles protection from deportation, a move he has considered for years but refused to do until his last full day in office.

Trump is using the little-known Deferred Enforced Departure program, or DED, to offer temporary legal status to Venezuelans fleeing the humanitarian crisis brought on by Nicolás Maduro's regime. DED, similar to Temporary Protected Status or TPS, protects recipients from deportation and allows them to get work permits. However, it is granted directly by the president instead of the Department of Homeland Security.

3 · 8 · 192

**Common Sense #1** @PleaseThink1776 · Feb 26, 2024
Trump's policy

Members of the audience wave Venezuelan and American flags as President Donald Trump speaks to a Venezuelan American community in Miami, Fla., on Feb. 18, 2019. | Andrew Harnik/AP Photo

By SABRINA RODRIGUEZ
01/19/2021 09:24 PM EST

President Donald Trump on Tuesday announced he will offer Venezuelan exiles protection from deportation, a move he has considered for years but refused to do until his last full day in office.

Trump is using the little-known Deferred Enforced Departure program, or DED, to offer temporary legal status to Venezuelans fleeing the humanitarian crisis brought on by Nicolás Maduro's regime. DED, similar to Temporary Protected Status or TPS, protects recipients from deportation and allows them to get work permits. However, it is granted directly by the president instead of the Department of Homeland Security.

5 · 9 · 174

**LINDZEE** @WVUMAMA2 · Feb 27, 2024
Can you provide PROO that they are sending prisoners or is that just more Maga BS?

You know what's putting our kids in danger....GUNS!! They're the #1 cause of deaths in kids. Magas don't care because they get so much money from the NRA.

**David Michaels**
@DavidMi47644829

## Relevant people

**Kristi Noem** @KristiNoem
Follow
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## Subscribe to Premium to write your own longer posts

Write longer posts and apply text formatting such as bold and italic.

Subscribe

## What's happening

**Khloé in Wonder Land**
LIVE

**Jeep. There's Only One.**
Choose gas. Choose hybrid. Choose electric.
Promoted by Jeep

Politics · Trending
**Colony Ridge**
10.7K posts

Politics · Trending
**Medicaid**
110K posts

Trending in United States
**#NBAAllStar**
9,821 posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2025 X Corp.

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

Post

Can you provide PROOF that they are sending prisoners or is that just more Maga BS?

You know what's putting our kids in danger....GUNS!! They're the #1 cause of deaths in kids. Magas don't care because they get so much money from the NRA.

1 1 3 27

**Brian Stevens** @bristevens · Feb 27, 2024
Trump's final act in office was to let the Venezuelan migrants stay here. But tell me more how this is Biden's fault.

1 7 37

**SAH1980☮** @SAH19801 · Feb 27, 2024
If you're up for VP you better brush up on Trump policies. He left this on the way out the door.

Trump grants Venezuelans temporary legal status on his way out

From politico.com

2 7 90

**Matt Reed** @Reedsrebels17 · Feb 27, 2024
Who is responsible for Venezuela emptying their prisons and paying the way for these criminals?
China?

6 2 7 453

**Claude Bouchard** @ceebee308 · Feb 27, 2024
Speaking of Venezuela...

Trump orders 18-month halt to removal of Venezuelans from the U.S.

From reuters.com

3 1 5 85

**BravoBuzzard** @BravoBuzzard · Feb 27, 2024
It's the equity aspect of the DEI policy. Bringing down the greatness of our country levels the playing field of lesser countries.

1 19

**TheRealMichaelScott🇺🇸 ...** @MikeScott... · Feb 27, 2024
I hope trump picks you for VP candidate because it will ensure a President Biden win. Come on, loser Trump, pick the Palin-Cursed Noem for VP.

**David Michaels**
@DavidMi47644829

## Relevant people

**Kristi Noem** @KristiNoem
Follow
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## Subscribe to Premium to write your own longer posts

Write longer posts and apply text formatting such as bold and italic.

Subscribe

## What's happening

**Khloé in Wonder Land**
LIVE

**Jeep. There's Only One.**
Choose gas. Choose hybrid. Choose electric.
Promoted by Jeep

Politics · Trending
**Colony Ridge**
10.7K posts

Politics · Trending
**Medicaid**
110K posts

Trending in United States
**#NBAAllStar**
9,821 posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ...
© 2025 X Corp.

X

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

**Post**

**TheRealMichaelScott** 🏳️ ... ✓ @MikeScott... · Feb 27, 2024
I hope trump picks you for VP candidate because it will ensure a President Biden win. Come on, loser Trump, pick the Palin-Cursed Noem for VP.

💬                    ⟲                    ♡                    📊 9                    🔖  ⬆

**comeonforsome** @comeonforsome · Feb 26, 2024
Give it up Trump is not gonna pick you because Corey

💬                    ⟲                    ♡ 1                   📊 68                   🔖  ⬆

**Legacy Speaks** @LegacySpeaks2 · Feb 26, 2024
Wait. Trump loves the new president of Venezuela. Can't your god stop it?

💬 1                  ⟲                    ♡                    📊 31                   🔖  ⬆

**Coffee4me2** @Coffee4us123 · Feb 26, 2024
Call your senators?

💬                    ⟲                    ♡ 2                   📊 108                  🔖  ⬆

**RESIST** 🌊💛✨👊 @DennyWill14 · Feb 26, 2024
FEAR MONGERING AND SENDING OUT HATE CRIME SIGNALS......
LAW ENFORCEMRNT SHOULD BE DOING SOMETHING ABOUT THE ATTEMPTED COUP OF A NATION BY THE UNINTELLIGENT BABOONS LIKE NOEM, BOEBERT, MTG.
@DOJ

💬                    ⟲                    ♡ 1                   📊 13                   🔖  ⬆

**Joe Cup** @Cupofjoe1962 · Feb 26, 2024
Sometimes you need to think outside the box



💬                    ⟲                    ♡                    📊 40                   🔖  ⬆

**Scott Carmichael** @scocrmch62 · Feb 26, 2024
#LyingSackOf 💩

💬                    ⟲                    ♡ 1                   📊 35                   🔖  ⬆

**Ramon Sasquatch** @MrDuck210 · Feb 26, 2024
A lot of other countries are sending the U.S. their criminals out of prisons. I believe the UN and Biden are in on this program together to flood the U.S. with criminals!

**David Michaels** ...
@DavidMi47644829

**Relevant people**

**Kristi Noem** ✓
@KristiNoem                    Follow
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

**Subscribe to Premium to write your own longer posts**
Write longer posts and apply text formatting such as bold and italic.

**Subscribe**

**What's happening**

**Khloé in Wonder Land**
LIVE

**Jeep. There's Only One.** ...
Choose gas. Choose hybrid. Choose electric.
📱 Promoted by Jeep

Politics · Trending ...
**Colony Ridge**
10.7K posts

Politics · Trending ...
**Medicaid**
110K posts

Trending in United States ...
**#NBAAllStar**
9,821 posts

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2025 X Corp.



Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

Post

**Ramon Sasquatch** @MrDuck210 · Feb 26, 2024
A lot of other countries are sending the U.S. their criminals out of prisons. I believe the UN and Biden are in on this program together to flood the U.S. with criminals!
3 · 84

**BobMelan** @bmelan67 · Feb 26, 2024
EVERYONE knows this is fear-mongering for the elections. #PutinsPuppets #PutinsGOP
6

**Randy** @docgoodloe · Feb 26, 2024
Yes and it was the orange tumor who signed the EO saying verified Venezuela citizens be allowed in the country immediately, you people really think we are all blind MAGAt followers,.some of us know and keep track of government actions, try again Gov. Simple Mind!!
3 · 10

**Sixty Six & Refind** @BonSixtySix · Feb 26, 2024
Because Trump rolled out the welcome mat for them, specifically for Venezuelans you fake wanna be Barbie VP....

Members of the audience wave Venezuelan and American flags as President Donald Trump speaks to a Venezuelan American community in Miami, Fla., on Feb. 18, 2019. | Andrew Harnik/AP Photo

By SABRINA RODRIGUEZ
01/19/2021 09:24 PM EST

President Donald Trump on Tuesday announced he will offer Venezuelan exiles protection from deportation, a move he has considered for years but refused to do until his last full day in office.

Trump is using the little-known Deferred Enforced Departure program, or DED, to offer temporary legal status to Venezuelans fleeing the humanitarian crisis brought on by Nicolás Maduro's regime. DED, similar to Temporary Protected Status or TPS, protects recipients from deportation and allows them to get work permits. However, it is granted directly by the president instead of the Department of Homeland Security.

2 · 36

**Janet Iams Shannon** @avgusergirl · Feb 26, 2024
Trump enacted the Venezuela migrant forgiveness program, not Biden.
1 · 9 · 128

**Humble Hal** @HalHarger · Feb 26, 2024
And yet it can keep until after the election.
1 · 6 · 123

**Strikers** @Dictator_Slayer · Feb 26, 2024
You people have no problem with shameless lying. None!

POLITICO

**David Michaels**
@DavidMi47644829

## Relevant people

**Kristi Noem** @KristiNoem
Follow
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## Subscribe to Premium to write your own longer posts

Write longer posts and apply text formatting such as bold and italic.

Subscribe

## What's happening

**Khloé in Wonder Land**
LIVE

**Jeep. There's Only One.**
Choose gas. Choose hybrid. Choose electric.
Promoted by Jeep

Politics · Trending
**Colony Ridge**
10.7K posts

Politics · Trending
**Medicaid**
110K posts

Trending in United States
**#NBAAllStar**
9,821 posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2025 X Corp.



Document title: (2) Kristi Noem on X: &quot;Nations like Venezuela are emptying their prisons of dangerous criminals to send them to America. We're happy to let…

Capture URL: https://x.com/KristiNoem/status/1762195636491825295

Capture timestamp (UTC): Sat, 15 Feb 2025 00:07:01 GMT

ER0616

Page 14 of 37





Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

Might come up with a fact now and then. Show us these empty jails please.

2 27

**charlie** @herbiechar · Feb 26, 2024
Why do you allow Kristi LIE to you!!

4 86

**Dr. Daniel, PhD** @SirDanielJ · Feb 26, 2024

3 26

**Bob Schwab** @BobSchwab7 · Feb 26, 2024
Put Corey on it

2 16

**Blue Dot in the Upstate** @CaerulaCanisSC · Feb 26, 2024
You missed someone else if you're hitting immigration as it relates

**David Michaels**
@DavidMi47644829

**Relevant people**

**Kristi Noem** @KristiNoem
Follow
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

**Subscribe to Premium to write your own longer posts**
Write longer posts and apply text formatting such as bold and italic.
Subscribe

**What's happening**

**Khloé in Wonder Land**
LIVE

**Jeep. There's Only One.**
Choose gas. Choose hybrid. Choose electric.
Promoted by Jeep

Politics · Trending
**Colony Ridge**
10.7K posts

Politics · Trending
**Medicaid**
110K posts

Trending in United States
**#NBAAllStar**
9,821 posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2025 X Corp.

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

Post

David Michaels
@DavidMi47644829

2 · 16

**Blue Dot in the Upstate** @CaerulaCanisSC · Feb 26, 2024

You missed someone else if you're hitting immigration as it relates to Venezuela.

Unless you're not serious about this and it's all for show.

Members of the audience wave Venezuelan and American flags as President Donald Trump speaks to a Venezuelan American community in Miami, Fla., on Feb. 18, 2019. | Andrew Harnik/AP Photo

By SABRINA RODRIGUEZ
01/19/2021 09:24 PM EST

President Donald Trump on Tuesday announced he will offer Venezuelan exiles protection from deportation, a move he has considered for years but refused to do until his last full day in office.

Trump is using the little-known Deferred Enforced Departure program, or DED, to offer temporary legal status to Venezuelans fleeing the humanitarian crisis brought on by Nicolás Maduro's regime. DED, similar to Temporary Protected Status or TPS, protects recipients from deportation and allows them to get work permits. However, it is granted directly by the president instead of the Department of Homeland Security.

4 · 31

**ChuSez** @BillWilde388919 · Feb 26, 2024

Oh no! Is Corey endangered? We must do something!

2 · 31

**Thomas S** @Tjsplumb · Feb 26, 2024

Nobody believed Trump when he said this but it's true. These countries are giving their prisoners a one-one thousand count to escape

1 · 13

**Morgothra** @morgothra · Feb 26, 2024

The murderer that was released due to overcrowding that has resulted from GOP created budget problems.

## Relevant people

**Kristi Noem** @KristiNoem
Follow

Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## Subscribe to Premium to write your own longer posts

Write longer posts and apply text formatting such as bold and italic.

Subscribe

## What's happening

**Khloé in Wonder Land**
LIVE

**Jeep. There's Only One.**
Choose gas. Choose hybrid. Choose electric.
Promoted by Jeep

Politics · Trending
**Colony Ridge**
10.7K posts

Politics · Trending
**Medicaid**
110K posts

Trending in United States
**#NBAAllStar**
9,821 posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2025 X Corp.

X

- Home
- Explore
- Notifications (2)
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

**Post**

resulted from GOP created budget problems.

**ripgop**

## WHY THERE IS A
## BORDER CRISIS IN 2023

In 2022, Republicans voted against
necessary border funding, opposing:
$7.2 billion for Border Patrol operations,
including for hiring; $65 million for
300 more Border Patrol agents;
and $60 million for additional personnel
at ports of entry.

Republicans created the current
problem so they could use the border
as another fear mongering dog
whistle against Biden.

Republicans put their party
NOT
America First.

♡ 5     ෴ 37

**Bill likes guitars** @TakamineBill · Feb 26, 2024
Dakota Barbie with delusions of relevance.
෴ 9

**Balang** @Ba4lang · Feb 26, 2024
Send to your state 😜
♡ 4     ෴ 44

**YachatsSteve**🇺🇸 @stevepaul59 · Feb 26, 2024
Maybe they want to join your sex cult.

C'MON, JUST LET ME **SCHLAPP**
IT AROUND A LITTLE. IT'S NOT
GAY IF WE DON'T TELL ANYONE


**David Michaels**
@DavidMi47644829

**Linda Duba** @sdduba · Feb 26, 2024
This is not the GOP that I remember. It's a cult
x.com/ProjectLincoln...

### Relevant people

**Kristi Noem** ✓          **Follow**
@KristiNoem
Wife, mother, grandma, farmer,
rancher, and small business owner.
Secretary of the U.S. Department
of Homeland Security. Former
Governor of South Dakota.

### Subscribe to Premium to write your own longer posts

Write longer posts and apply text
formatting such as bold and italic.

**Subscribe**

### What's happening

**Khloé in Wonder Land**
LIVE

**Jeep. There's Only One.**
Choose gas. Choose hybrid. Choose
electric.
📣 Promoted by Jeep

Politics · Trending
**Colony Ridge**
10.7K posts

Politics · Trending
**Medicaid**
110K posts

Trending in United States
**#NBAAllStar**
9,821 posts

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2025 X Corp.



**Linda Duba** @sdduba · Feb 26, 2024

This is not the GOP that I remember. It's a cult
x.com/ProjectLincoln...

♡ 2     83

**Jim Stratton** 🇺🇸🇺🇦 · @jfstratton... @jf... · Feb 26, 2024

Shut up, you lying traitor.

1     ♡ 5     30

**Shieldmaiden Steph** 🔥🤬 @SotaSteph · Feb 26, 2024

Trump grants Venezuelans temporary legal status on his way out

From politico.com

♡ 4     99

**A.S.Embree** @s_embree1515 · Feb 26, 2024

Republicans voted down the very border policy they wrote in 2023 .
👿👿👿👿Trump had $25 million in donations for the wall ,
Not one dime was spent on the wall just in private pockets.

♡ 6     61

**Paulie** @DragonsEyeImage · Feb 26, 2024

✌️👏🤡

SERIAL CHEATERS!

JUST IN CASE ANYBODY
IS WONDERING, THIS IS
THE GUY KRISTI HAS BEEN
FUCKING WHILE USING TAXPAYER
DOLLARS TO RENT HOTEL ROOMS

♡ 9     139

**David Michaels**
@DavidMi47644829

**Sir Bluey** @voice97417 · Feb 26, 2024

Why must you lie about everything?  That includes your marriage!

**Relevant people**

**Kristi Noem** ✓
@KristiNoem

Follow

Wife, mother, grandma, farmer,
rancher, and small business owner.
Secretary of the U.S. Department
of Homeland Security. Former
Governor of South Dakota.

**Subscribe to Premium to
write your own longer
posts**

Write longer posts and apply text
formatting such as bold and italic.

Subscribe

**What's happening**

**Khloé in Wonder Land**
LIVE

**Jeep. There's Only One.**
Choose gas. Choose hybrid. Choose
electric.
📣 Promoted by Jeep

Politics · Trending
**Colony Ridge**
10.7K posts

Politics · Trending
**Medicaid**
110K posts

Trending in United States
**#NBAAllStar**
9,821 posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.

Document title: (2) Kristi Noem on X: &quot;Nations like Venezuela are emptying their prisons of dangerous criminals to send them to Ame... We're happy to let…
Capture URL: https://x.com/KristiNoem/status/1762195636491825295
Capture timestamp (UTC): Sat, 15 Feb 2025 00:07:01 GMT



Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

9 · 139

**Sir Bluey** @voice97417 · Feb 26, 2024
Why must you lie about everything? That includes your marriage!
3 · 21

**kj martin - out of Fs to give** @martin_kj · Feb 26, 2024
Do you ever do work for South Dakota or do you just keep collecting their money for your salary and use their money for political stunts at the border?
6 · 140

**Errol Edwards** @es_edwards · Feb 26, 2024

7 · 143

**Patriot Possum (Wes)** 🇺🇸 ... @WesCo... · Feb 26, 2024
And no one can make biden close the border apparently
1 · 4 · 107

**Tim** @tim10bob · Feb 26, 2024
Quit fear mongering. @KristiNoem is such a liar. Do not believe her gaslighting lies. Forever Trumper, loser.
1 · 4 · 18

**BlueInTN** @apluswaw · Feb 26, 2024
HOWS COREY !
2 · 71

**hnm19** @ogal_c · Feb 26, 2024
@JoeBiden joeb @BarackObama @AliMayorkas

**David Michaels**
@DavidMi47644829

## Relevant people

**Kristi Noem** @KristiNoem
Follow
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## Subscribe to Premium to write your own longer posts

Write longer posts and apply text formatting such as bold and italic.
Subscribe

## What's happening

**Khloé in Wonder Land**
LIVE

**Jeep. There's Only One.**
Choose gas. Choose hybrid. Choose electric.
Promoted by Jeep

Politics · Trending
**Colony Ridge**
10.7K posts

Politics · Trending
**Medicaid**
110K posts

Trending in United States
**#NBAAllStar**
9,821 posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ...
© 2025 X Corp.

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

**Post**

David Michaels
@DavidMi47644829



**BID=N**

**THEIR BLOOD IS ON YOUR HANDS**

1   1   23

**Turd Ferguson** @Drut_Ferg · Feb 26, 2024
Can you even find Venezuela on a map?

1   1   19

**Capp** @Capp97403345 · Feb 26, 2024
Kristi - Are you just stupid or is gaslighting your only solution to everything? Grow a f**king brain, you miserable, sad and pathetic, sorry-excuse-for-a-Governor, let alone an American. FFS! Also, once again, THIS:

MAGA Republicans = Domestic Terrorists/Fascists

1   1   5

**GEE ROCKER** @GaryGeerocker · Feb 26, 2024
I saw earlier today that Venezuela crime is at a 23 year low going back to 2001 - Imagine my surprise.

1   6   92

**Delzerie Ortega** @DelzerieOrtega · Feb 26, 2024
Shame on you.

4   20

**"You look tired" means you loo...** @tfran... · Feb 26, 2024

## Did this happen?

■ No

■ No but in yellow

2   16

**DayneKnite** @DayneKnite · Feb 26, 2024
The Venezuelan TPS Act was originally proposed to the US Congress on Jan 15, 2019, but the act failed. However, just before leaving office, Trump personally granted DED to Venezuela on Jan 19, 2021

Meaning Venezuelans enjoy a temporary legal immigration status.

5   150

**Relevant people**

**Kristi Noem** ✓
@KristiNoem                    Follow

Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

**Subscribe to Premium to write your own longer posts**

Write longer posts and apply text formatting such as bold and italic.

**Subscribe**

**What's happening**

**Khloé in Wonder Land**
LIVE

**Jeep. There's Only One.**
Choose gas. Choose hybrid. Choose electric.
📷 Promoted by Jeep

Politics · Trending
**Colony Ridge**
10.7K posts

Politics · Trending
**Medicaid**
110K posts

Trending in United States
**#NBAAllStar**
9,821 posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2025 X Corp.

X

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

**Post**

on Jan 15, 2019, but the act failed. However, just before leaving office, Trump personally granted DED to Venezuela on Jan 19, 2021

Meaning Venezuelans enjoy a temporary legal immigration status.

♡ 5    150

**Doc Whitfield** @BBTB76 · Feb 26, 2024
Love this lady Patriot. SouthDakota got blessed when she became governor. Way to go governor  Noem. We in North Carolina have been watching you do the stand tall job that our governor is afraid to do.

♡ 2    103

**2ndDIVGhetto** @350inBull · Feb 26, 2024
How's Corey?

♡ 2    42

**KempCorruptGA** @ga_kemp · Feb 26, 2024
Hmm, it was Trump who allowed all Venezuelans in without exception.

♡ 1    11

**colleen** @whatapretycow · Feb 26, 2024
Trump owns the border now.  Go tell the adjudicated rapist fraud that we blame him.  He told us to blame him so we do.  I hope he picks you for VP.  We've never had an all-Adulterous ticket before.

♡ 2    14

**Bill wolf** @Wwolfhunt · Feb 26, 2024
It's tragic, that House Republican shut down the bipartisan, Senate border bill, and Republicans threw up in the southern border! How shameful that the Republican border crisis rages on, costing us valuable American lives.

#RepublicanBorderCrisis

♡    29

**chigobiker3130** @chigobiker3130 · Feb 26, 2024

### Trump grants Venezuelans temporary legal status on his way out

The U.S. will defer for 18 months the removal of certain Venezuelan nationals.

Members of the audience wave Venezuelan and American flags as President Donald Trump speaks to a Venezuelan American community in Miami, Fla., on Feb. 18, 2019. | Andrew Harnik/AP Photo

BY SABRINA RODRIGUEZ
01/19/2021 09:24 PM EST

♡    2

**David Michaels** @DavidMi47644829

**AssCalloway** @AssCalloway · Feb 26, 2024

## Relevant people

**Kristi Noem** ✓
@KristiNoem    Follow

Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## Subscribe to Premium to write your own longer posts

Write longer posts and apply text formatting such as bold and italic.

**Subscribe**

## What's happening

**Khloé in Wonder Land**
LIVE

**Jeep. There's Only One.**
Choose gas. Choose hybrid. Choose electric.
▣ Promoted by Jeep

Politics · Trending
**Colony Ridge**
10.7K posts

Politics · Trending
**Medicaid**
110K posts

Trending in United States
**#NBAAllStar**
9,821 posts

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2025 X Corp.



Post

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

Post

David Michaels
@DavidMi47644829

01/19/2021 09:24 PM EST

2

**AssCalloway** @AssCalloway · Feb 26, 2024
This is Breitbart bullshit and you bought it.

4

**Barry Mapole** @RenMan00 · Feb 26, 2024
Kristi, you're so dumber you wouldn't know the difference between a border and a boarder.

4

**Dave** @dmp2you · Feb 26, 2024

Governor Kristi Noem, "God-Fearing" Family Woman, and Corey Lewan...
From vanityfair.com

6

**Vanessa** @Vanessa01336830 · Feb 26, 2024
This kids were mutilated beyond recognition by an American and nothing from you

5

**LastChanceTexaco** @TexacoLast · Feb 26, 2024
lying pos with 2ts&mouth

2

**QuincyAdamsGhost (Unindicted F...** @O... · Feb 26, 2024
YOU STUPID FUCKING WHORE, YOU DIDN'T SAY A THING ABOUT UVALDE. DON'T WANT TO UPSET THE NRA BC THAT WOULD PUT YOUR COCK SUCKING LYING MOUTH OUT OF BUSINESS. SPECIAL PLACE IN HELL FOR SCUM LIKE YOU AND YOUR BF COREY !!

14

**S.J.Israel** @sjisrael738 · Feb 26, 2024
what about the MAGA targeted attack on the Tree of Life Synagogue?

## Relevant people

**Kristi Noem** @KristiNoem
Follow
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## Subscribe to Premium to write your own longer posts

Write longer posts and apply text formatting such as bold and italic.

Subscribe

## What's happening

**Khloé in Wonder Land**
LIVE

**Jeep. There's Only One.**
Choose gas. Choose hybrid. Choose electric.
Promoted by Jeep

Politics · Trending
**Colony Ridge**
10.7K posts

Politics · Trending
**Medicaid**
110K posts

Trending in United States
**#NBAAllStar**
9,821 posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2025 X Corp.

GROK



Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

David Michaels
@DavidMi47644829

14

**S.J.Israel** @sjisrael738 · Feb 26, 2024
what about the MAGA targeted attack on the Tree of Life Synagogue?

14

**P Hawkins** @PrideHawkins · Feb 26, 2024
Why did the former president let those people in then if they are so dangerous? It is funny because a while back England emptied their prisons out to send those people to America? That is partly how Georgia was founded but you wouldn't know anything about that would you?

6

**bill truther** @BillTruther · Feb 26, 2024

Trump grants Venezuelans temporary legal status on his way out

From politico.com

6

**Generalissimo Donaldo El Trumpo ...** @... · Feb 26, 2024
Do you have any proof that the Venezuelan government is sending prisoners to the US, or is it just some creative political rhetoric? Wait..wait...Don't answer, Krispi.

1 21

**Rebel Just 4 Kicks** @toniadyson1010 · Feb 26, 2024
#lies are all you #republicans have

3 26

**Relevant people**

**Kristi Noem** @KristiNoem Follow
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

**Subscribe to Premium to write your own longer posts**
Write longer posts and apply text formatting such as bold and italic.
Subscribe

**What's happening**

**Khloé in Wonder Land**
LIVE

**Jeep. There's Only One.**
Choose gas. Choose hybrid. Choose electric.
Promoted by Jeep

Politics · Trending
**Colony Ridge**
10.7K posts

Politics · Trending
**Medicaid**
110K posts

Trending in United States
**#NBAAllStar**
9,821 posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2025 X Corp.

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

**Post**

MILLIONS OF STATE OF THE ART TOOLS TO COMBAT DRUGS, AND MUCH MORE
REPUBLICAN SENATORS GOT EVERYTHING THEY WANTED
BUT JOHNSON SAYS THE BILL IS DOA

💬  ↻  ♡ 3  ⓘ 26  🔖  ⬆

**Rebel Just 4 Kicks** @toniadyson1010 · Feb 26, 2024  𝕏 ···

Hi!
I'm Mike Johnson. I'm keeping the border open
and letting your kid die from fentanyl for
Donald Trump.

💬  ↻  ♡ 4  ⓘ 24  🔖  ⬆

**Barbara Ketchum** @BarbaraKetchum7 · Feb 26, 2024  𝕏 ···
You just watch our military if war comes to our land!
Have no doubt at all.
They will defend us, their families, and their homeland despite any
other orders!
Hell hath no fury as an American scorned!
They will not stand with Biden.

RESPECT

▶ GIF

💬  ↻  ♡ 1  ⓘ 24  🔖  ⬆

**YachatsSteve**🇺🇸 @stevepaul59 · Feb 26, 2024  𝕏 ···

'M SORRY...
COULDN'T
UNDERSTAND YOU
WITH DONALD TRUMP'S

It's A life!   It's A right!

**David Michaels**
@DavidMi47644829
···

**Relevant people**

**Kristi Noem** ✓
@KristiNoem
Follow

Wife, mother, grandma, farmer,
rancher, and small business owner.
Secretary of the U.S. Department
of Homeland Security. Former
Governor of South Dakota.

**Subscribe to Premium to
write your own longer
posts**

Write longer posts and apply text
formatting such as bold and italic.

Subscribe

**What's happening**

**Khloé in Wonder Land**
LIVE

**Jeep. There's Only One.**
Choose gas. Choose hybrid. Choose
electric.
📢 Promoted by Jeep

Politics · Trending
**Colony Ridge**
10.7K posts
···

Politics · Trending
**Medicaid**
110K posts
···

Trending in United States
**#NBAAllStar**
9,821 posts
···

**Show more**

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2025 X Corp.



Document title: (2) Kristi Noem on X: &quot;Nations like Venezuela are emptying their prisons of dangerous criminals to send them to America... we're happy to let…
Capture URL: https://x.com/KristiNoem/status/1762195636491825295
Capture timestamp (UTC): Sat, 15 Feb 2025 00:07:01 GMT



Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

6

**Kyle Michel Sullivan: Pure liber...** @kms... · Feb 26, 2024
You're ridiculous.

4

**mike E** @mike_sstempest · Feb 26, 2024

5 20

**Gustavo** @GusHurt13 · Feb 26, 2024

3 18

**Tammy Swanson** @TammySw96725525 · Feb 26, 2024
I wish you would use all these focus and energy on SD... you know the star where you are Governor!!

4 57

**fore_not_four (*William Drumm...*** @altimagu... · Feb 26, 2024

**David Michaels**
@DavidMi47644829

## Relevant people

**Kristi Noem** @KristiNoem
Follow
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## Subscribe to Premium to write your own longer posts

Write longer posts and apply text formatting such as bold and italic.
Subscribe

## What's happening

**Khloé in Wonder Land**
LIVE

**Jeep. There's Only One.**
Choose gas. Choose hybrid. Choose electric.
Promoted by Jeep

Politics · Trending
**Colony Ridge**
10.7K posts

Politics · Trending
**Medicaid**
110K posts

Trending in United States
**#NBAAllStar**
9,821 posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2025 X Corp.

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

Post

I wish you would use all these focus and energy on SD... you know the star where you are Governor!!

♡ 4    57

**fore_not_four** *William Dramm...* @altimagu... · Feb 26, 2024    ···
Just had a thought 🤔
If they commit a crime & their country won't take them back, deport them to Ukraine to fight for them.

♡ 5    68

**thzink111** @michaeldug20676 · Feb 26, 2024    ···
GFY.

♡ 4    61

**Keith Butler** @keithrbutler · Feb 26, 2024    ···
This is a lie and the worst kind of fear mongering!! Crime among immigrants is actually lower than among our resident population!!

1    ♡ 3    18

**James Tarr** @JatarrTarr · Feb 26, 2024    ···
Trump should have foreseen that before he granted them special status.

♡ 3    21

**BANG!** 💙 @TheNewsBox1 · Feb 26, 2024    ···
OMG Kristi...that means you will be holding oral interviews in the men's room again huh

♡ 4    20

**Jeff** @jjfsls2 · Feb 27, 2024    ···

🇺🇸 **Cat** @CommandersNMgal · Jan 26, 2024
Replying to @MajesticResists and @LePapillonBlu2

BORDER FUNDING BILL

ON PASSAGE

H R 3401
              YEA  NAY  PRES  NV
DEMOCRATIC    227   4           5
REPUBLICAN     2  191    4      5
INDEPENDENT
TOTALS        229  195         9

TIME REMAINING 0:00    CSPAN

1    ♡ 1    39

**Darla B - DarlaB.bsky.social** @Darla_B · Feb 27, 2024    ···
Our most dangerous criminals are the traitorous Republicans infesting the House and Senate and their fuhrer, Trump.  Speaking of which, remember how Trump gave 145,000 Venezuelan migrants an 18 month extended stay just before he left office?

**David Michaels** @DavidMi47644829    ···

**Relevant people**

**Kristi Noem** ✓
@KristiNoem
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

Follow

**Subscribe to Premium to write your own longer posts**
Write longer posts and apply text formatting such as bold and italic.

Subscribe

**What's happening**

Khloé in Wonder Land
LIVE

**Jeep. There's Only One.**    ···
Choose gas. Choose hybrid. Choose electric.
📱 Promoted by Jeep

Politics · Trending
**Colony Ridge**
10.7K posts

Politics · Trending
**Medicaid**
110K posts

Trending in United States
**#NBAAllStar**
9,821 posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.



Document title: (2) Kristi Noem on X: &quot;Nations like Venezuela are emptying their prisons of dangerous criminals to send them to Americ... happy to let…
Capture URL: https://x.com/KristiNoem/status/1762195636491825295
Capture timestamp (UTC): Sat, 15 Feb 2025 00:07:01 GMT

ER0630



Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

Post

**Tami Drew** @tamaloutoo_y · Feb 27, 2024

2 · 6 · 41

**sm** @sandormmiklos · Feb 27, 2024
Lie

2 · 39

**mark Zarzeka** @MarkZarzeka · Feb 27, 2024
Looks like Trump was right again!

1 · 1 · 37

**Mark Jackson** @Raisethis2 · Feb 27, 2024
Hopefully they all end up in South Dakota.

1 · 5 · 61

**Scott Rice** @ScottRi83425869 · Feb 27, 2024
Wow, someone in government finally figures it out. Fidel Castro pulled his shit on Jimmy Carter and that dumbass. Let a bunch of Cuban criminals into the country. Biden, Carter, the two biggest failures in American history.

1 · 11

**Harry Watts** @habwatts · Feb 27, 2024
Blame Jesus Johnson

2 · 34

**Richard Brown** @cypherbob · Feb 27, 2024
Where do they come up with these lies?

2 · 40

**WeTheNorth** @FrankieDells6 · Feb 27, 2024
Where is Corey?

2 · 37

**James Childress** @chillie1313 · Feb 27, 2024
That's what Fidel did!

2 · 46

**David Michaels**
@DavidMi47644829

## Relevant people

**Kristi Noem** @KristiNoem — Follow
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

**Subscribe to Premium to write your own longer posts**
Write longer posts and apply text formatting such as bold and italic.
Subscribe

## What's happening

**Khloé in Wonder Land**
LIVE

**Jeep. There's Only One.**
Choose gas. Choose hybrid. Choose electric.
Promoted by Jeep

Politics · Trending
**Colony Ridge**
10.7K posts

Politics · Trending
**Medicaid**
110K posts

Trending in United States
**#NBAAllStar**
9,821 posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2025 X Corp.



Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

David Michaels @DavidMi47644829

**James Childress** @chillie1313 · Feb 27, 2024
That's what Fidel did!
2 · 46

**MARTA** @KariTrump · Feb 27, 2024
Gunning for VP again today I see.
2 · 43

**Mary Ward** @Wardmaryb · Feb 27, 2024
And a former President Trump issued an executive order protecting immigrants from Venezuela from deportation. Have you asked him why?
trumpwhitehouse.archives.gov/presidential-a...
1 · 1 · 24

**Edwina Anderson** @edmiester · Feb 27, 2024
If they end up in South Dakota, I'm ok with that.
2 · 50

**Sandra Callnan** @CallnanSandra · Feb 27, 2024
Bla Bla Bla.

1 · 7

**Anti Orange** @elpers_tho4411 · Feb 27, 2024
We need to fill a prison cell with your orange messiah, the freaking sexually deviant RAPIST!!!!!
1 · 9

**Scooter** @scootey · Feb 27, 2024
@CommunityNotes This is a flat out lie.
1 · 9

**Patrick conlisk** @PConlisk · Feb 27, 2024
Huh, you sound like, oh I don't know, the bad hair guy?
1 · 10

**Mike G Urquhart** @LosAngeles4me_ · Feb 27, 2024
I think you are the obvious choice for VP.
3 · 33

**annski4KS** @annskis · Feb 27, 2024
Any actual evidence or just wishful thinking?

**Relevant people**

**Kristi Noem** @KristiNoem Follow
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

**Subscribe to Premium to write your own longer posts**
Write longer posts and apply text formatting such as bold and italic.
Subscribe

**What's happening**

**Khloé in Wonder Land**
LIVE

**Jeep. There's Only One.**
Choose gas. Choose hybrid. Choose electric.
Promoted by Jeep

Politics · Trending
**Colony Ridge**
10.7K posts

Politics · Trending
**Medicaid**
110K posts

Trending in United States
**#NBAAllStar**
9,821 posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2025 X Corp.

**X**

- Home
- Explore
- Notifications ②
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

**Post**

I think you are the obvious choice for VP.

○   ⟲   ♡ 3   ᐧᔆ 33   🔖 ⬆

**annski4KS** 🏳️🟦 @annskis · Feb 27, 2024
Any actual evidence or just wishful thinking?

○   ⟲   ♡ 2   ᐧᔆ 37   🔖 ⬆

**Leo** @Leo71106092 · Feb 26, 2024
This asshole needs to go back research what Trump did....

Venezuela

Members of the audience wave Venezuelan and American flags as President Donald Trump speaks to a
Venezuelan American community in Miami, Fla., on Feb. 18, 2019. | Arlene Harnik/AP Photo

By SABRINA RODRIGUEZ
01/19/2021 07:24 PM EST

President Donald Trump on Tuesday announced he will offer Venezuelan exiles
protection from deportation, a move he has considered for years but refused to
do until his last full day in office.

Trump is using the little-known Deferred Enforced Departure program, or
DED, to offer temporary legal status to Venezuelans fleeing the humanitarian
crisis brought on by Nicolás Maduro's regime. DED, similar to Temporary
Protected Status or TPS, protects recipients from deportation and allows them
to get work permits. However, it is granted directly by the president instead of
the Department of Homeland Security.

○   ⟲   ♡   ᐧᔆ 2   🔖 ⬆

**fore_not_four (𝒲𝒾𝓁𝓁𝒾𝒶𝓂 𝒟𝓇𝓊𝓂𝓂...** @altimagu... · Feb 26, 2024
You forgot to mention, once they get in to USA Venezuela won't take
them back. Biden owns them. 😠

○   ⟲   ♡   ᐧᔆ 27   🔖 ⬆

**TruthToPower** @TruthTo59816979 · Feb 26, 2024
Kristi the political whore

○   ⟲   ♡   ᐧᔆ 3   🔖 ⬆

**BRANDSDIGGITY** @piratelord1979 · Feb 26, 2024
You have proof they are doing that? Show your proof, otherwise you
just sound like the rest of the conspiracy theory but jobs in DC. Oh
wait you are a nut job and a liar

○   ⟲   ♡   ᐧᔆ 4   🔖 ⬆

**Alicia** @pinkcatamount · Feb 26, 2024
Trump approved a deal ALLOWING immigrants from Venezuela to
come here, legal or not, as he was leaving office. A favor for some of
his FL voters.

○   ⟲   ♡   ᐧᔆ 18   🔖 ⬆

**Larry Herndon** @LarryHerndon16 · Feb 26, 2024
House Republicans could take action on this right now, but won't.
Don't blame Biden for your own screw ups.

○   ⟲   ♡   ᐧᔆ 10   🔖 ⬆

**Tone** @HarleyandInk · Feb 27, 2024
BUT the tragic murder of innocents in mass shootings because of
the Republicans and their right that every lunatic can own an
assault rifle is OK.

**David Michaels**
@DavidMi47644829

**Relevant people**

**Kristi Noem** ✓   Follow
@KristiNoem
Wife, mother, grandma, farmer,
rancher, and small business owner.
Secretary of the U.S. Department
of Homeland Security. Former
Governor of South Dakota.

**Subscribe to Premium to
write your own longer
posts**
Write longer posts and apply text
formatting such as bold and italic.

**Subscribe**

**What's happening**

**Khloé in Wonder Land**
LIVE

**Jeep. There's Only One.**
Choose gas. Choose hybrid. Choose
electric.
📢 Promoted by Jeep

Politics · Trending
**Colony Ridge**
10.7K posts

Politics · Trending
**Medicaid**
110K posts

Trending in United States
**#NBAAllStar**
9,821 posts

**Show more**

Terms of Service · Privacy Policy · Cookie Policy
Accessibility · Ads info · More···
© 2025 X Corp.

**Tone** @HarleyandInk · Feb 27, 2024

BUT the tragic murder of innocents in mass shootings because of the Republicans and their right that every lunatic can own an assault rifle is OK.

💬          ♻          ♡          ▥ 13          🔖  ⬆

**Mad Scientist** @riledScientist · Feb 27, 2024

Why do you keep telling the world our border is OPEN?

YOU ARE FKING INVITING PEOPLE TO COME!

And the rest of you "emptying prisons" bullshit is just nazi level lies

💬          ♻          ♡          ▥ 5          🔖  ⬆

**Rob** @Robsmit81704936 · Feb 27, 2024

GOP own the border crisis because Trump prevented a strong Republican border bill to pass for political reasons.
GOP work for Trump not the America People.
Traitors

💬          ♻          ♡          ▥ 11          🔖  ⬆

**Tha Duece** @jsnjarrell76 · Feb 27, 2024

So what actions is your state taking against those countries banning them from doing any business or selling goods in your state ??

💬          ♻          ♡ 1          ▥ 6          🔖  ⬆

**simbad909** ✓ @simbad909 · Feb 27, 2024

Yes

💬          ♻          ♡ 2          ▥ 18          🔖  ⬆

**SirGizmo170** ✓ @SirGizmo170 · Feb 27, 2024

Congress has known this for 3 years and done nothing.  All 4 yrs of Trumps' Presidency, the Dems barely waited 1 day before they filed another investigation/impeachment, etc.  GOP are pure cowards! 20K ICE agents @66k/year=1,320,000.00 per year x 3=almost 4 Billion WASTED

💬 2          ♻          ♡ 5          ▥ 296          🔖  ⬆

**SirGizmo170** ✓ @SirGizmo170 · Feb 27, 2024

I AM embarrassed at how the GOP are handling crises.  Zero consequences as the Dems violate Federal Laws, violate the US Constitution, do whatever they wish & the GOP has done NOTHING. Their lawlessness runs circles around the GOP; you'll schedule a meeting.  Power of the Purse?

💬 4          ♻ 1          ♡ 7          ▥ 247          🔖  ⬆

**Zachary Lucas Kidd** ✓ @zach73533 · Feb 27, 2024

God Bless you Kristi. You have the backbone & integrity we need right now. You have witnessed the spineless republicans who haven't backed President Trump. I wish you the best & I will always back you. Thank you for showing our nation what a true American is made of. God Bless!

💬 1          ♻          ♡ 4          ▥ 364          🔖  ⬆

**Active Andres** ✓ @Fel702 · Feb 27, 2024

Yeah, but you know what's funny? The government of Venezuela was on the brink of cracking down, and Biden came out of heaven and started buying gas from them to try to fight the gas prices in the US, Nicolas Maburro I mean Maduro says that he doesn't have the resources to keep
Show more

💬          ♻ 1          ♡ 6          ▥ 189          🔖  ⬆

**Downgraded** ✓ @BayStateBanter · Feb 27, 2024

---

**David Michaels**
@DavidMi47644829

---

# 🐦 X

🏠 Home
🔍 Explore
🔔 Notifications
✉ Messages
🤖 Grok
🗐 Lists
🔖 Bookmarks
🗄 Jobs
👥 Communities
☑ Premium
⚡ Verified Orgs
👤 Profile
⊙ More

**Post**

**Relevant people**

**Kristi Noem** ✓
@KristiNoem
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

**Follow**

**Subscribe to Premium to write your own longer posts**
Write longer posts and apply text formatting such as bold and italic.

**Subscribe**

**What's happening**

**Khloé in Wonder Land**
LIVE

**Jeep. There's Only One.**
Choose gas. Choose hybrid. Choose electric.
📷 Promoted by Jeep

Politics · Trending
**Colony Ridge**
10.7K posts

Politics · Trending
**Medicaid**
110K posts

Trending in United States
**#NBAAllStar**
9,821 posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.

Document title: (2) Kristi Noem on X: &quot;Nations like Venezuela are emptying their prisons of dangerous criminals to send them to America. I'd be happy to let…

Capture URL: https://x.com/KristiNoem/status/1762195636491825295

Capture timestamp (UTC): Sat, 15 Feb 2025 00:07:01 GMT

ERD0634

Page 32 of 37



the US, Nicolas Maburro I mean Maduro says that he doesn't have the resources to keep
Show more

🔁 1        ♡ 6        📊 189

**Downgraded** 🔵 @BayStateBanter · Feb 27, 2024
Castro did the same thing

The Mariel Boatlift: How Cold War Politics Drove Thousands of Cubans ...
From history.com

💬         🔁         ♡ 2        📊 32

**caring** 💙🟦🌈🌻 @caringguy1957 · Feb 27, 2024
The tragic murder in Georgia proves that the Republican's lack of border policies are putting our kids in danger.

💬         🔁         ♡ 3        📊 17

**itswhatithink** ✓ @conservemontana · Feb 27, 2024
We've known this 2 years and only now @KristiNoem is speaking about it. Every country released their criminals to come here and she has had a long time to stop it but didn't event mention it until election period. We need LEADERS in high office Kristi..not followers.

💬         🔁         ♡         📊 9

**Anarchy7906** ✓ @northbound2017 · Feb 27, 2024
Kristi for VP!

💬         🔁         ♡         📊 33

**Nutshell Truths** @NutshellTruths · Feb 27, 2024
This week the Trump GOP will be responsible for thousands of Ukrainians being killed thanks to their pro-Putin idiocy, then on Friday they'll be responsible for the deaths of Americans when the government shuts down.
The Trump GOP.
Actively working to destroy America & democracy.

💬         🔁         ♡         📊

**Jackie Daytona**🫏 @zottsingtao · Feb 27, 2024
nope. you're an idiot.

💬         🔁         ♡         📊

**CallaLilly33** @CLilly33 · Feb 27, 2024

"WE HAVE A CATASTROPHE AT THE SOUTHERN BORDER."

BUT WE

**David Michaels**
@DavidMi47644829

## Relevant people

**Kristi Noem** ✓                    [ Follow ]
@KristiNoem
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## Subscribe to Premium to write your own longer posts
Write longer posts and apply text formatting such as bold and italic.

[ Subscribe ]

## What's happening

**Khloé in Wonder Land**
LIVE

**Jeep. There's Only One.**
Choose gas. Choose hybrid. Choose electric.
📹 Promoted by Jeep

Politics · Trending
**Colony Ridge**
10.7K posts

Politics · Trending
**Medicaid**
110K posts

Trending in United States
**#NBAAllStar**
9,821 posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.

Document title: (2) Kristi Noem on X: &quot;Nations like Venezuela are emptying their prisons of dangerous criminals to send them to Amer... happy to let...
Capture URL: https://x.com/KristiNoem/status/1762195636491825295
Capture timestamp (UTC): Sat, 15 Feb 2025 00:07:01 GMT

ERO635

# Home

# Explore

# Notifications

# Messages

# Grok

# Lists

# Bookmarks

# Jobs

# Communities

# Premium

# Verified Orgs

# Profile

# More

**Post**

SOUTHERN BORDER.

**BUT WE CAN WAIT UNTIL 2025 TO FIX IT.**

REPUBLICANS ARE THE PROBLEM!

2

**Retired Uploader** @RetiredUploader · Feb 27, 2024
Another lie from Kristi Noem.

1    35

**DonL New England Guy** @DonLePage4 · Feb 27, 2024
Trump Minion says what?

6

**T McB** @tmcbgolf · Feb 27, 2024
Governor, you need to be better than this.  Spreading  MAGA disinformation is the action of a political hack.  On the other hand, maybe that is what you are.  SAD!

1    19

**WarriorsForPatriotism** @luckynik30 · Feb 27, 2024
The USA is infested by foreign criminals illegally entering into our borders, and the 70-plus senile in the WH finally visit an area of t border where minimum entry is being done. Of course that's just for leftist liberal showboating, & the media will follow him like a puppy dog.



OPEN BORDERS    MASS INFLATION

TERRIBLE ECONOMY

WEAK MILITARY

RUNAWAY NATIONAL DEBT    UNAFFORDABLE HOUSING

CULTURAL WARFARE    GLOBAL CONFLICT

DESTRUCTION OF LIBERTIES

THE BIDEN LEGACY

**David Michaels** @DavidMi47644829

11

## Relevant people

**Kristi Noem** ✓
@KristiNoem

**Follow**

Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## Subscribe to Premium to write your own longer posts

Write longer posts and apply text formatting such as bold and italic.

**Subscribe**

## What's happening

**Khloé in Wonder Land**
LIVE

**Jeep. There's Only One.**
Choose gas. Choose hybrid. Choose electric.
📢 Promoted by Jeep

Politics · Trending
**Colony Ridge**
10.7K posts

Politics · Trending
**Medicaid**
110K posts

Trending in United States
**#NBAAllStar**
9,821 posts

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2025 X Corp.



Document title: (2) Kristi Noem on X: &quot;Nations like Venezuela are emptying their prisons of dangerous criminals to send them to Ameri[...]e happy to let...
Capture URL: https://x.com/KristiNoem/status/1762195636491825295
Capture timestamp (UTC): Sat, 15 Feb 2025 00:07:01 GMT

ERJ0636

## THE BIDEN LEGACY

💬    ↻    ♡    ▫ᵎ 11    🔖 ⬆

**Random 🐾 - 🇺🇸 🇨🇦** @NoMoreTrumpShit · Feb 27, 2024    ✖️ ⋯
You're really not very serious people 🤡 all fvcking lies

💬    ↻    ♡    ▫ᵎ 5    🔖 ⬆

**Fred Dee** @FredDee18746 · Feb 27, 2024    ✖️ ⋯
These murderous criminals need to be strapped into a parachute
and repatriated or executed.

💬    ↻    ♡ 1    ▫ᵎ 14    🔖 ⬆

**S. Woodrow** @SWoodrowFahy · Feb 27, 2024    ✖️ ⋯
Yes, and there's an investigation into Russian/GOP involvement with
this

💬    ↻    ♡ 2    ▫ᵎ 43    🔖 ⬆

**The Godfather** @Normalfella5 · Feb 27, 2024    ✖️ ⋯
Is this real?

💬 3    ↻    ♡ 2    ▫ᵎ 520    🔖 ⬆

**Jay🅰️** @jaystormy99 · Feb 27, 2024    ✖️ ⋯
The biggest criminal is free in the USA



⏸ GIF

💬    ↻    ♡ 2    ▫ᵎ 33    🔖 ⬆

**Dawn Holubiak** @DHolubiak73409 · Feb 27, 2024    ✖️ ⋯
What a lying fraud!

💬    ↻    ♡ 2    ▫ᵎ 19    🔖 ⬆

**Just Pete 🔱🌑🙏** @PeteHowarth5 · Feb 27, 2024    ⋯
Kristi we also need to look into the organizations which may include
churches assisting with moving illegals into the country. This video
is telling. youtube.com/watch?v=sgag7m...

💬    ↻ 1    ♡ 4    ▫ᵎ 42    🔖 ⬆


**David Michaels**    ⋯
@DavidMi47644829

**Joe Bush** @JoeBush1214 · Feb 27, 2024    ✖️ ⋯
Nice of Corey to write that for you!

### Relevant people


**Kristi Noem** ✓
@KristiNoem    **Follow**
Wife, mother, grandma, farmer,
rancher, and small business owner.
Secretary of the U.S. Department
of Homeland Security. Former
Governor of South Dakota.

### Subscribe to Premium to write your own longer posts

Write longer posts and apply text
formatting such as bold and italic.

**Subscribe**

### What's happening

**Khloé in Wonder Land**
LIVE

**Jeep. There's Only One.**    ⋯
Choose gas. Choose hybrid. Choose
electric.
📺 Promoted by Jeep

Politics · Trending
**Colony Ridge**
10.7K posts    ⋯

Politics · Trending
**Medicaid**
110K posts    ⋯

Trending in United States
**#NBAAllStar**
9,821 posts    ⋯

**Show more**

Terms of Service · Privacy Policy · Cookie Policy
Accessibility · Ads info · More ⋯
© 2025 X Corp.

ER0637

churches assisting with moving illegals into the country. This video
is telling. youtube.com/watch?v=sgag7m...

💬 1          ↻ 1          ♡ 4          📊 42        🔖  ⬆️

**Joe Bush** @JoeBush1214 · Feb 27, 2024                              𝕏 ···
Nice of Corey to write that for you!

💬            ↻            ♡ 3          📊 37        🔖  ⬆️

**Cindy Downey** @CindyDo83420405 · Feb 27, 2024                     𝕏 ···
Apparently you forgot  frump gave asylum to Venezuela. The
accused is from Venezuela.

💬            ↻            ♡ 1          📊 12        🔖  ⬆️

**Aaron Pepelis** @apepelis · Feb 27, 2024                           𝕏 ···
False.

💬            ↻            ♡ 2          📊 31        🔖  ⬆️

**furrfu!** @DougMount · Feb 27, 2024                                𝕏 ···
Still mad about the fireworks?

💬            ↻            ♡ 1          📊 29        🔖  ⬆️

**Nancy Sinclair** @TeamEPFitness · Feb 27, 2024                     𝕏 ···
🎆🎆🎆🎆🎆🎆

💬            ↻            ♡ 2          📊 38        🔖  ⬆️

---

# X

🏠 Home

🔍 Explore

🔔 Notifications

✉️ Messages

𝕏 Grok

🗒️ Lists

🔖 Bookmarks

🗄️ Jobs

👥 Communities

✓ Premium

⌖ Verified Orgs

👤 Profile

⊙ More

**Post**

---

### Relevant people

**Kristi Noem** ✓                    **Follow**
@KristiNoem

Wife, mother, grandma, farmer,
rancher, and small business owner.
Secretary of the U.S. Department
of Homeland Security. Former
Governor of South Dakota.

### Subscribe to Premium to write your own longer posts

Write longer posts and apply text
formatting such as bold and italic.

**Subscribe**

### What's happening

**Khloé in Wonder Land**
LIVE

**Jeep. There's Only One.**                              ···
Choose gas. Choose hybrid. Choose
electric.
📷 Promoted by Jeep

Politics · Trending                                      ···
**Colony Ridge**
10.7K posts

Politics · Trending                                      ···
**Medicaid**
110K posts

Trending in United States                                ···
**#NBAAllStar**
9,821 posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.

---



**David Michaels**   ···
@DavidMi47644829



## Relevant people



**Kristi Noem** ✓
@KristiNoem

**Follow**

Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## Subscribe to Premium to write your own longer posts

Write longer posts and apply text formatting such as bold and italic.

**Subscribe**

## What's happening

**Khloé in Wonder Land**
LIVE

**Jeep. There's Only One.**
Choose gas. Choose hybrid. Choose electric.
📷 Promoted by Jeep

Politics · Trending
**Colony Ridge**
10.7K posts

Politics · Trending
**Medicaid**
110K posts

Trending in United States
**#NBAAllStar**
9,821 posts

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2025 X Corp.

---

**Nancy Sinclair** @TeamEPFitness · Feb 27, 2024
🐑🐑🐑🐑🐑🐑

💬    ↻    ♡ 2    📊 38    🔖 ⬆️

---



**David Michaels**
@DavidMi47644829

Document title: (2) Kristi Noem on X: &quot;Nations like Venezuela are emptying their prisons of dangerous criminals to send them to Amer[...] We are happy to let…
Capture URL: https://x.com/KristiNoem/status/1762195636491825295
Capture timestamp (UTC): Sat, 15 Feb 2025 00:07:01 GMT

# EXHIBIT 2

ER0640



Post

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

**Kristi Noem** @KristiNoem

Venezuela didn't send us their best. They emptied their prisons and sent criminals to America.

Deportations need to start on DAY ONE of @realDonaldTrump's term.

> **Fox News** @FoxNews · Feb 27, 2024
> Venezuelan migrant illegally in US charged for sexual assault against minor in Virginia trib.al/QAZB0dQ

1:26 AM · Feb 28, 2024 · **74.8K** Views

231 · 808 · 3.6K · 21

Post your reply — Reply

**K** @kgboulder · Feb 28, 2024
They're committing less crime than our citizens so I'm okay with it
1 · 5 · 74

**mike nelson** @mheathnelson · Feb 28, 2024
Straight out of the Castro playbook
1 · 4 · 251

**Heartgirl0316** @Heartgirl0316 · Feb 28, 2024

> **Heartgirl0316** @Heartgirl0316 · Feb 28, 2024
> Replying to @seanhannity
> The Republicans won't stop at killing Roe vs Wade or IVF, the extreme wacky messed up MAGA are coming after Contraception too !! Vote for freedom ladies!
> Vote Blue 💙💙

10

**Teddy's Mama** @nivaught2 · Feb 28, 2024

David Michaels @DavidMi47644829

Search

**Recent** Clear all

("TaxAct") (from:hollycappuc...
("Smith") (from:hollycappucci...
("Washington settlement") (fr...
("Smith-Washington settleme...
("settlement") (from:hollycap...
("kroll") (from:hollycappuccino)
("Kroll") (from:hollycappuccino)

**Relevant people**

**Kristi Noem** @KristiNoem — Follow
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

**Fox News** @FoxNews — Follow
Follow America's #1 cable news network, delivering you breaking news, insightful analysis, and must-see videos. foxnews.com/contact

**What's happening**

**Recent**  Clear all

🔍 ("TaxAct") (from:hollycappuc...  ✕
🔍 ("Smith") (from:hollycappuccin...  ✕
🔍 ("Washington settlement") (fr...  ✕
🔍 ("Smith-Washington settleme...  ✕
🔍 ("settlement") (from:hollycapp...  ✕
🔍 ("kroll") (from:hollycappuccino)  ✕
🔍 ("Kroll") (from:hollycappuccino)  ✕



📊 10

**Teddy's Mama** ✓ @pjvaught2 · Feb 28, 2024
💯💯💯💯💯
📊 8

**Alec Callen** @AlecCallen78237 · Feb 28, 2024
👏👏👏
📊 10

**Anne Thompson** @lpnanne · Feb 28, 2024
They need to start ASAP. Someone needs to get busy.
📊 47

**Rick Gagne** @RickGagne394052 · Feb 28, 2024
Exactly
📊 51

**Nate** @VolckersThesis · Feb 28, 2024
So we won't focus on inauguration crowd size on day 1 this time??
♡ 2     📊 168

**ChuSez** 🇺🇦🇺🇸 @BillWilde388919 · Feb 28, 2024
"Must...Protect...Corey…"

♡ 2     📊 36

**C Steele** ✓ @CarolSteel73373 · Feb 28, 2024
Noem, what's your point? This kind of thing has happened before.
Remember Scarface ??
📊 7

**DocRocket** ✓ @DocRockett · Feb 28, 2024
Problem no one's talking about. We need to fix ICE response time
(slo roll), or pass a law making detainment absent due process legal
till they get to the jail. And ICE picks up tab. It's a huge problem.
📊 4

**lawndawgii** @Orlando37698630 · Feb 28, 2024
Trump was right again
♡ 1     📊 26

**Nathan** @EatSomeAcorns · Feb 28, 2024
Venezuela didn't "send them" they are fleeing a murderous dictator.

**Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
43.7K posts

Trending in United States
**Genghis Khan**

Entertainment · Trending
**Eddie Murphy**

Politics · Trending
**Ohio**
48.9K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.

Trump was right again

♡ 1          ᐧ||ᐧ 26

**Nathan** @EatSomeAcorns · Feb 28, 2024
Venezuela didn't "send them" they are fleeing a murderous dictator.

○          ⇄          ♡          ᐧ||ᐧ 7

**ToneDoctor** ✓ @AmpegBabyBass76 · Feb 28, 2024
Thank you KN.

○          ⇄          ♡          ᐧ||ᐧ 8

**Cindy Peterson** @TribSportsLady · Feb 28, 2024
Burns my ass

○          ⇄          ♡          ᐧ||ᐧ 15

**Eric Yake** ✓ @YakeEric · Feb 28, 2024
Bitch please. Trump made an agreement with Venezuela. You be
stupid. Not Best. Oh! And slut.

○          ⇄          ♡          ᐧ||ᐧ 23

**Jeffrey wilen** @jeffrey_w_1776 · Feb 28, 2024
Trump was right again

○ 1          ⇄ 1          ♡ 3          ᐧ||ᐧ 82

**J** @MrJ25 · Feb 29, 2024
You think the best people came over on the Mayflower? Nope.

○          ⇄          ♡          ᐧ||ᐧ 13

**Robert** @62RAB · Feb 28, 2024
Just saw a report that murder is way down in Venezuela due in large
part to emigration of the offenders. Gee, I wonder where they went.
🙇

○ 1          ⇄          ♡ 1          ᐧ||ᐧ 61

**Rockland Democrats** ✓ @rcdcdems · Feb 28, 2024
The Republicans. They're not sending their best.

○          ⇄          ♡ 5          ᐧ||ᐧ 169

**Antifa South Dakota Chapter** @SD_Antifa · Feb 29, 2024
You're trying to send a criminal to the White House.

○          ⇄          ♡ 2          ᐧ||ᐧ 50

**Trump: Narcissistic conman d...** ✓ @Sedi... · Feb 29, 2024
Trump used the Deferred Enforced Departure program offering
temporary legal status to Venezuelans January 19, 2021.

- Jose Antonio Ibarra, suspect in Laken Riley's death, is Venezuelan.

- Trump had Republicans reject the bi-partisan Border Act of 2024.

↪ Republicans own this.

○ 1          ⇄          ♡          ᐧ||ᐧ 25

**Robert Simkavitz** ✓ @RN8mfxhwm2g · Feb 28, 2024
What can actual Americans do to keep Speaker Johnson from
funding Ukraine and not addressing the border?

○          ⇄          ♡          ᐧ||ᐧ 78

**Bill Kennedy** @bk5137 · Feb 28, 2024
Deportations of Venezuelans ENDED on Trump's last day in office by
HIS hand. Trump made it possible for them to stay here! Why would
we bring him back for more?

**David Michaels**
@DavidMi47644829

---

**Recent**                                    Clear all

🔍 ("TaxAct") (from:hollycappuc...  ✕

🔍 ("Smith") (from:hollycappucci...  ✕

🔍 ("Washington settlement") (fr...  ✕

🔍 ("Smith-Washington settleme...  ✕

🔍 ("settlement") (from:hollycap...  ✕

🔍 ("kroll") (from:hollycappuccino)  ✕

🔍 ("Kroll") (from:hollycappuccino)  ✕

Unveiled (NHL/NHLPA)
LIVE

Trending in United States
**#earthquake**
43.7K posts

Trending in United States
**Genghis Khan**

Entertainment · Trending
**Eddie Murphy**

Politics · Trending
**Ohio**
48.9K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2025 X Corp.

Document title: (2) Kristi Noem on X: &quot;Venezuela didn't send us their best. They emptied their prisons and sent criminals to America. **ER0643** need to start on…
Capture URL: https://x.com/KristiNoem/status/1762650522920652828
Capture timestamp (UTC): Sat, 15 Feb 2025 08:30:59 GMT                                                          Page 3 of 33







Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

Post

David Michaels
@DavidMi47644829

78

**Bill Kennedy** @bk5137 · Feb 28, 2024
Deportations of Venezuelans ENDED on Trump's last day in office by HIS hand. Trump made it possible for them to stay here! Why would we bring him back for more?
1 · 21

**Luke** @JDLuckenbach · Feb 28, 2024
Nor has the Republicans sent their best... but unfortunately there's nowhere we can deport them.
8 · 156

**Emil Vicale** @EmilVicale · Feb 28, 2024
Of course, they didn't!
2 · 262

**Brett Murphy** @PatriotPointman · Feb 28, 2024
Yes!
375

**Whitey McWhite Face** @McWhiteywhite1 · Feb 28, 2024
South Dakota didn't elect their best. At least I hope not.
4 · 69

**Vivek knew!** @GpKennedy · Feb 28, 2024
Are these the ones that Trump pardoned while he was still President?
1 · 30

**Robert Blomstrom** 💙🌊... @BlomstromR... · Feb 28, 2024
Donald Trump didn't send his best either. They attacked our Capitol. Yet you have a stench filled desire to be his right hand gal. You're equal to the worst of the Venezuelans.
2 · 8 · 152

**domasian99** @domasian995 · Feb 28, 2024
What does Cory think about all these?
13

**Katie Orth** @korthtulsa · Feb 28, 2024
You apparently have no recollection of trump granting Venezuelans a legal stay before he was fired. Do better
7

**Profiler** @hoov2010 · Feb 28, 2024
Spoken like a true VP candidate. As long it is NOT @votetimscott
8

**Cleveland Maxwell** @ClevelandMaxwe5 · Feb 28, 2024
Thank Trump for the sanctions he put on Venezuela.
10

**azlizardman** @falise_thomas · Feb 28, 2024
You're a disgusting human.
8

**Indiana Women's Action Mov...** @Indiana... · Feb 28, 2024
How do you decide who to deport?
14

Recent — Clear all
("TaxAct") (from:hollycappuc...
("Smith") (from:hollycappucci...
("Washington settlement") (fr...
("Smith-Washington settleme...
("settlement") (from:hollycap...
("kroll") (from:hollycappuccino)
("Kroll") (from:hollycappuccino)

Unveiled (NHL/NHLPA)
LIVE

Trending in United States
**#earthquake**
43.7K posts

Trending in United States
**Genghis Khan**

Entertainment · Trending
**Eddie Murphy**

Politics · Trending
**Ohio**
48.9K posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ...
© 2025 X Corp.

Post Reply

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

Post

**Indiana Women's Action Mov...** @Indiana... · Feb 28, 2024
How do you decide who to deport?
14

**Don'tfactcheckmebro ...** @sking123195... · Feb 28, 2024
must have been a Minnesota GOP funraiser,,you know who i mean KKKristi
14

**ctfw529** @ctfw529 · Feb 28, 2024
He already broke that promise multiple times, so...
7

**Carlos Castanon** @ccastavelaz · Feb 28, 2024
Agree deport them immediately
1 14

**Gregory Martin** @LouisvileMartin · Feb 28, 2024
Ger rid off them, they snaked past people doing it the correct way and that is not right.
1 11

**Skelly Duncan** @DuncanSkelly · Feb 28, 2024

2 15

**CheriNotCherry** @H_AmorinForge · Feb 28, 2024
1/20/2021 Trump extended the stay of deportation for 145,000 Venezuelans by 18 months as a 'thank you' to venezuelan exiles who were among his most loyal supporters.

CARACAS, Venezuela (AP) — With the clock winding down on his term, U.S. President Donald Trump shielded tens of thousands of Venezuelan migrants from deportation Tuesday night, rewarding Venezuelan exiles who have been among his most loyal supporters and who fear losing the same privileged access to the

**David Michaels**
@DavidMi47644829

Recent Clear all

("TaxAct") (from:hollycappuc...
("Smith") (from:hollycappucci...
("Washington settlement") (fr...
("Smith-Washington settleme...
("settlement") (from:hollycap...
("kroll") (from:hollycappuccino)
("Kroll") (from:hollycappuccino)

Unveiled (NHL/NHLPA)
LIVE

Trending in United States
**#earthquake**
43.7K posts

Trending in United States
**Genghis Khan**

Entertainment · Trending
**Eddie Murphy**

Politics · Trending
**Ohio**
48.9K posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2025 X Corp.

Post

Reply

Search

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

Post

David Michaels @DavidMi47644829 ...

President Donald Trump on Tuesday announced he will offer Venezuelan exiles protection from deportation, a move he has considered for years but refused to do until his last full day in office.

Trump is using the little-known Deferred Enforced Departure program, or DED, to offer temporary legal status to Venezuelans fleeing the humanitarian crisis brought on by Nicolás Maduro's regime. DED, similar to Temporary Protected Status or TPS, protects recipients from deportation and allows them to get work permits. However, it is granted directly by the president instead of the Department of Homeland Security.

1 · 1 · 8 · 67

**Amy2972** @Amyy2972 · Feb 28, 2024 ...
JC...you & your dumb fking propaganda. A few days ago an 11 yr old was killed by a literal Nazi then he tied her body to a block & threw her in the river. Where is your outrage. I guess TX isn't sending their best. msn.com/en-us/news/cri...

2 · 27

**Barbara Maple** @BarbaraMaple5 · Feb 28, 2024 ...
Yep. Shut it down and deport

1 · 87

**michael** @michaeljames86 · Feb 28, 2024 ...
I'm sure the s.d. big govt agriculture industry will give them jobs.

2 · 296

**John Wisniewski** @WhiskeyMD247365 · Feb 28, 2024 ...
No one sends Biden their best.

4 · 3 · 316

**Tim Sutton** @Haulingtmber · Feb 28, 2024 ...
Sidesaddle Kristi.
Repeating today's dish of bullshit still doesn't make it true. However, cheating on your family with a puke named Cory is pretty disgusting of you after your "Family Values" crap. How much is hubby being paid to act happy, and how much of that is tax dollars?

1 · 20

**CrimsonDynamo57 Brady before b...** @... · Feb 28, 2024 ...
You know the jackhole Trumpy gave Venezuelans a green light to get into the US, right, Kristi?
Trump made this possible.

1 · 15

**Not the problem** @Thatkyleguy57 · Feb 28, 2024 ...
President Trump was right again!!!

1 · 33

**DayneKnite** @DayneKnite · Feb 28, 2024 ...
Thank you @realDonaldTrump for allowing Venezuelans into the states

1 · 45

**Blue Shirt Project** @blueshirtday1 · Feb 28, 2024 ...
Trump invited those Venezuelans here and said they could stay, Kristi.

Try to pay attention. There are receipts.

**Recent** Clear all

- ("TaxAct") (from:hollycappuc...
- ("Smith") (from:hollycappucci...
- ("Washington settlement") (fr...
- ("Smith-Washington settleme...
- ("settlement") (from:hollycap...
- ("kroll") (from:hollycappuccino)
- ("Kroll") (from:hollycappuccino)

**Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
43.7K posts

Trending in United States
**Genghis Khan**

Entertainment · Trending
**Eddie Murphy**

Politics · Trending
**Ohio**
48.9K posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ...
© 2025 X Corp.



**Amy2972** @Amyy2972 · Feb 28, 2024 · · ·
JC…you & your dumb fking propaganda. A few days ago an 11 yr old was killed by a literal Nazi then he tied her body to a block & threw her in the river. Where is your outrage. I guess TX isn't sending their best. msn.com/en-us/news/cri…

💬    ♻    ♡ 2    📊 27    🔖 ⬆

**Barbara Maple** ✓ @BarbaraMaple5 · Feb 28, 2024    𝕏 · · ·
Yep. Shut it down and deport

💬    ♻ 1    ♡ 1    📊 87    🔖 ⬆

**michael** ✓ @michaeljames86 · Feb 28, 2024
I'm sure the s.d. big govt agriculture industry will give them jobs.

💬    ♻    ♡ 2    📊 296    🔖 ⬆

**John Wisniewski** ✓ @WhiskeyMD247365 · Feb 28, 2024    𝕏 · · ·
No one sends Biden their best.

💬 4    ♻    ♡ 3    📊 316    🔖 ⬆

**Tim Sutton** @Haulingtmber · Feb 28, 2024    𝕏 · · ·
Sidesaddle Kristi.
Repeating today's dish of bullshit still doesn't make it true. However, cheating on your family with a puke named Cory is pretty disgusting of you after your "Family Values" crap. How much is hubby being paid to act happy, and how much of that is tax dollars?

💬    ♻    ♡ 1    📊 20    🔖 ⬆

**CrimsonDynamo57 Brady before b...** @... · Feb 28, 2024    𝕏 · · ·
You know the jackhole Trumpy gave Venezuelans a green light to get into the US, right, Kristi?
Trump made this possible.

💬    ♻    ♡ 1    📊 15    🔖 ⬆

**Not the problem** @Thatkyleguy57 · Feb 28, 2024    𝕏 · · ·
President Trump was right again!!!

💬    ♻    ♡ 1    📊 33    🔖 ⬆

**DayneKnite** @DayneKnite · Feb 28, 2024    𝕏 · · ·
Thank you @realDonaldTrump for allowing Venezuelans into the states

💬 1    ♻    ♡    📊 45    🔖 ⬆

**Blue Shirt Project** @blueshirtday1 · Feb 28, 2024    𝕏 · · ·
Trump invited those Venezuelans here and said they could stay, Kristi.

Try to pay attention.  There are receipts.

Recent                                      Clear all

🔍  ("TaxAct") (from:hollycappuc...    ✕

🔍  ("Smith") (from:hollycappuccino...    ✕

🔍  ("Washington settlement") (fr...    ✕

🔍  ("Smith-Washington settleme...    ✕

🔍  ("settlement") (from:hollycap...    ✕

🔍  ("kroll") (from:hollycappuccino)    ✕

🔍  ("Kroll") (from:hollycappuccino)    ✕

Unveiled (NHL/NHLPA)
LIVE

Trending in United States    · · ·
#earthquake
43.7K posts

Trending in United States    · · ·
Genghis Khan

Entertainment · Trending    · · ·
Eddie Murphy

Politics · Trending    · · ·
Ohio
48.9K posts

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More · · ·
© 2025 X Corp.

**David Michaels**    · · ·
@DavidMi47644829



Try to pay attention. There are receipts.

Members of the audience wave Venezuelan and American flags as President Donald Trump speaks to a Venezuelan American community in Miami, Fla., on Feb. 18, 2019. | Andrew Harnik/AP Photo

BY SABRINA RODRIGUEZ
01/19/2021 09:24 PM EST

President Donald Trump on Tuesday announced he will offer Venezuelan exiles protection from deportation, a move he has considered for years but refused to do until his last full day in office.

Trump is using the little-known Deferred Enforced Departure program, or DED, to offer temporary legal status to Venezuelans fleeing the humanitarian crisis brought on by Nicolás Maduro's regime. DED, similar to Temporary Protected Status or TPS, protects recipients from deportation and allows them to get work permits. However, it is granted directly by the president instead of the Department of Homeland Security.

💬          ⟲ 2          ♡ 3          ⅠⅠⅠ 58          🔖  ⬆

**PoliticOhMyGawd** @PoliticOhMyGawd · Feb 28, 2024
Can someone please show Corey's side piece how to do a Google search? Thanks.

### Trump grants Venezuelans temporary legal status on his way out

The U.S. will defer for 18 months the removal of certain Venezuelan nationals.

Members of the audience wave Venezuelan and American flags as President Donald Trump speaks to a Venezuelan American community in Miami, Fla., on Feb. 18, 2019. | Andrew Harnik/AP Photo

BY SABRINA RODRIGUEZ
01/19/2021 09:24 PM EST

**Kristi Noem** ✓ @KristiNoem · Feb 28, 2024
Venezuela didn't send us their best. They emptied their prisons and sent criminals to America.

Deportations need to start on DAY ONE of @realDonaldTrump's term. x.com/FoxNews/status...

💬          ⟲          ♡ 4          ⅠⅠⅠ 28          🔖  ⬆

**David Michaels**
@DavidMi47644829

**jkeys** @jakeslisch · Feb 28, 2024
There you go again - getting involved with something you know nothing about! FYI you are not one of our best either!

💬 1          ⟲          ♡ 2          ⅠⅠⅠ 53          🔖  ⬆

Recent                          Clear all

🔍  ("TaxAct") (from:hollycappucci...  ✕
🔍  ("Smith") (from:hollycappuccin...  ✕
🔍  ("Washington settlement") (fr...  ✕
🔍  ("Smith-Washington settleme...  ✕
🔍  ("settlement") (from:hollycap...  ✕
🔍  ("kroll") (from:hollycappuccino)  ✕
🔍  ("Kroll") (from:hollycappuccino)  ✕

Unveiled (NHL/NHLPA)
LIVE

Trending in United States
#earthquake
43.7K posts

Trending in United States
Genghis Khan

Entertainment · Trending
Eddie Murphy

Politics · Trending
Ohio
48.9K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.



**jkeys** @jakeslisch · Feb 28, 2024
There you go again - getting involved with something you know nothing about! FYI you are not one of our best either!

◯ 1          ⇄          ♡ 2          �aili 53          🔖 ⬆

**DrMojo 🦅 ✅** @DrMetaMojo · Feb 29, 2024
Deport all the Venezuelan!

◯          ⇄          ♡          ili 7          🔖 ⬆

**BrianOfDakota ✅** @BRoyJohnson1 · Feb 28, 2024
This is all on the Biden administration.
Trump had a shot, I'm going with Kennedy, one reason is he's been to the border twice, talked to the people on the ground dealing with this travesty and he'll get it closed day 1 and will get them out.
Biden has got almost 8 million new
Show more

◯          ⇄          ♡          ili 31          🔖 ⬆

**Palmer Hasty ✅** @Lightbookpro · Feb 28, 2024
!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!
!!!!!!!!

◯          ⇄          ♡          ili 11          🔖 ⬆

**Jooselo** @avijose2446 · Feb 28, 2024
You'll be surprised what most people around the world think about "americans" 😂😂😂😂

◯          ⇄          ♡          ili 7          🔖 ⬆

**Marigold** @magold01 · Feb 28, 2024
They sent them here and not taking them back!!! Thanks Joe..

◯          ⇄          ♡          ili 11          🔖 ⬆

**Monica LaBrie** @MonicaLaBrie · Feb 28, 2024
Resign.

◯          ⇄          ♡          ili 14          🔖 ⬆

**Bat Man** @BatManGreenBay · Feb 28, 2024
It is clear that there are a lot of people that are voting in the primaries who are uneducated or racist or both

And noem seems to be one of them
@CNN @FoxNews @NikkiHaley
#trumpOrangeMonkey

◯          ⇄          ♡          ili 14          🔖 ⬆

**Carbi D** @yourauntifa · Feb 28, 2024
You're pitiful.

◯          ⇄          ♡          ili 8          🔖 ⬆

**Denver Wayne 🏳️ (she/her)** @DenverLofts · Feb 28, 2024
Any proof of that statement

◯          ⇄          ♡          ili 10          🔖 ⬆

**TinaMarie 🌲🌫 Mom, Music 🍷🎸🔊... @...** · Feb 28, 2024

**Trump Approves Deportation Protections for Venezuelans in U.S**

---

# Explore

**Home**
**Explore**
**Notifications**
**Messages**
**Grok**
**Lists**
**Bookmarks**
**Jobs**
**Communities**
**Premium**
**Verified Orgs**
**Profile**
**More**

**Post**

**David Michaels**
@DavidMi47644829

## Recent                                    Clear all

Q ("TaxAct") (from:hollycappuc...   ✕

Q ("Smith") (from:hollycappucci...   ✕

Q ("Washington settlement") (fr...   ✕

Q ("Smith-Washington settleme...   ✕

Q ("settlement") (from:hollycap...   ✕

Q ("kroll") (from:hollycappuccino)   ✕

Q ("Kroll") (from:hollycappuccino)   ✕

Unveiled (NHL/NHLPA)
LIVE

Trending in United States                ...
**#earthquake**
43.7K posts

Trending in United States                ...
**Genghis Khan**

Entertainment · Trending
**Eddie Murphy**

Politics · Trending                       ...
**Ohio**
48.9K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2025 X Corp.





Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

**Deportation Protections for Venezuelans in U.S. Illegally**

The action comes under the Deferred Enforced Departure program that offers deportation protections and work permits to immigrants in the country without authorization

10

**DC** 🥑 @fatlube · Feb 28, 2024
Hiring ?

9

**Hey! My Eggs Are MORE Exp...** @jabroni... · Feb 28, 2024
The pathetic audition of the Fox-regurgitating parrot for donny's VP continues. Kristi, have the kids warmed up to Corey Lewandowski yet?

26

**Geo Hut** @geo_hut · Feb 28, 2024
YES ABSOLUTELY 💯

20

**SassyCassiefromTallaha...** @SassyCassie... · Feb 28, 2024
GOP convicted pedophiles.

**David Michaels**
@DavidMi47644829

**Recent** Clear all
("TaxAct") (from:hollycappuc...
("Smith") (from:hollycappucci...
("Washington settlement") (fr...
("Smith-Washington settleme...
("settlement") (from:hollycap...
("kroll") (from:hollycappuccino)
("Kroll") (from:hollycappuccino)

**Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
43.7K posts

Trending in United States
**Genghis Khan**

Entertainment · Trending
**Eddie Murphy**

Politics · Trending
**Ohio**
48.9K posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2025 X Corp.

Document title: (2) Kristi Noem on X: &quot;Venezuela didn't send us their best. They emptied their prisons and sent criminals to America. ...ERO652 need to start on...
Capture URL: https://x.com/KristiNoem/status/1762650522920652828
Capture timestamp (UTC): Sat, 15 Feb 2025 08:30:59 GMT
Page 12 of 33



Document title: (2) Kristi Noem on X: &quot;Venezuela didn't send us their best. They emptied their prisons and sent criminals to America. **ER0653** need to start on…
Capture URL: https://x.com/KristiNoem/status/1762650522920652828
Capture timestamp (UTC): Sat, 15 Feb 2025 08:30:59 GMT









Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

10

**redstateboomer** @redstateboomer · Feb 28, 2024
So, right wing "media" and right wing social media are back to Venezuela as a talking point again, eh?
Don't forget "triggered,"
"snowflake,"
"socialists, communists (must be said with jowls shaking ala Nixon),"
"Freedom,"
"libtard,"
"globalist,"
"coastal elites,"
&...
Show more
2 35

**Cindi Woohoo** @CindiWoohoo · Feb 28, 2024
Republicans didn't send their best and brightest either. Resign.
C u n t
1 9 181

**caring** 💙🇺🇸🌈 @caringguy1957 · Feb 28, 2024

Trump grants Venezuelans temporary legal status on his way out
From politico.com
1 7 162

**Scotty Paul** @PolskaMolska · Feb 29, 2024
Trump is not going to happen. It's not right that the United States of America has, occupying the highest office, someone without ethics, morals, skills, experience, and who is seriously flawed from a psychological perspective.
1 19

**Junky PostOffice** @JunkyPostoffice · Feb 29, 2024
Wow Trump was right AGAIN!
1

**Joseph L Trahan for Senate ...** @Josep... · Feb 28, 2024

Bloomberg Subscribe
Politics
**Venezuela's Violent Deaths Fall to 22-Year Low on Migration**
- Rate is the lowest since 2001, violence observatory says
- Suicide rate rises amid continued humanitarian crisis

**Recent** Clear all
("TaxAct") (from:hollycappuc...
("Smith") (from:hollycappucci...
("Washington settlement") (fr...
("Smith-Washington settleme...
("settlement") (from:hollycap...
("kroll") (from:hollycappuccino)
("Kroll") (from:hollycappuccino)

Unveiled (NHL/NHLPA)
LIVE

Trending in United States
**#earthquake**
43.7K posts

Trending in United States
**Genghis Khan**

Entertainment · Trending
**Eddie Murphy**

Politics · Trending
**Ohio**
48.9K posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ...
© 2025 X Corp.

**David Michaels**
@DavidMi47644829

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

- Rate is the lowest since 2001, violence observatory says
- Suicide rate rises amid continued humanitarian crisis

10

**Ann Gables** @GablesGables5 · Feb 28, 2024
This beautiful girl had her whole life ahead of her. But Biden took it away. How many more innocent people have to die bc of his ignorance?
x.com/TooStupidForPo...

This Post is from a suspended account. Learn more

7

**G Krill** @DreamingSeer · Feb 29, 2024
You killed your precious border deal. Then you whine about it. Oh, but you're from "the heartland". So pure and noble. Dedicated to "America first" except when you overlord the Orange Jesus dictates otherwise.

7

**David William** @DavidCalhoon206 · Feb 28, 2024
Poor Kristi, ignoring the fact that TRUMP implemented the Venezuelan free border crossing policy right before he left office in one last "Screw America" act of revenge.

1 8

**Jeff Lewis** @JeffL1020 · Feb 28, 2024
You were already fact checked and they are releasing their prisoners to come to the us

69

**BetterThanMoonshine...** @LadyKn... · Feb 28, 2024

**Trump blocks Venezuelans' deportation in last political gift**

BY SCOTT SMITH AND JOSHUA GOODMAN
Updated 8:58 PM MST, January 19, 2021

Share

CARACAS, Venezuela (AP) — With the clock winding down on his term, U.S. President Donald Trump shielded tens of thousands of Venezuelan migrants from deportation Tuesday night, rewarding Venezuelan exiles who have been among his most loyal supporters and who fear losing the same privileged access to the White House during the Biden administration.

**David Michaels**
@DavidMi47644829

**Recent** Clear all
("TaxAct") (from:hollycappuc...
("Smith") (from:hollycappucci...
("Washington settlement") (fr...
("Smith-Washington settleme...
("settlement") (from:hollycap...
("kroll") (from:hollycappuccino)
("Kroll") (from:hollycappuccino)

Unveiled (NHL/NHLPA)
LIVE

Trending in United States
**#earthquake**
43.7K posts

Trending in United States
**Genghis Khan**

Entertainment · Trending
**Eddie Murphy**

Politics · Trending
**Ohio**
48.9K posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2025 X Corp.

Post

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

Post

migrants from deportation Tuesday night, rewarding Venezuelan exiles who have been among his most loyal supporters and who fear losing the same privileged access to the White House during the Biden administration.

Trump signed an executive order deferring for 18 months the removal of more than 145,000 Venezuelans who were at risk of being sent back to

15

**Clayton McDonald** @mcmcpacfa · Feb 28, 2024
Problem is Venezuela refuses to take them back. What to do? Send them to fight in Ukraine?

15

**John Attinello** @johnattinello13 · Feb 28, 2024
Put all in planes and send them to the Ukraine

25

**Sandra Callnan** @CallnanSandra · Feb 28, 2024
PROVE IT.
LIAR.

8

**Keith Butler** @keithrbutler · Feb 28, 2024
This is fear mongering of immigrants and is shameful!! Immigrant crime is consistently lower than the general population!! By picking a single example as if somehow typical is disgusting!! Shame on you, Kristi!

8

**Karen Keeler** @KarenKe77226348 · Feb 28, 2024
Deport!

9

**Dorothy Whitaker** @Dorothy18147587 · Feb 28, 2024
Yes and your ancestors were not the best either and yet here we are.

7

**Always Question** @Horsesandstocks · Feb 28, 2024
#MarielBoatlift2

28

**JC™** @JSCINNY · Feb 28, 2024
That's a lie.

8

**David Michaels**
@DavidMi47644829

**Recent** Clear all

("TaxAct") (from:hollycappuc...
("Smith") (from:hollycappucci...
("Washington settlement") (fr...
("Smith-Washington settleme...
("settlement") (from:hollycap...
("kroll") (from:hollycappuccino)
("Kroll") (from:hollycappuccino)

**Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
43.7K posts

Trending in United States
**Genghis Khan**

Entertainment · Trending
**Eddie Murphy**

Politics · Trending
**Ohio**
48.9K posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2025 X Corp.

X

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

**Post**

David Michaels
@DavidMi47644829

---

JC™ @JSCINNY · Feb 28, 2024
That's a lie.

8

Hashem Echad @markeemark920 · Feb 28, 2024
They pulled a Scarface

46

Jewish Space Laser Technician @BigTParker · Feb 28, 2024
Trump kept them here.

Biden resumed deporting them.

Trump Approves Deportation Protections for Venezuelans in U.S. Illegally

From wsj.com

23

DayneKnite @DayneKnite · Feb 28, 2024
Thank you DJT

38

Trump was saved by GOD! #FJB ... @Fat... · Feb 28, 2024
Unfortunately, Venezuela has already stated they will refuse to
accept deportees... we need to send these criminal invaders to
Gitmo

18

Tammy Swanson @TammySw96725525 · Feb 28, 2024
We should fact check your remarks every time you post!

11

Sam Ballard @ballard12_sam · Feb 28, 2024
Another reason for that wall on the Nebraska border. Make
Venezuela pay for it.

12

Vote, Fuckers. @AnalizeThis · Feb 28, 2024
Who were you expecting, Maduro?

15

@CarlosTryidero @CarlosTryidero · Feb 28, 2024
SAY THE CHEATERMOTHER AND WIFE LOOK AT THE MIRROR
CHEATER

7

Bobbie J @BobbieJ1126 · Feb 28, 2024
How will we ever find them all?

37

Ed King @TNCat53 · Feb 28, 2024
GOP DEFINITELY DIDN'T send their best. It's definitely time to send

---

**Recent**    Clear all

Q ("TaxAct") (from:hollycappuc...    ×

Q ("Smith") (from:hollycappuccino...    ×

Q ("Washington settlement") (fr...    ×

Q ("Smith-Washington settleme...    ×

Q ("settlement") (from:hollycap...    ×

Q ("kroll") (from:hollycappuccino)    ×

Q ("Kroll") (from:hollycappuccino)    ×

Unveiled (NHL/NHLPA)
LIVE

Trending in United States
#earthquake
43.7K posts

Trending in United States
Genghis Khan

Entertainment · Trending
Eddie Murphy

Politics · Trending
Ohio
48.9K posts

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More···
© 2025 X Corp.

Document title: (2) Kristi Noem on X: "Venezuela didn't send us their best. They emptied their prisons and sent criminals to America. ER0657 need to start on...
Capture URL: https://x.com/KristiNoem/status/1762650522920652828
Capture timestamp (UTC): Sat, 15 Feb 2025 08:30:59 GMT





Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

How will we ever find them all?

37

**Ed King** @TNCat53 · Feb 28, 2024
GOP DEFINITELY DIDN'T send their best. It's definitely time to send them home.

15

**Margaret Barton (Susie)** @susie_margaret · Feb 28, 2024
Another great strong dedicated and beautiful Governor for the people and the country🇺🇸

19

**Jon Meaders** @MeadersJon · Feb 28, 2024
And yet YOUR mango messiah kisses the a$$ of the Venezuelan leader.

6

**denise rodriguez** @jezabel52 · Feb 28, 2024
You still sleeping with Flynn? Your husband ok with that

5

**TaskMaster** @littleimpressio · Feb 28, 2024
Scotland didn't send their best either hon

10

**Carl Craig** @RedWaveSurfer99 · Feb 28, 2024
Without a doubt. Looking forward to it.

60

**Teddy Roosevelt's Musta...** @mustache_t... · Feb 28, 2024
I loved watching a member of The Lincoln Project say last night on MSNBC that you have absolutely no chance of being the Orange Tumor's VP because of a relationship with a member of his entourage.

He he..ha ha...hello Corey!

17

**Mitch Zawaski** @MitchZawaski · Feb 28, 2024

**David Michaels**
@DavidMi47644829

**Recent** Clear all

("TaxAct") (from:hollycappuc...
("Smith") (from:hollycappucci...
("Washington settlement") (fr...
("Smith-Washington settleme...
("settlement") (from:hollycap...
("kroll") (from:hollycappuccino)
("Kroll") (from:hollycappuccino)

Unveiled (NHL/NHLPA)
LIVE

Trending in United States
**#earthquake**
43.7K posts

Trending in United States
**Genghis Khan**

Entertainment · Trending
**Eddie Murphy**

Politics · Trending
**Ohio**
48.9K posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2025 X Corp.

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

Post

**David Michaels** @DavidMi47644829

entourage.

He he..ha ha...hello Corey!

17

**Mitch Zawaski** @MitchZawaski · Feb 28, 2024

By SABRINA RODRIGUEZ
01/19/2021 09:24 PM EST

President Donald Trump on Tuesday announced he will offer Venezuelan exiles protection from deportation, a move he has considered for years but refused to do until his last full day in office.

Trump is using the little-known Deferred Enforced Departure program, or DED, to offer temporary legal status to Venezuelans fleeing the humanitarian crisis brought on by Nicolás Maduro's regime. DED, similar to Temporary Protected Status or TPS, protects recipients from deportation and allows them to get work permits. However, it is granted directly by the president instead of the Department of Homeland Security.

10

**Guantanamo is open** 👍 @Gracesodapop · Feb 28, 2024
Joe Biden has blood on his hands!!!

44

**Nunya** 🇺🇸🇺🇸🇺🇸 @nano_rjdman · Feb 28, 2024
Joe Biden opened up the border and allowed a massive influx of criminal insane illegal aliens to permeate our neighborhoods.

He more than enabled it, he planned, funded, organized and managed the invasion.

Americans and our families are no longer safe.

#BidensBoys

12

**Jordan Bates** @JordanBate58831 · Feb 28, 2024
Under Trump? His policies! @Eminem

8

**Michele** @ScreamingMemeMe · Feb 28, 2024
Kristi Noem needs to mind her own state! South Dakota it's time to vote this media whore out!

7

**TheBirdisTheWord** @WordBirdis · Feb 28, 2024
SD farms and ranches ARE FULL OF ILLEGAL WORKERS!!!!

**Recent** Clear all

("TaxAct") (from:hollycappuc...
("Smith") (from:hollycappucci...
("Washington settlement") (fr...
("Smith-Washington settleme...
("settlement") (from:hollycap...
("kroll") (from:hollycappuccino)
("Kroll") (from:hollycappuccino)

**Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
43.7K posts

Trending in United States
**Genghis Khan**

Entertainment · Trending
**Eddie Murphy**

Politics · Trending
**Ohio**
48.9K posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2025 X Corp.





Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

David Michaels
@DavidMi47644829

7

**TheBirdisTheWord** @WordBirdis · Feb 28, 2024
SD farms and ranches ARE FULL OF ILLEGAL WORKERS!!!!
5

**willow2008** 🌻 @kwillow2008 · Feb 28, 2024
#MAGACultMorons

**Trump grants Venezuelans temporary legal status on his way out**

The U.S. will defer for 18 months the removal of certain Venezuelan nationals.

Members of the audience wave Venezuelan and American flags as President Donald Trump speaks to a Venezuelan American community in Miami, Fla., on Feb. 18, 2019. | Andrew Harnik/AP Photo

By SABRINA RODRIGUEZ
01/19/2021 09:24 PM EST

6

**Say it to Her face!!!** @Select00001 · Feb 28, 2024
And trump dump let them stay. You ppl are bozos.
#TrumpForPrison2024

GIF

4

**Joe Blowe** @mellett1 · Feb 28, 2024

**Recent** Clear all
("TaxAct") (from:hollycappuc...
("Smith") (from:hollycappucci...
("Washington settlement") (fr...
("Smith-Washington settleme...
("settlement") (from:hollycap...
("kroll") (from:hollycappuccino)
("Kroll") (from:hollycappuccino)

Unveiled (NHL/NHLPA)
LIVE

Trending in United States
**#earthquake**
43.7K posts

Trending in United States
**Genghis Khan**

Entertainment · Trending
**Eddie Murphy**

Politics · Trending
**Ohio**
48.9K posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2025 X Corp.

X
Post
Reply
Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

4

**Joe Blowe** @mellett1 · Feb 28, 2024
I'm pretty sure I saw a Venezuelan drive by my place the other day. I was scared spitless! I'm plenty scared for my kid too. I think that darned Biden must enjoy putting us in danger because he really hates the USA. Am I getting your message right, Madamn Governor?

11

**Harry Watts** @habwatts · Feb 28, 2024
Trying to nail that VP BS huh, you suck and after November, you will be nothing.

3

**Michael McAlister** @MichaelMcA42 · Feb 28, 2024
KristiNoem spreading misinformation and lies!

5

**Verity 4** @verity2x2 · Feb 28, 2024
So rude, since TRUMP invited them and gave them asylum

**Trump grants Venezuelans temporary legal status on his way out**

The U.S. will defer for 18 months the removal of certain Venezuelan nationals.

Members of the audience wave Venezuelan and American flags as President Donald Trump speaks to a Venezuelan American community in Miami, Fla., on Feb. 18, 2019. | Andrew Harnik/AP Photo

By SABRINA RODRIGUEZ
01/19/2021 09:24 PM EST

9

**TheTruthSayer** @TheSayer42119 · Feb 29, 2024
Due process you unconstitutional idiot

2

**JohnG1290** @johng1290 · Feb 28, 2024

**David Michaels**
@DavidMi47644829

**Recent** Clear all

("TaxAct") (from:hollycappuc...
("Smith") (from:hollycappucci...
("Washington settlement") (fr...
("Smith-Washington settleme...
("settlement") (from:hollycap...
("kroll") (from:hollycappuccino)
("Kroll") (from:hollycappuccino)

**Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
43.7K posts

Trending in United States
**Genghis Khan**

Entertainment · Trending
**Eddie Murphy**

Politics · Trending
**Ohio**
48.9K posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2025 X Corp.

Grok



Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

**Post**

Trump grants Venezuelans temporary legal status on his way out

From politico.com

**Christina F** @Christi62372927 · Feb 28, 2024
Correct me if I am wrong, but didn't Trump approve temporary legal status for those who fled Venezuela and entered our country illegally on the last day he was in office in 2021? Wouldn't that imply that Trump invited in the man who then committed murder in GA?

6

**CBunny** @EH_CBunny · Feb 28, 2024
#RACIST

6

**Michele F** @michele86093736 · Feb 28, 2024

GOVERNOR CUM DUMP

8

**JadedB** @JadedB · Feb 28, 2024
Try again, loser. #WompWomp

The U.S. will defer for 18 months the removal of certain Venezuelan nationals. President Donald Trump on Tuesday announced he will offer Venezuelan exiles protection from deportation, a move he has considered for years but refused to do until his last full day in office.
Jan 19, 2021

Politico
https://www.politico.com › news › 2021/01/19 › trump...

Trump grants Venezuelans temporary legal status on his way ...

9

**SDH** @SDWoman62 · Feb 28, 2024
Meanwhile in South Dakota, a Republican candidate can stay get (allegedly) SD Republican party to provide bail money AND get vote, all while being charged and convicted with the rape of his adopted

**David Michaels**
@DavidMi47644829

**Recent**                    Clear all

("TaxAct") (from:hollycappucc...   ✕

("Smith") (from:hollycappucci...  ✕

("Washington settlement") (fr...  ✕

("Smith-Washington settleme...   ✕

("settlement") (from:hollycap...  ✕

("kroll") (from:hollycappuccino)  ✕

("Kroll") (from:hollycappuccino)  ✕

Unveiled (NHL/NHLPA)
LIVE

Trending in United States
**#earthquake**
43.7K posts

Trending in United States
**Genghis Khan**

Entertainment · Trending
**Eddie Murphy**

Politics · Trending
**Ohio**
48.9K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.



Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

**SDH** @SDWoman62 · Feb 28, 2024
Meanwhile in South Dakota, a Republican candidate can stay get (allegedly) SD Republican party to provide bail money AND get vote, all while being charged and convicted with the rape of his adopted daughter.

From listen.sdpb.org

1 · 73

**Douglas Wiegand** @Eeelpout · Feb 28, 2024
And you evidence of such an outlandish claim is? Why didn't you complain when Trump on his last day in office suspended deportations of all those criminals? You are such a lying hypocrite.

8

**Kari Brooks** @ibphotokari · Feb 29, 2024
More fearmongering

POLITIFACT

IF YOUR TIME IS SHORT

- The Department of Homeland Security did not confirm the existence of an "intelligence report" about Venezuela sending criminals to the southern U.S. border. The claim originated with a Breitbart News article that cited an unnamed Customs and Border Protection source.
- PolitiFact was unable to find any evidence of the report's existence or any proof that Venezuela is taking those actions.

6

**janicepeterson1123@gmail.c...** @weedbl... · Feb 28, 2024
Oh please Ms Noem spare me your self righteous bullshit. Show me the facts based on your claim. If you aren't able to back up your claim that Venezuela emptied their prisons and purposely sent people here then shut the fuck up.

1 · 10

**Eric** @edresq92 · Feb 28, 2024
Which explains why Trump created 11th hour amnesty for Venezuelans in January 2021?

**David Michaels**
@DavidMi47644829

**Recent** Clear all

("TaxAct") (from:hollycappuc...
("Smith") (from:hollycappucci...
("Washington settlement") (fr...
("Smith-Washington settleme...
("settlement") (from:hollycap...
("kroll") (from:hollycappuccino)
("Kroll") (from:hollycappuccino)

Unveiled (NHL/NHLPA)
LIVE

Trending in United States
**#earthquake**
43.7K posts

Trending in United States
**Genghis Khan**

Entertainment · Trending
**Eddie Murphy**

Politics · Trending
**Ohio**
48.9K posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2025 X Corp.





Post

people here then shut the fuck up.

1 · 10

**Eric** @edresq92 · Feb 28, 2024
Which explains why Trump created 11th hour amnesty for Venezuelans in January 2021?

1 · 12

**WhoAreWe** @tropicalswell · Feb 28, 2024
👎👍👎👎

7

**Rem 2000 & 2016** @Rem2000 · Feb 28, 2024
Is Corey Lewandowski the best you can do, Sweetie? Many Venezuelans I've spoken to are seeking better lives. Are you looking for a more risqué relationship, Kristi?

nypost.com
Trump donor files police report accusing Core...
Trashelle Odom, a prominent Trump campaign donor, said that Lewandowski made several ...

1 · 25

**🟧TJ_TX_LA** @747_TJ · Feb 28, 2024
Says the political hack that has done nothing to help the US government stop this!

2

**ThatOneGuy** @DOGGO525 · Feb 28, 2024
Neither did Colorado.

4

**Wes Rupert** @rupert_wes · Feb 28, 2024
Magats ban more people than they embrace. Wonder why they lost in 2020, 2022?

6

**Victor Rodriguez** @VictorR48801957 · Feb 28, 2024
Democrats didn't learn with ms13. So I guess their mentally challenged. Why are they in power?? Oh yeah, brainwashed useful idiots.

4

**Michael Auerbach** @auerbachaz · Feb 28, 2024
@KristiNoem sure sounded like a VP nominee speech.
Go Kristi

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

**David Michaels**
@DavidMi47644829

Search

**Recent** Clear all
("TaxAct") (from:hollycappuc...
("Smith") (from:hollycappucci...
("Washington settlement") (fr...
("Smith-Washington settleme...
("settlement") (from:hollycap...
("kroll") (from:hollycappuccino)
("Kroll") (from:hollycappuccino)

**Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
43.7K posts

Trending in United States
**Genghis Khan**

Entertainment · Trending
**Eddie Murphy**

Politics · Trending
**Ohio**
48.9K posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ...
© 2025 X Corp.

Post

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

Post

David Michaels
@DavidMi47644829

**Michael Auerbach** @auerbachaz · Feb 28, 2024
@KristiNoem sure sounded like a VP nominee speech.
Go Kristi

7

**Trick_Or_Tweet** @wet_mogwai · Mar 1, 2024

**I Smoked The Kansas Cit...** @BlackKni... · Feb 25, 2024
That immigrant was Venezuelan and guess how he got here
x.com/My_comments_R/...

**Trump grants Venezuelans temporary legal status on his way out**

The U.S. will defer for 18 months the removal of certain Venezuelan nationals.

Members of the audience wave Venezuelan and American flags as President Donald Trump speaks to a Venezuelan American community in Miami, Fla., on Feb. 18, 2019. | Andrew Harnik/AP Photo

By SABRINA RODRIGUEZ
01/19/2021 09:24 PM EST

7

**OldLadyInAZ** 🌵🇺🇦🇺🇸 @HappyAZLady · Feb 29, 2024
Like these Venezuelans that your orange stinky criminal kept from being deported?

AP
Israel-Hamas war Flaco the owl dies Trump

Donald Trump shielded tens of thousands of Venezuelan migrants from deportation Tuesday night, rewarding Venezuelan exiles who have been among his most loyal supporters and who fear losing the same privileged access to the White House during the Biden administration.

Trump signed an executive order deferring for 18 months the removal of more than 145,000

Search

**Recent** Clear all

("TaxAct") (from:hollycappuc...
("Smith") (from:hollycappucci...
("Washington settlement") (fr...
("Smith-Washington settleme...
("settlement") (from:hollycap...
("kroll") (from:hollycappuccino)
("Kroll") (from:hollycappuccino)

Unveiled (NHL/NHLPA)
LIVE

Trending in United States
**#earthquake**
43.7K posts

Trending in United States
**Genghis Khan**

Entertainment · Trending
**Eddie Murphy**

Politics · Trending
**Ohio**
48.9K posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2025 X Corp.



**Recent**          Clear all

Q  ("TaxAct") (from:hollycappuc...  ×

Q  ("Smith") (from:hollycappucci...  ×

Q  ("Washington settlement") (fr...  ×

Q  ("Smith-Washington settleme...  ×

Q  ("settlement") (from:hollycap...  ×

Q  ("kroll") (from:hollycappuccino)  ×

Q  ("Kroll") (from:hollycappuccino)  ×

privileged access to the White House during the Biden administration.

Trump signed an executive order deferring for 18 months the removal of more than 145,000 Venezuelans who were at risk of being sent back to their crisis-wracked homeland. He cited the "deteriorative condition" within Venezuela that constitutes a national security threat as the basis for his decision.

"America remains a beacon of hope and freedom for many, and now eligible

**Y-Man** @ty_mandividend · Feb 28, 2024

By SABRINA RODRIGUEZ
01/19/2021 09:24 PM EST

President Donald Trump on Tuesday announced he will offer Venezuelan exiles protection from deportation, a move he has considered for years but refused to do until his last full day in office.

Trump is using the little-known Deferred Enforced Departure program, or DED, to offer temporary legal status to Venezuelans fleeing the humanitarian crisis brought on by Nicolás Maduro's regime. DED, similar to Temporary Protected Status or TPS, protects recipients from deportation and allows them to get work permits. However, it is granted directly by the president instead of the Department of Homeland Security.

**Nanette Price** @nanetteprice71 · Feb 28, 2024
Jan 19, 2021 · President Donald Trump has shielded tens of thousands of Venezuelan migrants from deportation from the U.S. The order signed Tuesday night was a final reward for Venezuelan exiles.

**Bob Schwab** @BobSchwab7 · Feb 28, 2024
So original. Fear and hatred is all you have to sell. Did Corey give you this idea?

**David Michaels**
@DavidMi47644829

Unveiled (NHL/NHLPA)
LIVE

Trending in United States
**#earthquake**
43.7K posts

Trending in United States
**Genghis Khan**

Entertainment · Trending
**Eddie Murphy**

Politics · Trending
**Ohio**
48.9K posts

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2025 X Corp.





Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

David Michaels
@DavidMi47644829

8

**Ken Atwood** @cabmanbxr · Feb 28, 2024
You've kissed the Orange Moron's diapered ass for ages. You encourage loser racists and white nationalists to come here. Traitor Tot, you're as someone else said, a true show pony. Trash personified.
Hungry schoolkids? You don't care. Can't wait until you're GONE.

8

**Christopher Himsl** @christo28213184 · Feb 29, 2024
Here are your criminals.
What happened to the America of
"Give me your tired, your poor,
your huddle masses yearning to breathe free . . ."

How & when did your family get here?

10

**Scott Zoller** @ScottZoller · Feb 28, 2024
Your undying devotion to your cult leader Daffy Donnie will be your downfall.

6

**wi_dust_nd** @wi_dust_nd · Feb 28, 2024

Jo @JoJoFromJerz · Feb 27, 2024
Hey @GOP — YOU killed the bipartisan border bill YOU asked for because Trump told YOU to.
Can't pin this shit on Biden.

**Recent** Clear all
("TaxAct") (from:hollycappuc...
("Smith") (from:hollycappucci...
("Washington settlement") (fr...
("Smith-Washington settleme...
("settlement") (from:hollycap...
("kroll") (from:hollycappuccino)
("Kroll") (from:hollycappuccino)

Unveiled (NHL/NHLPA)
LIVE

Trending in United States
**#earthquake**
43.7K posts

Trending in United States
**Genghis Khan**

Entertainment · Trending
**Eddie Murphy**

Politics · Trending
**Ohio**
48.9K posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2025 X Corp.

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

David Michaels
@DavidMi47644829

Jo @JoJoFromJerz · Feb 27, 2024
Hey @GOP — YOU killed the bipartisan border bill YOU asked for because Trump told YOU to.
Can't pin this shit on Biden.
YOU the border now.

GOP @GOP
Follow

Americans now view the border crisis as the most important problem facing the country.

Biden created the crisis through his executive actions, and he refuses to end it by reversing them.

From news.gallup.com

5

YachatsSteve @stevepaul59 · Feb 28, 2024
Gee willikers Hypocrisy Hussy! What makes you think that your dude is worthy of anything but scorn. You are the party of no shame.

DAILY NEWS
NEW YORK'S HOMETOWN NEWSPAPER
EXCLUSIVE: BETRAYED HEROES TO PROMOTE SELF
TRUMP'S 9/11 LIE
Bragged about donating to victims' charities, but actually gave nothing
PAGES 4,5,6,7

3 39

YachatsSteve @stevepaul59 · Feb 28, 2024
x.com/badbradrsr/sta...

2 38

Recent Clear all
("TaxAct") (from:hollycappuc...
("Smith") (from:hollycappucci...
("Washington settlement") (fr...
("Smith-Washington settleme...
("settlement") (from:hollycap...
("kroll") (from:hollycappuccino)
("Kroll") (from:hollycappuccino)

Unveiled (NHL/NHLPA)
LIVE

Trending in United States
#earthquake
43.7K posts

Trending in United States
Genghis Khan

Entertainment · Trending
Eddie Murphy

Politics · Trending
Ohio
48.9K posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2025 X Corp.





Post

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

**YachatsSteve** @stevepaul59 · Feb 28, 2024
x.com/badbradrsr/sta...
2 · 38

**Bandele Ganiyu** @BandeleGaniyu · Feb 28, 2024
Fox News is not a credible reliable source they were sued for lying to Americans admitted lying and settled for $787.5Mil. #kristinoem #SouthDakota supports a con man, fraud and a rapist. Went to kiss his ring in Florida.

Fox News @FoxNews · Feb 26
Venezuelan migrant illegally in US charged for sexual assault against minor in Virginia trib.al/QAZBOdQ

6:26 PM · Feb 27, 2024 · 61.7K Views

This part

01/2021

CARACAS, Venezuela (AP) — With the clock winding down on his term, U.S. President Donald Trump shielded tens of thousands of Venezuelan migrants from deportation Tuesday night, rewarding Venezuelan exiles who have been among his most loyal supporters and who fear losing the same privileged access to the White House during the Biden administration.

Trump signed an executive order deferring for 18 months the removal of more than 145,000 Venezuelans who were at risk of being sent back to their crisis-wracked

15

**Mandy** @Mandy04771043 · Feb 28, 2024

6

**Rick** @Rick56561940 · Feb 28, 2024
This government in charge right now in America is absolutely evil. Wake up, everybody -TRUMP 2024
24

**Alan Harvey** @kleinbattle · Feb 28, 2024
There she is! Gotta deflect from YOUR party sinking the immigration fix favored by the Border Patrol. Demagog away, Kristi. Can't fund Ukraine, the star witness in the Hunter Biden probe was a Russian asset. That's the truth. Y'all are really stupid or you're complicit, or both.
5

**David Michaels**
@DavidMi47644829

Recent Clear all
("TaxAct") (from:hollycappuc...
("Smith") (from:hollycappucci...
("Washington settlement") (fr...
("Smith-Washington settleme...
("settlement") (from:hollycap...
("kroll") (from:hollycappuccino)
("Kroll") (from:hollycappuccino)

Unveiled (NHL/NHLPA)
LIVE

Trending in United States
**#earthquake**
43.7K posts

Trending in United States
**Genghis Khan**

Entertainment · Trending
**Eddie Murphy**

Politics · Trending
**Ohio**
48.9K posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2025 X Corp.

Grok

fix favored by the Border Patrol. Demagog away, Kristi. Can't fund Ukraine, the star witness in the Hunter Biden probe was a Russian asset. That's the truth. Y'all are really stupid or you're complicit, or both.

**Bill Watkins** @TravelingPoet1 · Feb 28, 2024
Scapegoating migrants while our own citizens remain gun sick.

**Number of mass shootings in the United States between 1982 and December 2023, by shooter's race or ethnicity**

| | |
|---|---|
| White | 80 |
| Black | 26 |
| Latino | 12 |
| Asian | 10 |
| Other | 5 |
| Native American | 3 |

**Wayne Rice** @wrice99 · Feb 28, 2024
We have to thank Donnie for allowing Putin to interfere in Venezuela's affairs which caused the exodus into the US. We need to understand why people flee their countries.

**Wayne Rice** @wrice99 · Feb 28, 2024

Trump grants Venezuelans temporary legal status on his way out

From politico.com

**VHS - Brim$ton3** 💀 @Brimstone_NYC · Feb 28, 2024
Why wait? Start now!

**White Mamba** ✓ @vipersnke · Feb 28, 2024
Warned years ago it was coming.
Flipping hemispheres. #GlobalEquity

**David Michaels**
@DavidMi47644829

**Recent**    Clear all

Q ("TaxAct") (from:hollycappuc...  ✕
Q ("Smith") (from:hollycappuccino...  ✕
Q ("Washington settlement") (fr...  ✕
Q ("Smith-Washington settleme...  ✕
Q ("settlement") (from:hollycap...  ✕
Q ("kroll") (from:hollycappuccino...  ✕
Q ("Kroll") (from:hollycappuccino)  ✕

Unveiled (NHL/NHLPA)
LIVE

Trending in United States
**#earthquake**
43.7K posts

Trending in United States
**Genghis Khan**

Entertainment · Trending
**Eddie Murphy**

Politics · Trending
**Ohio**
48.9K posts

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2025 X Corp.

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

**White Mamba** @vipersnke · Feb 28, 2024
Warned years ago it was coming.
Flipping hemispheres. #GlobalEquity
20

**whyohwhy** @ohwhyohwhy22 · Feb 28, 2024
You lie worse than you cheat on your hubby
10

**Tom Donald** @TomDona47629830 · Feb 28, 2024
Must elevate the consequences for criminal behavior.
3

**David Govostes** @DaveWoburn · Feb 28, 2024
China loves liberal Democrats
11

**Porky the Pig** @porky626 · Feb 28, 2024

New York Post
@nypost

SD Gov. Kristi Noem having affair with Trump aide Corey Lewandowski, sources say: 'He's 100% banging her' trib.al/YwSTHQl

21

**Sam Lopez** @miraflores1962 · Feb 28, 2024
You fit right in! The lowest of the low.

**Recent** Clear all

("TaxAct") (from:hollycappuc...
("Smith") (from:hollycappucci...
("Washington settlement") (fr...
("Smith-Washington settleme...
("settlement") (from:hollycap...
("kroll") (from:hollycappuccino)
("Kroll") (from:hollycappuccino)

Unveiled (NHL/NHLPA)
LIVE

Trending in United States
**#earthquake**
43.7K posts

Trending in United States
**Genghis Khan**

Entertainment · Trending
**Eddie Murphy**

Politics · Trending
**Ohio**
48.9K posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2025 X Corp.

**David Michaels**
@DavidMi47644829



Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

Post

David Michaels
@DavidMi47644829

2

**Peace thru Pets** @DroppyEars · Feb 28, 2024
Republicans are better at whining than actually solving problems.

5

**MichiganRocks** @michigan4season · Feb 28, 2024
Just like Trump said.

6

**Peeoveroh** @theravenking00 · Feb 29, 2024
And now they don't want them deported back. Well I say too bad. Give them a helicopter ride 😉

Venezuela Stops the US From Deporting Violent Criminals

9

**Joseph** @jagdbs · Feb 28, 2024
His prison term?

Joe could arrange that

## Recent

Clear all

("TaxAct") (from:hollycappuc...
("Smith") (from:hollycappucci...
("Washington settlement") (fr...
("Smith-Washington settleme...
("settlement") (from:hollycap...
("kroll") (from:hollycappuccino)
("Kroll") (from:hollycappuccino)

Unveiled (NHL/NHLPA)
LIVE

Trending in United States
**#earthquake**
43.7K posts

Trending in United States
**Genghis Khan**

Entertainment · Trending
**Eddie Murphy**

Politics · Trending
**Ohio**
48.9K posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2025 X Corp.



Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

Post

His prison term?

Joe could arrange that

19

**Joseph** @jagdbs · Feb 28, 2024
You just disparaged a whole country

You have lost any moral ground you might have had

19

**Sweep the Leg** @SweepTheLeg45 · Feb 28, 2024
Yesssssssss!

10

Show probable spam

**David Michaels**
@DavidMi47644829

**Recent** Clear all

("TaxAct") (from:hollycappuc...
("Smith") (from:hollycappucci...
("Washington settlement") (fr...
("Smith-Washington settleme...
("settlement") (from:hollycap...
("kroll") (from:hollycappuccino)
("Kroll") (from:hollycappuccino)

Unveiled (NHL/NHLPA)
LIVE

Trending in United States
**#earthquake**
43.7K posts

Trending in United States
**Genghis Khan**

Entertainment · Trending
**Eddie Murphy**

Politics · Trending
**Ohio**
48.9K posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2025 X Corp.

# EXHIBIT 3

**Home**

**Explore**

**Notifications**

**Messages**

**Grok**

**Lists**

**Bookmarks**

**Jobs**

**Communities**

**Premium**

**Verified Orgs**

**Profile**

**More**

**Post**

David Michaels
@DavidMi47644829

**Kristi Noem** ✓
@KristiNoem

Countries like Venezuela are emptying their prisons, their mental institutions, and sending them to America.

The White House is facilitating this invasion. They're doing it on purpose. Joe Biden could stop it — but he hasn't.

PIERRE, SD

SUPER TUESDAY EXPECTED TO SET UP PRESIDENTIAL REMATCH BETWEEN BIDEN & TRUMP

CBS NEWS | AMERICA DECIDES | DONALD TRUMP | ✓ PROJECTED WINNER
NORTH CAROLINA REP PRIMARY
DOWNLOAD THE CBS NEWS APP FOR LIVE ELECTION RESULTS

11:01 PM · Mar 6, 2024 · **265.2K** Views

💬 998          🔁 3K          ♡ 9.7K          🔖 83          ⬆️

Post your reply                    **Reply**

**Starfish** @StarfishLBK · Mar 6, 2024
Please sue them. I'm hoping my @GovRonDeSantis governor will sue as well. Catholic Charities, Jewish Federation, Lutheran Social services must answer for assisting in mass trafficking of children.

💬 1          🔁          ♡ 4          📊 201          🔖 ⬆️

**megourd1967** ✓ @megourd1967 · Mar 6, 2024
South Dakota, you have a great governor!

💬 20          🔁          ♡ 59          📊 2.2K          🔖 ⬆️

**Gerardo de la Fuente †** ✓ @GdelaFuenteMTY · Mar 6, 2024
Same that Cuba un Mariel.

💬          🔁          ♡ 1          📊 218          🔖 ⬆️

**LAURENCE2A** @a_LAURENCE2A · Mar 6, 2024
Serious Hottie.

💬 3          🔁          ♡ 2          📊 256          🔖 ⬆️

**Svetti Bolz** 🇺🇸 ✓ @NOApologiesMAGA · Mar 6, 2024
The Mariel Boatlift ended Jimmy Carter's career. What's happening now is one hundred times worse.

💬 1          🔁          ♡ 3          📊 151          🔖 ⬆️

**Tatted Merica** ✓ @nottodaylibs · Mar 6, 2024
You're an amazing Governor ma'am, and will be an amazing VP.

💬 7          🔁 3          ♡ 7          📊 866          🔖 ⬆️

**xSimon Wu** ✓ @sisisimon · Mar 6, 2024
Yup!  So we have to deal with Venezuela's problems.  I pray 🙏 things will get better!

💬 3          🔁          ♡ 8          📊 1.1K          🔖 ⬆️

**Relevant people**

**Kristi Noem** ✓
@KristiNoem                    **Follow**

Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

**What's happening**

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
43.8K posts

Trending in United States
**Isagi**
7,340 posts

Trending in United States
**Malibu**
8,221 posts

Politics · Trending
**Ohio**
49K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.

Document title: (2) Kristi Noem on X: "Countries like Venezuela are emptying their prisons, their mental institutions, and sending them... The White Hous...
Capture URL: https://x.com/KristiNoem/status/1765513039795601862
Capture timestamp (UTC): Sat, 15 Feb 2025 08:33:56 GMT

ER0675

Page 1 of 29

# X

- **Home**
- **Explore**
- **Notifications**
- **Messages**
- **Grok**
- **Lists**
- **Bookmarks**
- **Jobs**
- **Communities**
- **Premium**
- **Verified Orgs**
- **Profile**
- **More**

**Post**

**xSimon Wu** @sisisimon · Mar 6, 2024
Yup!  So we have to deal with Venezuela's problems.  I pray 🙏
things will get better!
💬 3    🔁    ♡ 8    📊 1.1K    🔖 ⬆️

**Thomas Matthew** @twittah98058656 · Mar 6, 2024
Treason? Yup!
💬    🔁    ♡ 1    📊 85    🔖 ⬆️

**52.8 million** @happygilmo17232 · Mar 6, 2024
God you're hawt!!!
💬 2    🔁    ♡ 1    📊 179    🔖 ⬆️

**So Tired** @SoTiredOfficial · Mar 6, 2024
😡
💬    🔁    ♡ 1    📊 829    🔖 ⬆️

**Heartgirl0316** @Heartgirl0316 · Mar 6, 2024
Read and weep you distrusting gaslighter ! America is not stupid !

🏛️ **House Judiciary Dems** @HouseJudiciary · Mar 6, 2024
.@RepSwalwell to House GOP: You get a border bill from the
second most conservative member of the Senate. You oppose it
because Trump opposes it. He opposes it because he wants to be
president because he has 91 felony counts that he's facing. And
those go away if he's president.

▶️

💬 1    🔁    ♡ 1    📊 40    🔖 ⬆️

**ShanghaiOG** @Shinpath · Mar 6, 2024
Good. Freedom-lovers coming!
💬    🔁    ♡    📊 99    🔖 ⬆️

**mj** @jensen_49 · Mar 6, 2024
Your gop candidate loves the Venezuelan president.  You are such an
idiot
💬    🔁    ♡    📊 21    🔖 ⬆️

**YachatsSteve**🏴󠁧󠁢󠁳󠁣󠁴󠁿 @stevepaul59 · Mar 6, 2024
That immigrant might have more skills than this family man. (Think
Elon) You have family members on the taxpayer backs and one that
probably lobbies with pharmaceutical (thus your cannabis
shenanigans). Hypocrisy Hussy is really earning that moniker
recently.

In 2019, Jayson Boebert had no income.
In 2020, after Lauren was elected, he was
hired by Terra Energy Partners and paid an
annual fee of $460,000. Terra has a heavy

**David Michaels**
@DavidMi47644829

## Relevant people

**Kristi Noem** ✓
@KristiNoem     **Follow**
Wife, mother, grandma, farmer,
rancher, and small business owner.
Secretary of the U.S. Department
of Homeland Security. Former
Governor of South Dakota.

## What's happening

**4 Nations Face-Off:
Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
43.8K posts

Trending in United States
**Isagi**
7,340 posts

Trending in United States
**Malibu**
8,221 posts

Politics · Trending
**Ohio**
49K posts

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.

X

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

**Post**

In 2019, Jayson Boebert had no income. In 2020, after Lauren was elected, he was hired by Terra Energy Partners and paid an annual fee of $460,000. Terra has a heavy presence in Lauren Boebert's district.

When can we expect a congressional investigation into this matter?

💬 1    🔁 1    ♡ 4    📊 61    🔖 ⬆

**cindylouW.H.O.** @gldimhere · Mar 6, 2024
WTF is living in your hair?

💬    🔁    ♡    📊 25    🔖 ⬆

**Steve** @StopWokeInsane · Mar 6, 2024
Decent citizens need a leader with the cash & power to match Soros. We don't need a politician! We need a General for a CW.

💬    🔁    ♡    📊 52    🔖 ⬆

**Marc** @kmbsdusa · Mar 6, 2024
Freedumb spewing her bullshit.

💬    🔁    ♡ 1    📊 16    🔖 ⬆

**Adalberto Perez** @Adalber68692499 · Mar 6, 2024
And of course they're heading straight to South Dakota among a population that only speaks English, unable to hide in a sea of pale faces.

💬    🔁    ♡    📊 51    🔖 ⬆

**nd beef** @beef_nd · Mar 6, 2024
U could kick summit the fuck outta SD but u slut would rather take bribes..hows Corey??

💬    🔁    ♡    📊 20    🔖 ⬆

**A Person Who Thinks For The...** ✓ @dwi... · Mar 7, 2024
This is "The Cloward-Piven Strategy". It is a plan they have been working on for quite some time. We are seeing an acceleration because I think they fear we may wake up and stop it before they pull it off. Oh and if you look that up... don't bother with the wiki post for it.
Show more

💬    🔁    ♡ 11    📊 931    🔖 ⬆

**Marcus Jones** @MarcusJ62576875 · Mar 6, 2024
Sad part is it's all because of GREED

💬    🔁    ♡ 1    📊 102    🔖 ⬆

**Utah Moderate** 🇨🇦 🇺🇦 @LJRK0909 · Mar 7, 2024

**David Michaels**
@DavidMi47644829

## Relevant people

**Kristi Noem** ✓
@KristiNoem     **Follow**
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## What's happening

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
43.8K posts

Trending in United States
**Isagi**
7,340 posts

Trending in United States
**Malibu**
8,221 posts

Politics · Trending
**Ohio**
49K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.

**X**

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

**Post**

**Marcus Jones** @MarcusJ62576875 · Mar 6, 2024
Sad part is it's all because of GREED

💬    ♡ 1    102

**Utah Moderate** 🍁 🟦 @LJRK0909 · Mar 7, 2024
First, none of this is true. Second, you fail to mention your orange idol gave Venezuelans a pass on coming here in order to escape the mess in their country.

💬    ⟲    ♡    7    🔖 ⬆️

**David Valade(he/his/him-il/le/lui)...** @Dav... · Mar 7, 2024
Liar. #factsmatter Try one or two sometime.

💬    ⟲    ♡    8    🔖 ⬆️

**Peace&Good**🌻 @Jmduhnke · Mar 7, 2024
Nope, they're NOT! Prove it!

💬    ⟲    ♡    11    🔖 ⬆️

**DaveStirek** @57555ds · Mar 7, 2024
Show some proof!!! Or STFU with trumps lies!!!

💬    ⟲    ♡    2    🔖 ⬆️

**Alison Kostas** @AlisonKostas · Mar 7, 2024
You're a total POS to spew this nonsense as you KNOW its a lie.

💬    ⟲    ♡    3    🔖 ⬆️

**Glenn McSparin** @glennm52 · Mar 7, 2024
Stop posting ur fucking lies and with no proof!! Psycho bitch!

💬    ⟲    ♡    3    🔖 ⬆️

**Lieutenant Dan** 🌀 @doody405 · Mar 7, 2024
This is what happens when you elect a bimbo to be your governor.

💬    ⟲    ♡    8    🔖 ⬆️

**😈Castiel Crowley😈🥀🇨🇺🇺🇦🇻🇪** @reinasdada · Mar 7, 2024
You're such a reprehensible, sorry excuse of a human being. Calling you human is a real stretch.  GFY

💬    ⟲    ♡    8    🔖 ⬆️

**Tari** @Beantari · Mar 8, 2024
What a load of nonsense. Begone!

💬    ⟲    ♡    6    🔖 ⬆️

**Cee** @DPolitics1 · Mar 7, 2024
Yup Biden wants ex cons and mental patients from other countries here bc that helps him politically.....its stupid when u say it out loud lol.
GOP motto....be afraid...be very afraid.

💬    ⟲    ♡    1    2    🔖 ⬆️

**armand** @ArmamdT · Mar 7, 2024
When they get here, we will bus them right up to you in South Dakota!
But you're another idiot that can't think of shit on your own! Like a good little girl, you repeat what trump says.
But just remember that we only like young girls like Ivanka! He grabbed her ass the other day!

💬    ⟲    ♡    4    🔖 ⬆️

**David Michaels** @DavidMi47644829

**Yuri** @YuriHuff82 · Mar 7, 2024
I'm Venezuelan, you are 100% right. The independent journalist in South America have been reporting this for the last 6  month to a

**Relevant people**

**Kristi Noem** ✓
@KristiNoem
**Follow**
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

**What's happening**

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
#earthquake
43.8K posts

Trending in United States
Isagi
7,340 posts

Trending in United States
Malibu
8,221 posts

Politics · Trending
Ohio
49K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.

X

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

**Post**

**Yuri** @YuriHuff82 · Mar 7, 2024
I'm Venezuelan, you are 100% right. The independent journalist in South America have been reporting this for the last 6 month to a year.

14

**paul senez** @paul_senez · Mar 8, 2024
And you have reams of evidence that you are prepared to share to substantiate your claims?

9

**Grizliz⚡** @Grizliz1 · Mar 7, 2024
@CommunityNotes

1     54

**Blue Bird** @BlueBir80680931 · Mar 7, 2024
True

1     26

**JB** @JBeverly28 · Mar 7, 2024
Worked when Castro did it

1     48

**Rev Miguel A Rivera** @MiguelReverend · Mar 7, 2024
False misleading wrong information

34

**Susanne Weber** @Susanne44580497 · Mar 7, 2024
Of course that's not true, but the right has to amp up fake fear so you think they're here to protect you. Ridiculous!  They're here to CONTROL YOU!



2023 MAJOR ACCOMPLISHMENTS
*of the Biden-Harris Administration*

1     10

**PopcornTV** @PopcornTV999 · Mar 6, 2024
1000%

24

**David Michaels**
@DavidMi47644829

**Relevant people**

**Kristi Noem** ✓
@KristiNoem

Follow

Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

**What's happening**

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
43.8K posts

Trending in United States
**Isagi**
7,340 posts

Trending in United States
**Malibu**
8,221 posts

Politics · Trending
**Ohio**
49K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2025 X Corp.

**Yuri** @YuriHuff82 · Mar 7, 2024
I'm Venezuelan, you are 100% right. The independent journalist in South America have been reporting this for the last 6 month to a year.

14

**paul senez** @paul_senez · Mar 8, 2024
And you have reams of evidence that you are prepared to share to substantiate your claims?

9

**Grizliz⚡** @Grizliz1 · Mar 7, 2024
@CommunityNotes

1    54

**Blue Bird** @BlueBir80680931 · Mar 7, 2024
True

1    26

**JB** @JBeverly28 · Mar 7, 2024
Worked when Castro did it

1    48

**Rev Miguel A Rivera** @MiguelReverend · Mar 7, 2024
False misleading wrong information

34

**Susanne Weber** @Susanne44580497 · Mar 7, 2024
Of course that's not true, but the right has to amp up fake fear so you think they're here to protect you. Ridiculous! They're here to CONTROL YOU!

### 2023 MAJOR ACCOMPLISHMENTS of the Biden-Harris Administration

- **TACKLED INFLATION & LOWERED COSTS**
- **TACKLED THE CLIMATE CRISIS**
- **INVESTED IN AMERICA & CREATED GOOD JOBS**
- **PROTECTED ACCESS TO REPRODUCTIVE HEALTH CARE**
- **MADE AMERICA SAFER FROM GUN VIOLENCE**
- **MADE HIGHER EDUCATION MORE AFFORDABLE**
- **STRENGTHENED DEMOCRACY AT HOME AND ABROAD**
- **CONFIRMED HIGHLY QUALIFIED JUDGES**

1    10

**PopcornTV** @PopcornTV999 · Mar 6, 2024
1000%

24

Relevant people

**Kristi Noem** ✓
@KristiNoem                    Follow
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

What's happening

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
43.8K posts

Trending in United States
**Isagi**
7,340 posts

Trending in United States
**Malibu**
8,221 posts

Politics · Trending
**Ohio**
49K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2025 X Corp.

**David Michaels**
@DavidMi47644829

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

**Post**



**SDH** @SDWoman62 · Mar 6, 2024
@GovKristiNoem starring in The Real Housewives of MAGA....

♡ 4      ilil 119

**YachatsSteve** 🇺🇸🐻 @stevepaul59 · Mar 6, 2024
Cruelty has no borders. You MFs are everywhere. Shucks.

**Damaan, AKA "Philly's Fine...** @Damaan4... · Mar 6, 2024
Who agrees cruelty has no borders? 🤚🏾🤚🏾🤚🏾

Who is this man? He helped evict a lady in her 60's with stag'e 4 ovarian cancer from her home. This is England!

♡ 1      ilil 50

**Democrat Rick** ✔ @DemocratRick12 · Mar 6, 2024
Citation on this claim?

💬 12      ♡ 45      ilil 1.6K

**Suk Medic** @SukMedic2 · Mar 7, 2024
Didn't Castro do this in the 1980s?  Yeah. And taxpayers foot the bill to house them for decades.
History repeats it's self because dumbasses didnt learn the first time.

💬       ♡       ilil 2

**Joy TR** 🇺🇸🇩🇪 @jayhawkjoy · Mar 7, 2024

**David Michaels** @DavidMi47644829

**Relevant people**

**Kristi Noem** ✔
@KristiNoem                    **Follow**
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

**What's happening**

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
43.8K posts

Trending in United States
**Isagi**
7,340 posts

Trending in United States
**Malibu**
8,221 posts

Politics · Trending
**Ohio**
49K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2025 X Corp.



History repeats it's self because dumbasses didnt learn the first time.

💬  ↻  ♡  2

**Joy TR** 🇺🇸🇺🇦 @jayhawkjoy · Mar 7, 2024
You definitely know how to lie like your cult leader

💬  ↻  ♡  15

**Kristi Janeen** @KristiJaneen · Mar 7, 2024
Just stop. That is not true. Stop the fear porn.

💬  ↻  ♡ 1  124

**Ryan Schoen** @rgguy1o1 · Mar 7, 2024
We have enough mentally ill people here already. We don't need anymore democrats

💬  ↻  ♡  6

**Howard Bailey** @HowardB47707870 · Mar 7, 2024
That's the truth

💬 1  ↻  ♡  81

**AsKo2** @Beachnut222 · Mar 7, 2024
No they're actually not!  Lying sack o shit!  Hey, where's Corey?

💬  ↻  ♡  4

**Dr. Vladimir Joukov** ✔ @vladijoukov · Mar 7, 2024
Because the American people's representatives in the government should be loyal to America— and not to any foreign country— and faithful to God and Christianity. This cannot be said about many ppl in our government, including the person in charge for the security of our borders.

💬 8  ↻  ♡ 9  815

**Floyd Dabarber** @ZacharySmithdoc · Mar 7, 2024
Biden needs to be impeached

💬  ↻  ♡  1

**JM For Science Reason Tr...** @Cavebear20... · Mar 7, 2024
Traitor Trash.

💬  ↻  ♡  7

**G.C. Andrade** @gary_a75 · Mar 7, 2024
The 2024 election won't even take place..

💬  ↻  ♡  64

**James Pennington** ✔ @pennington_jr · Mar 7, 2024
Vote @realDonaldTrump

> **James Pennington** ✔ @pennington_jr · Feb 23, 2024
> It's time to rock the vote! Trump 2024 keep America great! song titled 👇
>
> " Donald J Trump"
> 🎵🎵🎵🎵🎵🎵🎵🎵

**David Michaels** ···
@DavidMi47644829

### Relevant people

**Kristi Noem** ✔
@KristiNoem                    [Follow]

Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

### What's happening

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
43.8K posts

Trending in United States
**Isagi**
7,340 posts

Trending in United States
**Malibu**
8,221 posts

Politics · Trending
**Ohio**
49K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.

# Relevant people

**Kristi Noem** ✓
@KristiNoem

[Follow]

Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

# What's happening

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
43.8K posts

Trending in United States
**Isagi**
7,340 posts

Trending in United States
**Malibu**
8,221 posts

Politics · Trending
**Ohio**
49K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.

---

🔁 3    ♡ 1    ♡ 5    📊 610

**Don the border king** ✓ @johnny45436859 · Mar 7, 2024
She's hot and stupid.
♡    ⟲    ♡    📊 8

**X Worlboss 14** ✓ @WorlbossBarnes · Mar 7, 2024
😔😔😔 so beautiful 😍
♡    ⟲    ♡    📊 3

**Jasper Wyoming** ✓ @JasperWyoming01 · Mar 7, 2024
Republicans could defund it but they don't.
♡    ⟲    ♡    📊 19

**Mike** ✓ @NapalmAirstrike · Mar 8, 2024
Somebody has to Stop that Rat 🐀 Biden!
♡    ⟲    ♡    📊 6

**Publius**🚀 ✓ @captlibertas · Mar 6, 2024
#TrumpNoem2024



♡    ⟲    ♡    📊 17

**drew allen** ✓ @drewholm3 · Mar 6, 2024
Fuck - let's empty our prisons and fly our scum bags there - along with bringing theirs back.  Clean house !
♡    ⟲    ♡    📊 106

**Joseph** ✓ @Un_Spin_City · Mar 7, 2024
It's a plan to eventually make the all citizens and voters for the Democrats.
♡    ⟲    ♡    📊 58

**Steve Ferguson** ✓ @lsferguson · Mar 7, 2024
This invasion is by design

**David Michaels**
@DavidMi47644829

---

0:47

💬 3    🔁 1    ♡ 5    ili 610

**Don the border king** ✓ @johnny45436859 · Mar 7, 2024
She's hot and stupid.
💬    🔁    ♡    ili 8

**X Worlboss 14** ✓ @WorlbossBarnes · Mar 7, 2024
😊😊😊 so beautiful 😍
💬    🔁    ♡    ili 3

**Jasper Wyoming** ✓ @JasperWyoming01 · Mar 7, 2024
Republicans could defund it but they don't.
💬    🔁    ♡    ili 19

**Mike** ✓ @NapalmAirstrike · Mar 8, 2024
Somebody has to Stop that Rat 🐀 Biden!
💬    🔁    ♡    ili 6

**Publius**🗽 ✓ @captlibertas · Mar 6, 2024
#TrumpNoem2024



💬    🔁    ♡    ili 17

**drew allen** ✓ @drewholm3 · Mar 6, 2024
Fuck - let's empty our prisons and fly our scum bags there - along with bringing theirs back.  Clean house !
💬    🔁    ♡    ili 106

**Joseph** ✓ @Un_Spin_City · Mar 7, 2024
It's a plan to eventually make the all citizens and voters for the Democrats.
💬    🔁    ♡    ili 58

**Steve Ferguson** ✓ @lsferguson · Mar 7, 2024
This invasion is by design

## Relevant people

**Kristi Noem** ✓ @KristiNoem    [Follow]
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## What's happening

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
43.8K posts

Trending in United States
**Isagi**
7,340 posts

Trending in United States
**Malibu**
8,221 posts

Politics · Trending
**Ohio**
49K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More …
© 2025 X Corp.

Document title: (2) Kristi Noem on X: &quot;Countries like Venezuela are emptying their prisons, their mental institutions, and sending them… The White Hous…
Capture URL: https://x.com/KristiNoem/status/1765513039795601862
Capture timestamp (UTC): Sat, 15 Feb 2025 08:33:56 GMT

X

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

**Post**

At this point it is now Trump's fault.

💬   ⟲ 1   ♡ 2   📊 53   🔖 ⬆️

**E-Diplomacy+government | ...** ✔ @ShirlA... · Mar 7, 2024  𝕏 ···
🚩❗Blatant Lies! FactsAndTruthWins:
The #Venezuelan refugee crisis, the largest recorded refugee crisis in the Americas, refers to the emigration of millions of Venezuelans from their native country during the presidencies of Hugo Chávez and Nicolás Maduro because of the
Show more

💬 2   ⟲ 6   ♡ 22   📊 1K   🔖 ⬆️

**Mr. C** ✔ @knowledgewins8 · Mar 7, 2024   𝕏 ···
Canada is allowing Chinese Military to train on our Northern borders!

💬   ⟲   ♡   📊 1   🔖 ⬆️

**Lars@C-bus** @LarryHillyer3 · Mar 7, 2024   𝕏 ···



FUCK OFF! BITCH.

💬   ⟲   ♡ 4   📊 19   🔖 ⬆️

**SassyCassiefromTallahas...** @SassyCassief... · Mar 7, 2024   𝕏 ···
Sloppy seconds Noem  aka Cory's cum Dumpster is leaking in the rear..



**David Michaels** ···
@DavidMi47644829

**Relevant people**

**Kristi Noem** ✔
@KristiNoem     [ Follow ]

Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

**What's happening**

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
43.8K posts

Trending in United States
**Isagi**
7,340 posts

Trending in United States
**Malibu**
8,221 posts

Politics · Trending
**Ohio**
49K posts

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2025 X Corp.





**Relevant people**

**Kristi Noem** ✔
@KristiNoem

**Follow**

Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

**What's happening**

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
43.8K posts

Trending in United States
**Isagi**
7,340 posts

Trending in United States
**Malibu**
8,221 posts

Politics · Trending
**Ohio**
49K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.

---

**I TAPPED THAT**

💬   🔁 1   ♡ 1   ᎥᏞᎥ 6   🔖 ⬆️

**Jack aguilera** @Jackaguilera18 · Mar 7, 2024
Shut your mouth .

💬   🔁 1   ♡   ᎥᏞᎥ 6   🔖 ⬆️

**Susan Perino** @susan_perino · Mar 7, 2024
The House could stop it but they got their marching orders from Trump to not pass the Bill because he admittedly wants to use it as a political talking point because he has nothing else!

💬   🔁   ♡   ᎥᏞᎥ 12   🔖 ⬆️

**MSFighter** 🟦🇺🇦⚧️☮️🔫🏳️‍🌈🏳️‍⚧️ @BrujaAnon · Mar 7, 2024

▶   GIF

💬   🔁   ♡   ᎥᏞᎥ 11   🔖 ⬆️

**Brian York** @BrianYork827 · Mar 7, 2024
That is exactly what happened years ago when Cuba emptied all of its prisons too and sent them to Miami.

💬   🔁   ♡   ᎥᏞᎥ 10   🔖 ⬆️

**BK** @KB41151 · Mar 7, 2024
Dressed up for another nite working the Motel 6 .   🤣🤣🤣

💬   🔁   ♡   ᎥᏞᎥ 12   🔖 ⬆️

**I really hope I'm wrong** @bigalmedina · Mar 7, 2024

▶   GIF   COOCOO

💬   🔁   ♡   ᎥᏞᎥ 5   🔖 ⬆️

**David Michaels**
@DavidMi47644829   ···

**Heyward Wall** @heywardwall · Mar 7, 2024

**ER0686**

# X

- **Home**
- **Explore**
- **Notifications**
- **Messages**
- **Grok**
- **Lists**
- **Bookmarks**
- **Jobs**
- **Communities**
- **Premium**
- **Verified Orgs**
- **Profile**
- **More**

**Post**

## I TAPPED THAT

♡ 1 · ⟲ 1 · ♡ 1 · 6

**Jack aguilera** @Jackaguilera18 · Mar 7, 2024
Shut your mouth .

💬 · ⟲ 1 · ♡ · 6

**Susan Perino** @susan_perino · Mar 7, 2024
The House could stop it but they got their marching orders from
Trump to not pass the Bill because he admittedly wants to use it as
a political talking point because he has nothing else!

💬 · ⟲ · ♡ · 12

**MSFighter** 🇺🇦🏳️‍⚧️🔫🏳️‍🌈🟥 @BrujaAnon · Mar 7, 2024

## BULL SH*T

II  GIF

💬 · ⟲ · ♡ · 11

**Brian York** @BrianYork827 · Mar 7, 2024
That is exactly what happened years ago when Cuba emptied all of
its prisons too and sent them to Miami.

💬 · ⟲ · ♡ · 10

**BK** @KB41151 · Mar 7, 2024
Dressed up for another nite working the Motel 6 .  🤣🤣🤣

💬 · ⟲ · ♡ · 12

**I really hope I'm wrong** @bigalmedina · Mar 7, 2024

COOCOO

▶  GIF

💬 · ⟲ · ♡ · 5

**David Michaels** @DavidMi47644829 · · ·

**Heyward Wall** @heywardwall · Mar 7, 2024

---

### Relevant people

**Kristi Noem** ✓
@KristiNoem

[Follow]

Wife, mother, grandma, farmer,
rancher, and small business owner.
Secretary of the U.S. Department
of Homeland Security. Former
Governor of South Dakota.

### What's happening

**4 Nations Face-Off:
Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
43.8K posts

Trending in United States
**Isagi**
7,340 posts

Trending in United States
**Malibu**
8,221 posts

Politics · Trending
**Ohio**
49K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.



**JOEEFX** @JOEANDREAS3000 · Mar 7, 2024
Send the SD they'll fit right in. Crooked from the top down.

4

**Monica** @Monica60517016 · Mar 7, 2024
Who is really mentally ill here?

6

**Samuel Baker** @samuel_bak31863 · Mar 7, 2024
document your claims b*tch!!!!

5

**DrGigiB** @DrGingembre · Mar 7, 2024
Any evidence of that?

15

**Ilanna Phillips** @IlannaPhillips · Mar 7, 2024
Gawd..this idiot

1

**Brian Hirsh (Thor)** ✔ @BrianHirsh1 · Mar 7, 2024

# KRISTI NOEM

## FOR VICE PRESIDENT 2024

7    ↺ 3    ♡ 12    534

**Joel Keith** ✔ @MayNotBeJoking · Mar 7, 2024
CALLING ALL CARS...CALLING ALL CARS...CAR 54 WHERE ARE YOU?

seriously though, it is going to take all of us to call out this bullshit every damn time we see it.

Between now and Nov5. We need to clear the smoke screen.

(I'm too young to have actually seen Car54, just saying)

1    13

**Tod** ✔ @TodRevolution · Mar 7, 2024
Yup, and we have approximately 9,000 in this state. What is being done to have them removed?

1    ♡ 2    364

### Relevant people

**Kristi Noem** ✔
@KristiNoem        **Follow**

Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

### What's happening

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
43.8K posts

Trending in United States
**Isagi**
7,340 posts

Trending in United States
**Malibu**
8,221 posts

Politics · Trending
**Ohio**
49K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.

**David Michaels**
@DavidMi47644829

Tod ✔ @TodRevolution · Mar 7, 2024
Yup, and we have approximately 9,000 in this state. What is being done to have them removed?

💬 1          🔁          ♡ 2          📊 364

Writer Grl 🦅🇺🇸 @JustAWriter71 · Mar 7, 2024
You look like a cheap hooker. Stop with the filler and the hair extension. You will not be the VP.

💬 3          🔁 1          ♡ 11          📊 274

Frank Bravo ✔ @BravojfMe · Mar 7, 2024
#TrumpNoem

💬          🔁          ♡ 1          📊 33

Eric Yake ✔ @YakeEric · Mar 7, 2024
You got some learning to do on Trump and Venezuela, before you put the other foot in your mouth. Oh wait... your mouth as 2 men in it.

The following media includes potentially sensitive content. Change settings          View

💬          🔁          ♡ 2          📊 11

Jon MAGA is a CULT ✔ @howsthat1959 · Mar 7, 2024
I see one of the mental patients became the Governor of South Dakota.

💬          🔁          ♡          📊 12

Gratefulheart360 ✔ @delbra_lynn · Mar 7, 2024
@KristiNoem
Get serious. Comb your hair. Get rid of the hoop earrings. Straighten your shoulders. Then actually do something rather than pandering to the press with your "woe is us" routine. We know it's bad, but most of us are without the resources to do one thing about it.

💬          🔁          ♡          📊 23

LFG! ✔ @zcstocks · Mar 7, 2024
Illegal immigrants are illegal One World Army, created by WEF and UN to take over the United States of America.

💬          🔁          ♡          📊 9

Ricky Clay ✔ @ricky_clay · Mar 7, 2024
All in.

💬          🔁          ♡          📊 25

kathryn strachan @CtStormy · Mar 7, 2024

**WHY WOULD I WORRY ABOUT WHO'S CROSSING THE BORDER WHEN THESE ASSHOLES ARE ALREADY HERE?**

David Michaels ···
@DavidMi47644829

**Relevant people**

Kristi Noem ✔          Follow
@KristiNoem
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

**What's happening**

4 Nations Face-Off: Unveiled (NHL/NHLPA)
LIVE

Trending in United States          ···
#earthquake
43.8K posts

Trending in United States          ···
Isagi
7,340 posts

Trending in United States          ···
Malibu
8,221 posts

Politics · Trending          ···
Ohio
49K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.



Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

Post



💬   🔁   ♡ 2   📊 14   🔖   ↥

**Blue Tsunami** @SkyBlueTsunami · Mar 8, 2024   ···
As Kirsti is at level 3 Meghan hair, we only have to hear from for another 6 months, tops.



💬   🔁   ♡   📊 75   🔖   ↥

🌂🌂🌂🌂🌂**Oh Happy Day!!!**🌂🌂🌂... @... · Mar 8, 2024   ···
Idiot.



💬   🔁   ♡   📊 3   🔖   ↥

**equality** @RaymundoMonto16 · Mar 7, 2024   ···

**David Michaels**
@DavidMi47644829   ···

**Relevant people**

 **Kristi Noem** ✓   [Follow]
@KristiNoem
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

**What's happening**


**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States   ···
**#earthquake**
43.8K posts

Trending in United States   ···
**Isagi**
7,340 posts

Trending in United States   ···
**Malibu**
8,221 posts

Politics · Trending   ···
**Ohio**
49K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.

X

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

**Post**

David Michaels
@DavidMi47644829 ···

equality @RaymundoMonto16 · Mar 7, 2024 X ···



1   49

jennimorgan💙 @BonzoMinnesota · Mar 7, 2024   X ···
Are you bat🦇 crazy or on something? This is an unfounded
conspiracy and you in your intellectual glory sucked it right in. What
a fool! When the voters find out you're in the shallow end of the
gene pool, you'll be unemployed.

I hear McDonald's is hiring. Minimum wage. Deserved



1   9

furrfu! @DougMount · Mar 7, 2024   X ···
You're still mad about the fireworks, aren't you?

4

Steve Lewis @SteveZ28RS · Mar 7, 2024   X ···
Noem is a lying tRunt.

1   17

CheriNotCherry @H_AmorinForge · Mar 7, 2024   X ···
Traditionally married conservative "Christian" mother & adulteress
recites lies on behalf of adjudicated rapist...

PS: @KristiNoem , since you get the Mar-A-Lago discount now, you
may want to look in to a little refresher. The aging hooker look isnt

**Relevant people**

Kristi Noem ✓
@KristiNoem                    **Follow**

Wife, mother, grandma, farmer,
rancher, and small business owner.
Secretary of the U.S. Department
of Homeland Security. Former
Governor of South Dakota.

**What's happening**

4 Nations Face-Off:
Unveiled (NHL/NHLPA)
LIVE

Trending in United States
#earthquake
43.8K posts

Trending in United States
Isagi
7,340 posts

Trending in United States
Malibu
8,221 posts

Politics · Trending
Ohio
49K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.

Document title: (2) Kristi Noem on X: &quot;Countries like Venezuela are emptying their prisons, their mental institutions, and sending them ... The White Hous...
Capture URL: https://x.com/KristiNoem/status/1765513039795601862
Capture timestamp (UTC): Sat, 15 Feb 2025 08:33:56 GMT
ER0691
Page 17 of 29



**CheriNotCherry** @H_AmorinForge · Mar 7, 2024

Traditionally married conservative "Christian" mother & adulteress recites lies on behalf of adjudicated rapist...

PS: @KristiNoem , since you get the Mar-A-Lago discount now, you may want to look in to a little refresher. The aging hooker look isnt doing you any favors.

1     36

**NapaMan7862** 🇺🇸🦅 @NapaMan7862 · Mar 7, 2024

We are sending them to South Dakota with the rest of the trash.

1     1     11

**Niley** 🇺🇸 @nileybhn · Mar 7, 2024

You look like a chola from the San Fernando Valley🥴 You're beautiful you don't need all the extras!

21

**truth seeker** @holding_on29 · Mar 7, 2024

Trump said to "Blame ME!!!"

7

🇺🇸🇪🇸**Rules_of_Lloyd** 🇪🇸🇺🇸 @RulesLloyd · Mar 7, 2024

MORON

▶ GIF        ▶ GIF

2

**Cheryl L Abbate**🏳️‍🌈 @cheryllabbate · Mar 7, 2024

She's lookin like a vampire...wth?

2

**RGMartin** @1RGMartin · Mar 7, 2024

⚠

## This is a fucking lie.

Help keep Twitter a place for reliable info.
Find out more before sharing.

**Find out more**

6

**David Michaels** @DavidMi47644829

**Fla Buckeye** @GGjerb · Mar 7, 2024

MY VICE PRESIDENT!

---

### Relevant people

**Kristi Noem** ✓
@KristiNoem                  **Follow**

Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

### What's happening

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
43.8K posts

Trending in United States
**Isagi**
7,340 posts

Trending in United States
**Malibu**
8,221 posts

Politics · Trending
**Ohio**
49K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.

Page 109 of 288

Fla Buckeye @GGjerb · Mar 7, 2024
MY VICE PRESIDENT!

6

Daring Diva @Knittingraven · Mar 7, 2024
Could you possibly be anymore full of shit.  Your eyes are about to turn brown..

4

Chiefs 'n Cheese @blanks1969 · Mar 8, 2024
Prove it

7

Patrioticashell_Meidas @patrioticashell · Mar 8, 2024
you're a fucking moron

2

fiddlepower @brentwoodfan1 · Mar 7, 2024
Hi my name is @KristiNoem and i am dumb as a stump.

7

🇺🇸🇨🇴✌️ @orlymj · Mar 7, 2024
This is completely true, I am from Venezuela, and I know some bad people who did horrible things in Venezuela, Now they are here in the US cause they came through the border. I don't know where they are, but I heard they are already here. I came 24 years ago legally with family.

12

Poison Leninade ✔ @MichaelPaladi18 · Mar 7, 2024
Every time I see her she's hotter.

13

Palmer Hasty ✔ @Lightbookpro · Mar 7, 2024
!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!
!!!!!!

3

Jack .G. Bula Santoro. 🧍✔ @traiano99ad · Mar 7, 2024
You, Governor will be the next Vice President of the United States.
🇺🇸🇨🇴

24

Brian ✔ @FlyBri1wheeler · Mar 7, 2024
Sad that we allow our government to get away with this.

13

Double Kay🟧 @kklass · Mar 7, 2024
Liar

7    170

Alexis Martis Vladlova ✔ @alexisbytes_us · Mar 7, 2024
Huh, Texas made their choices. Poor choices yield consequences. If you know, you will learn

9

Jack Hopkins ✔ @thejackhopkins · Mar 7, 2024
STOP LYING.

**Relevant people**

Kristi Noem ✔
@KristiNoem                          Follow

Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

**What's happening**

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
43.8K posts

Trending in United States
**Isagi**
7,340 posts

Trending in United States
**Malibu**
8,221 posts

Politics · Trending
**Ohio**
49K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.

Document title: (2) Kristi Noem on X: &quot;Countries like Venezuela are emptying their prisons, their mental institutions, and sending them… The White Hous…
Capture URL: https://x.com/KristiNoem/status/1765513039795601862
Capture timestamp (UTC): Sat, 15 Feb 2025 08:33:56 GMT

(110 of 288), Page 110 of 288
Case 3:25-cv-01766-EMC Document 37-3 Filed 02/21/25 Page 21 of 30
Base: 25-2120, 04/30/2025, DktEntry: 23.6, Page 110 of 288

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

**Post**

David Michaels
@DavidMi47644829

**Fla Buckeye** @GGjerb · Mar 7, 2024
MY VICE PRESIDENT!

7

**Daring Diva** @Knittingraven · Mar 7, 2024
Could you possibly be anymore full of shit. Your eyes are about to turn brown..

4

**Chiefs 'n Cheese** @blanks1969 · Mar 8, 2024
Prove it

7

**Patrioticashell_Meidas** @patrioticashell · Mar 8, 2024
you're a fucking moron

2

**fiddlepower** @brentwoodfan1 · Mar 7, 2024
Hi my name is @KristiNoem and i am dumb as a stump.

7

🇺🇸🇻🇪✌️ @orlymj · Mar 7, 2024
This is completely true, I am from Venezuela, and I know some bad people who did horrible things in Venezuela, Now they are here in the US cause they came through the border. I don't know where they are, but I heard they are already here. I came 24 years ago legally with family.

12

**Poison Leninade** @MichaelPaladi18 · Mar 7, 2024
Every time I see her she's hotter.

13

**Palmer Hasty** @Lightbookpro · Mar 7, 2024
!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!
!!!!!!!

3

**Jack .G. Bula Santoro.** 🦵 @traiano99ad · Mar 7, 2024
You, Governor will be the next Vice President of the United States.
🇺🇸🍊

24

**Brian** @FlyBri1wheeler · Mar 7, 2024
Sad that we allow our government to get away with this.

13

**Double Kay🟧** @kklass · Mar 7, 2024
Liar

7    170

**Alexis Martis Vladlova** @alexisbytes_us · Mar 7, 2024
Huh, Texas made their choices. Poor choices yield consequences. If you know, you will learn

9

**Jack Hopkins** @thejackhopkins · Mar 7, 2024
STOP LYING.

**Relevant people**

**Kristi Noem** @KristiNoem    Follow
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

**What's happening**

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
43.8K posts

Trending in United States
**Isagi**
7,340 posts

Trending in United States
**Malibu**
8,221 posts

Politics · Trending
**Ohio**
49K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2025 X Corp.

X

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

**Post**

...you know, you will learn

**Jack Hopkins** ✓ @thejackhopkins · Mar 7, 2024
STOP LYING.

💬 1          ↻          ♡ 44          📊 593          🔖  ⬆️

**Magnificent Beast** ✓ @largemunster · Mar 7, 2024
What's up with that? Lost me.

💬          ↻          ♡          📊 7          🔖  ⬆️

**Dianne Callahan** ✓ @DianneCallaha16 · Mar 7, 2024
That's not true.

💬          ↻ 1          ♡ 12          📊 456          🔖  ⬆️

**GDawgs** @gadawg97 · Mar 7, 2024
Can you show us some proof please?
Hows Corey?

💬          ↻          ♡          📊 18          🔖  ⬆️

**RkoEsq** @EsqRko · Mar 7, 2024
Incredible allegations. Any evidence?

💬          ↻          ♡          📊 12          🔖  ⬆️

**Eric Oestmann** @OestmannEric · Mar 7, 2024
😂

💬          ↻          ♡          📊 5          🔖  ⬆️

**John Fischer** 🇨🇦💪🇺🇸🦅 @JohnCFischer_ · Mar 7, 2024
What a crock!

💬          ↻          ♡          📊 2          🔖  ⬆️

**Michael Orsburn** @Proserv12 · Mar 7, 2024
Great job!
Your husband is a lucky man! You are a very intelligent and beautiful
lady! Keep up the good work!

💬          ↻          ♡          📊 30          🔖  ⬆️

**Dave B.** @az_dude79 · Mar 7, 2024
You are a liar.

💬          ↻          ♡          📊 8          🔖  ⬆️

**Celery** @almighty_cdawg · Mar 7, 2024
What's up with that rats nest?  no mirrors in your house?

💬          ↻          ♡          📊 8          🔖  ⬆️

**Graham Heathcote** 🇺🇦🇺🇸 @4wding · Mar 7, 2024
Saying this type of bullshit should be treason.

💬          ↻          ♡          📊 10          🔖  ⬆️

**Dustin Lenz** @sauball3 · Mar 7, 2024
Lets return the favor and send our mentally ill population,
democrats, to their countries

💬          ↻          ♡          📊 3          🔖  ⬆️

**Squish** @Squish69 · Mar 7, 2024
Oh the fear tactic.  There is no proof of any of this,

💬          ↻          ♡          📊 10          🔖  ⬆️

**caseygirl** @MaryAnnDevine17 · Mar 7, 2024

**David Michaels**
@DavidMi47644829
...

### Relevant people

**Kristi Noem** ✓
@KristiNoem                **Follow**
Wife, mother, grandma, farmer,
rancher, and small business owner.
Secretary of the U.S. Department
of Homeland Security. Former
Governor of South Dakota.

### What's happening

**4 Nations Face-Off:
Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
43.8K posts

Trending in United States
**Isagi**
7,340 posts

Trending in United States
**Malibu**
8,221 posts

Politics · Trending
**Ohio**
49K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.

# X

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

**Post**

**David Michaels**
@DavidMi47644829

---

**Squish** @Squish69 · Mar 7, 2024
Oh the fear tactic.  There is no proof of any of this,

10

**caseygirl** @MaryAnnDevine17 · Mar 7, 2024
Lie.

4

**Charis** 🇺🇸🌻 @CharisHamilton8 · Mar 7, 2024
Weaponized stupidity

5

**Mar** @Mrey571957 · Mar 7, 2024
My God get a 🧠

6

**gone to bluer skies** @DavidCh80671676 · Mar 8, 2024
Trump admires Venezuelan President.

6

**Greg Nichols** @Greg_JN · Mar 7, 2024
I bet Biden doesn't even know about it, in between flavors of ice cream 🍦!

10

**Specker** @specker99 · Mar 7, 2024

**SEN. JOHN THUNE, SD (R)**

**SLASH SOCIAL SECURITY OR WE'LL WRECK THE ECONOMY.**

1    43

**Witch Tracy** 🇨🇿 @Tracy23460365 · Mar 7, 2024
Proof, please.

2    45

**KB 3.0** @SDdude420 · Mar 7, 2024
They're sending their prisons and mental institutions to America 🤔

1    67

**MAGA Filth Patrol** @Boner60 · Mar 7, 2024
The only invasion of any kind, of any people whatsoever, is the one Cory did on your southern border while you were committing adultery with him. Christian Values!

1    56

**YachatsSteve**🇺🇸 @stevepaul59 · Mar 7, 2024
Hypocrisy Hussy's posse is way more dangerous than any mother escaping the American made crisis. Blinders were made for working beasts of burden, not your xtian nationalist. Your shenanigans with Koskan tells me you might have info about this with monstrosity. (No jail time?)

---

**Relevant people**

**Kristi Noem** ✓
@KristiNoem
**Follow**
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

**What's happening**

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
43.8K posts

Trending in United States
**Isagi**
7,340 posts

Trending in United States
**Malibu**
8,221 posts

Politics · Trending
**Ohio**
49K posts

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.



Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

David Michaels @DavidMi47644829

Hypocrisy Hussy's posse is way more dangerous than any mother escaping the American made crisis. Blinders were made for working beasts of burden, not your xtian nationalist. Your shenanigans with Koskan tells me you might have info about this with monstrosity. (No jail time?)

> **YachatsSteve** @stevepaul59 · Mar 7, 2024
> Liberty University Goes Down As UNTHINKABLE Student Punishment Exposed #TDR youtu.be/esWjtG8z0vc?si... via @YouTube

1 · 35

**Ron** @MarEngRetired · Mar 7, 2024
Don't forget Haiti
1 · 18

**Vanessa** @Vanessa01336830 · Mar 7, 2024
Lies and more lies
1 · 55

**Joe Maurer** @moore144675 · Mar 7, 2024
That is why we need Trump
1 · 16

**JB** @JBCalifornia57 · Mar 7, 2024
Kristi Noem for VP! 🇺🇸
1 · 45

**sheshe2** @sheshe224866221 · Mar 7, 2024
What is with all the fake hair, is it prom night?
1 · 19

**Martyn Peel #FBPE** @martynpeel · Mar 7, 2024

1 · 8

**Turd Ferguson** @FergtheTurd · Mar 7, 2024
What's with the hair and the hoops? You look ridiculous. Straight from the trailer.
1 · 1 · 12

**Brian Riley** @rileybriannv · Mar 7, 2024

## Relevant people

**Kristi Noem** @KristiNoem
Follow
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## What's happening

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
43.8K posts

Trending in United States
**Isagi**
7,340 posts

Trending in United States
**Malibu**
8,221 posts

Politics · Trending
**Ohio**
49K posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2025 X Corp.



Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

Hypocrisy Hussy's posse is way more dangerous than any mother escaping the American made crisis. Blinders were made for working beasts of burden, not your xtian nationalist. Your shenanigans with Koskan tells me you might have info about this with monstrosity. (No jail time?)

> **YachatsSteve** @stevepaul59 · Mar 7, 2024
> Liberty University Goes Down As UNTHINKABLE Student Punishment Exposed #TDR youtu.be/esWjtG8z0vc?si... via @YouTube

1 · 35

**Ron** @MarEngRetired · Mar 7, 2024
Don't forget Haiti

1 · 18

**Vanessa** @Vanessa01336830 · Mar 7, 2024
Lies and more lies

1 · 55

**Joe Maurer** @moore144675 · Mar 7, 2024
That is why we need Trump

1 · 16

**JB** @JBCalifornia57 · Mar 7, 2024
Kristi Noem for VP!

1 · 45

**sheshe2** @sheshe224866221 · Mar 7, 2024
What is with all the fake hair, is it prom night?

1 · 19

**Martyn Peel #FBPE** @martynpeel · Mar 7, 2024

1 · 8

**Turd Ferguson** @FergtheTurd · Mar 7, 2024
What's with the hair and the hoops? You look ridiculous. Straight from the trailer.

1 · 1 · 12

**Brian Riley** @rileybriannv · Mar 7, 2024

**David Michaels**
@DavidMi47644829

## Relevant people

**Kristi Noem** @KristiNoem
Follow
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## What's happening

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
43.8K posts

Trending in United States
**Isagi**
7,340 posts

Trending in United States
**Malibu**
8,221 posts

Politics · Trending
**Ohio**
49K posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2025 X Corp.

X

- Home
- Explore
- Notifications ②
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

**Post**



💬    🔁    ♡ 1    📊 5    🔖 ⤴

**Ny718** 🇺🇸 @Ny718allday · Mar 7, 2024    ⤬ ⋯
Thanks to TRUMP!! He used the DED to give them legal status in the U.S.



Members of the audience wave Venezuelan and American flags as President Donald Trump speaks to a Venezuelan American community in Miami, Fla., on Feb. 18, 2019. | Andrew Harnik/AP Photo

BY SABRINA RODRIGUEZ
01/19/2021 04:24 PM EST

President Donald Trump on Tuesday announced he will offer Venezuelan exiles protection from deportation, a move he has considered for years but refused to do until his last full day in office.

Trump is using the little-known Deferred Enforced Departure program, or DED, to offer temporary legal status to Venezuelans fleeing the humanitarian crisis brought on by Nicolás Maduro's regime. DED, similar to Temporary Protected Status or TPS, protects recipients from deportation and allows them to get work permits. However, it is granted directly by the president instead of the Department of Homeland Security.

💬    🔁    ♡    📊 4    🔖 ⤴

**CommonSense&FactsMat…** @thecarbonar… · Mar 7, 2024    ⤬ ⋯
Don't you have infidelity to commit since you're part of the party of "family values"?   Lies on top of lies on top of adultry

💬    🔁    ♡    📊 10    🔖 ⤴

**peter lupoff** @peterlupoff · Mar 7, 2024    ⤬ ⋯
THEY'RE COMING FOR OUR WHITE WOMEN!! 🤡🤡🤡🤡🤡🤡🤡🤡🤡🤡😂😂😂😂😂

💬    🔁    ♡    📊 6    🔖 ⤴

**BustedGril$$$** @xSilentWindx · Mar 7, 2024    ⤬ ⋯
Nobody can take you seriously with that mop on your head.

💬    🔁    ♡    📊 4    🔖 ⤴

**Alpine Traverse** @TraverseAlpine · Mar 7, 2024    ⤬ ⋯
Cite your source, bitch.

**David Michaels** ⋯
@DavidMi47644829

**Relevant people**

**Kristi Noem** ✓    **Follow**
@KristiNoem
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

**What's happening**

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
43.8K posts    ⋯

Trending in United States
**Isagi**
7,340 posts    ⋯

Trending in United States
**Malibu**
8,221 posts    ⋯

Politics · Trending
**Ohio**
49K posts    ⋯

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ⋯
© 2025 X Corp.



Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

David Michaels
@DavidMi47644829

Nobody can take you seriously with that mop on your head.

4

**Alpine Traverse** @TraverseAlpine · Mar 7, 2024
Cite your source, bitch.

4

**DC** @DCorDeeCee · Mar 7, 2024
Kristi is gaslighting and blaming Biden for Trumps EO.

Kristi is lying and hoping Americans are stupid and will believe her.

On his final night in office, Donald Trump signed an executive order deferring the removal of Venezuelans.

11

**LL Cool Ray** @PettyLePugh · Mar 7, 2024

5

**Corinnaclp1** @Corinna09756649 · Mar 7, 2024
The lies are getting so stupid. Omg this is too much. The right's brains have completely dissolved into putty.

1

**JusPlainTalk101** @JusPlainTalk101 · Mar 7, 2024
#KristiNoem is sincerely as big a LIAR as tRumpt & all of @GOP America, Kristi has not shown any proof. No facts or articles, sources to back up her accusations against @POTUS
tRumpt does the same thing! Throwing out accusations with absolutely no proof of those accusations!

1 9

**Kathleen** @allymya62 · Mar 7, 2024
😆🤣😂😹😆🤣😂😹😆🤣😂😹

3

**Steve Craig** @stevecraig72 · Mar 7, 2024

## Relevant people

**Kristi Noem** @KristiNoem
Follow
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## What's happening

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
43.8K posts

Trending in United States
**Isagi**
7,340 posts

Trending in United States
**Malibu**
8,221 posts

Politics · Trending
**Ohio**
49K posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2025 X Corp.

X

- Home
- Explore
- Notifications ②
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

**Post**

David Michaels
@DavidMi47644829  ···

Steve Craig @stevecraig72 · Mar 7, 2024    ···

Trump Approves Deportation Protections for Venezuelans in U.S. Illegally

From wsj.com

🗨    ⟲    ♡    📊 10    🔖 ⬆️

Jose Ortega @dosxxamber · Mar 7, 2024    𝕏 ···
Not factual, but then it's Kristi Noem.

🗨    ⟲    ♡    📊 13    🔖 ⬆️

Susie.....An American Vo... @susie_lastna... · Mar 7, 2024  𝕏 ···
Wanna bet she has "Pretty Little Liar" on her calling card.

🗨    ⟲    ♡    📊 25    🔖 ⬆️

Bdorf @bdorf97 · Mar 7, 2024    𝕏 ···
Trump puppet says what?

🗨    ⟲    ♡    📊 6    🔖 ⬆️

Eugene Watson @rewatson79 · Mar 7, 2024    𝕏 ···
Stop lying to the idiots.

🗨    ⟲    ♡    📊 68    🔖 ⬆️

MAC V SOG 68 69 @MACVSOG68691 · Mar 7, 2024    𝕏 ···
Send them all back period

🗨    ⟲    ♡    📊 29    🔖 ⬆️

Bob F. Apples @TheBoz26510221 · Mar 7, 2024    𝕏 ···
It's unacceptable.

🗨    ⟲    ♡    📊 18    🔖 ⬆️

Bruce @brucman66 · Mar 7, 2024    𝕏 ···
Where's the proof of this. I want facts. Something @KristiNoem and
the rest of MAGA is incapable of providing.

🗨    ⟲    ♡    📊 4    🔖 ⬆️

Noreen Liebrock @NoreenLiebrock · Mar 7, 2024    𝕏 ···
False
Republicans ( trump) refused to pass the strictest bipartisan
immigration bill that we've had in years

🗨    ⟲    ♡    📊    🔖 ⬆️

Random 🦌 - 😷 🌀 💔 @NoMoreTrumpShit · Mar 7, 2024    𝕏 ···
🥀 dumb fvcking lies

🗨    ⟲    ♡    📊 7    🔖 ⬆️

Sammy4justice2 @WT_FUCK4 · Mar 7, 2024    𝕏 ···
THANKS TO trump...NOT BIDEN!!!!!!

## Relevant people

Kristi Noem ✔
@KristiNoem                    Follow
Wife, mother, grandma, farmer,
rancher, and small business owner.
Secretary of the U.S. Department
of Homeland Security. Former
Governor of South Dakota.

## What's happening

**4 Nations Face-Off:
Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
43.8K posts

Trending in United States
**Isagi**
7,340 posts

Trending in United States
**Malibu**
8,221 posts

Politics · Trending
**Ohio**
49K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.



Post

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

Post

David Michaels @DavidMi47644829

**Sammy4justice2** @WT_FUCK4 · Mar 7, 2024
THANKS TO trump...NOT BIDEN!!!!!!

Members of the audience wave Venezuelan and American flags as President Donald Trump speaks to a Venezuelan American community in Miami, Fla., on Feb. 18, 2019. | Andrew Harnik/AP Photo

By SABRINA RODRIGUEZ
01/19/2021 09:24 PM EST

President Donald Trump on Tuesday announced he will offer Venezuelan exiles protection from deportation, a move he has considered for years but refused to do until his last full day in office.

Trump is using the little-known Deferred Enforced Departure program, or DED, to offer temporary legal status to Venezuelans fleeing the humanitarian crisis brought on by Nicolás Maduro's regime. DED, similar to Temporary Protected Status or TPS, protects recipients from deportation and allows them to get work permits. However, it is granted directly by the president instead of the Department of Homeland Security.

7

**Shirley Hinze** @rubychirp · Mar 7, 2024
Venezuela has lost a huge portion of its workforce. Professionals like doctors, cops teachers who are fleeing the kind of dictatorship you're embracing

1

**Tara Reilly - I Stand With Ukr...** @treilly1... · Mar 7, 2024
Thou shalt not lie

7

**Betty McBettie** @BettyMcbettie · Mar 7, 2024
Still doin' Lewandowski?

11

**⚓Joshua Owen⚓** @Joshua__Owen_ · Mar 7, 2024
The lies 😂 but people are stupid enough to believe this trash

**Emmana Young** @YoungEmmana · Mar 7, 2024
🤣🤣🤣🤣🤣

3

**Becca Blue🇺🇸 🌊🌊🌊💙...** @RebeccaMcNu... · Mar 7, 2024
You're a liar. I read that Russia is doing that in Europe. And is trying to do it here. I think you're all willing to destroy our democracy for your power and our money.

11

**Viva Cristo Rey** @Tookdaville · Mar 7, 2024
Wasn't the president of Venezuela just at c-pack?

23

**OD Chivers** @ODChivers · Mar 7, 2024
Stop with the lies.

7

**D.E.Marsh 🏴󠁧󠁢󠁳󠁣󠁴󠁿 (Formerly NotS...** @DMarsh... · Mar 7, 2024

## Relevant people

**Kristi Noem** @KristiNoem
Follow
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## What's happening

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
43.8K posts

Trending in United States
**Isagi**
7,340 posts

Trending in United States
**Malibu**
8,221 posts

Politics · Trending
**Ohio**
49K posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2025 X Corp.

X

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

**Post**

David Michaels
@DavidMi47644829

**OD Chivers** @ODChivers · Mar 7, 2024
Stop with the lies.

7

**D.E.Marsh ✖ (Formerly NotS...** @DMarsh... · Mar 7, 2024
Wow, that's the same #Crazy talk that tRump is echoing... That proves how nuts you are.

2    11

**StrongAsTrees** @strongastrees · Mar 7, 2024
What's with the hooker hairdo?

4    75

**mj** @jensen_49 · Mar 7, 2024
Maybe if we send all the MAGA Republicans to Venezuela, we would be even

1    4    100

**Skyclad_Conjurings** @CSkyclad · Mar 7, 2024
Lying, adulterous trash.

2    14

**Hollly** @hollyBRN07 · Mar 7, 2024
Republicans lie all day long

1    1    101

**Bob Schwab** @BobSchwab7 · Mar 7, 2024
Let's put Corey on the job

5    17    827

**Edward W. Moore** @TweetMoore · Mar 7, 2024
They will fit right in with the MAGA movement.

1    4    422

**Poloplayboy** @mallieg1023 · Mar 7, 2024
1) It was Trump that gave Venezuelan refugees easier access
2) How do you know what Venezuela is doing? Do you have some inside knowledge from their side?
3) Stop using the work Invasion to justify your racism and

### Relevant people

**Kristi Noem** ✓
@KristiNoem

**Follow**

Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

### What's happening

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
43.8K posts

Trending in United States
**Isagi**
7,340 posts

Trending in United States
**Malibu**
8,221 posts

Politics · Trending
**Ohio**
49K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.

# EXHIBIT
# 4

ER0704

Post

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

Post

**Kristi Noem** @KristiNoem

At least 300,000 illegal immigrants from Venezuela have been encountered at the border. Remember, Venezuela emptied their prisons and told them to come to America.

Far too few have been deported. If we don't want more families grieving like Laken Riley's, that has to change.

4:24 PM · Mar 14, 2024 · **28.2K** Views

149 · 299 · 922 · 13

Post your reply
Reply

**AMAC** @AMACforAmerica · Mar 14, 2024
Remember: A vote for Biden is a vote for Harris

> **AMAC** @AMACforAmerica · Mar 14, 2024
> "I don't know how you watch him (Biden) over a period of time, and imagine that if he wins in November, that somehow he is going to be president four years later. So my point is, a vote for President Biden is a vote for President Kamala Harris."
> ...
> Show more

1 · 3 · 473

**Valentina Gomez** @ValentinaForUSA · Mar 14, 2024
Lets start mass deportations!

6 · 5 · 30 · 755

**The Bar Sheet Weekly℠** @BarSheetWeekly · Mar 14, 2024
LOL. Nice teeth.

**David Michaels**
@DavidMi47644829

## Relevant people

**Kristi Noem** @KristiNoem
Follow
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## What's happening

**Khloé in Wonder Land**
LIVE

Trending in United States
**#earthquake**
44K posts

Music · Trending
**Cher**
22.2K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,461 posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2025 X Corp.

Lets start mass deportations!

💬 6    🔁 5    ♡ 30    📊 755

**The Bar Sheet Weekly℠** ✓ @BarSheetWeekly · Mar 14, 2024
LOL. Nice teeth.

💬    🔁    ♡ 2    📊 90

**Kevin Jennings** ✓ @MarkVNavyDiver · Mar 14, 2024
The US builds prisons in each country willing to receive illegals that committed non victim crimes in the US.
Trials are carried out remotely, and sentences served in their native country.
Cheaper and inhibits crime in the US.

💬    🔁    ♡ 2    📊 246

**SDChick** @jacqedinger · Mar 14, 2024
Blame Trump - Trump signed an executive order deferring the removal of Venezuelans who were at risk of being sent back. He cited the "deteriorative condition" within Venezuela that constitutes a national security threat as the basis for his decision.

💬 2    🔁    ♡ 2    📊 94

**Blue_for_Life** @Blue_for_life88 · Mar 14, 2024

PRESIDENTIAL MEMORANDA

# Memorandum on Deferred Enforced Departure for Certain Venezuelans

— FOREIGN POLICY

Issued on: January 19, 2021

★ ★ ★

⋮⋮⋮ ALL NEWS

MEMORANDUM FOR THE SECRETARY OF STATE

THE SECRETARY OF HOMELAND SECURITY

💬    🔁    ♡ 2    📊 13

**Lucas Mueller** @muellerl25 · Mar 14, 2024
More complaining from the GOP. No solutions from the GOP.

💬    🔁    ♡ 2    📊 67

**Dr. Vladimir Joukov** ✓ @vladijoukov · Mar 15, 2024
US Secretary of Homeland Security Alejandro Mayorkas is in charge of the security of our borders. As a "God's chosen person", he's the one who decides whether to keep our borders open or sealed. We, gentiles, have no power over him, esp after your HB176. Ask Israel for help.

💬    🔁    ♡    📊 91

**Common Sense #1** @PleaseThink1776 · Mar 14, 2024
Trump passed legislation that stoped deportation of people from Venezuela

---

## Left sidebar

𝕏

🏠 Home
🔍 Explore
🔔 Notifications
✉️ Messages
𝕏 Grok
☰ Lists
🔖 Bookmarks
💼 Jobs
👥 Communities
✪ Premium
⚡ Verified Orgs
👤 Profile
⊙ More

**Post**

**David Michaels** ···
@DavidMi47644829

---

## Right sidebar

### Relevant people

**Kristi Noem** ✓
@KristiNoem                [Follow]
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

### What's happening

**Khloé in Wonder Land**
LIVE

Trending in United States
**#earthquake**
44K posts

Music · Trending
**Cher**
22.2K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,461 posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.

Document title: (2) Kristi Noem on X: &quot;At least 300,000 illegal immigrants from Venezuela have been encountered at the border. Remember Venezuela emptied…
Capture URL: https://x.com/KristiNoem/status/1768312288560247199
Capture timestamp (UTC): Sat, 15 Feb 2025 08:39:51 GMT

ER0706

Page 2 of 24

Post

Reply

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

Post

David Michaels
@DavidMi47644829

91

**Common Sense #1** @PleaseThink1776 · Mar 14, 2024
Trump passed legislation that stoped deportation of people from Venezuela

4 62

**Dickie Davies** @BigEOnFire · Mar 14, 2024
You're in S Dakota. How are they bothering you?

1 20

**Iain Brown** @iainb1991 · Mar 14, 2024
only 835 deported??

42

**U MAGA ME CRAZY** @bcc2025 · Mar 14, 2024
@elonmusk I have a use for one or a few of your rockets..

13

**Darrell** @Darrell20598993 · Mar 14, 2024
Yes
TREASONOUS gov we have. Sick.
I'm sure that Mexico has done the same
WAY back, Castro did the same thing.
Including mental hospitals.
And God forbid if we accept any from TOXIC Haiti !!!!!😱😱
Before ANYTHING being passed. STOP ILLEGALS From STROLLING in.

28

**New Glory** @NewGloryComith · Mar 14, 2024
Sounds like a dream come true, for them..

## Relevant people

**Kristi Noem** @KristiNoem
Follow
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## What's happening

**Khloé in Wonder Land**
LIVE

Trending in United States
**#earthquake**
44K posts

Music · Trending
**Cher**
22.2K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,461 posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2025 X Corp.






### X

🏠 Home

🔍 Explore

🔔 Notifications ②

✉️ Messages

✖️ Grok

🗂️ Lists

🔖 Bookmarks

💼 Jobs

👥 Communities

🎖️ Premium

⚡ Verified Orgs

👤 Profile

⊙ More

**Post**



**OPEN BORDERS**

💬 1          🔁          ♡          📊 198          🔖 ↥

D **Doug Matatall** @DougMatatall3 · Mar 14, 2024          ✖️ ⋯
yeah, yeah, yeah.

And Venezuelas' crime rate has plummeted.

About 50 Republicans beat you to the punch today...

💬          🔁          ♡          📊 1          🔖 ↥

**14 Hatey Hate** @NickGurr14_88 · Mar 14, 2024          ✖️ ⋯
Send them to israel

💬          🔁          ♡          📊 1          🔖 ↥

**Michele** @ScreamingMemeMe · Mar 15, 2024          ✖️ ⋯
You can't even govern you own state...you have no idea what's
going on in other states!  MIND YOUR OWN STATE!

In the meantime you have an affair to continue...



💬          🔁          ♡          📊 4          🔖 ↥

**Michele** @ScreamingMemeMe · Mar 15, 2024          ✖️ ⋯



**We've blocked every piece of**

## Relevant people

🦌 **Kristi Noem** ✔️          [Follow]
@KristiNoem

Wife, mother, grandma, farmer,
rancher, and small business owner.
Secretary of the U.S. Department
of Homeland Security. Former
Governor of South Dakota.

## What's happening

**Khloé in Wonder Land**
LIVE

Trending in United States
**#earthquake**
44K posts          ⋯

Music · Trending
**Cher**
22.2K posts          ⋯

Trending in United States
**Malibu**
8,290 posts          ⋯

Trending in United States
**Isagi**
7,461 posts          ⋯

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2025 X Corp.



**David Michaels**          ⋯
@DavidMi47644829



**X**

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

**Post**

We've blocked every piece of legislation to reform the border as well as blocked all funding. But the crisis is all Joe Biden's fault

2

**F Trump** @manuelantoniobc · Mar 15, 2024
How many encounters has there been with @CLewandowski_ in your pants

3

**VSpark** @VSpark176207 · Mar 15, 2024
Guess whose policies caused this? 🤎😿

4

**Allan Suttor** @ASuttor31119 · Mar 15, 2024
Venzualans are the best

13

**Lonny Bardash** @LonnyBardash · Mar 15, 2024
How many fanatical murderous rapists entered and deported?

christianpost.com
Suspected terrorists entering US with fake IDs...
FBI Director Christopher Wray warned of an increase in the number of known or suspecte...

10

**Nora Eagle** @MZepeda19 · Mar 14, 2024

in the United States as of Jan. 20, 2021, except for those:

- Who have voluntarily returned to Venezuela or their country of last habitual residence outside the United States;
- Who have not continuously resided in the United States since Jan. 20, 2021;
- Who are inadmissible under section 212(a)(3) of the Immigration and Nationality Act (INA) (8 U.S.C. 1182(a)(3)) or removable under section 237(a)(4) of the INA (8 U.S.C. 1227(a)(4));
- Who have been convicted of any felony or two or more misdemeanors committed in the United States, or who meet the criteria set forth in section 208(b)(2)(A) of the INA (8 U.S.C. 1158(b)(2)(A));
- Who were deported, excluded, or removed before Jan. 20, 2021;
- Who are subject to extradition;
- Whose presence in the United States the secretary of Homeland Security has determined is not in the interest of the United States or presents a danger to public safety; or
- Whose presence in the United States the secretary of State has reasonable grounds to believe would have potentially serious adverse foreign policy consequences for the United States

1   10

**David Michaels** @DavidMi47644829

**Relevant people**

**Kristi Noem** ✓   Follow
@KristiNoem
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

**What's happening**

**Khloé in Wonder Land**
LIVE

Trending in United States
**#earthquake**
44K posts

Music · Trending
**Cher**
22.2K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,461 posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.





Post

Reply

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

Post

- Whose presence in the United States the secretary of State has reasonable grounds to believe would have potentially serious adverse foreign policy consequences for the United States

1 · 10

**Janet Iams Shannon** @avgusergirl · Mar 15, 2024
Sound familiar?

From politico.com

14

**pmandvik** 🇺🇸 @pmandvik · Mar 14, 2024

9

**jreb** @profjimr · Mar 14, 2024
Actually, this has to be undone. Illegals should not get to stay here.

1 · 21

**NotYourOrdinaryGranny** 💔🇺🇦... @NoOr... · Mar 15, 2024
And the border bill to help that is being stopped by @SpeakerJohnson .

Talk to them

1

**ggg** @Mab88630840Mab · Mar 15, 2024
Not an illegal immigrant

**David Michaels**
@DavidMi47644829

## Relevant people

**Kristi Noem** @KristiNoem
Follow
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## What's happening

**Khloé in Wonder Land**
LIVE

Trending in United States
**#earthquake**
44K posts

Music · Trending
**Cher**
22.2K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,461 posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2025 X Corp.

Post

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

Post

8

**Michigan_Chick** 💙🌈🇺🇦🐾... @Michigan_Ch... · Mar 15, 2024
Huh. Looks like the tangerine tyrants fault.

From politico.com

13

**Jon MAGA is a CULT** @howsthat1959 · Mar 14, 2024
Do they have shiny white teeth?

1 · 8 · 191

**Mack** @KylesSpeeches · Mar 15, 2024
You mean these Venezuelans? Because it was not Biden who let them stay here but Trump. So maybe blame the guy who let them stay

From politico.com

10

**David Michaels**
@DavidMi47644829

## Relevant people

**Kristi Noem** @KristiNoem — Follow
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## What's happening

**Khloé in Wonder Land**
LIVE

Trending in United States
**#earthquake**
44K posts

Music · Trending
**Cher**
22.2K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,461 posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2025 X Corp.

X

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

**Post**

David Michaels
@DavidMi47644829

Trump grants Venezuelans temporary legal status on his way out

From politico.com

10

**Vivek knew!** @GpKennedy · Mar 15, 2024

Can you ask Lumpy Bloomers to take a few of her welcome packs to them Kristi. Matthew 25:35 I was hungry, and you gave me something to eat. I was thirsty, and you gave me something to drink. I was a stranger, and you took me into your home

11

**GHGIRL-No Mouse** @ghgirl_s · Mar 14, 2024

The lawsuit for your 'war-zone smile' must have you so mad. So darn mad, that you'll spew lies about the border to try and get the news off your 'war-zone teeth,' right? Is that a frown?

2    23

**Alicia** @pinkcatamount · Mar 14, 2024

Well, that's because Trump granted Venezuelans, along with Cubans, special status on his way out of office. Apparently a gift to his voters in FL. No wonder Venezuela decided to empty their prisons and send them up here. This one is your guy's fault

8

**Robin Eublind** 🟢 @iamrobineublind · Mar 15, 2024

No, they did not empty their prisons Governor Barbie. You're fear mongering and lying, again.

3

**JJ** @joshjour65 · Mar 15, 2024

That is about 100k high. Biden extended per se trumps out the door EO on Venezuelans. Did you bitch then?

2

**Patricia Padron Fonda**🇺🇸 @abuelaofanarchy · Mar 14, 2024

⊘

**Content warning: Sensitive content**

The author labeled this post as containing sensitive content.

Show

1    28

**John Davis** @aumkarasd · Mar 15, 2024

## Relevant people

**Kristi Noem** ✓
@KristiNoem    **Follow**

Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## What's happening

**Khloé in Wonder Land**
LIVE

Trending in United States
**#earthquake**
44K posts

Music · Trending
**Cher**
22.2K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,461 posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.

X

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

**Post**

❤ 1        28

**John Davis** @aumkarasd · Mar 15, 2024
Trump protected Venezuelans from being deported. @gop refuses to
fix the border

💬        🔁        ❤        2

**Craig Franco** @CraigFranco04 · Mar 14, 2024
2028

💬        🔁        ❤        50

**Jimmy P (Gilbert AZ)** @gilbertjimp · Mar 14, 2024



💬        🔁        ❤        95

**Michelle Mccoy** @MichelleMccoy02 · Mar 14, 2024
So What? Do your job ! Teeth Thief




**David Michaels**
@DavidMi47644829

## Relevant people


**Kristi Noem** ✓        **Follow**
@KristiNoem
Wife, mother, grandma, farmer,
rancher, and small business owner.
Secretary of the U.S. Department
of Homeland Security. Former
Governor of South Dakota.

## What's happening

**Khloé in Wonder Land**
LIVE

Trending in United States
**#earthquake**
44K posts

Music · Trending
**Cher**
22.2K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,461 posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2025 X Corp.



X

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

**Post**

**OKAY, SO?**

⏸ GIF

💬   🔁   ♡ 1   📊 16   🔖 ⬆

**Sally Ambrose** @fjrsally · Mar 14, 2024   ✕ ···
Didn't Trump grant Venezuelan in this Country amnesty to stay?

💬   🔁   ♡ 3   📊 45   🔖 ⬆

**Chauncey8581** @jfalahee · Mar 14, 2024   ✕ ···
What was it like when you cheated on your husband?

💬   🔁   ♡   📊 12   🔖 ⬆

**Regina Dramatica** 🇺🇸 🔞☕🍃🌈... @LM... · Mar 15, 2024 ✕ ···
THEN FUND THE PROCESSING! ITS ON YOU GOP!!!

💬   🔁   ♡   📊   🔖 ⬆

**John** @Dakota_13578 · Mar 15, 2024   ✕ ···
Goo are pro..
Incest
Rape
Child marriage
Pedophile priests
Pedophile republicons
Pedophile church members
Pedophile cops
#pedotrump has wanted to fck ivanka since she was 13
#RapistTrump ...
Show more

💬 1   🔁 1   ♡ 1   📊 67   🔖 ⬆

**Turd Ferguson** @Drut_Ferg · Mar 14, 2024   ✕ ···
Venezuela, eh?
Man, they crossed over 7 borders and all of Central America to get
this far. That's pretty impressive.
I don't know about your claim about emptying prisons, the only one
saying it is you and your cult.

💬   🔁   ♡ 2   📊 22   🔖 ⬆

**Dittie** ✅ @DittiePE · Mar 15, 2024   ✕ ···
Worry about your own lawn.

Crime & Corrections  −      Health Care  −

RANKING            RANKING

**David Michaels** ···
@DavidMi47644829

**Relevant people**

**Kristi Noem** ✅
@KristiNoem                **Follow**
Wife, mother, grandma, farmer,
rancher, and small business owner.
Secretary of the U.S. Department
of Homeland Security. Former
Governor of South Dakota.

**What's happening**

**Khloé in Wonder Land**
LIVE

Trending in United States
**#earthquake**
44K posts

Music · Trending
**Cher**
22.2K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,461 posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.



Post

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

Post

1 · 51

**scifi life** @life_scifi · Mar 14, 2024
😆

1 · 7

**mj** @jensen_49 · Mar 14, 2024
Trying to divert attention away from yourself. You lie through your teeth..pun intended

4 · 35

**#RIPGOP ™** 🇺🇸 @_ReaalAmerican_ · Mar 14, 2024

2 · 93

**#RIPGOP ™** 🇺🇸 @_ReaalAmerican_ · Mar 14, 2024
#RIPGOP

**David Michaels**
@DavidMi47644829

## Relevant people

**Kristi Noem** @KristiNoem
Follow
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## What's happening

**Khloé in Wonder Land**
LIVE

Trending in United States
**#earthquake**
44K posts

Music · Trending
**Cher**
22.2K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,461 posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2025 X Corp.

X

🏠 Home

🔍 Explore

🔔 Notifications

✉️ Messages

✖️ Grok

🗄️ Lists

🔖 Bookmarks

🧳 Jobs

🏛️ Communities

🎖️ Premium

⚡ Verified Orgs

👤 Profile

⊙ More

**Post**



 **#RIPGOP ™** 🇺🇸 @_ReaalAmerican_ · Mar 14, 2024    ✖️ ···
#RIPGOP



💬 1      🔁      ♡ 3      📊 91      🔖 ↗

**Debra Ponto** @PontoDebra · Mar 14, 2024    ✖️ ···
You lie, yet talk about Christian values. What about the families of
the victims in all the mass shootings that were born and raised
here? Only one person counts so you can use that as political
agenda? You are shameful.

💬      🔁      ♡ 5      📊 59      🔖 ↗

**Angelcrusher** @Angelcrusher · Mar 14, 2024    ···
Because Trump gave them legal status.


Trump grants Venezuelans temporary legal status on his way out

 **David Michaels** ···
@DavidMi47644829

**Relevant people**

🟢 **Kristi Noem** ✔️      [ Follow ]
@KristiNoem
Wife, mother, grandma, farmer,
rancher, and small business owner.
Secretary of the U.S. Department
of Homeland Security. Former
Governor of South Dakota.

**What's happening**

**Khloé in Wonder Land**
LIVE

Trending in United States    ···
**#earthquake**
44K posts

Music · Trending    ···
**Cher**
22.2K posts

Trending in United States    ···
**Malibu**
8,290 posts

Trending in United States    ···
**Isagi**
7,461 posts

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.



Trump grants Venezuelans temporary legal status on his way out

From politico.com

♡ 1    22

**Rev Miguel A Rivera** @MiguelReverend · Mar 14, 2024

FALSE MISLEADING MAGA PROPAGANDA

♡ 1    22

**Sandra Callnan** @CallnanSandra · Mar 15, 2024

Bla Bla Bla
THIRSTY Kristi...

BLAH
BLAH
BLAH

▶ GIF

**southgal1** @southgal11 · Mar 14, 2024

You are using her and your horses for publicity

33

**George Hawkins** @GeorgeH81794543 · Mar 15, 2024

Maybe they came here to get their teeth fixed

6

**dar jaxs** @JAXDAR1 · Mar 15, 2024

🤣🤣🤣🤣



He told me I was wrong
and to check my facts...

then he provided a

**David Michaels**
@DavidMi47644829

### Relevant people

**Kristi Noem** ✔
@KristiNoem

Follow

Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

### What's happening

**Khloé in Wonder Land**
LIVE

Trending in United States
**#earthquake**
44K posts

Music · Trending
**Cher**
22.2K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,461 posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.



Document title: (2) Kristi Noem on X: &quot;At least 300,000 illegal immigrants from Venezuela have been encountered at the border. Rem... Venezuela emptied…
Capture URL: https://x.com/KristiNoem/status/1768312288560247199
Capture timestamp (UTC): Sat, 15 Feb 2025 08:39:51 GMT

ER0717

X

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

**Post**

David Michaels
@DavidMi47644829

**then he provided a
link to Fox News...**

🔁 ♡ �Ii 16 🔖 ⬆

**fatblock** @1fatblock · Mar 15, 2024

Venezuela

Members of the audience wave Venezuelan and American flags as President Donald Trump speaks to a
Venezuelan American community in Miami, Fla., on Feb. 18, 2019. | Andrew Harnik/AP Photo

By SABRINA RODRÍGUEZ
01/19/2021 09:24 PM EST

President Donald Trump on Tuesday announced he will offer Venezuelan exiles
protection from deportation, a move he has considered for years but refused to
do until his last full day in office.

Trump is using the little-known Deferred Enforced Departure program, or
DED, to offer temporary legal status to Venezuelans fleeing the humanitarian
crisis brought on by Nicolás Maduro's regime. DED, similar to Temporary
Protected Status or TPS, protects recipients from deportation and allows them
to get work permits. However, it is granted directly by the president instead of
the Department of Homeland Security.

🔁 ♡ Ii 17 🔖 ⬆

**AJ** @RubyStar_22 · Mar 15, 2024

Prove this! PROVE IT! Fear mongering and lie is all you do!! Oh wait,
I forgot about making commercials in exchange for who knows
what.....

🔁 ♡ Ii 10 🔖 ⬆

**GUSTAH STANDS WITH UK...** @WinnieJ93... · Mar 15, 2024

DON'T COMPLAIN! PASS LANKFORD'S BILL!

🔁 ♡ Ii 6 🔖 ⬆

**AV** @ajv44 · Mar 15, 2024

Did you brush  your teeth today?

🔁 ♡ Ii 6 🔖 ⬆

**Nasty Kitty😾** @ChrisZubat · Mar 14, 2024

Grieving family and their cult leader

### Relevant people

**Kristi Noem** ✓

[Follow]

@KristiNoem

Wife, mother, grandma, farmer,
rancher, and small business owner.
Secretary of the U.S. Department
of Homeland Security. Former
Governor of South Dakota.

### What's happening

**Khloé in Wonder Land**
LIVE

Trending in United States
**#earthquake**
44K posts

Music · Trending
**Cher**
22.2K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,461 posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.



## Relevant people

Kristi Noem ✓
@KristiNoem                    Follow

Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## What's happening

Khloé in Wonder Land
LIVE

Trending in United States
#earthquake
44K posts

Music · Trending
Cher
22.2K posts

Trending in United States
Malibu
8,290 posts

Trending in United States
Isagi
7,461 posts

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2025 X Corp.

☐ 33

**Pam Riley** @jayhawksmile96 · Mar 15, 2024
Didn't Trump sign an order extending Venezuelans ability to stay as he left the White House?   It's on your orange cult leader

📊 4

**Mike Thomas** @mikethomas007 · Mar 15, 2024
It's on FOX NEWS it must be true😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂

📊 4

**Christian Soldier 219** @wignatmonster · Mar 14, 2024
Why don't you check with Israel to see if you're allowed to complain?

📊 21

**teds8trackemporium** @tedsemporium69 · Mar 14, 2024
Why hasn't this happened?



THIS POS NEEDS TO BE CHARGED WITH TREASON

📊 21

**Down2Compete** @TvkLB · Mar 14, 2024
How's your teeth?

📊 23

**Tim** @tim10bob · Mar 15, 2024



**David Michaels**
@DavidMi47644829

# X

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

**Post**



**David Michaels**
@DavidMi47644829

6

**Tuatha De Danann** @gdog553 · Mar 14, 2024
Apprehensions and expulsions

26

**What'SUP!** @SupwiththatWhat · Mar 14, 2024
How many of those have slipped through the cracks.

1    93

**Golferman** @Brucethegolfer · Mar 14, 2024
In case you forgot (easy to do with Cores's dick in your mouth), trump gave Venezuelan immigrants special status.

1    19

**Tim Sutton** @Haulingtmber · Mar 14, 2024
Liar, you all can't even use the same number. You just pick the biggest one you think you saw and copy it. Do better, sidesaddle K!

OMG , HAHA!!
We should trademark that, "SidesaddleK" a ranch for all ruined Family Values!!! 😜 Donate my share .

1    8

**Lisa** 💕🌱🪶💗🇺🇸 @Lawlady99 · Mar 14, 2024
How are they illegals if they're presenting themselves at the border?

2    6    133

**Danger Foe** @Jolicoeur1 · Mar 14, 2024
the 834 deported likely said they love American values and hate communism

1    52

**Sandee** 🆔 @sandeew18 · Mar 14, 2024

WSJ

SUBSCRIBE     SIGN IN

POLITICS

EMPLOYMENT & IMMIGRATION

**Trump grants Venezuelans temporary legal status on his way out**
The U.S. will defer for 18 months the removal of certain Venezuela nationals.

**Trump Approves Deportation Protections for Venezuelans in U.S. Illegally**
The action comes under the Deferred Enforced Departure program that offers deportation protections and work permits to immigrants in the country without authorization

By Michelle Hackman  Follow

## Relevant people

**Kristi Noem** ✓
@KristiNoem

**Follow**

Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## What's happening

**Khloé in Wonder Land**
LIVE

Trending in United States
**#earthquake**
44K posts

Music · Trending
**Cher**
22.2K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,461 posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.

Document title: (2) Kristi Noem on X: "At least 300,000 illegal immigrants from Venezuela have been encountered at the border. Remember Venezuela emptied...
Capture URL: https://x.com/KristiNoem/status/1768312288560247199
Capture timestamp (UTC): Sat, 15 Feb 2025 08:39:51 GMT



ER0720



**illegally**

The action comes under the Deferred Enforced Departure program that offers deportation protections and work permits to immigrants in the country without authorization

By *Michelle Hackman* | Follow

Updated Jan. 19, 2021 at 10:30 pm PT

Members in the audience wave Venezuelan and American flags, and

💬    ⟲    ♡ 1    📊 22    🔖  ⬆

**BradX** ✓ @Brad41219011 · Mar 15, 2024
Add 30% more for the Unknown Gotaways. Thats 1/2 Million at least.

💬    ⟲    ♡    📊 77    🔖  ⬆

**Pesky Jski** 😀 @PeskyJski · Mar 14, 2024
Remember the amnesty that your BFF ensured?

💬    ⟲    ♡ 1    📊 25    🔖  ⬆

**pam simpson** @PJS_SDstrong · Mar 14, 2024
Republican lead Congress really should have passed bipartisan bill for border!  What a shame!!!

💬    ⟲    ♡ 1    📊 7    🔖  ⬆

**redstateboomer** @redstateboomer · Mar 14, 2024
This is a total horseshit lie. You'll believe anything you read or hear on rightwing media, because your "brain" is nothing but a rotting glob of moldy cottage cheese. You disgust every decent South Dakotan and your entire political career is nothing but BS and grift.

💬    ⟲    ♡ 8    📊 41    🔖  ⬆

**Avron** ✓ @Avron_p · Mar 14, 2024
GOP did absolutely zero

💬 2    ⟲    ♡ 5    📊 214    🔖  ⬆

**Cindi Woohoo** @CindiWoohoo · Mar 14, 2024
Congressional Republicans are to blame. They refused funding and all serious bills. Hr2 is a steaming pile.

💬 1    ⟲    ♡ 5    📊 133    🔖  ⬆

**Gazpacho Policewoman** 🌊🇺🇸 … @zlatin… · Mar 14, 2024
Thank the fat orange fuck for this.



**Trump grants Venezuelans temporary legal status on his way out**

The U.S. will defer for 18 months the removal of certain Venezuelan nationals.

**David Michaels**
@DavidMi47644829

· · ·



## Relevant people

**Kristi Noem** ✓
@KristiNoem     [ Follow ]

Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## What's happening

**Khloé in Wonder Land**
LIVE

Trending in United States
**#earthquake**
44K posts

Music · Trending
**Cher**
22.2K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,461 posts

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2025 X Corp.



Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

Post

1 · 23

**Godless Heathen** @heathen_godless · Mar 14, 2024
Trump invited them.

EMPLOYMENT & IMMIGRATION

**Trump grants Venezuelans temporary legal status on his way out**

The U.S. will defer for 18 months the removal of certain Venezuelan nationals.

1 · 6 · 58

**Charlie Newquist** @CharlieNewquist · Mar 16, 2024
Gosh, I wonder why so many Venezuelans decided to come here...

Based on Trump's memo, the U.S. will defer for 18 months the removal of certain Venezuelan nationals present in the U.S. on Jan. 20. It also allows those Venezuelans to work during that period of time. Jan 19, 2021

https://www.politico.com › news
Trump grants Venezuelans temporary legal status on his way out - POLITICO

About featured snippets · Feedback

AP News
apnews.com
Trump blocks Venezuelans' deportation in last political gift
Jan 19, 2021 — President Donald Trump has shielded tens of thousands of Venezuelan migrants from deportation from the U.S.

WSJ
www.wsj.com
Trump Approves Deportation Protections for Venezuelans in U.S. Illegally
Jan 19, 2021 — The action comes under the Deferred Enforced Departure program that offers deportation protections and work permits to immigrants in the ...

8

**Lynne Morse** @Lynneandkids · Mar 14, 2024
Noem for VP!!!!!

14

**A GREAT NOTICER** @sawwingdust · Mar 14, 2024
Your masters are promoting this.

17

**David Michaels**
@DavidMi47644829

## Relevant people

**Kristi Noem** @KristiNoem · Follow
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## What's happening

**Khloé in Wonder Land**
LIVE

Trending in United States
**#earthquake**
44K posts

Music · Trending
**Cher**
22.2K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,461 posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2025 X Corp.

X

Home

Explore

Notifications  2

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

**Post**

David Michaels
@DavidMi47644829

**A GREAT NOTICER** @sawwingdust · Mar 14, 2024
Your masters are promoting this.

🗨    🔁    ♡    ııl 17    🔖  ⬆

**Mack Piotrowski** @mackpio · Mar 15, 2024
Next VP

🗨    🔁    ♡    ııl 3    🔖  ⬆

**DrezInLA VOTE BLUE** @Andrez68LA · Mar 14, 2024
Eat shit

🗨    🔁    ♡    ııl    🔖  ⬆

**M**  **Mark Redlin** @mark_redli14486 · Mar 14, 2024

▶ GIF

🗨    🔁    ♡ 1    ııl 9    🔖  ⬆

**mukluk** @DanMcCollu15644 · Mar 14, 2024
Texas Governor Abbott is in Europe. Who's watching the border
while he's gone. A few weeks ago everyone was down there
Standing with Texas. Now you guys are leaving it wide open or did
you fix the crisis. Confused mega supporter here ,do I still blame
Biden ?

🗨    🔁 1    ♡ 1    ııl 29    🔖  ⬆

**Kelly** @KellyforGod · Mar 14, 2024

HE SENDS ONE OF YOURS TO HOSPITAL, YOU
SEND ONE OF HIS TO THE MORGUE!
▶ GIF

🗨    🔁    ♡    ııl 3    🔖  ⬆

**No Party Juice** @nopartyjuice · Mar 15, 2024
Tell your Jewish Kalergi Plan paymasters to stop shipping them here,
and lobbying for open border immigration policies.

🗨    🔁    ♡    ııl 1    🔖  ⬆

**Bret** @WokeLeftyGuy · Mar 15, 2024
Now define "encounter" as opposed to "crossed the border and
disappeared into the country with whereabouts unknown."

**Relevant people**

**Kristi Noem** ✔
@KristiNoem                    **Follow**
Wife, mother, grandma, farmer,
rancher, and small business owner.
Secretary of the U.S. Department
of Homeland Security. Former
Governor of South Dakota.

**What's happening**

**Khloé in Wonder Land**
LIVE

Trending in United States
**#earthquake**
44K posts

Music · Trending
**Cher**
22.2K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,461 posts

**Show more**

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2025 X Corp.

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

**Post**

**Bret** @WokeLeftyGuy · Mar 15, 2024
Now define "encounter" as opposed to "crossed the border and disappeared into the country with whereabouts unknown."

As always, you MAGAs pray on the uninformed who accept your exaggerations as gospel.

#FuckMAGA

1          4

**Jill** @blukesmom · Mar 14, 2024
How much money did you get for your teeth? Are you gonna buy a little cottage for you and Corey?

1          5

**Pierce Caravan** @Piercecaravan · Mar 15, 2024
I wonder how many of them have had affairs?

SCANDAL

## Governor Kristi Noem, "God-Fearing" Family Woman, and Corey Lewandowski, Trump Creep, Reportedly Had "Yearslong" Affair

It's always the ones who insist that marriage is "a special, God-given union between one man and one woman" that forget how to count.

3

**Gregg's Cell** @greggscell · Mar 14, 2024

WE SUCK RUSSIAN COCK

**David Michaels** @DavidMi47644829

### Relevant people

**Kristi Noem** ✓
@KristiNoem                    **Follow**
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

### What's happening

**Khloé in Wonder Land**
LIVE

Trending in United States
**#earthquake**
44K posts

Music · Trending
**Cher**
22.2K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,461 posts

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More···
© 2025 X Corp.

**Relevant people**

**Kristi Noem** ✓
@KristiNoem    **Follow**

Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

**What's happening**

**Khloé in Wonder Land**
LIVE

Trending in United States
**#earthquake**
44K posts

Music · Trending
**Cher**
22.2K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,461 posts

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.

---

**Liberty Jones** @Liberty_Jones2 · Mar 14, 2024
Open Border: You see, their goal, besides illegal votes is to procure as many fighting-age males as possible. Can you guess why? In order to implement their own personal militia and come after all MAGA conservatives? Oh it's coming. I encourage all of you to buy more guns!

💬    🔁    ♡    ıl 22    🔖    ⬆

**Nigel Lew** ✓ @NigelLew2 · Mar 14, 2024
Trump gave 400,000 of them amnesty. Kindly STFU.

💬    🔁    ♡ 2    ıl 9    🔖    ⬆

**Mountain Momma** 🔘 @twainhartemom · Mar 15, 2024
How many of those migrants has Greg Abbott bused into sanctuary cities, Kristi and how much has South Dakota contributed to his cause?

💬    🔁    ♡    ıl 3    🔖    ⬆

**Chingao Sullivan** @ChingaoSullivan · Mar 14, 2024
You should try sitting in the Pine Ridge student section

💬    🔁    ♡ 1    ıl 5    🔖    ⬆

**steve** @steve63537426 · Mar 14, 2024
Why did you go to Texas to get your teeth cleaned??

💬    🔁    ♡    ıl 3    🔖    ⬆

**Liddle' JirkyRick** @jirkyrick · Mar 14, 2024
I wonder why?

Venezuela

Members of the audience wave Venezuelan and American flags as President Donald Trump speaks to a Venezuelan American community in Miami, Fla., on Feb. 18, 2019. | Andrew Harnik/AP Photo

BY SABRINA RODRIGUEZ
01/19/2021 04:24 PM EST

President Donald Trump on Tuesday announced he will offer Venezuelan exiles protection from deportation, a move he has considered for years but refused to do until his last full day in office.

Trump is using the little-known Deferred Enforced Departure program, or DED, to offer temporary legal status to Venezuelans fleeing the humanitarian crisis brought on by Nicolás Maduro's regime. DED, similar to Temporary Protected Status or TPS, protects recipients from deportation and allows them to get work permits. However, it is granted directly by the president instead of the Department of Homeland Security.

💬    🔁    ♡    ıl 3    🔖    ⬆

**Shelly** @Shelly71431539 · Mar 14, 2024
Hey I hear Venezuela is a nice guy.

💬    🔁    ♡    ıl 7    🔖    ⬆

**David Michaels**
@DavidMi47644829

---

Document title: (2) Kristi Noem on X: &quot;At least 300,000 illegal immigrants from Venezuela have been encountered at the border. Remaining Venezuela emptied…
Capture URL: https://x.com/KristiNoem/status/1768312288560247199
Capture timestamp (UTC): Sat, 15 Feb 2025 08:39:51 GMT

ER0725



# X

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

**Post**

**Shelly** @Shelly71431539 · Mar 14, 2024
Hey I hear Venezuela is a really nice guy.

💬   🔁   🤍   📊 7   🔖   📤

**Ruthie Kitty/2012!** @2012Ruthie · Mar 14, 2024
And you cheated on your husband with a punk Trump sycophant, and would force children to have children. And there is this!



A MAN WAS FOUND GUILTY IN A COURT OF LAW OF SEXUALLY ASSAULTING A WOMAN AND THEN REPEATEDLY DEFAMING HER.

MANY OF YOU ARE PLANNING ON VOTING FOR HIM FOR PRESIDENT.

WHAT EXACTLY IS WRONG WITH YOU?

JOHN PAVLOVITZ

THE SHE LAB

💬   🔁 1   🤍 1   📊 54   🔖   📤

**John** @John08362652 · Mar 14, 2024
FOR OVER A CENTURY, DEMOCRAT PRESIDENTS HAVE SOAKED THEIR HANDS
IN INNOCENT AMERICAN BLOOD! Lyndon JOHNSON poster beast for unnecessary carnage.

💬   🔁   🤍   📊 17   🔖   📤

**David Michaels**
@DavidMi47644829



## Relevant people



**Kristi Noem** ✓
@KristiNoem

**Follow**

Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## What's happening

**Khloé in Wonder Land**
LIVE

Trending in United States
**#earthquake**
44K posts

Music · Trending
**Cher**
22.2K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,461 posts

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More
© 2025 X Corp.

**ER0726**



Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

17

**Bob Todd** @Bob_ToddIAMU · Mar 14, 2024
Our Morning Read Psalm 107
Thoughts on conditioning to be OK with not good, subliminally.

9

**I'm still your Mom's favorite...** @sdnorse... · Mar 14, 2024
Thanks trump...

2 38

**Dr. C Ismael , MD** @JaeSea1 · Mar 14, 2024
Aren't you supposed to be deepthroating Israel and creating more laws for the tiny percent of your South Dakota population?

1 22

Show probable spam

**David Michaels**
@DavidMi47644829

## Relevant people

**Kristi Noem** @KristiNoem Follow
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## What's happening

**Khloé in Wonder Land**
LIVE

Trending in United States
**#earthquake**
44K posts

Music · Trending
**Cher**
22.2K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,461 posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2025 X Corp.

# X

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

**Post**

Show probable spam

### Relevant people

**Kristi Noem** ✓
@KristiNoem    **Follow**

Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

### What's happening

**Khloé in Wonder Land**
LIVE

Trending in United States
**#earthquake**
44K posts

Music · Trending
**Cher**
22.2K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,461 posts

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2025 X Corp.



**David Michaels**
@DavidMi47644829



ER0728

# EXHIBIT
# 5

ER0729

# Instagram

- Home
- Search
- Explore
- Reels
- Messages
- Notifications
- Create
- Profile



**kristinoem** • Follow
Original audio

**kristinoem** ✓ Every illegal immigrant broke the law as their first action in our country. And nations like Venezuela are using our open border to solve their own crime and mental health crises.

When @realDonaldTrump takes office, we will immediately address this issue and deport

**5,901 likes**
December 9, 2024

Comments on this post have been limited.

More posts from **kristinoem**



- AI Studio
- Threads
- More

Document title: Kristi Noem | Every illegal immigrant broke the law as their first action in our country. And nations like Venezuela are using **ER0730** der to solve... |…
Capture URL: https://www.instagram.com/kristinoem/reel/DDVjJnURRqw/
Capture timestamp (UTC): Thu, 20 Feb 2025 23:50:03 GMT

# Instagram

- Home
- Search
- Explore
- Reels
- Messages
- Notifications
- Create
- Profile



**kristinoem** ✓ • Follow
Original audio

**team_cozycove** Trump is right, you can't spin anything good out of mass illegal migration, if migrants make us great why didn't they make their own country great ?
10w   8 likes

**5,901 likes**
December 9, 2024

Comments on this post have been limited.

More posts from **kristinoem**





- AI Studio
- Threads
- More

# EXHIBIT
# 6

ER0732





Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

David Michaels
@DavidMi47644829

**Secretary Kristi Noem**
@Sec_Noem

7 AM in NYC. Getting the dirt bags off the streets.

3:35 PM · Jan 28, 2025 · **35.5M** Views

19K 21K 136K 3.9K

Post your reply Reply

**The Subtext** @TrueSubtext · Jan 29
The "dirt bags"

1 29 263

**Faketriots Watch** @Faketriots · Jan 30
Look out everybody and hide your dogs

2 4 132 9.3K

**RelRheeannaRN** @RelRheennaRN · Feb 13
You are one sick maggot get off our streets

## Relevant people

**Secretary Kri...** @Sec_Noem Follow
The Secretary of the Department of Homeland Security under the leadership of @POTUS Trump

## What's happening

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
44K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,521 posts

Music · Trending
**Cher**
22.2K posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ...
© 2025 X Corp.

Look out everybody and hide your dogs

💬 2      ⇄ 4      ♡ 132      ⬚ 9.3K      🔖  ⬆️

**RelRheeannaRN** ✓  @RelRheennaRN · Feb 13
You are one sick maggot get off our streets

💬        ⇄        ♡        ⬚ 5      🔖  ⬆️

**Russell Drew** ✓  @RussOnPolitics · Jan 28
Kristi Noem is in New York City! That explains why I haven't seen any dogs on the streets today. They are in as much danger as the undocumented immigrants.

> *She attacked me and it was a hard decision.*

💬 3      ⇄ 25      ♡ 195      ⬚ 4.3K      🔖  ⬆️

💙🦐**PETTY_CRAMPS**🦐💙💙  @JessieWeasley75 · Jan 30
You don't know a damn thing about anybody. You don't know anything you are hurting Americans in America with your ICE bs. You are harming people and families. You have no idea what you're doing absolutely none.

💬 4      ⇄        ♡ 1      ⬚ 121      🔖  ⬆️

**Viral News NYC** ✓  @ViralNewsNYC · Jan 28
It's about time

💬 2      ⇄ 6      ♡ 97      ⬚ 3.6K      🔖  ⬆️

**College Shirt Clubs by The Fan Stop** ✓  @the_fanstop        Ad  ⋯
UTSA Roadrunners Shirt of the Month

Get new UTSA Roadrunners T-shirts, long-sleeves & hoodies monthly

schools.thefanstop.com/utsa-roadrunne...



**David Michaels**        ⋯
@DavidMi47644829

---

# Relevant people

**Secretary Kri...** ✓ 🏛️        **Follow**
@Sec_Noem
The Secretary of the Department of Homeland Security under the leadership of @POTUS Trump

# What's happening

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
44K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,521 posts

Music · Trending
**Cher**
22.2K posts

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2025 X Corp.



---





Post

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

Post

4 · 131 · 1.9M

**Auden B. Cabello** @CabelloAuden · Jan 28
The mission is not only to get "dirt bags off the streets", the goal should be to put a permanent end to the policies that allowed millions of illegals in and remain in the US.

52 · 16 · 200 · 47K

**Gimme3Steps** @TheSouthGAJohn · Jan 28
What an upgrade at DHS 🇺🇸🫡

48 · 62 · 445 · 24K

**SG Carter** @SGCarter151217 · Jan 28

11 · 414

**The Handiest Man ™** @Handiest_man · Jan 28

**The Handiest Man ™** @Handiest_man · Jan 28

**Shady Dealings of Texas Governor Greg Abbott**

**David Michaels**
@DavidMi47644829

**Relevant people**

**Secretary Kri...** @Sec_Noem
Follow
The Secretary of the Department of Homeland Security under the leadership of @POTUS Trump

**What's happening**

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
44K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,521 posts

Music · Trending
**Cher**
22.2K posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2025 X Corp.

**Shady Dealings of Texas Governor Greg Abbott and Ken Paxton in the Colony Ridge Scandal**

In the Lone Star State, a scandal of significant proportions has emerged, intertwining the actions of two of its most prominent political figures: Governor Greg Abbott and Attorney General Ken Paxton....

🗨 2       ⇄ 12       ♡ 65       📊 50K       🔖    ⬆️

**ƎIʞИOM** ✓ ⊕   @Monkie669_ · Jan 28                         𝕏   ···

You can start with this one



🗨 8       ⇄ 12       ♡ 123       📊 1.5K       🔖    ⬆️

**College Shirt Clubs by The Fan Stop** ✓ ⊕   @the_fanstop   Ad ···

UTSA Roadrunners Shirt of the Month

Get new UTSA Roadrunners T-shirts, long-sleeves & hoodies monthly

schools.thefanstop.com/utsa-roadrunne...




**David Michaels**   ···
@DavidMi47644829

---

## Sidebar

**Relevant people**


**Secretary Kri...** ✓ ⊕   **Follow**
@Sec_Noem
The Secretary of the Department of Homeland Security under the leadership of @POTUS Trump

**What's happening**

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
44K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,521 posts

Music · Trending
**Cher**
22.2K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.

---

## Left navigation

𝕏
Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

**Post**



---

**Relevant people**

**Secretary Kri...** ✅ ⬛    **Follow**
@Sec_Noem

The Secretary of the Department of Homeland Security under the leadership of @POTUS Trump

**What's happening**

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
44K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,521 posts

Music · Trending
**Cher**
22.2K posts

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.

---

UTSA

💬   ⟲ 7   ♡ 121   ᴵᴵᴵ 1.9M   🔖 ⬆

**Impeach Trump a 3rd Time!** ✅ @Christo12919382 · Jan 28   𝕏 ···
Don't shoot Corey! I thought you two were in love! 😂😂😂😂😂

MTN MEIDASTOUCH.COM

**BREAKING**
Married South Dakota Governor Kristi Noem (R) has been having a years-long affair with married Trump advisor Corey Lewandowski. The governor has frequently touted "traditional marriage" and her "family values."
READ MORE @ MeidasTouch.com

💬 26   ⟲ 116   ♡ 925   ᴵᴵᴵ 22K   🔖 ⬆

**Reshell Gurney** ✅ @GurneyReshell · Jan 28   𝕏 ···
Leadership at it's finest 🇺🇸❤️

💬 446   ⟲ 20   ♡ 524   ᴵᴵᴵ 219K   🔖 ⬆

**The Austin Conservative** 🇺🇸✌️ ✅ @atx_republican · Jan 28   𝕏 ···
You are straight up fire!! Keep it up!! 🔥

💬 88   ⟲ 4   ♡ 341   ᴵᴵᴵ 145K   🔖 ⬆

**Deepa**𝕏 ✅ @realdeepakterra · Jan 28   𝕏 ···
We got a huge upgrade as our secretary of our homeland security

💬 105   ⟲ 16   ♡ 547   ᴵᴵᴵ 192K   🔖 ⬆

**joe miller** ✅ @joemill37087868 · Jan 28   𝕏 ···
"7 AM in NYC. Getting the dirt bags off the streets."
For the win 🏆
@JrzyJoePiscopo @RudyGiuliani @BernardKerik

💬 29   ⟲ 4   ♡ 232   ᴵᴵᴵ 161K   🔖 ⬆

**The Sapient Savant** 🧙 ✅ @joesap23 · Jan 28   𝕏 ···
Excellent work!

💬 6   ⟲ 2   ♡ 52   ᴵᴵᴵ 28K   🔖 ⬆

**Brett Moulton** ✅ @brettmoulton24 · Jan 28   𝕏 ···

---

**David Michaels**   ···
@DavidMi47644829

**Post**



Document title: (2) Secretary Kristi Noem on X: &quot;7 AM in NYC. Getting the dirt bags off the streets. https://t.co/AlDD819K89&quot; / X    ER0738
Capture URL: https://x.com/Sec_Noem/status/1884264039158800547
Capture timestamp (UTC): Sat, 15 Feb 2025 08:43:06 GMT

X

**Home**

**Explore**

**Notifications**

**Messages**

**Grok**

**Lists**

**Bookmarks**

**Jobs**

**Communities**

**Premium**

**Verified Orgs**

**Profile**

**More**

**Post**

David Michaels
@DavidMi47644829

---

**ddd Kicks the Cult to the Curb** ✓ @dddfaber · Jan 28
So.... Get off the street then. Puppy killers are pretty massive dirt bags in my book.

💬 3   ↻ 27   ♡ 568   📊 8.8K

**Whale Psychiatrist** ™ ✓ @k_ovfefe2 · Jan 28
I have whiplash from all this winning!

💬 82   ↻ 10   ♡ 400   📊 116K

**Malbon Golf** ✓ @MalbonGolf                                      Ad ···
A complete look at the Lost Luggage Sweatsuit Collection.

Available now on malbon.com

💬 26   ↻ 17   ♡ 293   📊 810K

**Beard Vet** ✓ @Beard_Vet · Jan 28
All of them must go back 👋🇺🇸

💬 3   ↻ 9   ♡ 133   📊 6.6K

**Cryptid Politics** 🇺🇸🐦‍⬛✓ @CryptidPolitics · Jan 28
Stop cosplaying as an ICE agent, @KristiNoem.

We know you are just tying to generate ad material for your 2028 presidential run.

💬 26   ↻ 8   ♡ 277   📊 16K

**Tim Young** ✓ @TimRunsHisMouth · Jan 28
Kristi Noem isn't messing around either.  Love this!

💬 25   ↻ 16   ♡ 427   📊 13K

**Paul A. Szypula** 🇺🇸✓ @Bubblebathgirl · Jan 28
Thank you Sec Noem!

💬 7   ↻ 4   ♡ 126   📊 5.8K

**Gunther Eagleman**™ ✓ @GuntherEagleman · Jan 28
Don't let up. We want records set.

💬 17   ↻ 15   ♡ 472   📊 24K

**@Chicago1Ray** 🇺🇸✓ @Chicago1Ray · Jan 28

---

**Relevant people**

**Secretary Kri...** ✓ 🎖      **Follow**
@Sec_Noem
The Secretary of the Department of Homeland Security under the leadership of @POTUS Trump

**What's happening**

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
44K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,521 posts

Music · Trending
**Cher**
22.2K posts

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.



**Gunther Eagleman™** ✓ ❂ @GuntherEagleman · Jan 28
Don't let up. We want records set.

💬 17   ↻ 15   ♡ 472   ⅈ 24K

**@Chicago1Ray** 🇺🇸 ✓ @Chicago1Ray · Jan 28
They'd probably wanna be arrested by you

💬 10   ↻ 2   ♡ 58   ⅈ 4.7K

**Derek Cressman** ✓ @DerekCressman · Jan 28
Nice cosplay!

💬 6   ↻ 13   ♡ 286   ⅈ 15K

**Sage of Karachi** ✓ @AhmarMustikhan · Jan 29
Didn't you shoot a dog & lost your chance of becoming @VP?

💬 2   ↻ 1   ♡ 276   ⅈ 4.7K

**RN 4 U** ⚕️💜🌻 @RnTami · Jan 31

RN 4 U ⚕️💜🌻
@RnTami

Botox ✅
Fillers ✅
Hair extensions ✅
Fake Eyebrows ✅
Funny Costume ✅
Unqualified puppy killer ✅
Kristi Noem 🤮

💬   ↻ 1   ♡   ⅈ 40

**College Shirt Clubs by The Fan Stop** ✓ @the_fanstop   Ad
UTSA Roadrunners Shirt of the Month

Get new UTSA Roadrunners T-shirts, long-sleeves & hoodies monthly

schools.thefanstop.com/utsa-roadrunne…

**David Michaels**
@DavidMi47644829

Document title: (2) Secretary Kristi Noem on X: &quot;7 AM in NYC. Getting the dirt bags off the streets. https://t.co/AlDD819K89&quot; / X
Capture URL: https://x.com/Sec_Noem/status/1884264039158800547
Capture timestamp (UTC): Sat, 15 Feb 2025 08:43:06 GMT

ER0740

---

Sidebar:

**Relevant people**

**Secretary Kri...** ✓ ❂   Follow
@Sec_Noem
The Secretary of the Department of Homeland Security under the leadership of @POTUS Trump

**What's happening**

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
44K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,521 posts

Music · Trending
**Cher**
22.2K posts

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.

Left nav:
Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

**Post**



# X
- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

**Post**



💬    🔁 7    ♥ 121    📊 1.9M    🔖 ⬆️

**Peggy Gabour** ✔ @peggy_gabour · Jan 28



💬    🔁 6    ♥ 351    📊 16K    🔖 ⬆️

**TechTeslaFusion** ✔ @TechTeslaFusion · Jan 28
Thanks a bunch for all your hard work!!

💬 47    🔁 4    ♥ 207    📊 174K    🔖 ⬆️

**miguelifornia** ✔ @miguelifornia · Jan 28
HELL YES 🇺🇸👊

💬    🔁    ♥ 34    📊 1.5K    🔖 ⬆️

**SickOfWar** ✔ @AZMaGHaMaMa · Jan 28
Thank you!!!!!!

💬 11    🔁    ♥ 62    📊 40K    🔖 ⬆️

**UC?** ✔ @TruthbetoldUC · Jan 28
Thank you for all that you do and Florida is inundated with illegal aliens. I'm sure that's on your list.

💬 1    🔁    ♥ 14    📊 424    🔖 ⬆️

**Lattina Brown, MPA** 🇯🇲 ✔ @LattinaBrown · Jan 28
Thank you so much for helping the Bronx. Mott Haven shelter and Hunts Point needs to be raided. The councilmembers are breaking laws.

💬 1    🔁 2    ♥ 28    📊 703    🔖 ⬆️



**David Michaels** ···
@DavidMi47644829

## Relevant people



**Secretary Kri...** ✔ 🛡️    **Follow**
@Sec_Noem
The Secretary of the Department of Homeland Security under the leadership of @POTUS Trump

## What's happening

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
44K posts    ···

Trending in United States
**Malibu**
8,290 posts    ···

Trending in United States
**Isagi**
7,521 posts    ···

Music · Trending
**Cher**
22.2K posts    ···

**Show more**

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2025 X Corp.



Document title: (2) Secretary Kristi Noem on X: &quot;7 AM in NYC. Getting the dirt bags off the streets. https://t.co/AlDD819K89&quot; / X
Capture URL: https://x.com/Sec_Noem/status/1884264039158800547
Capture timestamp (UTC): Sat, 15 Feb 2025 08:43:06 GMT

ER0741



Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

**Lattina Brown, MPA** 🇯🇲 @LattinaBrown · Jan 28
Thank you so much for helping the Bronx. Mott Haven shelter and Hunts Point needs to be raided. The councilmembers are breaking laws.
1 · 2 · 28 · 703

**Randall K. #BE_LOUD #SPEAK_UR...** @Crank... · Jan 28
❤️❤️❤️❤️❤️❤️❤️👊
2 · 2 · 30 · 14K

**Sticklizard** @Sticklizard3 · Jan 28

2 · 1 · 29 · 12K

**BlockedByKirkHerbstreit.al...** @blockedbyher... · Jan 28
unbelievably based, ma'am

love it
2 · 1 · 27 · 9K

**⚔️ Silent Silas ⚔️** @RagingKuJo1222 · Jan 28
Thank you!! 🇺🇸
10 · 3 · 97 · 80K

**GirlRight** @bobbimoody · Jan 28
Secretary, Noem - you look amazing getting dirt bags off the street
19 · 1 · 45 · 18K

**I ❤️ Winning** 🇺🇸 @PatriotMarie70 · Jan 28
Thank you !!

**David Michaels**
@DavidMi47644829

## Relevant people

**Secretary Kri...** @Sec_Noem Follow
The Secretary of the Department of Homeland Security under the leadership of @POTUS Trump

## What's happening

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
44K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,521 posts

Music · Trending
**Cher**
22.2K posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2025 X Corp.



► **GIF**

💬                    ⇄                    ♡ 14                    📊 261                    🔖    ⬆️



**Relevant people**

**Secretary Kri...** ✓ 🔵 🔵        **Follow**
@Sec_Noem
The Secretary of the Department of Homeland Security under the leadership of @POTUS Trump

**What's happening**



**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
44K posts                                          ⋯

Trending in United States
**Malibu**
8,290 posts                                        ⋯

Trending in United States
**Isagi**
7,521 posts                                         ⋯

Music · Trending
**Cher**
22.2K posts                                        ⋯

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.

**Tactical Gear Junkie** ✓ @tacgearjunkie    Ad  ⋯
Morale Patches for Those Who Give Zero F*cks! Made in Kentucky USA.



Shop Now | "Undiagnosed But I'm Pretty Sure" - 2x3 Patch

From tacticalgearjunkie.com

💬 32          ⇄ 95          ♡ 1.6K          📊 1.1M          🔖   ⬆️

**Valentina Gomez** ✓ @ValentinaForUSA · Jan 28          ✗ ⋯
Leading by example. I love it Kristi

💬 54          ⇄ 69          ♡ 1.4K          📊 21K          🔖   ⬆️

**Theev1queen** ✓ @Theev1queen8372 · Jan 28          ✗ ⋯
Let's GOOOOO!!!! 🔥🇺🇸🔥🔥🔥🇺🇸

💬          ⇄ 2          ♡ 23          📊 1.6K          🔖   ⬆️

**Trading for Time** ✓ @sun_sand_stocks · Jan 28          ✗ ⋯
Love to see this 🇺🇸

💬 3          ⇄ 2          ♡ 30          📊 7.8K          🔖   ⬆️

**ANTI-RINO** ✓ @Anna1555269 · Jan 28          ✗ ⋯
This is why you were chosen by Trump!
Stay safe Kristi.

💬          ⇄ 1          ♡ 25          📊 4.3K          🔖   ⬆️

**Jeremy** ✓ @anotherarizonan · Jan 28          ✗ ⋯
Id like to sign up to be one of the dirt bags she gets off of the streets please

**David Michaels**
@DavidMi47644829

**Home**
**Explore**
**Notifications**
**Messages**
**Grok**
**Lists**
**Bookmarks**
**Jobs**
**Communities**
**Premium**
**Verified Orgs**
**Profile**
**More**

**Post**

Document title: (2) Secretary Kristi Noem on X: &quot;7 AM in NYC. Getting the dirt bags off the streets. https://t.co/AlDD819K89&quot; / X **ER0743**
Capture URL: https://x.com/Sec_Noem/status/1884264039158800547
Capture timestamp (UTC): Sat, 15 Feb 2025 08:43:06 GMT



Stay safe Kristi.

**Jeremy** ✓ @anotherarizonan · Jan 28
Id like to sign up to be one of the dirt bags she gets off of the streets please

**Mark McLain** ✓ @MarkMcLain · Jan 28
Thank you for your efforts. Greatly appreciated.

**Basketcase1969** ✓ @basketcase1969 · Jan 28
Awesome!  From Dentist, to Plumber, and now Secretary of DHS.

Massive upgrade from the previous clown

**GettingTrumpNow.com** ✓ @gettingtrumpnow · Jan 28
just imagine the Bidenistas doing anything like this.

Not to mention the Alpha female symbolism.

A new day has dawned.

**J. Orville Young** ✓ @orvilley01 · Jan 28
Diggin it!!

**College Shirt Clubs by The Fan Stop** ✓ @the_fanstop    Ad
UTSA Roadrunners Shirt of the Month

Get new UTSA Roadrunners T-shirts, long-sleeves & hoodies monthly

schools.thefanstop.com/utsa-roadrunne…



**Doctah GIF** ✓ @Doctah_Gish · Jan 28
What a phenomenal job.

**Relevant people**

**Secretary Kri...** ✓ 🏛
@Sec_Noem    Follow
The Secretary of the Department of Homeland Security under the leadership of @POTUS Trump

**What's happening**

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
44K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,521 posts

Music · Trending
**Cher**
22.2K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2025 X Corp.

**David Michaels**
@DavidMi47644829



X

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

**Post**

David Michaels
@DavidMi47644829

♡ 4        ♡ 131        ᐧᔆ 1.9M

**Doctah GIF** ✓ @Doctah_Gish · Jan 28
What a phenomenal job.

Immediately LEADING. Thank you for jumping into your new position
with such vigor.

♡ 1        ♡ 1        ♡ 28        ᐧᔆ 3.1K

**DD123** ✓ @DD123PDQ · Jan 28
Quit getting in the way! Get down to DC and start reducing the size
of Homeland Security. Then dissolve it! God I hate politicians.

♡ 1        ♡ 1        ♡ 16        ᐧᔆ 2K

**Dani Rouse** ✓ @Dani_R_13 · Jan 28
How many dogs did you kill?

♡ 1        ♡ 2        ♡ 146        ᐧᔆ 2.1K

🇺🇸 **STOP SEATTLE DEMs 202...** ✓ @TurnSeattle... · Jan 28
@GOP just went from the basement to the Penthouse when we got
@Sec_Noem



DEPUTY CHAIR OF THE
DEMOCRATIC NATIONAL COMMITTEE DID
THIS TO HIS GIRLFRIEND.

BUT THE DEMOCRATS DON'T WANT
TO TALK ABOUT THIS.

♡ 1        ♡ 4        ♡ 17        ᐧᔆ 508

**Bruce D Smith** ✓ @carjicstill · Jan 28
I will never understand this nomination and confirmation.

♡ 6        ♡ 1        ♡ 101        ᐧᔆ 3.6K

**Brazzmunki** ✓ @BrazzMunki · Jan 28
This is what meritocracy looks like.

♡ 8        ♡          ♡ 16        ᐧᔆ 1.5K

**Robert Davis** ✓ @the_robertdavis · Jan 28
Go Madam Secretary!



GET ER DONE!!!!

## Relevant people

**Secretary Kri...** ✓ ✓        **Follow**
@Sec_Noem
The Secretary of the Department
of Homeland Security under the
leadership of @POTUS Trump

## What's happening

4 Nations Face-Off:
Unveiled (NHL/NHLPA)
LIVE

Trending in United States
**#earthquake**
44K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,521 posts

Music · Trending
**Cher**
22.2K posts

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.





ER0746

---

**X**

- Home
- Explore
- Notifications 2
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

**Post**



David Michaels
@DavidMi47644829

---



**GET ER DONE!!!!**

💬 2    🔁 1    ♡ 15    📊 1K

**Jonathan Bowen** ✓ @BostonByBirth · Jan 28
You look ridiculous in that vest.

💬 3    🔁 2    ♡ 70    📊 1.3K

**Phantom Shadow** ✓ @Fuknutz · Jan 28

> **Phantom Shadow** ✓ @Fuknutz · Jan 28
> President Trump Declares War on the Cartels

PHANTOM SHADOW

💬    🔁 3    ♡ 27    📊 2K

**Kate Austin** ✓ @KateAus1976 · Jan 28
Epic

💬 3    🔁    ♡ 29    📊 11K

**College Shirt Clubs by The Fan Stop** ✓ @the_fanstop    Ad
UTSA Roadrunners Shirt of the Month

Get new UTSA Roadrunners T-shirts, long-sleeves & hoodies monthly

schools.thefanstop.com/utsa-roadrunne...

---

**Relevant people**



Secretary Kri... ✓ 🔵 🔵
@Sec_Noem                    **Follow**
The Secretary of the Department of Homeland Security under the leadership of @POTUS Trump

**What's happening**

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE
WHO WILL WIN?

Trending in United States
**#earthquake**
44K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,521 posts

Music · Trending
**Cher**
22.2K posts

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.



🗨    ↻ 7    ♡ 121    📊 1.9M    🔖  ↑



**Texas Hammer** ✓  @ketanpandya01 · Jan 28
Smoking hot also!

🗨 6    ↻ 1    ♡ 22    📊 7K    🔖  ↑

**Thug Life 'Lago** ✓  @LudoUnknownmaga · Jan 28
Stalkin'......

🗨 2    ↻    ♡ 14    📊 1.8K    🔖  ↑

**Dr. Urso** ✓  @richardursomd · Jan 28
Leadership at it's finest

🗨 1    ↻    ♡ 14    📊 727    🔖  ↑

**Homan Meme** ✓  @Homanmeme · Jan 28
WE WILL!

tomhoman.meme

### Sidebar

**Relevant people**

**Secretary Kri...** ✓ 🛡️ 
@Sec_Noem    **Follow**
The Secretary of the Department of Homeland Security under the leadership of @POTUS Trump

**What's happening**


**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
44K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,521 posts

Music · Trending
**Cher**
22.2K posts

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More •••
© 2025 X Corp.

### Left navigation

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

**Post**

**David Michaels**
@DavidMi47644829

X

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

**Post**

David Michaels
@DavidMi47644829



💬 5    ⬆ 14    ♡ 15    �ꜚ 48    🔖    ⬆

**J Flay** ✓ @JFlay69420 · Jan 28



💬    ⬆    ♡ 3    ⯊ 53    🔖    ⬆

**SixxMe** ᵐᶠᵉʳ ✓ @4AnimalsGoVegan · Jan 28
Hell yeah! We love you girl! 👏👏👏👏
💬 1    ⬆    ♡    ⯊ 253    🔖    ⬆

**LionLady** @NewDayAllDay1 · Jan 28
And the hair is perfectly curled, make up applied - camera ready
Kristi?
💬 1    ⬆    ♡    ⯊ 97    🔖    ⬆

**Nurse Populist** @KYLE_WTF_ · Jan 29
This is drag
💬 2    ⬆ 1    ♡ 34    ⯊ 2.4K    🔖    ⬆

**The Sport Pigeon**™ ✓ @TheSportPigeon · Jan 28
By all means necessary 🇺🇸
💬 2    ⬆ 1    ♡ 21    ⯊ 5.2K    🔖    ⬆

**Vote Me Harder, Daddy** ✓ @VoteMeHarder · Jan 28
Stop the political theater. Get in your office and start fixing your
organizations like TSA, Secret Service & FEMA. Stop this crap, you're
acting like a liberal. This is a photo op Mayor Pete would have
pulled... when he wasn't on maternity leave. @RealTomHoman has it
covered.
💬 2    ⬆ 3    ♡ 34    ⯊ 1.4K    🔖    ⬆

🇺🇸 **SGT Valadez** X ✓ @SGTValadez · Jan 28
Well done, Kristi!  Go get them! 🇺🇸
Stay safe 🙏
💬    ⬆    ♡ 27    ⯊ 1.1K    🔖    ⬆

**Relevant people**

Secretary Kri... ✓ 🏛
@Sec_Noem
The Secretary of the Department
of Homeland Security under the
leadership of @POTUS Trump

**Follow**

**What's happening**

4 Nations Face-Off:
Unveiled (NHL/NHLPA)
LIVE

Trending in United States
#earthquake
44K posts

Trending in United States
Malibu
8,290 posts

Trending in United States
Isagi
7,521 posts

Music · Trending
Cher
22.2K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2025 X Corp.

X

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

**Post**

---

🇺🇸 **SGT Valadez** ✔ X ✔ @SGTValadez · Jan 28
Well done, Kristi!  Go get them! 🇺🇸
Stay safe 🙏

♡ 27    📊 1.1K

**Overmused Author** ✔ @Jocelynbeard · Jan 28
And yet, I'm looking right at an overly Botoxed dirtbag in a borrowed
vest. Fugouttahere, Noem.

♡ 84    📊 937

**Hugh Jaynus** ✔ @Just_Ed609 · Jan 28

REMEMBER MEN! GIVE
AN ILLEGAL ALIEN A
FISH, HE WILL EAT FOR A DAY—

THROW HIS ILLEGAL ASS OUT OF
THIS COUNTRY AND WE WILL NEVER
HAVE TO SPEND A DIME ON HIM EVER AGAIN!

♡ 2    📊 42

**Matt A. Spartan** ✔ @AF_Spartan · Jan 28
You could have at least tied your hair back, ffs.

♡ 4    ⇄    ♡ 25    📊 445

**PostNational** ✔ @postapoccanada · Jan 28
She woke up at 4 in the morning to do makeup and hair for this...

♡ 2    ⇄ 1    ♡ 61    📊 1K

**Milenka~** ✔ @MilenaAmit · Jan 28
Spent more time on that hair extension blowout than any ICE
briefing but OK, ICE Barbie...

♡ 10    ⇄ 9    ♡ 211    📊 2.7K

🔥🔥 **KC** 🇺🇸🔥 @KCPayTreeIt · Jan 28
Thank you, Secretary Kristi! 💐🇺🇸

---

**David Michaels** ...
@DavidMi47644829

---

**Relevant people**

**Secretary Kri...** ✔ 🔵
@Sec_Noem        **Follow**
The Secretary of the Department
of Homeland Security under the
leadership of @POTUS Trump

**What's happening**

**4 Nations Face-Off:
Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
44K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,521 posts

Music · Trending
**Cher**
22.2K posts

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

Post



💬 1    ⟲ 4    ♡ 25    📊 1K



**Relevant people**

**Secretary Kri...** ✓ 🛡️    **Follow**
@Sec_Noem
The Secretary of the Department
of Homeland Security under the
leadership of @POTUS Trump

**What's happening**

**4 Nations Face-Off:**
**Unveiled (NHL/NHLPA)**
🔴 LIVE

Trending in United States
**#earthquake**            ⋯
44K posts

Trending in United States
**Malibu**                ⋯
8,290 posts

Trending in United States
**Isagi**                 ⋯
7,521 posts

Music · Trending
**Cher**                  ⋯
22.2K posts

**Show more**

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ⋯
© 2025 X Corp.

**Malbon** **Malbon Golf** ✓ @MalbonGolf            Ad ⋯
The #1 Sweatsuit on Tour

The Lost Luggage Sweatsuit, as seen on @JDayGolf arrives
Thursday, 2.6 at 10AM PT on malbon.com



💬 41    ⟲ 22    ♡ 363    📊 493K

**David Chase** ✓ @SirDavidChase · Jan 28    𝕏 ⋯
I get the impression you don't know what your job consist of.

💬    ⟲    ♡ 11    📊 187

**Sue Knows Best** ✓ @sues86453 · Jan 28    𝕏 ⋯
Wonderful!  Let's go!

💬 1    ⟲    ♡ 17    📊 961

**Queen Iseabail, the Sassy Lassy ...** ✓ @bandr... · Jan 28  𝕏 ⋯
You're an embarrassment

💬 1    ⟲    ♡ 74    📊 3.8K

**Tulsi Gabbard** ✓ 🎙️ **Comment...** ✓ @TulsiGabbard... · Jan 28  𝕏 ⋯
🎭 Parody account
THANK YOU

AMERICA FIRST

LFG 🔥🔥🔥

💬    ⟲ 3    ♡ 50    📊 1.8K

**David Michaels**    ⋯
@DavidMi47644829



AMERICA FIRST

LFG 🔥🔥🔥

💬    🔁 3    ♡ 50    📊 1.8K    🔖 ⬆️

**Li Li Raven** 🌿❄️♥️😂🥰🎃🐶🥂⛄... @raven_c... · Jan 28 🕱 ···
@CLewandowski loves this outfit, doesn't he? Sorry, Kristi - all the filler and hair extensions and wannabe cop cosplay in the world aren't gonna cover up your trash. 🙄

💬 1    🔁    ♡ 1    📊 91    🔖 ⬆️

**Vivian**🇺🇸**Joyful Warrior** ✅ @vivian1212 · Jan 29 🕱 ···
👹👹👹👹👹👹👹



💬 13    🔁 15    ♡ 589    📊 27K    🔖 ⬆️

**Matthew White** @MatthewWhi17466 · Jan 29 🕱 ···
Vomit in drag.

💬 1    🔁    ♡ 1    📊 45    🔖 ⬆️

**1st Roboeconomist, Church of the...** ✅ @clima... · Jan 29 🕱 ···
Great if you can solve a problem you created yourself..

💬 1    🔁 1    ♡ 6    📊 324    🔖 ⬆️

**NavyDadx3**🇺🇸⚓️✝️♻️✅ @realCharlesBeck · Jan 29 🕱 ···
I have to say, being arrested by you may not be the worst thing ...

💬 42    🔁 3    ♡ 22    📊 14K    🔖 ⬆️

**DarkMAGA**🇺🇸 𝕏 @johntran75 · Jan 29 🕱 ···
👍🔥🔥🔥

---

**Home**
**Explore**
**Notifications**
**Messages**
**Grok**
**Lists**
**Bookmarks**
**Jobs**
**Communities**
**Premium**
**Verified Orgs**
**Profile**
**More**

**Post**

**David Michaels** ···
@DavidMi47644829

### Relevant people

**Secretary Kri...** ✅ 🆔 **Follow**
@Sec_Noem
The Secretary of the Department of Homeland Security under the leadership of @POTUS Trump

### What's happening

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States ···
**#earthquake**
44K posts

Trending in United States ···
**Malibu**
8,290 posts

Trending in United States ···
**Isagi**
7,521 posts

Music · Trending ···
**Cher**
22.2K posts

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.



Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

1 16

$aturn¥oshi @SaturnYoshi · Jan 29

19 2.6K

Corinne Clark Barron @corinnec · Jan 28
Pretty girls get shit done

3 1 15 557

Jill Noble Shearer @Jill_N_Noble · Jan 28
You look stupid. Tons of makeup, your hair all curled and flying around. You're a joke. I hope people in NY keep their puppies inside while Homeland Barbie is in town. Doesn't surprise me that someone who can kill a puppy would call other humans "dirtbags".

2 13 109

BonkDaCarnivore @BonkDaCarnivore · Jan 28
Why is your hair down?

Women don't have their hair down for tactical ops

2 1 62 919

David Michaels
@DavidMi47644829

Relevant people

Secretary Kri... @Sec_Noem Follow
The Secretary of the Department of Homeland Security under the leadership of @POTUS Trump

What's happening

4 Nations Face-Off: Unveiled (NHL/NHLPA)
LIVE

Trending in United States
#earthquake
44K posts

Trending in United States
Malibu
8,290 posts

Trending in United States
Isagi
7,521 posts

Music · Trending
Cher
22.2K posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2025 X Corp.

X

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

Post

Why is your hair down?

Women don't have their hair down for tactical ops

💬 2    ↺ 1    ♡ 62    📊 919    🔖  ⬆️

**Tony @MBTA is a dumpster fire** ✔ @Tony_01902 · Jan 28
What an upgrade.

💬 1    ↺ 1    ♡ 6    📊 221    🔖  ⬆️

**Tactical Gear Junkie** ✔ @tacgearjunkie    Ad  ···
These patches are exactly as showcased in the photos, with no other color variations available.

- 2 inches high by 3 inches wide.
- Includes hook fastener backing.
- Great for hats, bags and jackets with loop fastener

THIS MEETING REALLY COULDVE BEEN AN EMAIL OR A FIGHT

Shop Now | This Meeting Could've Been an Email or a Fight - 2x4 Patch

From tacticalgearjunkie.com

💬    ↺ 1    ♡ 6    📊 3.7K    🔖  ⬆️

**Conservative** ✔ @1776Diva · Jan 28
Get 'em Secretary Noem! 🔥

💬    ↺ 2    ♡ 23    📊 1K    🔖  ⬆️

**z** ✔ @zesqyb · Jan 28
please tell me you left this guy alone.....

**David Michaels**
@DavidMi47644829
···

**Relevant people**

**Secretary Kri...** ✔ ✔ 🛡
@Sec_Noem    Follow
The Secretary of the Department of Homeland Security under the leadership of @POTUS Trump

**What's happening**

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE
WHO WILL WIN?

Trending in United States
**#earthquake**
44K posts    ···

Trending in United States
**Malibu**
8,290 posts    ···

Trending in United States
**Isagi**
7,521 posts    ···

Music · Trending
**Cher**
22.2K posts    ···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.



**z** ✓ @zesqyb · Jan 28

please tell me you left this guy alone.....

💬 1    🔁 2    🤍 81    📊 826    🔖 ⬆️

**Dink McTorkelson** ✓ @dinkmctorkelson · Jan 29

How do you respond to the rumors that you were approached and given a written warning for solicitation by VICE?

💬 1    🔁 1    🤍 9    📊 697    🔖 ⬆️

**Sergeant Alvin York** 🏅 ✓ @acyork1887 · Jan 29

People of America, hide your puppies.

💬    🔁 2    🤍 41    📊 330    🔖 ⬆️

**ladidai (@ladidaix)** 💋 see linkinby... ✓ @ladid... · Jan 29

Ma'am what are you wearing 😱👀👀👀👀

💬    🔁 1    🤍 42    📊 9.4K    🔖 ⬆️

**K-Med** @K__Med · Jan 29

That vest looks brand new, and it looks like you took the time to do your hair for this.

All of that just screams "badass" to me 😘🙄

💬 3    🔁    🤍 30    📊 8.2K    🔖 ⬆️

**Brian Hirsh (Thor)** ✓ @BrianHirsh1 · Jan 28



**David Michaels**
@DavidMi47644829   ...



## Relevant people

**Secretary Kri...** ✓ 🎗️   [Follow]
@Sec_Noem

The Secretary of the Department of Homeland Security under the leadership of @POTUS Trump

## What's happening

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
44K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,521 posts

Music · Trending
**Cher**
22.2K posts

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.

X

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

**Post**

Galaxy S23    "LA MIGRA"

💬    ↻    ♡ 3    ‖‖ 43    🔖 ⬆

**Rob Carson Show** ✅ 𝕏 @RobCarson · Jan 28
I gotta tell ya...she could slap cuffs on me...yeah, nevermind.
💬 1    ↻    ♡ 4    ‖‖ 151    🔖 ⬆

**Phil Bryant** ✅ @PhilBryantMS · Jan 28
Lock em up.
💬 1    ↻    ♡    ‖‖ 88    🔖 ⬆

**Josh** ✅ @Venti__Poet · Jan 29
She can start with the sexual abuser dirtbag in the Oval office.
💬    ↻ 6    ♡ 45    ‖‖ 479    🔖 ⬆

**Trixie- 🍎 ✏️ 📓 teach!** ✅ @MsTrixieRVA · Jan 29
There are so many bots on this thread supporting this dog killer.
💬 2    ↻    ♡ 55    ‖‖ 681    🔖 ⬆

**Gary Koepnick** ✅ @garykoepnick · Jan 29
Cosplaying like she's in some cheesy reality TV show.
💬 38    ↻ 52    ♡ 4.6K    ‖‖ 88K    🔖 ⬆

**UserInterface** ✅ @SeketAanru    Ad ···
THETA & Helium #hnt are killing the #crypto market this morning.
#theta

xclusive.tv
**Theta & Theta Fuel Outpace the Market with ...**
Market Update for May 28th, 2021 The market
is mostly down this morning. I think it's cause...

💬 35    ↻ 33    ♡ 807    ‖‖    🔖 ⬆

**Carlos Gzz** ✅ @carlosgzz03 · Jan 29
You all Are a FRAUD AND A show.
💬    ↻    ♡ 7    ‖‖ 112    🔖 ⬆

**Martha Bueno** ✅ @BuenoForMiami · Jan 29
Who are the "dirt bags" in this case?
💬 7    ↻    ♡ 10    ‖‖ 4.6K    🔖 ⬆

**JAMO DEPRESSION SZN**🤬 @LionsAreDAWGS · Jan 29
Fuck you

Puppy killing piece of shit
💬 4    ↻    ♡ 3    ‖‖ 274    🔖 ⬆

**Darren Michaels** ✅ @copyofa_ · Jan 29
In before she gets arrested for impersonating a law enforcement
enforcement office.
💬 1    ↻    ♡ 24    ‖‖ 3.7K    🔖 ⬆

**David Michaels** ···
@DavidMi47644829

**Relevant people**

Secretary Kri... ✅ 🎗    **Follow**
@Sec_Noem
The Secretary of the Department
of Homeland Security under the
leadership of @POTUS Trump

**What's happening**

4 Nations Face-Off:
Unveiled (NHL/NHLPA)
LIVE

Trending in United States
#earthquake
44K posts

Trending in United States
Malibu
8,290 posts

Trending in United States
Isagi
7,521 posts

Music · Trending
Cher
22.2K posts

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2025 X Corp.

Document title: (2) Secretary Kristi Noem on X: &quot;7 AM in NYC. Getting the dirt bags off the streets. https://t.co/AlDD819K89&quot; / X    **ER0755**
Capture URL: https://x.com/Sec_Noem/status/1884264039158800547
Capture timestamp (UTC): Sat, 15 Feb 2025 08:43:06 GMT    Page 23 of 35





Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

**Darren Michaels** @copyofa_ · Jan 29
In before she gets arrested for impersonating a law enforcement enforcement office.
1 · 24 · 3.7K

**momoflegends** @momoflegends_ · Jan 28
Go get em 🔥🔥🔥
2 · 26 · 15K

**Todd Harrison** @todd_harrison · Jan 28
Make New York Safe Again 👊
2 · 160

**Building 7 Boutique** @B7Boutique · Ad
🇺🇸 Trump: Better Coverage than 5G...Can you hear us now?

🇺🇸 Get ready to celebrate the 2025 Presidential Inauguration!

The Trump Red Wave Shirt

From etsy.com
172 · 229 · 2.2K · 1.1M

**csd** 🇺🇦 @csd · Jan 29
Learn how to correctly spell your abhorrent racism.
38 · 540

**Cliff Schecter** @cliffschecter · Jan 29
So you're taking Corey Lewandowski to a motel?
4 · 7 · 255 · 13K

**Football Report** @FootballReprt · Jan 30
They should do to you what you did to that innocent puppy!
1 · 25 · 561

**Deanna Erickson** @DowntimeOps · Jan 30
Takes one to know one
3 · 2.3K

**seven.day.weeknd** @erriiiic · Jan 30
So...you kill animals when you're mad?
1 · 45

**David Michaels** @DavidMi47644829

## Relevant people

**Secretary Kri...** @Sec_Noem Follow
The Secretary of the Department of Homeland Security under the leadership of @POTUS Trump

## What's happening

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
44K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,521 posts

Music · Trending
**Cher**
22.2K posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2025 X Corp.

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

3 2.3K

**seven.day.weeknd** @erriiiic · Jan 30
So...you kill animals when you're mad?
1 45

**DARK MAGA** @IStand4Trump · Jan 30
¡Fuera de nuestro país!

youtube.com
Vete Ya - Los Gatos Rock & Billy ( cover en español a The Hit Road...

22

**Christine** @christinelu · Jan 30

6 702

**K.Dumilé** @KenyattahDumile · Jan 30
I wish I could work with ya'll to clean up the streets. I'm tired of the decline of my hometown 😒
1 2 284

**Sportsandpolitics** @ofthebambino · Jan 28
Obama deported more people than Trump. Biden was deporting 3,000/day during his term (Trump's not even close to that number).

Instead, Trump sends his goons to make a few arrests with a Fox camera crew and talking heads, and his supporters think he's doing something.

Sheep.
3 1 153

**Nicholas Veniamin** @NickVeniamin · Jan 28
You go girl 👍
16 1K

**Tactical Gear Junkie** @tacgearjunkie Ad
Morale Patches for Those Who Give Zero F*cks! Made in Kentucky USA. Limited edition February Patch of the Month!

David Michaels
@DavidMi47644829

## Relevant people

**Secretary Kri...** @Sec_Noem Follow
The Secretary of the Department of Homeland Security under the leadership of @POTUS Trump

## What's happening

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
44K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,521 posts

Music · Trending
**Cher**
22.2K posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ...
© 2025 X Corp.



Post

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

3 · 2.3K

**seven.day.weeknd** @erriiiic · Jan 30
So...you kill animals when you're mad?
1 · 45

**DARK MAGA** @IStand4Trump · Jan 30
¡Fuera de nuestro país!

youtube.com
Vete Ya - Los Gatos Rock & Billy ( cover en español a The Hit Road...

22

**Christine** @christinelu · Jan 30

6 · 702

**K.Dumilé** @KenyattahDumile · Jan 30
I wish I could work with ya'll to clean up the streets. I'm tired of the decline of my hometown 😒
1 · 2 · 284

**Sportsandpolitics** @ofthebambino · Jan 28
Obama deported more people than Trump. Biden was deporting 3,000/day during his term (Trump's not even close to that number).

Instead, Trump sends his goons to make a few arrests with a Fox camera crew and talking heads, and his supporters think he's doing something.

Sheep.
3 · 1 · 153

**Nicholas Veniamin** @NickVeniamin · Jan 28
You go girl 👍
16 · 1K

**Tactical Gear Junkie** @tacgearjunkie Ad
Morale Patches for Those Who Give Zero F*cks! Made in Kentucky USA. Limited edition February Patch of the Month!

**David Michaels**
@DavidMi47644829

## Relevant people

**Secretary Kri...** @Sec_Noem Follow
The Secretary of the Department of Homeland Security under the leadership of @POTUS Trump

## What's happening

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
44K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,521 posts

Music · Trending
**Cher**
22.2K posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2025 X Corp.

X

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

**Post**

**KRISTI NOEM MURDERED ME.**

💬 2   ↻ 3   ♡ 302   �📊 5.9K

**Vanessa33333-⚫⚫⚫U2,...** ✓ @VanessaEsca... · Jan 29
Spoken like a true christian!

💬 1   ↻   ♡ 4   �📊 604

**Erin** ✓ @airynne · Jan 30
This is embarrassing.

💬 1   ↻   ♡ 5   �📊 297

**Dan Stilwell** ✓ @realdanstilwell · Jan 28
Work on fixing DHS or photo op... We all know what you chose.

💬   ↻ 1   ♡ 33   �📊 1.1K

**JoeyBonanno** ✓ @RealJoeBonanno · Jan 28
You do know in 3 years 11 months and 3 days, you'll need a job right?

💬 18   ↻ 10   ♡ 389   �📊 29K

**Fleon The Flea™** ✓ @FleonTheFlea · Jan 28
Go get 'em!

**LFG! KRISTI SECRETARY OF HOMELAND SECURITY!  OH HELL JEZ!  ICE ENFORCEMENT  Making America American Again!  USA USA USA**
Fleon theFlea™

💬 2   ↻ 1   ♡ 11   �📊 1.1K

**NSBill** ✓ @Bill_nsb · Jan 29
You are a pathetic self-absorbed opportunist cosplaying for the camera.

💬   ↻   ♡ 5   �📊 30

**Rick** ✓ @SlickRick00666 · Jan 29
You're still on the street though...

💬   ↻ 1   ♡ 59   �📊 6.4K

**Lou to my friends** 🌟 **the far r...** @LouiseScot51 · Jan 29

**David Michaels**
@DavidMi47644829

**Relevant people**

**Secretary Kri...** ✓ 🔰  **Follow**
@Sec_Noem
The Secretary of the Department of Homeland Security under the leadership of @POTUS Trump

**What's happening**

4 Nations Face-Off:
Unveiled (NHL/NHLPA)
LIVE
WHO WILL WIN?

Trending in United States
**#earthquake**
44K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,521 posts

Music · Trending
**Cher**
22.2K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2025 X Corp.

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

Post

**Rick** @SlickRick00666 · Jan 29
You're still on the street though...

💬 1   ♻ 1   ♡ 59   📊 6.4K

**Lou to my friends. 👍 the far r...** @LouiseScot51... · Jan 29
Get a grip you silly tart.

💬 2   ♡ 37   📊 308

**claudia ⭐✅** @4ui12i124u · Jan 29
girl u should get the doctor that butchered ur fkn face off the office instead im begging

💬   ♡ 6   📊 80

**DC** ✅ @TruckinManDan · Jan 30
No she is not kicking down doors but is a good idea to wear a protective vest. Tell me a DummyCrat wldnt want the same photo op?

💬 1   ♻   ♡ 2   📊 214

**🧡BITCOIN BEE MONTANA🧡** ✅ @MTTRUTHBTC · Jan 30
Look at all the jealous liberals here with ugly personalities to match their words.
Not one of them has accomplished 1/10th of what you have in life.
Keep bringing it, woman!!
🏆😘😘😘😘

💬 4   ♻   ♡ 1   📊 347

**ShaneSaw Massacre** @FinalDude78 · Jan 30
you going out to hunt more puppies?

💬 4   ♻   ♡ 131   📊 5.1K

**Letter writer 🇺🇸🏴** @fireworkbonnie · Jan 29
kristi likes to dress up in costumes. She played a nurse, a secretary, and a plumber in commercials for South Dakota.

💬 1   ♻   ♡ 11   📊 893

**IC3BOY** ✅ @exsdys · Jan 29
everyone hide your puppies omg

💬   ♻   ♡ 114   📊 6.6K

**Mistress Dolly** ✅ @MistressDolly1 · Jan 29
Deport trumps wife while you're at it!

💬 1   ♻ 1   ♡ 3   📊 404

**Kevin Williams** ✅ @Kpopp46 · Jan 30
Outstanding. I could watch these roundups daily.

💬 2   ♻   ♡ 3   📊 805

**Kenna Brockriede** ✅ @Jkbsrt · Jan 30
Let's go !!!!

💬   ♻   ♡   📊 524

**Troy** ✅ @BlueBarndog · Jan 30
Thank God you had time to do a horrible makeup job Barbie.

💬   ♻   ♡ 39   📊 2.6K

**Tom Barsoomian** @barsoomian · Jan 30
Isn't it illegal to represent yourself as a police officer or ICE Agent?

💬 2   ♻   ♡ 16   📊 352

**Who is John Galt τ τ dAI/Acc** ✅ @JohnGalt1st · Jan 30

**David Michaels** @DavidMi47644829

## Relevant people

**Secretary Kri...** ✅ @Sec_Noem   Follow
The Secretary of the Department of Homeland Security under the leadership of @POTUS Trump

## What's happening

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
44K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,521 posts

Music · Trending
**Cher**
22.2K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.

# Home

Q Explore

Notifications

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

**Post**

**Tom Barsoomian** @barsoomian · Jan 30
Isn't it illegal to represent yourself as a police officer or ICE Agent?
💬 2    🔁    ♡ 16    📊 352

**Who is John Galt ⊤ ⊤ dAl/Acc** ✓ @JohnGalt1st · Jan 30
Get some more Botox and STFU
💬    🔁    ♡    📊 11

**Luke MD** ✓ @Warrior_334 · Jan 30
Take off your hair extensions! You look ridiculous. How do you want
people to take you seriously with your witchy hair extensions.
Lol! 😂
💬    🔁 2    ♡ 35    📊 469

**NewYorkCityKopp** ✓ @newyorkcitykopp · Jan 30
So ridiculous
💬 2    🔁    ♡ 27    📊 5.6K

**DeletelawZ** ✓ @DeletelawZ · Jan 30
You look like a clown
💬 5    🔁 1    ♡ 12    📊 591

**tpy** ✓ @itstpy · Jan 30
Cool cosplay are you going to kill more dogs?
💬    🔁    ♡ 1    📊 85

**JW | johnnysolami.sol** ✓ @DegentlemanJohn · Jan 30
remember when you executed a puppy
💬    🔁    ♡ 5    📊 208

**Bonkey**🇺🇸🇨🇦🇪🇺✝ @UwuBonkey · Jan 30
Is that how you dressed when you shot your puppy execution style?
💬    🔁    ♡ 2    📊 42

**Ryan Sonnenberg** ✓ @ryantsonnenberg · Jan 30
This is so cringe.
💬    🔁    ♡ 13    📊 2.4K

**Susie** @pdxsoaplover · Jan 30
I only see one.
💬 1    🔁    ♡ 7    📊 295

**Pantera Bread** 🪅🛍 @Jozsa412 · Jan 30

**David Michaels** ···
@DavidMi47644829

## Relevant people

**Secretary Kri...** ✓ 🏛
@Sec_Noem    [**Follow**]
The Secretary of the Department
of Homeland Security under the
leadership of @POTUS Trump

## What's happening

**4 Nations Face-Off:
Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
44K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,521 posts

Music · Trending
**Cher**
22.2K posts

**Show more**

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2025 X Corp.



PUPPY KILLER

💬 1    🔁    ♡ 20    📊 980    🔖 ⬆️

**Steven Eugene Kuhn** ✔ @KuhnSteven90717 · Jan 30
Yes! Setting the pace!

💬    🔁    ♡ 2    📊 445    🔖 ⬆️

**Crypto Cassoway** ✔ @cryptocassowar2 · Jan 30
One wall, one bullet. Kristi problem solved.

💬    🔁    ♡ 3    📊 38    🔖 ⬆️

**FortDixonFrogboi20.eth** @frogboi20 · Jan 28
Im a fucking dirtbag. ARREST ME

💬 1    🔁    ♡ 4    📊 126    🔖 ⬆️

**Epstein's Sheet.** 🦋 ✔ @meantweeting1 · Jan 29
Start with her.



⏸️ GIF

💬 3    🔁 3    ♡ 29    📊 652    🔖 ⬆️

**RITAex59754699** @ex59754699 · Jan 29
You're garbage, literally

💬 1    🔁    ♡ 2    📊 29    🔖 ⬆️

**Leander the fool** 🫏 @Leander0_0 · Jan 29
This woman shot her dog btw

💬 1    🔁    ♡ 1    📊 26    🔖 ⬆️

**donna_hewett@aol.com** ✔ @donnahewett657 · Jan 29
If you are going to continue going into the field you need to learn non-violent crisis intervention as well. You also need your hair braided or in a ponytail that can be tucked under your collar in a second. Hair is easy to grab, and it is painful. If you are grabbed by the top
Show more

💬 5    🔁    ♡ 9    📊 5.9K    🔖 ⬆️

**Judy Hockenbrough** 🅟 @JHockenbrough · Jan 30
You're an absolute pig.

💬 1    🔁    ♡ 3    📊 27    🔖 ⬆️

**Relevant people**

**Secretary Kri...** ✔ 🛡️    [Follow]
@Sec_Noem
The Secretary of the Department of Homeland Security under the leadership of @POTUS Trump

**What's happening**

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
44K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,521 posts

Music · Trending
**Cher**
22.2K posts

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2025 X Corp.

🏠 Home
🔍 Explore
🔔 Notifications
✉️ Messages
✴️ Grok
🗒️ Lists
🔖 Bookmarks
💼 Jobs
👥 Communities
✔️ Premium
⚡ Verified Orgs
👤 Profile
⊙ More

[Post]

**David Michaels**
@DavidMi47644829

♡ 1    ↻    ♡ 20    ⅠⅠ 980    🔖 ⬆

**Steven Eugene Kuhn** ✔ @KuhnSteven90717 · Jan 30
Yes! Setting the pace!

💬    ↻    ♡ 2    ⅠⅠ 445    🔖 ⬆

**Crypto Cassowary** ✔ @cryptocassowar2 · Jan 30
One wall, one bullet. Kristi problem solved.

💬    ↻    ♡ 3    ⅠⅠ 38    🔖 ⬆

**FortDixonFrogboi20.eth** @frogboi20 · Jan 28
Im a fucking dirtbag. ARREST ME

♡ 1    ↻    ♡ 4    ⅠⅠ 126    🔖 ⬆

**Epstein's Sheet.** 🦝 ✔ @meantweeting1 · Jan 29
Start with her.



⏸ **GIF**

♡ 3    ↻ 3    ♡ 29    ⅠⅠ 652    🔖 ⬆

**RITAex59754699** @ex59754699 · Jan 29
You're garbage, literally

♡ 1    ↻    ♡ 2    ⅠⅠ 29    🔖 ⬆

**Leander the fool** 🧉 @Leander0_0 · Jan 29
This woman shot her dog btw

♡ 1    ↻    ♡ 1    ⅠⅠ 26    🔖 ⬆

**donna_hewett@aol.com** ✔ @donnahewett657 · Jan 29
If you are going to continue going into the field you need to learn
non-violent crisis intervention as well. You also need your hair
braided or in a ponytail that can be tucked under your collar in a
second. Hair is easy to grab, and it is painful. If you are grabbed by
the top
Show more

♡ 5    ↻    ♡ 9    ⅠⅠ 5.9K    🔖 ⬆

**Judy Hockenbrough** 🏳️‍🌈 @JHockenbrough · Jan 30
You're an absolute pig.

♡ 1    ↻    ♡ 3    ⅠⅠ 27    🔖 ⬆

---

**Relevant people**

**Secretary Kri...** ✔ 🛡    **Follow**
@Sec_Noem
The Secretary of the Department
of Homeland Security under the
leadership of @POTUS Trump

**What's happening**

**4 Nations Face-Off:**
**Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
44K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,521 posts

Music · Trending
**Cher**
22.2K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2025 X Corp.

---

**Home**
**Explore**
**Notifications**
**Messages**
**Grok**
**Lists**
**Bookmarks**
**Jobs**
**Communities**
**Premium**
**Verified Orgs**
**Profile**
**More**

**Post**

**David Michaels**
@DavidMi47644829

---



Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

5 · 9 · 5.9K

**Judy Hockenbrough** @JHockenbrough · Jan 30
You're an absolute pig.
1 · 3 · 27

**A.J.** @DeprcookAJ · Jan 30
Isn't this lady the one who murders dogs for fun
1 · 3 · 16

**jay he/him** @JayC270311 · Jan 30
Why you still there then?
5 · 1K

**Paul Maxwell14** @Pmaxwellfnp · Jan 30
Pathetic COSPLAY.... your antics are sad. And you joining a field team puts THEM at increased risk.
3 · 10

**Chicano Marine** 🇲🇽🇺🇸💙 @elchicanomarine · Jan 29
Cos playing for MAGA is so cringe. 🤡
98 · 834

**GaiusDeer @VF, FE** @GaiusGuy · Jan 29
Gonna shoot them in the face like ya did with your dog?
1 · 8 · 136

**MeltedBarbie**✨🌬🌙 @MeltedDollParts · Jan 29
Then get off the street, dog murderer
2 · 5 · 85

**The Nutcracker** @TheNutcracker20 · Jan 30
Is that Kevlar makeup??
3 · 22

**Mr. Crouton** ✌❤🥨 @MrCrouton37 · Jan 30
Pathetic
2 · 27

**KLee** @LeeKurtiss · Jan 30

Run puppies RUN!!!

**David Michaels**
@DavidMi47644829

## Relevant people

**Secretary Kri...** @Sec_Noem
Follow
The Secretary of the Department of Homeland Security under the leadership of @POTUS Trump

## What's happening

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
44K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,521 posts

Music · Trending
**Cher**
22.2K posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2025 X Corp.



X

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

**Post**

**Relevant people**

Secretary Kri... ✓ ✓
@Sec_Noem                    **Follow**
The Secretary of the Department
of Homeland Security under the
leadership of @POTUS Trump

**What's happening**

**4 Nations Face-Off:**
**Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
44K posts                          ⋯

Trending in United States
**Malibu**
8,290 posts                        ⋯

Trending in United States
**Isagi**
7,521 posts                        ⋯

Music · Trending
**Cher**
22.2K posts                        ⋯

**Show more**

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ⋯
© 2025 X Corp.

💬 1   ⟲ 1   ♡ 11   ᴸᴵᴸ 198   🔖 ↑

**David** @DRM55919130 · Jan 30   𝕏 ⋯
She is a bad ass!
Did I forget to say beautiful, too?
💬   ⟲ 2   ♡   ᴸᴵᴸ 18   🔖 ↑

**Ciel Sander** @CielSander · Jan 30   ⋯
youtube.com
Downfall of Tesla 2025
Here's me critical analysis of Musky's salute
and why it has resulted in me ditching Tesla ...
💬   ⟲   ♡ 2   ᴸᴵᴸ 27   🔖 ↑

**Brad Gifford** @GiffordBrad · Jan 30   𝕏 ⋯
Human beings.

Not dirtbags.

Not cockroaches.

Not vermin.

Human. Beings.
...
**Show more**
💬   ⟲   ♡ 3   ᴸᴵᴸ 20   🔖 ↑

**BlueDash** @BlueDash12 · Jan 30   𝕏 ⋯
Money spent on those hair extensions could have fed a family of 5
for a year.

Cosplay stupid.
💬   ⟲   ♡ 4   ᴸᴵᴸ 21   🔖 ↑

**🦶 Wack Jalten 🚺** @Pinkgobi · Jan 30   𝕏 ⋯
Remember when you murdered a puppy and wrote a book about it.
💬 1   ⟲   ♡   ᴸᴵᴸ 14   🔖 ↑

**marie starr 🎮💙🐕🐎🌊** @mariest07510564 · Jan 30   𝕏 ⋯
Dressing up in ICE gear reveals your depth, Kristi noem.
💬 1   ⟲   ♡ 2   ᴸᴵᴸ 403   🔖 ↑

**Michael Catalano** @AAARCHER1959 · Jan 30   𝕏 ⋯
Well, you got the "bad" part of badass  down.
💬   ⟲   ♡ 1   ᴸᴵᴸ 76   🔖 ↑

**BlueGoldfish** @DeeDee11128437 · Jan 30   𝕏 ⋯

**David Michaels**   ⋯
@DavidMi47644829

Document title: (2) Secretary Kristi Noem on X: &quot;7 AM in NYC. Getting the dirt bags off the streets. https://t.co/AlDD819K89&quot; / X **ER0765**
Capture URL: https://x.com/Sec_Noem/status/1884264039158800547
Capture timestamp (UTC): Sat, 15 Feb 2025 08:43:06 GMT



Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

1 · 171

**ImARebelDotty** @ImARebelDotty · Jan 30
Good you can start by leaving them
1 · 258

**Tee Nova** @teenovaxxx · Jan 30
I thought it was illegal to impersonate police , but we aren't a country of law and order. So , I suppose this fits.
1 · 23

**BBallRef314** @BBallRef314 · Jan 30
You rocking them extensions, uh honey?
1 · 48

**Void Starer** @StarerVoid · Jan 30
Show tits Kristi!
1 · 11

**Sean with Pontoon Brewing** @PontoonBrewing · Jan 30
I'm impressed she can speak with all that filler in her face. Troglodyte.
1 · 23

**Hal Koiman** 🦋 @HKoiman · Jan 30
When the world is your gravel pit, every problem looks like a puppy.
1 · 6

**Tracey Eva WOKE REVOLUTIONARY ...** @tra... · Jan 30
TWAT
1 · 2

**The Truth** @The_x_Truth · Jan 30
Aren't you the one that executed a puppy by 🔫 it in the head?
2 · 37

**ChadLindberg** @ChadLindberg · Jan 30
You're a fucking disgrace.
17 · 224

**David Michaels**
@DavidMi47644829

**Relevant people**

**Secretary Kri...** @Sec_Noem Follow
The Secretary of the Department of Homeland Security under the leadership of @POTUS Trump

**What's happening**

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
44K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,521 posts

Music · Trending
**Cher**
22.2K posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2025 X Corp.

**ChadLindberg** @ChadLindberg · Jan 30
You're a fucking disgrace.

💬  ⟲  ♡ 17  📊 224  🔖 ⬆️

**Gloops** ✓ @gwompystompy · Jan 30
Face full of makeup and perfect hair

You're not doing a DAMN thing 😭😭

💬  ⟲  ♡  📊 48  🔖 ⬆️

**rubbercake** 🐍 ✓ @rubbercake · Jan 30
Take yourself out in the trash then 🐶 Puppy murder.

💬  ⟲  ♡ 3  📊 33  🔖 ⬆️

**Romanos_stavros** ✓ @romanos_stavros · Jan 30
get the garbage out Kristi!

💬  ⟲  ♡  📊 16  🔖 ⬆️

**Jarmo Aalto** @JarmoAalto4 · Jan 30
Ugly inside,ugly outside =maga

💬 1  ⟲  ♡ 7  📊 126  🔖 ⬆️

**Tulsa Gabber** @heidicruzxxx · Jan 30
Why do you do your makeup like a pornstar?

💬  ⟲  ♡ 11  📊 24  🔖 ⬆️

**KAY** 🇺🇸🇨🇦 🔵 🏳️‍🌈🇺🇦 ✓ @chriskay909 · Jan 30
Then take yourself off the street first... dirtbag dog killer!

💬  ⟲  ♡ 4  📊 64  🔖 ⬆️

## Relevant people

**Secretary Kri...** ✓ 🔵
@Sec_Noem

[Follow]

The Secretary of the Department of Homeland Security under the leadership of @POTUS Trump

## What's happening

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
44K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,521 posts

Music · Trending
**Cher**
22.2K posts

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.



**David Michaels**
@DavidMi47644829



Document title: (2) Secretary Kristi Noem on X: &quot;7 AM in NYC. Getting the dirt bags off the streets. https://t.co/AlDD819K89&quot; / X
Capture URL: https://x.com/Sec_Noem/status/1884264039158800547
Capture timestamp (UTC): Sat, 15 Feb 2025 08:43:06 GMT

ER0767

Page 35 of 35

# EXHIBIT
# 7

ER0768

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13    Dec. 16, 2023 C-SPAN
14    Dec. 16, 2023 Campaign Speech by Donald Trump in
15    Durham, New Hampshire
16
17
18
19
20
21
22
23
24
25
                                              Page 1
```

1  PRESIDENT DONALD TRUMP:  We've got a
2  lot of work to do.  You know, when they let -- I
3  think the real number is 15, 16 million people
4  into our country.  When they do that, we've got a
5  lot of work to do.  They're poisoning the blood
6  of our country.  That's what they've done.  They
7  poison mental institutions and prisons all over
8  the world.  Not just in South America, not just
9  the three or four countries that we think about,
10  but all over the world, they're coming into our
11  country from Africa, from Asia, all over the
12  world.  They're pouring into our country.
13  Nobody's even looking at them.  They just come
14  in.  The crime is going to be tremendous.  The
15  terrorism is going to be -- terrorism is going to
16  be.  And then we built a tremendous piece of the
17  wall, and then we're going to build more.  And
18  the election was rigged, and we didn't do it, but
19  I figured they'd just throw it up.  It would have
20  taken three weeks.  It was all built, it was all
21  ready to be just hoisted up.  The exact wall that
22  the border patrol, who are incredible, Brandon
23  Judd and all of the people at border patrol.
24  That's exactly what they designed.  They had the
25  anti-climb bars, they had everything.  And you

Page 2

1  know what they did?  They didn't want it to go
2  up.  They sold it for five cents on the dollar.
3  Can you believe it?  All of that stuff.  It's
4  very sad.  But this is far more than a campaign,
5  this is the greatest political movement in the
6  history of our country.  It really is.
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 3

1  C E R T I F I C A T I O N
2
3  I, Sonya Ledanski Hyde, certify that the
4  foregoing transcript is a true and accurate
5  record of the proceedings.
6
7
8
9  *Sonya M. Ledanski Hyde*
10
11  Veritext Legal Solutions
12  330 Old Country Road
13  Suite 300
14  Mineola, NY 11501
15
16  Date:  February 18, 2025
17
18
19
20
21
22
23
24
25

Page 4

2 (Pages 2 - 4)

## [11501 - stuff]

| 1 |
|---|
| **11501** 4:14 |
| **12151** 4:9 |
| **15** 2:3 |
| **16** 1:13,14 2:3 |
| **18** 4:16 |

| 2 |
|---|
| **2023** 1:13,14 |
| **2025** 4:16 |

| 3 |
|---|
| **300** 4:13 |
| **330** 4:12 |

| a |
|---|
| **accurate** 4:4 |
| **africa** 2:11 |
| **america** 2:8 |
| **anti** 2:25 |
| **asia** 2:11 |

| b |
|---|
| **bars** 2:25 |
| **believe** 3:3 |
| **blood** 2:5 |
| **border** 2:22,23 |
| **brandon** 2:22 |
| **build** 2:17 |
| **built** 2:16,20 |

| c |
|---|
| **c** 1:13 4:1,1 |
| **campaign** 1:14 3:4 |
| **cents** 3:2 |
| **certify** 4:3 |

**climb** 2:25
**come** 2:13
**coming** 2:10
**countries** 2:9
**country** 2:4,6 2:11,12 3:6 4:12
**crime** 2:14

| d |
|---|
| **date** 4:16 |
| **dec** 1:13,14 |
| **designed** 2:24 |
| **didn't** 2:18 3:1 |
| **dollar** 3:2 |
| **donald** 1:14 2:1 |
| **durham** 1:15 |

| e |
|---|
| **e** 4:1 |
| **election** 2:18 |
| **exact** 2:21 |
| **exactly** 2:24 |

| f |
|---|
| **f** 4:1 |
| **far** 3:4 |
| **february** 4:16 |
| **figured** 2:19 |
| **five** 3:2 |
| **foregoing** 4:4 |
| **four** 2:9 |

| g |
|---|
| **go** 3:1 |
| **going** 2:14,15 2:15,17 |

| greatest | 3:5 |
|---|---|

| h |
|---|
| **hampshire** 1:15 |
| **history** 3:6 |
| **hoisted** 2:21 |
| **hyde** 4:3 |

| i |
|---|
| **incredible** 2:22 |
| **institutions** 2:7 |
| **it's** 3:3 |

| j |
|---|
| **judd** 2:23 |

| k |
|---|
| **know** 2:2 3:1 |

| l |
|---|
| **ledanski** 4:3 |
| **legal** 4:11 |
| **looking** 2:13 |
| **lot** 2:2,5 |

| m |
|---|
| **mental** 2:7 |
| **million** 2:3 |
| **mineola** 4:14 |
| **movement** 3:5 |

| n |
|---|
| **n** 4:1 |
| **new** 1:15 |
| **nobody's** 2:13 |
| **number** 2:3 |
| **ny** 4:14 |

| o |
|---|
| **o** 4:1 |
| **old** 4:12 |

| p |
|---|
| **patrol** 2:22,23 |
| **people** 2:3,23 |
| **piece** 2:16 |
| **poison** 2:7 |
| **poisoning** 2:5 |
| **political** 3:5 |
| **pouring** 2:12 |
| **president** 2:1 |
| **prisons** 2:7 |
| **proceedings** 4:5 |

| r |
|---|
| **r** 4:1 |
| **ready** 2:21 |
| **real** 2:3 |
| **really** 3:6 |
| **record** 4:5 |
| **rigged** 2:18 |
| **road** 4:12 |

| s |
|---|
| **sad** 3:4 |
| **signature** 4:9 |
| **sold** 3:2 |
| **solutions** 4:11 |
| **sonya** 4:3 |
| **south** 2:8 |
| **span** 1:13 |
| **speech** 1:14 |
| **stuff** 3:3 |

Page 1

**[suite - world]**

| | |
|---|---|
| **suite** 4:13 | |
| **t** | |
| **t** 4:1,1 | |
| **taken** 2:20 | |
| **terrorism** 2:15 | |
| 2:15 | |
| **that's** 2:6,24 | |
| **they'd** 2:19 | |
| **they're** 2:5,10 | |
| 2:12 | |
| **they've** 2:6 | |
| **think** 2:3,9 | |
| **three** 2:9,20 | |
| **throw** 2:19 | |
| **transcript** 4:4 | |
| **tremendous** | |
| 2:14,16 | |
| **true** 4:4 | |
| **trump** 1:14 2:1 | |
| **v** | |
| **veritext** 4:11 | |
| **w** | |
| **wall** 2:17,21 | |
| **want** 3:1 | |
| **weeks** 2:20 | |
| **we're** 2:17 | |
| **we've** 2:1,4 | |
| **work** 2:2,5 | |
| **world** 2:8,10,12 | |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

ER0772

# EXHIBIT
# 8

ER0773

1

2

3

4

5

6

7

8

9

10

11

12

13    September 10, 2024

14    Presidential Debate

15    Vice President Kamala Harris (D) and Former

16    President Donald Trump (R), moderated by Linsey

17    Davis and David Muire (ABC News)

18

19

20

21

22

23

24

25

Page 1

1    DAVID MUIR:  Good evening, I'm David
2  Muir.  And thank you for joining us for tonight's
3  ABC News Presidential Debate.  We want to welcome
4  viewers watching on ABC and around the world
5  tonight.  Vice President Kamala Harris and
6  President Donald Trump are just moments away from
7  taking the stage in this unprecedented race for
8  president.
9    LINSEY DAVIS:  And I'm Linsey Davis.
10  Tonight's meeting could be the most consequential
11  event of their campaigns, with Election Day now
12  less than two months away.  For Vice President
13  Kamala Harris, this is her first debate since
14  President Biden withdrew from the race on July
15  21st.  Of course, that decision followed his
16  debate against President Donald Trump in June.
17  Since then, this race has taken on an entirely
18  new dynamic.
19    DAVID MUIR:  And that brings us to the
20  rules of tonight's debate: 90 minutes with two
21  commercial breaks.  No topics or questions have
22  been shared with the campaigns.  The candidates
23  will have two minutes to answer questions.  And
24  this is the clock.  That's what they'll be
25  seeing.  Two minutes for rebuttals and one minute

Page 2

1  for follow-ups, clarifications, or responses.
2  Their microphones will only be turned on when
3  it's their turn to speak.  No prewritten notes
4  allowed.  There is no audience here tonight in
5  this hall at the National Constitution Center.
6  This is an intimate setting for two candidates
7  who have never met.
8    LINSEY DAVIS:  President Trump won the
9  coin toss.  He chose to deliver the final closing
10  statement of the evening.  Vice President Harris
11  selected the podium to the right.
12    DAVID MUIR:  So, let's now welcome the
13  candidates to the stage.  Vice President Kamala
14  Harris and President Donald Trump.
15    VICE PRESIDENT KAMALA HARRIS:  Kamala
16  Harris.  Let's have a good debate.
17    PRESIDENT DONALD TRUMP:  Nice to see
18  you.  Have fun.
19    VICE PRESIDENT KAMALA HARRIS:  Thank
20  you.
21    PRESIDENT DONALD TRUMP:  Thank you.
22    DAVID MUIR:  Welcome to you both.  It's
23  wonderful to have you.  It's an honor to have you
24  both here tonight.
25    LINSEY DAVIS:  Good evening, we are

Page 3

1  looking forward to a spirited and thoughtful
2  debate.
3    DAVID MUIR:  So, let's get started.  I
4  want to begin tonight with the issue voters
5  repeatedly say is their number one issue, and
6  that is the economy and the cost of living in
7  this country.  Vice President Harris, you and
8  President Trump were elected four years ago and
9  your opponent on the stage here tonight often
10  asks his supporters, are you better off than you
11  were four years ago?  When it comes to the
12  economy, do you believe Americans are better off
13  than they were four years ago?
14    VICE PRESIDENT KAMALA HARRIS:  So, I
15  was raised as a middle-class kid.  And I am
16  actually the only person on this stage who has a
17  plan that is about lifting up the middle class
18  and working people of America.  I believe in the
19  ambition, the aspirations, the dreams of the
20  American people.  And that is why I imagine and
21  have actually a plan to build what I call an
22  opportunity economy.  Because here's the thing.
23  We know that we have a, a shortage of homes and
24  housing, and the cost of housing is too expensive
25  for far too many people.  We know that young

Page 4

1  families need support to raise their children.
2  And I intend on extending a tax cut for those
3  families of $6,000, which is the largest child
4  tax credit that we have given in a long time.  So
5  that those young families can afford to buy a
6  crib, buy a car seat, buy clothes for their
7  children.  My passion, one of them, is small
8  businesses.  I was actually -- my mother raised
9  my sister and me but there was a woman who helped
10  raise us.  We call her our second mother.  She
11  was a small business owner.  I love our small
12  businesses.  My plan is to give a $50,000 tax
13  deduction to start up small businesses, knowing
14  they are part of the backbone of America's
15  economy.  My opponent, on the other hand, his
16  plan is to do what he has done before, which is
17  to provide a tax cut for billionaires and big
18  corporations, which will result in $5 trillion to
19  America's deficit.  My opponent has a plan that I
20  call the Trump sales tax, which would be a 20
21  percent tax on everyday goods that you rely on to
22  get through the month.  Economists have said that
23  that Trump's sales tax would actually result for
24  middle-class families in about $4,000 more a year
25  because of his policies and his ideas about what

Page 5

2 (Pages 2 - 5)

**Page 6**

1 should be the backs of middle-class people paying
2 for tax cuts for billionaires.
3        DAVID MUIR:  President Trump, I'll give
4 you two minutes.
5        PRESIDENT DONALD TRUMP:  First of all,
6 I have no sales tax.  That's an incorrect
7 statement.  She knows that.  We're doing tariffs
8 on other countries.  Other countries are going to
9 finally, after 75 years, pay us back for all that
10 we've done for the world.  And the tariff will be
11 substantial in some cases.  I took in billions
12 and billions of dollars, as you know, from China.
13 In fact, they never took the tariff off because
14 it was so much money they can't.  It would
15 totally destroy everything that they've set out
16 to do.  They're taking in billions of dollars
17 from China and other places.  They've left the
18 tariffs on.  When I had it, I had tariffs and yet
19 I had no inflation.  Look, we've had a terrible
20 economy because inflation has -- which is really
21 known as a country buster.  It breaks up
22 countries.  We have inflation like very few
23 people have ever seen before.  Probably the worst
24 in our nation's history.  We were at 21 percent.
25 But that's being generous because many things are

**Page 7**

1 50, 60, 70, and 80 percent higher than they were
2 just a few years ago.  This has been a disaster
3 for people, for the middle class, but for every
4 class.  On top of that, we have millions of
5 people pouring into our country from prisons and
6 jails, from mental institutions and insane
7 asylums.  And they're coming in and they're
8 taking jobs that are occupied right now by
9 African Americans and Hispanics and also unions.
10 Unions are going to be affected very soon.  And
11 you see what's happening.
12        You see what's happening with towns
13 throughout the United States.  You look at
14 Springfield, Ohio.  You look at Aurora in
15 Colorado.  They are taking over the towns.
16 They're taking over buildings.  They're going in
17 violently.  These are the people that she and
18 Biden let into our country.  And they're
19 destroying our country.  They're dangerous.
20 They're at the highest level of criminality.  And
21 we have to get them out.  We have to get them out
22 fast.  I created one of the greatest economies in
23 the history of our country.  I'll do it again and
24 even better.
25        DAVID MUIR:  We are going to get to

**Page 8**

1 immigration and border security during this
2 debate.  But I would like to let Vice President
3 Harris respond on the economy here.
4        VICE PRESIDENT KAMALA HARRIS:  Well, I
5 would love to.  Let's talk about what Donald
6 Trump left us.  Donald Trump left us the worst
7 unemployment since the Great Depression.  Donald
8 Trump left us the worst public health epidemic in
9 a century.  Donald Trump left us the worst attack
10 on our democracy since the Civil War.  And what
11 we have done is clean up Donald Trump's mess.
12 What we have done and what I intend to do is
13 build on what we know are the aspirations and the
14 hopes of the American people.  But I'm going to
15 tell you all, in this debate tonight, you're
16 going to hear from the same old, tired playbook,
17 a bunch of lies, grievances and name-calling.
18 What you're going to hear tonight is a detailed
19 and dangerous plan called Project 2025 that the
20 former president intends on implementing if he
21 were elected again.  I believe very strongly that
22 the American people want a president who
23 understands the importance of bringing us
24 together knowing we have so much more in common
25 than what separates us.  And I pledge to you to

**Page 9**

1 be a president for all Americans.
2        DAVID MUIR:  President Trump, I'll give
3 you a minute here to respond.
4        PRESIDENT DONALD TRUMP:  Number one, I
5 have nothing to do, as you know and as she knows
6 better than anyone, I have nothing to do with
7 Project 2025.  That's out there.  I haven't read
8 it.  I don't want to read it purposely.  I'm not
9 going to read it.  This was a group of people
10 that got together, they came up with some ideas.
11 I guess some good, some bad.  But it makes no
12 difference.  I have nothing to do -- everybody
13 knows I'm an open book.  Everybody knows what I'm
14 going to do.  Cut taxes very substantially.  And
15 create a great economy like I did before.  We had
16 the greatest economy.
17        We got hit with a pandemic.  And the
18 pandemic was -- not since 1917 where 100 million
19 people died has there been anything like it.  We
20 did a phenomenal job with the pandemic.  We
21 handed them over a country where the economy and
22 where the stock market was higher than it was
23 before the pandemic came in.  Nobody's ever seen
24 anything like it.  We made ventilators for the
25 entire world.  We got gowns.  We got masks.  We

3 (Pages 6 - 9)

1 did things that nobody thought possible. And
2 people give me credit for rebuilding the
3 military. They give me credit for a lot of
4 things. But not enough credit for the great job
5 we did with the pandemic. But the only jobs they
6 got were bounce-back jobs. These were jobs,
7 bounce-back. And it bounced back, and it went to
8 their benefit. But I was the one that created
9 them. They know it and so does everybody else.
10      DAVID MUIR: Vice President Harris,
11 I'll let you respond.
12      VICE PRESIDENT KAMALA HARRIS: So,
13 Donald Trump has no plan for you. And when you
14 look at his economic plan, it's all about tax
15 breaks for the richest people. I am offering
16 what I describe as an opportunity economy, and
17 the best economists in our country, if not the
18 world, have reviewed our relative plans for the
19 future of America. What Goldman Sachs has said
20 is that Donald Trump's plan would make the
21 economy worse. Mine would strengthen the
22 economy. What the Wharton School has said is
23 Donald Trump's plan would actually explode the
24 deficit. Sixteen Nobel laureates have described
25 his economic plan as something that would

Page 10

1 The vice president brought up your tariffs you
2 responded and let's drill down on this because
3 your plan is, what she calls is a essentially a
4 national sales tax. Your proposal calls for
5 tariffs, as you pointed out here, on foreign
6 imports across the board. You recently said that
7 you might double your plan, imposing tariffs up
8 to 20 percent on good coming into this country.
9 As you know, many economists say that with
10 tariffs at that level costs are then passed onto
11 the consumer. Vice President Harris has argued
12 it'll mean higher prices on gas, food, clothing
13 medication arguing it costs the typical family
14 nearly four thousand dollars a year. Do you
15 believe Americans can afford higher prices
16 because of tariffs.
17      PRESIDENT DONALD TRUMP: They aren't
18 going to have higher prices what's going to have,
19 and who's going to have higher prices is China
20 and all of the countries that have been ripping
21 us off for years. I charge, I was the only
22 president ever -- China was paying us hundreds of
23 billions of dollars and so were other countries
24 and you know if she doesn't like them, they
25 should have gone out and they should have

Page 12

1 increase inflation and, by the middle of next
2 year, would invite a recession. You just have to
3 look at where we are and where we stand on the
4 issues. And I'd invite you to know that Donald
5 Trump actually has no plan for you, because he is
6 more interested in defending himself than he is
7 in looking out for you.
8      PRESIDENT DONALD TRUMP: That's just a
9 sound bite. They gave her that to say. Look, I
10 went to the Wharton School of Finance and many of
11 those professors, the top professors, think my
12 plan is a brilliant plan, it's a great plan.
13 It's a plan that's going to bring up our worth,
14 our value as a country. It's going to make
15 people want to be able to go and work and create
16 jobs and create a lot of good, solid money for
17 our -- for our country. And just to finish off,
18 she doesn't have a plan. She copied Biden's
19 plan. And it's like four sentences, like run-
20 Spot-run. Four sentences that are just oh, we'll
21 try and lower taxes. She doesn't have a plan.
22 Take a look at her plan. She doesn't have a
23 plan.
24      DAVID MUIR: Mr. President, I do want
25 to drill down on something you both brought up.

Page 11

1 immediately cut the tariffs, but those tariffs
2 are there three and a half years now under their
3 administration. We are going to take in billions
4 of dollars, hundreds of billions of dollars. I
5 had no inflation, virtually no inflation, they
6 had the highest inflation, perhaps in the history
7 of our country because I've never seen a worse
8 period of time. People can't go out and buy
9 cereal or bacon or eggs or anything else. These
10 -- the people of our country are absolutely dying
11 with what they've done. They've destroyed the
12 economy and all you have to do is look at a poll.
13 The polls say 80 and 85 and even 90 percent that
14 the Trump economy was great that their economy
15 was terrible.
16      DAVID MUIR: Vice President Harris, I
17 do want to ask for your response, and you heard
18 what the president said there because the Biden
19 administration did keep a number of the Trump
20 tariffs in place so how do you respond?
21      VICE PRESIDENT KAMALA HARRIS: Well,
22 let's be clear that the Trump administration
23 resulted in a trade deficit, one of the highest
24 we've ever seen in the history of America. He
25 invited trade wars; you want to talk about his

Page 13

4 (Pages 10 - 13)

1 deal with China -- what he ended up doing is
2 under Donald Trump's presidency he ended up
3 selling American chips to China to help them
4 improve and modernize their military. Basically,
5 sold us out, when a policy about China should be
6 in making sure the United States of America wins
7 the competition for the 21st century. Which
8 means focusing on the details of what that
9 requires, focusing on relationships with our
10 allies; focusing on investing in American based
11 technology so that we win the race on A.I., on
12 quantum computing; focusing on what we need to do
13 to support America's workforce, so that we don't
14 end up having the -- on the short end of the
15 stick in terms of workers' rights. But what
16 Donald Trump did, let's talk about this, with
17 COVID, is he actually thanked President Xi for
18 what he did during COVID. Look at his tweet.
19 "Thank you, President Xi," exclamation point.
20 When we know that Xi was responsible for lacking
21 and not giving us transparency about the origins
22 of COVID.
23       DAVID MUIR: President Trump, I'll let
24 you respond.
25       PRESIDENT DONALD TRUMP: First of all,

1 thing that can happen to our economy. They have,
2 and she has, destroyed our country with policy
3 that's insane. Almost policy that you'd say they
4 have to hate our country.
5       DAVID MUIR: President Trump, thank
6 you. Linsey?
7       LINSEY DAVIS: I want to turn to the
8 issue of abortion. President Trump, you've often
9 touted that you were able to kill Roe v. Wade.
10 Last year, you said that you were proud to be the
11 most pro-life president in American history.
12 Then last month you said that your administration
13 would be great for women and their reproductive
14 rights. In your home state of Florida, you
15 surprised many with regard to your six-week
16 abortion ban because you initially had said that
17 it was too short and you said, "I'm going to be
18 voting that we need more than six weeks." But
19 then the very next day, you reversed course and
20 said you would vote to support the six-week ban.
21 Vice President Harris says that women shouldn't
22 trust you on the issue of abortion because you've
23 changed your position so many times. Therefore,
24 why should they trust you?
25       PRESIDENT DONALD TRUMP: Well, the

1 they bought their chips from Taiwan. We hardly
2 make chips anymore because of philosophies like
3 they have and policies like they have. I don't
4 say her because she has no policy. Everything
5 that she believed three years ago and four years
6 ago is out the window. She's going to my
7 philosophy now. In fact, I was going to send her
8 a MAGA hat. She's gone to my philosophy. But,
9 if she ever got elected, she'd change it. And it
10 will be the end of our country. She's a Marxist.
11 Everybody knows she's a Marxist. Her father's a
12 Marxist professor in economics. And he taught
13 her well. But when you look at what she's done
14 to our country and when you look at these
15 millions and millions of people that are pouring
16 into our country monthly where it's, I believe 21
17 million people, not the 15 that people say, and I
18 think it's a lot higher than the 21. That's
19 bigger than New York state. Pouring in. And
20 just look at what they're doing to our country.
21 They're criminals. Many of these people coming
22 in are criminals. And that's bad for our economy
23 too. You know, you mentioned before, we'll talk
24 about immigration later.
25       Well, bad immigration is the worst

1 reason I'm doing that vote is because the plan
2 is, as you know, the vote is, they have abortion
3 in the ninth month. They even have, and you can
4 look at the governor of West Virginia, the
5 previous governor of West Virginia, not the
6 current governor, who's doing an excellent job,
7 but the governor before. He said the baby will
8 be born and we will decide what to do with the
9 baby. In other words, we'll execute the baby.
10       And that's why I did that because that
11 predominates. Because they're radical. The
12 Democrats are radical in that. And her vice-
13 presidential pick, which I think was a horrible
14 pick, by the way for our country, because he is
15 really out of it. But his vice-presidential pick
16 says abortion in the ninth month is absolutely
17 fine. He also says execution after birth it's
18 execution, no longer abortion, because the baby
19 is born, is okay. And that's not okay with me.
20 Hence the vote. But what I did is something, for
21 52 years they've been trying to get Roe v. Wade
22 into the states.
23       And through the genius and heart and
24 strength of six Supreme Court justices we were
25 able to do that. Now, I believe in the

1 exceptions for rape, incest, and life of the
2 mother. I believe strongly in it. Ronald Reagan
3 did also. Eighty-five percent of Republicans do
4 -- exceptions. It's very important. But we were
5 able to get it. And now states are voting on it.
6 And for the first time you're going to see --
7 look, this is an issue that's torn our country
8 apart for 52 years. Every legal scholar, every
9 Democrat, every Republican, liberal,
10 conservative, they all wanted this issue to be
11 brought back to the states where the people could
12 vote. And that's what happened, happened. Now,
13 Ohio, the vote was somewhat liberal. Kansas the
14 vote was somewhat liberal. Much more liberal
15 than people would have thought. But each
16 individual state is voting. It's the vote of the
17 people now. It's not tied up in the federal
18 government. I did a great service in doing it.
19 It took courage to do it. And the Supreme Court
20 had great courage in doing it. And I give
21 tremendous credit to those six justices.
22          LINSEY DAVIS: There is no state in
23 this country where it is legal to kill a baby
24 after it's born. Madam Vice-President, I want to
25 get your response to President Trump.

Page 18

1          VICE PRESIDENT KAMALA HARRIS: Well, as
2 I said, you're going to hear a bunch of lies.
3 And that's not actually a surprising fact. Let's
4 understand how we got here. Donald Trump hand-
5 selected three members of the United States
6 Supreme Court with the intention that they would
7 undo the protections of Roe v. Wade. And they
8 did exactly as he intended. And now in over 20
9 states there are Trump abortion bans which make
10 it criminal for a doctor or nurse to provide
11 health care. In one state it provides prison for
12 life. Trump abortion bans that make no exception
13 even for rape and incest. Which understand what
14 that means: A survivor of a crime of violation to
15 their body, does not have the right to make a
16 decision about what happens to their body next.
17 That is immoral. And one does not have to
18 abandon their faith or deeply held beliefs to
19 agree the government, and Donald Trump certainly,
20 should not be telling a woman what to do with her
21 body.
22          I have talked with women around our
23 country. You want to talk about this is what
24 people wanted? Pregnant women who want to carry
25 a pregnancy to term suffering from a miscarriage,

Page 19

1 being denied care in an emergency room because
2 the health care providers are afraid, they might
3 go to jail and she's bleeding out in a car in the
4 parking lot? She didn't want that. Her husband
5 didn't want that. A 12 or 13-year-old survivor
6 of incest being forced to carry a pregnancy to
7 term? They don't want that. And I pledge to you
8 when Congress passes a bill to put back in place
9 the protections of Roe v. Wade as President of
10 the United States, I will proudly sign it into
11 law. But understand, if Donald Trump were to be
12 re-elected, he will sign a national abortion ban.
13 Understand, in his Project 2025 there would be a
14 national abortion -- a monitor that would be
15 monitoring your pregnancies, your miscarriages.
16 I think the American people believe that certain
17 freedoms, in particular the freedom to make
18 decisions about one's own body, should not be
19 made by the government.
20          LINSEY DAVIS: Thank you, Vice
21 President Harris.
22          PRESIDENT DONALD TRUMP: Well, there
23 she goes again. It's a lie. I'm not signing a
24 ban. And there's no reason to sign a ban.
25 Because we've gotten what everybody wanted.

Page 20

1 Democrats, Republicans, and everybody else and
2 every legal scholar wanted it to be brought back
3 into the states. And the states are voting. And
4 it may take a little time, but for 52 years this
5 issue has torn our country apart. And they've
6 wanted it back in the states. And I did
7 something that nobody thought was possible. The
8 states are now voting. What she says is an
9 absolute lie. And as far as the abortion ban,
10 no, I'm not in favor of abortion ban. But it
11 doesn't matter because this issue has now been
12 taken over by the states.
13          LINSEY DAVIS: Would you veto a
14 national abortion ban if it came to your desk --
15          PRESIDENT DONALD TRUMP: -- well, I
16 won't have to because again -- two things.
17 Number one, she said she'll go back to Congress.
18 She'll never get the vote. It's impossible for
19 her to get the vote. Especially now with a 50-50
20 in -- essentially 50-50 in both Senate and the
21 House. She's not going to get the vote. She
22 can't get the vote. She won't even come close to
23 it. So, it's just talk. You know what it
24 reminds me of? When they said they're going to
25 get student loans terminated and it ended up

Page 21

6 (Pages 18 - 21)

1 being a total catastrophe. The student loans --
2 and then her -- I think probably her boss, if you
3 call them a boss, he spends all his time on the
4 beach -- but look, her boss went out and said
5 we'll do it again, we'll do it a different way.
6 He went out, got rejected again by the Supreme
7 Court. So, all these students got taunted with
8 this whole thing about -- this whole idea. And
9 how unfair that would have been -- part of the
10 reason they lost -- to the millions and millions
11 of people that had to pay off their student
12 loans. They didn't get it for free. But they
13 were saying -- it's the same way that they talked
14 about that, that they talk about abortion.
15        LINSEY DAVIS: But if I could just get
16 a yes or no. Because your running mate -- J.D.
17 Vance has said that you would veto if it did come
18 to your desk.
19        PRESIDENT DONALD TRUMP: Well, I didn't
20 discuss it with J.D., in all fairness. J.D. --
21 and I don't mind if he has a certain view, but I
22 think he was speaking for me, but I really
23 didn't. Look, we don't have to discuss it
24 because she'd never be able to get it just like
25 she couldn't get student loans. They couldn't
<div align="right">Page 22</div>

1 get -- they didn't even come close to getting
2 student loans. They didn't even come close to
3 getting student loans. They taunted young people
4 -- and a lot of other people that had loans.
5 They can never get this approved. So, it doesn't
6 matter what she says about going to Congress.
7 Wonderful. Let's go to Congress. Do it. But
8 the fact is that for years they wanted to get it
9 out of Congress and out of the federal government
10 and we did something that everybody said couldn't
11 be done. And now you have a vote of the people
12 on abortion.
13        LINSEY DAVIS: Vice President Harris, I
14 want to give you your time to respond. But I do
15 want to ask, would you support any restrictions
16 on a woman's right to an abortion?
17        VICE PRESIDENT KAMALA HARRIS: I
18 absolutely support reinstating the protections of
19 Roe v. Wade. And as you rightly mentioned,
20 nowhere in America is a woman carrying a
21 pregnancy to term and, and, and asking for an
22 abortion. That is not happening. It's insulting
23 to the women of America. And understand what has
24 been happening under Donald Trump's abortion
25 bans. Couples who pray and, and, and dream of
<div align="right">Page 23</div>

1 having a family are being denied IVF treatments.
2 What is happening in our country, working people,
3 working women who are working one or two jobs,
4 who can barely afford childcare as it is, have to
5 travel to another state -- to get on a plane
6 sitting next to strangers -- to go and get the
7 health care she needs. Barely can afford to do
8 it, and what you are putting her through is
9 unconscionable. And the people of America have
10 not -- the, the majority of Americans believe in
11 a woman's right to make decisions about her own
12 body. And that is why in every state where this
13 issue has been on the ballot, in red and blue
14 states both, the people of America have voted for
15 freedom.
16        LINSEY DAVIS: Vice President Harris --
17        PRESIDENT DONALD TRUMP: Excuse me, I
18 have to respond. Another lie. It's another lie.
19 I have been a leader on IVF which is
20 fertilization. The IVF -- I have been a leader.
21 In fact, when they got a very negative decision
22 on IVF from the Alabama courts, I saw the people
23 of Alabama and the legislature two days later
24 voted it in. I've been a leader on it. They
25 know that and everybody else knows it. I have
<div align="right">Page 24</div>

1 been a leader on fertilization, IVF. And the
2 other thing, they -- you should ask, will she
3 allow abortion in the eighth month, ninth month,
4 seventh month?
5        VICE PRESIDENT KAMALA HARRIS: Come on.
6        PRESIDENT DONALD TRUMP: Would you do
7 that? Why don't you ask her that question --
8        VICE PRESIDENT KAMALA HARRIS: Why, why
9 don't you answer the question would you veto --
10        PRESIDENT DONALD TRUMP: That's the
11 problem. Because under Roe v. Wade.
12        VICE PRESIDENT KAMALA HARRIS: Answer
13 the question, would you veto --
14        PRESIDENT DONALD TRUMP: You could do
15 abortions in the seventh month, the eighth month,
16 the ninth month --
17        VICE PRESIDENT KAMALA HARRIS: --
18 that's not true.
19        PRESIDENT DONALD TRUMP: And probably
20 after birth. Just look at the governor, former
21 governor of Virginia. The governor of Virginia
22 said we put the baby aside and then we determine
23 what we want to do with the baby.
24        LINSEY DAVIS: President Trump, thank
25 you.
<div align="right">Page 25</div>

<div align="right">7 (Pages 22 - 25)</div>

| | |
|---|---|
| 1     DAVID MUIR:  We're going to turn now to | 1  you to attend one of Donald Trump's rallies |
| 2  immigration and border security.  We know it's an | 2  because it's a really interesting thing to watch. |
| 3  issue that's important to Republicans, Democrats, | 3  You will see, during the course of his rallies he |
| 4  voters across the board in this country.  Vice | 4  talks about fictional characters like Hannibal |
| 5  President Harris, you were tasked by President | 5  Lecter.  He will talk about windmills cause |
| 6  Biden with getting to the root causes of | 6  cancer.  And what you will also notice is that |
| 7  migration from Central America.  We know that | 7  people start leaving his rallies early out of |
| 8  illegal border crossings reached a record high in | 8  exhaustion and boredom.  And I will tell you, the |
| 9  the Biden Administration.  This past June, | 9  one thing you will not hear him talk about is |
| 10  President Biden imposed tough new asylum | 10  you.  You will not hear him talk about your |
| 11  restrictions.  We know the numbers since then | 11  needs, your dreams, and your ne -- your desires. |
| 12  have dropped significantly.  But my question to | 12  And I'll tell you, I believe you ne -- deserve a |
| 13  you tonight is why did the administration wait | 13  president who actually puts you first.  And I |
| 14  until six months before the election to act and | 14  pledge to you that I will. |
| 15  would you have done anything differently from | 15     DAVID MUIR:  Vice President Harris, |
| 16  President Biden on this? | 16  thank you.  President Trump, on that point I want |
| 17     VICE PRESIDENT KAMALA HARRIS:  So, I'm | 17  to get your response. |
| 18  the only person on this stage who has prosecuted | 18     PRESIDENT DONALD TRUMP:  Well, I would |
| 19  transnational criminal organizations for the | 19  like to respond. |
| 20  trafficking of guns, drugs, and human beings. | 20     DAVID MUIR:  Let me just ask, though, |
| 21  And let me say that the United States Congress, | 21  why did you try to kill that bill and |
| 22  including some of the most conservative members | 22  successfully so?  That would have put thousands |
| 23  of the United States Senate, came up with a | 23  of additional agents and officers on the border. |
| 24  border security bill which I supported.  And that | 24     PRESIDENT DONALD TRUMP:  First let me |
| 25  bill would have put fifteen hundred more border | 25  respond as to the rallies.  She said people start |
| <div align="right">Page 26</div> | <div align="right">Page 28</div> |
| 1  agents on the border to help those folks who are | 1  leaving.  People don't go to her rallies. |
| 2  working' there right now overtime trying to do | 2  There's no reason to go.  And the people that do |
| 3  their job.  It would have allowed us to stem the | 3  go, she's busing them in and paying them to be |
| 4  flow of fentanyl coming into the United States. | 4  there.  And then showing them in a different |
| 5  I know there are so many families watching | 5  light.  So, she can't talk about that.  People |
| 6  tonight who have been personally affected by the | 6  don't leave my rallies.  We have the biggest |
| 7  surge of fentanyl in our country.  That bill | 7  rallies, the most incredible rallies in the |
| 8  would have put more resources to allow us to | 8  history of politics.  That's because people want |
| 9  prosecute transnational criminal organizations | 9  to take their country back.  Our country is being |
| 10  for trafficking in guns, drugs, and human beings. | 10  lost.  We're a failing nation.  And it happened |
| 11  But you know what happened to that bill?  Donald | 11  three and a half years ago.  And what, what's |
| 12  Trump got on the phone, called up some folks in | 12  going on here, you're going to end up in World |
| 13  Congress, and said kill the bill.  And you know | 13  War 3, just to go on to another subject.  What |
| 14  why?  Because he'd prefer to run on a problem | 14  they have done to our country by allowing these |
| 15  instead of fixing a problem.  And understand, | 15  millions and millions of people to come into our |
| 16  this comes at a time where the people of our | 16  country.  And look at what's happening to the |
| 17  country actually need a leader who engages in | 17  towns all over the United States.  And a lotta |
| 18  solutions, who actually addresses the problems at | 18  towns don't want to talk -- not going to be |
| 19  hand.  But what we have in the former president | 19  Aurora or Springfield.  A lot of towns don't want |
| 20  is someone who would prefer to run on a problem | 20  to talk about it because they're so embarrassed |
| 21  instead of fixing a problem.  And I'll tell you | 21  by it.  In Springfield, they're eating the dogs. |
| 22  something, he's going to talk about immigration a | 22  The people that came in.  They're eating the |
| 23  lot tonight even when it's not the subject that | 23  cats.  They're eating -- they're eating the pets |
| 24  is being raised.  And I'm going to actually do | 24  of the people that live there.  And this is |
| 25  something really unusual and I'm going to invite | 25  what's happening in our country.  And it's a |
| <div align="right">Page 27</div> | <div align="right">Page 29</div> |

<div align="right">8 (Pages 26 - 29)</div>

1 shame. As far as rallies are concerned, as far
2 as -- the reason they go is they like what I say.
3 They want to bring our country back. They want
4 to make America great again. It's a very simple
5 phrase. Make America great again. She's
6 destroying this country. And if she becomes
7 President, this country doesn't have a chance of
8 success. Not only success. We'll end up being
9 Venezuela on steroids.
10    DAVID MUIR: I just want to clarify
11 here, you bring up Springfield, Ohio. And ABC
12 News did reach out to the city manager there. He
13 told us there have been no credible reports of
14 specific claims of pets being harmed, injured, or
15 abused by individuals within the immigrant
16 community --
17    PRESIDENT DONALD TRUMP: Well, I've
18 seen people on television --
19    DAVID MUIR: Let me just say here this
20 --
21    PRESIDENT DONALD TRUMP: -- the people
22 on television say my dog was taken and used for
23 food. So maybe he said that and maybe that's a
24 good thing to say for a city manager.
25    DAVID MUIR: -- I'm not taking this

Page 30

1 United States. His former National Security
2 Adviser has said he is dangerous and unfit. His
3 former Secretary of Defense has said the nation,
4 the republic would never survive another Trump
5 term. And when we listen to this kind of
6 rhetoric, when the issues that affect the
7 American people are not being addressed, I think
8 the choice is clear in this election.
9    DAVID MUIR: President Trump, I'll give
10 you a quick minute to respond.
11    PRESIDENT DONALD TRUMP: Yeah. Thank
12 you. Because when I hear that -- see, I'm a
13 different kind of a person. I fired most of
14 those people. Not so graciously. They did bad
15 things or a bad job. I fired them. They never
16 fired one person. They didn't fire anybody
17 having to do with Afghanistan and the Taliban and
18 the 13 people who's, who's -- were just killed,
19 viciously and violently killed, and I got to know
20 the parents and the family. They should have
21 fired all those Generals, all those top people
22 because that was one of the most incompetently
23 handled situations anybody has ever seen. So,
24 when somebody does a bad job, I fire them. And
25 you take a guy like Esper. He was no good, I

Page 32

1 from television. I'm taking it from the city
2 manager --
3    PRESIDENT DONALD TRUMP: -- but the
4 people on television say their dog was eaten by
5 the people that went there.
6    DAVID MUIR: Again, the Springfield
7 city manager says there's no evidence of that.
8    PRESIDENT DONALD TRUMP: -- we'll find
9 out --
10    DAVID MUIR: -- Vice President Harris,
11 I'll let you respond to the rest of what you
12 heard.
13    VICE PRESIDENT KAMALA HARRIS: Talk
14 about extreme. You know, I -- this is I think,
15 one of the reasons why in this election I
16 actually have the endorsement of 200 Republicans
17 who have formally worked with President Bush,
18 Mitt Romney, and John McCain including the
19 endorsement of former Vice President Dick Cheney
20 and Congressmember Liz Cheney. And if you want
21 to really know the inside track on who the former
22 President is, if he didn't make it clear already,
23 just ask people who have worked with him. His
24 former Chief of Staff, a four-star general, has
25 said he has contempt for the Constitution of the

Page 31

1 fired him. So, he writes a book. Another one
2 writes a book. Because with me they can write
3 books. With nobody else can they. But they have
4 done such a poor job. And they never fire
5 anybody. Look at the economy. Look how -- look
6 at the inflation. They didn't fire any of their
7 economists. They have the same people. That's a
8 good way not to have books written about you.
9 But, just to finish, I got more votes than any
10 Republican in history by far. In fact, I got
11 more votes than any President, sitting President
12 in history by far.
13    DAVID MUIR: Let me continue on
14 immigration. It was what you wanted to talk
15 about earlier. So, let's get back to your
16 deportation proposal that the Vice President has
17 reacted to as well. President Trump, you called
18 this the largest domestic deportation operation
19 in the history of our country. You say you would
20 use the National Guard. You say if things get
21 out of control, you'd have no problem using the
22 U.S. military.
23    PRESIDENT DONALD TRUMP: With local
24 police.
25    DAVID MUIR: You also said you would

Page 33

9 (Pages 30 - 33)

1  use local police.  How would you deport 11
2  million undocumented immigrants?  I know you
3  believe that number is much higher.  Take us
4  through this.  What does this look like?  Will
5  authorities be going door to door in this
6  country?
7        PRESIDENT DONALD TRUMP:  Yeah.  It is
8  much higher, because of them.  They allowed
9  criminals.  Many, many, millions of criminals.
10  They allowed terrorists.  They allowed common
11  street criminals.  They allowed people to come
12  in, drug dealers, to come into our country, and
13  they're now in the United States.  And told by
14  their countries like Venezuela don't ever come
15  back or we're going to kill you.  Do you know
16  that crime in Venezuela and crime in countries
17  all over the world is way down?  You know why?
18  Because they've taken their criminals off the
19  street, and they've given them to her to put into
20  our country.  And this will be one of the
21  greatest mistakes in history for them to allow --
22  and I think they probably did it because they
23  think they're going to get votes.  But it's not
24  worth it.  Because they're -- they're destroying
25  the fabric of our country by what they've done.

Page 34

1  think this is so rich.  Coming from someone who
2  has been prosecuted for national security crimes,
3  economic crimes, election interference, has been
4  found liable for sexual assault, and his next big
5  court appearance is in November at his own
6  criminal sentencing.  And let's be clear where
7  each person stands on the issue of what is
8  important about respect for the rule of law and
9  respect for law enforcement.  The former Vice
10  President called for defunding, federal law
11  enforcement, 45,000 agents, get this, on the day
12  after he was arraigned on 34 felony counts.  So,
13  let's talk about what is important in this race.
14  It is important that we move forward, that we
15  turn the page on this same old tired rhetoric.
16  And address the needs of the American people,
17  address what we need to do about the housing
18  shortage, which I have a plan for.  Address what
19  we must do to support our small businesses.
20  Address bringing down the price of groceries.
21  But frankly, the American people are exhausted
22  with the same old tired playbook.
23        DAVID MUIR:  Vice President Harris,
24  thank you.
25        PRESIDENT DONALD TRUMP:  Excuse me.

Page 36

1  There's never been anything done like this at
2  all.  They've destroyed the fabric of our
3  country.  Millions of people let in.  And all
4  over the world crime is down.  All over the world
5  except here.  Crime here is up and through the
6  roof.  Despite their fraudulent statements that
7  they made.  Crime in this country is through the
8  roof.  And we have a new form of crime.  It's
9  called migrant crime.  And it's happening at
10  levels that nobody thought possible.
11        DAVID MUIR:  President Trump, as you
12  know, the FBI says overall violent crime is
13  actually coming down in this country, but Vice
14  President Harris, I'll give you --
15        PRESIDENT DONALD TRUMP:  -- excuse me,
16  the FBI defraud -- they were defrauding
17  statements.  They, they didn't include the worst
18  cities.  They didn't include the cities with the
19  worst crime.  It was a, a fraud.  Just like their
20  number of 818,000 jobs that they said they
21  created turned out to be a fraud.
22        DAVID MUIR:  President Trump, thank
23  you.  I'll let you respond, Vice President
24  Harris.
25        VICE PRESIDENT KAMALA HARRIS:  Well, I

Page 35

1  Every one of those cases was started by them
2  against their political opponent.  And I'm
3  winning most of them and I will win the rest on
4  appeal.  And you saw that with the decision that
5  came down just recently from the Supreme Court.
6  I'm winning most of them.  But those are cases,
7  it's called weaponization.  Never happened in
8  this country.  They weaponized the Justice
9  Department.  Every one of those cases was
10  involved with the DOJ, from Atlanta and Fani
11  Willis -- to, to the Attorney General of New York
12  and the D.A.  In New York.  Every one of those
13  cases.  And then they say, "Oh, he was -- he's a
14  criminal."  They're the ones that made them go
15  after me.  By the way, Joe Biden was found
16  essentially guilty on the documents case.  And
17  what happened in my documents case?  They said
18  "Oh, that's the toughest of them all."  A
19  complete and total victory.  Two months ago, it
20  was thrown out.  It's weaponization.  And they
21  used it.  And it's never happened in this
22  country.  They used it to try and win an
23  election.  They're fake cases.
24        DAVID MUIR:  President Trump, thank
25  you.  A really quick response here, Vice

Page 37

10 (Pages 34 - 37)

(200 of 288), Page 200 of 288
Case: 25-2120, 04/30/2025, DktEntry: 23.6, Page 200 of 288
Case 3:25-cv-01766-EMC    Document 37-8    Filed 02/21/25    Page 12 of 59

1 President Harris, on this notion of weaponization
2 of the Justice Department.
3        VICE PRESIDENT KAMALA HARRIS:  Well,
4 let's talk about extreme.  And understand the
5 context in which this election in 2024 is taking
6 place.  The United States Supreme Court recently
7 ruled that the former President would essentially
8 be immune from any misconduct if he were to enter
9 the White House again.  Understand, this is
10 someone who has openly said he would terminate,
11 I'm quoting, terminate the Constitution of the
12 United States.  That he would weaponize the
13 Department of Justice against his political
14 enemies.  Someone who has openly expressed
15 disdain for members of our military.  Understand
16 what it would mean if Donald Trump were back in
17 the White House with no guardrails.  Because
18 certainly, we know now the Court won't stop him.
19 We know J.D. Vance is not going to stop him.
20 It's up to the American people to stop him.
21        DAVID MUIR:  Vice President Harris,
22 thank you.  Linsey?
23        LINSEY DAVIS:  Vice President Harris,
24 in your last run for president --
25        PRESIDENT DONALD TRUMP:  This is the

Page 38

1 fracking because we're here in Pennsylvania.  I
2 made that very clear in 2020.  I will not ban
3 fracking.  I have not banned fracking as Vice
4 President of the United States.  And, in fact, I
5 was the tie-breaking vote on the Inflation
6 Reduction Act, which opened new leases for
7 fracking.  My position is that we have got to
8 invest in diverse sources of energy, so we reduce
9 our reliance on foreign oil.  We have had the
10 largest increase in domestic oil production in
11 history because of an approach that recognizes
12 that we cannot over-rely on foreign oil.
13        As it relates to my values, let me tell
14 you, I grew up a middle-class kid raised by a
15 hard-working mother who worked and saved and was
16 able to buy our first home when I was a teenager.
17 The values I bring to the importance of home
18 ownership, knowing not everybody got handed $400
19 million on a silver platter and then filed
20 bankruptcy six times, is a value that I bring to
21 my work, to say we are going to work with the
22 private sector and home builders to increase 3
23 million homes, increase by 3 million homes by the
24 end of my first term.  My work that is related to
25 having a friend when I was in high school who was

Page 40

1 one that weaponized.  Not me.  She weaponized.  I
2 probably took a bullet to the head because of the
3 things that they say about me.  They talk about
4 democracy.  I'm a threat to democracy.  They're
5 the threat to democracy --
6        DAVID MUIR:  President Trump --
7        PRESIDENT DONALD TRUMP:  -- with the
8 fake Russia Russia Russia investigation that went
9 nowhere.
10        DAVID MUIR:  We have a lot to get to.
11 Linsey?
12        LINSEY DAVIS:  Vice President Harris,
13 in your last run for president you said you
14 wanted to ban fracking.  Now you don't.  You
15 wanted mandatory government buyback programs for
16 assault weapons.  Now your campaign says you
17 don't.  You supported decriminalizing border
18 crossings.  Now you're taking a harder line.  I
19 know you say that your values have not changed.
20 So then why have so many of your policy positions
21 changed?
22        VICE PRESIDENT KAMALA HARRIS:  So, my
23 values have not changed.  And I'm going to
24 discuss everyone -- at least every point that
25 you've made.  But in particular, let's talk about

Page 39

1 sexually assaulted by her stepfather.  And my
2 focus then, on protecting women and children from
3 violent crime, is based on a value that is deeply
4 grounded in the importance of standing up for
5 those who are most vulnerable.  My work that is
6 about protecting social security and Medicare is
7 based on long-standing work that I have done --
8 protecting seniors from scams.  My values have
9 not changed.  And what is important is that there
10 is a president who actually brings values and a
11 perspective that is about lifting people up and
12 not beating people down and name-calling.  The
13 true measure of the leader is the leader who
14 actually understands that strength is not in
15 beating people down, it's in lifting people up.
16 I intend to be that president.
17        LINSEY DAVIS:  President Trump, your
18 response.
19        PRESIDENT DONALD TRUMP:  Well, first of
20 all, I wasn't given $400 million.  I wish I was.
21 My father was a Brooklyn builder.  Brooklyn,
22 Queens.  And a great father and I learned a lot
23 from him.  But I was given a fraction of that, a
24 tiny fraction, and I built it into many, many
25 billions of dollars.  Many, many billions.  And

Page 41

11 (Pages 38 - 41)

1 when people see it, they are even surprised. So,
2 we don't have to talk about that. Fracking?
3 She's been against it for 12 years. Defund the
4 police. She's been against that forever. She
5 gave all that stuff up, very wrongly, very
6 horribly. And everybody's laughing at it, okay?
7 They're all laughing at it. She gave up at least
8 12 and probably 14 or 15 different policies.
9 Like, she was big on defund the police.
10     VICE PRESIDENT KAMALA HARRIS: That's
11 not true.
12     PRESIDENT DONALD TRUMP: In Minnesota,
13 she went out -- wait a minute. I'm talking now.
14 If you don't mind. Please. Does that sound
15 familiar?
16     VICE PRESIDENT KAMALA HARRIS: Don't
17 lie.
18     PRESIDENT DONALD TRUMP: She went out -
19 - she went out in Minnesota and wanted to let
20 criminals that killed people, that burned down
21 Minneapolis, she went out and raised money to get
22 them out of jail. She did things that nobody
23 would ever think of. Now she wants to do
24 transgender operations on illegal aliens that are
25 in prison. This is a radical left liberal that

Page 42

1 would do this. She wants to confiscate your
2 guns, and she will never allow fracking in
3 Pennsylvania. If she won the election, fracking
4 in Pennsylvania will end on day one. Just to
5 finish one thing, so important in my opinion: So,
6 I got the oil business going like nobody has ever
7 done before. They took, when they took over,
8 they got rid of it, started getting rid of it,
9 and the prices were going up the roof. They
10 immediately let these guys go to where they were.
11 I would have been five times, four times, five
12 times higher because you're talking about 3 1/2
13 years ago. They got it up to where I was because
14 they had no choice. Because the prices of energy
15 were quadrupling and doubling. You saw what
16 happened to gasoline. So, they said let's go
17 back to Trump. But if she won the election, the
18 day after that election, they'll go back to
19 destroying our country and oil will be dead,
20 fossil fuel will be dead. We'll go back to
21 windmills, and we'll go back to solar, where they
22 need a whole desert to get some energy to come
23 out. You ever see a solar plant? By the way,
24 I'm a big fan of solar. But they take 400, 500
25 acres of desert soil --

Page 43

1     LINSEY DAVIS: President Trump --
2     PRESIDENT DONALD TRUMP: -- these are
3 not good things for the environment that she
4 understands.
5     LINSEY DAVIS: President Trump, we have
6 a lot of issues that we have to get to. We're
7 out of time. Thank you.
8     DAVID MUIR: Linsey, thank you. We
9 have an election in just 56 days. An -- I want
10 to talk about the peaceful transfer of power,
11 which of course we all know was a cornerstone of
12 our democracy and the role of a president in a
13 moment of crisis. Mr. President, on January 6th
14 you told your supporters to march to the Capitol.
15 You said you would be right there with them. The
16 country and the world saw what played out at the
17 Capitol that day. The officers coming under
18 attack. Aides in the West Wing say you watched
19 it unfold on television off the Oval Office. You
20 did send out tweets, but it was more than two
21 hours before you sent out that video message
22 telling your supporters to go home. Is there
23 anything you regret about what you did on that
24 day?
25     PRESIDENT DONALD TRUMP: You just said

Page 44

1 a thing that isn't covered. Peacefully and
2 patriotically, I said during my speech. Not
3 later on. Peacefully and patriotically. And
4 nobody on the other side was killed. Ashli
5 Babbitt was shot by an out-of-control police
6 officer that should have never, ever shot her.
7 It's a disgrace. But we didn't do -- this group
8 of people that have been treated so badly. I
9 ask, what about all the people that are pouring
10 into our country and killing people? That she
11 allowed to pour in. She was the border czar.
12 Remember that. She was the border czar. She
13 doesn't want to be called the border czar because
14 she's embarrassed by the border. In fact, she
15 said at the beginning, I'm surprised you're not
16 talking about the border yet. That's because she
17 knows what a bad job they've done. What about
18 those people? What's -- when are they going to
19 be prosecuted? When are these people from
20 countries all over the world, not just South
21 America, they're coming in from all over the
22 world, David, all over the world. And crime
23 rates are down all over the world because of it -
24 -
25     DAVID MUIR: But let me just ask you --

Page 45

1    PRESIDENT DONALD TRUMP:  David.  But
2  when are those, David, when are those people
3  going to be prosecuted?  When are the people that
4  burned down Minneapolis going to be prosecuted?
5  Or in Seattle?  They went into Seattle; they took
6  over a big percentage of the city of Seattle.
7  When are those people going to be prosecuted?
8    DAVID MUIR:  But let me just ask you --
9    PRESIDENT DONALD TRUMP:  You might ask
10  her that question.
11    DAVID MUIR:  You were the President.
12  You were watching it unfold on television.  It's
13  a very simple question as we move forward toward
14  another election.  Is there anything you regret
15  about what you did on that day?  Yes or no.
16    PRESIDENT DONALD TRUMP:  I had nothing
17  to do with that other than they asked me to make
18  a speech.  I showed up for a speech.  I said, I
19  think it's going to be big.  I went to Nancy
20  Pelosi and the mayor of Washington, D.C.  And the
21  mayor put it back in writing, as you know.  I
22  said, you know, this is going to be a very big
23  rally or whatever you want to call it.  And
24  again, it wasn't done by me.  It was done by
25  others.  I said I'd like to give you 10,000

Page 46

1  National Guard or soldiers.  They rejected me.
2  Nancy Pelosi rejected me.  It was just two weeks
3  ago; her daughter has a tape of her saying she is
4  fully responsible for what happened.  They want
5  to get rid of that tape.  It would have never
6  happened if Nancy Pelosi and the mayor of
7  Washington did their jobs.  I wasn't responsible
8  for security.  Nancy Pelosi was responsible.  She
9  didn't do her job.
10    DAVID MUIR:  The question was about you
11  as President, not about Former Speaker Pelosi.
12  But I do want Vice President Harris to respond
13  here.
14    VICE PRESIDENT KAMALA HARRIS:  I was at
15  the Capitol on January 6th.  I was the Vice
16  President-Elect.  I was also an acting senator.
17  I was there.  And on that day, the President of
18  the United States incited a violent mob to attack
19  our nation's Capitol, to desecrate our nation's
20  Capitol.  On that day, 140 law enforcement
21  officers were injured.  And some died.  And
22  understand, the former President has been
23  indicted and impeached for exactly that reason.
24  But this is not an isolated situation.  Let's
25  remember Charlottesville, where there was a mob

Page 47

1  of people carrying tiki torches, spewing
2  antisemitic hate, and what did the President then
3  at the time say?  There were fine people on each
4  side.  Let's remember that when it came to the
5  Proud Boys, a militia, the President said, the
6  former President said, "Stand back and stand by."
7  So, for everyone watching who remembers what
8  January 6th was, I say we don't have to go back.
9  Let's not go back.  We're not going back.  It's
10  time to turn the page.  And if that was a bridge
11  too far for you, well, there is a place in our
12  campaign for you.  To stand for country.  To
13  stand for our democracy.  To stand for rule of
14  law.  And to end the chaos.  And to end the
15  approach that is about attacking the foundations
16  of our democracy because you don't like the
17  outcome.  And be clear on that point.  Donald
18  Trump the candidate has said in this election
19  there will be a bloodbath if this -- and the
20  outcome of this election is not to his liking.
21  Let's turn the page on this.  Let's not go back.
22  Let's chart a course for the future and not go
23  backwards to the past.
24    DAVID MUIR:  Let me just follow up here
25  --

Page 48

1    PRESIDENT DONALD TRUMP:  -- I have said
2  blood-bash -- bath.  It was a different term, and
3  it was a term that related to energy, because
4  they have destroyed our energy business.  That
5  was where bloodbath was.  Also, on
6  Charlottesville, that story has been, as you
7  would say, debunked.  Laura Ingraham, Sean
8  Hannity, Jesse -- all of these people, they
9  covered it.  If they go an extra sentence, they
10  will see it was perfect.  It was debunked in
11  almost every newspaper.  But they still bring it
12  up, just like they bring 2025 up.  They bring all
13  of this stuff up.  I ask you this.  You talk
14  about the Capitol.  Why are we allowing these
15  millions of people to come through on the
16  southern border?  How come she's not doing the --
17  and I'll tell you what I would do.  And I would
18  be very proud to do it.  I would say we would
19  both leave this debate right now; I'd like to see
20  her go down to Washington, D.C.  during this
21  debate because we're wasting a lot of time.  Go
22  down to -- because she's been so bad, it's so
23  ridiculous.  Go down to Washington, D.C.  And let
24  her sign a bill to close up the border.  Because
25  they have the right to do it.  They don't need

Page 49

13 (Pages 46 - 49)

1 bills.  They have the right to do it.  The
2 President of the United States, you'll get him
3 out of bed.  You'll wake him up at 4:00 in the
4 afternoon --
5        DAVID MUIR:  All right --
6        PRESIDENT DONALD TRUMP:  -- you'll say
7 come on; come on down to the office, let's sign a
8 bill.  If he -- if he signs a bill that the
9 border is closed, all he has to do is say it to
10 the border patrol, who are phenomenal.  If they
11 do that, the border is closed.
12        DAVID MUIR:  Mr. President --
13        PRESIDENT DONALD TRUMP:  -- those
14 people are killing many people, unlike J-6.
15        DAVID MUIR:  We talked immigration here
16 tonight.  I do want to focus on this next issue
17 to both of you.  Because it really brings us this
18 into focus.  Truth in these times that we're
19 living in.  Mr. President, for three and a half
20 years after you lost the 2020 election you
21 repeatedly, falsely claimed that you won, many
22 times saying you won in a landslide.  In the past
23 couple of weeks leading up to this debate, you
24 have said, quote, you lost by a whisker, that
25 you, quote, didn't quite make it, that you came

1 up a little bit short.
2        PRESIDENT DONALD TRUMP:  I said that?
3        DAVID MUIR:  Are you now acknowledging
4 that you lost in 2020?
5        PRESIDENT DONALD TRUMP:  No, I don't
6 acknowledge that at all.
7        DAVID MUIR:  But you did say that.
8        PRESIDENT DONALD TRUMP:  I said that
9 sarcastically.  You know that.  It was said, oh
10 we lost by a whisker.  That was said
11 sarcastically.  Look, there's so much proof.  All
12 you have to do is look at it.  And they should
13 have sent it back to the legislatures for
14 approval.  I got almost 75 million votes.  The
15 most votes any sitting president has ever gotten.
16 I was told if I got 63, which was what I got in
17 2016, you can't be beaten.  The election, people
18 should never be thinking about an election as
19 fraudulent.  We need two things.  We need walls.
20 We need -- and we have to have it.  We have to
21 have borders.  And we have to have good
22 elections.
23        Our elections are bad.  And a lot of
24 these illegal immigrants coming in, they're
25 trying to get them to vote.  They can't even

1 speak English.  They don't even know what country
2 they're in practically.  And these people are
3 trying to get them to vote.  And that's why
4 they're allowing them to come into our country.
5        DAVID MUIR:  I did watch all of these
6 pieces of video.  I didn't detect the sarcasm,
7 "lost by a whisker," "we didn't quite make it,"
8 and we should just point out as clarification,
9 and you know this, you, and your allies, 60 cases
10 in front of many judges.  Many of them --
11        PRESIDENT DONALD TRUMP:  No judge
12 looked at it.
13        DAVID MUIR:  -- and said there was no
14 widespread fraud.
15        PRESIDENT DONALD TRUMP:  They said we
16 didn't have standing.  That's the other thing.
17 They said we didn't have standing.  A
18 technicality.  Can you imagine a system where a
19 person in an election doesn't have standing, the
20 President of the United States doesn't have
21 standing?  That's how we lost.  If you look at
22 the facts, and I'd love to have you -- you'll do
23 a special on it.  I'll show you Georgia and I'll
24 show you Wisconsin and I'll show you Pennsylvania
25 and I'll show you -- we have so many facts and

1 statistics.  But you know what?  That doesn't
2 matter.  Because we have to solve the problem
3 that we have right now.  That's old news.  And
4 the problem that we have right now is we have a
5 nation in decline, and they have put it into
6 decline.  We have a nation that's dying, David.
7        DAVID MUIR:  Mr. President, thank you.
8 Vice President Harris, you heard the President
9 there tonight.  He said he didn't say that he
10 lost by a whisker.  So, he still believes he did
11 not lose the election that was won by President
12 Biden and yourself.  But I do want to ask you
13 about something that's come up in the last couple
14 of days.  This was a post from President Trump
15 about this upcoming election just weeks away.  He
16 said, "When I win, those people who cheated," and
17 then he lists donors, voters, election officials,
18 he says "Will be prosecuted to the fullest extent
19 of the law, which will include long-term prison
20 sentences."  One of your campaign's top lawyers
21 responded saying, "We won't let Donald Trump
22 intimidate us.  We won't let him suppress the
23 vote."  Is that what you believe he's trying to
24 do here?
25        VICE PRESIDENT KAMALA HARRIS:  Donald

1   Trump was fired by 81 million people. So, let's
2   be clear about that. And clearly, he is having a
3   very difficult time processing that. But we
4   cannot afford to have a President of the United
5   States who attempts as he did in the past to
6   upend the will of the voters in a free and fair
7   election. And I'm going to tell you that I have
8   traveled the world as Vice President of the
9   United States. And world leaders are laughing at
10   Donald Trump. I have talked with military
11   leaders, some of whom worked with you. And they
12   say you're a disgrace. And when you then talk in
13   this way in a presidential debate and deny what
14   over and over again are court cases you have
15   lost, because you did in fact lose that election,
16   it leads one to believe that perhaps we do not
17   have in the candidate to my right the temperament
18   or, or the ability to not be confused about fact.
19   That's deeply troubling. And the American people
20   deserve better.
21       DAVID MUIR: I'll give you one minute
22   to respond, Mr. President.
23       PRESIDENT DONALD TRUMP: Okay, let me
24   just tell you about world leaders. Viktor Orban,
25   one of the most respected men -- they call him a

1   votes, and they threw him out of office. And you
2   know what? I'll give you a little secret. He
3   hates her. He can't stand her.
4       DAVID MUIR: Mr. President --
5       PRESIDENT DONALD TRUMP: But he had 14
6   million votes. They threw him out. She got zero
7   votes. And when she ran, she was the first one
8   to leave because she failed. And now she's
9   running. I don't understand it but I'm okay with
10   it--
11       DAVID MUIR: Mr. President --
12       PRESIDENT DONALD TRUMP: -- because I
13   think we're going to do pretty well.
14       DAVID MUIR: Mr. President, your time
15   is up. We've got a lot more to get -- to.
16       LINSEY DAVIS: Turning now to the
17   Israel-Hamas war and the hostages who are still
18   being held, Americans among them. Vice President
19   Harris, in December you said, "Israel has a right
20   to defend itself" but you added, "It matters
21   how." Saying, "International humanitarian law
22   must be respected, Israel must do more to protect
23   innocent civilians." You said that nine months
24   ago. Now an estimated 40,000 Palestinians are
25   dead. Nearly 100 hostages remain. Just last

1   strong man. He's a, he's a tough person. Smart.
2   Prime Minister of Hungary. They said, "Why is
3   the whole world blowing up? Three years ago, it
4   wasn't. Why is it blowing up?" He said,
5   "Because you need Trump back as President. They
6   were afraid of him. China was afraid." And I
7   don't like to use the word afraid but I'm just
8   quoting him. "China was afraid of him. North
9   Korea was afraid of him." Look at what's going
10   on with North Korea, by the way. He said,
11   "Russia was afraid of him." I ended the Nord
12   Stream 2 pipeline and Biden put it back on day
13   one, but he ended the XL pipeline. The XL
14   pipeline in our country. He ended that. But he
15   let the Russians build a pipeline going all over
16   Europe and heading into Germany. The biggest
17   pipeline in the world. Look, Viktor Orban said
18   it. He said the most respected, most feared
19   person is Donald Trump. We had no problems when
20   Trump was President. But when this weak,
21   pathetic man that you saw at a debate just a few
22   months ago that if he weren't in that debate he'd
23   be running instead of her, she got no votes, he
24   got 14 million votes, what you did, you talk
25   about a threat to democracy. He got 14 million

1   week Prime Minister Benjamin Netanyahu said
2   there's not a deal in the making. President
3   Biden has not been able to break through the
4   stalemate. How would you do it?
5       VICE PRESIDENT KAMALA HARRIS: Well,
6   let's understand how we got here. On Oct. 7,
7   Hamas, a terrorist organization, slaughtered
8   twelve hundred Israelis. Many of them young
9   people who were simply attending a concert.
10   Women were horribly raped. And so absolutely, I
11   said then, I say now, Israel has a right to
12   defend itself. We would. And how it does so
13   matters. Because it is also true, far too many
14   innocent Palestinians have been killed.
15   Children, mothers. What we know is that this war
16   must end. It must when -- end immediately, and
17   the way it will end is we need a cease-fire deal,
18   and we need the hostages out. And so, we will
19   continue to work around the clock on that. Work
20   around the clock also understanding that we must
21   chart a course for a two-state solution. And in
22   that solution, there must be security for the
23   Israeli people and Israel and in equal measure
24   for the Palestinians. But the one thing I will
25   assure you always, I will always give Israel the

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**ER0788**

1  ability to defend itself, in particular as it
2  rates -- relates to Iran and any threat that Iran
3  and its proxies pose to Israel.  But we must have
4  a two-state solution where we can rebuild Gaza,
5  where the Palestinians have security, self-
6  determination, and the dignity they so rightly
7  deserve.
8        LINSEY DAVIS:  President Trump, how
9  would you negotiate with Netanyahu and also Hamas
10 in order to get the hostages out and prevent the
11 killing of more innocent civilians in Gaza?
12       PRESIDENT DONALD TRUMP:  If I were
13 president, it would have never started.  If I
14 were president, Russia would have never, ever --
15 I know Putin very well.  He would have never --
16 and there was no threat of it either, by the way,
17 for four years -- have gone into Ukraine and
18 killed millions of people when you add it up.
19 Far worse than people understand what's going on
20 over there.  But when she mentions about Israel
21 all of a sudden -- she hates Israel.  She
22 wouldn't even meet with Netanyahu when he went to
23 Congress to make a very important speech.  She
24 refused to be there because she was at a sorority
25 party of hers.  She wanted to go to the sorority

Page 58

1        LINSEY DAVIS:  Vice President Harris,
2  he says you hate Israel.
3        VICE PRESIDENT KAMALA HARRIS:  Heh,
4  well, that's absolutely not true.  I have my
5  entire career and life supported Israel and the
6  Israeli people.  He knows that.  He's trying to
7  again divide and distract from the reality,
8  which is it is very well known that Donald Trump
9  is weak and wrong on national security and
10 foreign policy.  It is well known that he admires
11 dictators, wants to be a dictator on day one
12 according to himself.  It is well known that he
13 said of Putin that he can do whatever the hell he
14 wants and go into Ukraine.  It is well known that
15 he said when Russia went into Ukraine it was
16 brilliant.  It is well known he exchanged love
17 letters with Kim Jong Un.  And it is absolutely
18 well known that these dictators and autocrats are
19 rooting for you to be president again because
20 they're so clear, they can manipulate you with
21 flattery and favors.  And that is why so many
22 military leaders who you have worked with have
23 told me you are a disgrace.  That is why we
24 understand that we have to have a president who
25 is not consistently weak and wrong on national

Page 60

1  party.  She hates Israel.  If she's president, I
2  believe that Israel will not exist within two
3  years from now.  And I've been pretty good at
4  predictions.  And I hope I'm wrong about that
5  one.  She hates Israel.  At the same time in her
6  own way, she hates the Arab population because
7  the whole place is going to get blown up, Arabs,
8  Jewish people, Israel.  Israel will be gone.  It
9  would have never happened.  Iran was broke under
10 Donald Trump.  Now Iran has $300 billion because
11 they took off all the sanctions that I had.  Iran
12 had no money for Hamas or Hezbollah or any of the
13 28 different spheres of terror.  And they are
14 spheres of terror.  Horrible theory.  They had no
15 money.  It was a big story, and you know it.  You
16 covered it.  Very well, actually.  They had no
17 money for terror.  They were broke.  Now they're
18 a rich nation.  And now what they're doing is
19 spreading that money around.  Look at what's
20 happening with the Houthis and Yemen.  Look at
21 what's going on in the Middle East.  This would
22 have never happened.  I will get that settled and
23 fast.  And I'll get the war with Ukraine and
24 Russia ended.  If I'm President-Elect, I'll get
25 it done before even becoming President.

Page 59

1  security --
2        LINSEY DAVIS:  Vice President Harris --
3        VICE PRESIDENT KAMALA HARRIS:  --
4  including the importance of upholding and
5  respecting in highest regard our military.
6        LINSEY DAVIS:  Vice President Harris,
7  thank you.
8        PRESIDENT DONALD TRUMP:  They're the
9  ones -- and she's the one that caused it --
10 that's weak on national security by allowing
11 every nation last month for the year, 168
12 different countries sending people into our
13 country.  Their crime rates are way down.  Putin
14 endorsed her last week.  Said, "I hope she wins."
15 And I think he meant it.  Because what he's
16 gotten away with is absolutely incredible.  It
17 wouldn't have happened with me.  The leaders of
18 other countries think that they're weak and
19 incompetent.  And they are.  They're grossly
20 incompetent.  And I just ask one question.  Why
21 does Biden go in and kill the Keystone pipeline
22 and approve the single biggest deal that Russia's
23 ever made, Nord Stream 2, the biggest pipeline
24 anywhere in the world going to Germany and all
25 over Europe?  Because they're weak and they're

Page 61

16 (Pages 58 - 61)

1 ineffective. And Biden, by the way --
2     LINSEY DAVIS: President Trump --
3     PRESIDENT DONALD TRUMP: -- gets paid a
4 lot of money --
5     LINSEY DAVIS: Thank you. We have a
6 lot of issues to get to.
7     DAVID MUIR: We'll be right back with
8 much more of this historic ABC News presidential
9 debate from the National Constitution Center
10 right here in Philadelphia. Back in a moment.
11     Welcome back to this historic ABC news
12 presidential debate tonight. We're going to
13 continue here, and I want to turn to the war in
14 Ukraine. We're now two and a half years into
15 this conflict. Mr. President, it has been the
16 position of the Biden Administration that we must
17 defend Ukraine from Russia, from Vladimir Putin,
18 to defend their sovereignty, their democracy,
19 that it's in America's best interest to do so,
20 arguing that if Putin wins, he may be emboldened
21 to move even further into other countries. You
22 have said you would solve this war in 24 hours.
23 You said so just before the break tonight. How
24 exactly would you do that? And I want to ask you
25 a very simple question tonight. Do you want

Page 62

1 Ukraine to win this war?
2     PRESIDENT DONALD TRUMP: I want the war
3 to stop. I want to save lives that are being
4 uselessly -- people being killed by the millions.
5 It's the millions. It's so much worse than the
6 numbers that you're getting, which are fake
7 numbers. Look, we're in for 250 billion or more,
8 because they don't ask Europe, which is a much
9 bigger beneficiary to getting this thing done
10 than we are. They're in for $150 billion less
11 because Biden and you don't have the courage to
12 ask Europe like I did with NATO. They paid
13 billions and billions, hundreds of billions of
14 dollars when I said either you pay up or we're
15 not going to protect you anymore. So that may be
16 one of the reasons they don't like me as much as
17 they like weak people. But you take a look at
18 what's happening. We're in for 250 to 275
19 billion. They're into 100 to 150. They should
20 be forced to equalize. With that being said, I
21 want to get the war settled. I know Zelenskyy
22 very well, and I know Putin very well. I have a
23 good relationship. And they respect your
24 President. Okay? They respect me. They don't
25 respect Biden. How would you respect him? Why?

Page 63

1 For what reason? He hasn't even made a phone
2 call in two years to Putin. Hasn't spoken to
3 anybody. They don't even try and get it. That
4 is a war that's dying to be settled. I will get
5 it settled before I even become President. If I
6 win, when I'm President-Elect, and what I'll do
7 is I'll speak to one, I'll speak to the other,
8 I'll get them together. That war would have
9 never happened. And in fact, when I saw Putin
10 after I left, unfortunately left because our --
11 our country has gone to hell, but after I left
12 when I saw him building up soldiers, he did it
13 after I left, I said oh, he must be negotiating.
14 It must be a good strong point of negotiation.
15 Well, it wasn't because Biden had no idea how to
16 talk to him. He had no idea how to stop it. And
17 now you have millions of people dead and it's
18 only getting worse, and it could lead to World
19 War 3. Don't kid yourself, David. We're playing
20 with World War 3. And we have a President that
21 we don't even know if he's --  where is our
22 President? We don't even know if he's a
23 President.
24     DAVID MUIR: And just to clarify here.
25     PRESIDENT DONALD TRUMP: They threw him

Page 64

1 out of a campaign like a dog. We don't even
2 know, is he our President? But we have a
3 President --
4     DAVID MUIR: Mr. President,
5     PRESIDENT DONALD TRUMP: -- that
6 doesn't know he's alive.
7     DAVID MUIR: Your time is up. Just to
8 clarify the question, do you believe it's in the
9 U.S. best interests for Ukraine to win this war?
10 Yes or no?
11     PRESIDENT DONALD TRUMP: I think it's
12 in the U.S. best interest to get this war
13 finished and f -- just get it done.
14     DAVID MUIR: All right.
15     PRESIDENT DONALD TRUMP: Negotiate a
16 deal. Because we have to stop all of these human
17 lives from being destroyed.
18     DAVID MUIR: I want to take this to
19 Vice President Harris. I want to get your
20 thoughts on support for Ukraine in this moment.
21 But also, as Commander-in-Chief, if elected, how
22 would you deal with Vladimir Putin, and would it
23 be any different from what we're seeing from
24 President Biden?
25     VICE PRESIDENT KAMALA HARRIS: Well,

Page 65

17 (Pages 62 - 65)

1 first of all, it's important to remind the former
2 President you're not running' against Joe Biden,
3 you're running' against me. I believe the reason
4 that Donald Trump says that this war would be
5 over within 24 hours is because he would just
6 give it up. And that's not who we are as
7 Americans. Let's understand what happened here.
8 I actually met with Zelenskyy a few days before
9 Russia invaded, tried through force to change
10 territorial boundaries, to defy one of the most
11 important international rules and norms, which is
12 the importance of sovereignty and territorial
13 integrity. And I met with President Zelenskyy.
14 I shared with him American intelligence about how
15 he could defend himself. Days later I went to
16 NATO's eastern flank, to Poland and Romania. And
17 through the work that I and others did, we
18 brought 50 countries together to support Ukraine
19 in its righteous defense. And because of our
20 support, because of the air defense, the
21 ammunition, the artillery, the javelins, the
22 Abrams tanks that we have provided, Ukraine
23 stands as an independent and free country. If
24 Donald Trump were President, Putin would be
25 sitting in Kyiv right now. And understand what

Page 66

1 that would mean. Because Putin's agenda is not
2 just about Ukraine. Understand why the European
3 allies and our NATO allies are so thankful that
4 you are no longer President and that we
5 understand the importance of the greatest
6 military alliance the world has ever known, which
7 is NATO. And what we have done to preserve the
8 ability of Zelenskyy and the Ukrainians to fight
9 for their Independence. Otherwise, Putin would
10 be sitting in Kyiv with his eyes on the rest of
11 Europe. Starting with Poland. And why don't you
12 tell the 800,000 Polish Americans right here in
13 Pennsylvania how quickly you would give up, for
14 the sake of favor and what you think is a
15 friendship, with what is known to be a dictator
16 who would eat you for lunch.
17     DAVID MUIR: Vice President Harris
18 Thank you. We heard from both of you on Ukraine
19 tonight. Afghanistan came up in the last hour --
20     PRESIDENT DONALD TRUMP: I have to
21 respond to her.
22     DAVID MUIR: -- I wanted her to respond
23 to something you said earlier.
24     PRESIDENT DONALD TRUMP: I have to
25 respond.

Page 67

1     DAVID MUIR: Please I'll give you a
2 minute here.
3     PRESIDENT DONALD TRUMP: Putin would be
4 sitting in Moscow, and he wouldn't have lost
5 300,000 men and women. But he would have been
6 sitting in Moscow.
7     VICE PRESIDENT KAMALA HARRIS:
8 (Indiscernible).
9     PRESIDENT DONALD TRUMP: Quiet, please.
10 He would have been sitting in Moscow much happier
11 than he is right now. But eventually, you know,
12 he's got a thing that other people don't have.
13 He's got nuclear weapons. They don't ever talk
14 about that. He's got nuclear weapons. Nobody
15 ever thinks about that. And eventually, maybe
16 he'll use them. Maybe he hasn't been that
17 threatening. But he does have that. Something
18 we don't even like to talk about. Nobody likes
19 to talk about it. But just so you understand,
20 they sent her to negotiate peace before this war
21 started. Three days later he went in, and he
22 started the war because everything they said was
23 weak and stupid. They said the wrong things.
24 That war should have never started. She was the
25 emissary. They sent her in to negotiate with

Page 68

1 Zelenskyy and Putin. And she did and the war
2 started three days later --
3     DAVID MUIR: Vice President --
4     PRESIDENT DONALD TRUMP: -- and that's
5 the kind of talent we have with her. She's worse
6 than Biden. In my opinion, I think he's the
7 worst president in the history of our country.
8 She goes down as the worst Vice President in the
9 history of our country. But let me tell you
10 something. She is a horrible negotiator. They
11 sent her in to negotiate. As soon as they left
12 Putin did the invasion.
13     DAVID MUIR: President Trump, thank
14 you. You did bring up something, you said she
15 went to negotiate with Vladimir Putin. Vice
16 President Harris, have you ever met Vladimir
17 Putin, can you clarify tonight?
18     VICE PRESIDENT KAMALA HARRIS: Yet
19 again, I said it at the beginning of this debate,
20 you're going to hear a bunch of lies coming from
21 this fella. And that is another one. When I
22 went to meet with President Zelenskyy, I've now
23 met with him over five times. The reality is, it
24 has been about standing as America always should,
25 as a leader upholding international rules and

Page 69

18 (Pages 66 - 69)

1 norms. As a leader who shows strength,
2 understanding that the alliances we have around
3 the world are dependent on our ability to look
4 out for our friends and not favor our enemies,
5 because you adore strongmen instead of caring
6 about democracy. And that is very much what is
7 at stake here. The President of the United
8 States is Commander-in-Chief. And the American
9 people have a right to rely on a president who
10 understands the significance of America's role
11 and responsibility in terms of ensuring that
12 there is stability and ensuring we stand up for
13 our principles and not sell them for the -- for
14 the benefit of personal flattery.
15      DAVID MUIR: We've talked about Ukraine
16 and Vladimir Putin. I do want to talk about
17 Afghanistan. It came up in the first hour of
18 this debate.
19      PRESIDENT DONALD TRUMP: David, one
20 thing.
21      DAVID MUIR: I, I want to move on to
22 Afghanistan --
23      PRESIDENT DONALD TRUMP: Secretary
24 General Stoltenberg said Trump did the most
25 amazing thing I've ever seen, he got these

Page 70

1 And as a result, America's taxpayers are not
2 paying the $300 million a day we were paying for
3 that endless war. And as of today, there is not
4 one member of the United States military who is
5 in active duty in a combat zone in any war zone
6 around the world -- the first time this century.
7 But let's understand how we got to where we are.
8 Donald Trump when he was President negotiated one
9 of the weakest deals you can imagine. He calls
10 himself a dealmaker. Even his National Security
11 Adviser said it was a weak, terrible deal. And
12 here's how it went down. He bypassed the Afghan
13 government. He negotiated directly with a
14 terrorist organization called the Taliban. The
15 negotiation involved the Taliban getting 5,000
16 terrorists, Taliban terrorists, released.
17      And get this -- no, get this. And the
18 President at the time invited the Taliban to Camp
19 David. A place of storied significance for us as
20 Americans, a place where we honor the importance
21 of American diplomacy, where we invite and
22 receive respected world leaders. And this former
23 President as President invited them to Camp David
24 because he does not again appreciate the role and
25 responsibility of the President of the United

Page 72

1 countries, the 28 countries at the time, to pay
2 up. He said I've never seen -- he's the head of
3 NATO. He said I've never seen -- for years we
4 were paying almost all of NATO. We were being
5 ripped off by European nations both on trade and
6 on NATO. I got them to pay up by saying one of
7 the statements you made before, if you don't pay,
8 we're not going to protect you.
9      DAVID MUIR: President Trump --
10      PRESIDENT DONALD TRUMP: Otherwise, we
11 would've never gotten it. He said it was one of
12 the most incredible jobs that he's ever seen
13 done.
14      DAVID MUIR: Thank you. I want to turn
15 to Afghanistan. It came up in the first hour of
16 the debate, and we witnessed a, a poignant moment
17 today on Capitol Hill honoring the soldiers who
18 died in the chaotic withdrawal from Afghanistan.
19 I do want to ask the Vice President, do you
20 believe you bear any responsibility in the way
21 that withdrawal played out?
22      VICE PRESIDENT KAMALA HARRIS: Well, I
23 will tell you, I agreed with President Biden's
24 decision to pull out of Afghanistan. Four
25 presidents said they would, and Joe Biden did.

Page 71

1 States to be Commander in Chief with a level of
2 respect. And this gets back to the point of how
3 he has consistently disparaged and demeaned
4 members of our military, fallen soldiers, and the
5 work that we must do to uphold the strength and
6 the respect of the United States of America
7 around the world.
8      DAVID MUIR: Vice President Harris,
9 thank you. President Trump, your response to her
10 saying that you began the negotiations with the
11 Taliban.
12      PRESIDENT DONALD TRUMP: Yeah, thank
13 you. So, if you take a look at that period of
14 time, the Taliban was killing our soldiers, a lot
15 of them, with snipers. And I got involved with
16 the Taliban because the Taliban was doing the
17 killing. That's the fighting force within
18 Afghanistan. They don't bother doing that
19 because you know, they deal with the wrong people
20 all the time. But I got involved. And Abdul is
21 the head of the Taliban. He is still the head of
22 the Taliban. And I told Abdul don't do it
23 anymore, you do it anymore you're going to have
24 problems. And he said, "Why do you send me a
25 picture of my house?" I said, "You're going to

Page 73

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

ER0792

1 have to figure that out, Abdul." And for 18
2 months we had nobody killed. We did have an
3 agreement negotiated by Mike Pompeo. It was a
4 very good agreement. The reason it was good, it
5 was -- we were getting out. We would have been
6 out faster than them, but we wouldn't have lost
7 the soldiers. We wouldn't have left many
8 Americans behind. And we wouldn't have left --
9 we wouldn't have left $85 billion worth of brand-
10 new beautiful military equipment behind. And
11 just to finish, they blew it. The agreement said
12 you have to do this, this, this, this, this, and
13 they didn't do it. They didn't do it. The
14 agreement was -- was terminated by us because
15 they didn't do what they were supposed to do.
16      DAVID MUIR: I want to move on.
17      PRESIDENT DONALD TRUMP: And these
18 people did the worst withdrawal, and in my
19 opinion, the most embarrassing moment in the
20 history of our country. And by the way, that's
21 why Russia attacked Ukraine. Because they saw
22 how incompetent she and her boss are.
23      DAVID MUIR: President Trump, thank
24 you. I want to move on now to race and politics
25 in this country. Mr. President, you recently

1 said of Vice President Harris, "I didn't know she
2 was Black until a number of years ago when she
3 happened to turn Black, and now she wants to be
4 known as Black." I want to ask a bigger-picture
5 question here tonight. Why do you believe it's
6 appropriate to weigh in on the racial identity of
7 your opponent?
8      PRESIDENT DONALD TRUMP: I don't. And
9 I don't care. I don't care what she is. I don't
10 care. You make a big deal out of something. I
11 couldn't care less. Whatever she wants to be is
12 okay with me.
13      DAVID MUIR: But those were your words.
14 So, I'm asking --
15      PRESIDENT DONALD TRUMP: I don't know.
16 I don't know. All I can say is I read where she
17 was not Black -- that she put out. And, I'll say
18 that. And then I read that she was Black. And
19 that's okay. Either one was okay with me.
20 That's up to her. That's up to her.
21      DAVID MUIR: Vice President Harris,
22 your thoughts on this?
23      VICE PRESIDENT KAMALA HARRIS: I think
24 it's, I mean honestly, I think it's a tragedy
25 that we have someone who wants to be President

1 who has consistently over the course of his
2 career attempted to use race to divide the
3 American people. You know, I do believe that the
4 vast majority of us know that we have so much
5 more in common than what separates us. And we
6 don't want this kind of approach that is just
7 constantly trying to divide us, and especially by
8 race. And let's remember how Donald Trump
9 started. He was a, a, a—land, he owned land, he
10 owned buildings, and he was investigated because
11 he refused to rent property to Black families.
12 Let's remember, this is the same individual who
13 took out a full-page ad in The New York Times
14 calling for the execution of five young Black and
15 Latino boys who were innocent, the Central Park
16 Five. Took out a full-page ad calling for their
17 execution. This is the same individual who
18 spread birther lies about the first Black
19 President of the United States. And I think the
20 American people want better than that. Want
21 better than this. Want someone who understands
22 as I do, I travel our country, we see in each
23 other a friend. We see in each other a neighbor.
24 We don't want a leader who is constantly trying
25 to have Americans point their fingers at each

1 other. I meet with people all the time who tell
2 me "Can we please just have discourse about how
3 we're going to invest in the aspirations and the
4 ambitions and the dreams of the American people?"
5 Knowing that regardless of people's color or the
6 language their grandmother speaks we all have the
7 same dreams and aspirations and want a president
8 who invests in those, not in hate and division.
9      DAVID MUIR: Vice President Harris
10 thank you. Linsey?
11      LINSEY DAVIS: President Trump, this is
12 now your third time --
13      PRESIDENT DONALD TRUMP: This is the
14 most divisive presidency in the history of our
15 country. There's never been anything like it.
16 They're destroying our country. And they come up
17 with things like what she just said, going back
18 many, many years when a lot of people, including
19 Mayor Bloomberg agreed with me on the Central
20 Park Five. They admitted -- they said, they pled
21 guilty. And I said, well, if they pled guilty,
22 they badly hurt a person, killed a person
23 ultimately. And if they pled guilty -- then they
24 pled we're not guilty. But this is a person that
25 has to stretch back years, 40, 50 years ago

1 because there's nothing now. I built one of the
2 greatest economies in the history of the world
3 and I'm going to build it again. It's going to
4 be bigger, better, and stronger. But they're
5 destroying our economy. They have no idea what a
6 good economy is. Their oil policies -- every
7 single policy -- and remember this. She is
8 Biden. She's trying to get away from Biden. I
9 don't know the gentleman, she says. She is
10 Biden. The worst inflation we've ever had. A
11 horrible economy because inflation has made it so
12 bad. And she can't get away with that.
13    DAVID MUIR: Mr. President, thank you,
14 your time is up. Linsey --
15    VICE PRESIDENT KAMALA HARRIS: I want
16 to respond to that, though. I want to just
17 respond briefly. Clearly, I am not Joe Biden.
18 And I am certainly not Donald Trump. And what I
19 do offer is a new generation of leadership for
20 our country. One who believes in what is
21 possible, one who brings a sense of optimism
22 about what we can do instead of always
23 disparaging the American people. I believe in
24 what we can do to strengthen our small
25 businesses, which is why I have a plan. Let's

Page 78

1 talk about our plans. And let's compare the
2 plans. I have a plan to give startup businesses
3 $50,000 tax deduction, to pursue their ambitions,
4 their innovation, their ideas, their hard work.
5 I have a plan. $6,000 for young families for the
6 first year of your child's life. To help you in
7 that most critical stage of your child's
8 development. I have a plan that is about
9 allowing people to be able to pursue what has
10 been fleeting in terms of the American dream, by
11 offering a help with down payment of $25,000,
12 down payment assistance for first-time home
13 buyers. That's the kind of conversation I
14 believe, David, that people really want tonight
15 as opposed to a conversation that is constantly
16 about belittling and name-calling. Let's turn
17 the page and move forward.
18    DAVID MUIR: Vice President Harris,
19 thank you. Let's turn to policy -- let's turn
20 back to policy.
21    LINSEY DAVIS: President Trump, we have
22 to move on. President Trump --
23    PRESIDENT DONALD TRUMP: She is
24 destroying our country.
25    DAVID MUIR: Let's turn to policy,

Page 79

1 please?
2    PRESIDENT DONALD TRUMP: She has a plan
3 to defund the police. She has a flan -- plan to
4 confiscate everybody's gun.
5    LINSEY DAVIS: President Trump, we do
6 have to --
7    PRESIDENT DONALD TRUMP: She has a plan
8 to not allow fracking in Pennsylvania or anywhere
9 else. That's what her plan is until just
10 recently.
11    LINSEY DAVIS: President Trump,
12 President Trump.
13    VICE PRESIDENT KAMALA HARRIS: The
14 former president has said something twice and I
15 need to respond too. I just need to respond one
16 time to what he has said multiple times.
17    LINSEY DAVIS: I'm sorry, we're going
18 to move on, Vice President Harris.
19    This is now your third time running for
20 president. You have long vowed to repeal and
21 replace the Affordable Care Act, also known as
22 Obamacare. You have failed to accomplish that.
23 You now say you're going to keep Obamacare.
24 Quote, unless we can do something much better.
25 Last month you said, quote, we're working on it.

Page 80

1 So tonight, nine years after you first started
2 running, do you have a plan, and can you tell us
3 what it is?
4    PRESIDENT DONALD TRUMP: Obamacare was
5 lousy health care. Always was. It's not very
6 good today. And what I said, that if we come up
7 with something, and we are working on things,
8 we're going to do it and we're going to replace
9 it. But remember this. I inherited Obamacare
10 because Democrats wouldn't change it. They
11 wouldn't vote for it. They were unanimous. They
12 wouldn't vote to change it. If they would have
13 done that, we would have had a much better plan
14 than Obamacare. But the Democrats came up, they
15 wouldn't vote for it. I had a choice to make
16 when I was President, do I save it and make it as
17 good as it can be? Never going to be great. Or
18 do I let it rot? And I felt I had an obligation,
19 even though politically it would have been good
20 to just let it rot and let it go away. I decided
21 -- and I told my people, the top people, and
22 they're very good people -- I have a lot of good
23 people in this -- that administration. We read
24 about the bad ones. We had some real bad ones
25 too. And so do they. They have really bad ones.

Page 81

21 (Pages 78 - 81)

1 The difference is they don't get rid of them.
2 But let me just explain.  I had a choice to make
3 do I save it and make it as good as it can be, or
4 do I let it rot?  And I saved it.  I did the
5 right thing.  But it's still never going to be
6 great.  And it's too expensive for people.  And
7 what we will do is we're looking at different
8 plans.  If we can come up with a plan that's
9 going to cost our people, our population, less
10 money and be better health care than Obamacare,
11 then I would absolutely do it.  But until then,
12 I'd run it as good as it can be run.
13        LINSEY DAVIS:  So just a yes or no, you
14 still do not have a plan?
15        PRESIDENT DONALD TRUMP:  I have
16 concepts of a plan.  I'm not President right now.
17 But if we come up with something I would only
18 change it if we come up with something that's
19 better and less expensive.  And there are
20 concepts and options we we have to do that.  And
21 you'll be hearing about it in the not-too-distant
22 future.
23        LINSEY DAVIS:  Vice president Harris,
24 in 2017 you supported Bernie Sanders' proposal to
25 do away with private insurance and create a

Page 82

1 got caught, he was an American hero.  The late
2 great John McCain, I will never forget that
3 night.  Walked onto the Senate floor and said no,
4 you don't.  No, you don't.  No, you don't get rid
5 of the Affordable Care Act.  You have no plan.
6 And what the Affordable Care Act has done is
7 eliminate the ability of insurance companies to
8 deny people with pre-existing conditions.  I
9 don't have to tell the people watching tonight,
10 you remember what that was like?  Remember when
11 an insurance company could deny if a child had
12 asthma, if someone was a breast cancer survivor,
13 if a grandparent had diabetes?  And thankfully,
14 as I've been Vice President and we over the last
15 four years have strengthened the Affordable Care
16 Act, we have allowed for the first time Medicare
17 to negotiate drug prices on behalf of you the
18 American people.  Donald Trump said he was going
19 to allow Medicare to negotiate dr, drug prices.
20 He never did.  We did.  And now we have capped
21 the cost of insulin at $35 a month.  Since I've
22 been Vice President, we have capped the cost of
23 prescription medication for seniors at $2,000 a
24 year.  And when I am President, we will do that
25 for all people understanding that the value I

Page 84

1 government-run health care system.  Two years
2 later you proposed a plan that included a private
3 insurance option.  What is your plan today?
4        VICE PRESIDENT KAMALA HARRIS:  Well,
5 first of all, I absolutely support and over the
6 last four years as Vice President, private health
7 care options.  But what we need to do is maintain
8 and grow the Affordable Care Act.  But I, I'll
9 get to that, Linsey.  I just need to respond to a
10 previous point that the former President has
11 made.  I've made very clear my position on
12 fracking.  And then this business about taking
13 everyone's guns away.  Tim Walz and I are both
14 gun owners.  We're not taking anybody's guns
15 away.  So, stop with the continuous lying about
16 this stuff.  As it relates to the Affordable Care
17 Act, understand, just look at the history to know
18 where people stand.  When Donald Trump was
19 president, 60 times he tried to get rid of the
20 Affordable Care Act.  60 times.  I was a Senator
21 at the time.  When, I will never forget the early
22 morning hours when it was up for a vote in the
23 United States Senate and the late great John
24 McCain, who you have disparaged as being -- you
25 don't like him, you said at the time, because he

Page 83

1 bring to this is that access to health care
2 should be a right and not just a privilege of
3 those who can afford it.  And the plan has to be
4 to strengthen the Affordable Care Act, not get
5 rid of it --
6        LINSEY DAVIS:  Thank you --
7        VICE PRESIDENT KAMALA HARRIS:  -- the
8 past is prologue in terms of where Donald Trump
9 stands on that.
10        LINSEY DAVIS:  I want to move to an
11 issue that's important --
12        PRESIDENT DONALD TRUMP:  She made a
13 mistake.  Number one, John McCain fought
14 Obamacare for ten years.  But it wasn't only him.
15 It was, all of the Democrats that kept it going.
16 And you know what?  We could do much better than
17 Obamacare.  Much less money.  But she won't
18 improve private insurance for people.  Private,
19 medical insurance.  That's another thing she
20 doesn't want to get --
21        LINSEY DAVIS:  President Trump --
22        PRESIDENT DONALD TRUMP:  -- people are
23 paying privately for insurance that have worked
24 hard and made money, and they want to have
25 private.  She wants everybody to be on government

Page 85

22 (Pages 82 - 85)

1 insurance where you wait six months for an
2 operation that you need immediately.
3        LINSEY DAVIS:  President Trump, thank
4 you.  We have another issue that we'd like to get
5 to that's important for a number of Americans, in
6 particular younger voters, and that's climate
7 change.  President Trump, with regard to the
8 environment, you say that we have to have clean
9 air and clean water.  Vice President Harris, you
10 call climate change an existential threat.  The
11 question to you both tonight is what would you do
12 to fight climate change?  And Vice President
13 Harris, we'll start with you.  One minute for you
14 each.
15        VICE PRESIDENT KAMALA HARRIS:  Well,
16 the former President had said that climate change
17 is a hoax.  And what we know is that it is very
18 real.  You ask anyone who lives in a state who
19 has experienced these extreme weather
20 occurrences, who now is either being denied home
21 insurance or is being jacked up.  You ask anybody
22 who has been um, the victim of what that means in
23 terms of losing their home, having nowhere to go.
24 We know that we can actually deal with this
25 issue.  The young people of America care deeply

Page 86

1 many cases owned by China.  They're building
2 these massive plants, and they think they're
3 going to sell their cars into the United States
4 because of these people.  What they have given to
5 China is unbelievable.  But we're not going to
6 let that.  We'll put tariffs on those cars so
7 they can't come into our country.  Because they
8 will kill the United Auto Workers and any auto
9 worker, whether it's in Detroit or South Carolina
10 or any other place.  What they've done to
11 business and manufacturing in this country is
12 horrible.  We have nothing because they, they
13 refuse -- you know, Biden doesn't go after people
14 because supposedly China paid him millions of
15 dollars.  He's afraid to do it.  Between him and
16 his son.  They get all this money from Ukraine.
17 They get all this money from all of these
18 different countries.  And then you wonder why is
19 he so loyal to this one, that one Ukraine, China?
20 Why is he?  Why did he get 3 1/2 million dollars
21 from the mayor of Moscow's wife?  Why did he get
22 -- why did she pay him 3 1/2 million dollars?
23 This is a crooked administration, and they're
24 selling our country down the tubes.
25        LINSEY DAVIS:  President Trump, thank

Page 88

1 about this issue.  And I am proud that as Vice
2 President over the last four years we have
3 invested a trillion dollars in a clean energy
4 economy while we have also increased domestic gas
5 production to historic levels.  We have created
6 over 800,000 new manufacturing jobs while I have
7 been Vice President.  We have invested in clean
8 energy to the point that we are opening up
9 factories around the world.  Donald Trump said he
10 was going to create manufacturing jobs.  He lost
11 manufacturing jobs.  And I'm also proud to have
12 the endorsement of the United Auto Workers and
13 Shawn Fain, who also know that part of building a
14 clean energy economy includes investing in
15 American-made products, American automobiles.  It
16 includes growing what we can do around American
17 manufacturing and opening up auto plants, not
18 closing them like happened under Donald Trump.
19        LINSEY DAVIS:  Vice President Harris,
20 thank you.
21        PRESIDENT DONALD TRUMP:  That didn't
22 happen under Donald Trump.  Let me just tell you,
23 they lost 10,000 manufacturing jobs this last
24 month.  It's going -- they're all leaving.  In
25 They're building big auto plants in Mexico.  In

Page 87

1 you.
2        PRESIDENT DONALD TRUMP:  Thank you.
3        DAVID MUIR:  We'll be right back with
4 closing statements from both of our candidates.
5 An historic night, this ABC News Presidential
6 Debate from Philadelphia.  Back in a moment.
7        The time has come for closing
8 statements.  And Vice President Harris, we begin
9 with you.
10        VICE PRESIDENT KAMALA HARRIS:  So, I
11 think you've heard tonight two very different
12 visions for our country.  One that is focused on
13 the future and the other that is focused on the
14 past.  And an attempt to take us backward.  But
15 we're not going back.  And I do believe that the
16 American people know we all have so much more in
17 common than what separates us, and we can chart a
18 new way forward.  And a vision of that includes
19 having a plan, understanding the aspirations, the
20 dreams, the hopes, the ambition of the American
21 people, which is why I intend to create an
22 opportunity economy, investing in small
23 businesses, in new families, in what we can do
24 around protecting seniors, what we can do that is
25 about giving hard-working folks a break in

Page 89

23 (Pages 86 - 89)

1  bringing down the cost of living.  I believe in
2  what we can do together that is about sustaining
3  America's standing in the world and ensuring we
4  have the respect that we so rightly deserve
5  including respecting our military and ensuring we
6  have the most lethal fighting force in the world.
7  I will be a President that will protect our
8  fundamental rights and freedoms including the
9  right of a woman to make decisions about her own
10  body and not have her government tell her what to
11  do.  I'll tell you; I started my career as a
12  prosecutor.  I was a D.A.  I was an attorney
13  general.  A United States Senator.  And now Vice
14  President.  I've only had one client.  The
15  people.  And I'll tell you, as a prosecutor I
16  never asked a victim, or a witness are you a
17  Republican or a Democrat.  The only thing I ever
18  asked them, are you okay?  And that's the kind of
19  president we need right now.  Someone who cares
20  about you and is not putting themselves first.  I
21  intend to be a president for all Americans and
22  focus on what we can do over the next 10 and 20
23  years to build back up our country by investing
24  right now in you the American people.
25         LINSEY DAVIS:  Vice President Harris,

Page 90

1  decline.  We're being laughed at all over the
2  world.  All over the world, they laugh, I know
3  the leaders very well.  They're coming to see me.
4  They call me.  We're laughed at all over the
5  world.  They don't understand what happened to us
6  as a nation.  We're not a leader.  We don't have
7  any idea what's going on.  We have wars going on
8  in the Middle East.  We have wars going on with
9  Russia and Ukraine.  We're going to end up in a
10  third World War.  And it will be a war like no
11  other because of nuclear weapons, the power of
12  weaponry.  I rebuilt our entire military.  She
13  gave a lot of it away to the Taliban.  She gave
14  it to Afghanistan.  What these people have done
15  to our country, and maybe toughest of all, is
16  allowing millions of people to come into our
17  country, many of them are criminals, and they're
18  destroying our country.  The worst President, the
19  worst Vice President in the history of our
20  country.
21         LINSEY DAVIS:  President Trump thank
22  you.  And that is our ABC News presidential
23  debate from here in Philadelphia at the National
24  Constitution Center.  I'm Linsey Davis.
25         DAVID MUIR:  And I'm David Muir.  Thank

Page 92

1  thank you.  President Trump?
2         PRESIDENT DONALD TRUMP:  So, she just
3  started by saying she's going to do this,
4  she's going to to do that, she's going to to do
5  all these wonderful things.  Why hasn't she done
6  it?  She's been there for 3 1/2 years.  They've
7  had 3 1/2 years to fix the border.  They've had 3
8  1/2 years to create jobs and all the things we
9  talked about.  Why hasn't she done it?  She
10  should leave right now, go down to that beautiful
11  White House, go to the Capitol, get everyone
12  together and do the things you want to do.  But
13  you haven't done it.  And you won't do it.
14  Because you believe in things that the American
15  people don't believe in.  You believe in things
16  like, we're not going to frack.  We're not going
17  to take fossil fuel.  We're not going to do --
18  things that are going to make this country
19  strong, whether you like it or not.  Germany
20  tried that and within one year they were back to
21  building normal energy plants.  We're not ready
22  for it.  We can't sacrifice our country for the
23  sake of bad vision.  But I just ask one simple
24  question.  Why didn't she do it?  We're a failing
25  nation.  We're a nation that's in serious

Page 91

1  you for watching here in the U.S.  And all over
2  the world.  And from all of us here at ABC News,
3  good night.
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 93

24 (Pages 90 - 93)

```
 1          C E R T I F I C A T I O N
 2   I, Sonya Ledanski Hyde, certify that the
 3   foregoing transcript is a true and accurate
 4   record of the proceedings.
 5
 6   Sonya V. Ledanski Hyde
 7
 8
 9
10
11
12   Veritext Legal Solutions
13   330 Old Country Road
14   Suite 300
15   Mineola, NY 11501
16
17   Date:  February 17, 2025
18
19
20
21
22
23
24
25
                                    Page 94
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127            ER0798

**[1/2 - acknowledging]**

| 1 |
|---|
| **1/2** 43:12 88:20 88:22 91:6,7,8 |
| **10** 1:13 90:22 |
| **10,000** 46:25 87:23 |
| **100** 9:18 56:25 63:19 |
| **11** 34:1 |
| **11501** 94:15 |
| **12** 20:5 42:3,8 |
| **12151** 94:6 |
| **13** 20:5 32:18 |
| **14** 42:8 55:24 55:25 56:5 |
| **140** 47:20 |
| **15** 15:17 42:8 |
| **150** 63:10,19 |
| **168** 61:11 |
| **17** 94:17 |
| **18** 74:1 |
| **1917** 9:18 |

| 2 |
|---|
| **2** 55:12 61:23 |
| **2,000** 84:23 |
| **20** 5:20 12:8 19:8 90:22 |
| **200** 31:16 |
| **2016** 51:17 |
| **2017** 82:24 |
| **2020** 40:2 50:20 51:4 |
| **2024** 1:13 38:5 |
| **2025** 8:19 9:7 20:13 49:12 |

94:17
**21** 6:24 15:16 15:18
**21st** 2:15 14:7
**24** 62:22 66:5
**25,000** 79:11
**250** 63:7,18
**275** 63:18
**28** 59:13 71:1

| 3 |
|---|
| **3** 29:13 40:22 40:23 43:12 64:19,20 88:20 88:22 91:6,7,7 |
| **300** 59:10 72:2 94:14 |
| **300,000** 68:5 |
| **330** 94:13 |
| **34** 36:12 |
| **35** 84:21 |

| 4 |
|---|
| **4,000** 5:24 |
| **40** 77:25 |
| **40,000** 56:24 |
| **400** 40:18 41:20 43:24 |
| **45,000** 36:11 |
| **4:00** 50:3 |

| 5 |
|---|
| **5** 5:18 |
| **5,000** 72:15 |
| **50** 7:1 66:18 77:25 |

**50,000** 5:12 79:3
**50-50** 21:19,20
**500** 43:24
**52** 17:21 18:8 21:4
**56** 44:9

| 6 |
|---|
| **6** 50:14 |
| **6,000** 5:3 79:5 |
| **60** 7:1 52:9 83:19,20 |
| **63** 51:16 |
| **6th** 44:13 47:15 48:8 |

| 7 |
|---|
| **7** 57:6 |
| **70** 7:1 |
| **75** 6:9 51:14 |

| 8 |
|---|
| **80** 7:1 13:13 |
| **800,000** 67:12 87:6 |
| **81** 54:1 |
| **818,000** 35:20 |
| **85** 13:13 74:9 |

| 9 |
|---|
| **90** 2:20 13:13 |

| a |
|---|
| **a.i.** 14:11 |
| **abandon** 19:18 |
| **abc** 1:17 2:3,4 30:11 62:8,11 |

89:5 92:22 93:2
**abdul** 73:20,22 74:1
**ability** 54:18 58:1 67:8 70:3 84:7
**able** 11:15 16:9 17:25 18:5 22:24 40:16 57:3 79:9
**abortion** 16:8 16:16,22 17:2 17:16,18 19:9 19:12 20:12,14 21:9,10,14 22:14 23:12,16 23:22,24 25:3
**abortions** 25:15
**abrams** 66:22
**absolute** 21:9
**absolutely** 13:10 17:16 23:18 57:10 60:4,17 61:16 82:11 83:5
**abused** 30:15
**access** 85:1
**accomplish** 80:22
**accurate** 94:3
**acknowledge** 51:6
**acknowledging** 51:3

Page 1

**[acres - anybody's]**

| | | | |
|---|---|---|---|
| **acres** 43:25 | **adviser** 32:2 | **agreement** 74:3 | **america's** 5:14 |
| **act** 26:14 40:6 | 72:11 | 74:4,11,14 | 5:19 14:13 |
| 80:21 83:8,17 | **affect** 32:6 | **aides** 44:18 | 62:19 70:10 |
| 83:20 84:5,6,16 | **affected** 7:10 | **air** 66:20 86:9 | 72:1 90:3 |
| 85:4 | 27:6 | **alabama** 24:22 | **american** 4:20 |
| **acting** 47:16 | **afford** 5:5 | 24:23 | 8:14,22 14:3,10 |
| **active** 72:5 | 12:15 24:4,7 | **aliens** 42:24 | 16:11 20:16 |
| **actually** 4:16 | 54:4 85:3 | **alive** 65:6 | 32:7 36:16,21 |
| 4:21 5:8,23 | **affordable** | **alliance** 67:6 | 38:20 54:19 |
| 10:23 11:5 | 80:21 83:8,16 | **alliances** 70:2 | 66:14 70:8 |
| 14:17 19:3 | 83:20 84:5,6,15 | **allies** 14:10 | 72:21 76:3,20 |
| 27:17,18,24 | 85:4 | 52:9 67:3,3 | 77:4 78:23 |
| 28:13 31:16 | **afghan** 72:12 | **allow** 25:3 27:8 | 79:10 84:1,18 |
| 35:13 41:10,14 | **afghanistan** | 34:21 43:2 | 87:15,15,16 |
| 59:16 66:8 | 32:17 67:19 | 80:8 84:19 | 89:16,20 90:24 |
| 86:24 | 70:17,22 71:15 | **allowed** 3:4 | 91:14 |
| **ad** 76:13,16 | 71:18,24 73:18 | 27:3 34:8,10,10 | **americans** 4:12 |
| **add** 58:18 | 92:14 | 34:11 45:11 | 7:9 9:1 12:15 |
| **added** 56:20 | **afraid** 20:2 | 84:16 | 24:10 56:18 |
| **additional** | 55:6,6,7,8,9,11 | **allowing** 29:14 | 66:7 67:12 |
| 28:23 | 88:15 | 49:14 52:4 | 72:20 74:8 |
| **address** 36:16 | **african** 7:9 | 61:10 79:9 | 76:25 86:5 |
| 36:17,18,20 | **afternoon** 50:4 | 92:16 | 90:21 |
| **addressed** 32:7 | **agenda** 67:1 | **amazing** 70:25 | **ammunition** |
| **addresses** | **agents** 27:1 | **ambition** 4:19 | 66:21 |
| 27:18 | 28:23 36:11 | 89:20 | **answer** 2:23 |
| **administration** | **ago** 4:8,11,13 | **ambitions** 77:4 | 25:9,12 |
| 13:3,19,22 | 7:2 15:5,6 | 79:3 | **antisemitic** |
| 16:12 26:9,13 | 29:11 37:19 | **america** 4:18 | 48:2 |
| 62:16 81:23 | 43:13 47:3 | 10:19 13:24 | **anybody** 32:16 |
| 88:23 | 55:3,22 56:24 | 14:6 23:20,23 | 32:23 33:5 |
| **admires** 60:10 | 75:2 77:25 | 24:9,14 26:7 | 64:3 86:21 |
| **admitted** 77:20 | **agree** 19:19 | 30:4,5 45:21 | **anybody's** |
| **adore** 70:5 | **agreed** 71:23 | 69:24 73:6 | 83:14 |
| | 77:19 | 86:25 | |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**ER0800**

## [anymore - believe]

| | | | |
|---|---|---|---|
| **anymore** 15:2 63:15 73:23,23 | **assault** 36:4 39:16 | 25:22,23 | **bankruptcy** 40:20 |
| **apart** 18:8 21:5 | **assaulted** 41:1 | **back** 6:9 10:6,7 10:7 18:11 | **banned** 40:3 |
| **appeal** 37:4 | **assistance** 79:12 | 20:8 21:2,6,17 | **bans** 19:9,12 23:25 |
| **appearance** 36:5 | **assure** 57:25 | 29:9 30:3 33:15 34:15 | **barely** 24:4,7 |
| **appreciate** 72:24 | **asthma** 84:12 | 38:16 43:17,18 | **based** 14:10 41:3,7 |
| **approach** 40:11 48:15 76:6 | **asylum** 26:10 | 43:20,21 46:21 48:6,8,9,9,21 | **bash** 49:2 |
| | **asylums** 7:7 | 51:13 55:5,12 | **basically** 14:4 |
| **appropriate** 75:6 | **atlanta** 37:10 | 62:7,10,11 73:2 77:17,25 79:20 | **bath** 49:2 |
| **approval** 51:14 | **attack** 8:9 44:18 47:18 | 89:3,6,15 90:23 91:20 | **beach** 22:4 |
| **approve** 61:22 | **attacked** 74:21 | **backbone** 5:14 | **bear** 71:20 |
| **approved** 23:5 | **attacking** 48:15 | **backs** 6:1 | **beaten** 51:17 |
| **arab** 59:6 | **attempt** 89:14 | **backward** 89:14 | **beating** 41:12 41:15 |
| **arabs** 59:7 | **attempted** 76:2 | **backwards** 48:23 | **beautiful** 74:10 91:10 |
| **argued** 12:11 | **attempts** 54:5 | **bacon** 13:9 | **becoming** 59:25 |
| **arguing** 12:13 62:20 | **attend** 28:1 | **bad** 9:11 15:22 15:25 32:14,15 | **bed** 50:3 |
| | **attending** 57:9 | 32:24 45:17 | **began** 73:10 |
| **arraigned** 36:12 | **attorney** 37:11 90:12 | 49:22 51:23 78:12 81:24,24 | **beginning** 45:15 69:19 |
| **artillery** 66:21 | **audience** 3:4 | 81:25 91:23 | **behalf** 84:17 |
| **ashli** 45:4 | **aurora** 7:14 29:19 | **badly** 45:8 77:22 | **beings** 26:20 27:10 |
| **aside** 25:22 | **authorities** 34:5 | **ballot** 24:13 | **beliefs** 19:18 |
| **asked** 46:17 90:16,18 | **auto** 87:12,17 87:25 88:8,8 | **ban** 16:16,20 20:12,24,24 | **believe** 4:12,18 8:21 12:15 |
| **asking** 23:21 75:14 | **autocrats** 60:18 | 21:9,10,14 39:14 40:2 | 15:16 17:25 18:2 20:16 |
| **asks** 4:10 | **automobiles** 87:15 | | 24:10 28:12 |
| **aspirations** 4:19 8:13 77:3 77:7 89:19 | **b** | | 34:3 53:23 54:16 59:2 |
| | **babbitt** 45:5 | | |
| | **baby** 17:7,9,9 17:18 18:23 | | |

Page 3

**[believe - building]**

65:8 66:3
71:20 75:5
76:3 78:23
79:14 89:15
90:1 91:14,15
91:15
**believed** 15:5
**believes** 53:10
78:20
**belittling** 79:16
**beneficiary**
63:9
**benefit** 10:8
70:14
**benjamin** 57:1
**bernie** 82:24
**best** 10:17
62:19 65:9,12
**better** 4:10,12
7:24 9:6 54:20
76:20,21 78:4
80:24 81:13
82:10,19 85:16
**biden** 2:14 7:18
13:18 26:6,9,10
26:16 37:15
53:12 55:12
57:3 61:21
62:1,16 63:11
63:25 64:15
65:24 66:2
69:6 71:25
78:8,8,10,17
88:13

**biden's** 11:18
71:23
**big** 5:17 36:4
42:9 43:24
46:6,19,22
59:15 75:10
87:25
**bigger** 15:19
63:9 75:4 78:4
**biggest** 29:6
55:16 61:22,23
**bill** 20:8 26:24
26:25 27:7,11
27:13 28:21
49:24 50:8,8
**billion** 59:10
63:7,10,19 74:9
**billionaires**
5:17 6:2
**billions** 6:11,12
6:16 12:23
13:3,4 41:25,25
63:13,13,13
**bills** 50:1
**birth** 17:17
25:20
**birther** 76:18
**bit** 51:1
**bite** 11:9
**black** 75:2,3,4
75:17,18 76:11
76:14,18
**bleeding** 20:3
**blew** 74:11

**blood** 49:2
**bloodbath**
48:19 49:5
**bloomberg**
77:19
**blowing** 55:3,4
**blown** 59:7
**blue** 24:13
**board** 12:6
26:4
**body** 19:15,16
19:21 20:18
24:12 90:10
**book** 9:13 33:1
33:2
**books** 33:3,8
**border** 8:1 26:2
26:8,24,25 27:1
28:23 39:17
45:11,12,13,14
45:16 49:16,24
50:9,10,11 91:7
**borders** 51:21
**boredom** 28:8
**born** 17:8,19
18:24
**boss** 22:2,3,4
74:22
**bother** 73:18
**bought** 15:1
**bounce** 10:6,7
**bounced** 10:7
**boundaries**
66:10

**boys** 48:5 76:15
**brand** 74:9
**break** 57:3
62:23 89:25
**breaking** 40:5
**breaks** 2:21
6:21 10:15
**breast** 84:12
**bridge** 48:10
**briefly** 78:17
**brilliant** 11:12
60:16
**bring** 11:13
30:3,11 40:17
40:20 49:11,12
49:12 69:14
85:1
**bringing** 8:23
36:20 90:1
**brings** 2:19
41:10 50:17
78:21
**broke** 59:9,17
**brooklyn** 41:21
41:21
**brought** 11:25
12:1 18:11
21:2 66:18
**build** 4:21 8:13
55:15 78:3
90:23
**builder** 41:21
**builders** 40:22
**building** 64:12
87:13,25 88:1

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

[building - chips]

| | | | |
|---|---|---|---|
| 91:21 | 72:14 | **career** 60:5 | **certify** 94:2 |
| **buildings** 7:16 | **calling** 8:17 | 76:2 90:11 | **chance** 30:7 |
| 76:10 | 41:12 76:14,16 | **cares** 90:19 | **change** 15:9 |
| **built** 41:24 78:1 | 79:16 | **caring** 70:5 | 66:9 81:10,12 |
| **bullet** 39:2 | **calls** 12:3,4 | **carolina** 88:9 | 82:18 86:7,10 |
| **bunch** 8:17 | 72:9 | **carry** 19:24 | 86:12,16 |
| 19:2 69:20 | **camp** 72:18,23 | 20:6 | **changed** 16:23 |
| **burned** 42:20 | **campaign** | **carrying** 23:20 | 39:19,21,23 |
| 46:4 | 39:16 48:12 | 48:1 | 41:9 |
| **bush** 31:17 | 65:1 | **cars** 88:3,6 | **chaos** 48:14 |
| **business** 5:11 | **campaign's** | **case** 37:16,17 | **chaotic** 71:18 |
| 43:6 49:4 | 53:20 | **cases** 6:11 37:1 | **characters** 28:4 |
| 83:12 88:11 | **campaigns** 2:11 | 37:6,9,13,23 | **charge** 12:21 |
| **businesses** 5:8 | 2:22 | 52:9 54:14 | **charlottesville** |
| 5:12,13 36:19 | **cancer** 28:6 | 88:1 | 47:25 49:6 |
| 78:25 79:2 | 84:12 | **catastrophe** | **chart** 48:22 |
| 89:23 | **candidate** | 22:1 | 57:21 89:17 |
| **busing** 29:3 | 48:18 54:17 | **cats** 29:23 | **cheated** 53:16 |
| **buster** 6:21 | **candidates** 2:22 | **caught** 84:1 | **cheney** 31:19 |
| **buy** 5:5,6,6 | 3:6,13 89:4 | **cause** 28:5 | 31:20 |
| 13:8 40:16 | **capitol** 44:14 | **caused** 61:9 | **chief** 31:24 |
| **buyback** 39:15 | 44:17 47:15,19 | **causes** 26:6 | 65:21 70:8 |
| **buyers** 79:13 | 47:20 49:14 | **cease** 57:17 | 73:1 |
| **bypassed** 72:12 | 71:17 91:11 | **center** 3:5 62:9 | **child** 5:3 84:11 |
| **c** | **capped** 84:20 | 92:24 | **child's** 79:6,7 |
| | 84:22 | **central** 26:7 | **childcare** 24:4 |
| **c** 94:1,1 | **car** 5:6 20:3 | 76:15 77:19 | **children** 5:1,7 |
| **call** 4:21 5:10 | **care** 19:11 20:1 | **century** 8:9 | 41:2 57:15 |
| 5:20 22:3 | 20:2 24:7 75:9 | 14:7 72:6 | **china** 6:12,17 |
| 46:23 54:25 | 75:9,10,11 | **cereal** 13:9 | 12:19,22 14:1,3 |
| 64:2 86:10 | 80:21 81:5 | **certain** 20:16 | 14:5 55:6,8 |
| 92:4 | 82:10 83:1,7,8 | 22:21 | 88:1,5,14,19 |
| **called** 8:19 | 83:16,20 84:5,6 | **certainly** 19:19 | **chips** 14:3 15:1 |
| 27:12 33:17 | 84:15 85:1,4 | 38:18 78:18 | 15:2 |
| 35:9 36:10 | 86:25 | | |
| 37:7 45:13 | | | |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

ER0803

[choice - countries]

| | | | |
|---|---|---|---|
| **choice**  32:8 | **clock**  2:24 | **commercial** | **consistently** |
| 43:14 81:15 | 57:19,20 | 2:21 | 60:25 73:3 |
| 82:2 | **close**  21:22 | **common**  8:24 | 76:1 |
| **chose**  3:9 | 23:1,2 49:24 | 34:10 76:5 | **constantly**  76:7 |
| **cities**  35:18,18 | **closed**  50:9,11 | 89:17 | 76:24 79:15 |
| **city**  30:12,24 | **closing**  3:9 | **community** | **constitution**  3:5 |
| 31:1,7 46:6 | 87:18 89:4,7 | 30:16 | 31:25 38:11 |
| **civil**  8:10 | **clothes**  5:6 | **companies**  84:7 | 62:9 92:24 |
| **civilians**  56:23 | **clothing**  12:12 | **company**  84:11 | **consumer** |
| 58:11 | **coin**  3:9 | **compare**  79:1 | 12:11 |
| **claimed**  50:21 | **color**  77:5 | **competition** | **contempt**  31:25 |
| **claims**  30:14 | **colorado**  7:15 | 14:7 | **context**  38:5 |
| **clarification** | **combat**  72:5 | **complete**  37:19 | **continue**  33:13 |
| 52:8 | **come**  21:22 | **computing** | 57:19 62:13 |
| **clarifications** | 22:17 23:1,2 | 14:12 | **continuous** |
| 3:1 | 25:5 29:15 | **concepts**  82:16 | 83:15 |
| **clarify**  30:10 | 34:11,12,14 | 82:20 | **control**  33:21 |
| 64:24 65:8 | 43:22 49:15,16 | **concerned**  30:1 | 45:5 |
| 69:17 | 50:7,7 52:4 | **concert**  57:9 | **conversation** |
| **class**  4:15,17 | 53:13 77:16 | **conditions**  84:8 | 79:13,15 |
| 5:24 6:1 7:3,4 | 81:6 82:8,17,18 | **confiscate**  43:1 | **copied**  11:18 |
| 40:14 | 88:7 89:7 | 80:4 | **cornerstone** |
| **clean**  8:11 86:8 | 92:16 | **conflict**  62:15 | 44:11 |
| 86:9 87:3,7,14 | **comes**  4:11 | **confused**  54:18 | **corporations** |
| **clear**  13:22 | 27:16 | **congress**  20:8 | 5:18 |
| 31:22 32:8 | **coming**  7:7 | 21:17 23:6,7,9 | **cost**  4:6,24 82:9 |
| 36:6 40:2 | 12:8 15:21 | 26:21 27:13 | 84:21,22 90:1 |
| 48:17 54:2 | 27:4 35:13 | 58:23 | **costs**  12:10,13 |
| 60:20 83:11 | 36:1 44:17 | **congressme...** | **countries**  6:8,8 |
| **clearly**  54:2 | 45:21 51:24 | 31:20 | 6:22 12:20,23 |
| 78:17 | 69:20 92:3 | **consequential** | 34:14,16 45:20 |
| **client**  90:14 | **commander** | 2:10 | 61:12,18 62:21 |
| **climate**  86:6,10 | 65:21 70:8 | **conservative** | 66:18 71:1,1 |
| 86:12,16 | 73:1 | 18:10 26:22 | 88:18 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

ER0804

[country - davis]

| | | | |
|---|---|---|---|
| **country** 4:7 | 44:11 48:22 | 34:18 42:20 | 39:6,10 44:8 |
| 6:21 7:5,18,19 | 57:21 76:1 | 92:17 | 45:22,25 46:1,2 |
| 7:23 9:21 | **court** 17:24 | **crisis** 44:13 | 46:8,11 47:10 |
| 10:17 11:14,17 | 18:19 19:6 | **critical** 79:7 | 48:24 50:5,12 |
| 12:8 13:7,10 | 22:7 36:5 37:5 | **crooked** 88:23 | 50:15 51:3,7 |
| 15:10,14,16,20 | 38:6,18 54:14 | **crossings** 26:8 | 52:5,13 53:6,7 |
| 16:2,4 17:14 | **courts** 24:22 | 39:18 | 54:21 56:4,11 |
| 18:7,23 19:23 | **covered** 45:1 | **current** 17:6 | 56:14 62:7 |
| 21:5 24:2 26:4 | 49:9 59:16 | **cut** 5:2,17 9:14 | 64:19,24 65:4,7 |
| 27:7,17 29:9,9 | **covid** 14:17,18 | 13:1 | 65:14,18 67:17 |
| 29:14,16,25 | 14:22 | **cuts** 6:2 | 67:22 68:1 |
| 30:3,6,7 33:19 | **create** 9:15 | **czar** 45:11,12 | 69:3,13 70:15 |
| 34:6,12,20,25 | 11:15,16 82:25 | 45:13 | 70:19,21 71:9 |
| 35:3,7,13 37:8 | 87:10 89:21 | | 71:14 72:19,23 |
| 37:22 43:19 | 91:8 | **d** | 73:8 74:16,23 |
| 44:16 45:10 | **created** 7:22 | **d** 1:15 | 75:13,21 77:9 |
| 48:12 52:1,4 | 10:8 35:21 | **d.a.** 37:12 | 78:13 79:14,18 |
| 55:14 61:13 | 87:5 | 90:12 | 79:25 89:3 |
| 64:11 66:23 | **credible** 30:13 | **d.c.** 46:20 49:20 | 92:25,25 |
| 69:7,9 74:20,25 | **credit** 5:4 10:2 | 49:23 | **davis** 1:17 2:9,9 |
| 76:22 77:15,16 | 10:3,4 18:21 | **dangerous** 7:19 | 3:8,25 16:7 |
| 78:20 79:24 | **crib** 5:6 | 8:19 32:2 | 18:22 20:20 |
| 88:7,11,24 | **crime** 19:14 | **date** 94:17 | 21:13 22:15 |
| 89:12 90:23 | 34:16,16 35:4,5 | **daughter** 47:3 | 23:13 24:16 |
| 91:18,22 92:15 | 35:7,8,9,12,19 | **david** 1:17 2:1 | 25:24 38:23 |
| 92:17,18,20 | 41:3 45:22 | 2:1,19 3:12,22 | 39:12 41:17 |
| 94:13 | 61:13 | 4:3 6:3 7:25 | 44:1,5 56:16 |
| **counts** 36:12 | **crimes** 36:2,3 | 9:2 10:10 | 58:8 60:1 61:2 |
| **couple** 50:23 | **criminal** 19:10 | 11:24 13:16 | 61:6 62:2,5 |
| 53:13 | 26:19 27:9 | 14:23 16:5 | 77:11 79:21 |
| **couples** 23:25 | 36:6 37:14 | 26:1 28:15,20 | 80:5,11,17 |
| **courage** 18:19 | **criminality** | 30:10,19,25 | 82:13,23 85:6 |
| 18:20 63:11 | 7:20 | 31:6,10 32:9 | 85:10,21 86:3 |
| **course** 2:15 | **criminals** 15:21 | 33:13,25 35:11 | 87:19 88:25 |
| 16:19 28:3 | 15:22 34:9,9,11 | 35:22 36:23 | 90:25 92:21,24 |
| | | 37:24 38:21 | |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[day - difficult]**

**day** 2:11 16:19 36:11 43:4,18 44:17,24 46:15 47:17,20 55:12 60:11 72:2
**days** 24:23 44:9 53:14 66:8,15 68:21 69:2
**dead** 43:19,20 56:25 64:17
**deal** 14:1 57:2 57:17 61:22 65:16,22 72:11 73:19 75:10 86:24
**dealers** 34:12
**dealmaker** 72:10
**deals** 72:9
**debate** 1:14 2:3 2:13,16,20 3:16 4:2 8:2,15 49:19,21 50:23 54:13 55:21,22 62:9,12 69:19 70:18 71:16 89:6 92:23
**debunked** 49:7 49:10
**december** 56:19
**decide** 17:8
**decided** 81:20
**decision** 2:15 19:16 24:21

37:4 71:24
**decisions** 20:18 24:11 90:9
**decline** 53:5,6 92:1
**decriminalizi...** 39:17
**deduction** 5:13 79:3
**deeply** 19:18 41:3 54:19 86:25
**defend** 56:20 57:12 58:1 62:17,18 66:15
**defending** 11:6
**defense** 32:3 66:19,20
**deficit** 5:19 10:24 13:23
**defraud** 35:16
**defrauding** 35:16
**defund** 42:3,9 80:3
**defunding** 36:10
**defy** 66:10
**deliver** 3:9
**demeaned** 73:3
**democracy** 8:10 39:4,4,5 44:12 48:13,16 55:25 62:18 70:6

**democrat** 18:9 90:17
**democrats** 17:12 21:1 26:3 81:10,14 85:15
**denied** 20:1 24:1 86:20
**deny** 54:13 84:8,11
**department** 37:9 38:2,13
**dependent** 70:3
**deport** 34:1
**deportation** 33:16,18
**depression** 8:7
**describe** 10:16
**described** 10:24
**desecrate** 47:19
**desert** 43:22,25
**deserve** 28:12 54:20 58:7 90:4
**desires** 28:11
**desk** 21:14 22:18
**despite** 35:6
**destroy** 6:15
**destroyed** 13:11 16:2 35:2 49:4 65:17

**destroying** 7:19 30:6 34:24 43:19 77:16 78:5 79:24 92:18
**detailed** 8:18
**details** 14:8
**detect** 52:6
**determination** 58:6
**determine** 25:22
**detroit** 88:9
**development** 79:8
**diabetes** 84:13
**dick** 31:19
**dictator** 60:11 67:15
**dictators** 60:11 60:18
**died** 9:19 47:21 71:18
**difference** 9:12 82:1
**different** 22:5 29:4 32:13 42:8 49:2 59:13 61:12 65:23 82:7 88:18 89:11
**differently** 26:15
**difficult** 54:3

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[dignity - elected]**

| | | | |
|---|---|---|---|
| **dignity** 58:6 | 41:25 63:14 | 69:4 70:19,23 | **early** 28:7 |
| **diplomacy** | 87:3 88:15,20 | 71:10 72:8 | 83:21 |
| 72:21 | 88:22 | 73:12 74:17 | **east** 59:21 92:8 |
| **directly** 72:13 | **domestic** 33:18 | 75:8,15 76:8 | **eastern** 66:16 |
| **disaster** 7:2 | 40:10 87:4 | 77:13 78:18 | **eat** 67:16 |
| **discourse** 77:2 | **donald** 1:16 2:6 | 79:23 80:2,7 | **eaten** 31:4 |
| **discuss** 22:20 | 2:16 3:14,17,21 | 81:4 82:15 | **eating** 29:21,22 |
| 22:23 39:24 | 6:5 8:5,6,7,9,11 | 83:18 84:18 | 29:23,23 |
| **disdain** 38:15 | 9:4 10:13,20,23 | 85:8,12,22 87:9 | **economic** 10:14 |
| **disgrace** 45:7 | 11:4,8 12:17 | 87:18,21,22 | 10:25 36:3 |
| 54:12 60:23 | 14:2,16,25 | 89:2 91:2 | **economics** |
| **disparaged** | 16:25 19:4,19 | **donors** 53:17 | 15:12 |
| 73:3 83:24 | 20:11,22 21:15 | **door** 34:5,5 | **economies** 7:22 |
| **disparaging** | 22:19 23:24 | **double** 12:7 | 78:2 |
| 78:23 | 24:17 25:6,10 | **doubling** 43:15 | **economists** |
| **distant** 82:21 | 25:14,19 27:11 | **dr** 84:19 | 5:22 10:17 |
| **distract** 60:7 | 28:1,18,24 | **dream** 23:25 | 12:9 33:7 |
| **diverse** 40:8 | 30:17,21 31:3,8 | 79:10 | **economy** 4:6,12 |
| **divide** 60:7 | 32:11 33:23 | **dreams** 4:19 | 4:22 5:15 6:20 |
| 76:2,7 | 34:7 35:15 | 28:11 77:4,7 | 8:3 9:15,16,21 |
| **division** 77:8 | 36:25 38:16,25 | 89:20 | 10:16,21,22 |
| **divisive** 77:14 | 39:7 41:19 | **drill** 11:25 12:2 | 13:12,14,14 |
| **doctor** 19:10 | 42:12,18 44:2 | **dropped** 26:12 | 15:22 16:1 |
| **documents** | 44:25 46:1,9,16 | **drug** 34:12 | 33:5 78:5,6,11 |
| 37:16,17 | 48:17 49:1 | 84:17,19 | 87:4,14 89:22 |
| **dog** 30:22 31:4 | 50:6,13 51:2,5 | **drugs** 26:20 | **eggs** 13:9 |
| 65:1 | 51:8 52:11,15 | 27:10 | **eighth** 25:3,15 |
| **dogs** 29:21 | 53:21,25 54:10 | **duty** 72:5 | **eighty** 18:3 |
| **doing** 6:7 14:1 | 54:23 55:19 | **dying** 13:10 | **either** 58:16 |
| 15:20 17:1,6 | 56:5,12 58:12 | 53:6 64:4 | 63:14 75:19 |
| 18:18,20 49:16 | 59:10 60:8 | **dynamic** 2:18 | 86:20 |
| 59:18 73:16,18 | 61:8 62:3 63:2 | **e** | **elect** 47:16 |
| **doj** 37:10 | 64:25 65:5,11 | | 59:24 64:6 |
| **dollars** 6:12,16 | 65:15 66:4,24 | **e** 94:1 | **elected** 4:8 8:21 |
| 12:14,23 13:4,4 | 67:20,24 68:3,9 | **earlier** 33:15 | 15:9 20:12 |
| | | 67:23 | |

**[elected - faith]**

65:21
**election** 2:11
26:14 31:15
32:8 36:3
37:23 38:5
43:3,17,18 44:9
46:14 48:18,20
50:20 51:17,18
52:19 53:11,15
53:17 54:7,15
**elections** 51:22
51:23
**eliminate** 84:7
**embarrassed**
29:20 45:14
**embarrassing**
74:19
**emboldened**
62:20
**emergency**
20:1
**emissary** 68:25
**ended** 14:1,2
21:25 55:11,13
55:14 59:24
**endless** 72:3
**endorsed** 61:14
**endorsement**
31:16,19 87:12
**enemies** 38:14
70:4
**energy** 40:8
43:14,22 49:3,4
87:3,8,14 91:21

**enforcement**
36:9,11 47:20
**engages** 27:17
**english** 52:1
**ensuring** 70:11
70:12 90:3,5
**enter** 38:8
**entire** 9:25 60:5
92:12
**entirely** 2:17
**environment**
44:3 86:8
**epidemic** 8:8
**equal** 57:23
**equalize** 63:20
**equipment**
74:10
**especially**
21:19 76:7
**esper** 32:25
**essentially** 12:3
21:20 37:16
38:7
**estimated**
56:24
**europe** 55:16
61:25 63:8,12
67:11
**european** 67:2
71:5
**evening** 2:1
3:10,25
**event** 2:11
**eventually**
68:11,15

**everybody** 9:12
9:13 10:9
15:11 20:25
21:1 23:10
24:25 40:18
85:25
**everybody's**
42:6 80:4
**everyday** 5:21
**everyone's**
83:13
**evidence** 31:7
**exactly** 19:8
47:23 62:24
**excellent** 17:6
**except** 35:5
**exception** 19:12
**exceptions** 18:1
18:4
**exchanged**
60:16
**exclamation**
14:19
**excuse** 24:17
35:15 36:25
**execute** 17:9
**execution** 17:17
17:18 76:14,17
**exhausted**
36:21
**exhaustion**
28:8
**exist** 59:2
**existential**
86:10

**existing** 84:8
**expensive** 4:24
82:6,19
**experienced**
86:19
**explain** 82:2
**explode** 10:23
**expressed**
38:14
**extending** 5:2
**extent** 53:18
**extra** 49:9
**extreme** 31:14
38:4 86:19
**eyes** 67:10

**f**

**f** 65:13 94:1
**fabric** 34:25
35:2
**fact** 6:13 15:7
19:3 23:8
24:21 33:10
40:4 45:14
54:15,18 64:9
**factories** 87:9
**facts** 52:22,25
**failed** 56:8
80:22
**failing** 29:10
91:24
**fain** 87:13
**fair** 54:6
**fairness** 22:20
**faith** 19:18

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**ER0808**

[fake - frankly]

| | | | |
|---|---|---|---|
| **fake** 37:23 39:8 63:6 | **fictional** 28:4 | **fix** 91:7 | **formally** 31:17 |
| **fallen** 73:4 | **fifteen** 26:25 | **fixing** 27:15,21 | **former** 1:15 |
| **falsely** 50:21 | **fight** 67:8 86:12 | **flan** 80:3 | 8:20 25:20 |
| **familiar** 42:15 | **fighting** 73:17 90:6 | **flank** 66:16 | 27:19 31:19,21 31:24 32:1,3 |
| **families** 5:1,3,5 5:24 27:5 76:11 79:5 89:23 | **figure** 74:1 | **flattery** 60:21 70:14 | 36:9 38:7 47:11,22 48:6 |
| **family** 12:13 24:1 32:20 | **filed** 40:19 | **fleeting** 79:10 | 66:1 72:22 80:14 83:10 |
| **fan** 43:24 | **final** 3:9 | **floor** 84:3 | 86:16 |
| **fani** 37:10 | **finally** 6:9 | **florida** 16:14 | **forward** 4:1 |
| **far** 4:25 21:9 30:1,1 33:10,12 48:11 57:13 58:19 | **finance** 11:10 | **flow** 27:4 | 36:14 46:13 79:17 89:18 |
| **fast** 7:22 59:23 | **find** 31:8 | **focus** 41:2 50:16,18 90:22 | **fossil** 43:20 91:17 |
| **faster** 74:6 | **fine** 17:17 48:3 | **focused** 89:12 89:13 | **fought** 85:13 |
| **father** 41:21,22 | **fingers** 76:25 | **focusing** 14:8,9 14:10,12 | **found** 36:4 37:15 |
| **father's** 15:11 | **finish** 11:17 33:9 43:5 74:11 | **folks** 27:1,12 89:25 | **foundations** 48:15 |
| **favor** 21:10 67:14 70:4 | **finished** 65:13 | **follow** 3:1 48:24 | **four** 4:8,11,13 11:19,20 12:14 |
| **favors** 60:21 | **fire** 32:16,24 33:4,6 57:17 | **followed** 2:15 | 15:5 31:24 43:11 58:17 |
| **fbi** 35:12,16 | **fired** 32:13,15 32:16,21 33:1 54:1 | **food** 12:12 30:23 | 71:24 83:6 84:15 87:2 |
| **feared** 55:18 | **first** 2:13 6:5 14:25 18:6 28:13,24 40:16 40:24 41:19 56:7 66:1 70:17 71:15 72:6 76:18 79:6,12 81:1 83:5 84:16 90:20 | **force** 66:9 73:17 90:6 | **frack** 91:16 |
| **february** 94:17 | | **forced** 20:6 63:20 | **fracking** 39:14 40:1,3,3,7 42:2 |
| **federal** 18:17 23:9 36:10 | | **foregoing** 94:3 | 43:2,3 80:8 83:12 |
| **fella** 69:21 | | **foreign** 12:5 40:9,12 60:10 | **fraction** 41:23 41:24 |
| **felony** 36:12 | | **forever** 42:4 | **frankly** 36:21 |
| **felt** 81:18 | **five** 18:3 43:11 43:11 69:23 76:14,16 77:20 | **forget** 83:21 84:2 | |
| **fentanyl** 27:4,7 | | **form** 35:8 | |
| **fertilization** 24:20 25:1 | | | |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

[fraud - great]

| | | | |
|---|---|---|---|
| **fraud** 35:19,21 52:14 | **generals** 32:21 | 81:20 86:23 | 11:16 12:8 |
| **fraudulent** 35:6 51:19 | **generation** 78:19 | 88:13 91:10,11 | 30:24 32:25 |
| **free** 22:12 54:6 66:23 | **generous** 6:25 | **goes** 20:23 69:8 | 33:8 44:3 |
| **freedom** 20:17 24:15 | **genius** 17:23 | **going** 6:8 7:10 | 51:21 59:3 |
| **freedoms** 20:17 90:8 | **gentleman** 78:9 | 7:16,25 8:14,16 | 63:23 64:14 |
| **friend** 40:25 76:23 | **georgia** 52:23 | 8:18 9:9,14 | 74:4,4 78:6 |
| **friends** 70:4 | **germany** 55:16 61:24 91:19 | 11:13,14 12:18 | 81:6,17,19,22 |
| **friendship** 67:15 | **getting** 23:1,3 26:6 43:8 63:6 | 12:18,19 13:3 15:6,7 16:17 | 81:22 82:3,12 93:3 |
| **front** 52:10 | 63:9 64:18 | 18:6 19:2 | **goods** 5:21 |
| **fuel** 43:20 91:17 | 72:15 74:5 | 21:21,24 23:6 | **gotten** 20:25 51:15 61:16 |
| **full** 76:13,16 | **give** 5:12 6:3 9:2 10:2,3 | 26:1 27:22,24 27:25 29:12,12 | 71:11 |
| **fullest** 53:18 | 18:20 23:14 | 29:18 34:5,15 | **government** 18:18 19:19 |
| **fully** 47:4 | 32:9 35:14 | 34:23 38:19 | 20:19 23:9 |
| **fun** 3:18 | 46:25 54:21 | 39:23 40:21 | 39:15 72:13 |
| **fundamental** 90:8 | 56:2 57:25 | 43:6,9 45:18 | 83:1 85:25 |
| **further** 62:21 | 66:6 67:13 | 46:3,4,7,19,22 | 90:10 |
| **future** 10:19 48:22 82:22 89:13 | 68:1 79:2 | 48:9 54:7 55:9 55:15 56:13 | **governor** 17:4 17:5,6,7 25:20 |
| | **given** 5:4 34:19 41:20,23 88:4 | 58:19 59:7,21 | 25:21,21 |
| **g** | **giving** 14:21 89:25 | 61:24 62:12 63:15 69:20 | **gowns** 9:25 |
| **gas** 12:12 87:4 | **go** 11:15 13:8 | 71:8 73:23,25 | **graciously** 32:14 |
| **gasoline** 43:16 | 20:3 21:17 | 77:3,17 78:3,3 | **grandmother** 77:6 |
| **gaza** 58:4,11 | 23:7 24:6 29:1 | 80:17,23 81:8,8 | **grandparent** 84:13 |
| **general** 31:24 37:11 70:24 90:13 | 29:2,3,13 30:2 37:14 43:10,16 | 81:17 82:5,9 84:18 85:15 | **great** 8:7 9:15 10:4 11:12 |
| | 43:18,20,21 | 87:10,24 88:3,5 | 13:14 16:13 |
| | 44:22 48:8,9,21 | 89:15 91:3,4,4 | 18:18,20 30:4,5 |
| | 48:22 49:9,20 | 91:16,16,17,18 | 41:22 81:17 |
| | 49:21,23 58:25 | 92:7,7,8,9 | 82:6 83:23 |
| | 60:14 61:21 | **goldman** 10:19 | |
| | | **good** 2:1 3:16 3:25 9:11 | |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

[great - history]

| | | | |
|---|---|---|---|
| 84:2 | **handed** 9:21 | 25:17 26:5,17 | **heard** 13:17 |
| **greatest** 7:22 | 40:18 | 28:15 31:10,13 | 31:12 53:8 |
| 9:16 34:21 | **handled** 32:23 | 35:14,24,25 | 67:18 89:11 |
| 67:5 78:2 | **hannibal** 28:4 | 36:23 38:1,3,21 | **hearing** 82:21 |
| **grew** 40:14 | **hannity** 49:8 | 38:23 39:12,22 | **heart** 17:23 |
| **grievances** 8:17 | **happen** 16:1 | 42:10,16 47:12 | **heh** 60:3 |
| **groceries** 36:20 | 87:22 | 47:14 53:8,25 | **held** 19:18 |
| **grossly** 61:19 | **happened** | 56:19 57:5 | 56:18 |
| **grounded** 41:4 | 18:12,12 27:11 | 60:1,3 61:2,3,6 | **hell** 60:13 |
| **group** 9:9 45:7 | 29:10 37:7,17 | 65:19,25 67:17 | 64:11 |
| **grow** 83:8 | 37:21 43:16 | 68:7 69:16,18 | **help** 14:3 27:1 |
| **growing** 87:16 | 47:4,6 59:9,22 | 71:22 73:8 | 79:6,11 |
| **guard** 33:20 | 61:17 64:9 | 75:1,21,23 77:9 | **helped** 5:9 |
| 47:1 | 66:7 75:3 | 78:15 79:18 | **hero** 84:1 |
| **guardrails** | 87:18 92:5 | 80:13,18 82:23 | **hezbollah** |
| 38:17 | **happening** 7:11 | 83:4 85:7 86:9 | 59:12 |
| **guess** 9:11 | 7:12 23:22,24 | 86:13,15 87:19 | **high** 26:8 40:25 |
| **guilty** 37:16 | 24:2 29:16,25 | 89:8,10 90:25 | **higher** 7:1 9:22 |
| 77:21,21,23,24 | 35:9 59:20 | **hat** 15:8 | 12:12,15,18,19 |
| **gun** 80:4 83:14 | 63:18 | **hate** 16:4 48:2 | 15:18 34:3,8 |
| **guns** 26:20 | **happens** 19:16 | 60:2 77:8 | 43:12 |
| 27:10 43:2 | **happier** 68:10 | **hates** 56:3 | **highest** 7:20 |
| 83:13,14 | **hard** 40:15 | 58:21 59:1,5,6 | 13:6,23 61:5 |
| **guy** 32:25 | 79:4 85:24 | **he'll** 68:16 | **hill** 71:17 |
| **guys** 43:10 | 89:25 | **head** 39:2 71:2 | **hispanics** 7:9 |
| | **harder** 39:18 | 73:21,21 | **historic** 62:8,11 |
| **h** | **harmed** 30:14 | **heading** 55:16 | 87:5 89:5 |
| **half** 13:2 29:11 | **harris** 1:15 2:5 | **health** 8:8 | **history** 6:24 |
| 50:19 62:14 | 2:13 3:10,14,15 | 19:11 20:2 | 7:23 13:6,24 |
| **hall** 3:5 | 3:16,19 4:7,14 | 24:7 81:5 | 16:11 29:8 |
| **hamas** 56:17 | 8:3,4 10:10,12 | 82:10 83:1,6 | 33:10,12,19 |
| 57:7 58:9 | 12:11 13:16,21 | 85:1 | 34:21 40:11 |
| 59:12 | 16:21 19:1 | **hear** 8:16,18 | 69:7,9 74:20 |
| **hand** 5:15 19:4 | 20:21 23:13,17 | 19:2 28:9,10 | 77:14 78:2 |
| 27:19 | 24:16 25:5,8,12 | 32:12 69:20 | 83:17 92:19 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

ER0811

[hit - innocent]

| | | | |
|---|---|---|---|
| **hit** 9:17 | **houthis** 59:20 | 33:14 50:15 | **incompetent** |
| **hoax** 86:17 | **human** 26:20 | **immoral** 19:17 | 61:19,20 74:22 |
| **home** 16:14 | 27:10 65:16 | **immune** 38:8 | **incompetently** |
| 40:16,17,22 | **humanitarian** | **impeached** | 32:22 |
| 44:22 79:12 | 56:21 | 47:23 | **incorrect** 6:6 |
| 86:20,23 | **hundred** 26:25 | **implementing** | **increase** 11:1 |
| **homes** 4:23 | 57:8 | 8:20 | 40:10,22,23 |
| 40:23,23 | **hundreds** | **importance** | **increased** 87:4 |
| **honestly** 75:24 | 12:22 13:4 | 8:23 40:17 | **incredible** 29:7 |
| **honor** 3:23 | 63:13 | 41:4 61:4 | 61:16 71:12 |
| 72:20 | **hungary** 55:2 | 66:12 67:5 | **independence** |
| **honoring** 71:17 | **hurt** 77:22 | 72:20 | 67:9 |
| **hope** 59:4 | **husband** 20:4 | **important** 18:4 | **independent** |
| 61:14 | **hyde** 94:2 | 26:3 36:8,13,14 | 66:23 |
| **hopes** 8:14 | **i** | 41:9 43:5 | **indicted** 47:23 |
| 89:20 | **idea** 22:8 64:15 | 58:23 66:1,11 | **indiscernible** |
| **horrible** 17:13 | 64:16 78:5 | 85:11 86:5 | 68:8 |
| 59:14 69:10 | 92:7 | **imports** 12:6 | **individual** |
| 78:11 88:12 | **ideas** 5:25 9:10 | **imposed** 26:10 | 18:16 76:12,17 |
| **horribly** 42:6 | 79:4 | **imposing** 12:7 | **individuals** |
| 57:10 | **identity** 75:6 | **impossible** | 30:15 |
| **hostages** 56:17 | **illegal** 26:8 | 21:18 | **ineffective** 62:1 |
| 56:25 57:18 | 42:24 51:24 | **improve** 14:4 | **inflation** 6:19 |
| 58:10 | **imagine** 4:20 | 85:18 | 6:20,22 11:1 |
| **hour** 67:19 | 52:18 72:9 | **incest** 18:1 | 13:5,5,6 33:6 |
| 70:17 71:15 | **immediately** | 19:13 20:6 | 40:5 78:10,11 |
| **hours** 44:21 | 13:1 43:10 | **incited** 47:18 | **ingraham** 49:7 |
| 62:22 66:5 | 57:16 86:2 | **include** 35:17 | **inherited** 81:9 |
| 83:22 | **immigrant** | 35:18 53:19 | **initially** 16:16 |
| **house** 21:21 | 30:15 | **included** 83:2 | **injured** 30:14 |
| 38:9,17 73:25 | **immigrants** | **includes** 87:14 | 47:21 |
| 91:11 | 34:2 51:24 | 87:16 89:18 | **innocent** 56:23 |
| **housing** 4:24 | **immigration** | **including** 26:22 | 57:14 58:11 |
| 4:24 36:17 | 8:1 15:24,25 | 31:18 61:4 | 76:15 |
| | 26:2 27:22 | 77:18 90:5,8 | |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

[innovation - kid]

| | | | |
|---|---|---|---|
| **innovation** 79:4 | **invasion** 69:12 | **issues** 11:4 32:6 | **judge** 52:11 |
| **insane** 7:6 16:3 | **invest** 40:8 77:3 | 44:6 62:6 | **judges** 52:10 |
| **inside** 31:21 | **invested** 87:3,7 | **it'll** 12:12 | **july** 2:14 |
| **institutions** 7:6 | **investigated** | **ivf** 24:1,19,20 | **june** 2:16 26:9 |
| **insulin** 84:21 | 76:10 | 24:22 25:1 | **justice** 37:8 |
| **insulting** 23:22 | **investigation** | | 38:2,13 |
| **insurance** | 39:8 | **j** | **justices** 17:24 |
| 82:25 83:3 | **investing** 14:10 | **j** 50:14 | 18:21 |
| 84:7,11 85:18 | 87:14 89:22 | **j.d.** 22:16,20,20 | **k** |
| 85:19,23 86:1 | 90:23 | 38:19 | **kamala** 1:15 |
| 86:21 | **invests** 77:8 | **jacked** 86:21 | 2:5,13 3:13,15 |
| **integrity** 66:13 | **invite** 11:2,4 | **jail** 20:3 42:22 | 3:15,19 4:14 |
| **intelligence** | 27:25 72:21 | **jails** 7:6 | 8:4 10:12 |
| 66:14 | **invited** 13:25 | **january** 44:13 | 13:21 19:1 |
| **intend** 5:2 8:12 | 72:18,23 | 47:15 48:8 | 23:17 25:5,8,12 |
| 41:16 89:21 | **involved** 37:10 | **javelins** 66:21 | 25:17 26:17 |
| 90:21 | 72:15 73:15,20 | **jesse** 49:8 | 31:13 35:25 |
| **intended** 19:8 | **iran** 58:2,2 | **jewish** 59:8 | 38:3 39:22 |
| **intends** 8:20 | 59:9,10,11 | **job** 9:20 10:4 | 42:10,16 47:14 |
| **intention** 19:6 | **isolated** 47:24 | 17:6 27:3 | 53:25 57:5 |
| **interest** 62:19 | **israel** 56:17,19 | 32:15,24 33:4 | 60:3 61:3 |
| 65:12 | 56:22 57:11,23 | 45:17 47:9 | 65:25 68:7 |
| **interested** 11:6 | 57:25 58:3,20 | **jobs** 7:8 10:5,6 | 69:18 71:22 |
| **interesting** 28:2 | 58:21 59:1,2,5 | 10:6 11:16 | 75:23 78:15 |
| **interests** 65:9 | 59:8,8 60:2,5 | 24:3 35:20 | 80:13 83:4 |
| **interference** | **israeli** 57:23 | 47:7 71:12 | 85:7 86:15 |
| 36:3 | 60:6 | 87:6,10,11,23 | 89:10 |
| **international** | **israelis** 57:8 | 91:8 | **kansas** 18:13 |
| 56:21 66:11 | **issue** 4:4,5 16:8 | **joe** 37:15 66:2 | **keep** 13:19 |
| 69:25 | 16:22 18:7,10 | 71:25 78:17 | 80:23 |
| **intimate** 3:6 | 21:5,11 24:13 | **john** 31:18 | **kept** 85:15 |
| **intimidate** | 26:3 36:7 | 83:23 84:2 | **keystone** 61:21 |
| 53:22 | 50:16 85:11 | 85:13 | **kid** 4:15 40:14 |
| **invaded** 66:9 | 86:4,25 87:1 | **joining** 2:2 | 64:19 |
| | | **jong** 60:17 | |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

ER0813

**[kill - linsey]**

| | | | |
|---|---|---|---|
| **kill** 16:9 18:23 27:13 28:21 34:15 61:21 88:8 | 75:1,15,16 76:3 76:4 78:9 83:17 85:16 86:17,24 87:13 88:13 89:16 92:2 | **laura** 49:7 **laureates** 10:24 **law** 20:11 36:8 36:9,10 47:20 48:14 53:19 56:21 | **legal** 18:8,23 21:2 94:12 **legislature** 24:23 **legislatures** 51:13 |
| **killed** 32:18,19 42:20 45:4 57:14 58:18 63:4 74:2 77:22 | **knowing** 5:13 8:24 40:18 77:5 | **lawyers** 53:20 **lead** 64:18 **leader** 24:19,20 24:24 25:1 | **lethal** 90:6 **letters** 60:17 **level** 7:20 12:10 73:1 |
| **killing** 45:10 50:14 58:11 73:14,17 | **known** 6:21 60:8,10,12,14 60:16,18 67:6 67:15 75:4 80:21 | 27:17 41:13,13 69:25 70:1 76:24 92:6 **leaders** 54:9,11 | **levels** 35:10 87:5 **liable** 36:4 **liberal** 18:9,13 18:14,14 42:25 |
| **kim** 60:17 **kind** 32:5,13 69:5 76:6 79:13 90:18 | **knows** 6:7 9:5 9:13,13 15:11 24:25 45:17 60:6 | 54:24 60:22 61:17 72:22 92:3 **leadership** 78:19 | **lie** 20:23 21:9 24:18,18 42:17 **lies** 8:17 19:2 69:20 76:18 |
| **know** 4:23,25 6:12 8:13 9:5 10:9 11:4 12:9 12:24 14:20 15:23 17:2 21:23 24:25 26:2,7,11 27:5 27:11,13 31:14 31:21 32:19 34:2,15,17 35:12 38:18,19 39:19 44:11 46:21,22 51:9 52:1,9 53:1 56:2 57:15 58:15 59:15 63:21,22 64:21 64:22 65:2,6 68:11 73:19 | **korea** 55:9,10 **kyiv** 66:25 67:10 | **leading** 50:23 **leads** 54:16 **learned** 41:22 **leases** 40:6 **leave** 29:6 49:19 56:8 91:10 **leaving** 28:7 29:1 87:24 **lecter** 28:5 **ledanski** 94:2 **left** 6:17 8:6,6,8 8:9 42:25 64:10,10,11,13 69:11 74:7,8,9 | **life** 16:11 18:1 19:12 60:5 79:6 **lifting** 4:17 41:11,15 **light** 29:5 **likes** 68:18 **liking** 48:20 **line** 39:18 **linsey** 1:16 2:9 2:9 3:8,25 16:6 16:7 18:22 20:20 21:13 22:15 23:13 24:16 25:24 38:22,23 39:11 |
| | **l** | | |
| | **lacking** 14:20 **land** 76:9,9 **landslide** 50:22 **language** 77:6 **largest** 5:3 33:18 40:10 **late** 83:23 84:1 **latino** 76:15 **laugh** 92:2 **laughed** 92:1,4 **laughing** 42:6,7 54:9 | | |

**[linsey - meet]**

39:12 41:17
44:1,5,8 56:16
58:8 60:1 61:2
61:6 62:2,5
77:10,11 78:14
79:21 80:5,11
80:17 82:13,23
83:9 85:6,10,21
86:3 87:19
88:25 90:25
92:21,24
**listen** 32:5
**lists** 53:17
**little** 21:4 51:1
56:2
**live** 29:24
**lives** 63:3 65:17
86:18
**living** 4:6 50:19
90:1
**liz** 31:20
**loans** 21:25
22:1,12,25 23:2
23:3,4
**local** 33:23 34:1
**long** 5:4 41:7
53:19 80:20
**longer** 17:18
67:4
**look** 6:19 7:13
7:14 10:14
11:3,9,22 13:12
14:18 15:13,14
15:20 17:4
18:7 22:4,23

25:20 29:16
33:5,5,5 34:4
51:11,12 52:21
55:9,17 59:19
59:20 63:7,17
70:3 73:13
83:17
**looked** 52:12
**looking** 4:1
11:7 82:7
**lose** 53:11
54:15
**losing** 86:23
**lost** 22:10 29:10
50:20,24 51:4
51:10 52:7,21
53:10 54:15
68:4 74:6
87:10,23
**lot** 10:3 11:16
15:18 20:4
23:4 27:23
29:19 39:10
41:22 44:6
49:21 51:23
56:15 62:4,6
73:14 77:18
81:22 92:13
**lotta** 29:17
**lousy** 81:5
**love** 5:11 8:5
52:22 60:16
**lower** 11:21
**loyal** 88:19

**lunch** 67:16
**lying** 83:15

**m**

**madam** 18:24
**made** 9:24
20:19 35:7
37:14 39:25
40:2 61:23
64:1 71:7
78:11 83:11,11
85:12,24 87:15
**maga** 15:8
**maintain** 83:7
**majority** 24:10
76:4
**make** 10:20
11:14 15:2
19:9,12,15
20:17 24:11
30:4,5 31:22
46:17 50:25
52:7 58:23
75:10 81:15,16
82:2,3 90:9
91:18
**makes** 9:11
**making** 14:6
57:2
**man** 55:1,21
**manager** 30:12
30:24 31:2,7
**mandatory**
39:15
**manipulate**
60:20

**manufacturing**
87:6,10,11,17
87:23 88:11
**march** 44:14
**market** 9:22
**marxist** 15:10
15:11,12
**masks** 9:25
**massive** 88:2
**mate** 22:16
**matter** 21:11
23:6 53:2
**matters** 56:20
57:13
**mayor** 46:20,21
47:6 77:19
88:21
**mccain** 31:18
83:24 84:2
85:13
**mean** 12:12
38:16 67:1
75:24
**means** 14:8
19:14 86:22
**meant** 61:15
**measure** 41:13
57:23
**medical** 85:19
**medicare** 41:6
84:16,19
**medication**
12:13 84:23
**meet** 58:22
69:22 77:1

Page 17

**[meeting - muir]**

| | | | |
|---|---|---|---|
| **meeting** 2:10 | 41:20 51:14 | **mistakes** 34:21 | **moscow's** 88:21 |
| **member** 72:4 | 54:1 55:24,25 | **mitt** 31:18 | **mother** 5:8,10 |
| **members** 19:5 | 56:6 72:2 | **mob** 47:18,25 | 18:2 40:15 |
| 26:22 38:15 | 88:20,22 | **moderated** | **mothers** 57:15 |
| 73:4 | **millions** 7:4 | 1:16 | **move** 36:14 |
| **men** 54:25 68:5 | 15:15,15 22:10 | **modernize** 14:4 | 46:13 62:21 |
| **mental** 7:6 | 22:10 29:15,15 | **moment** 44:13 | 70:21 74:16,24 |
| **mentioned** | 34:9 35:3 | 62:10 65:20 | 79:17,22 80:18 |
| 15:23 23:19 | 49:15 58:18 | 71:16 74:19 | 85:10 |
| **mentions** 58:20 | 63:4,5 64:17 | 89:6 | **muir** 2:1,2,19 |
| **mess** 8:11 | 88:14 92:16 | **moments** 2:6 | 3:12,22 4:3 6:3 |
| **message** 44:21 | **mind** 22:21 | **money** 6:14 | 7:25 9:2 10:10 |
| **met** 3:7 66:8,13 | 42:14 | 11:16 42:21 | 11:24 13:16 |
| 69:16,23 | **mine** 10:21 | 59:12,15,17,19 | 14:23 16:5 |
| **mexico** 87:25 | **mineola** 94:15 | 62:4 82:10 | 26:1 28:15,20 |
| **microphones** | **minister** 55:2 | 85:17,24 88:16 | 30:10,19,25 |
| 3:2 | 57:1 | 88:17 | 31:6,10 32:9 |
| **middle** 4:15,17 | **minneapolis** | **monitor** 20:14 | 33:13,25 35:11 |
| 5:24 6:1 7:3 | 42:21 46:4 | **monitoring** | 35:22 36:23 |
| 11:1 40:14 | **minnesota** | 20:15 | 37:24 38:21 |
| 59:21 92:8 | 42:12,19 | **month** 5:22 | 39:6,10 44:8 |
| **migrant** 35:9 | **minute** 2:25 9:3 | 16:12 17:3,16 | 45:25 46:8,11 |
| **migration** 26:7 | 32:10 42:13 | 25:3,3,4,15,15 | 47:10 48:24 |
| **mike** 74:3 | 54:21 68:2 | 25:16 61:11 | 50:5,12,15 51:3 |
| **military** 10:3 | 86:13 | 80:25 84:21 | 51:7 52:5,13 |
| 14:4 33:22 | **minutes** 2:20 | 87:24 | 53:7 54:21 |
| 38:15 54:10 | 2:23,25 6:4 | **monthly** 15:16 | 56:4,11,14 62:7 |
| 60:22 61:5 | **miscarriage** | **months** 2:12 | 64:24 65:4,7,14 |
| 67:6 72:4 73:4 | 19:25 | 26:14 37:19 | 65:18 67:17,22 |
| 74:10 90:5 | **miscarriages** | 55:22 56:23 | 68:1 69:3,13 |
| 92:12 | 20:15 | 74:2 86:1 | 70:15,21 71:9 |
| **militia** 48:5 | **misconduct** | **morning** 83:22 | 71:14 73:8 |
| **million** 9:18 | 38:8 | **moscow** 68:4,6 | 74:16,23 75:13 |
| 15:17 34:2 | **mistake** 85:13 | 68:10 | 75:21 77:9 |
| 40:19,23,23 | | | 78:13 79:18,25 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[muir - oil]**

89:3 92:25,25
**muire**  1:17
**multiple**  80:16

**n**

**n**  94:1
**name**  8:17
  41:12 79:16
**nancy**  46:19
  47:2,6,8
**nation**  29:10
  32:3 53:5,6
  59:18 61:11
  91:25,25 92:6
**nation's**  6:24
  47:19,19
**national**  3:5
  12:4 20:12,14
  21:14 32:1
  33:20 36:2
  47:1 60:9,25
  61:10 62:9
  72:10 92:23
**nations**  71:5
**nato**  63:12 67:3
  67:7 71:3,4,6
**nato's**  66:16
**ne**  28:11,12
**nearly**  12:14
  56:25
**need**  5:1 14:12
  16:18 27:17
  36:17 43:22
  49:25 51:19,19
  51:20 55:5
  57:17,18 80:15

80:15 83:7,9
  86:2 90:19
**needs**  24:7
  28:11 36:16
**negative**  24:21
**negotiate**  58:9
  65:15 68:20,25
  69:11,15 84:17
  84:19
**negotiated**  72:8
  72:13 74:3
**negotiating**
  64:13
**negotiation**
  64:14 72:15
**negotiations**
  73:10
**negotiator**
  69:10
**neighbor**  76:23
**netanyahu**  57:1
  58:9,22
**never**  3:7 6:13
  13:7 21:18
  22:24 23:5
  32:4,15 33:4
  35:1 37:7,21
  43:2 45:6 47:5
  51:18 58:13,14
  58:15 59:9,22
  64:9 68:24
  71:2,3,11 77:15
  81:17 82:5
  83:21 84:2,20
  90:16

**new**  2:18 15:19
  26:10 35:8
  37:11,12 40:6
  74:10 76:13
  78:19 87:6
  89:18,23
**news**  1:17 2:3
  30:12 53:3
  62:8,11 89:5
  92:22 93:2
**newspaper**
  49:11
**nice**  3:17
**night**  84:3 89:5
  93:3
**nine**  56:23 81:1
**ninth**  17:3,16
  25:3,16
**nobel**  10:24
**nobody's**  9:23
**nord**  55:11
  61:23
**normal**  91:21
**norms**  66:11
  70:1
**north**  55:8,10
**notes**  3:3
**notice**  28:6
**notion**  38:1
**november**  36:5
**nuclear**  68:13
  68:14 92:11
**number**  4:5 9:4
  13:19 21:17
  34:3 35:20

75:2 85:13
  86:5
**numbers**  26:11
  63:6,7
**nurse**  19:10
**ny**  94:15

**o**

**o**  94:1
**obamacare**
  80:22,23 81:4,9
  81:14 82:10
  85:14,17
**obligation**
  81:18
**occupied**  7:8
**occurrences**
  86:20
**oct**  57:6
**offer**  78:19
**offering**  10:15
  79:11
**office**  44:19
  50:7 56:1
**officer**  45:6
**officers**  28:23
  44:17 47:21
**officials**  53:17
**oh**  11:20 37:13
  37:18 51:9
  64:13
**ohio**  7:14 18:13
  30:11
**oil**  40:9,10,12
  43:6,19 78:6

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127
**ER0817**

## [okay - people]

okay 17:19,19
  42:6 54:23
  56:9 63:24
  75:12,19,19
  90:18
old 8:16 20:5
  36:15,22 53:3
  94:13
one's 20:18
ones 37:14 61:9
  81:24,24,25
open 9:13
opened 40:6
opening 87:8
  87:17
openly 38:10
  38:14
operation
  33:18 86:2
operations
  42:24
opinion 43:5
  69:6 74:19
opponent 4:9
  5:15,19 37:2
  75:7
opportunity
  4:22 10:16
  89:22
opposed 79:15
optimism 78:21
option 83:3
options 82:20
  83:7

orban 54:24
  55:17
order 58:10
organization
  57:7 72:14
organizations
  26:19 27:9
origins 14:21
outcome 48:17
  48:20
oval 44:19
overall 35:12
overtime 27:2
own 20:18
  24:11 36:5
  59:6 90:9
owned 76:9,10
  88:1
owner 5:11
owners 83:14
ownership
  40:18

### p

page 36:15
  48:10,21 76:13
  76:16 79:17
paid 62:3 63:12
  88:14
palestinians
  56:24 57:14,24
  58:5
pandemic 9:17
  9:18,20,23 10:5
parents 32:20

park 76:15
  77:20
parking 20:4
part 5:14 22:9
  87:13
particular
  20:17 39:25
  58:1 86:6
party 58:25
  59:1
passed 12:10
passes 20:8
passion 5:7
past 26:9 48:23
  50:22 54:5
  85:8 89:14
pathetic 55:21
patriotically
  45:2,3
patrol 50:10
pay 6:9 22:11
  63:14 71:1,6,7
  88:22
paying 6:1
  12:22 29:3
  71:4 72:2,2
  85:23
payment 79:11
  79:12
peace 68:20
peaceful 44:10
peacefully 45:1
  45:3
pelosi 46:20
  47:2,6,8,11

pennsylvania
  40:1 43:3,4
  52:24 67:13
  80:8
people 4:18,20
  4:25 6:1,23 7:3
  7:5,17 8:14,22
  9:9,19 10:2,15
  11:15 13:8,10
  15:15,17,17,21
  18:11,15,17
  19:24 20:16
  22:11 23:3,4,11
  24:2,9,14,22
  27:16 28:7,25
  29:1,2,5,8,15
  29:22,24 30:18
  30:21 31:4,5,23
  32:7,14,18,21
  33:7 34:11
  35:3 36:16,21
  38:20 41:11,12
  41:15,15 42:1
  42:20 45:8,9,10
  45:18,19 46:2,3
  46:7 48:1,3
  49:8,15 50:14
  50:14 51:17
  52:2 53:16
  54:1,19 57:9,23
  58:18,19 59:8
  60:6 61:12
  63:4,17 64:17
  68:12 70:9
  73:19 74:18

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127
ER0818

[people - pray]

| | | | |
|---|---|---|---|
| 76:3,20 77:1,4 | philosophies | plans 10:18 | policy 14:5 |
| 77:18 78:23 | 15:2 | 79:1,2 82:8 | 15:4 16:2,3 |
| 79:9,14 81:21 | philosophy | plant 43:23 | 39:20 60:10 |
| 81:21,22,23 | 15:7,8 | plants 87:17,25 | 78:7 79:19,20 |
| 82:6,9 83:18 | phone 27:12 | 88:2 91:21 | 79:25 |
| 84:8,9,18,25 | 64:1 | platter 40:19 | polish 67:12 |
| 85:18,22 86:25 | phrase 30:5 | playbook 8:16 | political 37:2 |
| 88:4,13 89:16 | pick 17:13,14 | 36:22 | 38:13 |
| 89:21 90:15,24 | 17:15 | played 44:16 | politically |
| 91:15 92:14,16 | picture 73:25 | 71:21 | 81:19 |
| people's 77:5 | 75:4 | playing 64:19 | politics 29:8 |
| percent 5:21 | pieces 52:6 | please 42:14 | 74:24 |
| 6:24 7:1 12:8 | pipeline 55:12 | 68:1,9 77:2 | poll 13:12 |
| 13:13 18:3 | 55:13,14,15,17 | 80:1 | polls 13:13 |
| percentage | 61:21,23 | pled 77:20,21 | pompeo 74:3 |
| 46:6 | place 13:20 | 77:23,24 | poor 33:4 |
| perfect 49:10 | 20:8 38:6 | pledge 8:25 | population |
| period 13:8 | 48:11 59:7 | 20:7 28:14 | 59:6 82:9 |
| 73:13 | 72:19,20 88:10 | podium 3:11 | pose 58:3 |
| person 4:16 | places 6:17 | poignant 71:16 | position 16:23 |
| 26:18 32:13,16 | plan 4:17,21 | point 14:19 | 40:7 62:16 |
| 36:7 52:19 | 5:12,16,19 8:19 | 28:16 39:24 | 83:11 |
| 55:1,19 77:22 | 10:13,14,20,23 | 48:17 52:8 | positions 39:20 |
| 77:22,24 | 10:25 11:5,12 | 64:14 73:2 | possible 10:1 |
| personal 70:14 | 11:12,12,13,18 | 76:25 83:10 | 21:7 35:10 |
| personally 27:6 | 11:19,21,22,23 | 87:8 | 78:21 |
| perspective | 12:3,7 17:1 | pointed 12:5 | post 53:14 |
| 41:11 | 36:18 78:25 | poland 66:16 | pour 45:11 |
| pets 29:23 | 79:2,5,8 80:2,3 | 67:11 | pouring 7:5 |
| 30:14 | 80:7,9 81:2,13 | police 33:24 | 15:15,19 45:9 |
| phenomenal | 82:8,14,16 83:2 | 34:1 42:4,9 | power 44:10 |
| 9:20 50:10 | 83:3 84:5 85:3 | 45:5 80:3 | 92:11 |
| philadelphia | 89:19 | policies 5:25 | practically 52:2 |
| 62:10 89:6 | plane 24:5 | 15:3 42:8 78:6 | pray 23:25 |
| 92:23 | | | |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

[pre - probably]

| | | | |
|---|---|---|---|
| **pre**  84:8 | 25:10,12,14,17 | 61:3,6,8 62:2,3 | **presidential** |
| **predictions** | 25:19,24 26:5,5 | 62:15 63:2,24 | 1:14 2:3 17:13 |
| 59:4 | 26:10,16,17 | 64:5,6,20,22,23 | 17:15 54:13 |
| **predominates** | 27:19 28:13,15 | 64:25 65:2,3,4 | 62:8,12 89:5 |
| 17:11 | 28:16,18,24 | 65:5,11,15,19 | 92:22 |
| **prefer**  27:14,20 | 30:7,17,21 31:3 | 65:24,25 66:2 | **presidents** |
| **pregnancies** | 31:8,10,13,17 | 66:13,24 67:4 | 71:25 |
| 20:15 | 31:19,22 32:9 | 67:17,20,24 | **pretty**  56:13 |
| **pregnancy** | 32:11 33:11,11 | 68:3,7,9 69:3,4 | 59:3 |
| 19:25 20:6 | 33:16,17,23 | 69:7,8,13,16,18 | **prevent**  58:10 |
| 23:21 | 34:7 35:11,14 | 69:22 70:7,9,19 | **previous**  17:5 |
| **pregnant**  19:24 | 35:15,22,23,25 | 70:23 71:9,10 | 83:10 |
| **prescription** | 36:10,23,25 | 71:19,22,23 | **prewritten**  3:3 |
| 84:23 | 37:24 38:1,3,7 | 72:8,18,23,23 | **price**  36:20 |
| **preserve**  67:7 | 38:21,23,24,25 | 72:25 73:8,9,12 | **prices**  12:12,15 |
| **presidency** | 39:6,7,12,13,22 | 74:17,23,25 | 12:18,19 43:9 |
| 14:2 77:14 | 40:4 41:10,16 | 75:1,8,15,21,23 | 43:14 84:17,19 |
| **president**  1:15 | 41:17,19 42:10 | 75:25 76:19 | **prime**  55:2 |
| 1:16 2:5,6,8,12 | 42:12,16,18 | 77:7,9,11,13 | 57:1 |
| 2:14,16 3:8,10 | 44:1,2,5,12,13 | 78:13,15 79:18 | **principles** |
| 3:13,14,15,17 | 44:25 46:1,9,11 | 79:21,22,23 | 70:13 |
| 3:19,21 4:7,8 | 46:16 47:11,12 | 80:2,5,7,11,12 | **prison**  19:11 |
| 4:14 6:3,5 8:2 | 47:14,16,17,22 | 80:13,14,18,20 | 42:25 53:19 |
| 8:4,20,22 9:1,2 | 48:2,5,6 49:1 | 81:4,16 82:15 | **prisons**  7:5 |
| 9:4 10:10,12 | 50:2,6,12,13,19 | 82:16,23 83:4,6 | **private**  40:22 |
| 11:8,24 12:1,11 | 51:2,5,8,15 | 83:10,19 84:14 | 82:25 83:2,6 |
| 12:17,22 13:16 | 52:11,15,20 | 84:22,24 85:7 | 85:18,18,25 |
| 13:18,21 14:17 | 53:7,8,8,11,14 | 85:12,21,22 | **privately**  85:23 |
| 14:19,23,25 | 53:25 54:4,8,22 | 86:3,7,9,12,15 | **privilege**  85:2 |
| 16:5,8,11,21,25 | 54:23 55:5,20 | 86:16 87:2,7,19 | **pro**  16:11 |
| 18:24,25 19:1 | 56:4,5,11,12,14 | 87:21 88:25 | **probably**  6:23 |
| 20:9,21,22 | 56:18 57:2,5 | 89:2,8,10 90:7 | 22:2 25:19 |
| 21:15 22:19 | 58:8,12,13,14 | 90:14,19,21,25 | 34:22 39:2 |
| 23:13,17 24:16 | 59:1,24,25 60:1 | 91:1,2 92:18,19 | 42:8 |
| 24:17 25:5,6,8 | 60:3,19,24 61:2 | 92:21 | |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**ER0820**

**[problem - reason]**

**problem** 25:11
27:14,15,20,21
33:21 53:2,4
**problems** 27:18
55:19 73:24
**proceedings**
94:4
**processing** 54:3
**production**
40:10 87:5
**products** 87:15
**professor** 15:12
**professors**
11:11,11
**programs**
39:15
**project** 8:19
9:7 20:13
**prologue** 85:8
**proof** 51:11
**property** 76:11
**proposal** 12:4
33:16 82:24
**proposed** 83:2
**prosecute** 27:9
**prosecuted**
26:18 36:2
45:19 46:3,4,7
53:18
**prosecutor**
90:12,15
**protect** 56:22
63:15 71:8
90:7

**protecting** 41:2
41:6,8 89:24
**protections**
19:7 20:9
23:18
**proud** 16:10
48:5 49:18
87:1,11
**proudly** 20:10
**provide** 5:17
19:10
**provided** 66:22
**providers** 20:2
**provides** 19:11
**proxies** 58:3
**public** 8:8
**pull** 71:24
**purposely** 9:8
**pursue** 79:3,9
**put** 20:8 25:22
26:25 27:8
28:22 34:19
46:21 53:5
55:12 75:17
88:6
**putin** 58:15
60:13 61:13
62:17,20 63:22
64:2,9 65:22
66:24 67:9
68:3 69:1,12,15
69:17 70:16
**putin's** 67:1
**puts** 28:13

**putting** 24:8
90:20

**q**

**quadrupling**
43:15
**quantum** 14:12
**queens** 41:22
**question** 25:7,9
25:13 26:12
46:10,13 47:10
61:20 62:25
65:8 75:5
86:11 91:24
**questions** 2:21
2:23
**quick** 32:10
37:25
**quickly** 67:13
**quiet** 68:9
**quite** 50:25
52:7
**quote** 50:24,25
80:24,25
**quoting** 38:11
55:8

**r**

**r** 1:16 94:1
**race** 2:7,14,17
14:11 36:13
74:24 76:2,8
**racial** 75:6
**radical** 17:11
17:12 42:25

**raise** 5:1,10
**raised** 4:15 5:8
27:24 40:14
42:21
**rallies** 28:1,3,7
28:25 29:1,6,7
29:7 30:1
**rally** 46:23
**ran** 56:7
**rape** 18:1 19:13
**raped** 57:10
**rates** 45:23
58:2 61:13
**reach** 30:12
**reached** 26:8
**reacted** 33:17
**read** 9:7,8,9
75:16,18 81:23
**ready** 91:21
**reagan** 18:2
**real** 81:24
86:18
**reality** 60:7
69:23
**really** 6:20
17:15 22:22
27:25 28:2
31:21 37:25
50:17 79:14
81:25
**reason** 17:1
20:24 22:10
29:2 30:2
47:23 64:1
66:3 74:4

[reasons - road]

| | | | |
|---|---|---|---|
| **reasons** 31:15 63:16 | **relationship** 63:23 | **requires** 14:9 | **result** 5:18,23 72:1 |
| **rebuild** 58:4 | **relationships** 14:9 | **resources** 27:8 | **resulted** 13:23 |
| **rebuilding** 10:2 | **relative** 10:18 | **respect** 36:8,9 63:23,24,25,25 | **reversed** 16:19 |
| **rebuilt** 92:12 | **released** 72:16 | 73:2,6 90:4 | **reviewed** 10:18 |
| **rebuttals** 2:25 | **reliance** 40:9 | **respected** 54:25 | **rhetoric** 32:6 36:15 |
| **receive** 72:22 | **rely** 5:21 40:12 | 55:18 56:22 | **rich** 36:1 59:18 |
| **recently** 12:6 37:5 38:6 74:25 80:10 | 70:9 | 72:22 | **richest** 10:15 |
| **recession** 11:2 | **remain** 56:25 | **respecting** 61:5 90:5 | **rid** 43:8,8 47:5 82:1 83:19 84:4 85:5 |
| **recognizes** 40:11 | **remember** 45:12 47:25 48:4 76:8,12 78:7 81:9 84:10,10 | **respond** 8:3 9:3 10:11 13:20 14:24 23:14 24:18 28:19,25 31:11 32:10 35:23 47:12 54:22 67:21,22 67:25 78:16,17 80:15,15 83:9 | **ridiculous** 49:23 |
| **record** 26:8 94:4 | | | **right** 3:11 7:8 19:15 23:16 24:11 27:2 44:15 49:19,25 50:1,5 53:3,4 54:17 56:19 57:11 62:7,10 65:14 66:25 67:12 68:11 70:9 82:5,16 85:2 89:3 90:9 90:19,24 91:10 |
| **red** 24:13 | **remembers** 48:7 | | |
| **reduce** 40:8 | **remind** 66:1 | | |
| **reduction** 40:6 | **reminds** 21:24 | | |
| **refuse** 88:13 | **rent** 76:11 | | |
| **refused** 58:24 76:11 | **repeal** 80:20 | **responded** 12:2 53:21 | |
| **regard** 16:15 61:5 86:7 | **repeatedly** 4:5 50:21 | **response** 13:17 18:25 28:17 37:25 41:18 73:9 | |
| **regardless** 77:5 | **replace** 80:21 81:8 | | |
| **regret** 44:23 46:14 | **reports** 30:13 | **responses** 3:1 | **righteous** 66:19 |
| **reinstating** 23:18 | **reproductive** 16:13 | **responsibility** 70:11 71:20 72:25 | **rightly** 23:19 58:6 90:4 |
| **rejected** 22:6 47:1,2 | **republic** 32:4 | **responsible** 14:20 47:4,7,8 | **rights** 14:15 16:14 90:8 |
| **related** 40:24 49:3 | **republican** 18:9 33:10 90:17 | **rest** 31:11 37:3 67:10 | **ripped** 71:5 |
| **relates** 40:13 58:2 83:16 | **republicans** 18:3 21:1 26:3 31:16 | **restrictions** 23:15 26:11 | **ripping** 12:20 |
| | | | **road** 94:13 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[roe - she'd]**

| roe | s |
|---|---|

**roe** 16:9 17:21
19:7 20:9
23:19 25:11
**role** 44:12
70:10 72:24
**romania** 66:16
**romney** 31:18
**ronald** 18:2
**roof** 35:6,8
43:9
**room** 20:1
**root** 26:6
**rooting** 60:19
**rot** 81:18,20
82:4
**rule** 36:8 48:13
**ruled** 38:7
**rules** 2:20
66:11 69:25
**run** 11:19,20
27:14,20 38:24
39:13 82:12,12
83:1
**running** 22:16
55:23 56:9
66:2,3 80:19
81:2
**russia** 39:8,8,8
55:11 58:14
59:24 60:15
62:17 66:9
74:21 92:9
**russia's** 61:22
**russians** 55:15

**s**

**sachs** 10:19
**sacrifice** 91:22
**sake** 67:14
91:23
**sales** 5:20,23
6:6 12:4
**sanctions** 59:11
**sanders** 82:24
**sarcasm** 52:6
**sarcastically**
51:9,11
**save** 63:3 81:16
82:3
**saved** 40:15
82:4
**saw** 24:22 37:4
43:15 44:16
55:21 64:9,12
74:21
**saying** 22:13
47:3 50:22
53:21 56:21
71:6 73:10
91:3
**says** 16:21
17:16,17 21:8
23:6 31:7
35:12 39:16
53:18 60:2
66:4 78:9
**scams** 41:8
**scholar** 18:8
21:2

**school** 10:22
11:10 40:25
**sean** 49:7
**seat** 5:6
**seattle** 46:5,5,6
**second** 5:10
**secret** 56:2
**secretary** 32:3
70:23
**sector** 40:22
**security** 8:1
26:2,24 32:1
36:2 41:6 47:8
57:22 58:5
60:9 61:1,10
72:10
**see** 3:17 7:11
7:12 18:6 28:3
32:12 42:1
43:23 49:10,19
76:22,23 92:3
**seeing** 2:25
65:23
**seen** 6:23 9:23
13:7,24 30:18
32:23 70:25
71:2,3,12
**selected** 3:11
19:5
**self** 58:5
**sell** 70:13 88:3
**selling** 14:3
88:24
**senate** 21:20
26:23 83:23

84:3
**senator** 47:16
83:20 90:13
**send** 15:7 44:20
73:24
**sending** 61:12
**seniors** 41:8
84:23 89:24
**sense** 78:21
**sent** 44:21
51:13 68:20,25
69:11
**sentence** 49:9
**sentences** 11:19
11:20 53:20
**sentencing** 36:6
**separates** 8:25
76:5 89:17
**september** 1:13
**serious** 91:25
**service** 18:18
**set** 6:15
**setting** 3:6
**settled** 59:22
63:21 64:4,5
**seventh** 25:4,15
**sexual** 36:4
**sexually** 41:1
**shame** 30:1
**shared** 2:22
66:14
**shawn** 87:13
**she'd** 15:9
22:24

Page 25

## [she'll - statement]

**she'll**  21:17,18
**short**  14:14
  16:17 51:1
**shortage**  4:23
  36:18
**shot**  45:5,6
**show**  52:23,24
  52:24,25
**showed**  46:18
**showing**  29:4
**shows**  70:1
**side**  45:4 48:4
**sign**  20:10,12
  20:24 49:24
  50:7
**signature**  94:6
**significance**
  70:10 72:19
**significantly**
  26:12
**signing**  20:23
**signs**  50:8
**silver**  40:19
**simple**  30:4
  46:13 62:25
  91:23
**simply**  57:9
**single**  61:22
  78:7
**sister**  5:9
**sitting**  24:6
  33:11 51:15
  66:25 67:10
  68:4,6,10

**situation**  47:24
**situations**
  32:23
**six**  16:15,18,20
  17:24 18:21
  26:14 40:20
  86:1
**sixteen**  10:24
**slaughtered**
  57:7
**small**  5:7,11,11
  5:13 36:19
  78:24 89:22
**smart**  55:1
**snipers**  73:15
**social**  41:6
**soil**  43:25
**solar**  43:21,23
  43:24
**sold**  14:5
**soldiers**  47:1
  64:12 71:17
  73:4,14 74:7
**solid**  11:16
**solution**  57:21
  57:22 58:4
**solutions**  27:18
  94:12
**solve**  53:2
  62:22
**somebody**
  32:24
**somewhat**
  18:13,14

**son**  88:16
**sonya**  94:2
**soon**  7:10 69:11
**sorority**  58:24
  58:25
**sorry**  80:17
**sound**  11:9
  42:14
**sources**  40:8
**south**  45:20
  88:9
**southern**  49:16
**sovereignty**
  62:18 66:12
**speak**  3:3 52:1
  64:7,7
**speaker**  47:11
**speaking**  22:22
**speaks**  77:6
**special**  52:23
**specific**  30:14
**speech**  45:2
  46:18,18 58:23
**spends**  22:3
**spewing**  48:1
**spheres**  59:13
  59:14
**spirited**  4:1
**spoken**  64:2
**spot**  11:20
**spread**  76:18
**spreading**
  59:19
**springfield**
  7:14 29:19,21

  30:11 31:6
**stability**  70:12
**staff**  31:24
**stage**  2:7 3:13
  4:9,16 26:18
  79:7
**stake**  70:7
**stalemate**  57:4
**stand**  11:3 48:6
  48:6,12,13,13
  56:3 70:12
  83:18
**standing**  41:4,7
  52:16,17,19,21
  69:24 90:3
**stands**  36:7
  66:23 85:9
**star**  31:24
**start**  5:13 28:7
  28:25 86:13
**started**  4:3 37:1
  43:8 58:13
  68:21,22,24
  69:2 76:9 81:1
  90:11 91:3
**starting**  67:11
**startup**  79:2
**state**  15:19
  16:14 18:16,22
  19:11 24:5,12
  57:21 58:4
  86:18
**statement**  3:10
  6:7

**[statements - tariff]**

| | | | |
|---|---|---|---|
| **statements** 35:6 | **street** 34:11,19 | **suite** 94:14 | 43:24 63:17 |
| 35:17 71:7 | **strength** 17:24 | **support** 5:1 | 65:18 73:13 |
| 89:4,8 | 41:14 70:1 | 14:13 16:20 | 89:14 91:17 |
| **states** 7:13 14:6 | 73:5 | 23:15,18 36:19 | **taken** 2:17 |
| 17:22 18:5,11 | **strengthen** | 65:20 66:18,20 | 21:12 30:22 |
| 19:5,9 20:10 | 10:21 78:24 | 83:5 | 34:18 |
| 21:3,3,6,8,12 | 85:4 | **supported** | **talent** 69:5 |
| 24:14 26:21,23 | **strengthened** | 26:24 39:17 | **taliban** 32:17 |
| 27:4 29:17 | 84:15 | 60:5 82:24 | 72:14,15,16,18 |
| 32:1 34:13 | **stretch** 77:25 | **supporters** | 73:11,14,16,16 |
| 38:6,12 40:4 | **strong** 55:1 | 4:10 44:14,22 | 73:21,22 92:13 |
| 47:18 50:2 | 64:14 91:19 | **supposed** 74:15 | **talk** 8:5 13:25 |
| 52:20 54:5,9 | **stronger** 78:4 | **supposedly** | 14:16 15:23 |
| 70:8 72:4 73:1 | **strongly** 8:21 | 88:14 | 19:23 21:23 |
| 73:6 76:19 | 18:2 | **suppress** 53:22 | 22:14 27:22 |
| 83:23 88:3 | **strongmen** 70:5 | **supreme** 17:24 | 28:5,9,10 29:5 |
| 90:13 | **student** 21:25 | 18:19 19:6 | 29:18,20 31:13 |
| **statistics** 53:1 | 22:1,11,25 23:2 | 22:6 37:5 38:6 | 33:14 36:13 |
| **stem** 27:3 | 23:3 | **sure** 14:6 | 38:4 39:3,25 |
| **stepfather** 41:1 | **students** 22:7 | **surge** 27:7 | 42:2 44:10 |
| **steroids** 30:9 | **stuff** 42:5 49:13 | **surprised** 16:15 | 49:13 54:12 |
| **stick** 14:15 | 83:16 | 42:1 45:15 | 55:24 64:16 |
| **stock** 9:22 | **stupid** 68:23 | **surprising** 19:3 | 68:13,18,19 |
| **stoltenberg** | **subject** 27:23 | **survive** 32:4 | 70:16 79:1 |
| 70:24 | 29:13 | **survivor** 19:14 | **talked** 19:22 |
| **stop** 38:18,19 | **substantial** | 20:5 84:12 | 22:13 50:15 |
| 38:20 63:3 | 6:11 | **sustaining** 90:2 | 54:10 70:15 |
| 64:16 65:16 | **substantially** | **system** 52:18 | 91:9 |
| 83:15 | 9:14 | 83:1 | **talking** 42:13 |
| **storied** 72:19 | **success** 30:8,8 | | 43:12 45:16 |
| **story** 49:6 | **successfully** | **t** | **talks** 28:4 |
| 59:15 | 28:22 | **t** 94:1,1 | **tanks** 66:22 |
| **strangers** 24:6 | **sudden** 58:21 | **taiwan** 15:1 | **tape** 47:3,5 |
| **stream** 55:12 | **suffering** 19:25 | **take** 11:22 13:3 | **tariff** 6:10,13 |
| 61:23 | | 21:4 29:9 | |
| | | 32:25 34:3 | |

[tariffs - time]

| | | | |
|---|---|---|---|
| **tariffs** 6:7,18 | **ten** 85:14 | 87:20 88:25 | **thinking** 51:18 |
| 6:18 12:1,5,7 | **term** 19:25 | 89:2 91:1 | **thinks** 68:15 |
| 12:10,16 13:1,1 | 20:7 23:21 | 92:21,25 | **third** 77:12 |
| 13:20 88:6 | 32:5 40:24 | **thanked** 14:17 | 80:19 92:10 |
| **tasked** 26:5 | 49:2,3 53:19 | **thankful** 67:3 | **thought** 10:1 |
| **taught** 15:12 | **terminate** | **thankfully** | 18:15 21:7 |
| **taunted** 22:7 | 38:10,11 | 84:13 | 35:10 |
| 23:3 | **terminated** | **thing** 4:22 16:1 | **thoughtful** 4:1 |
| **tax** 5:2,4,12,17 | 21:25 74:14 | 22:8 25:2 28:2 | **thoughts** 65:20 |
| 5:20,21,23 6:2 | **terms** 14:15 | 28:9 30:24 | 75:22 |
| 6:6 10:14 12:4 | 70:11 79:10 | 43:5 45:1 | **thousand** 12:14 |
| 79:3 | 85:8 86:23 | 52:16 57:24 | **thousands** |
| **taxes** 9:14 | **terrible** 6:19 | 63:9 68:12 | 28:22 |
| 11:21 | 13:15 72:11 | 70:20,25 82:5 | **threat** 39:4,5 |
| **taxpayers** 72:1 | **territorial** | 85:19 90:17 | 55:25 58:2,16 |
| **technicality** | 66:10,12 | **things** 6:25 | 86:10 |
| 52:18 | **terror** 59:13,14 | 10:1,4 21:16 | **threatening** |
| **technology** | 59:14,17 | 32:15 33:20 | 68:17 |
| 14:11 | **terrorist** 57:7 | 39:3 42:22 | **three** 13:2 15:5 |
| **teenager** 40:16 | 72:14 | 44:3 51:19 | 19:5 29:11 |
| **television** 30:18 | **terrorists** 34:10 | 68:23 77:17 | 50:19 55:3 |
| 30:22 31:1,4 | 72:16,16 | 81:7 91:5,8,12 | 68:21 69:2 |
| 44:19 46:12 | **thank** 2:2 3:19 | 91:14,15,18 | **threw** 56:1,6 |
| **tell** 8:15 27:21 | 3:21 14:19 | **think** 11:11 | 64:25 |
| 28:8,12 40:13 | 16:5 20:20 | 15:18 17:13 | **thrown** 37:20 |
| 49:17 54:7,24 | 25:24 28:16 | 20:16 22:2,22 | **tie** 40:5 |
| 67:12 69:9 | 32:11 35:22 | 31:14 32:7 | **tied** 18:17 |
| 71:23 77:1 | 36:24 37:24 | 34:22,23 36:1 | **tiki** 48:1 |
| 81:2 84:9 | 38:22 44:7,8 | 42:23 46:19 | **tim** 83:13 |
| 87:22 90:10,11 | 53:7 61:7 62:5 | 56:13 61:15,18 | **time** 5:4 13:8 |
| 90:15 | 67:18 69:13 | 65:11 67:14 | 18:6 21:4 22:3 |
| **telling** 19:20 | 71:14 73:9,12 | 69:6 75:23,24 | 23:14 27:16 |
| 44:22 | 74:23 77:10 | 76:19 88:2 | 44:7 48:3,10 |
| **temperament** | 78:13 79:19 | 89:11 | 49:21 54:3 |
| 54:17 | 85:6 86:3 | | 56:14 59:5 |

Page 28

**[time - trump]**

65:7 71:1 72:6
72:18 73:14,20
77:1,12 78:14
79:12 80:16,19
83:21,25 84:16
89:7
**times** 16:23
40:20 43:11,11
43:12 50:18,22
69:23 76:13
80:16 83:19,20
**tiny** 41:24
**tired** 8:16
36:15,22
**today** 71:17
72:3 81:6 83:3
**together** 8:24
9:10 64:8
66:18 90:2
91:12
**told** 30:13
34:13 44:14
51:16 60:23
73:22 81:21
**tonight** 2:5 3:4
3:24 4:9 8:15
8:18 26:13
27:6,23 50:16
53:9 62:12,23
62:25 67:19
69:17 75:5
79:14 81:1
84:9 86:11
89:11

**tonight's** 2:2,10
2:20
**took** 6:11,13
18:19 39:2
43:7,7 46:5
59:11 76:13,16
**top** 7:4 11:11
32:21 53:20
81:21
**topics** 2:21
**torches** 48:1
**torn** 18:7 21:5
**toss** 3:9
**total** 22:1 37:19
**totally** 6:15
**tough** 26:10
55:1
**toughest** 37:18
92:15
**touted** 16:9
**toward** 46:13
**towns** 7:12,15
29:17,18,19
**track** 31:21
**trade** 13:23,25
71:5
**trafficking**
26:20 27:10
**tragedy** 75:24
**transcript** 94:3
**transfer** 44:10
**transgender**
42:24
**transnational**
26:19 27:9

**transparency**
14:21
**travel** 24:5
76:22
**traveled** 54:8
**treated** 45:8
**treatments**
24:1
**tremendous**
18:21
**tried** 66:9
83:19 91:20
**trillion** 5:18
87:3
**troubling** 54:19
**true** 25:18
41:13 42:11
57:13 60:4
94:3
**trump** 1:16 2:6
2:16 3:8,14,17
3:21 4:8 5:20
6:3,5 8:6,6,8,9
9:2,4 10:13
11:5,8 12:17
13:14,19,22
14:16,23,25
16:5,8,25 18:25
19:4,9,12,19
20:11,22 21:15
22:19 24:17
25:6,10,14,19
25:24 27:12
28:16,18,24
30:17,21 31:3,8

32:4,9,11 33:17
33:23 34:7
35:11,15,22
36:25 37:24
38:16,25 39:6,7
41:17,19 42:12
42:18 43:17
44:1,2,5,25
46:1,9,16 48:18
49:1 50:6,13
51:2,5,8 52:11
52:15 53:14,21
54:1,10,23 55:5
55:19,20 56:5
56:12 58:8,12
59:10 60:8
61:8 62:2,3
63:2 64:25
65:5,11,15 66:4
66:24 67:20,24
68:3,9 69:4,13
70:19,23,24
71:9,10 72:8
73:9,12 74:17
74:23 75:8,15
76:8 77:11,13
78:18 79:21,22
79:23 80:2,5,7
80:11,12 81:4
82:15 83:18
84:18 85:8,12
85:21,22 86:3,7
87:9,18,21,22
88:25 89:2
91:1,2 92:21

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[trump's - veto]**

trump's 5:23
8:11 10:20,23
14:2 23:24
28:1
trust 16:22,24
truth 50:18
try 11:21 28:21
37:22 64:3
trying 17:21
27:2 51:25
52:3 53:23
60:6 76:7,24
78:8
tubes 88:24
turn 3:3 16:7
26:1 36:15
48:10,21 62:13
71:14 75:3
79:16,19,19,25
turned 3:2
35:21
turning 56:16
tweet 14:18
tweets 44:20
twelve 57:8
twice 80:14
two 2:12,20,23
2:25 3:6 6:4
21:16 24:3,23
37:19 44:20
47:2 51:19
57:21 58:4
59:2 62:14
64:2 83:1
89:11

typical 12:13

**u**

u.s. 33:22 65:9
65:12 93:1
ukraine 58:17
59:23 60:14,15
62:14,17 63:1
65:9,20 66:18
66:22 67:2,18
70:15 74:21
88:16,19 92:9
ukrainians
67:8
ultimately
77:23
um 86:22
un 60:17
unanimous
81:11
unbelievable
88:5
unconscionable
24:9
under 13:2
14:2 23:24
25:11 44:17
59:9 87:18,22
understand
19:4,13 20:11
20:13 23:23
27:15 38:4,9,15
47:22 56:9
57:6 58:19
60:24 66:7,25
67:2,5 68:19

72:7 83:17
92:5
understanding
57:20 70:2
84:25 89:19
understands
8:23 41:14
44:4 70:10
76:21
undo 19:7
undocumented
34:2
unemployment
8:7
unfair 22:9
unfit 32:2
unfold 44:19
46:12
unfortunately
64:10
unions 7:9,10
united 7:13
14:6 19:5
20:10 26:21,23
27:4 29:17
32:1 34:13
38:6,12 40:4
47:18 50:2
52:20 54:4,9
70:7 72:4,25
73:6 76:19
83:23 87:12
88:3,8 90:13
unprecedented
2:7

unusual 27:25
upcoming
53:15
upend 54:6
uphold 73:5
upholding 61:4
69:25
ups 3:1
use 33:20 34:1
55:7 68:16
76:2
used 30:22
37:21,22
uselessly 63:4
using 33:21

**v**

v 16:9 17:21
19:7 20:9
23:19 25:11
value 11:14
40:20 41:3
84:25
values 39:19,23
40:13,17 41:8
41:10
vance 22:17
38:19
vast 76:4
venezuela 30:9
34:14,16
ventilators 9:24
veritext 94:12
veto 21:13
22:17 25:9,13

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

ER0828

[vice - watching]

| | | | |
|---|---|---|---|
| **vice** 1:15 2:5,12 3:10,13,15,19 4:7,14 8:2,4 10:10,12 12:1 12:11 13:16,21 16:21 17:12,15 18:24 19:1 20:20 23:13,17 24:16 25:5,8,12 25:17 26:4,17 28:15 31:10,13 31:19 33:16 35:13,23,25 36:9,23 37:25 38:3,21,23 39:12,22 40:3 42:10,16 47:12 47:14,15 53:8 53:25 54:8 56:18 57:5 60:1,3 61:2,3,6 65:19,25 67:17 68:7 69:3,8,15 69:18 71:19,22 73:8 75:1,21,23 77:9 78:15 79:18 80:13,18 82:23 83:4,6 84:14,22 85:7 86:9,12,15 87:1 87:7,19 89:8,10 90:13,25 92:19 **viciously** 32:19 **victim** 86:22 90:16 | **victory** 37:19 **video** 44:21 52:6 **view** 22:21 **viewers** 2:4 **viktor** 54:24 55:17 **violation** 19:14 **violent** 35:12 41:3 47:18 **violently** 7:17 32:19 **virginia** 17:4,5 25:21,21 **virtually** 13:5 **vision** 89:18 91:23 **visions** 89:12 **vladimir** 62:17 65:22 69:15,16 70:16 **vote** 16:20 17:1 17:2,20 18:12 18:13,14,16 21:18,19,21,22 23:11 40:5 51:25 52:3 53:23 81:11,12 81:15 83:22 **voted** 24:14,24 **voters** 4:4 26:4 53:17 54:6 86:6 **votes** 33:9,11 34:23 51:14,15 | 55:23,24 56:1,6 56:7 **voting** 16:18 18:5,16 21:3,8 **vowed** 80:20 **vulnerable** 41:5 ___ **w** ___ **wade** 16:9 17:21 19:7 20:9 23:19 25:11 **wait** 26:13 42:13 86:1 **wake** 50:3 **walked** 84:3 **walls** 51:19 **walz** 83:13 **want** 2:3 4:4 8:22 9:8 11:15 11:24 13:17,25 16:7 18:24 19:23,24 20:4,5 20:7 23:14,15 25:23 28:16 29:8,18,19 30:3 30:3,10 31:20 44:9 45:13 46:23 47:4,12 50:16 53:12 62:13,24,25 63:2,3,21 65:18 65:19 70:16,21 71:14,19 74:16 74:24 75:4 76:6,20,20,21 | 76:24 77:7 78:15,16 79:14 85:10,20,24 91:12 **wanted** 18:10 19:24 20:25 21:2,6 23:8 33:14 39:14,15 42:19 58:25 67:22 **wants** 42:23 43:1 60:11,14 75:3,11,25 85:25 **war** 8:10 29:13 56:17 57:15 59:23 62:13,22 63:1,2,21 64:4 64:8,19,20 65:9 65:12 66:4 68:20,22,24 69:1 72:3,5 92:10,10 **wars** 13:25 92:7,8 **washington** 46:20 47:7 49:20,23 **wasting** 49:21 **watch** 28:2 52:5 **watched** 44:18 **watching** 2:4 27:5 46:12 48:7 84:9 93:1 |

Page 31

**[water - worth]**

| | | | |
|---|---|---|---|
| **water** 86:9 | **weigh** 75:6 | **wisconsin** | 54:11 60:22 |
| **way** 17:14 22:5 | **welcome** 2:3 | 52:24 | 85:23 |
| 22:13 33:8 | 3:12,22 62:11 | **wish** 41:20 | **worker** 88:9 |
| 34:17 37:15 | **went** 10:7 | **withdrawal** | **workers** 14:15 |
| 43:23 54:13 | 11:10 22:4,6 | 71:18,21 74:18 | 87:12 88:8 |
| 55:10 57:17 | 31:5 39:8 | **withdrew** 2:14 | **workforce** |
| 58:16 59:6 | 42:13,18,19,21 | **witness** 90:16 | 14:13 |
| 61:13 62:1 | 46:5,19 58:22 | **witnessed** | **working** 4:18 |
| 71:20 74:20 | 60:15 66:15 | 71:16 | 24:2,3,3 27:2 |
| 89:18 | 68:21 69:15,22 | **woman** 5:9 | 40:15 80:25 |
| **we've** 6:10,19 | 72:12 | 19:20 23:20 | 81:7 89:25 |
| 13:24 20:25 | **west** 17:4,5 | 90:9 | **world** 2:4 6:10 |
| 56:15 70:15 | 44:18 | **woman's** 23:16 | 9:25 10:18 |
| 78:10 | **wharton** 10:22 | 24:11 | 29:12 34:17 |
| **weak** 55:20 | 11:10 | **women** 16:13 | 35:4,4 44:16 |
| 60:9,25 61:10 | **whisker** 50:24 | 16:21 19:22,24 | 45:20,22,22,23 |
| 61:18,25 63:17 | 51:10 52:7 | 23:23 24:3 | 54:8,9,24 55:3 |
| 68:23 72:11 | 53:10 | 41:2 57:10 | 55:17 61:24 |
| **weakest** 72:9 | **white** 38:9,17 | 68:5 | 64:18,20 67:6 |
| **weaponization** | 91:11 | **won** 3:8 43:3 | 70:3 72:6,22 |
| 37:7,20 38:1 | **widespread** | 43:17 50:21,22 | 73:7 78:2 87:9 |
| **weaponize** | 52:14 | 53:11 | 90:3,6 92:2,2,5 |
| 38:12 | **wife** 88:21 | **wonder** 88:18 | 92:10 93:2 |
| **weaponized** | **willis** 37:11 | **wonderful** 3:23 | **worse** 10:21 |
| 37:8 39:1,1 | **win** 14:11 37:3 | 23:7 91:5 | 13:7 58:19 |
| **weaponry** | 37:22 53:16 | **word** 55:7 | 63:5 64:18 |
| 92:12 | 63:1 64:6 65:9 | **words** 17:9 | 69:5 |
| **weapons** 39:16 | **windmills** 28:5 | 75:13 | **worst** 6:23 8:6 |
| 68:13,14 92:11 | 43:21 | **work** 11:15 | 8:8,9 15:25 |
| **weather** 86:19 | **window** 15:6 | 40:21,21,24 | 35:17,19 69:7,8 |
| **week** 16:15,20 | **wing** 44:18 | 41:5,7 57:19,19 | 74:18 78:10 |
| 57:1 61:14 | **winning** 37:3,6 | 66:17 73:5 | 92:18,19 |
| **weeks** 16:18 | **wins** 14:6 61:14 | 79:4 | **worth** 11:13 |
| 47:2 50:23 | 62:20 | **worked** 31:17 | 34:24 74:9 |
| 53:15 | | 31:23 40:15 | |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**ER0830**

**[would've - zone]**

| | |
|---|---|
| **would've**  71:11 | 91:6,7,8 |
| **write**  33:2 | **yemen**  59:20 |
| **writes**  33:1,2 | **york**  15:19 |
| **writing**  46:21 | 37:11,12 76:13 |
| **written**  33:8 | **young**  4:25 5:5 |
| **wrong**  59:4 | 23:3 57:8 |
| 60:9,25 68:23 | 76:14 79:5 |
| 73:19 | 86:25 |
| **wrongly**  42:5 | **younger**  86:6 |
| **x** | **z** |
| **xi**  14:17,19,20 | **zelenskyy** |
| **xl**  55:13,13 | 63:21 66:8,13 |
| **y** | 67:8 69:1,22 |
| **yeah**  32:11 34:7 | **zero**  56:6 |
| 73:12 | **zone**  72:5,5 |
| **year**  5:24 11:2 | |
| 12:14 16:10 | |
| 20:5 61:11 | |
| 79:6 84:24 | |
| 91:20 | |
| **years**  4:8,11,13 | |
| 6:9 7:2 12:21 | |
| 13:2 15:5,5 | |
| 17:21 18:8 | |
| 21:4 23:8 | |
| 29:11 42:3 | |
| 43:13 50:20 | |
| 55:3 58:17 | |
| 59:3 62:14 | |
| 64:2 71:3 75:2 | |
| 77:18,25,25 | |
| 81:1 83:1,6 | |
| 84:15 85:14 | |
| 87:2 90:23 | |

ER0831

# EXHIBIT
# 9

ER0832

1

2

3

4

5

6

7

8

9

10

11

12

13    October 11, 2024 Campaign Speech by

14    President Donald Trump in Aurora, Colorado

15

16

17

18

19

20

21

22

23

24

25

Page 1

1     PRESIDENT DONALD TRUMP:  Thank you very
2  much, everybody.  Thank you very much.  And it's
3  great to be back in this beautiful state with
4  thousands of proud, hardworking, American
5  patriots.  That's what you are.  And before going
6  further, I want to let everyone who is still
7  recovering from the hurricanes that hit Florida,
8  Georgia, North Carolina, South Carolina, Alabama,
9  Tennessee, and Virginia to know that we are
10  thinking of them and we are praying for them.
11     God bless them.  God bless them.  We
12  have a lot of great people today, and I'll do it
13  at the beginning because we have a lot to talk
14  about.  What the hell is happening with our
15  country?  What are they doing?  What are they
16  doing to Colorado?  They're ruining your state.
17  They're ruining your state.  So, let's do this.
18     Let's just very quickly mention some of
19  the really great people and great patriots, and
20  then we're going to get back into the business of
21  discussing what we're going to do.  You know what
22  you're going to do?  You're going to vote for
23  Trump, and we'll solve your problem in about 15
24  minutes.  We're pleased to be joined this
25  afternoon by Congresswoman Lauren Boebert.

Page 2

1     Lauren, good job today.  Thank you.
2  Also, Greg Lopez.  Thank you, Greg.  And a woman
3  who beat Liz Cheney by the largest margin in the
4  history of Congress.  She got out of that whack
5  job.  Harriet Hagerman.  Harriet, thank you.
6  Where's Harriet?  What a job.  She beat herself
7  badly.  The single biggest victory in the
8  history, defeating a person sitting in Congress,
9  and she deserved it.
10     She is bad news.  Thank you, Harriet,
11  very much.  You're really fantastic.  Thank you,
12  darling.  Also, we have congressional candidates
13  who are really terrific people.  They have my
14  endorsement.  Gabe Evans and Jeff Crank.  A
15  candidate for Congress and former ICE field
16  office director who did a really good job for me,
17  John Fabbricatore.
18     John Fabbricatore.  That's a hell of a
19  name, but it worked.  It worked because he did a
20  great job.  Wyoming secretary of state, Chuck
21  Gray.  Chuck, thank you very much.  Great job,
22  Chuck.  The sheriff of Douglas County, Darren
23  Weekly.  Aurora City councilwoman, Danielle
24  Jurinsky.  And Stephanie Hancock.  The founder or
25  president of the Article III Project, this guy is

Page 3

1  tough as hell.
2     We want him in a very high capacity,
3  Mike Davis.  Mike.  Thank you, Mike.  Where's
4  Mike?  Mike is great.  Here's a man -- I met him
5  backstage, and I realized I'd never be a big
6  football player.  Denver Bronco Derek Wolfe.
7  Where is he?  Where is he?  Where is he?  Man, is
8  he -- where is he?  Oh, there he -- he's a little
9  hard.
10     You are one big guy.  You know, you are
11  one hell of a guy, but you had a great career.
12  Congratulations.  Ten years in the NFL, all with
13  your team, and he was a winner.  He was a winner.
14  And you are a winner.  Thank you very much for
15  being here, Derek.  Appreciate it.  We have a
16  very popular man, a very popular political
17  person, and a great congressman from Texas,
18  Wesley Hunt.
19     Wesley.  Wesley's fantastic.  Thank
20  you.  Wesley came in with me.  And a woman who's,
21  unbelievable, actually.  I've gotten to know her.
22  She endorsed me in 2016.  I said, "You got to be
23  kidding."  It was a surprise endorsement.  And
24  she believed in the message and what we were
25  saying.  We were right about what we were saying.

Page 4

1     You know, when we came down that
2  escalator and I made those statements, everyone
3  said, "How terrible are those statements?"  Turned
4  out that they were minor compared to -- they
5  were, like, little minor statements by
6  comparison.  But she got it better than anybody
7  and she endorsed us very early when it wasn't the
8  thing to do.
9     From Alaska, the great Sarah Palin.
10  Where is she?  Thank you, Sarah.  With the help
11  of everyone here today, 25 days from now, think
12  of it, 25 days, we are going to defeat Kamala
13  Harris, who has no clue what the heck is going
14  on.  I have to tell you.  Did you see where she
15  did a town hall yesterday and she used a
16  teleprompter?  I never saw a town -- you don't
17  use teleprompters.
18     We don't use teleprompters period,
19  pretty much.  You don't use them for town halls.
20  No.  She's not the right person for -- not for
21  this country, not for any country.  But very
22  simply, we're going to make America great again.
23  So, I've been waiting for this.  I've been
24  waiting for this day because I've been reading
25  about it like so many people all around the

Page 5

2 (Pages 2 - 5)

1 world, and I want to get here as soon as I could.
2        And I took a good time and a good day
3 and, you know, the crowd, we could sell this
4 place out four times.  You see what's outside.
5 NBC, of all networks, said a little while ago,
6 they announced, it's the single longest line for
7 anything that they've ever seen.  That's pretty
8 good.  But I've been waiting for this day, and
9 we're here finally in Aurora, Colorado to call
10 the attention of the world, and, unfortunately,
11 the world's already got its attention, to one of
12 the most egregious betrayals that any leader in
13 any nation has ever inflicted on its own people,
14 what they've done to our country, what they're
15 doing to our country.
16        They're destroying -- they are ruining
17 our country.  We are being led by stupid people.
18 We cannot take it anymore.  For the past four
19 years, as the so-called border czar, the person
20 in charge of our border, Kamala Harris -- and you
21 can't use the name Harris.  You know, if you say
22 Harris, nobody knows who the hell you're talking
23 about.
24        Think of it.  Harris.  Nice name.  It's
25 like -- so we use the name, Kamala.  She was

1 last, right?  She came in last, and now she's
2 running.  How about that?  In all fairness, I'm
3 not a fan of Sleepy Joe, but Sleepy Joe got 14
4 million votes.  She got none.  She never made it
5 to the great state of Iowa.  She quit.
6        Out of 22 people, she quit.  She had
7 nothing going.  And interestingly, when she came
8 in, she was okay.  Pretty good.  But then they
9 heard her talking.  They watched her brain in
10 action.  And when they saw the brain in action,
11 they said that's a -- and here she is again.  But
12 Kamala has imported an army of illegal alien gang
13 members and migrant criminals from the dungeons
14 of the third world.
15        They come from the dungeons, think of
16 that, the dungeons of the third world, from
17 prisons and jails, insane asylums, and mental
18 institutions.  And she has had them resettled
19 beautifully into your community to prey upon
20 innocent, American citizens.  That's what they're
21 doing.  And no place is it more evident than
22 right here because in Aurora, multiple apartment
23 complexes have been taken over by the savage
24 Venezuela prison gang known as Tren de Aragua.
25        Or is your law enforcement and law

1 enforcement all over the world -- they know them
2 all over the world.  They're a savage gang, one
3 of the worst in the world, and they're getting
4 bigger all the time because of our stupidity.
5 They're known as TDA.  TDA.  TDA has killed seven
6 people today, sir.  Last month, six men with
7 armed rifles and many other men standing right
8 outside waiting for them, and handguns were
9 caught on camera as they were forced into a
10 situation, and they said they were forced.
11        They weren't forced.  They got their
12 way into an apartment building.  They threatened
13 the tenants at gunpoint.  These are people that
14 never saw anything like this.  These are people
15 that never experienced criminals and crime.  They
16 burst into the building and they held tenants at
17 gunpoint and at knifepoint.
18        Ten minutes later, they opened fire on
19 a 25-year-old man outside the building, fatally
20 shooting him.  Of the barbaric thugs who have
21 been identified, at least three are illegal
22 aliens who were in border patrol custody.  They
23 were in custody.  By the way, four years ago, we
24 had the safest border in the history of our
25 country.

1        Put up that sign, please.  Put up my
2 all-time favorite graph.  Put up my all-time --
3 get that put up.  That is the most beautiful
4 graph I've ever seen.  It's the most beautiful
5 piece of paper I've ever seen.  I take it home
6 every night, and I sleep with it and I kiss it.
7 Oh, I kiss it.  Because without that sucker, I
8 wouldn't be here right now.
9        So, if you think about it, Mr. Pastor,
10 great job you did, Pastor.  If you think about
11 it, illegal immigration saved my life.  I'm the
12 only one.  Usually, it's the opposite.  It's
13 usually the opposite.  Thank you very much.  But
14 you see that arrow on the bottom?  That's when I
15 left -- that's the day I left office.
16        You had the lowest number of people
17 coming into our country in the history --
18 recorded history of our country.  And then look
19 what happened.  Like a rocket ship.  And they
20 were rough, the ones that came in.  We were very,
21 very careful.  We were Remain in Mexico.  We
22 checked everybody out.  People came in, but then
23 they got rough because then they said, "Let's do
24 open borders.  Let's set the whole world."
25        And as soon as they did that, jails

3 (Pages 6 - 9)

1 were emptied, mental institutions were emptied.
2 And I would have done the same thing if I were in
3 charge of any of the many countries we're talking
4 about. Three of these thugs were in Border
5 Patrol custody but were released into the United
6 States by Kamala. And my message -- they were
7 released, and they killed people, a lot of
8 people.
9        They were released. But my message
10 today is very simple. No person who has
11 inflicted the violence and terror that Kamala
12 Harris has inflicted on this community can ever
13 be allowed to become the president of the United
14 States. We're not going to let it happen. And
15 your weak and ineffective governor -- he's a
16 totally ineffective guy, by the way.
17        I hope you know that. His name is
18 Jared Polis. I got to know him. I got to know
19 him in the White House. He come in with other
20 governors, some Democrat. I see them all. I
21 worked with all of them. I know the good ones
22 and the bad ones. He's not a good one, this one.
23 But he come in, "Sir, it's so nice to meet you,
24 sir. Oh, it's such an honor to be -- oh, this is
25 the Oval Office. Oh, sir. Thank you, sir.

Page 10

1 take care of it.
2        But Paul is -- he's a coward. He's a
3 fraud. He's pathetically trying to deny -- he's
4 pathetic. He doesn't see. You know, they don't
5 want to see. You know what? They don't want to
6 -- they want to stay with Washington because,
7 otherwise, they'll get indicted. They'll find
8 they did something wrong. They'll get indicted
9 if they don't.
10        So, he's afraid. They're all afraid.
11 They're all cowards. So, this guy doesn't see
12 what you see. He doesn't see people bursting
13 into buildings with AK-47s, military-style
14 weapons, sometimes better than our own military.
15 You have to ask, they're illegal migrants. They
16 come from poor areas. Where the hell do they get
17 these guns, the best guns? Where do they got
18 them? Where do they got them? Who gives them
19 better guns than our military has? Who is giving
20 them the guns? But she's committed crimes
21 against your state.
22        She has committed crimes by allowing
23 these criminals in, and many of these people are
24 murderers. Let's take a look at a couple of
25 little, quick notes that I put up. You know,

Page 12

1 Thank you, sir."
2        Then he comes back here and he says, "I
3 didn't like the guy." Can you believe it? And I
4 gave you -- not him, I didn't give anything. I
5 gave you everything that they wanted. I gave you
6 because I love this state. This state has to
7 flip, Republican. It has to. It has to. Let's
8 do it. That's why I'm here.
9        Let's do it. I'm not here for my
10 health. That's why I'm here. Think of where I
11 could be though. I could take our beautiful
12 First Lady. I could be on the beautiful beaches
13 all over the world. I could be in Monte Carlo.
14 I could be all over the world, the best
15 properties in the world. I have the best
16 properties.
17        And where am I? I'm right now in
18 Aurora, and that's where I want to be because
19 we're going to solve this problem. We're going
20 to solve this problem, right? If you said, where
21 would you rather be, in the most beautiful
22 beaches in the world or with you? Trying to
23 figure out what the hell happened to Aurora
24 because you have a very different place than you
25 had just a few months ago, right? We're going to

Page 11

1 we're giving you the expensive treatment because
2 of the fact we want to win the state so badly.
3 So, we gave you a couple of videos today. Play
4 them, please.
5        [BEGIN VIDEO]
6        REPORTER: Was it a mistake to loosen
7 the immigration policies?
8        REPORTER: Do you regret terminating it
9 given that migration has increased in the wake of
10 that?
11        REPORTER: The entire world is showing
12 up here at our doorstep. They're crossing
13 illegally, and they are expecting to get released
14 here into the United States.
15        REPORTER: A group of men walking up a
16 stairwell at the Edge at Lowry apartment complex
17 in Aurora. All of them appear to be carrying
18 rifles and handguns, and the video shot earlier
19 this month, one of the men can be seen talking on
20 a cell phone. They all then gather around a door
21 and go in. Another video clip shows men forcing
22 a door open. This is a picture of gang members
23 breaking into a vacant apartment so they could
24 move a Venezuelan family in and then collect
25 rent.

Page 13

4 (Pages 10 - 13)

1    "This is our business plan," one gang
2    member told the housekeeper.  "If he," the
3    property manager, "doesn't like it, we'll fill
4    him with bullets."
5        REPORTER:  Police in the region say a
6    Venezuelan gang known as Tren de Aragua has
7    victimized thousands through extortion, drug, and
8    human trafficking, kidnapping, and murder.
9        Alvaro Boza, a former Venezuelan police
10   officer, now living in Florida, says he fled his
11   country in large part because the gang had become
12   so powerful they could kill law enforcement like
13   him with impunity.  Boza says a fellow police
14   officer who refused to cooperate with the gang
15   was shot 50 times.  Now U.S. law enforcement,
16   including Customs and Border Protection and the
17   FBI, say the gang has made their way into the
18   country.
19       REPORTER:  Members have been tied to
20   hundreds of crimes from assaulting NYPD officers
21   and a murder in Miami to shooting two different
22   NYPD cops who were trying to arrest one of its
23   members in June.
24       REPORTER:  We hear from the mother of
25   Jocelyn Nungaray, the 12-year-old, allegedly

Page 14

1    crossings are putting a strain on cities across
2    America.
3        REPORTER:  It is a full-blown invasion.
4        REPORTER:  Armed Venezuelan gang
5    members storming an apartment complex in Aurora,
6    Colorado.
7        REPORTER:  When people talk about
8    migrant crime, this is what they're talking
9    about.  Biden and Harris had created a program to
10   bring them in under humanitarian parole.
11       KAMALA HARRIS:  I am in favor of saying
12   that we're not going to treat people who are
13   undocumented across the border as criminals.
14       REPORTER:  More than 13,000 illegal
15   immigrants convicted of murder have been released
16   into the United States.
17       WOMAN 2:  My 20-year-old daughter,
18   Kayla Hamilton, was murdered in her own room.
19   Kayla's murderer was apprehended by Border
20   Patrol, crossing illegally into the U.S.
21       REPORTER:  Kayla's murderer had been
22   improperly released into the United States.
23       KAMALA HARRIS:  Abolish ICE, yeah.  We
24   need to probably think about starting from
25   scratch.

Page 16

1    assaulted and killed in June by two illegal
2    migrants.  New court documents revealed they were
3    part of a Venezuelan gang.
4        REPORTER:  Trend de Aragua has given
5    their members the green light to attack and kill
6    police officers in Denver.
7        REPORTER:  We went out to some of
8    Chicago's most violent neighborhoods to meet with
9    current and former gang members who tell us that
10   TDA first showed up when the city opened up
11   migrant shelters in these areas, and that now the
12   Venezuelans are trying to move in.
13       REPORTER:  The city nonprofits have
14   lined up to help the migrants that have come
15   here, but nobody is helping the American
16   citizens, the residents that are trapped.
17       WOMAN 1:  They told us that they really
18   couldn't do anything unless something happened.
19   It is not, by any means, an isolated occurrence,
20   unfortunately.  I call 911.  No help comes for
21   me.  No help.  We were on our own, and we were
22   left to die.
23       REPORTER:  Open borders, deadly
24   consequences.
25       REPORTER:  Border crisis.  Record-high

Page 15

1        REPORTER:  An Afghan national is in
2    custody the day after being accused of plotting
3    an Election Day terrorist attack.  The suspect
4    entered the U.S. on a special immigrant visa.
5        REPORTER:  More than a dozen people
6    suspected of being Tren de Aragua gang members
7    right here in San Antonio.
8        REPORTER:  The gang members had been
9    terrorizing the apartment complex.
10       REPORTER:  New details in the murder of
11   Laken Riley.  The illegal immigrant suspect who
12   cops say committed the heinous murder is a
13   Venezuelan national.
14       REPORTER:  And was paroled and released
15   into the country by the Biden administration.
16       REPORTER:  Two men, investigators say,
17   are in the country illegally from Venezuela are
18   charged with capital murder in the death of
19   Jocelyn Nungaray.
20       REPORTER:  Court documents suggest a
21   group of men arrested for beating and robbing a
22   Dallas woman last month are members of a
23   Venezuelan street gang.
24       REPORTER:  Emmanuel Hernandez-Hernandez
25   was booked by Colleyville police just two days

Page 17

5 (Pages 14 - 17)

1 earlier and released the day before the robbery.
2      [END VIDEO]
3      PRESIDENT DONALD TRUMP:  Four years
4 ago, it would be unthinkable that you'd be
5 watching something like that.  Again, we had,
6 think of it, the safest border in the history of
7 our country.  We never had a border so safe.  All
8 they had to do is leave it.  Joe could have gone
9 to the beach.  He thinks he looks good in a
10 bathing suit.  And all he had to do is leave the
11 guys that we had.  They were great, great people,
12 and we ran it tough.
13      Remain in Mexico.  Little things like
14 Remain in Mexico.  I want to say we want to have
15 people come into our country but they have to
16 come in legally.  We don't want them.  And now,
17 America is known all throughout the world as
18 occupied America.  They call it occupied.  We're
19 being occupied by a criminal force.
20      And we're an occupied state that
21 refuses to let our great law enforcement
22 professionals do the job that they so dearly want
23 to do.  You know they want to do the job so
24 badly, but they are threatened constantly.
25      You're going to lose your pension.

Page 18

1 sir.  It's such an honor."  And yet it was Polis
2 who led the move to take me off the ballot
3 because I was leading in the polls against all of
4 the Democrats.  And then the Supreme Court, very
5 brave and very brilliant, actually, voted nine to
6 nothing that I should be on the ballot.
7      Nine to nothing.  Everybody was
8 unanimous that I should be -- I was leading
9 everybody in the ballot.  Every Democrat, I was
10 leading everybody.  He said, "We have to get them
11 off the ballot because that was part of their
12 scheme."  You know, not only the weaponization,
13 but this was actually part of the weaponization.
14      Their first move was to try and get me
15 off the bat.  They didn't want to run against me.
16 They liked other people much better.  Much
17 better.  You know, we ran and won in 2016.  We
18 did much better by millions of votes in 2020, but
19 we won't discuss that.  And I will tell you, you
20 see it by the crowd.  You see it outside.
21      Let's take a look outside.  As we are
22 today -- there's more enthusiasm for this
23 movement, MAGA, the greatest movement.  It's
24 called Make America Great Again.  There's more
25 enthusiasm today than ever before.  But there was

Page 20

1 They don't want to do it.  What is this ideology?
2 It's so sick.  But to everyone here in Colorado
3 and all across our nation, I make this pledge and
4 vow to you, November 5th, 2024 will be liberation
5 day in America.  It will be Liberation Day.
6 Thank you.
7      [AUDIENCE CHANTS "USA"]
8      Thank you.  I will rescue Aurora and
9 every town that has been invaded and conquered.
10 These towns have been conquered.  Explain that to
11 your governor.  He doesn't have a clue.  They've
12 been conquered.  And we will put these vicious
13 and bloodthirsty criminals in jail and kick them
14 out of our country, and we will be very, very
15 effective in doing it.  It's going to happen
16 very, very fast.
17      Going to get them the hell out of our
18 country.  And if your weak and ineffective
19 governor, Jared Polis, was doing his job, he
20 would be leading the fight to get these gangs and
21 thugs the hell out of Colorado now.  And
22 remember, it was Polis.  "So, nice to be in the
23 White House, sir.  Yes, sir."  He called me sir.
24      Called me sir.  I would have done
25 whatever the hell I wanted.  "Yes, sir.  Always,

Page 19

1 great indignation in Colorado by what this
2 ineffective person did.  They really were angry
3 at him and they were angry.
4      And especially, you know who was the
5 most indignant?  The Democrats, believe it or
6 not.  They thought it was a terrible thing to do
7 because that is really a threat to democracy, not
8 the fake threat that they use all the time.  So,
9 I hope that Colorado -- I love this place.  I'm
10 here a lot.  As you know, I have a lot of friends
11 -- I have a lot of friends here, and they tell me
12 the whole thing is turning, but you can't live
13 like this.
14      You can't live with these people.
15 These are stone-cold killers.  You could be
16 walking down the street with your husband.
17 You'll both be dead.  They won't even remember
18 they did it the following morning.  You can't
19 live like this.  So, I hope that Colorado will
20 show a tremendous protest vote for what they did
21 to try and keep you off the ballot and more
22 importantly, for what they have done to the
23 fabric of your culture.
24      And remember, I really believe Colorado
25 is -- you know, we're very close.  We're very

Page 21

6 (Pages 18 - 21)

1  close.  In fact, in one poll, we're leading by a
2  little bit.  Think of it, though.  Just think of
3  it.  The Democrats are good people.  The
4  Democrats were angrier than anybody.  They
5  thought it was terrible, the concept of it.
6          And even when you get the three very
7  liberal votes in the Supreme Court voting and
8  when they vote for Trump, you know, it's got to
9  be pretty off the wall, right?
10         But they did.  I respect them for doing
11  it.  But Colorado is going to vote for me because
12  I am going to make Colorado safe again.  We're
13  going to make you safe.  We're going to do it
14  fast.  In three local apartment complexes that
15  Kamala has infested with the TDA.  That's the
16  gang that we talked about, the prison gang, they
17  come out of prisons, 80 percent of the residents
18  are now living with their relatives in different
19  states and other places.
20         They've been forced out of their
21  building.  Twenty percent of the residents
22  stayed, and they're fearing for their lives.
23  They had no choice but to stay.  They're being
24  threatened every single day.  They're going to be
25  out soon.  They're going to be out.  They don't

Page 22

1  Aurora.
2          And remember that chart, my all-time
3  favorite chart, remember that chart.  Look what
4  happened, that arrow, all-time low in history.
5  And then look to the right.  Look what happened.
6  Literally, the day they took over, it became a
7  scene that nobody thought was possible.  Not in
8  this state.  I know this state very well.
9          I've been here so much.  And not in
10  this state.  Nobody thought this was possible.
11  They would even be up here talking about this.
12  Did anybody think five years ago, six years,
13  anybody would be up here talking about that a
14  Venezuelan gang with the most sophisticated
15  rifles, weapons, and guns that anybody has ever
16  seen would be taking over your state?
17         And they're not stopping.  They're not
18  stopping.  This guy gets in, and you got to get a
19  new governor, by the way.  But if he gets in
20  again -- runs next year.  But, actually, more
21  importantly, I can't believe she gets it.  I
22  can't believe it.  By the way, did you see "60
23  Minutes"?  Her answer was so incompetent that CBS
24  and "60 Minutes," a prestigious show, but I knew
25  they were crooked as hell for years.

Page 24

1  have to be out.  I would say if they can hold
2  out.
3          you know, in January 20th -- it's too
4  long.  You better get out of this, too, I'd say.
5  But January 20th, those guys are going to be out
6  on their asses, and they're going to be out of
7  this country.  They're going to be out of their
8  country.  Members of the gang now beat down doors
9  with hammers and engage in open gun battles with
10  rival groups in this once peaceful, beautiful,
11  pretty crime-free community.
12         The illegal alien gang member who was
13  the alleged leader behind the invasion of Aurora
14  was recently charged for beating a man beyond
15  recognition.  Beat him beyond recognition,
16  breaking his nose, breaking his jaw, and
17  inflicting traumatic brain injury on this victim.
18  He will never be the same, as you know.
19         The thug was later arrested for
20  shooting two men in the same apartment building
21  and breaking another man's ankle, which he did
22  just for fun.  Once again, this animal had
23  arrived at our border and was released into the
24  United States by Kamala Harris, the worst border
25  czar in the history of our country here in

Page 23

1          They used to do the opposite to me.
2  You know, to me, they used to cut my statement.
3  To her, they added the statement on.  This is a
4  big difference.  You want the guy that gets cut.
5  They cut it because I made such great statements.
6  I said, "Why did you cut that statement?"  "Well,
7  we just felt we had to do it for time."  They cut
8  the heart out of the statements.
9          But for me, they cut the statements.
10  For them, they added it on.  So, they took her
11  entire statement out, and they took some just
12  words.  It's just words.  She doesn't know what
13  the hell she's talking about.  I'm telling you,
14  there's something wrong with her.  They took
15  these words.  So, think of this.  And, you know,
16  they got caught.
17         I think it's the greatest scandal in
18  broadcast history, actually.  They took it out
19  and they added something else in.  You think
20  they'd do that for Trump?  Her statement was so
21  bad that rather than airing it, they cut it out.
22  They took out the whole thing and they added a
23  much shorter statement that she made 10 minutes
24  later, having nothing to do with the question.
25         I don't think anything like that's ever

Page 25

7 (Pages 22 - 25)

**Page 26**

1 happened. And now we're finding out that it
2 happened throughout. It wasn't the only
3 instance. And now we're thinking that it
4 probably happening with Biden a couple of times
5 because he was interviewed by "60 Minutes" and
6 some strange things happened. So, they're asking
7 -- but think of this.
8        So, CBS gets a license, and the license
9 is based on honesty. I think they have to take
10 their license away. I do. Here in Aurora, a 35-
11 year-old mother of three had to leave her
12 apartment out of fear for her children's lives.
13 She said, quote, "It's not safe there, especially
14 if you have kids. If you have kids, it's
15 horrible.
16        My kids used to walk to school. They
17 were so happy. We were so safe, but they don't
18 feel safe anymore. And I would never let them
19 walk to school. Sometimes I keep my kids home.
20 I don't even let them go to school." When I
21 announced my presidency in 2015, you all remember
22 that time, and they said, "Oh, he's just doing it
23 for fun." You think this has been fun?
24        I've been investigated more than Al
25 Capone. This is not -- Al Capone, Scarface, he's

**Page 27**

1 the most probably -- I always try and think of
2 very evil people. Give me the most, and I'll
3 tell you I was investigated more. But think of
4 it. Here goes Hillary Clinton. How about
5 Hunter, right? Now I think of Al Capone because
6 there's a toughness, a meanness, Scarface, all --
7 he had the whole deal.
8        And I've been investigated more than
9 Alphonse Capone. That's an amazing phenomena.
10 But when I announced my presidency in 2015, I
11 said they're not sending their best, and I took
12 such heat. "How dare he say that? This is
13 America." Well, it turned out that what I said
14 was like peanuts compared to the fact.
15        I said they're sending people that have
16 lots of problems, which they definitely do.
17 They're sending people and bringing those
18 problems with them, and they're bringing drugs,
19 and they're bringing crime, and they're rapists.
20        Okay. So, I made that statement, and I
21 got the hell knocked out of me by the fake news.
22 Look how many you have back there. Oh, I got the
23 hell. But I took a lot of heat for saying it,
24 but I was right. And now everybody is admitting
25 that I was right. You know that Trump -- that's how

**Page 28**

1 many times have you heard that?
2        You know, when Trump ran, he made those
3 statements. Those statements are peanuts
4 compared to what's happening to our country.
5 These are the worst criminals in the world.
6 Kamala used to say -- she can't say it anymore,
7 "No, the people we're bringing in are very nice
8 people. They don't commit crime," remember?
9        Our criminals are worse. Our criminals
10 are like babies compared to these people. These
11 people are the most violent people on earth. And
12 remember, they don't come just from South
13 America. They come from the Congo and Africa.
14 They come from all over the world. They come
15 from the Middle East. They come from Asia.
16        They come from prisons and jails. They
17 come from all over the world. And she was
18 saying, these are very nice people. Either she's
19 really dumb or she's very naive. Something's
20 wrong up there. The only good thing about it --
21 I'll tell you, there's a couple of good things.
22 There are only one good thing, but maybe two.
23        One of the good things about it is that
24 they make our criminals look like nice people.
25 Okay? So, our criminals are now -- we see these

**Page 29**

1 really horrible, horrendous criminals, and we
2 say, they're not so bad. The other thing is
3 they're really great if you happen to be running
4 against the politician that allowed this to
5 happen because I don't know how it's possible for
6 anybody to lose -- because we have to clean out
7 our country and we have to make America great
8 again, and we're going to do it. So, you know
9 the story here.
10        We're joined today by another Aurora
11 resident who you know, Cindy Romero, and she's
12 going to come up and say just a few words. She
13 bravely published her camera footage of what she
14 witnessed, and it is gone all over the world.
15 Cindy was forced to flee her home after a car was
16 hit with gunfire, another day in Aurora.
17        Can you imagine this happening? A lot
18 of these people live in Aurora. They live in
19 Colorado. Most of you live in Colorado. And can
20 you imagine that you have somebody standing up
21 here talking about this stuff? It's hard to
22 believe. She said life in her community had
23 become, quote, "a total nightmare." And every
24 time she went to take out the trash or went to
25 bed at night, she had to lock her door with four

8 (Pages 26 - 29)

1 separate locks.
2        She has locks all over her door, and
3 then put braces on her door, and she was
4 preventing people that were knocking on her door.
5 They were wanting to do a lot of bad things. So,
6 I'd like to ask Cindy. She's been very brave,
7 actually, and she was able to release footage
8 that was so violent and vicious.
9        And Cindy, I wouldn't have done it
10 personally, but that's Okay. You're probably
11 braver than I am. Cindy, come up for a minute,
12 please. Come on up. Cindy Romero
13        Thank you. Thank you. This isn't just
14 affecting me. This is affecting all of you as
15 well. We've got to get Trump back in office.
16 We've got to get it done. With Trump's help, we
17 can take the state back over. We can make a
18 difference. Thank you, guys, so much for all of
19 your support, for believing me. Thank you.
20        Thank you. Thank you. She's very
21 brave. Getting all of the evidence and all of
22 that footage, you -- I just said you're very
23 brave, Cindy. Thank you very much. Really a big
24 help. And because of Cindy and others like
25 Cindy, the radical left can't say it never

Page 30

1 well. I knocked out ISIS, as you know.
2        They've been playing with ISIS for 20
3 years. I did it in one month. We have the
4 greatest military in the world, but you have to
5 know how to use them. You have to know how to
6 use them. But I protect you against outside
7 enemies. But, you know, I always say we have the
8 outside enemy, so you can say China, you can say
9 Russia, you can say Kim Jong Un, you can say --
10 but that's not -- it's going to be fun.
11        If you have a smart president, no
12 problem. It's the enemy from within. All the
13 scum that we have to deal with that hate our
14 country, that's a bigger enemy than China and
15 Russia. And I'll tell you, as an example with
16 Russia, if I were president, the Ukraine-Russia
17 situation would have never happened, would have
18 never happened.
19        October 7th in Israel would have never
20 happened. Inflation would have never happened.
21 You had no inflation. Every day, Americans like
22 Cindy are living in fear all because Kamala
23 Harris decided to empty the slums and prison
24 cells of Caracas and many other places happening
25 all over the world. Every country.

Page 32

1 happened because there we have it. And I promise
2 you this, Cindy, that Kamala Harris' reign of
3 terror ends the day I take the oath of office.
4        It ends. Your community will no longer
5 live in fear. You will once again have a
6 protector in the White House. You're going to be a
7 protector. You know, I said, I think we're doing
8 very well with women. We're doing great in the
9 polls. We're winning in all of the polls just
10 about. But somebody said, women love my policy,
11 but they don't like me.
12        I think they do like me. I'll tell you
13 what. So, they said -- and I said a week ago, I
14 said, "I think women like me because I will be
15 your protector, and I protected you for four
16 years." We had no wars. We had no terrorism.
17 We had none of these things that you're seeing
18 today at levels that nobody in the world is
19 experiencing.
20        And I said, "I will be your protector."
21 They said, "Who the hell is he to the" -- but the
22 women didn't say that. The women want
23 protection. They don't want to have these people
24 pouring into their house. And you know where
25 else I protect you? Where I protect you very

Page 31

1        You know, prison populations all over
2 the world are down. Crime all over the world is
3 down because they take the world's criminals,
4 gang members, drug dealers, and they deposit them
5 into the United States bus after bus after bus.
6 In Venezuela, their crime rate went down 72
7 percent. You know why? Because they took the
8 criminals out of Caracas and they put them along
9 your border and they said, "If you ever come
10 back, we're going to kill you."
11        Think of that. And we have to live
12 with these animals, but we're not going to live
13 with them for long, you watch. Kamala's policy
14 is to release and resettle all illegals without
15 checking -- without check. You know, she's a
16 radical left person, just so you know. She's --
17 there's no way. The biggest problem with her is
18 nobody knew who the hell she was.
19        They say, "Who's running?" "Harris."
20 "Harris. Who the hell is Harris?" They said,
21 "Kamala, the one that failed" -- the one that --
22 was the first one out in the 22-person campaign
23 for the Democrat nomination, the one that wasn't
24 able to make it to Iowa, the one that quit first.
25 She was the first one out.

Page 33

9 (Pages 30 - 33)

1    She's running, but she's more liberal
2  than Crazy Bernie Sanders.  Can you believe it?
3  She's more liberal than Pocahontas.  You know who
4  that is?  Remember Pocahontas?  She said she's
5  Indian.  Why?  "Because my cheekbones are high,"
6  my mother told me.  "My mother told me I had high
7  cheekbones, and therefore, I'm an Indian."
8        She made a living going around saying
9  she was an Indian, going to college, becoming a
10  professor.  No, but I hit her very hard.  That
11  was the end of her presidential campaign.
12  Thereby guaranteeing unfettered access for
13  Venezuelan gangs and thugs and criminals.  And,
14  you know, we're talking a lot about Venezuela
15  because Aurora is really infected by Venezuela,
16  but they're coming from all countries, all
17  countries.
18        We have the great Tom Homan, central
19  casting, right?  Tom Homan told me the other day.
20  He said, last month, it came -- they came from
21  168 countries all over the world.  Most people
22  don't even know you had that.  We actually have
23  more than 200, but they don't even know you had -
24  - but they came from 168 countries.
25        Most of them, criminals.  And they

1  going to make it better, and we're going to make
2  it better really fast.  Kamala is flying them.
3  Think of this.  She said, "No."  You know, about
4  two months ago, her and Sleepy Joe, they said,
5  "We're really getting killed by this issue.  So,
6  let's toughen up the border a little bit."
7        All he would have had to do is say --
8  you know, he keeps talking about policy and
9  "Trump told the Congress not to do this" and
10  that's not -- it's false.  All he had to do is
11  one thing, call up Border Patrol, "This is the
12  president of the United States speaking.  Close
13  the border."  And the border's closed.
14        You don't need a bill.  You don't need
15  a bill.  But he doesn't want to do that.  He
16  doesn't want to do that because they actually
17  want to have open borders.  So, they had 21
18  million people come in.  I think much more than
19  that, including the getaways.  But think of this,
20  if you had four years of that, you would have 200
21  million people come in the whole world.
22        The country would be over.  It would be
23  finished.  It wouldn't be -- you wouldn't even
24  have a country anymore.  You'd have a crime den.
25  She cannot be allowed to do this to our country.

1  deposit them in our country, and we are supposed
2  to take it.  And then the liberal philosophy is
3  we'll make them into wonderful people.  No,
4  you're not going to make them into wonderful
5  people.  Some people murdered -- many people
6  actually murdered more than three people.
7        The murderers that came in, many --
8  some were on death row, and they said it's better
9  if we just let it go to America.  This is what we
10  have, and they're in your community, but they're
11  going to be all over.  And, you know, other
12  communities in other states because every state
13  is a border state now -- it's not Texas and
14  Arizona and -- it's every state is a border
15  state, every state.
16        And they're now -- and people are
17  living in deathly fear.  Most of them -- a lot of
18  them have already been hit, but a lot of them
19  haven't.  But they're going to be hit because
20  there's millions of them.  They're all over the
21  place, and they're walking through our country
22  and they're going to be settled in a lot of these
23  states that never thought a thing like this could
24  happen.
25        It's only going to get worse, but we're

1  She shouldn't be the one that was chosen anyway
2  because she is, in fact -- by the way they chose
3  her -- a threat to democracy.
4        She really is.  And just in case you
5  didn't know it, Biden hates her.  I believe there
6  is a small possibility, very small, like 1
7  percent.  There's a 1 percent possibility that he
8  hates her more than he hates Donald Trump.  I
9  think he hates her.  The last thing he thought --
10  you know, he won the primary.  In all fairness,
11  he won.
12        It was me against him.  How about me?
13  I have to run against the guy.  I spent $150
14  million.  I had to debate him.  I debated the
15  guy.  He went way, way down, and I thought it was
16  over.  And then it's like a fighter.  Then they
17  put a new person in her, and we don't know
18  anything about her.  We have to -- but now we
19  learned, and now the people are learning, and
20  she's crashing like a rock.
21        Uh-oh.  I just thought -- just a
22  thought from a very brilliant mind.  They might
23  want to put a third person in that.  Oh, no.
24  Please be nice to Kamala, to my people, I'm
25  telling.  Everybody that's on the Trump team, be

1 nice to Kamala because they're going to put a
2 third person in.  Let's see.  Who are they going
3 to put in next?  This can only -- they keep
4 saying Hillary.
5        Hillary's coming.  Oh, Hillary's back.
6 You know, it's interesting.  If Trump talks about
7 the 2020 election, they say, "Indict him.  He's a
8 conspiracy theorist."  But Hillary is still
9 talking about 2016.  She's like -- she has got
10 serious Trump derangement syndrome.  She's got a
11 massive case of Trump derangement.
12        No.  But you ever notice she talks
13 about it all the time, all those people that --
14 but when anybody from the right talks even a
15 little bit, no, no.  We don't forget.  We're not
16 forgetting.  Hillary is talking about it.  I saw
17 her two days ago.  "What they did to me?"  Now
18 isn't it fun?  Isn't it nice?  Because I haven't
19 looked at these stupid things in about 15
20 minutes.
21        Isn't it nice to have a president that
22 doesn't need a teleprompter?  Isn't that nice?
23 Isn't that -- look at it.  Look at that.  Would
24 some of you like to go outside and let them take
25 your place for a little while?  I thought that

Page 38

1 of the border.  No.  No.  If they ever did get
2 this, and I don't believe it can happen.  I can't
3 because the American people ultimately get it
4 right this far.  But if she ever did, you're
5 going to have hundreds of millions of people
6 coming in here, and you're not going to have it
7 and they're going to take your house.
8        That woman has a beautiful house over
9 there.  I saw it actually.  Enjoy it because you
10 won't have it long.  They will take over your
11 house, just like Venezuela.  You know, Venezuela
12 was a very successful country 20 years ago.  It
13 was a rich, beautiful country.  It was taken
14 over.  And I used to talk about this.
15        I said, if they don't get it right,
16 you'll have Venezuela on steroids.  Remember?
17 And that's what you're going to have if you don't
18 vote for Trump.  I hate to say that.  But if you
19 vote for Trump, you're going to have one hell of
20 a great country.  We're going to build it back
21 and fast.  Venezuelan illegals are the No.
22        2 most resettled population, but they
23 do it through their phone app.  And on day one of
24 this Trump administration -- you know, if you
25 take a look at Springfield, Ohio, how about that?

Page 40

1 would happen.  She's flying them in now with
2 migrant flights.  So, we thought, you know -- she
3 said, "We're going to sort of" -- so they
4 tightened it up a little bit.
5        So, their numbers looked a little --
6 but it doesn't count.  The migrant flights don't
7 count.  So, they don't count.  So, she forgot to
8 tell anybody that they have massive Boeing
9 aircraft flying them in one after another over
10 the border.  So, she didn't close it.  And then
11 they have the apps, right?  How about the apps?
12 Where they have an app so that the gangs, the
13 people, the cartels, the heads of them, they can
14 call the app.
15        They call the second most resettled
16 population nobody's ever seen.  They call up the
17 app and they ask, "Where do we drop the
18 illegals?"  And people are on the other side and
19 they left that.  She actually created an app, a
20 phone system where they can call up.  I mean,
21 she's a criminal.  She's a criminal.  She really
22 is, if you think about it.
23        So, now we inform them that you didn't
24 close up the border because you have hundreds of
25 thousands of people being flown in over the top

Page 39

1 They have they have about 50,000 people.  No
2 crime, beautiful community.  Everything nice.
3 Schools, everything is nice.  They dropped in
4 32,000 people that are really illegal.
5        You know, they did it in such a way
6 that they could make the case, you know?  They
7 said they did it through probation.  What's
8 probation?  They took him in through probation.
9 So, I assume they assume they're, like, prisoners
10 or something, and therefore, they're legal.  They
11 brought in 32,000 people into a community of 50,
12 a community that was a nice community.
13        And now, if you want to go to the
14 hospital, you can't get in.  Your children can't
15 get into school.  And what they're doing is
16 looking -- the mayor is a very nice man.  I mean,
17 I think he's nice.  He's trying to do well.  He's
18 looking for interpreters because they don't speak
19 the language of you and you and everybody in this
20 room.
21        It's a totally different language.  So,
22 they're looking for interpreters and he's acting
23 like, "Yes, we're having a hard time hiring
24 interpreters."  This community was hit with
25 32,000 illegal migrants.  They have to go back to

Page 41

11 (Pages 38 - 41)

1  where they came from.  I'm sorry.  Springfield,
2  Ohio.  On day one of the Trump Organization, the
3  Trump Organization, when I founded it, it was
4  nice, but now it's great.
5        But I want to get back to the Trump
6  administration because the Trump administration
7  is going to do things like has really never been
8  done.  We're going to clean this thing out.  The
9  good thing about this four-year period -- it's a
10 horrible period.  It's a shame it happened.  It
11 should've never happened.  Shouldn't have
12 happened.
13       But they've done so badly that we'll be
14 able to do it, and we'll be able to do it with
15 cheers because people see how bad it is and how
16 bad it's been run.  And that's why there's far
17 more enthusiasm for this move, the greatest
18 movement ever.  It's this -- and, by the way, if
19 it wasn't, the fake news would be headlines.
20       Donald Trump lied.  When Biden would
21 get up and he'd say, "We're going to stop MAGA.
22 We're going to do something about MAGA."
23 Remember with the pink wall, he looked like the
24 devil, right?  Remember the pink wall?  "We're
25 going to stop, MAGA.  I think it's called MAGA.
Page 42

1  We're going to stop MAGA."  And I said, "Joe,
2  it's called Make America Great Again," and he
3  wants to stop it.
4        He wants to stop it.  "We're going to
5  stop that."  But the border will be sealed.  The
6  invasion will be stopped.  The migrant flights
7  will end, and Kamala's app for illegals will be
8  shut down immediately within 24 hours.  All
9  within 24 hours.  And, you know, I've always had
10 an ability to do a lot of things, so I got to do
11 something else in the first day.
12       I'm going to do all those things.  The
13 border, we're going to make it strong very
14 quickly.  We're going to get people out that are
15 criminals and horrible people, but we're also
16 going to do something else.  Drill, baby, drill.
17 Two things.  On that same day, we will begin the
18 task of finding and deporting every single
19 illegal alien gang member from our country.
20       We'll get them out.  This will be a
21 major, national undertaking according to newly
22 published data from ICE.  The great patriots of
23 ICE, I call them.  These guys are tough as hell,
24 I tell you.  They should be fighting for Dana
25 White, UFC, ICE.  You got to see them.  They go
Page 43

1  in MS-13.  That's another beautiful gang.
2        They're tough as hell.  They've taken
3  them out by the thousands.  She wants to end ICE.
4  She doesn't want to have ICE.  But they informed
5  us that over the last short period of time,
6  13,099 illegal aliens, convicted of murder, are
7  at large and dropped into the United States
8  against their wishes, against our Border Patrol's
9  wish -- the wishes of our Border Patrol.
10       They were saying, "Please don't do
11 this.  Please don't do this."  Even as the New
12 York Times, which is totally corrupt I mean, I
13 can't stand that paper.  I can't stand that.  You
14 know what you do with the Times?  When you read a
15 story, just think the opposite.  They're the
16 enemy of the people.  They're really -- New York
17 Times is the enemy.
18       Washington Post is the enemy of the
19 people, too.  I don't understand it.  Why?  Why?
20 And then they lose credibility.  Eventually, they
21 go out of business.  I call it the failing New
22 York Times.  But even as the New York Times
23 recently reported, the TDA Venezuelan prison gang
24 has, "sneaked" into the United States among the
25 millions of migrants who have crossed the border
Page 44

1  and is peddling drugs, guns, and women all across
2  the 50 states from the urban centers like New
3  York and Chicago to Florida beaches to the once
4  tranquil middle America.
5        It was once tranquil.  You were once
6  tranquil.  In Colorado, the gang even got a green
7  light to shoot police officers.  Did you know
8  that the gang got the okay to kill your police?
9  You know that.  By the way, that's the New York
10 Times.  That's not me.  That's the New York Times
11 saying that.  They got the green light to kill
12 your police.
13       Just days ago, it was an amazing day.
14 I was in a small town, Prairie Du Chien in
15 Wisconsin.  You know, we're leading Wisconsin by
16 four and a half points too, right?  They have a
17 similar problem.  You know, almost all states
18 have this.  You know, just so we set it straight,
19 Aurora's got a lot of publicity, but you have
20 states that have a bigger problem than Aurora.
21       You have -- that people aren't talking
22 about.  A lot of the people that run the states,
23 they don't want to talk about it.  They want to
24 try and solve it, but they can't because they're
25 not tough enough.  You need very tough people
Page 45

12 (Pages 42 - 45)

1 like ICE, like military. You need very tough
2 people to solve it. They can't -- you know,
3 you'll have a sheriff with one or two men, and
4 you'll have 25 migrants with weaponry that they
5 haven't even seen in some cases.
6      No, you need help. But they don't want
7 to talk about it because the public relations is
8 so bad for the town or the little city that they
9 run or the big city. Look at Chicago. Look at
10 New York. Look at Los Angeles. What's happening
11 to it? In Wisconsin, where last month an illegal
12 alien member of this ruthless gang was arrested
13 for holding a mother and a daughter captive
14 against their will and sexually assaulting them
15 again and again and again.
16      In Houston in June, 12-year-old Jocelyn
17 Nungaray was kidnapped, tied up, and assaulted
18 for two hours under the bridge before she was
19 murdered by two Venezuelan TDAs, these gang
20 members who Kamala Harris had ordered -- Kamala
21 Harris had ordered and let into the United
22 States. Totally unvetted. Nobody knew who they
23 were.
24      Totally unvetted. Come on in. You
25 just come on in. In New York City, another gang

1      I'm announcing today that upon taking
2 office, we will have an Operation Aurora at the
3 federal level to expedite the removals of these
4 savage gangs, and I will invoke the Alien Enemies
5 Act of 1798. Think of that, 1798. This was put
6 there 1798. That's a long time ago, right? To
7 target and dismantle every migrant criminal
8 network operating on American soil.
9      Who would have ever thought that a
10 president or a future president would ever have
11 to stand here and say such things? Who would
12 think that that's even possible to have to do?
13 So, many things are changed in the last four
14 years, but that's the state of our country now
15 after Kamala and Joe Biden have just absolutely
16 destroyed our country.
17      We're a country in tremendous distress.
18 We're a failing country. We're laughed at all
19 over the world. We will send elite squads of
20 ICE, Border Patrol, and federal law enforcement
21 officers to hunt down, arrest, and deport every
22 last illegal alien gang member until there is not
23 a single one left in this country.
24      And if they come back into our country,
25 they will be told it is an automatic 10-year

1 member recently shot two New York City police
2 officers, hitting one in the chest and the other
3 in the leg. They were really, really badly hurt,
4 probably going to make it. And just last week,
5 police arrested over a dozen members of TDA, the
6 Venezuelan gang, who had taken over yet another
7 apartment complex in San Antonio.
8      They're, like, in the real estate
9 business like I used to be. They take over a lot
10 of real estate, but they do it by gunpoint. I
11 had to go borrow money. I had to see the banks.
12 This is a wonderful deal. Would you like to?
13 But they just walk in with guns and take it over.
14 It's much quicker. It's a horrible -- in San
15 Antonio -- and terrorized its residents to a
16 level that they've never seen before.
17      San Antonio police very aptly named
18 their law enforcement effort Operation Aurora
19 because Aurora was the one that was first and got
20 all that publicity. Operation Aurora. In honor
21 of Jocelyn Nungaray, Laken Riley, beautiful
22 Laken, Rachel Moran, and all of the others that
23 are dead and/or mortally wounded at the hands of
24 migrants who should never have been allowed into
25 our country.

1 sentence in jail with no possibility of parole.
2 And I'm hereby calling for the death penalty for
3 any migrant that kills an American citizen or a
4 law enforcement officer. With your vote, we will
5 achieve complete and total victory over these
6 sadistic monsters.
7      It's going to go very quickly.
8 Remember our local police? They're great. I
9 know them so well. They've been restricted from
10 operating. They're great. They know everything
11 about every one of them. I said, "Oh, how will
12 you ever find them?" The local police know
13 everyone. They know their middle names. They
14 know their serial numbers, where they live.
15      No. And they want to do their job.
16 They're done. You have no idea how many police
17 officers say, "Sir, we're going to indemnify them
18 against any prosecutions" because they get
19 prosecuted if they do their work. Going to pass
20 that. It'll pass so fast. If they do their job,
21 they get prosecuted by their own people.
22      They get sued by the people that won't
23 take care of the criminals, some of the DAs that
24 won't do the -- think of it, and AGs. They won't
25 go after the criminal, but they'll go after our

13 (Pages 46 - 49)

1 police officers if they do the job. We will take
2 back our suburbs. We'll take back our cities and
3 towns, and we will take back our country, and we
4 will do it very, very quickly.
5      What Kamala Harris -- and remember -- I
6 remember when Joe -- he didn't want to do it. He
7 was too tired. He didn't want to do it. I like
8 to do it myself. And by the way, how good is JD
9 Vance? Is he great? I know JD, JD is going to
10 be saying, "Sir, let me do it. I want to do it,
11 sir." And if he did it, it would be done right.
12      But I'd say, "JD, I want to do it.
13 We'd have an argument over who's going to do it."
14 It'll be done right. But JD was great. He was
15 great the other night exposing that total moron.
16 Man, can you imagine? How about at a debate, a
17 guy calls himself a knucklehead? He says he's a
18 knucklehead, and he is a knucklehead when you get
19 right down.
20      What a team that is. So, Joe Biden is
21 considered the worst president in the history of
22 our country. They are considered the worst
23 administration in the history of our country, and
24 the only one that's happy is Jimmy Carter because
25 by comparison, he looked like a brilliant

Page 50

1 president. Okay? Much better. No.
2      He was much better. What Kamala Harris
3 has done to our border is a crime and an atrocity
4 of the highest order. But even after all of the
5 pain and suffering she's caused when Kamala was
6 asked this week, if she would do anything
7 different than Biden, she choked like a dog. She
8 said not one thing. I would -- so she wouldn't
9 have done anything different.
10      Let's take a look at this video.
11      [BEGIN VIDEO]
12      SUNNY HOSTIN: Would you have done
13 something differently than President Biden during
14 the past four years?
15      KAMALA HARRIS: There is not a thing
16 that comes to mind.
17      MARK SCHMITZ: I stood there on the
18 tarmac watching you check your watch.
19      ANDREA MITCHELL: The chaotic and
20 deadly U.S. evacuation from Afghanistan stunned
21 Americans and the world and cost the lives of
22 thirteen U.S. soldiers.
23      SUNNY HOSTIN: Would you have done
24 something differently?
25      KAMALA HARRIS: There is not a thing

Page 51

1 that comes to mind.
2      REPORTER: More than 13,000 illegal
3 immigrants convicted of murder have been caught
4 at the border and then released into the United
5 States.
6      ENRIQUE ACEVEDO: An Afghan national is
7 in custody today after being accused of plotting
8 an election-day terrorist attack. The suspect
9 entered the U.S. on a special immigrant visa.
10      REPORTER: Gut-wrenching new details in
11 the murder of Georgia nursing student, Laken
12 Riley.
13      REPORTER: The illegal immigrant
14 suspect who, cops say, committed the heinous
15 murder is a Venezuelan national who crossed the
16 unsecured southern border back in 2022.
17      REPORTER: Two men, investigators say,
18 are in the country illegally from Venezuela are
19 charged with capital murder in the death of
20 Jocelyn Nungaray.
21      REPORTER: A fifth illegal immigrant
22 accused of attacking two New York City police
23 officers over the weekend showed no remorse or
24 regret.
25      SUNNY HOSTIN: Would you have done

Page 52

1 something differently?
2      KAMALA HARRIS: There is not a thing
3 that comes to mind.
4      REPORTER: Only 18 percent say the
5 economy is in excellent or good condition. U.S.
6 inflation has hit a new 40-year high, increasing
7 by 9.1 percent over the financial year.
8      REPORTER: The cost of homes have
9 spiked. Home buyers need to earn 80 percent more
10 than they did in 2020 to afford a house.
11      DANA BASH: Were you the last person in
12 the room?
13      KAMALA HARRIS: Yes.
14      [END VIDEOTAPE]
15      PRESIDENT DONALD TRUMP: Can you
16 imagine? I watched that, and I said, well, this
17 is going to be a long answer because she's got --
18 you know, she's changed 15 policies. She was in
19 favor of gun confiscation. Every single thing
20 that you don't want, 15 times. I said this --
21 and she changed. Nobody's ever -- if you change
22 one thing, you're in trouble.
23      She did -- every single thing. But
24 every single thing she changed, she would end up
25 doing, including banning fracking, which is going

Page 53

14 (Pages 50 - 53)

1 to drive up cost, which -- and hence, I'm leading
2 Pennsylvania by a lot. That would be the end of
3 Pennsylvania. That would be the end of
4 Pennsylvania. But that statement, "I can't think
5 of a thing I changed from Joe Biden," the worst
6 president ever.
7     She's not going to change. No, she
8 choked. I thought this was going to be a long
9 answer. Long, beautiful -- the weave. I thought
10 she'd do a weave like Trump does. You know,
11 weave and then always come back into what you're
12 doing. You need a great memory for that. She
13 doesn't have that. But what she said is
14 disqualifying.
15     If she had any honor, she would drop
16 out of the race right now and resign the vice
17 presidency. A disgrace, because she's -- what
18 she has done to the country is unthinkable. It
19 was just announced yesterday that inflation came
20 in substantially higher than expected last month,
21 double what was predicted with much of the gain
22 coming from food prices going up, rent and
23 housing costs going up, and car prices going
24 through the roof.
25     Four years ago, when I left office, we

Page 54

1 have some wonderful people. And I want you to
2 take a look at military the way it was, where we
3 won two world wars, where we had something known
4 as Fort Bragg, where the names were changed. We
5 win two wars out of Fort Bragg, and they want to
6 change the name.
7     But where they changed the name, they
8 changed the name out of places that we won a lot
9 of military battles, wars. And I thought you
10 should see, the way it sort of was, you get a
11 pretty heavy dose of this. And I saw it the
12 other day. I said, "We got to put it up." Go
13 ahead, please.
14     [VIDEOTAPE]
15     DRILL SERGEANT: You little scumbag. I
16 got your name. I got your ass. You will not
17 laugh. You will not cry. You will learn by the
18 numbers.
19     MAN: Happy pride. Happy pride
20 month. And actually, let's declare it a summer
21 of pride.
22     DRILL SERGEANT: So, you're a killer.
23     MARINE: Sir, yes, sir.
24     DRILL SERGEANT: Let me see your war
25 face.

Page 56

1 had no inflation. We had virtually -- think of
2 it. We had no inflation virtually for my whole
3 term, four years. We had the greatest economy in
4 the history of our country. We never had an
5 economy like that. And we were energy-
6 independent. How does that sound? We're energy-
7 independent.
8     Now we're buying our oil from Venezuela
9 and other countries. Under Biden and Harris, the
10 economy has been a disaster. The worst inflation
11 in history, costing the typical family $29,000
12 and higher prices. Think of that, 29,000. But I
13 think to me, the worst thing of all when she says
14 she wouldn't have changed -- this is something
15 that if it was me, I mean, you'd never see me
16 again.
17     I really believe it. Kamala lost
18 325,000 migrant children who are now dead or in
19 slavery. They're gone. She's missing 325,000
20 children. Their parents are looking -- they're
21 never going to see their parents again. They
22 came in. They were taken in. And they're either
23 dead in slavery or just plain missing.
24     It's a horrible thing. And I thought
25 I'd put this up because it's a beautiful day. We

Page 55

1     MARINE: Sir.
2     DRILL SERGEANT: You got a war face?
3 Ahhh, that's a war face. Now let me see your war
4 face.
5     MARINE: Ahhh.
6     DRILL SERGEANT: Bullshit. You didn't
7 convince me. Let me see your real war face. You
8 will be a weapon. You will be a minister of
9 death, praying for war. But until that day, you
10 are pukes. You are the lowest form of life on
11 earth. You are not even killing fucking pigs.
12 You are nothing but unorganized, grab-asstic
13 pieces of amphibian shit.
14     It wasn't me like the best party you
15 ran down to practice your mama's ass and ended up
16 as a brown stain on the mattress. I love working
17 for Uncle Sam.
18     MARINES: I love working for Uncle Sam.
19     DRILL SERGEANT: Lets me know just who
20 I am.
21     MARINES: Lets me know just who I am.
22     DRILL SERGEANT: One, two, three, four,
23 United States, Marine Corps.
24     MARINE: One, two, three, four, United
25 States Marine Corps.

Page 57

15 (Pages 54 - 57)

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**ER0847**

1    [END VIDEO]
2    [AUDIENCE CHANTS "USA"]
3    PRESIDENT DONALD TRUMP:  And you see
4 all of that, and Kamala says she wouldn't change
5 one thing from the worst president in the history
6 of our country.  She wouldn't change one thing.
7 The only way to end this suffering is to vote for
8 change this November.  You got to vote for
9 change.  Emergency rooms in Denver, beautiful
10 Denver, have been, think of this, 6,000 percent
11 increase in patients, 6000 percent increase.
12    You're not going to get a room, you
13 know, when you go to hospitals.  You're not going
14 to get a room.  Someday, you don't know it
15 because you hopefully won't need a hospital.  But
16 if you do, you're not going to be able to get in.
17 They come in from Colombia, from Honduras, from
18 Ecuador, from Venezuela.  They come in for many
19 you cannot get a room.
20    They can't get a room.  A hospital only
21 15 miles outside Aurora has been overwhelmed by
22 20,000 visits from illegal aliens, costing the
23 hospital over $10 million, and those costs are
24 being passed on to you directly.  Before Kamala
25 Harris, before she came, Denver schools enrolled

Page 58

1 an average -- listen to this, though.
2    Denver schools, this is the way it used
3 to be, enrolled an average of 500 new students
4 every year.  Earlier this year, it was reported
5 that they were enrolling 500 new students every
6 two weeks, most of them coming in from South
7 American countries.  They don't speak our
8 language, and they don't even want to be here,
9 frankly.
10    Many of them don't even want to be
11 here.  In Aurora, nearly 3,000 illegal migrant
12 children have been placed into your elementary
13 schools, middle schools, and high schools once
14 again at your expense, and at the cost of more
15 opportunity for them and no opportunity for your
16 kids.  They're not -- your kids can't even get
17 into their own schools.
18    Kids that went to a school aren't even
19 able to get back in.  They're taking care of
20 these people before they take care of our
21 children.  These massive new burdens on our
22 education and health care systems are being
23 experienced by communities all across our country
24 and are destroying your children's education,
25 safety, and indeed destroying their lives.

Page 59

1    And as you know, FEMA, which has
2 totally gotten out of control and away from its
3 mission -- it had a mission, a big mission.  You
4 know what that mission was, to save people in
5 storms and other things.  Has spent billions and
6 billions of dollars illegally allowing people to
7 come into our country and destroying our once
8 beautiful way of life.
9    Yet hurricane victims from North
10 Carolina, Georgia, Florida, South Carolina,
11 Tennessee, Louisiana, Texas, all over our
12 country, when you have storms all over our
13 country, different kinds of storms, different
14 kinds of catastrophes, they can't get housing or
15 rescues, and they're offered pennies on the
16 dollar.
17    They're offered pennies on the dollar.
18 These people that have gone through hell are
19 offered pennies on the dollar from Kamala and
20 Joe, and yet we give hundreds of billions of
21 dollars from countries that people have never
22 even heard of in this country.  And now Kamala
23 wants to provide amnesty and citizenship to the
24 21 million illegal aliens she let in, including
25 murderers, gang members, drug lords, human

Page 60

1 traffickers, not to mention the millions of
2 getaways, and all of the others that very smart
3 leaders have viciously thrown out of their
4 countries.
5    These are very smart leaders.  I would
6 do it.  I would have done it faster than them, I
7 tell you.  Soon as I thought of it, I said, you
8 know, that's -- remember I said it three years
9 ago.  I said that's going to happen if they have
10 open borders, and I was right.  But who Kamala
11 has allowed into our country at the expense of
12 our children, our mothers, our fathers, our
13 grandparents, our uncles, and our aunts.
14    Under the Trump administration, we will
15 put American citizens first, American children
16 first, American patients first, American
17 taxpayers first, American workers first, and
18 American communities first.  We will put
19 communists, Marxists, and fascists last, and they
20 will always be last.  I will end catch and
21 release.
22    I will restore Remain in Mexico.
23 Remember, I got it done with the Mexican
24 government, Remain in Mexico.  They couldn't come
25 into this country and they had to remain in

Page 61

16 (Pages 58 - 61)

1  Mexico.  You think that was easy to get from
2  Mexico, was it?  But I got it.  I got everything.
3  I will bring back Title 42, medical rejections.
4        People come in, they're very sick.
5  Very sick.  They're coming into our country.
6  They're very, very, very sick with highly
7  contagious disease, and they're let into our
8  country to infect our country.  And they're
9  coming in at numbers that nobody's ever seen
10  before.  I will send Congress a bill to ban all
11  sanctuary cities in our country, including
12  Denver.
13        And we will begin the largest
14  deportation operation in the history of the
15  United States.  We will close the border.  We
16  will stop the invasion of illegals into our
17  country.  We will defend our territory.  We will
18  not be conquered.  We will not be conquered.  We
19  will reclaim our sovereignty, and Colorado will
20  vote for Trump as a protest and signal to the
21  world that we are not going to take it anymore.
22        We're not going to take it anymore.  I
23  will liberate Colorado.  I will give you back
24  your freedom and your life, and together, we will
25  make America powerful again.  We will make

Page 62

1        C E R T I F I C A T I O N
2
3  I, Sonya Ledanski Hyde, certify that the
4  foregoing transcript is a true and accurate
5  record of the proceedings.
6
7
8
9  *Sonya M. Ledanski Hyde*
10
11  Veritext Legal Solutions
12  330 Old Country Road
13  Suite 300
14  Mineola, NY 11501
15
16  Date:  February 18, 2025
17
18
19
20
21
22
23
24
25

Page 64

1  America wealthy again.  We will make America
2  healthy again.  We will make America strong
3  again.  We will make America proud again.
4        We will make America safe again, and we
5  will make America great again.  Thank you,
6  Colorado.  Vote for Trump.  God bless you.  God
7  bless you, all.  Thank you.
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 63

17 (Pages 62 - 64)

## [1 - alien]

| 1 |
|---|
| **1**  15:17 37:6,7 |
| **10**  25:23 48:25 58:23 |
| **11**  1:13 |
| **11501**  64:14 |
| **12**  14:25 46:16 |
| **12151**  64:9 |
| **13**  44:1 |
| **13,000**  16:14 52:2 |
| **13,099**  44:6 |
| **14**  7:3 |
| **15**  2:23 38:19 53:18,20 58:21 |
| **150**  37:13 |
| **168**  34:21,24 |
| **1798**  48:5,5,6 |
| **18**  53:4 64:16 |

| 2 |
|---|
| **2**  16:17 40:22 |
| **20**  16:17 32:2 40:12 |
| **20,000**  58:22 |
| **200**  34:23 36:20 |
| **2015**  26:21 27:10 |
| **2016**  4:22 20:17 38:9 |
| **2020**  20:18 38:7 53:10 |
| **2022**  52:16 |
| **2024**  1:13 19:4 |
| **2025**  64:16 |

| 20th  23:3,5 |
|---|
| **21**  36:17 60:24 |
| **22**  7:6 33:22 |
| **24**  43:8,9 |
| **25**  5:11,12 8:19 46:4 |
| **29,000**  55:11,12 |

| 3 |
|---|
| **3,000**  59:11 |
| **300**  64:13 |
| **32,000**  41:4,11 41:25 |
| **325,000**  55:18 55:19 |
| **330**  64:12 |
| **35**  26:10 |

| 4 |
|---|
| **40**  53:6 |
| **42**  62:3 |
| **47s**  12:13 |

| 5 |
|---|
| **50**  14:15 41:11 45:2 |
| **50,000**  41:1 |
| **500**  59:3,5 |
| **5th**  19:4 |

| 6 |
|---|
| **6,000**  58:10 |
| **60**  24:22,24 26:5 |
| **6000**  58:11 |

| 7 |
|---|
| **72**  33:6 |
| **7th**  32:19 |

| 8 |
|---|
| **80**  22:17 53:9 |

| 9 |
|---|
| **9.1**  53:7 |
| **911**  15:20 |

| a |
|---|
| **ability**  43:10 |
| **able**  30:7 33:24 42:14,14 58:16 59:19 |
| **abolish**  16:23 |
| **absolutely**  48:15 |
| **access**  34:12 |
| **accurate**  64:4 |
| **accused**  17:2 52:7,22 |
| **acevedo**  52:6 |
| **achieve**  49:5 |
| **act**  48:5 |
| **acting**  41:22 |
| **action**  7:10,10 |
| **actually**  4:21 20:5,13 24:20 25:18 30:7 34:22 35:6 36:16 39:19 40:9 56:20 |
| **added**  25:3,10 25:19,22 |

| administration  17:15 40:24 42:6,6 50:23 61:14 |
|---|
| **admitting**  27:24 |
| **affecting**  30:14 30:14 |
| **afford**  53:10 |
| **afghan**  17:1 52:6 |
| **afghanistan**  51:20 |
| **afraid**  12:10,10 |
| **africa**  28:13 |
| **afternoon**  2:25 |
| **ago**  6:5 8:23 11:25 18:4 24:12 31:13 36:4 38:17 40:12 45:13 48:6 54:25 61:9 |
| **ags**  49:24 |
| **ahead**  56:13 |
| **ahhh**  57:3,5 |
| **aircraft**  39:9 |
| **airing**  25:21 |
| **ak**  12:13 |
| **al**  26:24,25 27:5 |
| **alabama**  2:8 |
| **alaska**  5:9 |
| **alien**  7:12 23:12 43:19 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

[alien - bad]

46:12 48:4,22
**aliens** 8:22 44:6
  58:22 60:24
**alleged** 23:13
**allegedly** 14:25
**allowed** 10:13
  29:4 36:25
  47:24 61:11
**allowing** 12:22
  60:6
**alphonse** 27:9
**alvaro** 14:9
**amazing** 27:9
  45:13
**america** 5:22
  16:2 18:17,18
  19:5 20:24
  27:13 28:13
  29:7 35:9 43:2
  45:4 62:25
  63:1,1,2,3,4,5
**american** 2:4
  7:20 15:15
  40:3 48:8 49:3
  59:7 61:15,15
  61:16,16,17,18
**americans**
  32:21 51:21
**amnesty** 60:23
**amphibian**
  57:13
**andrea** 51:19
**angeles** 46:10
**angrier** 22:4

**angry** 21:2,3
**animal** 23:22
**animals** 33:12
**ankle** 23:21
**announced** 6:6
  26:21 27:10
  54:19
**announcing**
  48:1
**answer** 24:23
  53:17 54:9
**antonio** 17:7
  47:7,15,17
**anybody** 5:6
  22:4 24:12,13
  24:15 29:6
  38:14 39:8
**anymore** 6:18
  26:18 28:6
  36:24 62:21,22
**anyway** 37:1
**apartment** 7:22
  8:12 13:16,23
  16:5 17:9
  22:14 23:20
  26:12 47:7
**app** 39:12,14
  39:17,19 40:23
  43:7
**appear** 13:17
**appreciate** 4:15
**apprehended**
  16:19
**apps** 39:11,11

**aptly** 47:17
**aragua** 7:24
  14:6 15:4 17:6
**areas** 12:16
  15:11
**argument**
  50:13
**arizona** 35:14
**armed** 8:7 16:4
**army** 7:12
**arrest** 14:22
  48:21
**arrested** 17:21
  23:19 46:12
  47:5
**arrived** 23:23
**arrow** 9:14
  24:4
**article** 3:25
**asia** 28:15
**asked** 51:6
**asking** 26:6
**ass** 56:16 57:15
**assaulted** 15:1
  46:17
**assaulting**
  14:20 46:14
**asses** 23:6
**asstic** 57:12
**assume** 41:9,9
**asylums** 7:17
**atrocity** 51:3
**attack** 15:5
  17:3 52:8

**attacking** 52:22
**attention** 6:10
  6:11
**audience** 19:7
  58:2
**aunts** 61:13
**aurora** 1:14
  3:23 6:9 7:22
  11:18,23 13:17
  16:5 19:8
  23:13 24:1
  26:10 29:10,16
  29:18 34:15
  45:20 47:18,19
  47:20 48:2
  58:21 59:11
**aurora's** 45:19
**automatic**
  48:25
**average** 59:1,3

**b**

**babies** 28:10
**baby** 43:16
**back** 2:3,20
  11:2 27:22
  30:15,17 33:10
  38:5 40:20
  41:25 42:5
  48:24 50:2,2,3
  52:16 54:11
  59:19 62:3,23
**backstage** 4:5
**bad** 3:10 10:22
  25:21 29:2
  30:5 42:15,16

Page 2

## [bad - buying]

46:8
**badly** 3:7 13:2
  18:24 42:13
  47:3
**ballot** 20:2,6,9
  20:11 21:21
**ban** 62:10
**banks** 47:11
**banning** 53:25
**barbaric** 8:20
**based** 26:9
**bash** 53:11
**bat** 20:15
**bathing** 18:10
**battles** 23:9
  56:9
**beach** 18:9
**beaches** 11:12
  11:22 45:3
**beat** 3:3,6 23:8
  23:15
**beating** 17:21
  23:14
**beautiful** 2:3
  9:3,4 11:11,12
  11:21 23:10
  40:8,13 41:2
  44:1 47:21
  54:9 55:25
  58:9 60:8
**beautifully**
  7:19
**becoming** 34:9
**bed** 29:25

**beginning** 2:13
**believe** 11:3
  21:5,24 24:21
  24:22 29:22
  34:2 37:5 40:2
  55:17
**believed** 4:24
**believing** 30:19
**bernie** 34:2
**best** 11:14,15
  12:17 27:11
  57:14
**betrayals** 6:12
**better** 5:6
  12:14,19 20:16
  20:17,18 23:4
  35:8 36:1,2
  51:1,2
**beyond** 23:14
  23:15
**biden** 16:9
  17:15 26:4
  37:5 42:20
  48:15 50:20
  51:7,13 54:5
  55:9
**big** 4:5,10 25:4
  30:23 46:9
  60:3
**bigger** 8:4
  32:14 45:20
**biggest** 3:7
  33:17
**bill** 36:14,15
  62:10

**billions** 60:5,6
  60:20
**bit** 22:2 36:6
  38:15 39:4
**bless** 2:11,11
  63:6,7
**bloodthirsty**
  19:13
**blown** 16:3
**boebert** 2:25
**boeing** 39:8
**booked** 17:25
**border** 6:19,20
  8:22,24 10:4
  14:16 15:25
  16:13,19 18:6,7
  23:23,24 33:9
  35:13,14 36:6
  36:11,13 39:10
  39:24 40:1
  43:5,13 44:8,9
  44:25 48:20
  51:3 52:4,16
  62:15
**border's** 36:13
**borders** 9:24
  15:23 36:17
  61:10
**borrow** 47:11
**bottom** 9:14
**boza** 14:9,13
**braces** 30:3
**bragg** 56:4,5
**brain** 7:9,10
  23:17

**brave** 20:5 30:6
  30:21,23
**bravely** 29:13
**braver** 30:11
**breaking** 13:23
  23:16,16,21
**bridge** 46:18
**brilliant** 20:5
  37:22 50:25
**bring** 16:10
  62:3
**bringing** 27:17
  27:18,19 28:7
**broadcast**
  25:18
**bronco** 4:6
**brought** 41:11
**brown** 57:16
**build** 40:20
**building** 8:12
  8:16,19 22:21
  23:20
**buildings** 12:13
**bullets** 14:4
**bullshit** 57:6
**burdens** 59:21
**burst** 8:16
**bursting** 12:12
**bus** 33:5,5,5
**business** 2:20
  14:1 44:21
  47:9
**buyers** 53:9
**buying** 55:8

Page 3

**[c - come]**

| c | | | |
|---|---|---|---|
| **c**  64:1,1 | **cartels**  39:13 | **checked**  9:22 | **city**  3:23 15:10 |
| **call**  6:9 15:20 | **carter**  50:24 | **checking**  33:15 | 15:13 46:8,9,25 |
| 18:18 36:11 | **case**  37:4 38:11 | **cheekbones** | 47:1 52:22 |
| 39:14,15,16,20 | 41:6 | 34:5,7 | **clean**  29:6 42:8 |
| 43:23 44:21 | **cases**  46:5 | **cheers**  42:15 | **clinton**  27:4 |
| **called**  6:19 | **casting**  34:19 | **cheney**  3:3 | **clip**  13:21 |
| 19:23,24 20:24 | **catastrophes** | **chest**  47:2 | **close**  21:25 |
| 42:25 43:2 | 60:14 | **chicago**  45:3 | 22:1 36:12 |
| **calling**  49:2 | **catch**  61:20 | 46:9 | 39:10,24 62:15 |
| **calls**  50:17 | **caught**  8:9 | **chicago's**  15:8 | **closed**  36:13 |
| **camera**  8:9 | 25:16 52:3 | **chien**  45:14 | **clue**  5:13 19:11 |
| 29:13 | **caused**  51:5 | **children**  41:14 | **cold**  21:15 |
| **campaign**  1:13 | **cbs**  24:23 26:8 | 55:18,20 59:12 | **collect**  13:24 |
| 33:22 34:11 | **cell**  13:20 | 59:21 61:12,15 | **college**  34:9 |
| **candidate**  3:15 | **cells**  32:24 | **children's** | **colleyville** |
| **candidates**  3:12 | **centers**  45:2 | 26:12 59:24 | 17:25 |
| **capacity**  4:2 | **central**  34:18 | **china**  32:8,14 | **colombia**  58:17 |
| **capital**  17:18 | **certify**  64:3 | **choice**  22:23 | **colorado**  1:14 |
| 52:19 | **change**  53:21 | **choked**  51:7 | 2:16 6:9 16:6 |
| **capone**  26:25 | 54:7 56:6 58:4 | 54:8 | 19:2,21 21:1,9 |
| 26:25 27:5,9 | 58:6,8,9 | **chose**  37:2 | 21:19,24 22:11 |
| **captive**  46:13 | **changed**  48:13 | **chosen**  37:1 | 22:12 29:19,19 |
| **car**  29:15 54:23 | 53:18,21,24 | **chuck**  3:20,21 | 45:6 62:19,23 |
| **caracas**  32:24 | 54:5 55:14 | 3:22 | 63:6 |
| 33:8 | 56:4,7,8 | **cindy**  29:11,15 | **come**  7:15 |
| **care**  12:1 49:23 | **chants**  19:7 | 30:6,9,11,12,23 | 10:19,23 12:16 |
| 59:19,20,22 | 58:2 | 30:24,25 31:2 | 15:14 18:15,16 |
| **career**  4:11 | **chaotic**  51:19 | 32:22 | 22:17 28:12,13 |
| **careful**  9:21 | **charge**  6:20 | **cities**  16:1 50:2 | 28:14,14,15,16 |
| **carlo**  11:13 | 10:3 | 62:11 | 28:17 29:12 |
| **carolina**  2:8,8 | **charged**  17:18 | **citizen**  49:3 | 30:11,12 33:9 |
| 60:10,10 | 23:14 52:19 | **citizens**  7:20 | 36:18,21 46:24 |
| **carrying**  13:17 | **chart**  24:2,3,3 | 15:16 61:15 | 46:25 48:24 |
| | **check**  33:15 | **citizenship** | 54:11 58:17,18 |
| | 51:18 | 60:23 | 60:7 61:24 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

ER0853

**[come - crisis]**

| | | | |
|---|---|---|---|
| 62:4 | **confiscation** | **corps** 57:23,25 | **county** 3:22 |
| **comes** 11:2 | 53:19 | **corrupt** 44:12 | **couple** 12:24 |
| 15:20 51:16 | **congo** 28:13 | **cost** 51:21 53:8 | 13:3 26:4 |
| 52:1 53:3 | **congratulations** | 54:1 59:14 | 28:21 |
| **coming** 9:17 | 4:12 | **costing** 55:11 | **court** 15:2 |
| 34:16 38:5 | **congress** 3:4,8 | 58:22 | 17:20 20:4 |
| 40:6 54:22 | 3:15 36:9 | **costs** 54:23 | 22:7 |
| 59:6 62:5,9 | 62:10 | 58:23 | **coward** 12:2 |
| **commit** 28:8 | **congressional** | **councilwoman** | **cowards** 12:11 |
| **committed** | 3:12 | 3:23 | **crank** 3:14 |
| 12:20,22 17:12 | **congressman** | **count** 39:6,7,7 | **crashing** 37:20 |
| 52:14 | 4:17 | **countries** 10:3 | **crazy** 34:2 |
| **communists** | **congresswo...** | 34:16,17,21,24 | **created** 16:9 |
| 61:19 | 2:25 | 55:9 59:7 | 39:19 |
| **communities** | **conquered** 19:9 | 60:21 61:4 | **credibility** |
| 35:12 59:23 | 19:10,12 62:18 | **country** 2:15 | 44:20 |
| 61:18 | 62:18 | 5:21,21 6:14,15 | **crime** 8:15 16:8 |
| **community** | **consequences** | 6:17 8:25 9:17 | 23:11 27:19 |
| 7:19 10:12 | 15:24 | 9:18 14:11,18 | 28:8 33:2,6 |
| 23:11 29:22 | **considered** | 17:15,17 18:7 | 36:24 41:2 |
| 31:4 35:10 | 50:21,22 | 18:15 19:14,18 | 51:3 |
| 41:2,11,12,12 | **conspiracy** | 23:7,8,25 28:4 | **crimes** 12:20 |
| 41:24 | 38:8 | 29:7 32:14,25 | 12:22 14:20 |
| **compared** 5:4 | **constantly** | 35:1,21 36:22 | **criminal** 18:19 |
| 27:14 28:4,10 | 18:24 | 36:24,25 40:12 | 39:21,21 48:7 |
| **comparison** 5:6 | **contagious** 62:7 | 40:13,20 43:19 | 49:25 |
| 50:25 | **control** 60:2 | 47:25 48:14,16 | **criminals** 7:13 |
| **complete** 49:5 | **convicted** 16:15 | 48:17,18,23,24 | 8:15 12:23 |
| **complex** 13:16 | 44:6 52:3 | 50:3,22,23 | 16:13 19:13 |
| 16:5 17:9 47:7 | **convince** 57:7 | 52:18 54:18 | 28:5,9,9,24,25 |
| **complexes** 7:23 | **cooperate** | 55:4 58:6 | 29:1 33:3,8 |
| 22:14 | 14:14 | 59:23 60:7,12 | 34:13,25 43:15 |
| **concept** 22:5 | **cops** 14:22 | 60:13,22 61:11 | 49:23 |
| **condition** 53:5 | 17:12 52:14 | 61:25 62:5,8,8 | **crisis** 15:25 |
| | | 62:11,17 64:12 | |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

ER0854

**[crooked - dose]**

**crooked** 24:25
**crossed** 44:25
  52:15
**crossing** 13:12
  16:20
**crossings** 16:1
**crowd** 6:3
  20:20
**cry** 56:17
**culture** 21:23
**current** 15:9
**custody** 8:22,23
  10:5 17:2 52:7
**customs** 14:16
**cut** 25:2,4,5,6,7
  25:9,21
**czar** 6:19 23:25

**d**

**dallas** 17:22
**dana** 43:24
  53:11
**danielle** 3:23
**dare** 27:12
**darling** 3:12
**darren** 3:22
**das** 49:23
**data** 43:22
**date** 64:16
**daughter** 16:17
  46:13
**davis** 4:3
**day** 5:24 6:2,8
  9:15 17:2,3
  18:1 19:5,5
  22:24 24:6

29:16 31:3
32:21 34:19
40:23 42:2
43:11,17 45:13
52:8 55:25
56:12 57:9
**days** 5:11,12
  17:25 38:17
  45:13
**de** 7:24 14:6
  15:4 17:6
**dead** 21:17
  47:23 55:18,23
**deadly** 15:23
  51:20
**deal** 27:7 32:13
  47:12
**dealers** 33:4
**dearly** 18:22
**death** 17:18
  35:8 49:2
  52:19 57:9
**deathly** 35:17
**debate** 37:14
  50:16
**debated** 37:14
**decided** 32:23
**declare** 56:20
**defeat** 5:12
**defeating** 3:8
**defend** 62:17
**definitely** 27:16
**democracy**
  21:7 37:3

**democrat** 10:20
  20:9 33:23
**democrats** 20:4
  21:5 22:3,4
**den** 36:24
**denver** 4:6 15:6
  58:9,10,25 59:2
  62:12
**deny** 12:3
**deport** 48:21
**deportation**
  62:14
**deporting**
  43:18
**deposit** 33:4
  35:1
**derangement**
  38:10,11
**derek** 4:6,15
**deserved** 3:9
**destroyed**
  48:16
**destroying** 6:16
  59:24,25 60:7
**details** 17:10
  52:10
**devil** 42:24
**die** 15:22
**difference** 25:4
  30:18
**different** 11:24
  14:21 22:18
  41:21 51:7,9
  60:13,13

**differently**
  51:13,24 53:1
**directly** 58:24
**director** 3:16
**disaster** 55:10
**discuss** 20:19
**discussing** 2:21
**disease** 62:7
**disgrace** 54:17
**dismantle** 48:7
**disqualifying**
  54:14
**distress** 48:17
**documents**
  15:2 17:20
**dog** 51:7
**doing** 2:15,16
  6:15 7:21
  19:15,19 22:10
  26:22 31:7,8
  41:15 53:25
  54:12
**dollar** 60:16,17
  60:19
**dollars** 60:6,21
**donald** 1:14 2:1
  18:3 37:8
  42:20 53:15
  58:3
**door** 13:20,22
  29:25 30:2,3,4
**doors** 23:8
**doorstep** 13:12
**dose** 56:11

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**ER0855**

## [double - fast]

double  54:21
douglas  3:22
dozen  17:5 47:5
drill  43:16,16
    56:15,22,24
    57:2,6,19,22
drive  54:1
drop  39:17
    54:15
dropped  41:3
    44:7
drug  14:7 33:4
    60:25
drugs  27:18
    45:1
du  45:14
dumb  28:19
dungeons  7:13
    7:15,16

### e

e  64:1
earlier  13:18
    18:1 59:4
early  5:7
earn  53:9
earth  28:11
    57:11
east  28:15
easy  62:1
economy  53:5
    55:3,5,10
ecuador  58:18
edge  13:16
education
    59:22,24

effective  19:15
effort  47:18
egregious  6:12
either  28:18
    55:22
election  17:3
    38:7 52:8
elementary
    59:12
elite  48:19
emergency
    58:9
emmanuel
    17:24
emptied  10:1,1
empty  32:23
ended  57:15
endorsed  4:22
    5:7
endorsement
    3:14 4:23
ends  31:3,4
enemies  32:7
    48:4
enemy  32:8,12
    32:14 44:16,17
    44:18
energy  55:5,6
enforcement
    7:25 8:1 14:12
    14:15 18:21
    47:18 48:20
    49:4
engage  23:9

enjoy  40:9
enrique  52:6
enrolled  58:25
    59:3
enrolling  59:5
entered  17:4
    52:9
enthusiasm
    20:22,25 42:17
entire  13:11
    25:11
escalator  5:2
especially  21:4
    26:13
estate  47:8,10
evacuation
    51:20
evans  3:14
eventually
    44:20
everybody  2:2
    9:22 20:7,9,10
    27:24 37:25
    41:19
evidence  30:21
evident  7:21
evil  27:2
example  32:15
excellent  53:5
expected  54:20
expecting  13:13
expedite  48:3
expense  59:14
    61:11

expensive  13:1
experienced
    8:15 59:23
experiencing
    31:19
explain  19:10
exposing  50:15
extortion  14:7

### f

f  64:1
fabbricatore
    3:17,18
fabric  21:23
face  56:25 57:2
    57:3,4,7
fact  13:2 22:1
    27:14 37:2
failed  33:21
failing  44:21
    48:18
fairness  7:2
    37:10
fake  21:8 27:21
    42:19
false  36:10
family  13:24
    55:11
fan  7:3
fantastic  3:11
    4:19
far  40:4 42:16
fascists  61:19
fast  19:16
    22:14 36:2
    40:21 49:20

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[faster - going]**

| | | | |
|---|---|---|---|
| **faster** 61:6 | 61:15,16,16,17 | **founder** 3:24 | 48:22 60:25 |
| **fatally** 8:19 | 61:17,18 | **four** 6:4,18 | **gangs** 19:20 |
| **fathers** 61:12 | **five** 24:12 | 8:23 18:3 | 34:13 39:12 |
| **favor** 16:11 | **fled** 14:10 | 29:25 31:15 | 48:4 |
| 53:19 | **flee** 29:15 | 36:20 42:9 | **gather** 13:20 |
| **favorite** 9:2 | **flights** 39:2,6 | 45:16 48:13 | **georgia** 2:8 |
| 24:3 | 43:6 | 51:14 54:25 | 52:11 60:10 |
| **fbi** 14:17 | **flip** 11:7 | 55:3 57:22,24 | **getaways** 36:19 |
| **fear** 26:12 31:5 | **florida** 2:7 | **fracking** 53:25 | 61:2 |
| 32:22 35:17 | 14:10 45:3 | **frankly** 59:9 | **getting** 8:3 |
| **fearing** 22:22 | 60:10 | **fraud** 12:3 | 30:21 36:5 |
| **february** 64:16 | **flown** 39:25 | **free** 23:11 | **give** 11:4 27:2 |
| **federal** 48:3,20 | **flying** 36:2 39:1 | **freedom** 62:24 | 60:20 62:23 |
| **feel** 26:18 | 39:9 | **friends** 21:10 | **given** 13:9 15:4 |
| **fellow** 14:13 | **following** 21:18 | 21:11 | **gives** 12:18 |
| **felt** 25:7 | **food** 54:22 | **fucking** 57:11 | **giving** 12:19 |
| **fema** 60:1 | **footage** 29:13 | **full** 16:3 | 13:1 |
| **field** 3:15 | 30:7,22 | **fun** 23:22 26:23 | **go** 13:21 26:20 |
| **fifth** 52:21 | **football** 4:6 | 26:23 32:10 | 35:9 38:24 |
| **fight** 19:20 | **force** 18:19 | 38:18 | 41:13,25 43:25 |
| **fighter** 37:16 | **forced** 8:9,10 | **further** 2:6 | 44:21 47:11 |
| **fighting** 43:24 | 8:11 22:20 | **future** 48:10 | 49:7,25,25 |
| **figure** 11:23 | 29:15 | **g** | 56:12 58:13 |
| **fill** 14:3 | **forcing** 13:21 | **gabe** 3:14 | **god** 2:11,11 |
| **finally** 6:9 | **foregoing** 64:4 | **gain** 54:21 | 63:6,6 |
| **financial** 53:7 | **forget** 38:15 | **gang** 7:12,24 | **goes** 27:4 |
| **find** 12:7 49:12 | **forgetting** | 8:2 13:22 14:1 | **going** 2:5,20,21 |
| **finding** 26:1 | 38:16 | 14:6,11,14,17 | 2:22,22 5:12,13 |
| 43:18 | **forgot** 39:7 | 15:3,9 16:4 | 5:22 7:7 10:14 |
| **finished** 36:23 | **form** 57:10 | 17:6,8,23 22:16 | 11:19,19,25 |
| **fire** 8:18 | **former** 3:15 | 22:16 23:8,12 | 16:12 18:25 |
| **first** 11:12 | 14:9 15:9 | 24:14 33:4 | 19:15,17 22:11 |
| 15:10 20:14 | **fort** 56:4,5 | 43:19 44:1,23 | 22:12,13,13,24 |
| 33:22,24,25 | **founded** 42:3 | 45:6,8 46:12,19 | 22:25 23:5,6,7 |
| 43:11 47:19 | | 46:25 47:6 | 29:8,12 31:6 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**ER0857**

**[going - hell]**

| | | | |
|---|---|---|---|
| 32:10 33:10,12 | **great** 2:3,12,19 | 37:13,15 50:17 | **harris** 5:13 |
| 34:8,9 35:4,11 | 2:19 3:20,21 | **guys** 18:11 23:5 | 6:20,21,22,24 |
| 35:19,22,25 | 4:4,11,17 5:9 | 30:18 43:23 | 10:12 16:9,11 |
| 36:1,1 38:1,2 | 5:22 7:5 9:10 | **h** | 16:23 23:24 |
| 39:3 40:5,6,7 | 18:11,11,21 | | 31:2 32:23 |
| 40:17,19,20 | 20:24 21:1 | **hagerman** 3:5 | 33:19,20,20 |
| 42:7,8,21,22,25 | 25:5 29:3,7 | **half** 45:16 | 46:20,21 50:5 |
| 43:1,4,12,13,14 | 31:8 34:18 | **hall** 5:15 | 51:2,15,25 53:2 |
| 43:16 47:4 | 40:20 42:4 | **halls** 5:19 | 53:13 55:9 |
| 49:7,17,19 50:9 | 43:2,22 49:8,10 | **hamilton** 16:18 | 58:25 |
| 50:13 53:17,25 | 50:9,14,15 | **hammers** 23:9 | **hate** 32:13 |
| 54:7,8,22,23,23 | 54:12 63:5 | **hancock** 3:24 | 40:18 |
| 55:21 58:12,13 | **greatest** 20:23 | **handguns** 8:8 | **hates** 37:5,8,8,9 |
| 58:16 61:9 | 25:17 32:4 | 13:18 | **headlines** 42:19 |
| 62:21,22 | 42:17 55:3 | **hands** 47:23 | **heads** 39:13 |
| **good** 3:1,16 6:2 | **green** 15:5 45:6 | **happen** 10:14 | **health** 11:10 |
| 6:2,8 7:8 10:21 | 45:11 | 19:15 29:3,5 | 59:22 |
| 10:22 18:9 | **greg** 3:2,2 | 35:24 39:1 | **healthy** 63:2 |
| 22:3 28:20,21 | **group** 13:15 | 40:2 61:9 | **hear** 14:24 |
| 28:22,23 42:9 | 17:21 | **happened** 9:19 | **heard** 7:9 28:1 |
| 50:8 53:5 | **groups** 23:10 | 11:23 15:18 | 60:22 |
| **gotten** 4:21 | **guaranteeing** | 24:4,5 26:1,2,4 | **heart** 25:8 |
| 60:2 | 34:12 | 26:6 31:1 | **heat** 27:12,23 |
| **government** | **gun** 23:9 53:19 | 32:17,18,20,20 | **heavy** 56:11 |
| 61:24 | **gunfire** 29:16 | 42:10,11,12 | **heinous** 17:12 |
| **governor** 10:15 | **gunpoint** 8:13 | **happening** 2:14 | 52:14 |
| 19:11,19 24:19 | 8:17 47:10 | 28:4 29:17 | **held** 8:16 |
| **governors** | **guns** 12:17,17 | 32:24 46:10 | **hell** 2:14 3:18 |
| 10:20 | 12:19,20 24:15 | **happy** 26:17 | 4:1,11 5:13 |
| **grab** 57:12 | 45:1 47:13 | 50:24 56:19,19 | 6:22 11:23 |
| **grandparents** | **gut** 52:10 | **hard** 4:9 29:21 | 12:16 19:17,21 |
| 61:13 | **guy** 3:25 4:10 | 34:10 41:23 | 19:25 24:25 |
| **graph** 9:2,4 | 4:11 10:16 | **hardworking** | 25:13 27:21,23 |
| **gray** 3:21 | 11:3 12:11 | 2:4 | 31:21 33:18,20 |
| | 24:18 25:4 | **harriet** 3:5,5,6 | 40:19 43:23 |
| | | 3:10 | |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[hell - indicted]**

| | | | |
|---|---|---|---|
| 44:2 60:18 | **homes** 53:8 | **hundreds** | **imagine** 29:17 |
| **help** 5:10 15:14 | **honduras** | 14:20 39:24 | 29:20 50:16 |
| 15:20,21 30:16 | 58:17 | 40:5 60:20 | 53:16 |
| 30:24 46:6 | **honesty** 26:9 | **hunt** 4:18 48:21 | **immediately** |
| **helping** 15:15 | **honor** 10:24 | **hunter** 27:5 | 43:8 |
| **hernandez** | 20:1 47:20 | **hurricane** 60:9 | **immigrant** 17:4 |
| 17:24,24 | 54:15 | **hurricanes** 2:7 | 17:11 52:9,13 |
| **high** 4:2 15:25 | **hope** 10:17 | **hurt** 47:3 | 52:21 |
| 34:5,6 53:6 | 21:9,19 | **husband** 21:16 | **immigrants** |
| 59:13 | **hopefully** 58:15 | **hyde** 64:3 | 16:15 52:3 |
| **higher** 54:20 | **horrendous** | **i** | **immigration** |
| 55:12 | 29:1 | **ice** 3:15 16:23 | 9:11 13:7 |
| **highest** 51:4 | **horrible** 26:15 | 43:22,23,25 | **importantly** |
| **highly** 62:6 | 29:1 42:10 | 44:3,4 46:1 | 21:22 24:21 |
| **hillary** 27:4 | 43:15 47:14 | 48:20 | **imported** 7:12 |
| 38:4,8,16 | 55:24 | **idea** 49:16 | **improperly** |
| **hillary's** 38:5,5 | **hospital** 41:14 | **identified** 8:21 | 16:22 |
| **hiring** 41:23 | 58:15,20,23 | **ideology** 19:1 | **impunity** 14:13 |
| **history** 3:4,8 | **hospitals** 58:13 | **iii** 3:25 | **including** 14:16 |
| 8:24 9:17,18 | **hostin** 51:12,23 | **illegal** 7:12 | 36:19 53:25 |
| 18:6 23:25 | 52:25 | 8:21 9:11 | 60:24 62:11 |
| 24:4 25:18 | **hours** 43:8,9 | 12:15 15:1 | **incompetent** |
| 50:21,23 55:4 | 46:18 | 16:14 17:11 | 24:23 |
| 55:11 58:5 | **house** 10:19 | 23:12 41:4,25 | **increase** 58:11 |
| 62:14 | 19:23 31:6,24 | 43:19 44:6 | 58:11 |
| **hit** 2:7 29:16 | 40:7,8,11 53:10 | 46:11 48:22 | **increased** 13:9 |
| 34:10 35:18,19 | **housekeeper** | 52:2,13,21 | **increasing** 53:6 |
| 41:24 53:6 | 14:2 | 58:22 59:11 | **indemnify** |
| **hitting** 47:2 | **housing** 54:23 | 60:24 | 49:17 |
| **hold** 23:1 | 60:14 | **illegally** 13:13 | **independent** |
| **holding** 46:13 | **houston** 46:16 | 16:20 17:17 | 55:6,7 |
| **homan** 34:18 | **human** 14:8 | 52:18 60:6 | **indian** 34:5,7,9 |
| 34:19 | 60:25 | **illegals** 33:14 | **indict** 38:7 |
| **home** 9:5 26:19 | **humanitarian** | 39:18 40:21 | **indicted** 12:7,8 |
| 29:15 53:9 | 16:10 | 43:7 62:16 | |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

## [indignant - know]

**indignant** 21:5
**indignation** 21:1
**ineffective** 10:15,16 19:18 21:2
**infect** 62:8
**infected** 34:15
**infested** 22:15
**inflation** 32:20 32:21 53:6 54:19 55:1,2,10
**inflicted** 6:13 10:11,12
**inflicting** 23:17
**inform** 39:23
**informed** 44:4
**injury** 23:17
**innocent** 7:20
**insane** 7:17
**instance** 26:3
**institutions** 7:18 10:1
**interesting** 38:6
**interestingly** 7:7
**interpreters** 41:18,22,24
**interviewed** 26:5
**invaded** 19:9
**invasion** 16:3 23:13 43:6 62:16

**investigated** 26:24 27:3,8
**investigators** 17:16 52:17
**invoke** 48:4
**iowa** 7:5 33:24
**isis** 32:1,2
**isolated** 15:19
**israel** 32:19
**issue** 36:5
**it'll** 49:20 50:14

### j

**jail** 19:13 49:1
**jails** 7:17 9:25 28:16
**january** 23:3,5
**jared** 10:18 19:19
**jaw** 23:16
**jd** 50:8,9,9,12 50:14
**jeff** 3:14
**jimmy** 50:24
**job** 3:1,5,6,16 3:20,21 9:10 18:22,23 19:19 49:15,20 50:1
**jocelyn** 14:25 17:19 46:16 47:21 52:20
**joe** 7:3,3 18:8 36:4 43:1 48:15 50:6,20 54:5 60:20

**john** 3:17,18
**joined** 2:24 29:10
**jong** 32:9
**june** 14:23 15:1 46:16
**jurinsky** 3:24

### k

**kamala** 5:12 6:20,25 7:12 10:6,11 16:11 16:23 22:15 23:24 28:6 31:2 32:22 33:21 36:2 37:24 38:1 46:20,20 48:15 50:5 51:2,5,15 51:25 53:2,13 55:17 58:4,24 60:19,22 61:10
**kamala's** 33:13 43:7
**kayla** 16:18
**kayla's** 16:19 16:21
**keep** 21:21 26:19 38:3
**keeps** 36:8
**kick** 19:13
**kidding** 4:23
**kidnapped** 46:17
**kidnapping** 14:8

**kids** 26:14,14 26:16,19 59:16 59:16,18
**kill** 14:12 15:5 33:10 45:8,11
**killed** 8:5 10:7 15:1 36:5
**killer** 56:22
**killers** 21:15
**killing** 57:11
**kills** 49:3
**kim** 32:9
**kinds** 60:13,14
**kiss** 9:6,7
**knew** 24:24 33:18 46:22
**knifepoint** 8:17
**knocked** 27:21 32:1
**knocking** 30:4
**know** 2:9,21 4:10,21 5:1 6:3 6:21 8:1 10:17 10:18,18,21 12:4,5,25 18:23 20:12,17 21:4 21:10,25 22:8 23:3,18 24:8 25:2,12,15 27:25 28:2 29:5,8,11 31:7 31:24 32:1,5,5 32:7 33:1,7,15 33:16 34:3,14 34:22,23 35:11

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[know - made]**

| | | | |
|---|---|---|---|
| 36:3,8 37:5,10 | **leader** 6:12 | **light** 15:5 45:7 | 38:23,23 40:25 |
| 37:17 38:6 | 23:13 | 45:11 | 46:9,9,10 51:10 |
| 39:2 40:11,24 | **leaders** 61:3,5 | **liked** 20:16 | 56:2 |
| 41:5,6 43:9 | **leading** 19:20 | **line** 6:6 | **looked** 38:19 |
| 44:14 45:7,9,15 | 20:3,8,10 22:1 | **lined** 15:14 | 39:5 42:23 |
| 45:17,18 46:2 | 45:15 54:1 | **listen** 59:1 | 50:25 |
| 49:9,10,12,13 | **learn** 56:17 | **literally** 24:6 | **looking** 41:16 |
| 49:14 50:9 | **learned** 37:19 | **little** 4:8 5:5 6:5 | 41:18,22 55:20 |
| 53:18 54:10 | **learning** 37:19 | 12:25 18:13 | **looks** 18:9 |
| 57:19,21 58:13 | **leave** 18:8,10 | 22:2 36:6 | **loosen** 13:6 |
| 58:14 60:1,4 | 26:11 | 38:15,25 39:4,5 | **lopez** 3:2 |
| 61:8 | **led** 6:17 20:2 | 46:8 56:15 | **lords** 60:25 |
| **known** 7:24 8:5 | **ledanski** 64:3 | **live** 21:12,14,19 | **los** 46:10 |
| 14:6 18:17 | **left** 9:15,15 | 29:18,18,19 | **lose** 18:25 29:6 |
| 56:3 | 15:22 30:25 | 31:5 33:11,12 | 44:20 |
| **knows** 6:22 | 33:16 39:19 | 49:14 | **lost** 55:17 |
| **knucklehead** | 48:23 54:25 | **lives** 22:22 | **lot** 2:12,13 10:7 |
| 50:17,18,18 | **leg** 47:3 | 26:12 51:21 | 21:10,10,11 |
| | **legal** 41:10 | 59:25 | 27:23 29:17 |
| **l** | 64:11 | **living** 14:10 | 30:5 34:14 |
| **lady** 11:12 | **legally** 18:16 | 22:18 32:22 | 35:17,18,22 |
| **laken** 17:11 | **level** 47:16 48:3 | 34:8 35:17 | 43:10 45:19,22 |
| 47:21,22 52:11 | **levels** 31:18 | **liz** 3:3 | 47:9 54:2 56:8 |
| **language** 41:19 | **liberal** 22:7 | **local** 22:14 49:8 | **lots** 27:16 |
| 41:21 59:8 | 34:1,3 35:2 | 49:12 | **louisiana** 60:11 |
| **large** 14:11 | **liberate** 62:23 | **lock** 29:25 | **love** 11:6 21:9 |
| 44:7 | **liberation** 19:4 | **locks** 30:1,2 | 31:10 57:16,18 |
| **largest** 3:3 | 19:5 | **long** 23:4 33:13 | **low** 24:4 |
| 62:13 | **license** 26:8,8 | 40:10 48:6 | **lowest** 9:16 |
| **laugh** 56:17 | 26:10 | 53:17 54:8,9 | 57:10 |
| **laughed** 48:18 | **lied** 42:20 | **longer** 31:4 | **lowry** 13:16 |
| **lauren** 2:25 3:1 | **life** 9:11 29:22 | **longest** 6:6 | |
| **law** 7:25,25 | 57:10 60:8 | **look** 9:18 12:24 | **m** |
| 14:12,15 18:21 | 62:24 | 20:21 24:3,5,5 | **made** 5:2 7:4 |
| 47:18 48:20 | | 27:22 28:24 | 14:17 25:5,23 |
| 49:4 | | | 27:20 28:2 |

**[made - murdered]**

34:8
**maga** 20:23
42:21,22,25,25
43:1
**major** 43:21
**make** 5:22 19:3
20:24 22:12,13
28:24 29:7
30:17 33:24
35:3,4 36:1,1
41:6 43:2,13
47:4 62:25,25
63:1,2,3,4,5
**mama's** 57:15
**man** 4:4,7,16
8:19 23:14
41:16 50:16
56:19
**man's** 23:21
**manager** 14:3
**margin** 3:3
**marine** 56:23
57:1,5,23,24,25
**marines** 57:18
57:21
**mark** 51:17
**marxists** 61:19
**massive** 38:11
39:8 59:21
**mattress** 57:16
**mayor** 41:16
**mean** 39:20
41:16 44:12
55:15

**meanness** 27:6
**means** 15:19
**medical** 62:3
**meet** 10:23
15:8
**member** 14:2
23:12 43:19
46:12 47:1
48:22
**members** 7:13
13:22 14:19,23
15:5,9 16:5
17:6,8,22 23:8
33:4 46:20
47:5 60:25
**memory** 54:12
**men** 8:6,7
13:15,19,21
17:16,21 23:20
46:3 52:17
**mental** 7:17
10:1
**mention** 2:18
61:1
**message** 4:24
10:6,9
**met** 4:4
**mexican** 61:23
**mexico** 9:21
18:13,14 61:22
61:24 62:1,2
**miami** 14:21
**middle** 28:15
45:4 49:13
59:13

**migrant** 7:13
15:11 16:8
39:2,6 43:6
48:7 49:3
55:18 59:11
**migrants** 12:15
15:2,14 41:25
44:25 46:4
47:24
**migration** 13:9
**mike** 4:3,3,3,4
4:4
**miles** 58:21
**military** 12:13
12:14,19 32:4
46:1 56:2,9
**million** 7:4
36:18,21 37:14
58:23 60:24
**millions** 20:18
35:20 40:5
44:25 61:1
**mind** 37:22
51:16 52:1
53:3
**mineola** 64:14
**minister** 57:8
**minor** 5:4,5
**minute** 30:11
**minutes** 2:24
8:18 24:23,24
25:23 26:5
38:20
**missing** 55:19
55:23

**mission** 60:3,3
60:3,4
**mistake** 13:6
**mitchell** 51:19
**money** 47:11
**monsters** 49:6
**monte** 11:13
**month** 8:6
13:19 17:22
32:3 34:20
46:11 54:20
56:20
**months** 11:25
36:4
**moran** 47:22
**morning** 21:18
**moron** 50:15
**mortally** 47:23
**mother** 14:24
26:11 34:6,6
46:13
**mothers** 61:12
**move** 13:24
15:12 20:2,14
42:17
**movement**
20:23,23 42:18
**multiple** 7:22
**murder** 14:8,21
16:15 17:10,12
17:18 44:6
52:3,11,15,19
**murdered**
16:18 35:5,6
46:19

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

ER0862

**[murderer - opposite]**

**murderer**
16:19,21
**murderers**
12:24 35:7
60:25

**n**

**n** 64:1
**naive** 28:19
**name** 3:19 6:21
6:24,25 10:17
56:6,7,8,16
**named** 47:17
**names** 49:13
56:4
**nation** 6:13
19:3
**national** 17:1
17:13 43:21
52:6,15
**nbc** 6:5
**nearly** 59:11
**need** 16:24
36:14,14 38:22
45:25 46:1,6
53:9 54:12
58:15
**neighborhoods**
15:8
**network** 48:8
**networks** 6:5
**never** 4:5 5:16
7:4 8:14,15
18:7 23:18
26:18 30:25
32:17,18,19,20

35:23 42:7,11
47:16,24 55:4
55:15,21 60:21
**new** 15:2 17:10
24:19 37:17
44:11,16,21,22
45:2,9,10 46:10
46:25 47:1
52:10,22 53:6
59:3,5,21
**newly** 43:21
**news** 3:10
27:21 42:19
**nfl** 4:12
**nice** 6:24 10:23
19:22 28:7,18
28:24 37:24
38:1,18,21,22
41:2,3,12,16,17
41:17 42:4
**night** 9:6 29:25
50:15
**nightmare**
29:23
**nine** 20:5,7
**nobody's** 39:16
53:21 62:9
**nomination**
33:23
**nonprofits**
15:13
**north** 2:8 60:9
**nose** 23:16
**notes** 12:25

**notice** 38:12
**november** 19:4
58:8
**number** 9:16
**numbers** 39:5
49:14 56:18
62:9
**nungaray**
14:25 17:19
46:17 47:21
52:20
**nursing** 52:11
**ny** 64:14
**nypd** 14:20,22

**o**

**o** 64:1
**oath** 31:3
**occupied** 18:18
18:18,19,20
**occurrence**
15:19
**october** 1:13
32:19
**offered** 60:15
60:17,19
**office** 3:16 9:15
10:25 30:15
31:3 48:2
54:25
**officer** 14:10,14
49:4
**officers** 14:20
15:6 45:7 47:2
48:21 49:17
50:1 52:23

**oh** 4:8 9:7
10:24,24,25
26:22 27:22
37:21,23 38:5
49:11
**ohio** 40:25 42:2
**oil** 55:8
**okay** 7:8 27:20
28:25 30:10
45:8 51:1
**old** 8:19 14:25
16:17 26:11
46:16 64:12
**once** 23:10,22
31:5 45:3,5,5
59:13 60:7
**ones** 9:20 10:21
10:22
**open** 9:24
13:22 15:23
23:9 36:17
61:10
**opened** 8:18
15:10
**operating** 48:8
49:10
**operation**
47:18,20 48:2
62:14
**opportunity**
59:15,15
**opposite** 9:12
9:13 25:1
44:15

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

[order - political]

| | | | |
|---|---|---|---|
| **order** 51:4 | **patients** 58:11 | 38:13 39:13,18 | **place** 6:4 7:21 |
| **ordered** 46:20 | 61:16 | 39:25 40:3,5 | 11:24 21:9 |
| 46:21 | **patriots** 2:5,19 | 41:1,4,11 42:15 | 35:21 38:25 |
| **organization** | 43:22 | 43:14,15 44:16 | **placed** 59:12 |
| 42:2,3 | **patrol** 8:22 | 44:19 45:21,22 | **places** 22:19 |
| **outside** 6:4 8:8 | 10:5 16:20 | 45:25 46:2 | 32:24 56:8 |
| 8:19 20:20,21 | 36:11 44:9 | 49:21,22 56:1 | **plain** 55:23 |
| 32:6,8 38:24 | 48:20 | 59:20 60:4,6,18 | **plan** 14:1 |
| 58:21 | **patrol's** 44:8 | 60:21 62:4 | **play** 13:3 |
| **oval** 10:25 | **paul** 12:2 | **percent** 22:17 | **player** 4:6 |
| **overwhelmed** | **peaceful** 23:10 | 22:21 33:7 | **playing** 32:2 |
| 58:21 | **peanuts** 27:14 | 37:7,7 53:4,7,9 | **please** 9:1 13:4 |
| **own** 6:13 12:14 | 28:3 | 58:10,11 | 30:12 37:24 |
| 15:21 16:18 | **peddling** 45:1 | **period** 5:18 | 44:10,11 56:13 |
| 49:21 59:17 | **penalty** 49:2 | 42:9,10 44:5 | **pleased** 2:24 |
| | **pennies** 60:15 | **person** 3:8 4:17 | **pledge** 19:3 |
| **p** | 60:17,19 | 5:20 6:19 | **plotting** 17:2 |
| | **pennsylvania** | 10:10 21:2 | 52:7 |
| **pain** 51:5 | 54:2,3,4 | 33:16,22 37:17 | **pocahontas** |
| **palin** 5:9 | **pension** 18:25 | 37:23 38:2 | 34:3,4 |
| **paper** 9:5 44:13 | **people** 2:12,19 | 53:11 | **points** 45:16 |
| **parents** 55:20 | 3:13 5:25 6:13 | **personally** | **police** 14:5,9,13 |
| 55:21 | 6:17 7:6 8:6,13 | 30:10 | 15:6 17:25 |
| **parole** 16:10 | 8:14 9:16,22 | **phenomena** | 45:7,8,12 47:1 |
| 49:1 | 10:7,8 12:12,23 | 27:9 | 47:5,17 49:8,12 |
| **paroled** 17:14 | 16:7,12 17:5 | **philosophy** | 49:16 50:1 |
| **part** 14:11 15:3 | 18:11,15 20:16 | 35:2 | 52:22 |
| 20:11,13 | 21:14 22:3 | **phone** 13:20 | **policies** 13:7 |
| **party** 57:14 | 27:2,15,17 28:7 | 39:20 40:23 | 53:18 |
| **pass** 49:19,20 | 28:8,10,11,11 | **picture** 13:22 | **policy** 31:10 |
| **passed** 58:24 | 28:18,24 29:18 | **piece** 9:5 | 33:13 36:8 |
| **past** 6:18 51:14 | 30:4 31:23 | **pieces** 57:13 | **polis** 10:18 |
| **pastor** 9:9,10 | 34:21 35:3,5,5 | **pigs** 57:11 | 19:19,22 20:1 |
| **pathetic** 12:4 | 35:5,6,16 36:18 | **pink** 42:23,24 | **political** 4:16 |
| **pathetically** | 36:21 37:19,24 | | |
| 12:3 | | | |

Page 15

**[politician - really]**

| | | | |
|---|---|---|---|
| politician 29:4 | presidential | professor 34:10 | putting 16:1 |
| poll 22:1 | 34:11 | program 16:9 | **q** |
| polls 20:3 31:9 | prestigious | project 3:25 | question 25:24 |
| 31:9 | 24:24 | promise 31:1 | quick 12:25 |
| poor 12:16 | pretty 5:19 6:7 | properties | quicker 47:14 |
| popular 4:16 | 7:8 22:9 23:11 | 11:15,16 | quickly 2:18 |
| 4:16 | 56:11 | property 14:3 | 43:14 49:7 |
| population | preventing | prosecuted | 50:4 |
| 39:16 40:22 | 30:4 | 49:19,21 | quit 7:5,6 33:24 |
| populations | prey 7:19 | prosecutions | quote 26:13 |
| 33:1 | prices 54:22,23 | 49:18 | 29:23 |
| possibility 37:6 | 55:12 | protect 31:25 | **r** |
| 37:7 49:1 | pride 56:19,19 | 31:25 32:6 | r 64:1 |
| possible 24:7 | 56:21 | protected 31:15 | race 54:16 |
| 24:10 29:5 | primary 37:10 | protection | rachel 47:22 |
| 48:12 | prison 7:24 | 14:16 31:23 | radical 30:25 |
| post 44:18 | 22:16 32:23 | protector 31:6 | 33:16 |
| pouring 31:24 | 33:1 44:23 | 31:7,15,20 | ran 18:12 20:17 |
| powerful 14:12 | prisoners 41:9 | protest 21:20 | 28:2 57:15 |
| 62:25 | prisons 7:17 | 62:20 | rapists 27:19 |
| practice 57:15 | 22:17 28:16 | proud 2:4 63:3 | rate 33:6 |
| prairie 45:14 | probably 16:24 | provide 60:23 | rather 11:21 |
| praying 2:10 | 26:4 27:1 | public 46:7 | 25:21 |
| 57:9 | 30:10 47:4 | publicity 45:19 | read 44:14 |
| predicted 54:21 | probation 41:7 | 47:20 | reading 5:24 |
| presidency | 41:8,8 | published | real 47:8,10 |
| 26:21 27:10 | problem 2:23 | 29:13 43:22 | 57:7 |
| 54:17 | 11:19,20 32:12 | pukes 57:10 | realized 4:5 |
| president 1:14 | 33:17 45:17,20 | put 9:1,1,2,3 | really 2:19 3:11 |
| 2:1 3:25 10:13 | problems 27:16 | 12:25 19:12 | 3:13,16 15:17 |
| 18:3 32:11,16 | 27:18 | 30:3 33:8 | 21:2,7,24 28:19 |
| 36:12 38:21 | proceedings | 37:17,23 38:1,3 | 29:1,3 30:23 |
| 48:10,10 50:21 | 64:5 | 48:5 55:25 | 34:15 36:2,5 |
| 51:1,13 53:15 | professionals | 56:12 61:15,18 | 37:4 39:21 |
| 54:6 58:3,5 | 18:22 | | |

**[really - says]**

| | | | |
|---|---|---|---|
| 41:4 42:7 44:16 47:3,3 55:17 | 40:16 42:23,24 49:8 50:5,6 61:8,23 | **rifles** 8:7 13:18 24:15 | **running** 7:2 29:3 33:19 34:1 |
| **recently** 23:14 44:23 47:1 | **remorse** 52:23 | **right** 4:25 5:20 7:1,22 8:7 9:8 | **runs** 24:20 |
| **reclaim** 62:19 | **removals** 48:3 | 11:17,20,25 | **russia** 32:9,15 32:16,16 |
| **recognition** 23:15,15 | **rent** 13:25 54:22 | 17:7 22:9 24:5 27:5,24,25 | **ruthless** 46:12 |
| **record** 15:25 64:5 | **reported** 44:23 59:4 | 34:19 38:14 39:11 40:4,15 | **s** |
| **recorded** 9:18 | **reporter** 13:6,8 13:11,15 14:5 | 42:24 45:16 48:6 50:11,14 | **sadistic** 49:6 |
| **recovering** 2:7 | 14:19,24 15:4,7 | 50:19 54:16 | **safe** 18:7 22:12 22:13 26:13,17 |
| **refused** 14:14 | 15:13,23,25 | 61:10 | 26:18 63:4 |
| **refuses** 18:21 | 16:3,4,7,14,21 | **riley** 17:11 47:21 52:12 | **safest** 8:24 18:6 |
| **region** 14:5 | 17:1,5,8,10,14 17:16,20,24 | **rival** 23:10 | **safety** 59:25 |
| **regret** 13:8 52:24 | 52:2,10,13,17 52:21 53:4,8 | **road** 64:12 | **sam** 57:17,18 |
| **reign** 31:2 | **republican** 11:7 | **robbery** 18:1 | **san** 17:7 47:7 47:14,17 |
| **rejections** 62:3 | **rescue** 19:8 | **robbing** 17:21 | **sanctuary** 62:11 |
| **relations** 46:7 | **rescues** 60:15 | **rock** 37:20 | **sanders** 34:2 |
| **relatives** 22:18 | **resettle** 33:14 | **rocket** 9:19 | **sarah** 5:9,10 |
| **release** 30:7 33:14 61:21 | **resettled** 7:18 39:15 40:22 | **romero** 29:11 30:12 | **savage** 7:23 8:2 48:4 |
| **released** 10:5,7 10:9 13:13 | **resident** 29:11 | **roof** 54:24 | **save** 60:4 |
| 16:15,22 17:14 | **residents** 15:16 22:17,21 47:15 | **room** 16:18 41:20 53:12 | **saved** 9:11 |
| 18:1 23:23 52:4 | **resign** 54:16 | 58:12,14,19,20 | **saw** 5:16 7:10 8:14 38:16 |
| **remain** 9:21 18:13,14 61:22 | **respect** 22:10 | **rooms** 58:9 | 40:9 56:11 |
| 61:24,25 | **restore** 61:22 | **rough** 9:20,23 | **saying** 4:25,25 16:11 27:23 |
| **remember** 19:22 21:17,24 | **restricted** 49:9 | **row** 35:8 | 28:18 34:8 38:4 44:10 |
| 24:2,3 26:21 28:8,12 34:4 | **revealed** 15:2 **rich** 40:13 | **ruining** 2:16,17 6:16 **run** 20:15 37:13 42:16 45:22 46:9 | 45:11 50:10 **says** 11:2 14:10 14:13 50:17 |

**[says - spent]**

| | | | |
|---|---|---|---|
| 55:13 58:4 | **send** 48:19 | **showing** 13:11 | **smart** 32:11 |
| **scandal** 25:17 | 62:10 | **shows** 13:21 | 61:2,5 |
| **scarface** 26:25 | **sending** 27:11 | **shut** 43:8 | **sneaked** 44:24 |
| 27:6 | 27:15,17 | **sick** 19:2 62:4,5 | **soil** 48:8 |
| **scene** 24:7 | **sentence** 49:1 | 62:6 | **soldiers** 51:22 |
| **scheme** 20:12 | **separate** 30:1 | **side** 39:18 | **solutions** 64:11 |
| **schmitz** 51:17 | **sergeant** 56:15 | **sign** 9:1 | **solve** 2:23 |
| **school** 26:16,19 | 56:22,24 57:2,6 | **signal** 62:20 | 11:19,20 45:24 |
| 26:20 41:15 | 57:19,22 | **signature** 64:9 | 46:2 |
| 59:18 | **serial** 49:14 | **similar** 45:17 | **somebody** |
| **schools** 41:3 | **serious** 38:10 | **simple** 10:10 | 29:20 31:10 |
| 58:25 59:2,13 | **set** 9:24 45:18 | **simply** 5:22 | **someday** 58:14 |
| 59:13,13,17 | **settled** 35:22 | **single** 3:7 6:6 | **something's** |
| **scratch** 16:25 | **seven** 8:5 | 22:24 43:18 | 28:19 |
| **scum** 32:13 | **sexually** 46:14 | 48:23 53:19,23 | **sonya** 64:3 |
| **scumbag** 56:15 | **shame** 42:10 | 53:24 | **soon** 6:1 9:25 |
| **sealed** 43:5 | **she'd** 54:10 | **sir** 8:6 10:23,24 | 22:25 61:7 |
| **second** 39:15 | **shelters** 15:11 | 10:25,25 11:1 | **sophisticated** |
| **secretary** 3:20 | **sheriff** 3:22 | 19:23,23,23,24 | 24:14 |
| **see** 5:14 6:4 | 46:3 | 19:25 20:1 | **sorry** 42:1 |
| 9:14 10:20 | **ship** 9:19 | 49:17 50:10,11 | **sort** 39:3 56:10 |
| 12:4,5,11,12,12 | **shit** 57:13 | 56:23,23 57:1 | **sound** 55:6 |
| 20:20,20 24:22 | **shoot** 45:7 | **sitting** 3:8 | **south** 2:8 28:12 |
| 28:25 38:2 | **shooting** 8:20 | **situation** 8:10 | 59:6 60:10 |
| 42:15 43:25 | 14:21 23:20 | 32:17 | **southern** 52:16 |
| 47:11 55:15,21 | **short** 44:5 | **six** 8:6 24:12 | **sovereignty** |
| 56:10,24 57:3,7 | **shorter** 25:23 | **slavery** 55:19 | 62:19 |
| 58:3 | **shot** 13:18 | 55:23 | **speak** 41:18 |
| **seeing** 31:17 | 14:15 47:1 | **sleep** 9:6 | 59:7 |
| **seen** 6:7 9:4,5 | **should've** 42:11 | **sleepy** 7:3,3 | **speaking** 36:12 |
| 13:19 24:16 | **show** 21:20 | 36:4 | **special** 17:4 |
| 39:16 46:5 | 24:24 | **slums** 32:23 | 52:9 |
| 47:16 62:9 | **showed** 15:10 | **small** 37:6,6 | **speech** 1:13 |
| **sell** 6:3 | 52:23 | 45:14 | **spent** 37:13 |
| | | | 60:5 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

[spiked - tell]

| | | | |
|---|---|---|---|
| spiked 53:9 | stephanie 3:24 | sucker 9:7 | taken 7:23 |
| springfield | steroids 40:16 | sued 49:22 | 40:13 44:2 |
| 40:25 42:1 | stone 21:15 | suffering 51:5 | 47:6 55:22 |
| squads 48:19 | stood 51:17 | 58:7 | talk 2:13 16:7 |
| stain 57:16 | stop 42:21,25 | suggest 17:20 | 40:14 45:23 |
| stairwell 13:16 | 43:1,3,4,5 | suit 18:10 | 46:7 |
| stand 44:13,13 | 62:16 | suite 64:13 | talked 22:16 |
| 48:11 | stopped 43:6 | summer 56:20 | talking 6:22 7:9 |
| standing 8:7 | stopping 24:17 | sunny 51:12,23 | 10:3 13:19 |
| 29:20 | 24:18 | 52:25 | 16:8 24:11,13 |
| starting 16:24 | storming 16:5 | support 30:19 | 25:13 29:21 |
| state 2:3,16,17 | storms 60:5,12 | supposed 35:1 | 34:14 36:8 |
| 3:20 7:5 11:6,6 | 60:13 | supreme 20:4 | 38:9,16 45:21 |
| 12:21 13:2 | story 29:9 | 22:7 | talks 38:6,12 |
| 18:20 24:8,8,10 | 44:15 | surprise 4:23 | 38:14 |
| 24:16 30:17 | straight 45:18 | suspect 17:3,11 | target 48:7 |
| 35:12,13,14,15 | strain 16:1 | 52:8,14 | tarmac 51:18 |
| 35:15 48:14 | strange 26:6 | suspected 17:6 | task 43:18 |
| statement 25:2 | street 17:23 | syndrome | taxpayers |
| 25:3,6,11,20,23 | 21:16 | 38:10 | 61:17 |
| 27:20 54:4 | strong 43:13 | system 39:20 | tda 8:5,5,5 |
| statements 5:2 | 63:2 | systems 59:22 | 15:10 22:15 |
| 5:3,5 25:5,8,9 | student 52:11 | | 44:23 47:5 |
| 28:3,3 | students 59:3,5 | **t** | tdas 46:19 |
| states 10:6,14 | stuff 29:21 | | team 4:13 |
| 13:14 16:16,22 | stunned 51:20 | t 64:1,1 | 37:25 50:20 |
| 22:19 23:24 | stupid 6:17 | take 6:18 9:5 | teleprompter |
| 33:5 35:12,23 | 38:19 | 11:11 12:1,24 | 5:16 38:22 |
| 36:12 44:7,24 | stupidity 8:4 | 20:2,21 26:9 | teleprompters |
| 45:2,17,20,22 | style 12:13 | 29:24 30:17 | 5:17,18 |
| 46:22 52:5 | substantially | 31:3 33:3 35:2 | tell 5:14 15:9 |
| 57:23,25 62:15 | 54:20 | 38:24 40:7,10 | 20:19 21:11 |
| stay 12:6 22:23 | suburbs 50:2 | 40:25 47:9,13 | 27:3 28:21 |
| stayed 22:22 | successful | 49:23 50:1,2,3 | 31:12 32:15 |
| | 40:12 | 51:10 56:2 | 39:8 43:24 |
| | | 59:20 62:21,22 | |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[tell - town]**

| | | | |
|---|---|---|---|
| 61:7 | **theorist** 38:8 | **third** 7:14,16 | **times** 6:4 14:15 |
| **telling** 25:13 | **thing** 5:8 10:2 | 37:23 38:2 | 26:4 28:1 |
| 37:25 | 21:6,12 25:22 | **thirteen** 51:22 | 44:12,14,17,22 |
| **ten** 4:12 8:18 | 28:20,22 29:2 | **thought** 21:6 | 44:22 45:10,10 |
| **tenants** 8:13,16 | 35:23 36:11 | 22:5 24:7,10 | 53:20 |
| **tennessee** 2:9 | 37:9 42:8,9 | 35:23 37:9,15 | **tired** 50:7 |
| 60:11 | 51:8,15,25 53:2 | 37:21,22 38:25 | **title** 62:3 |
| **term** 55:3 | 53:19,22,23,24 | 39:2 48:9 54:8 | **today** 2:12 3:1 |
| **terminating** | 54:5 55:13,24 | 54:9 55:24 | 5:11 8:6 10:10 |
| 13:8 | 58:5,6 | 56:9 61:7 | 13:3 20:22,25 |
| **terrible** 5:3 | **things** 18:13 | **thousands** 2:4 | 29:10 31:18 |
| 21:6 22:5 | 26:6 28:21,23 | 14:7 39:25 | 48:1 52:7 |
| **terrific** 3:13 | 30:5 31:17 | 44:3 | **together** 62:24 |
| **territory** 62:17 | 38:19 42:7 | **threat** 21:7,8 | **told** 14:2 15:17 |
| **terror** 10:11 | 43:10,12,17 | 37:3 | 34:6,6,19 36:9 |
| 31:3 | 48:11,13 60:5 | **threatened** | 48:25 |
| **terrorism** | **think** 5:11 6:24 | 8:12 18:24 | **tom** 34:18,19 |
| 31:16 | 7:15 9:9,10 | 22:24 | **took** 6:2 24:6 |
| **terrorist** 17:3 | 11:10 16:24 | **three** 8:21 10:4 | 25:10,11,14,18 |
| 52:8 | 18:6 22:2,2 | 22:6,14 26:11 | 25:22 27:11,23 |
| **terrorized** | 24:12 25:15,17 | 35:6 57:22,24 | 33:7 41:8 |
| 47:15 | 25:19,25 26:7,9 | 61:8 | **top** 39:25 |
| **terrorizing** | 26:23 27:1,3,5 | **thrown** 61:3 | **total** 29:23 49:5 |
| 17:9 | 31:7,12,14 | **thug** 23:19 | 50:15 |
| **texas** 4:17 | 33:11 36:3,18 | **thugs** 8:20 10:4 | **totally** 10:16 |
| 35:13 60:11 | 36:19 37:9 | 19:21 34:13 | 41:21 44:12 |
| **thank** 2:1,2 3:1 | 39:22 41:17 | **tied** 14:19 | 46:22,24 60:2 |
| 3:2,5,10,11,21 | 42:25 44:15 | 46:17 | **tough** 4:1 18:12 |
| 4:3,14,19 5:10 | 48:5,12 49:24 | **tightened** 39:4 | 43:23 44:2 |
| 9:13 10:25 | 54:4 55:1,12,13 | **time** 6:2 8:4 9:2 | 45:25,25 46:1 |
| 11:1 19:6,8 | 58:10 62:1 | 9:2 21:8 24:2,4 | **toughen** 36:6 |
| 30:13,13,18,19 | **thinking** 2:10 | 25:7 26:22 | **toughness** 27:6 |
| 30:20,20,23 | 26:3 | 29:24 38:13 | **town** 5:15,16 |
| 63:5,7 | **thinks** 18:9 | 41:23 44:5 | 5:19 19:9 |
| | | 48:6 | 45:14 46:8 |

Page 20

**[towns - violent]**

**towns** 19:10
50:3
**traffickers** 61:1
**trafficking** 14:8
**tranquil** 45:4,5
45:6
**transcript** 64:4
**trapped** 15:16
**trash** 29:24
**traumatic**
23:17
**treat** 16:12
**treatment** 13:1
**tremendous**
21:20 48:17
**tren** 7:24 14:6
17:6
**trend** 15:4
**trouble** 53:22
**true** 64:4
**trump** 1:14 2:1
2:23 18:3 22:8
25:20 27:25
28:2 30:15
36:9 37:8,25
38:6,10,11
40:18,19,24
42:2,3,5,6,20
53:15 54:10
58:3 61:14
62:20 63:6
**trump's** 30:16
**try** 20:14 21:21
27:1 45:24

**trying** 11:22
12:3 14:22
15:12 41:17
**turned** 5:3
27:13
**turning** 21:12
**twenty** 22:21
**two** 14:21 15:1
17:16,25 23:20
28:22 36:4
38:17 43:17
46:3,18,19 47:1
52:17,22 56:3,5
57:22,24 59:6
**typical** 55:11

**u**

**u.s.** 14:15 16:20
17:4 51:20,22
52:9 53:5
**ufc** 43:25
**uh** 37:21
**ukraine** 32:16
**ultimately** 40:3
**un** 32:9
**unanimous**
20:8
**unbelievable**
4:21
**uncle** 57:17,18
**uncles** 61:13
**under** 16:10
46:18 55:9
61:14
**understand**
44:19

**undertaking**
43:21
**undocumented**
16:13
**unfettered**
34:12
**unfortunately**
6:10 15:20
**united** 10:5,13
13:14 16:16,22
23:24 33:5
36:12 44:7,24
46:21 52:4
57:23,24 62:15
**unorganized**
57:12
**unsecured**
52:16
**unthinkable**
18:4 54:18
**unvetted** 46:22
46:24
**urban** 45:2
**usa** 19:7 58:2
**use** 5:17,18,19
6:21,25 21:8
32:5,6
**used** 5:15 25:1
25:2 26:16
28:6 40:14
47:9 59:2
**usually** 9:12,13

**v**

**vacant** 13:23
**vance** 50:9
**venezuela** 7:24
17:17 33:6
34:14,15 40:11
40:11,16 52:18
55:8 58:18
**venezuelan**
13:24 14:6,9
15:3 16:4
17:13,23 24:14
34:13 40:21
44:23 46:19
47:6 52:15
**venezuelans**
15:12
**veritext** 64:11
**vice** 54:16
**vicious** 19:12
30:8
**viciously** 61:3
**victim** 23:17
**victimized** 14:7
**victims** 60:9
**victory** 3:7 49:5
**video** 13:5,18
13:21 18:2
51:10,11 58:1
**videos** 13:3
**videotape**
53:14 56:14
**violence** 10:11
**violent** 15:8
28:11 30:8

Page 21

**[virginia - worst]**

virginia  2:9
virtually  55:1,2
visa  17:4 52:9
visits  58:22
vote  2:22 21:20
  22:8,11 40:18
  40:19 49:4
  58:7,8 62:20
  63:6
voted  20:5
votes  7:4 20:18
  22:7
voting  22:7
vow  19:4

**w**

waiting  5:23,24
  6:8 8:8
wake  13:9
walk  26:16,19
  47:13
walking  13:15
  21:16 35:21
wall  22:9 42:23
  42:24
want  2:6 4:2
  6:1 11:18 12:5
  12:5,6 13:2
  18:14,14,16,22
  18:23 19:1
  20:15 25:4
  31:22,23 36:15
  36:16,17 37:23
  41:13 42:5
  44:4 45:23,23
  46:6 49:15

50:6,7,10,12
  53:20 56:1,5
  59:8,10
wanted  11:5
  19:25
wanting  30:5
wants  43:3,4
  44:3 60:23
war  56:24 57:2
  57:3,3,7,9
wars  31:16
  56:3,5,9
washington
  12:6 44:18
watch  33:13
  51:18
watched  7:9
  53:16
watching  18:5
  51:18
way  8:12,23
  10:16 14:17
  24:19,22 33:17
  37:2,15,15 41:5
  42:18 45:9
  50:8 56:2,10
  58:7 59:2 60:8
we've  30:15,16
weak  10:15
  19:18
wealthy  63:1
weapon  57:8
weaponization
  20:12,13

weaponry  46:4
weapons  12:14
  24:15
weave  54:9,10
  54:11
week  31:13
  47:4 51:6
weekend  52:23
weekly  3:23
weeks  59:6
went  15:7
  29:24,24 33:6
  37:15 59:18
wesley  4:18,19
  4:20
wesley's  4:19
whack  3:4
white  10:19
  19:23 31:6
  43:25
win  13:2 56:5
winner  4:13,13
  4:14
winning  31:9
wisconsin
  45:15,15 46:11
wish  44:9
wishes  44:8,9
witnessed
  29:14
wolfe  4:6
woman  3:2
  4:20 15:17
  16:17 17:22
  40:8

women  31:8,10
  31:14,22,22
  45:1
won  20:17
  37:10,11 56:3,8
wonderful  35:3
  35:4 47:12
  56:1
words  25:12,12
  25:15 29:12
work  49:19
worked  3:19,19
  10:21
workers  61:17
working  57:16
  57:18
world  6:1,10
  7:14,16 8:1,2,3
  9:24 11:13,14
  11:15,22 13:11
  18:17 28:5,14
  28:17 29:14
  31:18 32:4,25
  33:2,2 34:21
  36:21 48:19
  51:21 56:3
  62:21
world's  6:11
  33:3
worse  28:9
  35:25
worst  8:3 23:24
  28:5 50:21,22
  54:5 55:10,13
  58:5

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**ER0871**

**[wounded - york]**

**wounded** 47:23
**wrenching**
   52:10
**wrong** 12:8
   25:14 28:20
**wyoming** 3:20

**y**

**yeah** 16:23
**year** 8:19 14:25
   16:17 24:20
   26:11 42:9
   46:16 48:25
   53:6,7 59:4,4
**years** 4:12 6:19
   8:23 18:3
   24:12,12,25
   31:16 32:3
   36:20 40:12
   48:14 51:14
   54:25 55:3
   61:8
**yesterday** 5:15
   54:19
**york** 44:12,16
   44:22,22 45:3,9
   45:10 46:10,25
   47:1 52:22

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**ER0872**