No. 25-2120

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

———————————

**NATIONAL TPS ALLIANCE, et al.**,
Appellees,

v.

**KRISTI NOEM, et al.**,
Appellants.

———————————

On Appeal from the United States District Court
for the Northern District of California
District Court Case No. 3:25-cv-1766

———————————

## EXCERPTS OF RECORD

## VOLUME 6

———————————

**YAAKOV M. ROTH**
**Acting Assistant Attorney General**
**Civil Division**

**DREW C. ENSIGN**
**Deputy Assistant Attorney General**
**Office of Immigration Litigation**

**SARAH L. VUONG**
**Assistant Director**
**Office of Immigration Litigation**

**WILLIAM H. WEILAND**
**Senior Litigation Counsel**
**Office of Immigration Litigation**

**ANNA DICHTER**
**ERIC SNYDERMAN**
**LAUREN BRYANT**
**CARLTON F. SHEFFIELD**
**CATHERINE ROSS**
**LUZ MARIA RESTREPO**
**AMANDA SAYLOR**
**JEFFREY M. HARTMAN**
**Trial Attorneys**
**Office of Immigration Litigation**
**P.O. Box 868, Ben Franklin Station**
**Washington, DC 20044**
**Telephone: (202) 532-4404**
**Jeffrey.M.Hartman@usdoj.gov**

# EXHIBIT 10

1

2

3

4

5

6

7

8

9

10

11

12

13    October 27, 2024

14    Madison Square Garden Speech

15    President Donald Trump

16

17

18

19

20

21

22

23

24

25

Page 1

ER0875

1      PRESIDENT DONALD TRUMP:  Thank you,
2  everybody.  Thank you.  Thank you very much,
3  everybody.  Thank you very much to a very popular
4  former First Lady, hopefully First Lady again.
5          And I just want to say a very big hello
6  to a special place, New York, and to an
7  incredible arena, Madison Square Garden.
8  Incredible.  And then we have all of the people
9  that could fill it up ten times.  Ten times.  You
10  take a look at outside what's going on all the
11  way down to the river, the beautiful, beautiful
12  Hudson River.  They're outside watching this now
13  at levels that nobody's ever seen before.
14  They've never had it.
15          And I want to thank Jim Dolan.  He's
16  been incredible.  He's been just incredible.  The
17  job they've done.  The job they've done.  Thank
18  you.
19          But I'm thrilled to be back in the city
20  I love and thousands of proud, hardworking
21  American patriots.  You're with me.  We've always
22  been together.  And I'd like to begin by asking a
23  very simple question.  Are you better off now
24  than you were four years ago?
25          I'm here today with a message of hope

1  but now the fate of our nation is in your hands.
2  Next Tuesday, you have to stand up and you have
3  to tell Kamala Harris that you've done a terrible
4  job, that crooked Joe Biden has done a terrible
5  job.  You've destroyed our country.  We're not
6  going to take it anymore.  Kamala, you're fired.
7  Get out.  Get out.  You're fired.
8          Early voting is underway in every swing
9  state, and we are setting all-time records of
10  voting.  I tell you what, I don't want to talk
11  about it.  But we have to keep it going.  We've
12  got to get out and vote.  We just have to get
13  out.  And who would have thought this was going
14  to happen?  We're leading in every swing state.
15  But it doesn't mean a thing.  It only means how
16  are we doing at the end?  So, we have nine days
17  from now and we're going to defeat Kamala Harris
18  and we're going to win back the beautiful White
19  House and we're going to make America great
20  again.  And it's going to happen fast.  Thank
21  you.
22          In less than four years, Kamala Harris
23  has shattered our middle class.  She cast the
24  deciding votes that launched the worst inflation
25  in the history of our country.  She cost the

1  for all Americans.  With your vote in this
2  election, I will end inflation.  I will stop the
3  invasion of criminals coming into our country.
4  And I will bring back the American dream.  We
5  need the American dream to come back home.
6          Our country will be bigger, better,
7  bolder, richer, safer, and stronger than ever
8  before.  This election is a choice between
9  whether we will have four more years of gross
10  incompetence and failure or whether we will begin
11  the four greatest years in the history of our
12  country.
13          We will achieve success that no one can
14  imagine.  We will have the strongest economy, the
15  most secure borders, the safest cities, the most
16  powerful military, the best trade deals, and we
17  will dominate the frontiers of science, medicine,
18  business, technology, and space.
19          And I'm asking you to be excited about
20  the future of our country again.  I'm asking you
21  to dream big again.  We're going to dream big
22  again.  We haven't been dreaming big at all.
23  This will be America's new golden age.  It's
24  going to happen quickly too, very quickly.
25          Every problem facing us can be solved,

1  typical American family over three thousand
2  dollars in a short period, but over thirty
3  thousand dollars over the last three years.
4          She killed fifty thousand manufacturing
5  jobs this year alone.  Now, Kamala wants to raise
6  the typical family taxes by nearly three thousand
7  dollars a year and impose a thirty three percent
8  tax hike on all domestic production.  If Kamala
9  Harris gets four more years, our economy can
10  never recover.
11          If I win, we will quickly build the
12  greatest economy in the history of the world.
13  Which is what we had in our last term.  We will
14  rapidly defeat inflation, and we will very simply
15  make America affordable again.  We're going to
16  make it affordable.
17          I will massively cut taxes for workers
18  and small businesses, and we will have no tax on
19  tips, no tax on overtime and no tax on Social
20  Security benefits for our seniors.  And I'm
21  announcing a new policy today that I will support
22  a tax credit for family caregivers who take care
23  of a parent or a loved one.  It's about time that
24  they were recognized.  They add so much to our
25  country and are never spoken of ever, ever, ever.

2 (Pages 2 - 5)

1 But they're going to be spoken of now. Thank you
2 all very much.
3        I'll also make interest on car loans
4 fully tax deductible, but only for cars made in
5 America. Have to be made in America and we will
6 achieve energy independence, and we will do
7 something we wanted so badly. We're going to do
8 some, you know, we're going to do "front row
9 Joe's." You know, I got front row Joe's here. I
10 got the ladies from North Carolina. Number 249.
11 This is the 200. And you look so beautiful.
12        We have a lot of people. They followed
13 us. But we're going to do something. The ladies
14 can tell you what we're going to do. We're going
15 to drill a baby drill. And I will terminate the
16 Green New Deal scam, and we'll cut your energy
17 prices in half. Fifty percent within one year
18 from January 20th. Is the fake news hearing
19 that? Whoa. Look how much. Wow. That's a lot
20 of fake news. That is a lot of fake news. Look
21 at that. Wow. That's got to be a record, Mr.
22 Speaker. I think that's a record. That is a lot
23 of fakers back there.
24        To bring back millions of jobs, we will
25 give our companies the lowest taxes, the lowest

Page 6

1 the richest and most powerful nation on the face
2 of the earth.
3        As we rescue our economy, I will also
4 restore our borders. There's never been anything
5 like it. It's bigger than inflation. It's
6 bigger than the economy. What they're doing to
7 our country, they're allowing criminals from all
8 over the world to enter our country.
9        Over the past four years, Kamala Harris
10 has orchestrated the most egregious betrayal that
11 any leader in American history has ever inflicted
12 upon our people. She has violated her oath,
13 eradicated our sovereign border, and unleashed an
14 army of migrant gangs who are waging a campaign
15 of violence and terror against our citizens.
16 There has never been anything like it anywhere in
17 the world for any country.
18        Kamala has imported criminal migrants
19 from prisons and jails, insane asylums, and
20 mental institutions from all around the world,
21 from Venezuela to the Congo. A lot of people are
22 coming from the Congo prisons. They're coming
23 from all over the world. Over the last month,
24 181 countries violated our laws. And she has
25 resettled them into your communities to prey upon

Page 8

1 energy costs, the lowest regulatory burdens, and
2 free access to the best and biggest market on the
3 planet. Remember this. If we keep going like
4 this, we won't have the biggest and the best. We
5 won't have a market. We won't have a country.
6        But only for those who make their
7 product here in the USA and hire American workers
8 for the job. And if these companies don't make
9 their products here, then they will pay a very
10 stiff tariff when they send their products into
11 the United States for the privilege of competing
12 with our workers and our now protected companies.
13 We're going to protect our companies. They're
14 not leaving anymore. They're not leaving
15 anymore.
16        We're also going to pass the Trump
17 Reciprocal Trade Act, meaning if China or any
18 other country charges us 100 or 200 percent tax
19 or tariff, we will then charge them a 100 or 200
20 percent tax or tariff. It's called an eye for an
21 eye. And I will never apologize for defending
22 America. I will protect our workers. I will
23 protect our jobs. I will protect our borders. I
24 will protect our great families. And I will
25 protect the birthright of our children to live in

Page 7

1 innocent American citizens.
2        But the day I take the oath of office,
3 the migrant invasion of our country ends, and the
4 restoration of our country begins. One of the
5 deadliest and most vicious migrant gangs that
6 Kamala has imported into our country is the
7 savage Venezuelan prison gang. Nice group of
8 people. They got together in prison. The worst
9 prison in the world, they say. It's called Tren
10 de Aragua. And that is taking over apartment
11 complexes and unleashing a violent killing spree
12 all over America, especially in Aurora, Colorado,
13 where we have a governor who's petrified of them.
14 And maybe he should be. But now they've even
15 taken over Times Square. Take a look.
16     [VIDEO CLIP PLAYS]
17        WOMAN 1: "Border's deadly
18 consequences.
19        MAN 1: Border crisis.
20        MAN 2: Record high crossings are
21 putting a strain on cities across America.
22        MAN 3: It is a full-blown invasion.
23        WOMAN 2: Armed Venezuelan gang members
24 storming an apartment complex in Aurora,
25 Colorado.

Page 9

3 (Pages 6 - 9)

1      MAN 4:  And when people talk about
2  migrant crime, this is what they're talking
3  about.
4      WOMAN 3:  San Antonio, Texas, just one
5  of the latest cities to have apartment complexes
6  taken over by members of the Venezuelan gang.
7      MAN 5:  Biden and Harris have created a
8  program to bring them in on a humanitarian tour.
9      KAMALA HARRIS:  I am in favor of saying
10  that we're not going to treat people who are
11  undocumented cross-borders criminals.
12      MAN 6:  More than 13,000 illegal
13  immigrants convicted of murder have been released
14  into the United States.
15      WOMAN 4:  My 20-year-old daughter,
16  Kayla Hamilton, was murdered in her own room.
17  Kayla's murderer was apprehended by border
18  patrol, crossed in illegally into the U.S.
19      MAN 7:  Kayla's murderer had been
20  improperly released into the United States.
21      KAMALA HARRIS:  Abolish ICE.  Yeah, we
22  need to probably think about starting from
23  scratch.
24      MAN 8:  More than a dozen people
25  suspected of being Tren de Aragua gang members

Page 10

1  right here in San Antonio.
2      WOMAN 5:  The gang members had been
3  terrorized in the apartment complex.
4      WOMAN 6:  New details in the murder of
5  Laken Riley.
6      WOMAN 7:  The illegal immigrant suspect
7  who cops say committed the heinous murder is a
8  Venezuelan national.
9      MAN 9:  He was paroled and released
10  into the country by the Biden administration.
11      MAN 10:  If they had all been properly
12  vetted, that probably wouldn't have happened.
13      WOMAN 8:  Two men investigators say are
14  in the country illegally from Venezuela are
15  charged with capital murder and the death of
16  Jocelyn Nungaray.
17      MAN 11:  Martinez and I have wrapped
18  his arms around Jocelyn's neck took off her head
19  and climbed on top of her, later strangled
20  Jocelyn to death and then tied up her hands and
21  feet.
22      MAN 12:  Court documents suggest a
23  group of men arrested for beating and robbing a
24  Dallas woman last month are members of a
25  Venezuelan street gang.

Page 11

1      MAN 13:  The men threatened to cut off
2  her fingers if she did not cooperate.  Manuel
3  Hernandez-Hernandez was booked by Colleyville
4  police just two days earlier and released the day
5  before the robbery.
6      MAN 14:  A Peruvian gang leader who was
7  wanted for 23 murders, who was arrested by border
8  patrol near Rolla, Texas, then released into
9  America."
10      [VIDEO CLIP CONCLUDES]
11      PRESIDENT DONALD TRUMP:  That's who
12  we're allowing into our country.  We're not going
13  to have a country any longer.  That's who we're
14  allowing in.
15      The United States is now an occupied
16  country, but it will soon be an occupied country
17  no longer.  Not going to be happening.  Not going
18  to be happening.  November 5th, 2024, nine days
19  from now will be Liberation Day in America.  It's
20  going to be Liberation Day.
21      On day one, I will launch the largest
22  deportation program in American history to get
23  these criminals out.  I will rescue every city
24  and town that has been invaded and conquered, and
25  we will put these vicious and bloodthirsty

Page 12

1  criminals in jail.  We're going to kick them the
2  hell out of our country as fast as possible.
3      And to expedite removals of Trinidad
4  and Tobago and other savage gangs like MS-13,
5  which is equally vicious, I will invoke the Alien
6  Enemies Act of 1798.  Think of that.  That's how
7  far back.  That's when they had law and order.
8  They had some tough ones.  Think of the Alien
9  Enemies Act of 1798 -- you hear that, Mr.
10  Speaker, get ready -- to target and dismantle
11  every migrant criminal network operating on
12  American soil.  And there are lots of them.  We
13  don't have the same country anymore.  You know
14  that.  And you know, when you look at the polls
15  and they say about the economy and they have all
16  these different things, the worst nightmare that
17  we're facing is what they've done to us on our
18  borders.
19      We had the safest border in the world.
20  In fact, there's a chart, which I hope they have,
21  because I didn't tell them I wanted it.  But
22  there's a chart that I love very much because I
23  wouldn't be here without it.  I'm in love with
24  it.  I love that chart.  Even if it had bad
25  numbers, I would have loved that chart.  But it

Page 13

4 (Pages 10 - 13)

1 does. It has great numbers.
2      And if you look at the arrow on the
3 bottom, you'll see that was the day I left
4 office. That was the lowest illegal immigration
5 that we've ever had in recorded history, the
6 recorded history of our country. And then look
7 at it. It was like an Elon Musk rocket ship.
8 Look at what happened. Look at what happened
9 after that. And if they come back into our
10 country, it's an automatic 10 years in jail with
11 no possibility of parole.
12      And I'm hereby calling for the death
13 penalty for any migrant that kills an American
14 citizen or law enforcement officer. Under
15 Kamala, America is a sanctuary for criminals and
16 for illegal aliens that are in our country
17 illegally. I will immediately ban all sanctuary
18 cities in the United States.
19      Kamala's gross incompetence
20 disqualifies her from being president of the
21 United States of America. She is grossly
22 incompetent. All you have to do is look at her
23 interviews. Look at what she did the other night
24 on fake news, CNN. Just take a look. She
25 couldn't answer a question. She's unfit for

Page 14

1 we said, what's going on? Those planes, a lot of
2 planes going over there. What are they? They
3 would fly them into the middle of our country,
4 our beautiful, beautiful country.
5      And you know what happened? You take a
6 look at Springfield, Ohio. Think of this. Think
7 of this. Where 30,000 illegal migrants were put
8 into a town of 50,000 people. No, no place can
9 withstand that. Or take a look at Aurora in
10 Colorado.
11      Colorado is going to vote for us. You
12 know why? Typically, they go a little bit the
13 other way. Of course, with their voting system,
14 I'm not so sure about that. But you know why?
15 Because they tried to throw the leading candidate
16 of both parties, meaning me, I was leading both
17 parties, off the ballot. And the people of
18 Colorado, including Democrats, are very angry
19 about it. They are a threat to democracy, to use
20 their term.
21      Isn't it nice to have somebody that's
22 your president that doesn't need a teleprompter?
23 We haven't been on a teleprompter for a long
24 time. I haven't been on this teleprompter. You
25 know, it is nice. You saw the other day where

Page 16

1 office. Everyone knows it. No one respects her.
2 No one trusts her. No one takes her seriously.
3 Everyone knows she is a very low IQ individual.
4      From humiliating our country in
5 Afghanistan, to the war in Ukraine, to the
6 nightmare on our border, to her inflation
7 catastrophe, all done in conjunction with Sleepy
8 Joe. But he was largely sleeping, wasn't he?
9 After 4:00, it's time to go to bed. To his and
10 her egregious hurricane response, the worst
11 response in North Carolina and other states since
12 Katrina, but I think it was even worse than
13 Katrina.
14      They haven't even responded in North
15 Carolina. They haven't even responded. There's
16 nobody. They don't see any FEMA. You know why?
17 They spent their money on bringing in illegal
18 migrants, so they didn't have money for Georgia
19 and North Carolina and Alabama and Tennessee and
20 Florida and South Carolina. They didn't have any
21 money for them.
22      They spent all of their money on
23 bringing in illegal immigrants and flying them in
24 by beautiful jet planes. They flew in. We just
25 found out about a year and a half ago. Remember,

Page 15

1 Kamala got a little stuck on the teleprompter,
2 went a little bad and stopped on her. You have
3 to be, you know, if you're a politician, you have
4 to be able to handle that.
5      Remember, you have to do the weave, he
6 says. You got to do more than the weave. But it
7 happens a lot as a politician. It happens. I
8 mean, we have so many politicians here, great
9 ones, really good. Some are not so good, but
10 great ones.
11      And when Newt or when the speaker or
12 when Tommy Tuberville, who's here someplace, the
13 great senator from Alabama, or when any one of
14 our literally 75. By the way, should I introduce
15 all of them by name? I should. Should I? No?
16 Yes? I don't know. It's a lot. Speaker, should
17 I? I don't know. Will they be angry? Yeah,
18 they will. It's a lot of introducing. Let's
19 keep going with this speech.
20      But you know, when you have a when
21 you're in this profession, I have a friend who
22 wanted to come in. I said, what's your you like
23 speaking? Well, I do. But I have a great fear
24 of speaking. I said, don't be a politician. If
25 you have a fear of speaking, don't be a

Page 17

5 (Pages 14 - 17)

1 politician. But one thing you have to know is
2 that no matter how good your people are that
3 operate this machinery, it's going to break and
4 you're going to be out there all by yourself a
5 lot. And you got to be able to do so.
6      Three weeks ago, she was saying there
7 was only 32 days left. And she's reading it like
8 this. Thirty-two days and it stopped. And she
9 went is 32 days. Thirty-two. Thirty-two. And I
10 was watching. He said, this isn't pretty.
11 Thirty-two. She was gone. And then, damn it, it
12 kicked back on. She was gone.
13      We've had it. It happens a lot. And
14 don't forget, you had all those people back
15 there. Now, they don't talk about her. But if
16 that ever happened, it happens all the time.
17      I was campaigning in Ohio for a very,
18 very Bernie Marino. He's doing a good job. I
19 think he's maybe going to win in Ohio. The
20 problem, he's got his opponent, Brown, Sherrod
21 Brown, he's taking ads in like he's my best
22 friend. He never votes for me. He's not my best
23 friend.
24      Ohio has been very friendly to Trump.
25 We win it all the time by a landslide. But the

Page 18

1 opponent is taking ads. I got four of them. I
2 think we have four of them, right? They're
3 taking ads. All of a sudden, they love Trump.
4 We agree with Trump on tariffs. We agree with
5 Trump on the border. We love Trump. And they're
6 Democrats. There friends are calling up. Did
7 they switch to the Republican Party?
8      But it happened with Bernie Marino. I
9 was in Ohio to to try and get him over the
10 initial primary hump. And it was 45 mile an hour
11 winds. And these suckers were blowing like --
12 you ever try reading a teleprompter where it's
13 moving about two feet in each -- but I didn't
14 have to worry about that, because even worse,
15 they ended up blowing off the stage a lot of it.
16      So, I'm now in the first sentence. And
17 I got 28,000 people and millions of people
18 watching on television. I got no teleprompter.
19 And did I do a good job, Mr. Speaker? Anyone?
20 Anyone? Thank you, Matt. Anyone? And so,
21 you're up there all alone. We don't go 32, 32,
22 32. Oh, my God.
23      Kamala Harris is a train wreck who has
24 destroyed everything in her path to make her
25 president would be a gamble with the lives of

Page 19

1 millions and millions of people. She would get
2 us into World War III. We're very close to World
3 War III. If you don't have a smart president,
4 you don't have a president that gets it. If you
5 don't have a president that is respected by the
6 other side. And they did respect us four years
7 ago. They really respected us.
8      Iran was broke. They had no money.
9 Russia wouldn't have played with us at all.
10 Russia would have never gone into Ukraine.
11 Israel, October 7th, would never, ever have
12 happened, would have never happened. All those
13 all those people would be alive right now. Those
14 people that were killed on that horrible day.
15      But if you don't have a president that
16 gets it, you know, you know what else you
17 wouldn't have had. You wouldn't have had that.
18 The most embarrassing day in the history of our
19 country, in my opinion, Afghanistan, the way they
20 not that they got out, we were getting out, but
21 we were going to get out with dignity and
22 strength.
23      We got out an embarrassment, the likes
24 of which this country has never suffered. And
25 because of that, Putin looked at us and they

Page 20

1 probably figured we were a paper tiger. And he
2 went into Ukraine and the rest is history. It
3 would have never happened with us.
4      And you wouldn't have had any
5 inflation. You know, we had the best economy.
6 We had no inflation, and inflation has destroyed
7 a lot of seniors on fixed income. And a lot of
8 people in this room have been virtually destroyed
9 by inflation. You wouldn't have had inflation.
10 They screwed up our energy and it went up so
11 much. And then they started spending far too
12 much money on things like the Green New Deal
13 scam, which is just a scam, just a complete scam.
14 They actually admitted that if you think about
15 it.
16      But she would get us into World War III
17 because she's incompetent, can't do the job,
18 unfit for it. And then all of your sons and
19 daughters will end up getting a little notice.
20 They'll say, Mom, Dad, what is this little green
21 piece of paper? Oh, aye, aye. Darling, that's a
22 draft notice. They're drafting you to go and
23 fight in some country that I've never heard this.
24 I've never heard of this country before. Oh, no.
25 I don't want my baby to fight. I don't want my

Page 21

6 (Pages 18 - 21)

1 baby to be killed.
2        What they did in Afghanistan with those
3 13 great soldiers -- I've gotten to know the
4 parents so well and leaving all of that equipment
5 behind and leaving Americans behind. And many,
6 many people with no legs and no arms, all because
7 of incompetent people.
8        But we don't want your sons and
9 daughters to get a little draft notice, and you
10 have to explain to them what it means. We're
11 tired of fighting. I'm the only president in the
12 last 84 years that didn't start a war. Remember
13 Crooked Hillary? Remember Crooked Hillary
14 Clinton? Crooked Hillary, oh, she was a beauty.
15        During one of our many debates, she
16 said, look at him, listen to him. He's going to
17 start a war. Listen to his rhetoric. He's going
18 to start a war. I said, no, no, no. My rhetoric
19 is going to keep us out of wars. And that's what
20 happened. 82 years -- other than I finished off
21 ISIS. But that was already started.
22        We had stupid generals like Milley and
23 Mattis, weak, stupid people. But fear not. We
24 have great generals. It's not the ones that you
25 see on television all the time. And we wiped
Page 22

1 about the same one tenth of one percent of dying.
2 If you become president of the United States, you
3 got a hell of a shot at dying.
4        I never knew that when I ran. I never
5 thought about it. But but here we are. Here we
6 are. And I'm OK with it. And I would rather be
7 here than any place in the world. It's called a
8 very dangerous profession. But if we win, our
9 enemies won't be laughing anymore. They're not
10 going to be laughing.
11        And you know what? The truth is, I got
12 along with all of them. I got along with Putin.
13 Ukraine was the apple of his eye. But I said,
14 Vladimir, don't go in. Remember, I ended the
15 pipeline in Europe. I ended the pipeline in
16 Europe. And then when Biden came in, he approved
17 it. But he ended the Keystone Pipeline, the one
18 in America. So, he got it. He got it a little
19 mixed up, didn't he? Nord Stream 2.
20        I said, we're ending Nord Stream 2.
21 Everybody said, what is Nord Stream 2? I said,
22 that's the massive Russian pipeline where they're
23 going to make a fortune, where they're going to
24 Germany and all countries in Europe. So, I said,
25 you mean we're fighting to help them with NATO
Page 24

1 them out very quickly. It was going to take five
2 years.
3        Mattis said it would take five years.
4 And I'm not sure we could do it. It took us like
5 four weeks. We have great generals. We have the
6 greatest military in the world. Just a lot of
7 people don't know that. And everybody knows it.
8        But, you know, I saw the other day a
9 report that they issued that if we end up in a
10 war with China, we cannot win. We're not strong
11 enough. So, I said to myself, assuming that's
12 true, how stupid are you to put out a report like
13 that? How stupid? Why would you put out a
14 report that they'll say, oh, then Trump is not
15 truthful? No, I'm smart. You don't put out
16 reports like that. And it's not true. We would
17 kick their ass. It's not true. Terrible.
18        Our enemies are laughing at her. They
19 want her to win so badly. They don't want Trump.
20 They don't want Trump. I've made this position a
21 very dangerous one because of that. That's why
22 it's a very dangerous. You know, if you drive a
23 race car, you have one tenth of one percent
24 chance of dying. If you ride the bulls, I think
25 the bulls are pretty nasty, right? You have
Page 23

1 and spending all of that money and they're paying
2 the person and the group that we're fighting
3 billions of dollars a month? What the hell are
4 we doing? I ended it. It was dead. And Biden
5 came along, and he approved it. Weak.
6        Look, 30 years ago, he was not
7 considered smart either. So, now he's really
8 that smart. If we win, America will be
9 respected. And even if it's necessary to hear it
10 again, it's not the worst word.
11        On issue after issue, Kamala broke it,
12 but I will fix it. We're going to fix it. But
13 we're just not running against Kamala. I think a
14 lot of our politicians here tonight know this.
15 She means nothing. She's purely a vessel.
16 That's all she is.
17        When you see her up there talking about
18 the grass on my front lawn, I grew up in a
19 middle-class neighborhood and I had grass on my
20 front lawn. Yeah, but we're asking, what would
21 you do to fix the country? And why didn't you do
22 it yet? Almost four years. Why didn't you do
23 this stuff?
24        Now she's, you know, she's becoming
25 more MAGA than those politicians I just told you
Page 25

7 (Pages 22 - 25)

1 about from the different states. She can't put
2 two sentences together. She's just like she's
3 really just like, in many ways, Crooked Joe
4 Biden. Crooked Joe Biden. And she never said to
5 us, she never told us that Joe was not
6 functioning properly. She should have. You
7 know, we're talking about the life of the most
8 important country in the world. We need very
9 smart people.
10        We're running against something far
11 bigger than Joe or Kamala and far more powerful
12 than them, which is a massive, vicious, crooked,
13 radical left machine that runs today's Democrat
14 Party. They're just vessels. In fact, they're
15 perfect vessels because they'll never give them a
16 hard time. They'll do whatever they want. I
17 know many of them. It's just this amorphous
18 group of people. But they're smart and they're
19 vicious. And we have to defeat them.
20        And when I say the enemy from within,
21 the other side goes crazy, becomes a sound hole.
22 How can he say now they've done very bad things
23 to this country? They are indeed the enemy from
24 within. But this is who we're fighting. These
25 are the people who are doing such harm to our

Page 26

1        KAMALA HARRIS: There is not a thing
2 that comes to mind."
3        MAN 15: I stood there on the tarmac
4 watching you check your watch.
5        WOMAN 10: The chaotic and deadly U.S.
6 evacuation from Afghanistan stunned Americans and
7 the world and cost the lives of 13 U.S. soldiers.
8        WOMAN 11: Would you have done
9 something differently?
10        KAMALA HARRIS: There is not a thing
11 that comes to mind."
12        MAN 16: More than 13,000 illegal
13 immigrants convicted of murder have been caught
14 at the border and then released into the United
15 States.
16        MAN 17: An Afghan national is in
17 custody today after being accused of plotting an
18 election day terrorist attack. The suspect
19 entered the U.S. on a special immigrant visa.
20        WOMAN 12: Gut-wrenching new details in
21 the murder of Georgia nursing student Laken
22 Riley.
23        WOMAN 13: The illegal immigrant
24 suspect who cops say committed the heinous murder
25 is a Venezuelan national who crossed the

Page 28

1 country with their open border policies, record
2 setting inflation, Green New Deal scam and
3 everything else that they're doing.
4        But we're not going to let it happen
5 any longer. We're going to have the biggest
6 victory in the history of our country on November
7 5th. It's going to be the biggest. We're going
8 to make America great again, everybody.
9        On top of it all, Kamala say she would
10 not do one thing differently from Joe Biden,
11 which is totally disqualifying. And you have to
12 remember this. All of the mistakes you made.
13 And you know what? Maybe is the worst. But
14 they're also bad.
15        Think of this. 325,000 children are
16 missing dead sex slaves or slaves. They came
17 through the open border, and they're gone. Their
18 parents will most likely never see them again.
19 Almost any of them. Think of the number 325,000
20 children are missing or dead.
21        Take a look at this, please.
22        [VIDEO CLIP PLAYS]
23        WOMAN 9: Would you have done something
24 differently than President Biden during the past
25 four years?

Page 27

1 unsecured southern border back in 2022.
2        WOMAN 14: Two men investigators say
3 are in the country illegally from Venezuela are
4 charged with capital murder and the death of
5 Jocelyn Nungaray.
6        WOMAN 15: A fifth illegal immigrant
7 accused of attacking two New York City police
8 officers over the weekend shows no remorse or
9 regret.
10        WOMAN 11: Would you have done
11 something differently?
12        KAMALA HARRIS: There is not a thing
13 that comes to mind.
14        MAN 18: Only 18 percent say the
15 economy is in excellent or good condition.
16        MAN 19: U.S. inflation has hit a new
17 40-year high, increasing by 9.1 percent over the
18 financial year.
19        WOMAN 16: Authorities say train day
20 Aragua, which has been linked with more than 100
21 criminal investigations here in the U.S., have
22 now been found operating a criminal enterprise in
23 apartment complexes.
24        WOMAN 17: Were you the last person in
25 the room?

Page 29

8 (Pages 26 - 29)

Case 3:25-cv-01766-EMC    Document 37-10    Filed 02/21/25    Page 10 of 39

1    KAMALA HARRIS:  Yes.
2         [VIDEO CLIP CONCLUDES]
3         DONALD TRUMP:  So, if you want to end
4    this disaster, you got to get out and vote.  Just
5    go out and vote.  You got to get out.  We have to
6    put it away.  We're close.  We're so close.  You
7    know, usually the Republicans are losing in the
8    first week of the early voting, and we did
9    something that has not been done.  I don't think
10   Speaker has been done yet, but it's been done for
11   us.  We're leading every one of the swing states,
12   all seven of them.
13        We usually get them from behind.
14   Because Republicans like to vote on a thing
15   called election day.  You know, in the old days,
16   we had election days.  Today we have election
17   periods.  They go on forever.  And last time they
18   went beyond and start early, start late, do
19   whatever the hell you want.
20        You know, we got more votes in 2020
21   than any sitting president in history by
22   millions.  And we did great.  Obviously, in 2016,
23   we won, but we did much better in 2020.  But
24   everything, nothing compares to what's happening.
25   I mean, you have tens of thousands of people

Page 30

1    standing outside watching us on a television, and
2    we love you out there.  We love you.  They're
3    watching.
4         But both of those great races, both of
5    them don't compare to what's happening now.  In
6    Florida, we took a massive lead.  And all of
7    these places, I mean, there's something happening
8    that's really good.  There's something happening
9    that's really good.  But let's close it out.
10   Pretend you're one point down.  Would everybody
11   pretend?
12        Let me just do a poll.  Who has already
13   voted?  Who is going to vote?  That's what I
14   like.  That would be better than the other way.
15   That would be better than the other way if you've
16   already voted.  So, I'd say 16, 17, maybe 20
17   percent.  And we're leading.  And most of you
18   haven't voted, but you promise you're going to
19   vote?  Everybody, promise?  There's a lot of
20   people in here.
21        Well, the beauty is that, you know, a
22   Republican likes to vote late.  And they like to
23   vote and make sure their vote is in the box,
24   right?  They want to vote.  They just feel better
25   about it.  And so, we had a lot of people voting.

Page 31

1    But really, that's the same.  I do it in every
2    event.  I say, who's voted?
3         The last three events.  Last night, I
4    was at Penn State, a great place I met.  I
5    actually met, this is amazing, the national
6    championship wrestling team.  They won.  Penn
7    State won the national championship.  I listened
8    to this 11 out of the last 13 years.  Even Jim
9    Jordan would be impressed by that.  You know, Jim
10   Jordan is a great guy.  He's a great wrestler,
11   all-American wrestler, Jim.  You can see it by
12   the way he acts.  Not afraid of anything, right?
13        And I looked at those guys, and they're
14   rough as hell.  I said, you may be the only
15   people that can take Trendy Uruguay in a fight.
16   And it won't even be that easy for them.  They're
17   tough people.  But it was great to meet that
18   team.  And they're great champions.  Amazing,
19   really great champions.  And we were packed at
20   Penn State.  We were packed.  No matter where we
21   go, we're packed.  No matter where we go because
22   there's something happening.  And the something
23   happening is they want to take back their
24   country.  People want to take back their country.
25        You love the country.  I love the

Page 32

1    country.  We want to take it back.  I could be
2    right now on the most beautiful beach in the
3    world.  I could be at Turnberry in Scotland.  I
4    could be anywhere.  I got that greatest.  I don't
5    have to be here, but I would much rather be at
6    Madison Square Garden with you.
7         So, we're thrilled to be joined today
8    by an incredible group of patriots who are going
9    to help us save our country, including our next
10   Vice President, J. D. Vance.  And a man who was
11   so incredible last week, I watched that rocket
12   ship come down.  I've never seen it.
13        I told this story last night.  I was on
14   the phone with a very, very important person.
15   And I'm talking to him and I'm watching the
16   television while I'm talking to this guy.  He's
17   boring as hell.  And I said, wait a minute.
18   Wait, wait, wait a minute.  I'm looking at the
19   screen and I see this rocket pouring the fire,
20   the flames.  It's all over the place.  It was
21   white a week ago and now it's pitch black from
22   the burning coming down at 10,000 miles an hour.
23        It's coming down and I love it.  He's
24   that great.  You know what he was doing for the
25   last week?  Campaigning in Pennsylvania.  He's a

Page 33

9 (Pages 30 - 33)

1 sweetheart, too. So, I'm talking to this guy,
2 very important guy, big, big guy. And I have the
3 television screen on and there's rockets coming
4 down. I said, you know, it was pure, beautiful
5 white when it left, but it's burned from the fire
6 and the flame. And it is.
7          And now I see it coming down like this.
8 And it's like 20 stories tall or something. It's
9 massive. And it's coming down. I say to the
10 guy, give me a favor. Will you hold on a minute?
11 Just hold on. I'm going to talk to you. This is
12 like one of the most important people. I'm
13 watching. Just hold on. I put the phone down.
14          By the way, I never picked it up again.
15 You know what these people are going to say? Oh,
16 you don't think so? They're the worst. They are
17 the worst. So, I put it down and I'm watching
18 this rocket. And I see the engines. I said, oh,
19 it's going to crash. No, because it was looking
20 great next to a gantry. I guess they call it the
21 gantry, whatever the hell they call it. The
22 launching pad.
23          And it's coming down at a bad angle.
24 And I wasn't happy. And I was a little worried.
25 You might have been worried, too. I said, oh,

Page 34

1 Can the United States do that? No. Can China do
2 that? No. Can anybody do that other than you?
3 Nobody else can do it. Nobody else can do it.
4 Pretty good. And he said, and they won't be able
5 to for 10 years, you said, right? They won't be
6 able to for 10 years. No, he's amazing. And
7 he's a great guy too. He really is. Got to
8 remember him. This is a piece of work.
9          You know, we had a black hat, right? I
10 was with a black hat at Butler. He was there.
11 It was beautiful. We had 101,000 people
12 celebrating a great firefighter, a great guy,
13 Corey. And Elon got up. And I didn't even know
14 we made a black hat. I've never seen anybody
15 wear it. I see the red hats all over the place,
16 the white hats. I see all different, but I never
17 saw black.
18          But he liked the black. You know, he
19 said it was different. It's a black hat with
20 black letters, OK? It's called understated. I
21 said, do you like that hat? He said, I love that
22 hat. I call it Dark MAGA. But you know that
23 after that evening, that became our number one
24 best-selling hat. All I have to do is put
25 something on it, and now you're great. And thank

Page 36

1 no, it's not going to be good. And I saw the
2 flame on the bottom left. And it was ripping.
3 The flame was pouring out of that sucker. And it
4 straightened it out like this. And it came down.
5 And it landed. And then it's two of these big,
6 beautiful arms grabbed it. And they held it
7 tight.
8          And I said, I wasn't sure if it was a
9 movie. I thought it might be one of these crazy
10 movies. And I said, I got to call Elon. And I
11 called him. I said, Elon, was that you? This is
12 like about four minutes after. Was that you?
13 Yeah, that was me.
14          I say, Elon, you're a genius. You are
15 a genius. You are a genius. He is special. He
16 is special. And you know what he wants more than
17 anything else? For our country to be really well
18 run, solidly run. To be run democratically. All
19 the things that everybody in this room wants.
20 And I mean, honestly, he left that pad. And he
21 went to Pennsylvania to campaign. Can you
22 believe it?
23          And I asked him a couple of questions.
24 I said, Elon, let me ask you a question. Can
25 Russia do that? No. Can China do that? No.

Page 35

1 you very much. Thank you very much. It's great.
2 Thank you.
3          And we also have somebody that is
4 great. And look, we're not going to let him go
5 too crazy, Elon, with the oil and gas stuff.
6 Because Robert F. Kennedy cares more about human
7 beings and health and the environment than
8 anybody. And he's going to be absolute. Having
9 him is such a great honor. I've been friends of
10 his for a long time. And I'm going to let him go
11 wild on health. I'm going to let him go wild on
12 the food. I'm going to let him go wild on
13 medicine. The only thing I don't think I'm going
14 to let him even get near is the liquid gold that
15 we have under our feet. I don't know, Elon. He
16 might not like liquid gold. It's oil and gas.
17 Sometimes referred to as oil and gas.
18          J.D., I think we're going to have to
19 keep him away from the oil and gas. What do you
20 think, Howard? Yes?
21          But where is Robert? He's around. He
22 gave a beautiful speech. And it's an honor. And
23 we're also pleased to be joined by my beautiful
24 wife. She's got the number one bestselling book
25 in the whole universe. New York Times. Number

Page 37

10 (Pages 34 - 37)

1 one bestselling. Go out and buy one of her
2 books. It's a great book.
3        You know what? I was nervous when I
4 read it. I said, I wonder if she said some bad
5 stuff about me. I was very nervous. But she's
6 great. Congratulations, honey. That's a big
7 deal. Number one in the New York Times list.
8 Now, if she's number one and her name is Trump in
9 the New York Times list, that book definitely was
10 number one. I guarantee you that. Thank you,
11 honey. Great.
12        And we have a fabulous, brilliant
13 woman. Top, top student. Top student at Yale
14 Law School. They were both top students. They
15 can have very smart kids. If you believe in
16 that, I believe in it strongly. I would like to
17 have their children because they are going to be
18 smart. Yale Law School, top of the class, both
19 of them. Usha Vance, thank you, Usha, for being
20 here. Thank you. Thank you very much. With
21 their two beautiful children.
22        And my children here, Don and Eric and
23 Tiffany. And along with Lara, Kimberly, and
24 Michael. We have great people. We have Barron
25 home. He's watching. That Barron is watching.

1 He's the king of the internet. He's the king of
2 the Internet. Oh. Who was that? That's very
3 nice.
4        My sister Elizabeth is here. She's
5 great. I don't know where she is, but she's
6 great. And we love her. And Speaker Mike
7 Johnson is here.
8        And he's doing a great job. It's not
9 easy when you have a majority of three. But he's
10 done a great job. And he's going to continue to
11 do a great job. And we like him. He's a
12 terrific person.
13        I watched him just totally decapitate a
14 fake reporter on NBC. Meet the press. Meet the
15 fake press. What he did to her was, I think,
16 probably that should never be the same. Look at
17 him. Such a nice-looking guy. Just that little
18 beautiful face with the glasses. Got the little
19 glasses. Everyone says, oh, he's so nice. He's
20 such a nice person. He's not a nice person.
21 He's not nice at all. Right, Matt? But great
22 job. We think he's great. And he's going to be
23 around for a long time, I predict.
24        We have a senator here who I love.
25 Senator Tommy Tuberville. And he's from a great

1 place, Alabama. I love Alabama. I'm up in
2 Alabama by 49 points. 49 points. We're up by a
3 lot, in a lot of different places. But it's a
4 great place. And thank you, Tommy.
5        And all of our other great congressmen.
6 We have so many. If I ever named them, we're
7 going to be up here a long time. So, they're
8 going to be angry. They won't speak to me for
9 probably a month or so. It'll calm down. It'll
10 calm down. But we have great, great people. And
11 they're really doing a job. And we're going to
12 turn this country around.
13        You know, with me, we've got to get the
14 congressmen elected. And we've got to get the
15 senators elected. Because we can take the Senate
16 pretty easily. And I think with our little
17 secret, we're going to do really well with the
18 House, right? Our little secret is having a big
19 impact. He and I have a secret. We'll tell you
20 what it is when the race is over.
21        I also want to thank Jim Dolan and
22 everyone at Madison Square Garden for an
23 unbelievable. This is unbelievable. I've
24 watched the Knicks and Rangers here. And what a
25 location. You know, they tried to talk Jim out

1 of this location. We're going to move you to the
2 river. We're going to move you all over the
3 place. He's tough. He said, I don't know. They
4 offered him all sorts of money. He said, we're
5 going to move it to the river. Well, we're right
6 on top of every train hub. It's like the world
7 or something right here. And he didn't like it
8 that much, but he was over a lot. Man, did he
9 make a good decision. That would have been
10 peanuts compared to the value. But there's no
11 place like Madison Square Garden. Thank you very
12 much to Jim and all of your people.
13        But here are the facts. Kamala Harris
14 is a radical left Marxist, rated even worse than
15 crazy Bernie Sanders or Pocahontas. She
16 destroyed our economy. She was an original
17 creator of Defund the Police. Can you believe
18 it? She was one of the originals for Defund the
19 Police. And anybody who wants to defund our
20 great police for even one week is not worthy of
21 being president of the United States. Because
22 that's where her thinking is.
23        Kamala vowed to abolish ICE. You know,
24 those tough people you've been looking up at the
25 screen. They're the ones that get them out of

11 (Pages 38 - 41)

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

ER0885

1 our country.  I know a lot of people right in
2 these rows.  They're very tough.  They don't want
3 any part of it.  They got to go in there, fist to
4 blazing to move them.
5          You know, we had a case in Long Island
6 where MS-13, one of the other really bad gangs,
7 killed two young girls, 16 years old, walking to
8 school.  They didn't shoot them.  They knifed
9 them and they cut them into little pieces because
10 it was so painful.  Perfect, perfect, young,
11 beautiful girls were cut up into little pieces by
12 knives.  MS-13, they're animals.  And you know
13 who took care of it for us?  ICE.  ICE.  They had
14 no problem.
15          Kamala wants to defund ICE.  We're not
16 defunding ICE, right?  We're not defunding ICE.
17 We're not even going to think about it.  She's
18 never going to get the chance.  There's no way
19 she becomes president.  There's no way.
20          Radical left lunatic who destroyed.
21 She destroyed San Fransisco.  She destroyed,
22 along with Gavin Newsom, the governor, who's the
23 worst, one of the worst governors in the country.
24 They destroyed California.  And she's not going
25 to get a chance to destroy our country any

Page 42

1 She destroyed the place.
2          But you know, she lied about that.  But
3 she also lied about something very important.
4 For years and years, she said she had a job at
5 McDonald's.  And the reason I went there last
6 week, I got a call from Sundar, very smart guy at
7 Google.  He said, this is the most amazing thing.
8 We've had just about more hits on this crazy
9 McDonald's story.
10          And I went there just to prove a little
11 point.  See, you never know how something's going
12 to work out, Mr. VP, do you?  But he called and
13 he said, we've had more hits on McDonald's than I
14 think he's said anything we've ever had.  But
15 let's say it's close.  And did anybody watch Joe
16 Rogan recently?
17          So, she lied about McDonald's.  She
18 lied about everything.  She's got ads on saying
19 Donald Trump is this.  He's going to do this.
20 It's the exact opposite of what my policies are.
21 She's got me doing this.  He doesn't want to
22 frack.  No, no, I'm all for fracking.
23          One thing I have been, even the enemy,
24 because they are the enemy, what they've said,
25 even that enemy, too, when they're really the

Page 44

1 further.  We're going to get it back fast.
2          She wants to ban fracking.  And as
3 California Attorney General, she redefined child
4 sex trafficking, assault with a deadly weapon,
5 and rape of an unconscious person as a totally
6 nonviolent crime.  She pledged to confiscate your
7 guns.  Is there anybody in the room that would
8 like to give up their gun to Kamala?  I had a
9 feeling you might say that.  And endorsed a total
10 ban on handgun ownership.
11          I don't think that's good.  When a
12 criminal crawls into your house at night, it
13 would be nice to be able to at least have a
14 chance, wouldn't it?  Wouldn't it be nice?  She
15 even called for free sex change operations on
16 illegal aliens in detention at taxpayer expense.
17 Think of it.  At taxpayer, she said, they're
18 caught.  They're illegally detained.  But if they
19 want a sex change operation, she's all in favor.
20 She's all in favor.
21          Now she gave this stuff up about a year
22 ago, a little more because it didn't work.  It
23 wasn't working too well with the electorate.  But
24 she'll be back to it because that's where it is.
25 She's a radical left person from San Francisco.

Page 43

1 enemy, they're the enemy of the people, the
2 press.  They said one thing about me that I
3 consider a great compliment.  They said, this guy
4 is the most consistent person we've ever seen.
5 Because I've been against cars and car factories
6 being taken out of Detroit and being taken out of
7 our manufacturing of automobiles, being taken out
8 of our system, out of our country for years.
9          I've been against all of the things
10 that are happening and have happened.  We stopped
11 it, and now it's happening again.  When you hear
12 50,000 manufacturing jobs lost in just a short
13 period of time.  But I've been the most
14 consistent because we're going to bring our
15 manufacturing back to the United States.  It's
16 all coming back, so get ready.  Get ready.
17 You're going to have your choice of great jobs.
18          And on top of all this, Kamala tried to
19 turn our military woke into an army.  So,
20 tonight, whether you are a Republican, Democrat,
21 or Independent, Conservative, or Liberal, I'm
22 inviting you to join the greatest political
23 movement in the history of our country.  It's
24 really the...  You know, it's the greatest
25 movement in the history of our country.

Page 45

12 (Pages 42 - 45)

1    I tell them the story years ago.
2  There's a guy, great guy, older guy now, very
3  old.  But he was great.  Conservative guy, Pat
4  Buchanan, right?  Yeah.  He came in second in the
5  New Hampshire primary.  And for 45 years, he made
6  an unbelievable career of it.  He was a hot item.
7  He was on every show.  He came in second in one
8  primary.
9    We came in first in 50 primaries.  We
10  then had a great election that we won.  We then
11  had another great election that we did a held of
12  a lot better in.  Bad things happened.  We're not
13  going to let that happen.  That's a cheat.
14    But we then had an election, but now we
15  have the election of all.  This will be, in my
16  opinion, I have to say if, because, you know,
17  there's always risks, I guess.  But if we pull
18  this off, this will be the biggest political
19  event in the history of our country.  Right?  And
20  we're building the biggest, broadest, most
21  diverse coalition in American history, including
22  union workers and Border Patrol agents.
23    By the way, the Border Patrol gave me
24  last week their complete and total endorsement.
25  They said he's the greatest president in the

Page 46

1  think they have one cop.  They're looking for
2  just one cop.  Is there one?  Well, it's not
3  going to be a New York's finest.  By the way, how
4  good are the police outside?  New York's finest.
5    Now she's trying to say, well, you
6  know, I was really not the border.  Whether she
7  was the Border czar or not, she was put in charge
8  of the border because she did the worst job on
9  the border than anybody has done in the history
10  of the world.  There's never been a border like
11  this in the world.  And a third world country
12  would fight people with sticks and stones to stop
13  them from pouring into that country.  And we let
14  them just come right in.  What a shame.  What a
15  shame.
16    Police and firefighters also.  We have
17  every endorsement from virtually every sheriff's
18  department, every police department.  I don't
19  think they have one cop.  They're looking for
20  just one cop.  Is there one?  Well, it's not
21  going to be a New York's finest.  By the way, how
22  good are the police outside?  New York's finest.
23    Now she's trying to say, well, you
24  know, I was really not the border.  Whether she
25  was the Border czar or not, she was put in charge

Page 48

1  history of the country, but we don't have to go
2  that far.  And they said there's never been
3  anybody like him on the border.  They said to
4  him, the fake news said, has she ever called you?
5  Has she ever called you?  No.  They didn't like
6  that answer, by the way.  Then they asked her,
7  have you ever called?  No, she never called.
8  Almost four years, she never called, not once,
9  the Border Patrol.  And she was the Border czar.
10  She was in charge of the border.  Think of it.
11  Four years, she never called.
12    Now she's trying to say, well, you
13  know, I was really not the border.  Whether she
14  was the Border czar or not, she was put in charge
15  of the border because she did the worst job on
16  the border than anybody has done in the history
17  of the world.  There's never been a border like
18  this in the world.  And a third world country
19  would fight people with sticks and stones to stop
20  them from pouring into that country.  And we let
21  them just come right in.  What a shame.  What a
22  shame.
23    Police and firefighters also.  We have
24  every endorsement from virtually every sheriff's
25  department, every police department.  I don't

Page 47

1  of the border because she did the worst job on
2  the border than anybody has done in the history
3  of the world.  There's never been a border like
4  this in the world.  And a third world country
5  would fight people with sticks and stones to stop
6  them from pouring into that country.  And we let
7  them just come right in.  What a shame.  What a
8  shame.
9    Police and firefighters also.  We have
10  every endorsement from virtually every sheriff's
11  department, every police department.  I don't
12  think they have one cop.  They're looking for
13  just one cop.  Is there one?  Well, it's not
14  going to be a New York's finest.  By the way, how
15  good are the police outside?  New York's finest.
16    Now she's trying to say, well, you
17  know, I was really not the border.  Whether she
18  was the Border czar or not, she was put in charge
19  of the border because she did the worst job on
20  the border than anybody has done in the history
21  of the world.  There's never been a border like
22  this in the world.  And a third world country
23  would fight people with sticks and stones to stop
24  them from pouring into that country.  And we let
25  them just come right in.  What a shame.  What a

Page 49

13 (Pages 46 - 49)

1 shame.
2        Police and firefighters also.  We have
3 every endorsement from virtually every sheriff's
4 department, every police department.  I don't
5 think they have one cop.  They're looking for
6 just one cop.  Is there one?  Well, it's not
7 going to be a New York's finest.  By the way, how
8 good are the police outside?  New York's finest.
9        We're seeing historic levels of support
10 among our black population, Hispanic population,
11 and our Asian population.  Muslims, by the way.
12 Did anybody see yesterday?  Did anybody see what
13 took place?  I was with the Muslims yesterday in
14 Michigan.  And when the polls first came out,
15 they had a hundred percent.  I had zero.
16        And yesterday I watched this anchor on
17 CNN almost choke.  She said, something's
18 happening in Michigan.  Big population, couple of
19 hundred thousand, a lot of votes.  Something's
20 happening.  The poll just came out.  Trump is at
21 59.  Kamala is at eight with the Muslim
22 population.  They never saw anything like that.
23 And these are people, by the way, they're great.
24 They just want peace.  They want to have peace
25 and it's great.
Page 50

1        We will crush violent crime and give
2 our police the support, protection, resources,
3 and respect that they so dearly deserve.
4        We will strengthen and modernize our
5 military.  I rebuilt our military in total.  We
6 built all of our military, built 571 miles of
7 wall too.  I took it out of the military because
8 I couldn't get it from the people in Congress
9 that should have given it to us.  So, I
10 considered it an invasion.  I said to a couple of
11 generals, I said, congratulations, this is an
12 invasion of our country.  So, I took it out of
13 the military, gave it to the Americans and won
14 them all.
15        We will build a massive defense shield
16 all made in the USA.  We're going to build a
17 beautiful dome over our country.  And a lot of
18 it's going to be made right here in New York.
19        We will rebuild our cities, including
20 our capital in Washington, D.C., which has become
21 a very dangerous and badly managed place.  We're
22 going to make them safe, clean, and beautiful
23 again.  We're going to make it a place to honor
24 our history and to always respect our great
25 American flag.
Page 52

1        So, Jews and Muslims and Catholics and
2 evangelicals and Mormons are all joining our
3 cause in large numbers, larger than anyone has
4 ever seen in this country before.  Larger than
5 they've ever seen in any country.  And the
6 Republican Party has really become the party of
7 inclusion.  And that's something very nice about
8 that.  And we're a big, powerful party and
9 they're losing it.  They're really losing it.
10        Together we will lift America to glory
11 beyond your wildest dreams.  So, in conclusion,
12 with your vote this November, we are going to
13 fire Kamala, and we are going to save America.
14        We will cut your taxes, end inflation,
15 slash your prices, raise your wages, and bring
16 thousands and thousands of factories back to
17 America.  We're even going to get Elon to bring
18 that stuff back.
19        We will build America.  We will buy
20 America, and we will hire America.
21        I will end the war in Ukraine, which
22 would have never happened if I were president.
23        I will stop the chaos in the Middle
24 East, and I will prevent World War III from
25 happening.
Page 51

1        And as long as the Speaker of the House
2 of Representatives is here, I would like to put
3 forward a bill because I watched two months ago
4 as some very bad people, radical left people, by
5 the way, nothing happened to them in Washington,
6 D.C., burned our American flags.  And I would
7 like to suggest that we put in a bill.  If you
8 burn the American flag one year in jail, we will
9 get critical race theory and transgender insanity
10 the hell out of our school.  And we will keep men
11 out of women's sports.  And we will keep men out
12 of women's sports.  And we will keep men out of
13 women's sports.  And we will keep men out of
14 women's sports.
15        I will defend religious liberty.  I
16 will restore free speech.  And I will defend the
17 right to keep and bear arms.  Our Second
18 Amendment is under siege.  After years of
19 building up foreign nations, defending foreign
20 borders, and protecting foreign lands, we are
21 finally going to build up our country, defend our
22 borders, and protect our citizens.  America
23 first.
24        And it's going to happen at levels
25 never seen before.  And I'll tell our friends,
Page 53

14 (Pages 50 - 53)

1  our allies, who sometimes treat us very badly,
2  that it's about time we take care of ourselves.
3  And we will stop the illegal immigration that's
4  taking place at levels never seen before. We
5  will stop it cold and once and for all, we will
6  not be occupied. We will not be overrun. We
7  will not be conquered. We will be a free and
8  proud nation once again.
9        Everyone will prosper. Every family
10 will thrive. And every day will be filled with
11 opportunity and hope. And very much so, it will
12 be filled with the American dream. We're
13 bringing back the American dream. We're bringing
14 it back at the highest level that you've ever
15 seen.
16       But for that to happen, we must defeat
17 Kamala Harris and stop her radical left agenda
18 with a landslide that is too big to rig. So, you
19 need to get out and vote. Get your husband off
20 the couch. The football game doesn't mean a damn
21 thing. You got to get out and vote. You're
22 going to vote for the president, Harry. We're
23 going to save our country.
24       For the past nine years, we have been
25 fighting against the most sinister and corrupt

Page 54

1  well of it. But we're going to bring it back and
2  we're going to bring it back strong. And I hope
3  you go out and vote. You got to vote for it.
4  You got to vote. It would be such an honor to
5  win New York. Hasn't been done in decades.
6  Hasn't been done in so long. It hasn't been done
7  in so long.
8        They all say, sir, you're wasting your
9  money. I don't think so. Your crime is through
10 the roof. Everything is through the roof. I
11 remember during the day they said, no, sir, this
12 stupid person named David Muir from ABC Fake
13 News, he said, sir, crime is not through the
14 roof. Crime is down. I said, no, it's not. I
15 said, it's not down, it's up. It's down. I was
16 like debating three people. And him, I had that
17 person next to him who I never even heard of.
18 But it turned out the following day they released
19 the stats, and crime was up 45 percent. And what
20 a shame. What a shame.
21       We really need a fair press in this
22 country. If we have a fair press that's going to
23 be 50 percent of the battle of bringing it back.
24 But this is the city where I was born and raised.
25 And this is the town that taught me that

Page 56

1  forces on Earth. With your vote in this
2  election, you could show them once and for all
3  that this nation does not belong to them. This
4  nation belongs to you. It belongs to you.
5        No city embodies the spirit, energy,
6  and potential of the American people more than
7  where we are gathered tonight. We want to win
8  our country, but we also want to win New York and
9  make it safe and strong and beautiful and
10 affordable and vibrant again. And we're going to
11 do that. And we'll work with the mayor, and
12 we'll work with the governor. We're going to do
13 that. We're going to make it great.
14       You know, when I left for Washington
15 eight years ago, we had a horrible mayor named de
16 Blasio. He was a horrible, horrible... And
17 things you could see, they weren't being properly
18 done, but still it was a place that people wanted
19 to be and all. But since then, our federal
20 government, what they've done to this place, what
21 they've done to the state, and I mean to force
22 hundreds of thousands of really rough people into
23 this beautiful... I call it a beautiful oasis.
24       When I left, New York was the place you
25 wanted to be. And now people just don't speak

Page 55

1  Americans can do anything when they want to. So,
2  no matter our differences when we work together
3  there is nothing that we cannot achieve.
4        From New York to Las Vegas. From
5  Philadelphia to Phoenix. From Chicago to
6  Charlotte. From Atlanta to Detroit. This nation
7  was built by generations of American patriots who
8  gave everything they had for our rights, our
9  future and for our freedom. Through freezing
10 cold winters and hot scorching summers. Through
11 storms and setbacks and conflicts and danger.
12 Our American ancestors pushed onward. Marched
13 forward and overcame every single obstacle that
14 stood in their way.
15       Together they crossed the oceans.
16 Settled a continent. Tamed the wilderness. Laid
17 down the railroads. Raised up those mighty
18 skyscrapers. Built the highways. Won two world
19 wars. Defeated fascism and communism. And
20 launched American astronauts to the moon.
21       It was hard working patriots like you
22 who built this country. And nine days from now
23 it's hard-working patriots like you who are going
24 to save our country. After all we have been
25 through together. We stand on the verge of the

Page 57

15 (Pages 54 - 57)

1  four greatest years in the history of the USA.
2  With your help from now until election day.  We
3  will restore America's promise.  We will put
4  America first and we will take back the nation
5  that we all love.
6          We bleed the same blood.  We share the
7  same home, and we salute the same great American
8  flag.  We are one people.  One family.  And one
9  glorious nation under God.  We will never give
10  in.  We will never give up.  We will never ever
11  back down.  And we will never ever ever ever
12  surrender.
13          Together we will fight fight fight.
14  And we will win win win.  We're going to win win
15  win.  November 5th will be the most important day
16  in the history of our country.  And together we
17  will make America powerful again.  We will make
18  America wealthy again.  We will make America
19  healthy again.  We will make America strong
20  again.  We will make America proud again.  We
21  will make America safe again.  And we will make
22  America great again.
23          Thank you, New York.  God bless you.
24  God bless you all.  Thank you.
25
                                                    Page 58

1        C E R T I F I C A T I O N
2
3  I, Sonya Ledanski Hyde, certify that the
4  foregoing transcript is a true and accurate
5  record of the proceedings.
6
7
8
9  *Sonya M. Ledanski Hyde*
10
11  Veritext Legal Solutions
12  330 Old Country Road
13  Suite 300
14  Mineola, NY 11501
15
16  Date:  February 17, 2025
17
18
19
20
21
22
23
24
25
                                                    Page 59

16 (Pages 58 - 59)

ER0890

**[1 - amazing]**

| 1 |
|---|
| **1** 9:17,19 |
| **10** 11:11 14:10 28:5 36:5,6 |
| **10,000** 33:22 |
| **100** 7:18,19 29:20 |
| **101,000** 36:11 |
| **11** 11:17 28:8 29:10 32:8 |
| **11501** 59:14 |
| **12** 11:22 28:20 |
| **12151** 59:9 |
| **13** 12:1 13:4 22:3 28:7,23 32:8 42:6,12 |
| **13,000** 10:12 28:12 |
| **14** 12:6 29:2 |
| **15** 28:3 29:6 |
| **16** 28:12 29:19 31:16 42:7 |
| **17** 28:16 29:24 31:16 59:16 |
| **1798** 13:6,9 |
| **18** 29:14,14 |
| **181** 8:24 |
| **19** 29:16 |

| 2 |
|---|
| **2** 9:20,23 24:19 24:20,21 |
| **20** 10:15 31:16 34:8 |
| **200** 6:11 7:18 7:19 |

| 2 |
|---|
| **2016** 30:22 |
| **2020** 30:20,23 |
| **2022** 29:1 |
| **2024** 1:13 12:18 |
| **2025** 59:16 |
| **20th** 6:18 |
| **23** 12:7 |
| **249** 6:10 |
| **27** 1:13 |
| **28,000** 19:17 |

| 3 |
|---|
| **3** 9:22 10:4 |
| **30** 25:6 |
| **30,000** 16:7 |
| **300** 59:13 |
| **32** 18:7,9 19:21 19:21,22 |
| **325,000** 27:15 27:19 |
| **330** 59:12 |

| 4 |
|---|
| **4** 10:1,15 |
| **40** 29:17 |
| **45** 19:10 46:5 56:19 |
| **49** 40:2,2 |
| **4:00** 15:9 |

| 5 |
|---|
| **5** 10:7 11:2 |
| **50** 46:9 56:23 |
| **50,000** 16:8 45:12 |
| **571** 52:6 |

| 6 |
|---|
| **59** 50:21 |
| **5th** 12:18 27:7 58:15 |

| 6 |
|---|
| **6** 10:12 11:4 |

| 7 |
|---|
| **7** 10:19 11:6 |
| **75** 17:14 |
| **7th** 20:11 |

| 8 |
|---|
| **8** 10:24 11:13 |
| **82** 22:20 |
| **84** 22:12 |

| 9 |
|---|
| **9** 11:9 27:23 |
| **9.1** 29:17 |

| a |
|---|
| **abc** 56:12 |
| **able** 17:4 18:5 36:4,6 43:13 |
| **abolish** 10:21 41:23 |
| **absolute** 37:8 |
| **access** 7:2 |
| **accurate** 59:4 |
| **accused** 28:17 29:7 |
| **achieve** 3:13 6:6 57:3 |
| **act** 7:17 13:6,9 |
| **acts** 32:12 |
| **actually** 21:14 32:5 |

**add** 5:24
**administration** 11:10
**admitted** 21:14
**ads** 18:21 19:1 19:3 44:18
**affordable** 5:15 5:16 55:10
**afghan** 28:16
**afghanistan** 15:5 20:19 22:2 28:6
**afraid** 32:12
**age** 3:23
**agenda** 54:17
**agents** 46:22
**ago** 2:24 15:25 18:6 20:7 25:6 33:21 43:22 46:1 53:3 55:15
**agree** 19:4,4
**alabama** 15:19 17:13 40:1,1,2
**alien** 13:5,8
**aliens** 14:16 43:16
**alive** 20:13
**allies** 54:1
**allowing** 8:7 12:12,14
**amazing** 32:5 32:18 36:6 44:7

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**ER0891**

**[amendment - believe]**

| | | | |
|---|---|---|---|
| **amendment** 53:18 | **answer** 14:25 47:6 | **asian** 50:11 | 56:23 58:4,11 |
| **america** 4:19 5:15 6:5,5 7:22 9:12,21 12:9,19 14:15,21 24:18 25:8 27:8 51:10,13,17,19 51:20,20 53:22 58:4,17,18,18 58:19,20,21,22 | **antonio** 10:4 11:1 | **asked** 35:23 47:6 | **bad** 13:24 17:2 26:22 27:14 34:23 38:4 42:6 46:12 53:4 |
| | **anybody** 36:2 36:14 37:8 41:19 43:7 44:15 47:3,16 48:9 49:2,20 50:12,12 | **asking** 2:22 3:19,20 25:20 | |
| | | **ass** 23:17 | |
| | | **assault** 43:4 | **badly** 6:7 23:19 52:21 54:1 |
| | | **assuming** 23:11 | **ballot** 16:17 |
| | | **astronauts** 57:20 | **ban** 14:17 43:2 43:10 |
| **america's** 3:23 58:3 | **anymore** 4:6 7:14,15 13:13 24:9 | **asylums** 8:19 | **barron** 38:24 38:25 |
| | | **atlanta** 57:6 | **battle** 56:23 |
| **american** 2:21 3:4,5 5:1 7:7 8:11 9:1 12:22 13:12 14:13 32:11 46:21 52:25 53:6,8 54:12,13 55:6 57:7,12,20 58:7 | **apartment** 9:10 9:24 10:5 11:3 29:23 | **attack** 28:18 | **beach** 33:2 |
| | | **attacking** 29:7 | **bear** 53:17 |
| | **apologize** 7:21 | **attorney** 43:3 | **beating** 11:23 |
| | **apple** 24:13 | **aurora** 9:12,24 16:9 | **beautiful** 2:11 2:11 4:18 6:11 15:24 16:4,4 33:2 34:4 35:6 36:11 37:22,23 38:21 39:18 42:11 52:17,22 55:9,23,23 |
| | **apprehended** 10:17 | **authorities** 29:19 | |
| | **approved** 24:16 25:5 | **automatic** 14:10 | |
| **americans** 3:1 22:5 28:6 52:13 57:1 | **aragua** 9:10 10:25 29:20 | **automobiles** 45:7 | |
| | **arena** 2:7 | **aye** 21:21,21 | **beauty** 22:14 31:21 |
| **amorphous** 26:17 | **armed** 9:23 | **b** | **becoming** 25:24 |
| **ancestors** 57:12 | **arms** 11:18 22:6 35:6 53:17 | **baby** 6:15 21:25 22:1 | **bed** 15:9 |
| **anchor** 50:16 | | | **begins** 9:4 |
| **angle** 34:23 | **army** 8:14 45:19 | **back** 2:19 3:4,5 4:18 6:23,24 13:7 14:9 18:12,14 29:1 32:23,24 33:1 43:1,24 45:15 45:16 51:16,18 54:13,14 56:1,2 | **beings** 37:7 |
| **angry** 16:18 17:17 40:8 | | | **believe** 35:22 38:15,16 41:17 |
| **animals** 42:12 | **arrested** 11:23 12:7 | | |
| **announcing** 5:21 | **arrow** 14:2 | | |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

ER0892

**[belong - case]**

| | | | |
|---|---|---|---|
| **belong**  55:3 | 36:18,19,20 | **born**  56:24 | **c** |
| **belongs**  55:4,4 | 50:10 | **bottom**  14:3 | **c**  59:1,1 |
| **benefits**  5:20 | **blasio**  55:16 | 35:2 | **california** |
| **bernie**  18:18 | **blazing**  42:4 | **box**  31:23 | 42:24 43:3 |
| 19:8 41:15 | **bleed**  58:6 | **break**  18:3 | **call**  34:20,21 |
| **best**  3:16 7:2,4 | **bless**  58:23,24 | **brilliant**  38:12 | 35:10 36:22 |
| 18:21,22 21:5 | **blood**  58:6 | **bring**  3:4 6:24 | 44:6 55:23 |
| 36:24 | **bloodthirsty** | 10:8 45:14 | **called**  7:20 9:9 |
| **bestselling** | 12:25 | 51:15,17 56:1,2 | 24:7 30:15 |
| 37:24 38:1 | **blowing**  19:11 | **bringing**  15:17 | 35:11 36:20 |
| **betrayal**  8:10 | 19:15 | 15:23 54:13,13 | 43:15 44:12 |
| **better**  2:23 3:6 | **blown**  9:22 | 56:23 | 47:4,5,7,7,8,11 |
| 30:23 31:14,15 | **bolder**  3:7 | **broadest**  46:20 | **calling**  14:12 |
| 31:24 46:12 | **book**  37:24 | **broke**  20:8 | 19:6 |
| **beyond**  30:18 | 38:2,9 | 25:11 | **calm**  40:9,10 |
| 51:11 | **booked**  12:3 | **brown**  18:20,21 | **campaign**  8:14 |
| **biden**  4:4 10:7 | **books**  38:2 | **buchanan**  46:4 | 35:21 |
| 11:10 24:16 | **border**  8:13 | **build**  5:11 | **campaigning** |
| 25:4 26:4,4 | 9:19 10:17 | 51:19 52:15,16 | 18:17 33:25 |
| 27:10,24 | 12:7 13:19 | 53:21 | **candidate** |
| **big**  2:5 3:21,21 | 15:6 19:5 27:1 | **building**  46:20 | 16:15 |
| 3:22 34:2,2 | 27:17 28:14 | 53:19 | **capital**  11:15 |
| 35:5 38:6 | 29:1 46:22,23 | **built**  52:6,6 | 29:4 52:20 |
| 40:18 50:18 | 47:3,9,9,10,13 | 57:7,18,22 | **car**  6:3 23:23 |
| 51:8 54:18 | 47:14,15,16,17 | **bulls**  23:24,25 | 45:5 |
| **bigger**  3:6 8:5,6 | 48:6,7,8,9,10 | **burdens**  7:1 | **care**  5:22 42:13 |
| 26:11 | 48:24,25 49:1,2 | **burn**  53:8 | 54:2 |
| **biggest**  7:2,4 | 49:3,17,18,19 | **burned**  34:5 | **career**  46:6 |
| 27:5,7 46:18,20 | 49:20,21 | 53:6 | **caregivers**  5:22 |
| **bill**  53:3,7 | **border's**  9:17 | **burning**  33:22 | **cares**  37:6 |
| **billions**  25:3 | **borders**  3:15 | **business**  3:18 | **carolina**  6:10 |
| **birthright**  7:25 | 7:23 8:4 10:11 | **businesses**  5:18 | 15:11,15,19,20 |
| **bit**  16:12 | 13:18 53:20,22 | **butler**  36:10 | **cars**  6:4 45:5 |
| **black**  33:21 | **boring**  33:17 | **buy**  38:1 51:19 | **case**  42:5 |
| 36:9,10,14,17 | | | |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**ER0893**

**[cast - corey]**

| | | | |
|---|---|---|---|
| cast 4:23 | 38:21,22 | come 3:5 14:9 | conclusion |
| catastrophe | china 7:17 | 17:22 33:12 | 51:11 |
| 15:7 | 23:10 35:25 | 47:21 48:14 | condition 29:15 |
| catholics 51:1 | 36:1 | 49:7,25 | confiscate 43:6 |
| caught 28:13 | choice 3:8 | comes 28:2,11 | conflicts 57:11 |
| 43:18 | 45:17 | 29:13 | congo 8:21,22 |
| cause 51:3 | choke 50:17 | coming 3:3 | congratulations |
| celebrating | cities 3:15 9:21 | 8:22,22 33:22 | 38:6 52:11 |
| 36:12 | 10:5 14:18 | 33:23 34:3,7,9 | congress 52:8 |
| certify 59:3 | 52:19 | 34:23 45:16 | congressmen |
| champions | citizen 14:14 | committed 11:7 | 40:5,14 |
| 32:18,19 | citizens 8:15 | 28:24 | conjunction |
| championship | 9:1 53:22 | communism | 15:7 |
| 32:6,7 | city 2:19 12:23 | 57:19 | conquered |
| chance 23:24 | 29:7 55:5 | communities | 12:24 54:7 |
| 42:18,25 43:14 | 56:24 | 8:25 | consequences |
| change 43:15 | class 4:23 25:19 | companies 6:25 | 9:18 |
| 43:19 | 38:18 | 7:8,12,13 | conservative |
| chaos 51:23 | clean 52:22 | compare 31:5 | 45:21 46:3 |
| chaotic 28:5 | climbed 11:19 | compared | consider 45:3 |
| charge 7:19 | clinton 22:14 | 41:10 | considered |
| 47:10,14 48:7 | clip 9:16 12:10 | compares | 25:7 52:10 |
| 48:25 49:18 | 27:22 30:2 | 30:24 | consistent 45:4 |
| charged 11:15 | close 20:2 30:6 | competing 7:11 | 45:14 |
| 29:4 | 30:6 31:9 | complete 21:13 | continent 57:16 |
| charges 7:18 | 44:15 | 46:24 | continue 39:10 |
| charlotte 57:6 | cnn 14:24 | complex 9:24 | convicted 10:13 |
| chart 13:20,22 | 50:17 | 11:3 | 28:13 |
| 13:24,25 | coalition 46:21 | complexes 9:11 | cooperate 12:2 |
| cheat 46:13 | cold 54:5 57:10 | 10:5 29:23 | cop 48:1,2,19 |
| check 28:4 | colleyville 12:3 | compliment | 48:20 49:12,13 |
| chicago 57:5 | colorado 9:12 | 45:3 | 50:5,6 |
| child 43:3 | 9:25 16:10,11 | concludes | cops 11:7 28:24 |
| children 7:25 | 16:18 | 12:10 30:2 | corey 36:13 |
| 27:15,20 38:17 | | | |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

ER0894

**[corrupt - democratically]**

**corrupt** 54:25
**cost** 4:25 28:7
**costs** 7:1
**couch** 54:20
**countries** 8:24
  24:24
**country** 3:3,6
  3:12,20 4:5,25
  5:25 7:5,18 8:7
  8:8,17 9:3,4,6
  11:10,14 12:12
  12:13,16,16
  13:2,13 14:6,10
  14:16 15:4
  16:3,4 20:19,24
  21:23,24 25:21
  26:8,23 27:1,6
  29:3 32:24,24
  32:25 33:1,9
  35:17 40:12
  42:1,23,25 45:8
  45:23,25 46:19
  47:1,18,20
  48:11,13 49:4,6
  49:22,24 51:4,5
  52:12,17 53:21
  54:23 55:8
  56:22 57:22,24
  58:16 59:12
**couple** 35:23
  50:18 52:10
**course** 16:13
**court** 11:22
**crash** 34:19

**crawls** 43:12
**crazy** 26:21
  35:9 37:5
  41:15 44:8
**created** 10:7
**creator** 41:17
**credit** 5:22
**crime** 10:2 43:6
  52:1 56:9,13,14
  56:19
**criminal** 8:18
  13:11 29:21,22
  43:12
**criminals** 3:3
  8:7 10:11
  12:23 13:1
  14:15
**crisis** 9:19
**critical** 53:9
**crooked** 4:4
  22:13,13,14
  26:3,4,12
**cross** 10:11
**crossed** 10:18
  28:25 57:15
**crossings** 9:20
**crush** 52:1
**custody** 28:17
**cut** 5:17 6:16
  12:1 42:9,11
  51:14
**czar** 47:9,14
  48:7,25 49:18

**d**

**d** 33:10
**d.c.** 52:20 53:6
**dad** 21:20
**dallas** 11:24
**damn** 18:11
  54:20
**danger** 57:11
**dangerous**
  23:21,22 24:8
  52:21
**dark** 36:22
**darling** 21:21
**date** 59:16
**daughter** 10:15
**daughters**
  21:19 22:9
**david** 56:12
**day** 9:2 12:4,19
  12:20,21 14:3
  16:25 20:14,18
  23:8 28:18
  29:19 30:15
  54:10 56:11,18
  58:2,15
**days** 4:16 12:4
  12:18 18:7,8,9
  30:15,16 57:22
**de** 9:10 10:25
  55:15
**dead** 25:4
  27:16,20
**deadliest** 9:5
**deadly** 9:17
  28:5 43:4

**deal** 6:16 21:12
  27:2 38:7
**deals** 3:16
**dearly** 52:3
**death** 11:15,20
  14:12 29:4
**debates** 22:15
**debating** 56:16
**decades** 56:5
**decapitate**
  39:13
**deciding** 4:24
**decision** 41:9
**deductible** 6:4
**defeat** 4:17
  5:14 26:19
  54:16
**defeated** 57:19
**defend** 53:15
  53:16,21
**defending** 7:21
  53:19
**defense** 52:15
**definitely** 38:9
**defund** 41:17
  41:18,19 42:15
**defunding**
  42:16,16
**democracy**
  16:19
**democrat** 26:13
  45:20
**democratically**
  35:18

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[democrats - europe]**

**democrats**
16:18 19:6
**department**
47:25,25 48:18
48:18 49:11,11
50:4,4
**deportation**
12:22
**deserve** 52:3
**destroy** 42:25
**destroyed** 4:5
19:24 21:6,8
41:16 42:20,21
42:21,24 44:1
**details** 11:4
28:20
**detained** 43:18
**detention** 43:16
**detroit** 45:6
57:6
**differences**
57:2
**different** 13:16
26:1 36:16,19
40:3
**differently**
27:10,24 28:9
29:11
**dignity** 20:21
**disaster** 30:4
**dismantle**
13:10
**disqualifies**
14:20

**disqualifying**
27:11
**diverse** 46:21
**documents**
11:22
**doing** 4:16 8:6
18:18 25:4
26:25 27:3
33:24 39:8
40:11 44:21
**dolan** 2:15
40:21
**dollars** 5:2,3,7
25:3
**dome** 52:17
**domestic** 5:8
**dominate** 3:17
**don** 38:22
**donald** 1:15 2:1
12:11 30:3
44:19
**dozen** 10:24
**draft** 21:22
22:9
**drafting** 21:22
**dream** 3:4,5,21
3:21 54:12,13
**dreaming** 3:22
**dreams** 51:11
**drill** 6:15,15
**drive** 23:22
**dying** 23:24
24:1,3

**e**

**e** 59:1
**earlier** 12:4
**early** 4:8 30:8
30:18
**earth** 8:2 55:1
**easily** 40:16
**east** 51:24
**easy** 32:16 39:9
**economy** 3:14
5:9,12 8:3,6
13:15 21:5
29:15 41:16
**egregious** 8:10
15:10
**eight** 50:21
55:15
**either** 25:7
**elected** 40:14
40:15
**election** 3:2,8
28:18 30:15,16
30:16 46:10,11
46:14,15 55:2
58:2
**electorate**
43:23
**elizabeth** 39:4
**elon** 14:7 35:10
35:11,14,24
36:13 37:5,15
51:17
**embarrassing**
20:18

**embarrassment**
20:23
**embodies** 55:5
**ended** 19:15
24:14,15,17
25:4
**endorsed** 43:9
**endorsement**
46:24 47:24
48:17 49:10
50:3
**ends** 9:3
**enemies** 13:6,9
23:18 24:9
**enemy** 26:20,23
44:23,24,25
45:1,1
**energy** 6:6,16
7:1 21:10 55:5
**enforcement**
14:14
**engines** 34:18
**enter** 8:8
**entered** 28:19
**enterprise**
29:22
**environment**
37:7
**equally** 13:5
**equipment** 22:4
**eradicated** 8:13
**eric** 38:22
**especially** 9:12
**europe** 24:15
24:16,24

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[evacuation - friend]**

| | | | |
|---|---|---|---|
| **evacuation** 28:6 | 47:4 56:12 | **finally** 53:21 | **followed** 6:12 |
| **evangelicals** 51:2 | **fakers** 6:23 | **financial** 29:18 | **following** 56:18 |
| **evening** 36:23 | **families** 7:24 | **finest** 48:3,4,21 | **food** 37:12 |
| **event** 32:2 | **family** 5:1,6,22 | 48:22 49:14,15 | **football** 54:20 |
| 46:19 | 54:9 58:8 | 50:7,8 | **force** 55:21 |
| **events** 32:3 | **far** 13:7 21:11 | **fingers** 12:2 | **forces** 55:1 |
| **everybody** 2:2 | 26:10,11 47:2 | **finished** 22:20 | **foregoing** 59:4 |
| 2:3 23:7 24:21 | **fascism** 57:19 | **fire** 33:19 34:5 | **foreign** 53:19 |
| 27:8 31:10,19 | **fast** 4:20 13:2 | 51:13 | 53:19,20 |
| 35:19 | 43:1 | **fired** 4:6,7 | **forever** 30:17 |
| **exact** 44:20 | **fate** 4:1 | **firefighter** | **forget** 18:14 |
| **excellent** 29:15 | **favor** 10:9 | 36:12 | **former** 2:4 |
| **excited** 3:19 | 34:10 43:19,20 | **firefighters** | **fortune** 24:23 |
| **expedite** 13:3 | **fear** 17:23,25 | 47:23 48:16 | **forward** 53:3 |
| **expense** 43:16 | 22:23 | 49:9 50:2 | 57:13 |
| **explain** 22:10 | **february** 59:16 | **first** 2:4,4 19:16 | **found** 15:25 |
| **eye** 7:20,21 | **federal** 55:19 | 30:8 46:9 | 29:22 |
| 24:13 | **feel** 31:24 | 50:14 53:23 | **four** 2:24 3:9 |
| **f** | **feeling** 43:9 | 58:4 | 3:11 4:22 5:9 |
| | **feet** 11:21 | **fist** 42:3 | 8:9 19:1,2 20:6 |
| **f** 37:6 59:1 | 19:13 37:15 | **five** 23:1,3 | 23:5 25:22 |
| **fabulous** 38:12 | **fema** 15:16 | **fix** 25:12,12,21 | 27:25 35:12 |
| **face** 8:1 39:18 | **fifth** 29:6 | **fixed** 21:7 | 47:8,11 58:1 |
| **facing** 3:25 | **fifty** 5:4 6:17 | **flag** 52:25 53:8 | **frack** 44:22 |
| 13:17 | **fight** 21:23,25 | 58:8 | **fracking** 43:2 |
| **fact** 13:20 | 32:15 47:19 | **flags** 53:6 | 44:22 |
| 26:14 | 48:12 49:5,23 | **flame** 34:6 35:2 | **francisco** 42:21 |
| **factories** 45:5 | 58:13,13,13 | 35:3 | 43:25 |
| 51:16 | **fighting** 22:11 | **flames** 33:20 | **free** 7:2 43:15 |
| **facts** 41:13 | 24:25 25:2 | **flew** 15:24 | 53:16 54:7 |
| **failure** 3:10 | 26:24 54:25 | **florida** 15:20 | **freedom** 57:9 |
| **fair** 56:21,22 | **figured** 21:1 | 31:6 | **freezing** 57:9 |
| **fake** 6:18,20,20 | **fill** 2:9 | **fly** 16:3 | **friend** 17:21 |
| 14:24 39:14,15 | **filled** 54:10,12 | **flying** 15:23 | 18:22,23 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**ER0897**

**[friendly - grew]**

| | | | |
|---|---|---|---|
| **friendly** 18:24 | **generations** 57:7 | 13:1 16:1,2,11 | **gotten** 22:3 |
| **friends** 19:6 37:9 53:25 | **genius** 35:14,15 35:15 | 17:19 18:3,4,19 20:21 22:16,17 | **government** 55:20 |
| **front** 6:8,9 25:18,20 | **georgia** 15:18 28:21 | 22:19 23:1 24:10,23,23 | **governor** 9:13 42:22 55:12 |
| **frontiers** 3:17 | **germany** 24:24 | 25:12 27:4,5,7 27:7 31:13,18 | **governors** 42:23 |
| **full** 9:22 | **getting** 20:20 21:19 | 33:8 34:11,15 34:19 35:1 | **grabbed** 35:6 |
| **fully** 6:4 | **girls** 42:7,11 | 37:4,8,10,11,12 37:13,18 38:17 | **grass** 25:18,19 |
| **functioning** 26:6 | **give** 6:25 26:15 34:10 43:8 | 39:10,22 40:7,8 40:11,17 41:1,2 | **great** 4:19 7:24 14:1 17:8,10,13 |
| **further** 43:1 | 52:1 58:9,10 | 41:5 42:17,18 | 17:23 22:3,24 |
| **future** 3:20 57:9 | **given** 52:9 | 42:24 43:1 44:11,19 45:14 | 23:5 27:8 30:22 31:4 |
| **g** | **glasses** 39:18 39:19 | 45:17 46:13 48:3,21 49:14 | 32:4,10,10,17 32:18,19 33:24 |
| **gamble** 19:25 | **glorious** 58:9 | 50:7 51:12,13 51:17 52:16,18 | 34:20 36:7,12 36:12,25 37:1,4 |
| **game** 54:20 | **glory** 51:10 | 52:22,23 53:21 53:24 54:22,23 | 37:9 38:2,6,11 38:24 39:5,6,8 |
| **gang** 9:7,23 10:6,25 11:2,25 12:6 | **go** 15:9 16:12 19:21 21:22 24:14 30:5,17 | 55:10,12,13 56:1,2,22 57:23 | 39:10,11,21,22 39:25 40:4,5,10 |
| **gangs** 8:14 9:5 13:4 42:6 | 32:21,21 37:4 37:10,11,12 | 58:14 | 40:10 41:20 45:3,17 46:2,3 |
| **gantry** 34:20 34:21 | 38:1 42:3 47:1 56:3 | **gold** 37:14,16 | 46:10,11 50:23 50:25 52:24 |
| **garden** 1:14 2:7 33:6 40:22 41:11 | **god** 19:22 58:9 58:23,24 | **golden** 3:23 | 55:13 58:7,22 |
| **gas** 37:5,16,17 37:19 | **goes** 26:21 | **good** 17:9,9 18:2,18 19:19 | **greatest** 3:11 5:12 23:6 33:4 |
| **gathered** 55:7 | **going** 2:10 3:21 3:24 4:6,11,13 | 29:15 31:8,9 35:1 36:4 41:9 | 45:22,24 46:25 58:1 |
| **gavin** 42:22 | 4:17,18,19,20 5:15 6:1,7,8,13 | 43:11 48:4,22 49:15 50:8 | **green** 6:16 21:12,20 27:2 |
| **general** 43:3 | 6:14,14 7:3,13 7:16 10:10 | **google** 44:7 | **grew** 25:18 |
| **generals** 22:22 22:24 23:5 52:11 | 12:12,17,17,20 | | |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**ER0898**

[gross - husband]

| | | | |
|---|---|---|---|
| **gross** 3:9 14:19 | 45:10 46:12 | **held** 35:6 | **home** 3:5 38:25 |
| **grossly** 14:21 | 51:22 53:5 | **hell** 13:2 24:3 | 58:7 |
| **group** 9:7 | **happening** | 25:3 30:19 | **honestly** 35:20 |
| 11:23 25:2 | 12:17,18 30:24 | 32:14 33:17 | **honey** 38:6,11 |
| 26:18 33:8 | 31:5,7,8 32:22 | 34:21 46:11 | **honor** 37:9,22 |
| **guarantee** | 32:23 45:10,11 | 53:10 | 52:23 56:4 |
| 38:10 | 50:18,20 51:25 | **hello** 2:5 | **hope** 2:25 |
| **guess** 34:20 | **happens** 17:7,7 | **help** 24:25 33:9 | 13:20 54:11 |
| 46:17 | 18:13,16 | 58:2 | 56:2 |
| **gun** 43:8 | **happy** 34:24 | **hernandez** 12:3 | **hopefully** 2:4 |
| **guns** 43:7 | **hard** 26:16 | 12:3 | **horrible** 20:14 |
| **gut** 28:20 | 57:21,23 | **high** 9:20 29:17 | 55:15,16,16 |
| **guy** 32:10 | **hardworking** | **highest** 54:14 | **hot** 46:6 57:10 |
| 33:16 34:1,2,2 | 2:20 | **highways** 57:18 | **hour** 19:10 |
| 34:10 36:7,12 | **harm** 26:25 | **hike** 5:8 | 33:22 |
| 39:17 44:6 | **harris** 4:3,17 | **hillary** 22:13 | **house** 4:19 |
| 45:3 46:2,2,2,3 | 4:22 5:9 8:9 | 22:13,14 | 40:18 43:12 |
| **guys** 32:13 | 10:7,9,21 19:23 | **hire** 7:7 51:20 | 53:1 |
| **h** | 28:1,10 29:12 | **hispanic** 50:10 | **howard** 37:20 |
| | 30:1 41:13 | **historic** 50:9 | **hub** 41:6 |
| **half** 6:17 15:25 | 54:17 | **history** 3:11 | **hudson** 2:12 |
| **hamilton** 10:16 | **harry** 54:22 | 4:25 5:12 8:11 | **human** 37:6 |
| **hampshire** 46:5 | **hat** 36:9,10,14 | 12:22 14:5,6 | **humanitarian** |
| **handgun** 43:10 | 36:19,21,22,24 | 20:18 21:2 | 10:8 |
| **handle** 17:4 | **hats** 36:15,16 | 27:6 30:21 | **humiliating** |
| **hands** 4:1 | **head** 11:18 | 45:23,25 46:19 | 15:4 |
| 11:20 | **health** 37:7,11 | 46:21 47:1,16 | **hump** 19:10 |
| **happen** 3:24 | **healthy** 58:19 | 48:9 49:2,20 | **hundred** 50:15 |
| 4:14,20 27:4 | **hear** 13:9 25:9 | 52:24 58:1,16 | 50:19 |
| 46:13 53:24 | 45:11 | **hit** 29:16 | **hundreds** |
| 54:16 | **heard** 21:23,24 | **hits** 44:8,13 | 55:22 |
| **happened** | 56:17 | **hold** 34:10,11 | **hurricane** |
| 11:12 14:8,8 | **hearing** 6:18 | 34:13 | 15:10 |
| 16:5 18:16 | **heinous** 11:7 | **hole** 26:21 | **husband** 54:19 |
| 19:8 20:12,12 | 28:24 | | |
| 21:3 22:20 | | | |

[hyde - kamala]

| | | | |
|---|---|---|---|
| **hyde** 59:3 | **including** 16:18 | **introduce** | **job** 2:17,17 4:4 |
| **i** | 33:9 46:21 | 17:14 | 4:5 7:8 18:18 |
| **ice** 10:21 41:23 | 52:19 | **introducing** | 19:19 21:17 |
| 42:13,13,15,16 | **inclusion** 51:7 | 17:18 | 39:8,10,11,22 |
| 42:16 | **income** 21:7 | **invaded** 12:24 | 40:11 44:4 |
| **iii** 20:2,3 21:16 | **incompetence** | **invasion** 3:3 | 47:15 48:8 |
| 51:24 | 3:10 14:19 | 9:3,22 52:10,12 | 49:1,19 |
| **illegal** 10:12 | **incompetent** | **investigations** | **jobs** 5:5 6:24 |
| 11:6 14:4,16 | 14:22 21:17 | 29:21 | 7:23 45:12,17 |
| 15:17,23 16:7 | 22:7 | **investigators** | **jocelyn** 11:16 |
| 28:12,23 29:6 | **increasing** | 11:13 29:2 | 11:20 29:5 |
| 43:16 54:3 | 29:17 | **inviting** 45:22 | **jocelyn's** 11:18 |
| **illegally** 10:18 | **incredible** 2:7,8 | **invoke** 13:5 | **joe** 4:4 15:8 |
| 11:14 14:17 | 2:16,16 33:8,11 | **iq** 15:3 | 26:3,4,5,11 |
| 29:3 43:18 | **independence** | **iran** 20:8 | 27:10 44:15 |
| **imagine** 3:14 | 6:6 | **isis** 22:21 | **joe's** 6:9,9 |
| **immediately** | **independent** | **island** 42:5 | **johnson** 39:7 |
| 14:17 | 45:21 | **israel** 20:11 | **join** 45:22 |
| **immigrant** 11:6 | **individual** 15:3 | **issue** 25:11,11 | **joined** 33:7 |
| 28:19,23 29:6 | **inflation** 3:2 | **issued** 23:9 | 37:23 |
| **immigrants** | 4:24 5:14 8:5 | **it'll** 40:9,9 | **joining** 51:2 |
| 10:13 15:23 | 15:6 21:5,6,6,9 | **item** 46:6 | **jordan** 32:9,10 |
| 28:13 | 21:9 27:2 | **j** | **k** |
| **immigration** | 29:16 51:14 | **j** 33:10 | **kamala** 4:3,6 |
| 14:4 54:3 | **inflicted** 8:11 | **j.d.** 37:18 | 4:17,22 5:5,8 |
| **impact** 40:19 | **initial** 19:10 | **jail** 13:1 14:10 | 8:9,18 9:6 10:9 |
| **important** 26:8 | **innocent** 9:1 | 53:8 | 10:21 14:15 |
| 33:14 34:2,12 | **insane** 8:19 | **jails** 8:19 | 17:1 19:23 |
| 44:3 58:15 | **insanity** 53:9 | **january** 6:18 | 25:11,13 26:11 |
| **imported** 8:18 | **institutions** | **jet** 15:24 | 27:9 28:1,10 |
| 9:6 | 8:20 | **jews** 51:1 | 29:12 30:1 |
| **impose** 5:7 | **interest** 6:3 | **jim** 2:15 32:8,9 | 41:13,23 42:15 |
| **impressed** 32:9 | **internet** 39:1,2 | 32:11 40:21,25 | 43:8 45:18 |
| **improperly** | **interviews** | 41:12 | 50:21 51:13 |
| 10:20 | 14:23 | | 54:17 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**ER0900**

**[kamala's - look]**

| | | | |
|---|---|---|---|
| **kamala's** 14:19 | 31:21 32:9 | **launch** 12:21 | **lied** 44:2,3,17 |
| **katrina** 15:12 | 33:24 34:4,15 | **launched** 4:24 | 44:18 |
| 15:13 | 35:16 36:9,13 | 57:20 | **life** 26:7 |
| **kayla** 10:16 | 36:18,22 37:15 | **launching** | **lift** 51:10 |
| **kayla's** 10:17 | 38:3 39:5 | 34:22 | **liked** 36:18 |
| 10:19 | 40:13,25 41:3 | **law** 13:7 14:14 | **likely** 27:18 |
| **keep** 4:11 7:3 | 41:23 42:1,5,12 | 38:14,18 | **likes** 20:23 |
| 17:19 22:19 | 44:2,11 45:24 | **lawn** 25:18,20 | 31:22 |
| 37:19 53:10,11 | 46:16 47:13 | **laws** 8:24 | **linked** 29:20 |
| 53:12,13,17 | 48:6,24 49:17 | **lead** 31:6 | **liquid** 37:14,16 |
| **kennedy** 37:6 | 55:14 | **leader** 8:11 | **list** 38:7,9 |
| **keystone** 24:17 | **knows** 15:1,3 | 12:6 | **listen** 22:16,17 |
| **kick** 13:1 23:17 | 23:7 | **leading** 4:14 | **listened** 32:7 |
| **kicked** 18:12 | | 16:15,16 30:11 | **literally** 17:14 |
| **kids** 38:15 | **l** | 31:17 | **little** 16:12 17:1 |
| **killed** 5:4 20:14 | | **leaving** 7:14,14 | 17:2 21:19,20 |
| 22:1 42:7 | **ladies** 6:10,13 | 22:4,5 | 22:9 24:18 |
| **killing** 9:11 | **lady** 2:4,4 | **ledanski** 59:3 | 34:24 39:17,18 |
| **kills** 14:13 | **laid** 57:16 | **left** 14:3 18:7 | 40:16,18 42:9 |
| **kimberly** 38:23 | **laken** 11:5 | 26:13 34:5 | 42:11 43:22 |
| **king** 39:1,1 | 28:21 | 35:2,20 41:14 | 44:10 |
| **knew** 24:4 | **landed** 35:5 | 42:20 43:25 | **live** 7:25 |
| **knicks** 40:24 | **lands** 53:20 | 53:4 54:17 | **lives** 19:25 28:7 |
| **knifed** 42:8 | **landslide** 18:25 | 55:14,24 | **loans** 6:3 |
| **knives** 42:12 | 54:18 | **legal** 59:11 | **location** 40:25 |
| **know** 6:8,9 | **lara** 38:23 | **legs** 22:6 | 41:1 |
| 13:13,14 15:16 | **large** 51:3 | **letters** 36:20 | **long** 16:23 |
| 16:5,12,14,25 | **largely** 15:8 | **level** 54:14 | 37:10 39:23 |
| 17:3,16,17,20 | **larger** 51:3,4 | **levels** 2:13 50:9 | 40:7 42:5 53:1 |
| 18:1 20:16,16 | **largest** 12:21 | 53:24 54:4 | 56:6,7 |
| 21:5 22:3 23:7 | **las** 57:4 | **liberal** 45:21 | **longer** 12:13,17 |
| 23:8,22 24:11 | **late** 30:18 | **liberation** | 27:5 |
| 25:14,24 26:7 | 31:22 | 12:19,20 | **look** 2:10 6:11 |
| 26:17 27:13 | **latest** 10:5 | **liberty** 53:15 | 6:19,20 9:15 |
| 30:7,15,20 | **laughing** 23:18 | | 13:14 14:2,6,8 |
| | 24:9,10 | | |

**[look - mistakes]**

14:8,22,23,24
16:6,9 22:16
25:6 27:21
37:4 39:16
**looked** 20:25
32:13
**looking** 33:18
34:19 39:17
41:24 48:1,19
49:12 50:5
**losing** 30:7 51:9
51:9
**lost** 45:12
**lot** 6:12,19,20
6:22 8:21 16:1
17:7,16,18 18:5
18:13 19:15
21:7,7 23:6
25:14 31:19,25
40:3,3 41:8
42:1 46:12
50:19 52:17
**lots** 13:12
**love** 2:20 13:22
13:23,24 19:3,5
31:2,2 32:25,25
33:23 36:21
39:6,24 40:1
58:5
**loved** 5:23
13:25
**low** 15:3
**lowest** 6:25,25
7:1 14:4

**lunatic** 42:20

**m**

**machine** 26:13
**machinery** 18:3
**made** 6:4,5
23:20 27:12
36:14 46:5
52:16,18
**madison** 1:14
2:7 33:6 40:22
41:11
**maga** 25:25
36:22
**majority** 39:9
**make** 4:19 5:15
5:16 6:3 7:6,8
19:24 24:23
27:8 31:23
41:9 52:22,23
55:9,13 58:17
58:17,18,19,20
58:21,21
**man** 9:19,20,22
10:1,7,12,19,24
11:9,11,17,22
12:1,6 28:3,12
28:16 29:14,16
33:10 41:8
**managed** 52:21
**manuel** 12:2
**manufacturing**
5:4 45:7,12,15
**marched** 57:12
**marino** 18:18
19:8

**market** 7:2,5
**martinez** 11:17
**marxist** 41:14
**massive** 24:22
26:12 31:6
34:9 52:15
**massively** 5:17
**matt** 19:20
39:21
**matter** 18:2
32:20,21 57:2
**mattis** 22:23
23:3
**mayor** 55:11,15
**mcdonald's**
44:5,9,13,17
**mean** 4:15 17:8
24:25 30:25
31:7 35:20
54:20 55:21
**meaning** 7:17
16:16
**means** 4:15
22:10 25:15
**medicine** 3:17
37:13
**meet** 32:17
39:14,14
**members** 9:23
10:6,25 11:2,24
**men** 11:13,23
12:1 29:2
53:10,11,12,13
**mental** 8:20

**message** 2:25
**met** 32:4,5
**michael** 38:24
**michigan** 50:14
50:18
**middle** 4:23
16:3 25:19
51:23
**mighty** 57:17
**migrant** 8:14
9:3,5 10:2
13:11 14:13
**migrants** 8:18
15:18 16:7
**mike** 39:6
**mile** 19:10
**miles** 33:22
52:6
**military** 3:16
23:6 45:19
52:5,5,6,7,13
**milley** 22:22
**millions** 6:24
19:17 20:1,1
30:22
**mind** 28:2,11
29:13
**mineola** 59:14
**minute** 33:17
33:18 34:10
**minutes** 35:12
**missing** 27:16
27:20
**mistakes** 27:12

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

ER0902

**[mixed - officer]**

**mixed**  24:19
**modernize**  52:4
**mom**  21:20
**money**  15:17
   15:18,21,22
   20:8 21:12
   25:1 41:4 56:9
**month**  8:23
   11:24 25:3
   40:9
**months**  53:3
**moon**  57:20
**mormons**  51:2
**move**  41:1,2,5
   42:4
**movement**
   45:23,25
**movie**  35:9
**movies**  35:10
**moving**  19:13
**muir**  56:12
**murder**  10:13
   11:4,7,15 28:13
   28:21,24 29:4
**murdered**
   10:16
**murderer**
   10:17,19
**murders**  12:7
**musk**  14:7
**muslim**  50:21
**muslims**  50:11
   50:13 51:1

**n**

**n**  59:1
**name**  17:15
   38:8
**named**  40:6
   55:15 56:12
**nasty**  23:25
**nation**  4:1 8:1
   54:8 55:3,4
   57:6 58:4,9
**national**  11:8
   28:16,25 32:5,7
**nations**  53:19
**nato**  24:25
**nbc**  39:14
**near**  12:8 37:14
**nearly**  5:6
**necessary**  25:9
**neck**  11:18
**need**  3:5 10:22
   16:22 26:8
   54:19 56:21
**neighborhood**
   25:19
**nervous**  38:3,5
**network**  13:11
**never**  2:14 5:10
   5:25 7:21 8:4
   8:16 18:22
   20:10,11,12,24
   21:3,23,24 24:4
   24:4 26:4,5,15
   27:18 33:12
   34:14 36:14,16
   39:16 42:18

44:11 47:2,7,8
47:11,17 48:10
49:3,21 50:22
51:22 53:25
54:4 56:17
58:9,10,10,11
**new**  2:6 3:23
   5:21 6:16 11:4
   21:12 27:2
   28:20 29:7,16
   37:25 38:7,9
   46:5 48:3,4,21
   48:22 49:14,15
   50:7,8 52:18
   55:8,24 56:5
   57:4 58:23
**news**  6:18,20
   6:20 14:24
   47:4 56:13
**newsom**  42:22
**newt**  17:11
**nice**  9:7 16:21
   16:25 39:3,17
   39:19,20,20,21
   43:13,14 51:7
**night**  14:23
   32:3 33:13
   43:12
**nightmare**
   13:16 15:6
**nine**  4:16 12:18
   54:24 57:22
**nobody's**  2:13
**nonviolent**  43:6

**nord**  24:19,20
   24:21
**north**  6:10
   15:11,14,19
**notice**  21:19,22
   22:9
**november**
   12:18 27:6
   51:12 58:15
**number**  6:10
   27:19 36:23
   37:24,25 38:7,8
   38:10
**numbers**  13:25
   14:1 51:3
**nungaray**
   11:16 29:5
**nursing**  28:21
**ny**  59:14

**o**

**o**  59:1
**oasis**  55:23
**oath**  8:12 9:2
**obstacle**  57:13
**obviously**  30:22
**occupied**  12:15
   12:16 54:6
**oceans**  57:15
**october**  1:13
   20:11
**offered**  41:4
**office**  9:2 14:4
   15:1
**officer**  14:14

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**ER0903**

[officers - place]

**officers** 29:8
**oh** 19:22 21:21
  21:24 22:14
  23:14 34:15,18
  34:25 39:2,19
**ohio** 16:6 18:17
  18:19,24 19:9
**oil** 37:5,16,17
  37:19
**ok** 24:6 36:20
**old** 10:15 30:15
  42:7 46:3
  59:12
**older** 46:2
**once** 47:8 54:5
  54:8 55:2
**ones** 13:8 17:9
  17:10 22:24
  41:25
**onward** 57:12
**open** 27:1,17
**operate** 18:3
**operating**
  13:11 29:22
**operation**
  43:19
**operations**
  43:15
**opinion** 20:19
  46:16
**opponent** 18:20
  19:1
**opportunity**
  54:11

**opposite** 44:20
**orchestrated**
  8:10
**order** 13:7
**original** 41:16
**originals** 41:18
**outside** 2:10,12
  31:1 48:4,22
  49:15 50:8
**overcame**
  57:13
**overrun** 54:6
**overtime** 5:19
**own** 10:16
**ownership**
  43:10

**p**

**packed** 32:19
  32:20,21
**pad** 34:22
  35:20
**painful** 42:10
**paper** 21:1,21
**parent** 5:23
**parents** 22:4
  27:18
**parole** 14:11
**paroled** 11:9
**part** 42:3
**parties** 16:16
  16:17
**party** 19:7
  26:14 51:6,6,8
**pass** 7:16

**past** 8:9 27:24
  54:24
**pat** 46:3
**path** 19:24
**patriots** 2:21
  33:8 57:7,21,23
**patrol** 10:18
  12:8 46:22,23
  47:9
**pay** 7:9
**paying** 25:1
**peace** 50:24,24
**peanuts** 41:10
**penalty** 14:13
**penn** 32:4,6,20
**pennsylvania**
  33:25 35:21
**people** 2:8 6:12
  8:12,21 9:8
  10:1,10,24 16:8
  16:17 18:2,14
  19:17,17 20:1
  20:13,14 21:8
  22:6,7,23 23:7
  26:9,18,25
  30:25 31:20,25
  32:15,17,24
  34:12,15 36:11
  38:24 40:10
  41:12,24 42:1
  45:1 47:19
  48:12 49:5,23
  50:23 52:8
  53:4,4 55:6,18
  55:22,25 56:16

**58:8
**percent** 5:7
  6:17 7:18,20
  23:23 24:1
  29:14,17 31:17
  50:15 56:19,23
**perfect** 26:15
  42:10,10
**period** 5:2
  45:13
**periods** 30:17
**person** 25:2
  29:24 33:14
  39:12,20,20
  43:5,25 45:4
  56:12,17
**peruvian** 12:6
**petrified** 9:13
**philadelphia**
  57:5
**phoenix** 57:5
**phone** 33:14
  34:13
**picked** 34:14
**piece** 21:21
  36:8
**pieces** 42:9,11
**pipeline** 24:15
  24:15,17,22
**pitch** 33:21
**place** 2:6 16:8
  24:7 32:4
  33:20 36:15
  40:1,4 41:3,11
  44:1 50:13

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

ER0904

**[place - radical]**

52:21,23 54:4
55:18,20,24
**places**  31:7
40:3
**planes**  15:24
16:1,2
**planet**  7:3
**played**  20:9
**plays**  9:16
27:22
**please**  27:21
**pleased**  37:23
**pledged**  43:6
**plotting**  28:17
**pocahontas**
41:15
**point**  31:10
44:11
**points**  40:2,2
**police**  12:4 29:7
41:17,19,20
47:23,25 48:4
48:16,18,22
49:9,11,15 50:2
50:4,8 52:2
**policies**  27:1
44:20
**policy**  5:21
**political**  45:22
46:18
**politician**  17:3
17:7,24 18:1
**politicians**  17:8
25:14,25

**poll**  31:12
50:20
**polls**  13:14
50:14
**popular**  2:3
**population**
50:10,10,11,18
50:22
**position**  23:20
**possibility**
14:11
**possible**  13:2
**potential**  55:6
**pouring**  33:19
35:3 47:20
48:13 49:6,24
**powerful**  3:16
8:1 26:11 51:8
58:17
**predict**  39:23
**president**  1:15
2:1 12:11
14:20 16:22
19:25 20:3,4,5
20:15 22:11
24:2 27:24
30:21 33:10
41:21 42:19
46:25 51:22
54:22
**press**  39:14,15
45:2 56:21,22
**pretend**  31:10
31:11

**pretty**  18:10
23:25 36:4
40:16
**prevent**  51:24
**prey**  8:25
**prices**  6:17
51:15
**primaries**  46:9
**primary**  19:10
46:5,8
**prison**  9:7,8,9
**prisons**  8:19,22
**privilege**  7:11
**probably**  10:22
11:12 21:1
39:16 40:9
**problem**  3:25
18:20 42:14
**proceedings**
59:5
**product**  7:7
**production**  5:8
**products**  7:9,10
**profession**
17:21 24:8
**program**  10:8
12:22
**promise**  31:18
31:19 58:3
**properly**  11:11
26:6 55:17
**prosper**  54:9
**protect**  7:13,22
7:23,23,24,25
53:22

**protected**  7:12
**protecting**
53:20
**protection**  52:2
**proud**  2:20
54:8 58:20
**prove**  44:10
**pull**  46:17
**pure**  34:4
**purely**  25:15
**pushed**  57:12
**put**  12:25 16:7
23:12,13,15
26:1 30:6
34:13,17 36:24
47:14 48:7,25
49:18 53:2,7
58:3
**putin**  20:25
24:12
**putting**  9:21

**q**

**question**  2:23
14:25 35:24
**questions**  35:23
**quickly**  3:24,24
5:11 23:1

**r**

**r**  59:1
**race**  23:23
40:20 53:9
**races**  31:4
**radical**  26:13
41:14 42:20

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

ER0905

**[radical - safer]**

43:25 53:4
54:17
**railroads** 57:17
**raise** 5:5 51:15
**raised** 56:24
57:17
**ran** 24:4
**rangers** 40:24
**rape** 43:5
**rapidly** 5:14
**rated** 41:14
**rather** 24:6
33:5
**read** 38:4
**reading** 18:7
19:12
**ready** 13:10
45:16,16
**really** 17:9 20:7
25:7 26:3 31:8
31:9 32:1,19
35:17 36:7
40:11,17 42:6
44:25 45:24
47:13 48:6,24
49:17 51:6,9
55:22 56:21
**reason** 44:5
**rebuild** 52:19
**rebuilt** 52:5
**recently** 44:16
**reciprocal** 7:17
**recognized**
5:24

**record** 6:21,22
9:20 27:1 59:5
**recorded** 14:5
14:6
**records** 4:9
**recover** 5:10
**red** 36:15
**redefined** 43:3
**referred** 37:17
**regret** 29:9
**regulatory** 7:1
**released** 10:13
10:20 11:9
12:4,8 28:14
56:18
**religious** 53:15
**remember** 7:3
15:25 17:5
22:12,13 24:14
27:12 36:8
56:11
**remorse** 29:8
**removals** 13:3
**report** 23:9,12
23:14
**reporter** 39:14
**reports** 23:16
**representatives**
53:2
**republican**
19:7 31:22
45:20 51:6
**republicans**
30:7,14

**rescue** 8:3
12:23
**resettled** 8:25
**resources** 52:2
**respect** 20:6
52:3,24
**respected** 20:5
20:7 25:9
**respects** 15:1
**responded**
15:14,15
**response** 15:10
15:11
**rest** 21:2
**restoration** 9:4
**restore** 8:4
53:16 58:3
**rhetoric** 22:17
22:18
**richer** 3:7
**richest** 8:1
**ride** 23:24
**rig** 54:18
**right** 11:1 19:2
20:13 23:25
31:24 32:12
33:2 36:5,9
39:21 40:18
41:5,7 42:1,16
46:4,19 47:21
48:14 49:7,25
52:18 53:17
**rights** 57:8
**riley** 11:5 28:22

**ripping** 35:2
**risks** 46:17
**river** 2:11,12
41:2,5
**road** 59:12
**robbery** 12:5
**robbing** 11:23
**robert** 37:6,21
**rocket** 14:7
33:11,19 34:18
**rockets** 34:3
**rogan** 44:16
**rolla** 12:8
**roof** 56:10,10
56:14
**room** 10:16
21:8 29:25
35:19 43:7
**rough** 32:14
55:22
**row** 6:8,9
**rows** 42:2
**run** 35:18,18
35:18
**running** 25:13
26:10
**runs** 26:13
**russia** 20:9,10
35:25
**russian** 24:22

|  **s** |
| --- |

**safe** 52:22 55:9
58:21
**safer** 3:7

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**ER0906**

**[safest - speech]**

| | | | |
|---|---|---|---|
| **safest**  3:15<br>13:19 | **secure**  3:15<br>**security**  5:20 | **share**  58:6<br>**shattered**  4:23 | **social**  5:19<br>**soil**  13:12 |
| **salute**  58:7 | **see**  14:3 15:16 | **she'll**  43:24 | **soldiers**  22:3 |
| **san**  10:4 11:1 | 22:25 25:17 | **sheriff's**  47:24 | 28:7 |
| 42:21 43:25 | 27:18 32:11 | 48:17 49:10 | **solidly**  35:18 |
| **sanctuary** | 33:19 34:7,18 | 50:3 | **solutions**  59:11 |
| 14:15,17 | 36:15,16 44:11 | **sherrod**  18:20 | **solved**  3:25 |
| **sanders**  41:15 | 50:12,12 55:17 | **shield**  52:15 | **somebody** |
| **savage**  9:7 13:4 | **seeing**  50:9 | **ship**  14:7 33:12 | 16:21 37:3 |
| **save**  33:9 51:13 | **senate**  40:15 | **shoot**  42:8 | **someplace** |
| 54:23 57:24 | **senator**  17:13 | **short**  5:2 45:12 | 17:12 |
| **saw**  16:25 23:8 | 39:24,25 | **shot**  24:3 | **something's** |
| 35:1 36:17 | **senators**  40:15 | **show**  46:7 55:2 | 44:11 50:17,19 |
| 50:22 | **send**  7:10 | **shows**  29:8 | **sons**  21:18 22:8 |
| **saying**  10:9 | **seniors**  5:20 | **side**  20:6 26:21 | **sonya**  59:3 |
| 18:6 44:18 | 21:7 | **siege**  53:18 | **soon**  12:16 |
| **says**  17:6 39:19 | **sentence**  19:16 | **signature**  59:9 | **sorts**  41:4 |
| **scam**  6:16 | **sentences**  26:2 | **simple**  2:23 | **sound**  26:21 |
| 21:13,13,13 | **seriously**  15:2 | **simply**  5:14 | **south**  15:20 |
| 27:2 | **setbacks**  57:11 | **single**  57:13 | **southern**  29:1 |
| **school**  38:14,18 | **setting**  4:9 27:2 | **sinister**  54:25 | **sovereign**  8:13 |
| 42:8 53:10 | **settled**  57:16 | **sir**  56:8,11,13 | **space**  3:18 |
| **science**  3:17 | **seven**  30:12 | **sister**  39:4 | **speak**  40:8 |
| **scorching** | **sex**  27:16 43:4 | **sitting**  30:21 | 55:25 |
| 57:10 | 43:15,19 | **skyscrapers** | **speaker**  6:22 |
| **scotland**  33:3 | **shame**  47:21,22 | 57:18 | 13:10 17:11,16 |
| **scratch**  10:23 | 48:14,15 49:7,8 | **slash**  51:15 | 19:19 30:10 |
| **screen**  33:19 | 49:25 50:1 | **slaves**  27:16,16 | 39:6 53:1 |
| 34:3 41:25 | 56:20,20 | **sleeping**  15:8 | **speaking**  17:23 |
| **screwed**  21:10 | | **sleepy**  15:7 | 17:24,25 |
| **second**  46:4,7 | | **small**  5:18 | **special**  2:6 |
| 53:17 | | **smart**  20:3 | 28:19 35:15,16 |
| **secret**  40:17,18 | | 23:15 25:7,8 | **speech**  1:14 |
| 40:19 | | 26:9,18 38:15 | 17:19 37:22 |
| | | 38:18 44:6 | 53:16 |

Page 17

ER0907

**[spending - teleprompter]**

| | | | |
|---|---|---|---|
| **spending**  21:11 25:1 | **stones**  47:19 48:12 49:5,23 | 51:18 | 14:24 16:5,9 23:1,3 27:21 |
| **spent**  15:17,22 | **stood**  28:3 | **stunned**  28:6 | 32:15,23,24 |
| **spirit**  55:5 | 57:14 | **stupid**  22:22,23 | 33:1 40:15 |
| **spoken**  5:25 6:1 | **stop**  3:2 47:19 | 23:12,13 56:12 | 54:2 58:4 |
| **sports**  53:11,12 | 48:12 49:5,23 | **success**  3:13 | **taken**  9:15 10:6 |
| 53:13,14 | 51:23 54:3,5,17 | **sucker**  35:3 | 45:6,6,7 |
| **spree**  9:11 | **stopped**  17:2 | **suckers**  19:11 | **takes**  15:2 |
| **springfield** 16:6 | 18:8 45:10 | **sudden**  19:3 | **talk**  4:10 10:1 |
| **square**  1:14 2:7 | **stories**  34:8 | **suffered**  20:24 | 18:15 34:11 |
| 9:15 33:6 | **storming**  9:24 | **suggest**  11:22 | 40:25 |
| 40:22 41:11 | **storms**  57:11 | 53:7 | **talking**  10:2 |
| **stage**  19:15 | **story**  33:13 | **suite**  59:13 | 25:17 26:7 |
| **stand**  4:2 57:25 | 44:9 46:1 | **summers**  57:10 | 33:15,16 34:1 |
| **standing**  31:1 | **straightened** 35:4 | **sundar**  44:6 | **tall**  34:8 |
| **start**  22:12,17 | **strain**  9:21 | **support**  5:21 | **tamed**  57:16 |
| 22:18 30:18,18 | **strangled**  11:19 | 50:9 52:2 | **target**  13:10 |
| **started**  21:11 | **stream**  24:19 | **sure**  16:14 23:4 | **tariff**  7:10,19 |
| 22:21 | 24:20,21 | 31:23 35:8 | 7:20 |
| **starting**  10:22 | **street**  11:25 | **surrender** 58:12 | **tariffs**  19:4 |
| **state**  4:9,14 | **strength**  20:22 | **suspect**  11:6 | **tarmac**  28:3 |
| 32:4,7,20 55:21 | **strengthen**  52:4 | 28:18,24 | **taught**  56:25 |
| **states**  7:11 | **strong**  23:10 | **suspected** 10:25 | **tax**  5:8,18,19 |
| 10:14,20 12:15 | 55:9 56:2 | **sweetheart** 34:1 | 5:19,22 6:4 |
| 14:18,21 15:11 | 58:19 | **swing**  4:8,14 | 7:18,20 |
| 24:2 26:1 | **stronger**  3:7 | 30:11 | **taxes**  5:6,17 |
| 28:15 30:11 | **strongest**  3:14 | **switch**  19:7 | 6:25 51:14 |
| 36:1 41:21 | **strongly**  38:16 | **system**  16:13 | **taxpayer**  43:16 |
| 45:15 | **stuck**  17:1 | 45:8 | 43:17 |
| **stats**  56:19 | **student**  28:21 | | **team**  32:6,18 |
| **sticks**  47:19 | 38:13,13 | **t** | **technology** 3:18 |
| 48:12 49:5,23 | **students**  38:14 | **t**  59:1,1 | **teleprompter** |
| **stiff**  7:10 | **stuff**  25:23 37:5 | **take**  2:10 4:6 | 16:22,23,24 |
| | 38:5 43:21 | 5:22 9:2,15 | 17:1 19:12,18 |

Page 18

**[television - trump]**

| | | | |
|---|---|---|---|
| television 19:18 | things 13:16 | thrilled 2:19 | took 11:18 23:4 |
| 22:25 31:1 | 21:12 26:22 | 33:7 | 31:6 42:13 |
| 33:16 34:3 | 35:19 45:9 | thrive 54:10 | 50:13 52:7,12 |
| tell 4:3,10 6:14 | 46:12 55:17 | throw 16:15 | top 11:19 27:9 |
| 13:21 40:19 | think 6:22 | tied 11:20 | 38:13,13,13,14 |
| 46:1 53:25 | 10:22 13:6,8 | tiffany 38:23 | 38:18 41:6 |
| ten 2:9,9 | 15:12 16:6,6 | tiger 21:1 | 45:18 |
| tennessee 15:19 | 18:19 19:2 | tight 35:7 | total 43:9 46:24 |
| tens 30:25 | 21:14 23:24 | time 4:9 5:23 | 52:5 |
| tenth 23:23 | 25:13 27:15,19 | 15:9 16:24 | totally 27:11 |
| 24:1 | 30:9 34:16 | 18:16,25 22:25 | 39:13 43:5 |
| term 5:13 | 37:13,18,20 | 26:16 30:17 | tough 13:8 |
| 16:20 | 39:15,22 40:16 | 37:10 39:23 | 32:17 41:3,24 |
| terminate 6:15 | 42:17 43:11,17 | 40:7 45:13 | 42:2 |
| terrible 4:3,4 | 44:14 47:10 | 54:2 | tour 10:8 |
| 23:17 | 48:1,19 49:12 | times 2:9,9 9:15 | town 12:24 |
| terrific 39:12 | 50:5 56:9 | 37:25 38:7,9 | 16:8 56:25 |
| terror 8:15 | thinking 41:22 | tips 5:19 | trade 3:16 7:17 |
| terrorist 28:18 | third 47:18 | tired 22:11 | trafficking 43:4 |
| terrorized 11:3 | 48:11 49:4,22 | tobago 13:4 | train 19:23 |
| texas 10:4 12:8 | thirty 5:2,7 | today 2:25 5:21 | 29:19 41:6 |
| thank 2:1,2,2,3 | 18:8,9,9,11 | 28:17 30:16 | transcript 59:4 |
| 2:15,17 4:20 | thought 4:13 | 33:7 | transgender |
| 6:1 19:20 | 24:5 35:9 | today's 26:13 | 53:9 |
| 36:25 37:1,2 | thousand 5:1,3 | together 2:22 | treat 10:10 |
| 38:10,19,20,20 | 5:4,6 50:19 | 9:8 26:2 51:10 | 54:1 |
| 40:4,21 41:11 | thousands 2:20 | 57:2,15,25 | tren 9:9 10:25 |
| 58:23,24 | 30:25 51:16,16 | 58:13,16 | trendy 32:15 |
| theory 53:9 | 55:22 | told 25:25 26:5 | tried 16:15 |
| thing 4:15 18:1 | threat 16:19 | 33:13 | 40:25 45:18 |
| 27:10 28:1,10 | threatened | tommy 17:12 | trinidad 13:3 |
| 29:12 30:14 | 12:1 | 39:25 40:4 | true 23:12,16 |
| 37:13 44:7,23 | three 5:1,3,6,7 | tonight 25:14 | 23:17 59:4 |
| 45:2 54:21 | 18:6 32:3 39:9 | 45:20 55:7 | trump 1:15 2:1 |
| | 56:16 | | 7:16 12:11 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

ER0909

**[trump - wants]**

18:24 19:3,4,5
19:5 23:14,19
23:20 30:3
38:8 44:19
50:20
**trusts** 15:2
**truth** 24:11
**truthful** 23:15
**try** 19:9,12
**trying** 47:12
48:5,23 49:16
**tuberville**
17:12 39:25
**tuesday** 4:2
**turn** 40:12
45:19
**turnberry** 33:3
**turned** 56:18
**two** 11:13 12:4
18:8,9,9,11
19:13 26:2
29:2,7 35:5
38:21 42:7
53:3 57:18
**typical** 5:1,6
**typically** 16:12

**u**

**u.s.** 10:18 28:5
28:7,19 29:16
29:21
**ukraine** 15:5
20:10 21:2
24:13 51:21
**unbelievable**
40:23,23 46:6

**unconscious**
43:5
**under** 14:14
37:15 53:18
58:9
**understated**
36:20
**underway** 4:8
**undocumented**
10:11
**unfit** 14:25
21:18
**union** 46:22
**united** 7:11
10:14,20 12:15
14:18,21 24:2
28:14 36:1
41:21 45:15
**universe** 37:25
**unleashed** 8:13
**unleashing**
9:11
**unsecured** 29:1
**uruguay** 32:15
**usa** 7:7 52:16
58:1
**use** 16:19
**usha** 38:19,19
**usually** 30:7,13

**v**

**value** 41:10
**vance** 33:10
38:19
**vegas** 57:4

**venezuela** 8:21
11:14 29:3
**venezuelan** 9:7
9:23 10:6 11:8
11:25 28:25
**verge** 57:25
**veritext** 59:11
**vessel** 25:15
**vessels** 26:14
26:15
**vetted** 11:12
**vibrant** 55:10
**vice** 33:10
**vicious** 9:5
12:25 13:5
26:12,19
**victory** 27:6
**video** 9:16
12:10 27:22
30:2
**violated** 8:12
8:24
**violence** 8:15
**violent** 9:11
52:1
**virtually** 21:8
47:24 48:17
49:10 50:3
**visa** 28:19
**vladimir** 24:14
**vote** 3:1 4:12
16:11 30:4,5,14
31:13,19,22,23
31:23,24 51:12
54:19,21,22

55:1 56:3,3,4
**voted** 31:13,16
31:18 32:2
**votes** 4:24
18:22 30:20
50:19
**voting** 4:8,10
16:13 30:8
31:25
**vowed** 41:23
**vp** 44:12

**w**

**wages** 51:15
**waging** 8:14
**wait** 33:17,18
33:18,18
**walking** 42:7
**wall** 52:7
**want** 2:5,15
4:10 21:25,25
22:8 23:19,19
23:20 26:16
30:3,19 31:24
32:23,24 33:1
40:21 42:2
43:19 44:21
50:24,24 55:7,8
57:1
**wanted** 6:7
12:7 13:21
17:22 55:18,25
**wants** 5:5 35:16
35:19 41:19
42:15 43:2

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**ER0910**

**[war - years]**

war  15:5 20:2,3
21:16 22:12,17
22:18 23:10
51:21,24
wars  22:19
57:19
washington
52:20 53:5
55:14
wasting  56:8
watch  28:4
44:15
watched  33:11
39:13 40:24
50:16 53:3
watching  2:12
18:10 19:18
28:4 31:1,3
33:15 34:13,17
38:25,25
way  2:11 16:13
17:14 20:19
31:14,15 32:12
34:14 42:18,19
46:23 47:6
48:3,21 49:14
50:7,11,23 53:5
57:14
ways  26:3
we've  2:21 4:11
14:5 18:13
40:13,14 44:8
44:13,14 45:4
weak  22:23
25:5

wealthy  58:18
weapon  43:4
wear  36:15
weave  17:5,6
week  30:8
33:11,21,25
41:20 44:6
46:24
weekend  29:8
weeks  18:6
23:5
went  17:2 18:9
21:2,10 30:18
35:21 44:5,10
white  4:18
33:21 34:5
36:16
whoa  6:19
wife  37:24
wild  37:11,11
37:12
wilderness
57:16
wildest  51:11
win  4:18 5:11
18:19,25 23:10
23:19 24:8
25:8 55:7,8
56:5 58:14,14
58:14,14,14,15
winds  19:11
winters  57:10
wiped  22:25
withstand  16:9

woke  45:19
woman  9:17,23
10:4,15 11:2,4
11:6,13,24
27:23 28:5,8,20
28:23 29:2,6,10
29:19,24 38:13
women's  53:11
53:12,13,14
won  30:23 32:6
32:7 46:10
52:13 57:18
wonder  38:4
word  25:10
work  36:8
43:22 44:12
55:11,12 57:2
workers  5:17
7:7,12,22 46:22
working  43:23
57:21,23
world  5:12 8:8
8:17,20,23 9:9
13:19 20:2,2
21:16 23:6
24:7 26:8 28:7
33:3 41:6
47:17,18,18
48:10,11,11
49:3,4,4,21,22
49:22 51:24
57:18
worried  34:24
34:25

worry  19:14
worse  15:12
19:14 41:14
worst  4:24 9:8
13:16 15:10
25:10 27:13
34:16,17 42:23
42:23 47:15
48:8 49:1,19
worthy  41:20
wow  6:19,21
wrapped  11:17
wreck  19:23
wrenching
28:20
wrestler  32:10
32:11
wrestling  32:6

**y**

yale  38:13,18
yeah  10:21
17:17 25:20
35:13 46:4
year  5:5,7 6:17
10:15 15:25
29:17,18 43:21
53:8
years  2:24 3:9
3:11 4:22 5:3,9
8:9 14:10 20:6
22:12,20 23:2,3
25:6,22 27:25
32:8 36:5,6
42:7 44:4,4
45:8 46:1,5

Page 21

**[years - zero]**

| |
|---|
| 47:8,11 53:18 54:24 55:15 58:1 |
| **yesterday** 50:12,13,16 |
| **york** 2:6 29:7 37:25 38:7,9 52:18 55:8,24 56:5 57:4 58:23 |
| **york's** 48:3,4 48:21,22 49:14 49:15 50:7,8 |
| **young** 42:7,10 |
| **z** |
| **zero** 50:15 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**ER0912**

# EXHIBIT 11

ER0913



1

2

3

4

5

6

7

8

9

10

11

12    December 8, 2024 Meet the Press

13    Kristen Welker's Interview with President-Elect

14    Donald Trump

15    Panel Discussion

16

17

18

19

20

21

22

23

24

25

Page 1

Page 2

1    KRISTEN WELKER:  This Sunday: return to
2    office.  My exclusive interview with President-
3    elect Donald Trump.  His plans for the economy,
4    and his promises for mass deportation.
5        KRISTEN WELKER:  Is it your plan to
6    deport everyone who is here illegally over the
7    next four years?
8        PRESIDENT DONALD TRUMP:  Well, I think
9    you have to do it
10       KRISTEN WELKER:  And will he seek
11   retribution against his political enemies?  Are
12   you going to go after Joe Biden?
13       PRESIDENT DONALD TRUMP:  I'm really
14   looking to make our country successful.  I'm not
15   looking to go back into the past.  Retribution
16   will be through success.
17       KRISTEN WELKER:  Plus, his vow to
18   pardon those convicted of attacking the Capitol
19   on January 6th.
20       PRESIDENT DONALD TRUMP:  I'm going to
21   be acting very quickly.
22       KRISTEN WELKER:  Within your first 100
23   days, first day?
24       PRESIDENT DONALD TRUMP:  First day.
25       KRISTEN WELKER:  And now that he's won

Page 3

1    the 2024 election, has he changed his mind about
2    his 2020 loss?
3        For the sake of unifying this
4    country, will you concede the 2020 election and
5    turn the page on that chapter?
6        Joining me for insight and analysis are
7    NBC News Managing Washington Editor Carol Lee,
8    Politico "Playbook" Co-author Eugene Daniels,
9    Marc Short, former Chief of Staff to Vice
10   President Mike Pence and former White House Press
11   Secretary Jen Psaki.  Welcome to Sunday, and a
12   special edition of Meet the Press.
13       ANNOUNCER:  From NBC News in
14   Washington, the longest-running show in
15   television history, this is a special edition of
16   Meet the Press with Kristen Welker.
17       KRISTEN WELKER:  Good Sunday morning.
18   President-elect Donald Trump is the first
19   president to win non-consecutive terms since
20   Grover Cleveland and we haven't heard from him
21   extensively since his decisive victory until now.
22   I sat down with the president-elect at Trump
23   Tower in New York on Friday for his first
24   broadcast interview since winning the election.
25   We spoke for nearly an hour and a half in a wide-

Page 4

1    ranging conversation about what these next four
2    years will look like.  He told me his first 100
3    days will focus on bringing down prices,
4    addressing the border and getting his cabinet
5    picks confirmed.  And I asked him what he'll do
6    on his first day in office.
7        [BEGIN TAPE]
8        KRISTEN WELKER:  I understand that on
9    day one you're going to be signing a flurry of
10   executive orders.
11       PRESIDENT DONALD TRUMP:  Yes.  A lot.
12       KRISTEN WELKER:  Can you give me just--
13   what are the top ones people should know about?
14       PRESIDENT DONALD TRUMP:  Well, a lot of
15   it will have to do with economics.  A lot's going
16   to have to do with energy.  A lot's having to do
17   with the border.  We're going to immediately
18   strengthen up the border and do a real job.  And
19   some of the basics.
20       [END TAPE]
21       KRISTEN WELKER:  I began the interview
22   with one of the top issues for voters: the
23   economy and the cost of living.
24       [BEGIN TAPE]
25       KRISTEN WELKER:  I want to delve into

Page 5

1    one of your signature promises on the campaign
2    trail, which was to end inflation, to lower
3    prices.  You are now proposing tariffs against
4    the United States' three biggest trading
5    partners.  Economists of all stripes say that
6    ultimately consumers pay the price of tariffs.
7        PRESIDENT DONALD TRUMP:  I don't
8    believe that.
9        KRISTEN WELKER:  Can you guarantee
10   American families won't pay more?
11       PRESIDENT DONALD TRUMP:  I can't
12   guarantee anything.  I can't guarantee tomorrow.
13   But I can say that if you look at my -- just pre-
14   Covid, we had the greatest economy in the history
15   of our country.  And I had a lot of tariffs on a
16   lot of different countries, but in particular
17   China.  We took in hundreds of billions of
18   dollars and we had no inflation.  In fact, when I
19   handed it over, they didn't have inflation for a
20   year and a half.  They went almost two years just
21   based on what I had created.  And then they
22   created inflation with energy and with spending
23   too much.  So, I think we will -- I'm a big
24   believer in tariffs.  I think tariffs are the
25   most beautiful word.  I think they're beautiful.

2 (Pages 2 - 5)

1 It's going to make us rich. We're subsidizing
2 Canada to the tune over $100 billion a year.
3 We're subsidizing Mexico for almost $300 billion.
4 We shouldn't be -- why are we subsidizing these
5 countries? If we're going to subsidize them, let
6 them become a state. We're subsidizing Mexico
7 and we're subsidizing Canada and we're
8 subsidizing many countries all over the world.
9 And all I want to do is I want to have a level,
10 fast, but fair playing field.
11        KRISTEN WELKER: Sir, your previous
12 tariffs during your first administration cost
13 Americans some $80 billion, and now you have
14 major companies from Walmart, Black & Decker,
15 AutoZone, saying that any tariffs are going to
16 force them to drive up prices for their
17 consumers. How do you make sure that these CEOs,
18 that these companies don't, in fact, pass on the
19 cost of tariffs to their consumers?
20        PRESIDENT DONALD TRUMP: They cost
21 Americans nothing. They made a great economy for
22 us. They also solve another problem. If we were
23 going to have problems having to do with wars and
24 having to do with other things, tariffs -- I have
25 stopped wars with tariffs by saying, "You guys
                                                    Page 6

1 about 15 seconds after the call ended. It was at
2 Mar-a-Lago, we were having dinner, talking about
3 it. I said, "You have to close up your borders,"
4 because they're coming in the northern border
5 too, a lot. Not like the southern border, but
6 they're coming in the Canadian border a lot. And
7 drugs are pouring in. Almost as importantly,
8 drugs are pouring in. Maybe more importantly.
9 Drugs are pouring in at levels never seen before,
10 10 times what we had. They're just pouring in.
11 We can't have open borders. And I said to the
12 president of Mexico and to Justin Trudeau, "If it
13 doesn't stop, I'm going to put tariffs on your
14 country at about 25 percent.
15        KRISTEN WELKER: The chairman of the
16 Federal Reserve, Jerome Powell, said he will not
17 leave his post even if you ask him to. Will you
18 try to replace Jerome Powell?
19        PRESIDENT DONALD TRUMP: No, I don't
20 think so. I don't see it. But, I don't -- I
21 think if I told him to, he would. But if I asked
22 him to, he probably wouldn't. But if I told him
23 to, he would.
24        KRISTEN WELKER: You don't have plans
25 to do that right now?
                                                    Page 8

1 want to fight, it's great. But both of you are
2 going to pay tariffs to the United States at 100
3 percent." And -- they have many purposes,
4 tariffs, if properly used. I don't say you use
5 them like a madman. I say properly used. But it
6 didn't cost this country anything. It made this
7 country money. And we never really got the
8 chance to go all out because we had to fight
9 Covid in the last part, and we did it very
10 successfully. And when I handed it over to
11 Biden, the stock market was higher than what it
12 was just previous to Covid coming in. It was
13 actually higher. Tariffs are a -- properly used,
14 are a very powerful tool, not only economically,
15 but also for getting other things outside of
16 economics.
17        KRISTEN WELKER: Are you actually going
18 to impose these tariffs or are they a negotiating
19 tactic?
20        PRESIDENT DONALD TRUMP: Well, I'll
21 give you an example. With Canada, and in
22 particular Mexico, we have millions of people
23 pouring into our country. You agree with that.
24 I spoke with the -- both -- I spoke with Justin
25 Trudeau. In fact, he flew to Mar-a-Lago, within
                                                    Page 7

1        PRESIDENT DONALD TRUMP: No, I don't.
2        KRISTEN WELKER: Okay. Let's talk
3 about mass deportation –
4        PRESIDENT DONALD TRUMP: Okay.
5        KRISTEN WELKER: -- one of your big
6 agenda items. You've talked about prioritizing
7 people who have criminal history.
8        PRESIDENT DONALD TRUMP: Correct.
9        KRISTEN WELKER: But is it your plan to
10 deport everyone who is here illegally over the
11 next four years?
12        PRESIDENT DONALD TRUMP: Well, I think
13 you have to do it, and it's a hard -- it's a very
14 tough thing to do. It's -- but you have to have,
15 you know, you have rules, regulations, laws.
16 They came in illegally. You know the people that
17 have been treated very unfairly are the people
18 that have been online for ten years to come into
19 the country. And we're going to make it very
20 easy for people to come in in terms of they have
21 to pass the test. They have to be able to tell
22 you what the Statue of Liberty is. They have to
23 tell you a little bit about our country. They
24 have to love our country. They can't come out of
25 prisons. We don't want people that are in for
                                                    Page 9

                                                    3 (Pages 6 - 9)

Page 10

1  murder.  So, we had 11,000 and 13,000, different
2  estimates.  13,099 murderers released into our
3  country over the last three years.  They're
4  walking down the streets.  They're walking next
5  to you and your family.  And they're very
6  dangerous people –
7        KRISTEN WELKER:  The 13,000 figure I
8  think goes back about 40 years.
9        PRESIDENT DONALD TRUMP:  It goes --
10  nope.  No, it doesn't
11        KRISTEN WELKER:  That 13,000 figure.
12        PRESIDENT DONALD TRUMP:  It's within
13  the three-year period.  It's during the Biden
14  term.  No, that was a fiction that they put that
15  out.  This was done by the border patrol.  It's
16  13,099 and it's during the Biden period of time.
17  And these are murderers, many of whom murdered
18  more than one person.  You don't want those
19  people in this country.
20        KRISTEN WELKER:  But you're saying
21  something, sir, that's significant.  So, –
22        PRESIDENT DONALD TRUMP:  Go ahead.
23        KRISTEN WELKER:  I just want to make
24  sure I'm clear, which is that you're saying, yes,
25  you're going to focus on the people with criminal

Page 11

1  histories, but everyone who's here illegally has
2  to go, is what you're saying.
3        PRESIDENT DONALD TRUMP:  I'm saying
4  this.  We have to get the criminals out of our
5  country.  We have to get people that were taken
6  out of mental institutions and put them back into
7  their mental institution no matter what country
8  it is.  Do you know that in Venezuela their
9  prisons are, are at the lowest point in terms of
10  emptiness that they've ever been?  They're taking
11  their people out of those prisons by the
12  thousands and they're drop -- and just to get
13  back, because I know exactly what you're getting
14  at.  Number one, we're doing criminals and we're
15  going to do them really rapidly.  We're getting
16  the worst gang probably with MS-13 and the
17  Venezuelan gangs are the worst in the world.
18  They're vicious, violent people.  And you've seen
19  what they've done in Colorado and other places.
20  They're taking over, they're literally taking
21  over apartment complexes and doing it with
22  impunity.  They don't care.  They couldn't --
23  they just are -- they're in the real estate
24  business, okay?
25        KRISTEN WELKER:  You know that local

Page 12

1  police say that is not the case in Colorado.
2        PRESIDENT DONALD TRUMP:  Oh, it's
3  totally the case.  I mean, they have it on tape.
4        KRISTEN WELKER:  You don't believe the
5  local police?
6        PRESIDENT DONALD TRUMP:  I play it, I
7  used to play it at my rallies every single night.
8  No, it was breaking into doors.  They're taking
9  over the building.
10        KRISTEN WELKER:  But sir, you raised
11  the point –
12        PRESIDENT DONALD TRUMP:  And by the
13  way, the police, the police –
14        KRISTEN WELKER:  Yeah.
15        PRESIDENT DONALD TRUMP:  -- are afraid
16  to do anything.
17        KRISTEN WELKER:  You, you raised the
18  point that the logistics are complicated.  You
19  said it yourself –
20        PRESIDENT DONALD TRUMP:  Sure they are.
21  But everything's complicated.
22        KRISTEN WELKER:  -- yeah, you need 24
23  times more ICE detention capacity just to deport
24  1 million people per year, not to mention more
25  agents, more judges, more planes.  Is it

Page 13

1  realistic to deport everyone who's here
2  illegally?
3        PRESIDENT DONALD TRUMP:  You have no
4  choice.  First of all, they're costing us a
5  fortune.  But we're starting with the criminals
6  and we've got to do it.  And then we're starting
7  with others and we're going to see how it goes.
8        KRISTEN WELKER:  Who are the others?
9        PRESIDENT DONALD TRUMP:  Others are
10  other people outside of criminals.  We have
11  convicted murderers.  And we don't mean people
12  that are even on trial.  We have people that have
13  murdered numerous people are on our streets and
14  in our farms and we have to get them out of our
15  country.
16        KRISTEN WELKER:  What about dreamers,
17  sir?  Dreamers, who were brought to this country
18  illegally as children.  You said once back in
19  2017 they, quote, "Shouldn't be very worried
20  about being deported."  Should they be worried
21  now?
22        PRESIDENT DONALD TRUMP:  The dreamers
23  are going to come later, and we have to do
24  something about the dreamers because these are
25  people that have been brought here at a very

4 (Pages 10 - 13)

1 young age.  And many of these are middle-aged
2 people now.  They don't even speak the language
3 of their country.  And yes, we're going to do
4 something about the dreamers.  And –
5        KRISTEN WELKER:  What does that mean?
6 What are you going to do?
7        PRESIDENT DONALD TRUMP:  I will work
8 with the Democrats on a plan.  And if we can come
9 up with a plan, but the Democrats have made it
10 very, very difficult to do anything.  Republicans
11 are very open to the dreamers.  The dreamers,
12 we're talking many years ago they were brought
13 into this country.  Many years ago.  Some of them
14 are no longer young people.  And in many cases,
15 they've become successful.  They have great jobs.
16 In some cases they have small businesses.  Some
17 cases they might have large businesses.  And
18 we're going to have to do something with them.
19 And –
20        KRISTEN WELKER:  You want them to be
21 able to stay, that's what you're saying?
22        PRESIDENT DONALD TRUMP:  I do.  I want
23 to be able to work something out, and it
24 should've been able to be worked out over the
25 last three or four years and it never got worked

Page 14

1 out.  You know, Biden could've done it because he
2 controlled, you know, Congress to a certain
3 extent, right?  He could've done something, but
4 they didn't do it.  I never understood why
5 because they always seemed to want to do it, but
6 then when it comes down to it, they don't.  I
7 think we can work with the Democrats and work
8 something out.
9        KRISTEN WELKER:  Let me ask you about
10 another group of people, the estimated 4 million
11 families in America who have mixed immigration
12 status.  So, I'm talking about parents who might
13 be here illegally –
14        PRESIDENT DONALD TRUMP:  Yeah.
15        KRISTEN WELKER:  -- but the kids are
16 here legally.  Your Border Czar Tom Homan –
17        PRESIDENT DONALD TRUMP:  You're talking
18 about separation?
19        KRISTEN WELKER:  Well, I mean there are
20 two aspects to this.  Your Border Czar Tom Homan
21 said they can be deported together.
22        PRESIDENT DONALD TRUMP:  Correct.
23        KRISTEN WELKER:  Is that the plan?
24        PRESIDENT DONALD TRUMP:  Well, that way
25 you keep the -- well, I don't want to be breaking

Page 15

1 up families, so the only way you don't break up
2 the family is you keep them together and you have
3 to send them all back.
4        KRISTEN WELKER:  Even kids who are here
5 legally?
6        PRESIDENT DONALD TRUMP:  Well, what
7 you've got to do if they want to stay with their
8 father -- look, we have to have rules and
9 regulations.  You can always find something out
10 like, you know, "This doesn't work.  That doesn't
11 work."  I'll tell you what's going to be
12 horrible, when we take a wonderful young woman
13 who's with a criminal.  And they show the woman,
14 and she could stay by the law, but they show the
15 woman being taken out.  Or they want her out and
16 your cameras are focused on her as she's crying
17 as she's being taken out of our country.  And
18 then the public turns against us.  But we have to
19 do our job.  And you have to have a series of
20 standards and a series of laws.  And in the end,
21 look, our country is a mess.
22        KRISTEN WELKER:  Let me ask you about
23 some of your other promises on this topic.
24        PRESIDENT DONALD TRUMP:  Okay.  Yeah.
25        KRISTEN WELKER:  You promised to end

Page 16

1 birthright citizenship on day one.
2        PRESIDENT DONALD TRUMP:  Correct.
3        KRISTEN WELKER:  Is that still your
4 plan?
5        PRESIDENT DONALD TRUMP:  Yeah.
6 Absolutely.
7        KRISTEN WELKER:  The 14th Amendment,
8 though, says that, quote, "All persons born in
9 the United States are citizens."
10        PRESIDENT DONALD TRUMP:  Yeah.
11        KRISTEN WELKER:  Can you get around the
12 14th Amendment with an executive action?
13        PRESIDENT DONALD TRUMP:  Well, we're
14 going to have to get it changed.  We'll maybe
15 have to go back to the people.  But we have to
16 end it.  We're the only country that has it, you
17 know.
18        KRISTEN WELKER:  Through an executive
19 action?  You're going to –
20        PRESIDENT DONALD TRUMP:  You know we're
21 the only country that has it.  Do you know if
22 somebody sets a foot, just a foot, one foot, you
23 don't need two, on our land, "Congratulations you
24 are now a citizen of the United States of
25 America."  Yes, we're going to end that because

Page 17

5 (Pages 14 - 17)

1  it's ridiculous.
2       KRISTEN WELKER:  Through executive
3  action?
4       PRESIDENT DONALD TRUMP:  Do you know --
5  well, if we can, through executive action.  I was
6  going to do it through executive action but then
7  we had to fix COVID first, to be honest with you.
8  We have to end it.
9       KRISTEN WELKER:  Let's talk about
10 health care.  I've been talking to Republican
11 lawmakers on Capitol Hill.  They say it's no
12 longer feasible to repeal and replace Obamacare
13 because it's so entrenched in the system.  Do you
14 see it that way?  Is that now off the table,
15 repealing and replacing Obamacare?
16      PRESIDENT DONALD TRUMP:  So, when John
17 McCain let us down by voting, and Murkowski and
18 Collins, and whoever it was that voted against,
19 but they really let us down.  They did us a great
20 disservice, because we would've had great health
21 -- Obamacare is lousy health care.  It's very
22 expensive health care for the people.  It's also
23 expensive for the country, but for the people.
24 It's lousy health care.  When John McCain gave
25 his thumbs down after saying for ten years that

*Page 18*

1  he wants to repeal and replace, okay, and then he
2  came out, he put his now famous thumbs down and
3  he became a hero to the left, just let me just
4  tell you, if we find something better, I would
5  love to do it.  But unless we find -- but, one
6  thing I have to say, I inherited Obamacare, or
7  anything else you want -- it's got about 20
8  names.  But I inherited it.  And I had a decision
9  to make with health and human services.  I had a
10 big decision to make.  Do I make it as good as we
11 can make it or do I let it rot?  And a lot of
12 political people said, "Let it rot and let it be
13 a failure."  I said, "That's not the right thing
14 to do."  And I had very good people in the
15 medical area that handled that.  And I said,
16 "What do you want to do?"  I said, "We really
17 have an obligation to make it as good as we can,"
18 and we did.  We made it as good as we can make
19 it.  Instead of, instead of making it bad, where
20 everybody would be calling for its repeal, I made
21 it so that it works.  Now, it works --
22      KRISTEN WELKER:  But you did try to
23 overturn it, sir.
24      PRESIDENT DONALD TRUMP:  Well, it's
25 lousy.  No, no.

*Page 19*

1       KRISTEN WELKER:  You did try to
2  overturn it.  You did have your Justice
3  Department try to direct the Supreme Court to
4  overturn it.
5       PRESIDENT DONALD TRUMP:  No, we had a
6  little bit of a surprising opinion, to be honest
7  with you.  If it would've been overturned, we
8  would've had much better health care right now.
9  But right now we have something that I made the
10 best of.  I could've made the worst of it and it
11 would've fallen by the wayside.  I did the right
12 thing from a human standpoint.  But, you know,
13 I'm sort of proud of my decision.  At the same
14 time, sometimes I regret it.  I told the people
15 and I gave them the money to do it.  I said, "Fix
16 it.  Make it work."  Because people would've
17 suffered.  But it's too bad that they voted no.
18 I wish John McCain, I wish -- he fought for ten
19 years on repairing, replacing Obamacare.  For ten
20 years.  And then he voted against.  Nobody
21 understands it.
22      KRISTEN WELKER:  Sir, you said during
23 the campaign you had concepts of a plan.  Do you
24 have an actual plan at this point for health
25 care?

*Page 20*

1       PRESIDENT DONALD TRUMP:  Yes.  We have
2  concepts of a plan that would be better.  But –
3       KRISTEN WELKER:  Still just concepts?
4  Do you have a fully developed plan?
5       PRESIDENT DONALD TRUMP:  Let me
6  explain.  We have the biggest health care
7  companies looking at it.  We have doctors who are
8  always looking.  Because Obamacare stinks.  It's
9  lousy.  There are better answers.  If we come up
10 with a better answer, I would present that answer
11 to Democrats and to everybody else and I'd do
12 something about it.  But until we have that or
13 until they can approve it -- but we're not going
14 to go through the big deal.  I am the one that
15 saved Obamacare, I will say.  And I did the right
16 thing.  I could've done the more political thing
17 and killed it.  And all I had to do is starve it
18 to death.
19      KRISTEN WELKER:  You did try to have
20 your Justice Department effectively kill it,
21 though, sir.
22      PRESIDENT DONALD TRUMP:  No, no.  Kill
23 it from a legal standpoint.  But from a physical
24 standpoint, I made it work.
25      KRISTEN WELKER:  In -- in your concepts

*Page 21*

6 (Pages 18 - 21)

1 of a plan, sir, will people with preexisting
2 conditions still have coverage?  And can you
3 guarantee their prices will not go up?
4          PRESIDENT DONALD TRUMP:  The answer is
5 yes, they'll have coverage.  You have to have it
6 --
7          KRISTEN WELKER:  And what about their
8 prices --
9          PRESIDENT DONALD TRUMP:  -- because you
10 know what, it's --
11          KRISTEN WELKER:  What about their
12 prices, sir?
13          PRESIDENT DONALD TRUMP:  I want the
14 prices to go down.  I want to have better
15 healthcare for less money, and there are ways of
16 doing it, I believe.
17          KRISTEN WELKER:  Let's talk about
18 abortion, sir.  You have taken responsibility for
19 overturning Roe v. Wade.  You've said that
20 abortion is now a state issue.  There are steps
21 that you could take, though, as president to
22 restrict abortion through executive action
23 without Congress.  More than half of abortions in
24 this country are medication abortions.  Will you
25 restrict the availability of abortion pills when

Page 22

1 army veteran, is facing allegations of past
2 sexual misconduct and excessive drinking, which
3 he denies.  Mr. Trump told me he has confidence
4 in Hegseth.  I also asked him about his choice
5 for FBI director, Kash Patel, a hardline critic
6 of the very agency he's been tapped to lead.
7          [BEGIN TAPE]
8          KRISTEN WELKER:  You named Kash Patel
9 to be the next FBI director.
10          PRESIDENT DONALD TRUMP:  Yeah.
11          KRISTEN WELKER:  He has a list in his
12 book of 60 people that he calls members of the
13 so-called "deep state."  It includes Democrats
14 like Joe Biden and Hillary Clinton.  It includes
15 former members of your cabinet, from Bill Barr to
16 Christopher Wray.  You campaigned on destroying
17 the deep state.  Do you want Kash Patel to launch
18 investigations into people on that list?
19          PRESIDENT DONALD TRUMP:  No.  I mean,
20 he's going to do what he thinks is right.  And I
21 will --
22          KRISTEN WELKER:  Well, do you think
23 that's right?
24          PRESIDENT DONALD TRUMP:  -- and I will
25 --

Page 24

1 you're in office?
2          PRESIDENT DONALD TRUMP:  I'll probably
3 -- I'll probably stay with exactly what I've been
4 saying for the last two years.  And the answer is
5 no.
6          KRISTEN WELKER:  You commit to that?
7          PRESIDENT DONALD TRUMP:  Well, I
8 commit.  I mean, are -- things do -- things
9 change.  I think they change.  I hate to go on
10 shows like Joe Biden, "I'm not going to give my
11 son a pardon.  I will not under any circumstances
12 give him a pardon."  I watched this and I always
13 knew he was going to give him a pardon.  And so,
14 I don't like putting myself in a position like
15 that.  So, things do change.  But I don't think
16 it's going to change at all.
17          [END TAPE]
18          KRISTEN WELKER:  And when we come back,
19 will President-elect Trump direct his FBI
20 director and attorney general to go after his
21 political enemies?
22          KRISTEN WELKER:  Welcome back.  In our
23 interview, President-elect Trump defended some of
24 his cabinet picks, including his embattled choice
25 for defense secretary, Pete Hegseth.  Hegseth, an

Page 23

1          KRISTEN WELKER:  Do you think that's
2 right, sir?
3          PRESIDENT DONALD TRUMP:  If they think
4 that somebody was dishonest or crooked or a
5 corrupt politician, I think he probably has an
6 obligation to do it, but --
7          KRISTEN WELKER:  Are you going to
8 direct him to do it?
9          PRESIDENT DONALD TRUMP:  No.  Not at
10 all.  Not at all.  We have two great people that
11 -- we have him, and we have Pam.  And Pam Bondi
12 has been like a rocket ship.  She's very popular
13 and very good and very fair.  And Kash Patel is
14 very fair.  I'll tell you.  I thought Kash may be
15 difficult because he's, you know, a strong
16 conservative voice, and I don't know of anybody
17 that's not singing his praises.  The other day, I
18 was watching, and Trey Gowdy, who's a moderate
19 person and very smart and very respected in the
20 party, he's Kash's biggest fan.  He said, "This
21 is the most misunderstood man in politics.  He's
22 great."  I guess they worked together on the
23 Russia hoax or something, and Trey Gowdy became a
24 fan.  Trey, you know, Trey Gowdy.  Everybody
25 respects him, and, you know, just like him,

Page 25

7 (Pages 22 - 25)

1 others also, I don't know of one negative vote --
2 I don't think he's going to have any negative
3 votes.
4        KRISTEN WELKER:  Is it your
5 expectation, though, that Kash Patel will pursue
6 investigations against your political enemies?
7        PRESIDENT DONALD TRUMP:  No, I don't
8 think so.
9        KRISTEN WELKER:  Do you want to see
10 that happen?
11        PRESIDENT DONALD TRUMP:  If they were
12 crooked, if they did something wrong, if they
13 have broken the law, probably.  They went after
14 me.  You know, they went after me and I did
15 nothing wrong.
16        KRISTEN WELKER:  Well, let me ask you
17 this.  You said, President Biden, quote, that
18 you're going to appoint a real special prosecutor
19 to go after Joe Biden.  You said that during --
20        PRESIDENT DONALD TRUMP:  Where did I
21 say that?
22        KRISTEN WELKER:  -- the campaign
23        PRESIDENT DONALD TRUMP:  Where?
24        KRISTEN WELKER:  You said that on Truth
25 Social, June 12, 2023: "I will appoint a real

Page 26

1 You know, they like to say immigration, I break
2 it down more to the border, but I won on the
3 border, and I won on groceries.  Very simple
4 word, groceries.  Like almost -- you know, who
5 uses the word?  I started using the word -- the
6 groceries.  When you buy apples, when you buy
7 bacon, when you buy eggs, they would double and
8 triple the price over a short period of time, and
9 I won an election based on that.  We're going to
10 bring those prices way down.
11        KRISTEN WELKER:  I want to pause here,
12 because what you're saying is significant.
13 Because you wrote on Truth
14        Social in 2023 that you're going to
15 appoint a real special prosecutor to go after Joe
16 Biden.  Now you're saying you're not going to do
17 that.
18        PRESIDENT DONALD TRUMP:  I will say
19 this, no, I'm not doing that unless I find
20 something that I think is reasonable, but that's
21 not going to be my decision.  That's going to be
22 Pam Bondi's decision, and, to a different extent,
23 Kash Patel, assuming they're both there, and I
24 think they're both going to get approved.  But I
25 -- I -- you know, while you ask me that, what

Page 28

1 special prosecutor to go after the most corrupt
2 president in the history of the United States,
3 Joe Biden –
4        PRESIDENT DONALD TRUMP:  Well, that
5 part is true.
6        KRISTEN WELKER:  -- and the entire
7 Biden crime family."  Are you going to do that?
8 Are you going to go after Joe Biden?
9        PRESIDENT DONALD TRUMP:  I'm really
10 looking to make our country successful.  I'm not
11 looking to go back into the past.  I'm looking to
12 make our country successful.  Retribution will be
13 through success.  If we can make our success --
14 this country successful, that would be my
15 greatest, that would be such a great achievement.
16 Bring it back.  We have a country now that's
17 overridden with crime, that has millions of
18 people that shouldn't be here, that should be in
19 prisons in other countries, that should be in
20 mental institutions.  We have drug lords being
21 dropped into our country and told never go back
22 to their country.  I'm looking to make our
23 country great.  I'm looking to get -- bring
24 prices down.  Because, you know, I won on two
25 things, the border and more than immigration.

Page 27

1 they've done to me with weaponization is a
2 disgrace.
3        KRISTEN WELKER:  We'll get to some of
4 that, sir --
5        PRESIDENT DONALD TRUMP:  No, no, wait,
6 wait, wait, you can't do one without the other.
7 In the history of our country, nothing like this
8 has ever happened.  And I've won these cases.
9 I've won every one and the rest are in the
10 process of being won.  Deranged Jack Smith is on
11 his way back to The Hague where he can execute
12 people.  This is where he should have stayed.  I
13 don't -- I think he's dangerous even being there.
14 But I'll tell you what, what they've done to me
15 in terms of weaponization, indictments,
16 impeachments and everything else.  And in the
17 end, it probably helped, because I got the
18 biggest vote, the most votes any Republican's
19 ever gotten in history.
20        KRISTEN WELKER:  Do -- Pam Bondi talks
21 about investigating the investigators.  Do you
22 want her to investigate Jack Smith based --
23        PRESIDENT DONALD TRUMP:  I want her to
24 do what she wants to do.
25        KRISTEN WELKER:  -- do you want to see

Page 29

8 (Pages 26 - 29)

Page 30

1 Jack Smith investigated?
2        PRESIDENT DONALD TRUMP: Well, I think
3 he's very corrupt, but I want her to do whatever
4 she –
5        KRISTEN WELKER: Are you going to
6 direct her --
7        PRESIDENT DONALD TRUMP: No, I'm not,
8 I'm not
9        KRISTEN WELKER: -- to prosecute Jack
10 Smith?
11       PRESIDENT DONALD TRUMP: She's a very
12 smart person. She's -- She was a great attorney
13 general in Florida. She's very experienced. I
14 want her to do what she wants to do. I'm not
15 going to instruct her to do it, no.
16       KRISTEN WELKER: Sir, are you going to
17 fire the current FBI director, Christopher Wray,
18 who you appointed?
19       PRESIDENT DONALD TRUMP: Well, I can't
20 say I'm thrilled with him. He invaded my home.
21 I'm suing the country over it. He invaded Mar-a-
22 Lago. I'm very unhappy with the things he --
23 he's done, and crime is at an all-time high.
24 Migrants are pouring into the country that are
25 from prisons and from mental institutions, as

Page 31

1 we've discussed. I can't say I'm thrilled. I
2 don't want to say -- I don't want to, again, I
3 don't want to be Joe Biden and give you an answer
4 and then do the exact opposite –
5        KRISTEN WELKER: We're going to talk
6 about that --
7        PRESIDENT DONALD TRUMP: -- so I'm not
8 going to do that. What I'm going to say is I
9 certainly cannot be happy with him. You take a
10 look at what's happened. And then when I was
11 shot in the ear, he said, "Oh, maybe it was
12 shrapnel." Where's the shrapnel coming from? Is
13 it coming from -- is it coming from heaven? I
14 don't think so. So, we need somebody to
15 straighten -- you know, I have a lot of respect
16 for the FBI, but the FBI's respect has gone way
17 down over the last number of years.
18       KRISTEN WELKER: Don't you have to fire
19 him in order to make room for Kash Patel --
20       PRESIDENT DONALD TRUMP: Yeah, but --
21       KRISTEN WELKER: -- if he is, in fact,
22 confirmed?
23       PRESIDENT DONALD TRUMP: Well, I mean,
24 it would sort of seem pretty obvious that if Kash
25 gets in, he's going to be taking somebody's

Page 32

1 place, right? Somebody is the man that you're
2 talking about.
3        KRISTEN WELKER: I asked you last time
4 we sat down for an interview if you were going to
5 pardon yourself. You said no. But now that
6 President Biden has pardoned his son Hunter, are
7 you reconsidering? Might you pardon yourself?
8        PRESIDENT DONALD TRUMP: I didn't do
9 anything wrong. I -- I was given the option, and
10 the lawyers told me -- a very specific lawyer. I
11 don't have to go into who, but very high up in
12 the -- in the administration, said, "Sir, if you
13 pardon yourself, you're going to look guilty, and
14 you did nothing wrong." Oh, I had that option.
15 I could've saved myself a lot of legal fees. But
16 it turned out that I was right. Look at what's
17 gone on. Everything's being dropped. I still
18 have a -- Fani Willis, Fani, a total hoax.
19 That's a total hoax. Every -- it's all being
20 dropped.
21       [END TAPE]
22       KRISTEN WELKER: I also asked the
23 president-elect about NBC News's reporting that
24 President Biden is considering preemptive pardons
25 for some of the people who have clashed with Mr.

Page 33

1 Trump, including Senator-elect Adam Schiff, Dr.
2 Anthony Fauci, and former Congresswoman Liz
3 Cheney. As part of his response, Mr. Trump
4 lashed out at the January 6th committee, accusing
5 it of unfairly targeting him and even of
6 destroying its records, which the committee
7 denies.
8        [BEGIN TAPE]
9        PRESIDENT DONALD TRUMP: Cheney was
10 behind it.
11       KRISTEN WELKER: Well –
12       PRESIDENT DONALD TRUMP: And so was
13 Bennie Thompson and everybody on that committee.
14       KRISTEN WELKER: We're going to —
15       PRESIDENT DONALD TRUMP: For what they
16 did –
17       KRISTEN WELKER: Yeah –
18       PRESIDENT DONALD TRUMP: -- honestly,
19 they should go to jail.
20       KRISTEN WELKER: So, you think Liz
21 Cheney should go to jail?
22       PRESIDENT DONALD TRUMP: For what they
23 did –
24       KRISTEN WELKER: Everyone on the
25 committee you think –

9 (Pages 30 - 33)

1    PRESIDENT DONALD TRUMP:  I think
2 everybody –
3    KRISTEN WELKER:  -- should go to jail?
4    PRESIDENT DONALD TRUMP:  -- on the --
5 anybody that voted in favor –
6    KRISTEN WELKER:  Are you going to
7 direct your FBI director –
8    PRESIDENT DONALD TRUMP:  No.
9    KRISTEN WELKER:  -- and your attorney
10 general to send them to jail?
11    PRESIDENT DONALD TRUMP:  No, not at
12 all.  I think that they'll have to look at that,
13 but I'm not going to -- I'm going to focus on
14 drill, baby, drill.
15    [END TAPE]
16    KRISTEN WELKER:  And I asked President-
17 elect Trump if he plans to follow through on his
18 campaign promise to pardon those who attacked the
19 Capitol on January 6th, including the more than
20 900 people who pleaded guilty to crimes.
21    [BEGIN TAPE]
22    PRESIDENT DONALD TRUMP:  I'm going to
23 look at everything.  We're going to look at
24 individual cases –
25    KRISTEN WELKER:  Everyone?

Page 34

1 Syrian government fell overnight, a stunning end
2 to the more than 50-year rule of the Assad
3 family, as rebels claim Damascus.  I pressed the
4 president-elect on a range of foreign policy
5 issues -- including U.S. support for Ukraine and
6 NATO in his second administration.
7    [BEGIN TAPE]
8    KRISTEN WELKER:  Should Ukraine prepare
9 for less aid from the United States after you're
10 sworn in --
11    PRESIDENT DONALD TRUMP:  Possibly.
12    KRISTEN WELKER:  -- to office?
13    PRESIDENT DONALD TRUMP:  Yeah.
14 Probably.  Sure.
15    KRISTEN WELKER:  You said you can end
16 the war in 24 hours.  You've even said you want
17 to try to end it before you're sworn into office
18 --
19    PRESIDENT DONALD TRUMP:  Well, I'm
20 trying to.  I'm trying to end it if I can --
21    KRISTEN WELKER:  You're actively trying
22 to?
23    PRESIDENT DONALD TRUMP:  I am.
24    KRISTEN WELKER:  Have you talked to
25 President Putin?

Page 36

1    PRESIDENT DONALD TRUMP:  Yeah.
2    KRISTEN WELKER:  Okay.
3    PRESIDENT DONALD TRUMP:  But I'm going
4 to be acting very quickly.
5    KRISTEN WELKER:  Within your first 100
6 days, first day?
7    PRESIDENT DONALD TRUMP:  First day.
8    KRISTEN WELKER:  First day?
9    PRESIDENT DONALD TRUMP:  Yeah.  I'm
10 looking first day.
11    KRISTEN WELKER:  You're going to issue
12 these pardons?
13    PRESIDENT DONALD TRUMP:  These people
14 have been there, how long is it?  Three, four
15 years.
16    KRISTEN WELKER:  Okay.
17    PRESIDENT DONALD TRUMP:  You know, by
18 the way, they've been in there for years, and
19 they're in a filthy, disgusting place that
20 shouldn't even be allowed to be open.
21    [END TAPE]
22    KRISTEN WELKER:  And when we come back,
23 President-elect Trump's message to the people who
24 didn't vote for him.
25    KRISTEN WELKER:  Welcome back.  The

Page 35

1    PRESIDENT DONALD TRUMP:  No, I have
2 not.
3    KRISTEN WELKER:  You haven't talked to
4 President Putin --
5    PRESIDENT DONALD TRUMP:  No, I have
6 not.
7    KRISTEN WELKER:  -- since you've been
8 elected?
9    PRESIDENT DONALD TRUMP:  I mean, no.
10 Well, I don't want to say that.  But I haven't
11 spoken to him recently.
12    KRISTEN WELKER:  So, you've spoken to
13 President Putin since you've been elected?
14    PRESIDENT DONALD TRUMP:  I don't want
15 to say that.  I don't want to say anything about
16 that because I don't want to do anything that
17 could impede the negotiation.
18    KRISTEN WELKER:  But you --
19    PRESIDENT DONALD TRUMP:  I want to
20 stop--
21    KRISTEN WELKER:  -- have talked about -
22 -
23    PRESIDENT DONALD TRUMP:  Let me tell
24 you what --
25    KRISTEN WELKER:  -- the other world

Page 37

10 (Pages 34 - 37)

1 leaders.
2     PRESIDENT DONALD TRUMP: -- I have
3 talked about. Let me tell. There are people
4 being killed in that war at levels that nobody's
5 ever seen before. You have to go back to the
6 Second World War, and even that, if you take a
7 look -- and you know what it is? It's the
8 soldiers largely. The cities have been emptied
9 out and demolished. The country has been
10 demolished. If I won that election, which you
11 know how I feel about it. I won't get into it
12 because we don't need to start that argument. I
13 think it's an easy argument. It was really
14 proven even more conclusively by the win that I
15 had on this one. But--
16     KRISTEN WELKER: But you did go to --
17     PRESIDENT DONALD TRUMP: -- had I --
18     KRISTEN WELKER: -- court, sir. And
19 you didn't –
20     PRESIDENT DONALD TRUMP: Yeah, well,
21 that's your opinion. But I disagree with it.
22 Had I assumed, kept control. Number one, Israel
23 wouldn't have happened. Number two, Ukraine
24 would've never happened. It would've never
25 happened, Ukraine, Russia. But the number of
*Page 38*

1 people that are being killed, soldiers, young,
2 beautiful soldiers, hundreds of thousands of
3 people are being killed. And, you know, it's
4 very interesting. It's level. Totally level,
5 the battlefields. Totally level. You know
6 what's happening? The only thing that stops a
7 bullet, you know what it is? Is a body, a human
8 body. And the people that are being killed,
9 hundreds of thousands on both sides. Russia's
10 lost probably 500,000 –
11     KRISTEN WELKER: It's devastating.
12     PRESIDENT DONALD TRUMP: Ukraine's lost
13 higher than they say, probably 400,000. You're
14 talking about hundreds of thousands of bodies
15 lying all over the fields. It's the stupidest
16 thing I've ever seen, and it should've never been
17 allowed to happen. Biden should've been able to
18 stop it.
19     KRISTEN WELKER: Sir, will the United
20 States stay in NATO while you're in office?
21     PRESIDENT DONALD TRUMP: In where?
22     KRISTEN WELKER: NATO. Do you commit
23 that the United States will remain a member of
24 NATO while you're in office?
25     PRESIDENT DONALD TRUMP: Again, they
*Page 39*

1 have to pay their bills. If they pay their
2 bills, absolutely.
3     KRISTEN WELKER: But not if they don't
4 pay their bills?
5     PRESIDENT DONALD TRUMP: But NATO's
6 taking advantage of us. Because we were -- look,
7 two things. Number one, they take advantage of
8 us on trade, meaning the European nations, okay,
9 like terrible. They don't take our cars, they
10 don't take our food product, they don't take
11 anything. It's a disgrace. And on top of that,
12 we defend them. So, it's a double-whammy. So,
13 let me just tell you, I was able to get hundreds
14 of billions of dollars put into NATO just by a
15 tough attitude. I said to the countries, "I'm
16 not going to protect you unless you pay," and
17 they started paying. And that amounted to more
18 than $600 billion. That's a big thing.
19 Otherwise they wouldn't even be fighting. They
20 wouldn't have any money to fight. If they're
21 paying their bills, and if I think they're doing
22 a fair -- they're treating us fairly, the answer
23 is absolutely I'd stay with NATO.
24     KRISTEN WELKER: But if not, you would
25 consider the possibility of getting out?
*Page 40*

1     PRESIDENT DONALD TRUMP: Absolutely.
2 Yeah, absolutely.
3     [END TAPE]
4     KRISTEN WELKER: The president-elect is
5 tasking Elon Musk, the billionaire CEO of Tesla
6 and SpaceX, to try to cut government spending
7 along with one of Mr. Trump's former primary
8 rivals, businessman Vivek Ramaswamy. All of it
9 putting a spotlight on what it could mean for
10 entitlements and defense spending.
11     [BEGIN TAPE]
12     KRISTEN WELKER: You've tapped Elon
13 Musk, Vivek Ramaswamy to head up this Department
14 of Government Efficiency --
15     PRESIDENT DONALD TRUMP: Correct.
16     KRISTEN WELKER: -- which proposes cuts
17 to the federal government. Think a lot of people
18 hear that and they get concerned about Medicare
19 and Social Security and Medicaid --
20     PRESIDENT DONALD TRUMP: You're not
21 going to have anything to do --
22     KRISTEN WELKER: And defense spending.
23     PRESIDENT DONALD TRUMP: We're talking
24 about --
25     KRISTEN WELKER: You won't touch
*Page 41*

11 (Pages 38 - 41)

1 Medicare --
2     PRESIDENT DONALD TRUMP:  -- theft --
3     KRISTEN WELKER:  -- Social Security?
4     PRESIDENT DONALD TRUMP:  -- abuse,
5 fraud.  No.  I said to people we're not touching
6 Social Security, other than we make it more
7 efficient.  But the people are going to get what
8 they're getting.
9     KRISTEN WELKER:  Okay.  Entitlements
10 off the table?
11     PRESIDENT DONALD TRUMP:  And we're not
12 raising ages or any of that stuff.
13     KRISTEN WELKER:  Ok.  Off the table?
14     PRESIDENT DONALD TRUMP:  I won't do it.
15     [END TAPE]
16     KRISTEN WELKER:  Finally, I asked the
17 president-elect about this extraordinary moment
18 in time.  He is taking office against the
19 backdrop of a country that is so sharply divided,
20 and when he has yet to concede the 2020 election,
21 which he lost.
22     [BEGIN TAPE]
23     KRISTEN WELKER:  And sir, I don't have
24 to tell you this, because you've talked about it.
25 It comes at a time when the country is deeply

Page 42

1 divided, and now you're going to be leading this
2 country for the next four years.  For the sake of
3 unifying this country, will you concede the 2020
4 election and turn the page on that chapter?
5     PRESIDENT DONALD TRUMP:  No.  No, why
6 would I do that?  But let me just tell you --
7     KRISTEN WELKER:  You won't ever concede
8 --
9     PRESIDENT DONALD TRUMP:  -- when you
10 say the country is deeply divided, I'm not the
11 president.  Joe Biden is the president.
12     KRISTEN WELKER:  But you're going to be
13 the president.
14     PRESIDENT DONALD TRUMP:  No, no.  I'm
15 not the president.  So, when you say it's deeply
16 divided, I agree.  But Biden's the president, I'm
17 not.  And he has been a divider.  And you know
18 where he divided it more than anything else, and
19 it probably backfired on him.  I think definitely
20 is weaponization.  When he weaponized the Justice
21 Department and he went after his political
22 opponent, me.  He went after his political
23 opponent violently because he knew he couldn't
24 beat him.  And I think it really was a bad thing,
25 and it really divided our country.

Page 43

1     KRISTEN WELKER:  Sir, Democrats have
2 control of the White House now.  They didn't in
3 2020.  If they are going around stealing
4 elections, why didn't they do it this time --
5     PRESIDENT DONALD TRUMP:  When you say
6 Democrats have control now --
7     KRISTEN WELKER:  Of the White House.
8 So, why didn't they steal this election?  Since
9 they have more power now?
10     PRESIDENT DONALD TRUMP:  Because I
11 think it was too big to rig.
12     KRISTEN WELKER:  So, you won't --
13     PRESIDENT DONALD TRUMP:  It was too big
14 to rig.
15     KRISTEN WELKER:  To the people who say
16 that you're now directing your Justice Department
17 to investigate 2020 and they want to move on --
18     PRESIDENT DONALD TRUMP:  No, I think
19 Pam is going to be great --
20     KRISTEN WELKER:  Is that a good use of
21 precious resources?  Is that what you want them
22 to do --
23     PRESIDENT DONALD TRUMP:  By the way,
24 just so you know, I have the right to do that but
25 I'm not interested in that.

Page 44

1     KRISTEN WELKER:  Oh, you're not?
2 You're not going to do that?
3     PRESIDENT DONALD TRUMP:  I'm not
4 interested.  I have the absolute right.  I'm the
5 chief law enforcement officer, you do know that.
6 I'm the president.  But I'm not interested in
7 that.  You know what I'm interested in?
8 Drilling, and getting prices down, and stopping
9 people from pouring into our border that come
10 from prisons and mental institutions.
11     KRISTEN WELKER:  One of the things that
12 made this campaign unprecedented and
13 extraordinary were the horrific attempts against
14 your life.  Two assassination attempts.  Do you
15 feel safe going into the White House --
16     PRESIDENT DONALD TRUMP:  I do --
17     KRISTEN WELKER:  -- for the next four
18 years?  Why?
19     PRESIDENT DONALD TRUMP:  I have
20 confidence in Secret Service.  I know the people.
21 I got to know a lot of them, and I have
22 confidence.  It was a bad moment.  Something
23 shouldn't have happened.  But I have a lot of
24 confidence, and they really stepped it up.  They
25 were restricted from giving the -- look, I do a

Page 45

12 (Pages 42 - 45)

1 rally, and you were at many of them. And I'd
2 have 50,000 people. Joe would have a rally and
3 he'd have 30 people. And he had more Secret
4 Service than me. My Secret Service was always
5 asking for more manpower slash woman power. They
6 were asking for more and more, and more, and they
7 couldn't get it. I'm not blaming them really,
8 because they were always fighting for more
9 people. And they wouldn't get -- now, boy, do we
10 have it.
11       KRISTEN WELKER: I want to ask you,
12 sir, one final question. What do you want to say
13 to Americans who didn't support you in this
14 campaign?
15       PRESIDENT DONALD TRUMP: I'm going to
16 treat you every bit as well as I have treated the
17 greatest MAGA supporters. There's never been
18 anything like MAGA in the history of this
19 country. These people are so dedicated to making
20 America great again. It's very simple. And I'm
21 going to treat them just the same as I treat
22 MAGA. We're going to treat everybody good. We
23 want success for our country, we want safety for
24 our country. You know our country's under
25 threat, as you know. We have tremendous threat

Page 46

1 the highest anyone -- McLaughlin and Fabrizio
2 said, "George Washington and Abraham Lincoln, if
3 they came back from the dead and they ran as
4 president and vice president, couldn't beat you,
5 sir." We were doing so well. And I was getting
6 along with the left. Let's call it the left.
7 We'll be nice, okay? We're just going to call it
8 -- but I was getting along with people that you
9 would consider liberal or progressive, as they
10 like to say, at levels that I never thought was
11 possible. And you know what it was? Success.
12 Success was bringing the country together, and
13 that's what I want to do.
14       [END TAPE]
15       KRISTEN WELKER: And when we come back,
16 President-elect Trump gives us a preview of his
17 inaugural address.
18       KRISTEN WELKER: Welcome back. When
19 Mr. Trump is sworn in as president in January, he
20 will be the oldest person ever to assume the
21 office. I asked Mr. Trump about what he will say
22 in that inaugural address and whether he will
23 release his medical records.
24       [BEGIN TAPE]
25       KRISTEN WELKER: Let me ask you, sir,

Page 48

1 militarily because of the power of weapons and
2 weaponry. There's tremendous threat, nobody
3 talks about it. But it's tremendous threat. I
4 want to treat everybody the same. I want to
5 treat them well. And at the end of this four
6 years -- and I have a big head start, because I
7 was there for four years fairly recently. A lot
8 of bad things were done during the four years
9 that I wasn't there. And mostly -- and what
10 they've done in terms of our reputation overseas
11 -- our reputation is so bad, so shot. I got to
12 bring it back, and I also have to, have to bring
13 back civilization to our country. Our country is
14 a crime pod and we have to get rid of crime. We
15 have so many things to do. We have to do the
16 prices, we have to do all of that. But we have
17 to get the criminals out of our country. We have
18 to bring down crime. People have to be able to
19 walk across the street and buy a loaf of bread
20 without being shot. And that's going to happen.
21 But what I say to them is I love you, and we're
22 going to all work together. And we're going to
23 bring it together. And you know what's going to
24 bring it together? Success. I saw that just
25 prior to COVID coming in, I had polls that were

Page 47

1 as you think about your inauguration. I remember
2 your first inaugural address, you talked about
3 American carnage. Have you thought about your
4 message for your second inaugural address?
5       PRESIDENT DONALD TRUMP: I have. It's
6 –
7       KRISTEN WELKER: Can you give us a
8 preview?
9       PRESIDENT DONALD TRUMP: -- unity.
10 We're going to have a message. It will make you
11 happy: unity. It's going to be a message of
12 unity. And again, I think success brings unity,
13 and I've experienced that. I've experienced it
14 in my first term. As I said, we're going to be
15 talking about unity, and we're going to be
16 talking about success, making our country safe,
17 keeping people that shouldn't be in our country -
18 - we have to do that. I know it doesn't sound
19 nice, but we have to do that. But basically it's
20 going to be about bringing our country together.
21       KRISTEN WELKER: Sir, when you think
22 about your time in office, you are making history
23 for a range of reasons, including the fact you
24 will be the oldest person to be sworn into
25 office. Do you commit to releasing your medical

Page 49

13 (Pages 46 - 49)

1 records?
2      PRESIDENT DONALD TRUMP: Sure, I do it
3 all the time. I think I've released four of
4 them.
5      KRISTEN WELKER: Not just a letter
6 though. Your -- your full medical report.
7      PRESIDENT DONALD TRUMP: Yeah, I would,
8 and I think anybody should. But I -- I mean,
9 according to all the reports, I don't want to --
10 where's wood? Is this a wood where I can knock
11 on wood? But my reports are very good, very
12 strong.
13      KRISTEN WELKER: So, you plan to
14 release them?
15      PRESIDENT DONALD TRUMP: Sure, no
16 problem with it.
17      [END TAPE]
18      KRISTEN WELKER: You can watch our full
19 interview with President-elect Donald Trump at
20 NBCNews.com. And when we come back, the panel is
21 here for reaction.
22      (Break)
23      KRISTEN WELKER: Welcome back. The
24 panel is here. NBC News Managing Washington
25 Editor Carol Lee; Eugene Daniels, White House

Page 50

1 folks should probably be in jail." And so you
2 know, that message comes off as a little bit
3 mixed. And he's saying it knowing that the
4 people that he's putting in these jobs are people
5 who share his views on these issues. And so
6 it'll be very interesting to see how that plays
7 out.
8      KRISTEN WELKER: It will be, Eugene.
9 And to hear him back away from what he had posted
10 on Truth Social, that he did want to go after
11 President Biden. He backed away from that. He
12 said his success is going to be his retribution.
13 But, as Carol notes, there was some mixed
14 messaging, broadly speaking. He had some pretty
15 strong language for the January 6th Committee.
16      EUGENE DANIELS: Yeah. I think one of
17 things that was most fascinating is he didn't
18 seem very combative in this interview, right?
19 Including on those points, right? He said some
20 names. He said "Bennie Thompson, Liz Cheney.
21 Maybe they should be in jail, maybe not. That's
22 someone else's decision." But he didn't want to
23 fight with you, right? And that's something that
24 he often wants to do. So, it shows you, one,
25 that he feels emboldened. He won this election.

Page 52

1 correspondent for Politico and co-author of
2 Politico Playbook; former White House Press
3 Secretary Jen Psaki, host of Inside with Jen
4 Psaki; and Marc Short, former chief of staff to
5 Vice President Mike Pence. Thanks to all of you
6 for being here on a very big Sunday. Carol, let
7 me start with you. You broke the news earlier
8 this week that President Biden was going to
9 pardon his son, Hunter. It's just one of the
10 many topics we discussed. What were your key
11 takeaways from this conversation?
12      CAROL LEE: Well, a couple of things,
13 Kristen. You know, I was struck by how
14 succinctly the president-elect summed up his
15 mandate. He said, "I won on the border and I won
16 on groceries," and how quickly he plans to move
17 on both of those fronts. And then his posture on
18 retribution against his perceived political
19 adversaries. You know, he is suggesting that
20 he'll keep some distance from the FBI and the
21 Justice Department in a way, perhaps, he didn't
22 during his first term. So, he's saying, you
23 know, "Those decisions about investigations,
24 they'll be left up to the people that I put in
25 those agencies. However, you know, some of these

Page 51

1 He feels ready to move on. And I thought what
2 was most fascinating is the -- there's no
3 ideological purity with him. And that popped up
4 over and over and over again, right? Just a
5 patchwork of different policy prescriptions for
6 things that usually, if you're a Republican,
7 there's kind of, you know, "This, this, and this,
8 and that's what we care about." That wasn't here
9 with Donald Trump. And I think that kind of
10 gives voters what they wanted, which was not
11 exactly a Republican who's going to do all of the
12 things that Republicans typically do.
13      KRISTEN WELKER: It's a fascinating way
14 to put it, Marc, that there's no ideological
15 purity that we heard. But he was very clear
16 about what his agenda items were, and he feels
17 emboldened that he believes he has a mandate
18 after his decisive win.
19      MARC SHORT: Well, he should. And I
20 thought he looked very relaxed and confident in
21 your long interview, covering a lot of topics. I
22 do think that you're going to see a flurry of
23 activity in the first 100 days from the executive
24 branch. But I do think something that's being
25 underappreciated here from a legislative agenda

Page 53

14 (Pages 50 - 53)

1 is, what is the legislative agenda? The one item
2 that's really there is going to be trying to
3 renew the tax relief package from 2017. And when
4 that was passed, 12 House Republicans defected.
5 So, we talk about the fact that there are 53
6 Republican senators, which should help in those
7 confirmations. But Speaker Johnson's going to
8 have an enormous task next year, and it's going
9 to be a really hard job. And he really is going
10 to have hardship, one or two members at all to
11 actually can lose. And so getting legislation
12 through the Congress is going to be very
13 difficult. And certainly, if Trump isn't getting
14 his way he is going to blame Senate and House
15 leadership for that.
16        JEN PSAKI: And those tax cuts are very
17 unpopular across the country, which is another
18 challenge --
19        MARC SHORT: Oh, I don't know about
20 that. Come on.
21        JEN PSAKI: They are in every piece of
22 data, Marc --
23        MARC SHORT: The economy is one of the
24 reasons he won.
25        JEN PSAKI: They're in every piece of

*Page 54*

1 data. That's why it's interesting --
2        MARC SHORT: It's one of the reasons he
3 won.
4        JEN PSAKI: -- that it's -- it's in his
5 agenda.
6        MARC SHORT: If that was the case,
7 Kamala would've done a lot better if that was the
8 case.
9        JEN PSAKI: You know, one of the things
10 that struck me, Kristen, yes, the tone was
11 different, but it doesn't mean it's a difference
12 in his priorities or his policies. Because even
13 when it talks -- when you, when you listen to
14 what he had to say about retribution,
15 "Retribution will be through success." That's
16 not saying he's not going to go after his
17 political enemies. What I heard was him trying
18 to give some space for himself for plausible
19 deniability. Because he picked these people, and
20 Carol touched on this -- Pam Bondi and Kash Patel
21 are election deniers. Kash Patel is somebody who
22 has empathized with QAnon. They know what the
23 direction is. He does not need to direct them.
24 This is why he picked them. They have passed the
25 loyalty test. So, what struck me is more tone,

*Page 55*

1 not a difference in what he intends to do or what
2 he wants the people he's nominating to do.
3        KRISTEN WELKER: It's a really critical
4 point. He's also put hardliners in charge of his
5 immigration policy, which I thought it was a big
6 headline for him to say, "We are deporting
7 everyone." Eugene, though he said, yes, he wants
8 to try to work out a deal for Dreamers.
9        EUGENE DANIELS: Yeah. I think that is
10 where he's thought the most about, when you're
11 thinking about what his policies are going to be,
12 is immigration. When you went through tick by
13 tick by tick of the kinds of things that we're
14 seeing, he had a lot of ideas. And it was kind
15 of the most clarity we've gotten on immigration
16 from him. I will also say, he and his team feel
17 like he has the backing of the American people,
18 especially on mass deportation. Because in some
19 polls, 53 percent of Americans say that they are
20 for mass deportation. Now, when you dig into
21 kind of what that means and whether you want your
22 neighbors to get out of the country, or you know,
23 what happens with children, or when you see that
24 woman that he's talking about getting pulled
25 away, is that different? And he talked about it,

*Page 56*

1 I think most interestingly, "The public might
2 turn against us on immigration," so they have to
3 be careful there, is what he's saying.
4        KRISTEN WELKER: Carol.
5        CAROL LEE: That was what struck me, is
6 that he seemed a little uncertain about how some
7 of this stuff's going to play out. Yes, he's
8 going to do it. But you know, when you talk
9 about birthright citizenship, you know, first of
10 all there are other countries that have
11 birthright citizenship.
12        It's not just the United States. But
13 he said, "If we can do it by an executive order.
14 Maybe we'll have to take it to the people," you
15 know, suggesting some sort of constitutional
16 amendment. And on mass deportations, he talked
17 about how this might play out publicly. He talks
18 about the woman who's crying, and the cameras are
19 capturing her as she's being deported. And he
20 said, you know, "Then the public turns against
21 us." So, he's not real confident that this is
22 going to play out exactly how he wants it to be.
23        KRISTEN WELKER: Such a revelatory
24 moment there. Jen, we talked about foreign
25 policy as well. Of course we're all watching

*Page 57*

15 (Pages 54 - 57)

1  what's happening in Syria.  The government has
2  been toppled.  I talked to him about Ukraine and
3  NATO.  Boy, he really left the door open to
4  potentially pulling out of NATO.
5       JEN PSAKI:  He certainly did, which I
6  don't think should be a surprise.  He also
7  refused, after you pushed him repeatedly, to
8  answer the question as to whether he'd talked to
9  Vladimir Putin.  And when you --
10      KRISTEN WELKER:  Yes.  I tried.  I
11  tried it.
12      JEN PSAKI:  Certainly.  When you look
13  at the statement he put out in response to Assad
14  fleeing the country, it was almost defensive of
15  Putin and defensive of the Russians' interest.
16  So, this is definitely a massive shift.  There is
17  an allegiance, an affinity for Russia that is
18  different than what we have had in Democratic and
19  Republican presidents for decades.
20      KRISTEN WELKER:  And Marc, he was very
21  clear, there will likely be less funding for
22  Ukraine, with the last 30 seconds we have.
23      MARC SHORT:  Well, sure.  That's been
24  his position all along.  I think that the ones
25  who are celebrating most right now in the

Page 58

1           C E R T I F I C A T I O N
2
3  I, Sonya Ledanski Hyde, certify that the
4  foregoing transcript is a true and accurate
5  record of the proceedings.
6
7
8
9  Sonya M. Ledanski Hyde
10
11  Veritext Legal Solutions
12  330 Old Country Road
13  Suite 300
14  Mineola, NY 11501
15
16  Date:  February 18, 2025
17
18
19
20
21
22
23
24
25

Page 60

1  situation in Syria is the fact that -- I should
2  say, the ones who I think are most concerned are
3  Putin, the Ayatollah, and Tulsi Gabbard.
4       KRISTEN WELKER:  And by the way, I
5  asked him about Tulsi Gabbard.  He said he has
6  confidence in her and Pete Hegseth, who's also
7  another embattled Cabinet pick.  Thank you all
8  for being here for a fantastic conversation.
9  That is all for today.  Thank you for watching.
10 We'll be back next week, because if it's Sunday,
11 it is Meet the Press.
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 59

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

ER0929

## [& - answer]

| & | 3 |
|---|---|
| **&** 6:14 | **30** 46:3 58:22 |
| | **300** 6:3 60:13 |
| **1** | **330** 60:12 |

| 1 |
|---|
| **1** 12:24 |
| **10** 8:10 |
| **100** 2:22 4:2 |
| 6:2 7:2 35:5 |
| 53:23 |
| **11,000** 10:1 |
| **11501** 60:14 |
| **12** 26:25 54:4 |
| **12151** 60:9 |
| **13** 11:16 |
| **13,000** 10:1,7 |
| 10:11 |
| **13,099** 10:2,16 |
| **14th** 17:7,12 |
| **15** 8:1 |
| **18** 60:16 |

| 2 |
|---|
| **20** 19:7 |
| **2017** 13:19 54:3 |
| **2020** 3:2,4 |
| 42:20 43:3 |
| 44:3,17 |
| **2023** 26:25 |
| 28:14 |
| **2024** 1:12 3:1 |
| **2025** 60:16 |
| **24** 12:22 36:16 |
| **25** 8:14 |

| 4 |
|---|
| **4** 15:10 |
| **40** 10:8 |
| **400,000** 39:13 |

| 5 |
|---|
| **50** 36:2 |
| **50,000** 46:2 |
| **500,000** 39:10 |
| **53** 54:5 56:19 |

| 6 |
|---|
| **60** 24:12 |
| **600** 40:18 |
| **6th** 2:19 33:4 |
| 34:19 52:15 |

| 8 |
|---|
| **8** 1:12 |
| **80** 6:13 |

| 9 |
|---|
| **900** 34:20 |

| a |
|---|
| **able** 9:21 14:21 |
| 14:23,24 39:17 |
| 40:13 47:18 |
| **abortion** 22:18 |
| 22:20,22,25 |
| **abortions** 22:23 |
| 22:24 |

**abraham** 48:2
**absolute** 45:4
**absolutely** 17:6
40:2,23 41:1,2
**abuse** 42:4
**accurate** 60:4
**accusing** 33:4
**achievement**
27:15
**acting** 2:21
35:4
**action** 17:12,19
18:3,5,6 22:22
**actively** 36:21
**activity** 53:23
**actual** 20:24
**actually** 7:13
7:17 54:11
**adam** 33:1
**address** 48:17
48:22 49:2,4
**addressing** 4:4
**administration**
6:12 32:12
36:6
**advantage** 40:6
40:7
**adversaries**
51:19
**affinity** 58:17
**afraid** 12:15
**age** 14:1
**aged** 14:1
**agencies** 51:25

**agency** 24:6
**agenda** 9:6
53:16,25 54:1
55:5
**agents** 12:25
**ages** 42:12
**ago** 14:12,13
**agree** 7:23
43:16
**ahead** 10:22
**aid** 36:9
**allegations** 24:1
**allegiance**
58:17
**allowed** 35:20
39:17
**amendment**
17:7,12 57:16
**america** 15:11
17:25 46:20
**american** 5:10
49:3 56:17
**americans** 6:13
6:21 46:13
56:19
**amounted**
40:17
**analysis** 3:6
**announcer**
3:13
**answer** 21:10
21:10 22:4
23:4 31:3
40:22 58:8

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

ER0930

**[answers - bring]**

| | | | |
|---|---|---|---|
| **answers** 21:9 | **attitude** 40:15 | **basics** 4:19 | **billionaire** 41:5 |
| **anthony** 33:2 | **attorney** 23:20 | **battlefields** | **billions** 5:17 |
| **anybody** 25:16 | 30:12 34:9 | 39:5 | 40:14 |
| 34:5 50:8 | **author** 3:8 51:1 | **beat** 43:24 48:4 | **bills** 40:1,2,4,21 |
| **apartment** | **autozone** 6:15 | **beautiful** 5:25 | **birthright** 17:1 |
| 11:21 | **availability** | 5:25 39:2 | 57:9,11 |
| **apples** 28:6 | 22:25 | **began** 4:21 | **bit** 9:23 20:6 |
| **appoint** 26:18 | **ayatollah** 59:3 | **believe** 5:8 12:4 | 46:16 52:2 |
| 26:25 28:15 | **b** | 22:16 | **black** 6:14 |
| **appointed** | | **believer** 5:24 | **blame** 54:14 |
| 30:18 | **baby** 34:14 | **believes** 53:17 | **blaming** 46:7 |
| **approve** 21:13 | **back** 2:15 10:8 | **bennie** 33:13 | **bodies** 39:14 |
| **approved** | 11:6,13 13:18 | 52:20 | **body** 39:7,8 |
| 28:24 | 16:3 17:15 | **best** 20:10 | **bondi** 25:11 |
| **area** 19:15 | 23:18,22 27:11 | **better** 19:4 | 29:20 55:20 |
| **argument** | 27:16,21 29:11 | 20:8 21:2,9,10 | **bondi's** 28:22 |
| 38:12,13 | 35:22,25 38:5 | 22:14 55:7 | **book** 24:12 |
| **army** 24:1 | 47:12,13 48:3 | **biden** 2:12 7:11 | **border** 4:4,17 |
| **asked** 4:5 8:21 | 48:15,18 50:20 | 10:13,16 15:1 | 4:18 8:4,5,6 |
| 24:4 32:3,22 | 50:23 52:9 | 23:10 24:14 | 10:15 15:16,20 |
| 34:16 42:16 | 59:10 | 26:17,19 27:3,7 | 27:25 28:2,3 |
| 48:21 59:5 | **backdrop** | 27:8 28:16 | 45:9 51:15 |
| **asking** 46:5,6 | 42:19 | 31:3 32:6,24 | **borders** 8:3,11 |
| **aspects** 15:20 | **backed** 52:11 | 39:17 43:11 | **born** 17:8 |
| **assad** 36:2 | **backfired** | 51:8 52:11 | **boy** 46:9 58:3 |
| 58:13 | 43:19 | **biden's** 43:16 | **branch** 53:24 |
| **assassination** | **backing** 56:17 | **big** 5:23 9:5 | **bread** 47:19 |
| 45:14 | **bacon** 28:7 | 19:10 21:14 | **break** 16:1 28:1 |
| **assume** 48:20 | **bad** 19:19 | 40:18 44:11,13 | 50:22 |
| **assumed** 38:22 | 20:17 43:24 | 47:6 51:6 56:5 | **breaking** 12:8 |
| **assuming** 28:23 | 45:22 47:8,11 | **biggest** 5:4 21:6 | 15:25 |
| **attacked** 34:18 | **barr** 24:15 | 25:20 29:18 | **bring** 27:16,23 |
| **attacking** 2:18 | **based** 5:21 28:9 | **bill** 24:15 | 28:10 47:12,12 |
| **attempts** 45:13 | 29:22 | **billion** 6:2,3,13 | 47:18,23,24 |
| 45:14 | **basically** 49:19 | 40:18 | |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

ER0931

**[bringing - concerned]**

| | | | |
|---|---|---|---|
| **bringing** 4:3 48:12 49:20 | **canada** 6:2,7 7:21 | **change** 23:9,9 23:15,16 | **close** 8:3 |
| **brings** 49:12 | **canadian** 8:6 | **changed** 3:1 17:14 | **collins** 18:18 |
| **broadcast** 3:24 | **capacity** 12:23 | **chapter** 3:5 43:4 | **colorado** 11:19 12:1 |
| **broadly** 52:14 | **capitol** 2:18 18:11 34:19 | **charge** 56:4 | **combative** 52:18 |
| **broke** 51:7 | **capturing** 57:19 | **cheney** 33:3,9 33:21 52:20 | **come** 9:18,20 9:24 13:23 14:8 21:9 23:18 35:22 45:9 48:15 50:20 54:20 |

**broken** 26:13
**brought** 13:17 13:25 14:12
**building** 12:9
**bullet** 39:7
**business** 11:24
**businesses** 14:16,17
**businessman** 41:8
**buy** 28:6,6,7 47:19

**c**

**c** 60:1,1
**cabinet** 4:4 23:24 24:15 59:7
**call** 8:1 48:6,7
**called** 24:13
**calling** 19:20
**calls** 24:12
**cameras** 16:16 57:18
**campaign** 5:1 20:23 26:22 34:18 45:12 46:14
**campaigned** 24:16

**care** 11:22 18:10,21,22,24 20:8,25 21:6 53:8
**careful** 57:3
**carnage** 49:3
**carol** 3:7 50:25 51:6,12 52:13 55:20 57:4,5
**cars** 40:9
**case** 12:1,3 55:6,8
**cases** 14:14,16 14:17 29:8 34:24
**celebrating** 58:25
**ceo** 41:5
**ceos** 6:17
**certain** 15:2
**certainly** 31:9 54:13 58:5,12
**certify** 60:3
**chairman** 8:15
**challenge** 54:18
**chance** 7:8

**chief** 3:9 45:5 51:4
**children** 13:18 56:23
**china** 5:17
**choice** 13:4 23:24 24:4
**christopher** 24:16 30:17
**circumstances** 23:11
**cities** 38:8
**citizen** 17:24
**citizens** 17:9
**citizenship** 17:1 57:9,11
**civilization** 47:13
**claim** 36:3
**clarity** 56:15
**clashed** 32:25
**clear** 10:24 53:15 58:21
**cleveland** 3:20
**clinton** 24:14

**comes** 15:6 42:25 52:2
**coming** 7:12 8:4,6 31:12,13 31:13 47:25
**commit** 23:6,8 39:22 49:25
**committee** 33:4 33:6,13,25 52:15
**companies** 6:14 6:18 21:7
**complexes** 11:21
**complicated** 12:18,21
**concede** 3:4 42:20 43:3,7
**concepts** 20:23 21:2,3,25
**concerned** 41:18 59:2

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**ER0932**

[conclusively - defended]

| | | | d |
|---|---|---|---|
| conclusively 38:14 | convicted 2:18 13:11 | 49:20 54:17 56:22 58:14 60:12 | damascus 36:3 |
| conditions 22:2 | correct 9:8 15:22 17:2 41:15 | country's 46:24 | dangerous 10:6 29:13 |
| confidence 24:3 45:20,22,24 59:6 | correspondent 51:1 | couple 51:12 | daniels 3:8 50:25 52:16 56:9 |
| confident 53:20 57:21 | corrupt 25:5 27:1 30:3 | course 57:25 | data 54:22 55:1 |
| confirmations 54:7 | cost 4:23 6:12 6:19,20 7:6 | court 20:3 38:18 | date 60:16 |
| confirmed 4:5 31:22 | costing 13:4 | coverage 22:2,5 | day 2:23,24 4:6 4:9 17:1 25:17 35:6,7,8,10 |
| congratulations 17:23 | could've 15:1,3 20:10 21:16 32:15 | covering 53:21 | days 2:23 4:3 35:6 53:23 |
| congress 15:2 22:23 54:12 | couldn't 11:22 | covid 5:14 7:9 7:12 18:7 47:25 | dead 48:3 |
| congresswo... 33:2 | countries 5:16 6:5,8 27:19 40:15 57:10 | created 5:21,22 | deal 21:14 56:8 |
| consecutive 3:19 | country 2:14 3:4 5:15 7:6,7 7:23 8:14 9:19 9:23,24 10:3,19 11:5,7 13:15,17 14:3,13 16:17 16:21 17:16,21 18:23 22:24 27:10,12,14,16 27:21,22,23 29:7 30:21,24 38:9 42:19,25 43:2,3,10,25 46:19,23,24 47:13,13,17 48:12 49:16,17 | crime 27:7,17 30:23 47:14,14 47:18 | death 21:18 |
| conservative 25:16 | | crimes 34:20 | decades 58:19 |
| consider 40:25 48:9 | | criminal 9:7 10:25 16:13 | december 1:12 |
| considering 32:24 | | criminals 11:4 11:14 13:5,10 47:17 | decision 19:8 19:10 20:13 28:21,22 52:22 |
| constitutional 57:15 | | critic 24:5 | decisions 51:23 |
| consumers 5:6 6:17,19 | | critical 56:3 | decisive 3:21 53:18 |
| control 38:22 44:2,6 | | crooked 25:4 26:12 | decker 6:14 |
| controlled 15:2 | | crying 16:16 57:18 | dedicated 46:19 |
| conversation 4:1 51:11 59:8 | | current 30:17 | deep 24:13,17 |
| | | cut 41:6 | deeply 42:25 43:10,15 |
| | | cuts 41:16 54:16 | defected 54:4 |
| | | czar 15:16,20 | defend 40:12 |
| | | | defended 23:23 |

[defense - drive]

| | | | |
|---|---|---|---|
| **defense** 23:25 41:10,22 | **destroying** 24:16 33:6 | **dishonest** 25:4 | 29:5,23 30:2,7 30:11,19 31:7 |
| **defensive** 58:14 58:15 | **detention** 12:23 | **disservice** 18:20 | 31:20,23 32:8 33:9,12,15,18 |
| **definitely** 43:19 58:16 | **devastating** 39:11 | **distance** 51:20 | 33:22 34:1,4,8 34:11,22 35:1,3 |
| **delve** 4:25 | **developed** 21:4 | **divided** 42:19 43:1,10,16,18 | 35:7,9,13,17 36:11,13,19,23 |
| **democratic** 58:18 | **didn't** 38:19 | 43:25 | 37:1,5,9,14,19 |
| **democrats** 14:8 14:9 15:7 21:11 24:13 44:1,6 | **difference** 55:11 56:1 | **divider** 43:17 | 37:23 38:2,17 38:20 39:12,21 |
| | **different** 5:16 10:1 28:22 53:5 55:11 56:25 58:18 | **doctors** 21:7 | 39:25 40:5 41:1,15,20,23 |
| **demolished** 38:9,10 | **difficult** 14:10 25:15 54:13 | **doesn't** 10:10 | 42:2,4,11,14 43:5,9,14 44:5 |
| **deniability** 55:19 | **dig** 56:20 | **doing** 11:14,21 22:16 28:19 40:21 48:5 | 44:10,13,18,23 45:3,16,19 |
| **deniers** 55:21 | **dinner** 8:2 | **dollars** 5:18 40:14 | 46:15 49:5,9 50:2,7,15,19 |
| **denies** 24:3 33:7 | **direct** 20:3 23:19 25:8 30:6 34:7 55:23 | **donald** 1:14 2:3 2:8,13,20,24 3:18 4:11,14 5:7,11 6:20 7:20 8:19 9:1,4 9:8,12 10:9,12 10:22 11:3 12:2,6,12,15,20 13:3,9,22 14:7 14:22 15:14,17 15:22,24 16:6 16:24 17:2,5,10 17:13,20 18:4 18:16 19:24 20:5 21:1,5,22 22:4,9,13 23:2 23:7 24:10,19 24:24 25:3,9 26:7,11,20,23 27:4,9 28:18 | 53:9 |
| **department** 20:3 21:20 41:13 43:21 44:16 51:21 | **directing** 44:16 | | **don't** 8:20 29:13 |
| **deport** 2:6 9:10 12:23 13:1 | **direction** 55:23 | | **door** 58:3 |
| **deportation** 2:4 9:3 56:18,20 | **director** 23:20 24:5,9 30:17 34:7 | | **doors** 12:8 |
| **deportations** 57:16 | **disagree** 38:21 | | **double** 28:7 40:12 |
| **deported** 13:20 15:21 57:19 | **discussed** 31:1 51:10 | | **dr** 33:1 |
| **deporting** 56:6 | **discussion** 1:15 | | **dreamers** 13:16 13:17,22,24 14:4,11,11 56:8 |
| **deranged** 29:10 | **disgrace** 29:2 40:11 | | **drill** 34:14,14 |
| | **disgusting** 35:19 | | **drilling** 45:8 |
| | | | **drinking** 24:2 |
| | | | **drive** 6:16 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[drop - fauci]**

| | | | |
|---|---|---|---|
| **drop** 11:12 | **elected** 37:8,13 | **estate** 11:23 | **extensively** |
| **dropped** 27:21 | **election** 3:1,4 | **estimated** | 3:21 |
| 32:17,20 | 3:24 28:9 | 15:10 | **extent** 15:3 |
| **drug** 27:20 | 38:10 42:20 | **estimates** 10:2 | 28:22 |
| **drugs** 8:7,8,9 | 43:4 44:8 | **eugene** 3:8 | **extraordinary** |
| **e** | 52:25 55:21 | 50:25 52:8,16 | 42:17 45:13 |
| **e** 60:1 | **elections** 44:4 | 56:7,9 | **f** |
| **ear** 31:11 | **elon** 41:5,12 | **european** 40:8 | **f** 60:1 |
| **earlier** 51:7 | **else's** 52:22 | **everybody** | **fabrizio** 48:1 |
| **easy** 9:20 38:13 | **embattled** | 19:20 21:11 | **facing** 24:1 |
| **economically** | 23:24 59:7 | 25:24 33:13 | **fact** 5:18 6:18 |
| 7:14 | **emboldened** | 34:2 46:22 | 7:25 31:21 |
| **economics** 4:15 | 52:25 53:17 | 47:4 | 49:23 54:5 |
| 7:16 | **empathized** | **everything's** | 59:1 |
| **economists** 5:5 | 55:22 | 12:21 32:17 | **failure** 19:13 |
| **economy** 2:3 | **emptied** 38:8 | **exact** 31:4 | **fair** 6:10 25:13 |
| 4:23 5:14 6:21 | **emptiness** | **exactly** 11:13 | 25:14 40:22 |
| 54:23 | 11:10 | 23:3 53:11 | **fairly** 40:22 |
| **edition** 3:12,15 | **ended** 8:1 | 57:22 | 47:7 |
| **editor** 3:7 | **enemies** 2:11 | **example** 7:21 | **fallen** 20:11 |
| 50:25 | 23:21 26:6 | **excessive** 24:2 | **families** 5:10 |
| **effectively** | 55:17 | **exclusive** 2:2 | 15:11 16:1 |
| 21:20 | **energy** 4:16 | **execute** 29:11 | **family** 10:5 |
| **efficiency** 41:14 | 5:22 | **executive** 4:10 | 16:2 27:7 36:3 |
| **efficient** 42:7 | **enforcement** | 17:12,18 18:2,5 | **famous** 19:2 |
| **eggs** 28:7 | 45:5 | 18:6 22:22 | **fan** 25:20,24 |
| **elect** 1:13 2:3 | **enormous** 54:8 | 53:23 57:13 | **fani** 32:18,18 |
| 3:18,22 23:19 | **entire** 27:6 | **expectation** | **fantastic** 59:8 |
| 23:23 32:23 | **entitlements** | 26:5 | **farms** 13:14 |
| 33:1 34:17 | 41:10 42:9 | **expensive** | **fascinating** |
| 35:23 36:4 | **entrenched** | 18:22,23 | 52:17 53:2,13 |
| 41:4 42:17 | 18:13 | **experienced** | **fast** 6:10 |
| 48:16 50:19 | **especially** | 30:13 49:13,13 | **father** 16:8 |
| 51:14 | 56:18 | **explain** 21:6 | **fauci** 33:2 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

[favor - government]

| favor 34:5 | fix 18:7 20:15 | **g** | 10:25 11:15 |
|---|---|---|---|
| fbi 23:19 24:5,9 | fleeing 58:14 | gabbard 59:3,5 | 13:7,23 14:3,6 |
| 30:17 31:16 | flew 7:25 | gang 11:16 | 14:18 16:11 |
| 34:7 51:20 | florida 30:13 | gangs 11:17 | 17:14,19,25 |
| fbi's 31:16 | flurry 4:9 | general 23:20 | 18:6 21:13 |
| feasible 18:12 | 53:22 | 30:13 34:10 | 23:10,13,16 |
| february 60:16 | focus 4:3 10:25 | george 48:2 | 24:20 25:7 |
| federal 8:16 | 34:13 | getting 4:4 7:15 | 26:2,18 27:7,8 |
| 41:17 | focused 16:16 | 11:13,15 40:25 | 28:9,14,16,21 |
| feel 38:11 45:15 | folks 52:1 | 42:8 45:8 48:5 | 28:21,24 30:5 |
| 56:16 | follow 34:17 | 48:8 54:11,13 | 30:15,16 31:5,8 |
| feels 52:25 53:1 | food 40:10 | 56:24 | 31:8,25 32:4,13 |
| 53:16 | foot 17:22,22 | give 4:12 7:21 | 33:14 34:6,13 |
| fees 32:15 | 17:22 | 23:10,12,13 | 34:13,22,23 |
| fell 36:1 | force 6:16 | 31:3 49:7 | 35:3,11 40:16 |
| fiction 10:14 | foregoing 60:4 | 55:18 | 41:21 42:7 |
| field 6:10 | foreign 36:4 | given 32:9 | 43:1,12 44:3,19 |
| fields 39:15 | 57:24 | gives 48:16 | 45:2,15 46:15 |
| fight 7:1,8 | former 3:9,10 | 53:10 | 46:21,22 47:20 |
| 40:20 52:23 | 24:15 33:2 | giving 45:25 | 47:22,22,23 |
| fighting 40:19 | 41:7 51:2,4 | go 2:12,15 7:8 | 48:7 49:10,11 |
| 46:8 | fortune 13:5 | 10:22 11:2 | 49:14,15,20 |
| figure 10:7,11 | fought 20:18 | 17:15 21:14 | 51:8 52:12 |
| filthy 35:19 | four 2:7 4:1 | 22:3,14 23:9,20 | 53:11,22 54:2,7 |
| final 46:12 | 9:11 14:25 | 26:19 27:1,8,11 | 54:8,9,12,14 |
| finally 42:16 | 35:14 43:2 | 27:21 28:15 | 55:16 56:11 |
| find 16:9 19:4,5 | 45:17 47:5,7,8 | 32:11 33:19,21 | 57:7,8,22 |
| 28:19 | 50:3 | 34:3 38:5,16 | good 3:17 |
| fire 30:17 31:18 | fraud 42:5 | 52:10 55:16 | 19:10,14,17,18 |
| first 2:22,23,24 | friday 3:23 | goes 10:8,9 | 25:13 44:20 |
| 3:18,23 4:2,6 | fronts 51:17 | 13:7 | 46:22 50:11 |
| 6:12 13:4 18:7 | full 50:6,18 | going 2:12,20 | gotten 29:19 |
| 35:5,6,7,8,10 | fully 21:4 | 4:9,15,17 6:1,5 | 56:15 |
| 49:2,14 51:22 | funding 58:21 | 6:15,23 7:2,17 | government |
| 53:23 57:9 | | 8:13 9:19 | 36:1 41:6,14,17 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

ER0936

**[government - inflation]**

58:1
**gowdy** 25:18,23
  25:24
**great** 6:21 7:1
  14:15 18:19,20
  25:10,22 27:15
  27:23 30:12
  44:19 46:20
**greatest** 5:14
  27:15 46:17
**groceries** 28:3
  28:4,6 51:16
**group** 15:10
**grover** 3:20
**guarantee** 5:9
  5:12,12 22:3
**guess** 25:22
**guilty** 32:13
  34:20
**guys** 6:25

**h**

**hague** 29:11
**half** 3:25 5:20
  22:23
**handed** 5:19
  7:10
**handled** 19:15
**happen** 26:10
  39:17 47:20
**happened** 29:8
  31:10 38:23,24
  38:25 45:23
**happening** 39:6
  58:1

**happens** 56:23
**happy** 31:9
  49:11
**hard** 9:13 54:9
**hardline** 24:5
**hardliners** 56:4
**hardship** 54:10
**hate** 23:9
**he'll** 4:5 51:20
**head** 41:13
  47:6
**headline** 56:6
**health** 18:10,20
  18:21,22,24
  19:9 20:8,24
  21:6
**healthcare**
  22:15
**hear** 41:18 52:9
**heard** 3:20
  53:15 55:17
**heaven** 31:13
**hegseth** 23:25
  23:25 24:4
  59:6
**help** 54:6
**helped** 29:17
**hero** 19:3
**he's** 2:25 30:23
**high** 30:23
  32:11
**higher** 7:11,13
  39:13
**highest** 48:1

**hill** 18:11
**hillary** 24:14
**histories** 11:1
**history** 3:15
  5:14 9:7 27:2
  29:7,19 46:18
  49:22
**hoax** 25:23
  32:18,19
**homan** 15:16
  15:20
**home** 30:20
**honest** 18:7
  20:6
**honestly** 33:18
**horrible** 16:12
**horrific** 45:13
**host** 51:3
**hour** 3:25
**hours** 36:16
**house** 3:10 44:2
  44:7 45:15
  50:25 51:2
  54:4,14
**human** 19:9
  20:12 39:7
**hundreds** 5:17
  39:2,9,14 40:13
**hunter** 32:6
  51:9
**hyde** 60:3

**i**

**ice** 12:23
**ideas** 56:14

**ideological** 53:3
  53:14
**illegally** 2:6
  9:10,16 11:1
  13:2,18 15:13
**immediately**
  4:17
**immigration**
  15:11 27:25
  28:1 56:5,12,15
  57:2
**impeachments**
  29:16
**impede** 37:17
**importantly**
  8:7,8
**impose** 7:18
**impunity** 11:22
**inaugural**
  48:17,22 49:2,4
**inauguration**
  49:1
**includes** 24:13
  24:14
**including** 23:24
  33:1 34:19
  36:5 49:23
  52:19
**indictments**
  29:15
**individual**
  34:24
**inflation** 5:2,18
  5:19,22

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**ER0937**

[inherited - kristen]

| | | | |
|---|---|---|---|
| **inherited**  19:6 19:8 | **israel**  38:22 | **john**  18:16,24 20:18 | 17:17,20,21 18:4 20:12 |
| **inside**  51:3 | **issue**  22:20 35:11 | **johnson's**  54:7 | 22:10 25:15,16 |
| **insight**  3:6 | **issues**  4:22 36:5 52:5 | **joining**  3:6 | 25:24,25 26:1 |
| **institution**  11:7 | **it'll**  52:6 | **judges**  12:25 | 26:14 27:24 |
| **institutions** 11:6 27:20 30:25 45:10 | **item**  54:1 | **june**  26:25 | 28:1,4,25 31:15 |
| **instruct**  30:15 | **items**  9:6 53:16 | **justice**  20:2 21:20 43:20 44:16 51:21 | 35:17 38:7,11 |
| **intends**  56:1 | **it's**  9:13,14 22:10 39:11 40:12 49:5 55:4 | **justin**  7:24 8:12 | 39:3,5,7 43:17 |
| **interest**  58:15 | **i'll**  23:3 | **k** | 44:24 45:5,7,20 |
| **interested** 44:25 45:4,6,7 | **i'm**  30:7,8 | **kamala**  55:7 | 45:21 46:24,25 |
| **interesting**  39:4 52:6 55:1 | **j** | **kash**  24:5,8,17 25:13,14 26:5 28:23 31:19,24 55:20,21 | 47:23 48:11 |
| **interestingly** 57:1 | **jack**  29:10,22 30:1,9 | **kash's**  25:20 | 49:18 51:13,19 |
| **interview**  1:13 2:2 3:24 4:21 23:23 32:4 50:19 52:18 53:21 | **jail**  33:19,21 34:3,10 52:1,21 | **keep**  15:25 16:2 51:20 | 51:23,25 52:2 |
| **invaded**  30:20 30:21 | **january**  2:19 33:4 34:19 48:19 52:15 | **keeping**  49:17 | 53:7 54:19 |
| **investigate** 29:22 44:17 | **jen**  3:11 51:3,3 54:16,21,25 55:4,9 57:24 58:5,12 | **kept**  38:22 | 55:9,22 56:22 |
| **investigated** 30:1 | **jerome**  8:16,18 | **key**  51:10 | 57:8,9,15,20 |
| **investigating** 29:21 | **job**  4:18 16:19 54:9 | **kids**  15:15 16:4 | **knowing**  52:3 |
| **investigations** 24:18 26:6 51:23 | **jobs**  14:15 52:4 | **kill**  21:20,22 | **kristen**  1:13 2:1 2:5,10,17,22,25 3:16,17 4:8,12 4:21,25 5:9 6:11 7:17 8:15 8:24 9:2,5,9 10:7,11,20,23 11:25 12:4,10 12:14,17,22 13:8,16 14:5,20 15:9,15,19,23 16:4,22,25 17:3 17:7,11,18 18:2 18:9 19:22 20:1,22 21:3,19 21:25 22:7,11 22:17 23:6,18 23:22 24:8,11 |
| **investigators** 29:21 | **joe**  2:12 23:10 24:14 26:19 27:3,8 28:15 31:3 43:11 46:2 | **killed**  21:17 38:4 39:1,3,8 | |
| | | **kind**  53:7,9 56:14,21 | |
| | | **kinds**  56:13 | |
| | | **knew**  23:13 43:23 | |
| | | **knock**  50:10 | |
| | | **know**  4:13 9:15 9:16 11:8,13,25 15:1,2 16:10 | |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

ER0938

**[kristen - make]**

24:22 25:1,7
26:4,9,16,22,24
27:6 28:11
29:3,20,25 30:5
30:9,16 31:5,18
31:21 32:3,22
33:11,14,17,20
33:24 34:3,6,9
34:16,25 35:2,5
35:8,11,16,22
35:25 36:8,12
36:15,21,24
37:3,7,12,18,21
37:25 38:16,18
39:11,19,22
40:3,24 41:4,12
41:16,22,25
42:3,9,13,16,23
43:7,12 44:1,7
44:12,15,20
45:1,11,17
46:11 48:15,18
48:25 49:7,21
50:5,13,18,23
51:13 52:8
53:13 55:10
56:3 57:4,23
58:10,20 59:4

**l**

**lago**  7:25 8:2
  30:22
**land**  17:23
**language**  14:2
  52:15

**large**  14:17
**largely**  38:8
**lashed**  33:4
**launch**  24:17
**law**  16:14 26:13
  45:5
**lawmakers**
  18:11
**laws**  9:15 16:20
**lawyer**  32:10
**lawyers**  32:10
**lead**  24:6
**leaders**  38:1
**leadership**
  54:15
**leading**  43:1
**leave**  8:17
**ledanski**  60:3
**lee**  3:7 50:25
  51:12 57:5
**left**  19:3 48:6,6
  51:24 58:3
**legal**  21:23
  32:15 60:11
**legally**  15:16
  16:5
**legislation**
  54:11
**legislative**
  53:25 54:1
**letter**  50:5
**level**  6:9 39:4,4
  39:5
**levels**  8:9 38:4
  48:10

**liberal**  48:9
**liberty**  9:22
**life**  45:14
**likely**  58:21
**lincoln**  48:2
**list**  24:11,18
**listen**  55:13
**literally**  11:20
**little**  9:23 20:6
  52:2 57:6
**living**  4:23
**liz**  33:2,20
  52:20
**loaf**  47:19
**local**  11:25 12:5
**logistics**  12:18
**long**  35:14
  53:21
**longer**  14:14
  18:12
**longest**  3:14
**look**  4:2 5:13
  16:8,21 31:10
  32:13,16 34:12
  34:23,23 38:7
  40:6 45:25
  58:12
**looked**  53:20
**looking**  2:14,15
  21:7,8 27:10,11
  27:11,22,23
  35:10
**lords**  27:20
**lose**  54:11

**loss**  3:2
**lost**  39:10,12
  42:21
**lot**  4:11,14 5:15
  5:16 8:5,6
  19:11 31:15
  32:15 41:17
  45:21,23 47:7
  53:21 55:7
  56:14
**lot's**  4:15,16
**lousy**  18:21,24
  19:25 21:9
**love**  9:24 19:5
  47:21
**lower**  5:2
**lowest**  11:9
**loyalty**  55:25
**lying**  39:15

**m**

**made**  6:21 7:6
  14:9 19:18,20
  20:9,10 21:24
  45:12
**madman**  7:5
**maga**  46:17,18
  46:22
**major**  6:14
**make**  2:14 6:1
  6:17 9:19
  10:23 19:9,10
  19:10,11,17,18
  20:16 27:10,12
  27:13,22 31:19
  42:6 49:10

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[making - ny]**

| | | | |
|---|---|---|---|
| **making** 19:19 46:19 49:16,22 | 50:6 | **mixed** 15:11 52:3,13 | **need** 12:22 17:23 31:14 38:12 55:23 |
| **man** 25:21 32:1 | **medicare** 41:18 42:1 | **moderate** 25:18 | **negative** 26:1,2 |
| **managing** 3:7 50:24 | **medication** 22:24 | **moment** 42:17 45:22 57:24 | **negotiating** 7:18 |
| **mandate** 51:15 53:17 | **meet** 1:12 3:12 3:16 59:11 | **money** 7:7 20:15 22:15 40:20 | **negotiation** 37:17 |
| **manpower** 46:5 | **member** 39:23 | **morning** 3:17 | **neighbors** 56:22 |
| **mar** 7:25 8:2 30:21 | **members** 24:12 24:15 54:10 | **move** 44:17 51:16 53:1 | **never** 7:7 8:9 14:25 15:4 27:21 38:24,24 39:16 46:17 48:10 |
| **marc** 3:9 51:4 53:14,19 54:19 54:22,23 55:2,6 58:20,23 | **mental** 11:6,7 27:20 30:25 45:10 | **murder** 10:1 | |
| | **mention** 12:24 | **murdered** 10:17 13:13 | |
| **market** 7:11 | **mess** 16:21 | **murderers** 10:2 10:17 13:11 | **new** 3:23 |
| **mass** 2:4 9:3 56:18,20 57:16 | **message** 35:23 49:4,10,11 52:2 | **murkowski** 18:17 | **news** 3:7,13 50:24 51:7 |
| **massive** 58:16 | **messaging** 52:14 | **musk** 41:5,13 | **news's** 32:23 |
| **matter** 11:7 | **mexico** 6:3,6 7:22 8:12 | **n** | **nice** 48:7 49:19 |
| **mccain** 18:17 18:24 20:18 | **middle** 14:1 | **n** 60:1 | **night** 12:7 |
| **mclaughlin** 48:1 | **migrants** 30:24 | **named** 24:8 | **nobody's** 38:4 |
| **mean** 12:3 13:11 14:5 15:19 23:8 24:19 31:23 37:9 41:9 50:8 55:11 | **mike** 3:10 51:5 | **names** 19:8 52:20 | **nominating** 56:2 |
| | **militarily** 47:1 | **nations** 40:8 | **non** 3:19 |
| | **million** 12:24 15:10 | **nato** 36:6 39:20 39:22,24 40:14 40:23 58:3,4 | **nope** 10:10 |
| | **millions** 7:22 27:17 | | **northern** 8:4 |
| | **mind** 3:1 | **nato's** 40:5 | **notes** 52:13 |
| **meaning** 40:8 | **mineola** 60:14 | **nbc** 3:7,13 32:23 50:24 | **number** 11:14 31:17 38:22,23 38:25 40:7 |
| **means** 56:21 | **misconduct** 24:2 | **nbcnews.com.** 50:20 | |
| **medicaid** 41:19 | **misunderstood** 25:21 | **nearly** 3:25 | **numerous** 13:13 |
| **medical** 19:15 48:23 49:25 | | | **ny** 60:14 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

ER0940

## [o - plan]

| o | | | |
|---|---|---|---|
| **o** 60:1 | **opponent** 43:22 | **parents** 15:12 | 22:1 24:12,18 |
| **obamacare** | 43:23 | **part** 7:9 27:5 | 25:10 27:18 |
| 18:12,15,21 | **opposite** 31:4 | 33:3 | 29:12 32:25 |
| 19:6 20:19 | **option** 32:9,14 | **particular** 5:16 | 34:20 35:13,23 |
| 21:8,15 | **order** 31:19 | 7:22 | 38:3 39:1,3,8 |
| **obligation** | 57:13 | **partners** 5:5 | 41:17 42:5,7 |
| 19:17 25:6 | **orders** 4:10 | **party** 25:20 | 44:15 45:9,20 |
| **obvious** 31:24 | **outside** 7:15 | **pass** 6:18 9:21 | 46:2,3,9,19 |
| **office** 2:2 4:6 | 13:10 | **passed** 54:4 | 47:18 48:8 |
| 23:1 36:12,17 | **overnight** 36:1 | 55:24 | 49:17 51:24 |
| 39:20,24 42:18 | **overridden** | **past** 2:15 24:1 | 52:4,4 55:19 |
| 48:21 49:22,25 | 27:17 | 27:11 | 56:2,17 57:14 |
| **officer** 45:5 | **overseas** 47:10 | **patchwork** | **perceived** |
| **oh** 12:2 31:11 | **overturn** 19:23 | 53:5 | 51:18 |
| 32:14 45:1 | 20:2,4 | **patel** 24:5,8,17 | **percent** 7:3 |
| 54:19 | **overturned** | 25:13 26:5 | 8:14 56:19 |
| **ok** 42:13 | 20:7 | 28:23 31:19 | **period** 10:13,16 |
| **okay** 9:2,4 | **overturning** | 55:20,21 | 28:8 |
| 11:24 16:24 | 22:19 | **patrol** 10:15 | **person** 10:18 |
| 19:1 35:2,16 | | **pause** 28:11 | 25:19 30:12 |
| 40:8 42:9 48:7 | p | **pay** 5:6,10 7:2 | 48:20 49:24 |
| **old** 60:12 | **package** 54:3 | 40:1,1,4,16 | **persons** 17:8 |
| **oldest** 48:20 | **page** 3:5 43:4 | **paying** 40:17 | **pete** 23:25 59:6 |
| 49:24 | **pam** 25:11,11 | 40:21 | **physical** 21:23 |
| **once** 13:18 | 28:22 29:20 | **pence** 3:10 51:5 | **pick** 59:7 |
| **ones** 4:13 58:24 | 44:19 55:20 | **people** 4:13 | **picked** 55:19 |
| 59:2 | **panel** 1:15 | 7:22 9:7,16,17 | 55:24 |
| **online** 9:18 | 50:20,24 | 9:20,25 10:6,19 | **picks** 4:5 23:24 |
| **open** 8:11 | **pardon** 2:18 | 10:25 11:5,11 | **piece** 54:21,25 |
| 14:11 35:20 | 23:11,12,13 | 11:18 12:24 | **pills** 22:25 |
| 58:3 | 32:5,7,13 34:18 | 13:10,11,12,13 | **place** 32:1 |
| **opinion** 20:6 | 51:9 | 13:25 14:2,14 | 35:19 |
| 38:21 | **pardoned** 32:6 | 15:10 17:15 | **places** 11:19 |
| | **pardons** 32:24 | 18:22,23 19:12 | **plan** 2:5 9:9 |
| | 35:12 | 19:14 20:14,16 | 14:8,9 15:23 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

ER0941

**[plan - prisons]**

17:4 20:23,24
21:2,4 22:1
50:13
**planes** 12:25
**plans** 2:3 8:24
34:17 51:16
**plausible** 55:18
**play** 12:6,7
57:7,17,22
**playbook** 3:8
51:2
**playing** 6:10
**plays** 52:6
**pleaded** 34:20
**plus** 2:17
**pod** 47:14
**point** 11:9
12:11,18 20:24
56:4
**points** 52:19
**police** 12:1,5,13
12:13
**policies** 55:12
56:11
**policy** 36:4
53:5 56:5
57:25
**political** 2:11
19:12 21:16
23:21 26:6
43:21,22 51:18
55:17
**politician** 25:5
**politico** 3:8
51:1,2

**politics** 25:21
**polls** 47:25
56:19
**popped** 53:3
**popular** 25:12
**position** 23:14
58:24
**possibility**
40:25
**possible** 48:11
**possibly** 36:11
**post** 8:17
**posted** 52:9
**posture** 51:17
**potentially** 58:4
**pouring** 7:23
8:7,8,9,10
30:24 45:9
**powell** 8:16,18
**power** 44:9
46:5 47:1
**powerful** 7:14
**praises** 25:17
**pre** 5:13
**precious** 44:21
**preemptive**
32:24
**preexisting**
22:1
**prepare** 36:8
**prescriptions**
53:5
**present** 21:10
**president** 1:13
2:2,8,13,20,24

3:10,18,19,22
4:11,14 5:7,11
6:20 7:20 8:12
8:19 9:1,4,8,12
10:9,12,22 11:3
12:2,6,12,15,20
13:3,9,22 14:7
14:22 15:14,17
15:22,24 16:6
16:24 17:2,5,10
17:13,20 18:4
18:16 19:24
20:5 21:1,5,22
22:4,9,13,21
23:2,7,19,23
24:10,19,24
25:3,9 26:7,11
26:17,20,23
27:2,4,9 28:18
29:5,23 30:2,7
30:11,19 31:7
31:20,23 32:6,8
32:23,24 33:9
33:12,15,18,22
34:1,4,8,11,16
34:22 35:1,3,7
35:9,13,17,23
36:4,11,13,19
36:23,25 37:1,4
37:5,9,13,14,19
37:23 38:2,17
38:20 39:12,21
39:25 40:5
41:1,4,15,20,23
42:2,4,11,14,17

43:5,9,11,11,13
43:14,15,16
44:5,10,13,18
44:23 45:3,6,16
45:19 46:15
48:4,4,16,19
49:5,9 50:2,7
50:15,19 51:5,8
51:14 52:11
**presidents**
58:19
**press** 1:12 3:10
3:12,16 51:2
59:11
**pressed** 36:3
**pretty** 31:24
52:14
**preview** 48:16
49:8
**previous** 6:11
7:12
**price** 5:6 28:8
**prices** 4:3 5:3
6:16 22:3,8,12
22:14 27:24
28:10 45:8
47:16
**primary** 41:7
**prior** 47:25
**priorities** 55:12
**prioritizing** 9:6
**prisons** 9:25
11:9,11 27:19
30:25 45:10

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**ER0942**

**[probably - reputation]**

| | | | |
|---|---|---|---|
| **probably** 8:22 11:16 23:2,3 25:5 26:13 29:17 36:14 39:10,13 43:19 52:1 | **public** 16:18 57:1,20 | **ramaswamy** 41:8,13 | **regulations** 9:15 16:9 |
| **problem** 6:22 50:16 | **publicly** 57:17 | **ran** 48:3 | **relaxed** 53:20 |
| **problems** 6:23 | **pulled** 56:24 | **range** 36:4 49:23 | **release** 48:23 50:14 |
| **proceedings** 60:5 | **pulling** 58:4 | **ranging** 4:1 | **released** 10:2 50:3 |
| **process** 29:10 | **purity** 53:3,15 | **rapidly** 11:15 | **releasing** 49:25 |
| **product** 40:10 | **purposes** 7:3 | **reaction** 50:21 | **relief** 54:3 |
| **progressive** 48:9 | **pursue** 26:5 | **ready** 53:1 | **remain** 39:23 |
| **promise** 34:18 | **pushed** 58:7 | **real** 4:18 11:23 26:18,25 28:15 57:21 | **remember** 49:1 |
| **promised** 16:25 | **put** 8:13 10:14 11:6 19:2 40:14 51:24 53:14 56:4 58:13 | **realistic** 13:1 | **renew** 54:3 |
| **promises** 2:4 5:1 16:23 | **putin** 36:25 37:4,13 58:9,15 59:3 | **really** 2:13 7:7 11:15 18:19 19:16 27:9 38:13 43:24,25 45:24 46:7 54:2,9,9 56:3 58:3 | **repairing** 20:19 |
| **properly** 7:4,5 7:13 | **putting** 23:14 41:9 52:4 | | **repeal** 18:12 19:1,20 |
| **proposes** 41:16 | **q** | **reasonable** 28:20 | **repealing** 18:15 |
| **proposing** 5:3 | **qanon** 55:22 | **reasons** 49:23 54:24 55:2 | **repeatedly** 58:7 |
| **prosecute** 30:9 | **question** 46:12 58:8 | **rebels** 36:3 | **replace** 8:18 18:12 19:1 |
| **prosecutor** 26:18 27:1 28:15 | **quickly** 2:21 35:4 51:16 | **recently** 37:11 47:7 | **replacing** 18:15 20:19 |
| **protect** 40:16 | **quote** 13:19 17:8 26:17 | **reconsidering** 32:7 | **report** 50:6 |
| **proud** 20:13 | **r** | **record** 60:5 | **reporting** 32:23 |
| **proven** 38:14 | **r** 60:1 | **records** 33:6 48:23 50:1 | **reports** 50:9,11 |
| **psaki** 3:11 51:3 51:4 54:16,21 54:25 55:4,9 58:5,12 | **raised** 12:10,17 | **refused** 58:7 | **republican** 18:10 53:6,11 54:6 58:19 |
| | **raising** 42:12 | **regret** 20:14 | **republicans** 14:10 53:12 54:4 |
| | **rallies** 12:7 | | **republican's** 29:18 |
| | **rally** 46:1,2 | | **reputation** 47:10,11 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**ER0943**

**[reserve - slash]**

| | | | |
|---|---|---|---|
| **reserve** 8:16 | **road** 60:12 | **secretary** 3:11 | 58:23 |
| **resources** 44:21 | **rocket** 25:12 | 23:25 51:3 | **shot** 31:11 |
| **respect** 31:15 | **roe** 22:19 | **security** 41:19 | 47:11,20 |
| 31:16 | **room** 31:19 | 42:3,6 | **should've** 14:24 |
| **respected** 25:19 | **rot** 19:11,12 | **see** 8:20 13:7 | 39:16,17 |
| **respects** 25:25 | **rule** 36:2 | 18:14 26:9 | **shouldn't** 6:4 |
| **response** 33:3 | **rules** 9:15 16:8 | 29:25 52:6 | **show** 3:14 |
| 58:13 | **running** 3:14 | 53:22 56:23 | 16:13,14 |
| **responsibility** | **russia** 25:23 | **seeing** 56:14 | **shows** 23:10 |
| 22:18 | 38:25 58:17 | **seek** 2:10 | 52:24 |
| **rest** 29:9 | **russia's** 39:9 | **seem** 31:24 | **shrapnel** 31:12 |
| **restrict** 22:22 | **russians'** 58:15 | 52:18 | 31:12 |
| 22:25 | **s** | **seemed** 15:5 | **sides** 39:9 |
| **restricted** | | 57:6 | **signature** 5:1 |
| 45:25 | **safe** 45:15 | **seen** 8:9 11:18 | 60:9 |
| **retribution** | 49:16 | 38:5 39:16 | **significant** |
| 2:11,15 27:12 | **safety** 46:23 | **senate** 54:14 | 10:21 28:12 |
| 51:18 52:12 | **sake** 3:3 43:2 | **senator** 33:1 | **signing** 4:9 |
| 55:14,15 | **sat** 3:22 32:4 | **senators** 54:6 | **simple** 28:3 |
| **return** 2:1 | **saved** 21:15 | **send** 16:3 34:10 | 46:20 |
| **revelatory** | 32:15 | **separation** | **singing** 25:17 |
| 57:23 | **saw** 47:24 | 15:18 | **single** 12:7 |
| **rich** 6:1 | **saying** 6:15,25 | **series** 16:19,20 | **sir** 6:11 10:21 |
| **rid** 47:14 | 10:20,24 11:2,3 | **service** 45:20 | 12:10 13:17 |
| **ridiculous** 18:1 | 14:21 18:25 | 46:4,4 | 19:23 20:22 |
| **rig** 44:11,14 | 23:4 28:12,16 | **services** 19:9 | 21:21 22:1,12 |
| **right** 8:25 15:3 | 51:22 52:3 | **sets** 17:22 | 22:18 25:2 |
| 19:13 20:8,9,11 | 55:16 57:3 | **sexual** 24:2 | 29:4 30:16 |
| 21:15 24:20,23 | **says** 17:8 | **share** 52:5 | 32:12 38:18 |
| 25:2 32:1,16 | **schiff** 33:1 | **sharply** 42:19 | 39:19 42:23 |
| 44:24 45:4 | **second** 36:6 | **shift** 58:16 | 44:1 46:12 |
| 52:18,19,23 | 38:6 49:4 | **ship** 25:12 | 48:5,25 49:21 |
| 53:4 58:25 | **seconds** 8:1 | **short** 3:9 28:8 | **situation** 59:1 |
| **rivals** 41:8 | 58:22 | 51:4 53:19 | **slash** 46:5 |
| | **secret** 45:20 | 54:19,23 55:2,6 | |
| | 46:3,4 | | |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**ER0944**

**[small - take]**

| | | | |
|---|---|---|---|
| **small** 14:16 | **spending** 5:22 | **stepped** 45:24 | **successfully** |
| **smart** 25:19 | 41:6,10,22 | **steps** 22:20 | 7:10 |
| 30:12 | **spoke** 3:25 7:24 | **stinks** 21:8 | **succinctly** |
| **smith** 29:10,22 | 7:24 | **stock** 7:11 | 51:14 |
| 30:1,10 | **spoken** 37:11 | **stop** 8:13 37:20 | **suffered** 20:17 |
| **social** 26:25 | 37:12 | 39:18 | **suggesting** |
| 28:14 41:19 | **spotlight** 41:9 | **stopped** 6:25 | 51:19 57:15 |
| 42:3,6 52:10 | **staff** 3:9 51:4 | **stopping** 45:8 | **suing** 30:21 |
| **soldiers** 38:8 | **standards** | **stops** 39:6 | **suite** 60:13 |
| 39:1,2 | 16:20 | **straighten** | **summed** 51:14 |
| **solutions** 60:11 | **standpoint** | 31:15 | **sunday** 2:1 |
| **solve** 6:22 | 20:12 21:23,24 | **street** 47:19 | 3:11,17 51:6 |
| **somebody** | **start** 38:12 47:6 | **streets** 10:4 | 59:10 |
| 17:22 25:4 | 51:7 | 13:13 | **support** 36:5 |
| 31:14 32:1 | **started** 28:5 | **strengthen** 4:18 | 46:13 |
| 55:21 | 40:17 | **stripes** 5:5 | **supporters** |
| **somebody's** | **starting** 13:5,6 | **strong** 25:15 | 46:17 |
| 31:25 | **starve** 21:17 | 50:12 52:15 | **supreme** 20:3 |
| **son** 23:11 32:6 | **state** 6:6 22:20 | **struck** 51:13 | **sure** 6:17 10:24 |
| 51:9 | 24:13,17 | 55:10,25 57:5 | 12:20 36:14 |
| **sonya** 60:3 | **statement** | **stuff** 42:12 | 50:2,15 58:23 |
| **sort** 20:13 | 58:13 | **stuff's** 57:7 | **surprise** 58:6 |
| 31:24 57:15 | **states** 5:4 7:2 | **stunning** 36:1 | **surprising** 20:6 |
| **sound** 49:18 | 17:9,24 27:2 | **stupidest** 39:15 | **sworn** 36:10,17 |
| **southern** 8:5 | 36:9 39:20,23 | **subsidize** 6:5 | 48:19 49:24 |
| **space** 55:18 | 57:12 | **subsidizing** 6:1 | **syria** 58:1 59:1 |
| **spacex** 41:6 | **statue** 9:22 | 6:3,4,6,7,8 | **syrian** 36:1 |
| **speak** 14:2 | **status** 15:12 | **success** 2:16 | **system** 18:13 |
| **speaker** 54:7 | **stay** 14:21 16:7 | 27:13,13 46:23 | |
| **speaking** 52:14 | 16:14 23:3 | 47:24 48:11,12 | **t** |
| **special** 3:12,15 | 39:20 40:23 | 49:12,16 52:12 | **t** 60:1,1 |
| 26:18 27:1 | **stayed** 29:12 | 55:15 | **table** 18:14 |
| 28:15 | **steal** 44:8 | **successful** 2:14 | 42:10,13 |
| **specific** 32:10 | **stealing** 44:3 | 14:15 27:10,12 | **tactic** 7:19 |
| | | 27:14 | **take** 16:12 |
| | | | 22:21 31:9 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

ER0945

**[take - topics]**

38:6 40:7,9,10
40:10 57:14
**takeaways**
51:11
**taken** 11:5
16:15,17 22:18
**talk** 9:2 18:9
22:17 31:5
54:5 57:8
**talked** 9:6
36:24 37:3,21
38:3 42:24
49:2 56:25
57:16,24 58:2,8
**talking** 8:2
14:12 15:12,17
18:10 32:2
39:14 41:23
49:15,16 56:24
**talks** 29:20
47:3 55:13
57:17
**tape** 4:7,20,24
12:3 23:17
24:7 32:21
33:8 34:15,21
35:21 36:7
41:3,11 42:15
42:22 48:14,24
50:17
**tapped** 24:6
41:12
**targeting** 33:5
**tariffs** 5:3,6,15
5:24,24 6:12,15

6:19,24,25 7:2
7:4,13,18 8:13
**task** 54:8
**tasking** 41:5
**tax** 54:3,16
**team** 56:16
**television** 3:15
**tell** 9:21,23
16:11 19:4
25:14 29:14
37:23 38:3
40:13 42:24
43:6
**ten** 9:18 18:25
20:18,19
**term** 10:14
49:14 51:22
**terms** 3:19 9:20
11:9 29:15
47:10
**terrible** 40:9
**tesla** 41:5
**test** 9:21 55:25
**thank** 59:7,9
**thanks** 51:5
**that's** 25:1
**theft** 42:2
**they're** 11:12
11:20 40:21
**thing** 9:14 19:6
19:13 20:12
21:16,16 39:6
39:16 40:18
43:24

**things** 6:24
7:15 23:8,8,15
27:25 30:22
40:7 45:11
47:8,15 51:12
52:17 53:6,12
55:9 56:13
**think** 2:8 5:23
5:24,25 8:20,21
9:12 10:8 15:7
23:9,15 24:22
25:1,3,5 26:2,8
28:20,24 29:13
30:2 31:14
33:20,25 34:1
34:12 38:13
40:21 41:17
43:19,24 44:11
44:18 49:1,12
49:21 50:3,8
52:16 53:9,22
53:24 56:9
57:1 58:6,24
59:2
**thinking** 56:11
**thinks** 24:20
**thompson**
33:13 52:20
**thought** 25:14
48:10 49:3
53:1,20 56:5,10
**thousands**
11:12 39:2,9,14
**threat** 46:25,25
47:2,3

**three** 5:4 10:3
10:13 14:25
35:14
**thrilled** 30:20
31:1
**thumbs** 18:25
19:2
**tick** 56:12,13
56:13
**time** 10:16
20:14 28:8
30:23 32:3
42:18,25 44:4
49:22 50:3
**times** 8:10
12:23
**today** 59:9
**together** 15:21
16:2 25:22
47:22,23,24
48:12 49:20
**told** 4:2 8:21,22
20:14 24:3
27:21 32:10
**tom** 15:16,20
**tomorrow** 5:12
**tone** 55:10,25
**took** 5:17
**tool** 7:14
**top** 4:13,22
40:11
**topic** 16:23
**topics** 51:10
53:21

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127
**ER0946**

**[toppled - veritext]**

| | | | |
|---|---|---|---|
| **toppled**  58:2 | 10:22 11:3 | 54:13 | **underappreci...** |
| **total**  32:18,19 | 12:2,6,12,15,20 | **trump's**  35:23 | 53:25 |
| **totally**  12:3 | 13:3,9,22 14:7 | 41:7 | **understand**  4:8 |
| 39:4,5 | 14:22 15:14,17 | **truth**  26:24 | **understands** |
| **touch**  41:25 | 15:22,24 16:6 | 28:13 52:10 | 20:21 |
| **touched**  55:20 | 16:24 17:2,5,10 | **try**  8:18 19:22 | **understood** |
| **touching**  42:5 | 17:13,20 18:4 | 20:1,3 21:19 | 15:4 |
| **tough**  9:14 | 18:16 19:24 | 36:17 41:6 | **unfairly**  9:17 |
| 40:15 | 20:5 21:1,5,22 | 56:8 | 33:5 |
| **tower**  3:23 | 22:4,9,13 23:2 | **trying**  36:20,20 | **unhappy**  30:22 |
| **trade**  40:8 | 23:7,19,23 24:3 | 36:21 54:2 | **unifying**  3:3 |
| **trading**  5:4 | 24:10,19,24 | 55:17 | 43:3 |
| **trail**  5:2 | 25:3,9 26:7,11 | **tulsi**  59:3,5 | **united**  5:4 7:2 |
| **transcript**  60:4 | 26:20,23 27:4,9 | **tune**  6:2 | 17:9,24 27:2 |
| **treat**  46:16,21 | 28:18 29:5,23 | **turn**  3:5 43:4 | 36:9 39:19,23 |
| 46:21,22 47:4,5 | 30:2,7,11,19 | 57:2 | 57:12 |
| **treated**  9:17 | 31:7,20,23 32:8 | **turned**  32:16 | **unity**  49:9,11 |
| 46:16 | 33:1,3,9,12,15 | **turns**  16:18 | 49:12,12,15 |
| **treating**  40:22 | 33:18,22 34:1,4 | 57:20 | **unpopular** |
| **tremendous** | 34:8,11,17,22 | **two**  5:20 15:20 | 54:17 |
| 46:25 47:2,3 | 35:1,3,7,9,13 | 17:23 23:4 | **unprecedented** |
| **trey**  25:18,23 | 35:17 36:11,13 | 25:10 27:24 | 45:12 |
| 25:24,24 | 36:19,23 37:1,5 | 38:23 40:7 | **use**  7:4 44:20 |
| **trial**  13:12 | 37:9,14,19,23 | 45:14 54:10 | **used**  7:4,5,13 |
| **tried**  58:10,11 | 38:2,17,20 | **typically**  53:12 | 12:7 |
| **triple**  28:8 | 39:12,21,25 | | **uses**  28:5 |
| **trudeau**  7:25 | 40:5 41:1,15,20 | **u** | **using**  28:5 |
| 8:12 | 41:23 42:2,4,11 | | **usually**  53:6 |
| **true**  27:5 60:4 | 42:14 43:5,9,14 | **u.s.**  36:5 | |
| **trump**  1:14 2:3 | 44:5,10,13,18 | **ukraine**  36:5,8 | **v** |
| 2:8,13,20,24 | 44:23 45:3,16 | 38:23,25 58:2 | |
| 3:18,22 4:11,14 | 45:19 46:15 | 58:22 | **v**  22:19 |
| 5:7,11 6:20 | 48:16,19,21 | **ukraine's**  39:12 | **venezuela**  11:8 |
| 7:20 8:19 9:1,4 | 49:5,9 50:2,7 | **ultimately**  5:6 | **venezuelan** |
| 9:8,12 10:9,12 | 50:15,19 53:9 | **uncertain**  57:6 | 11:17 |
| | | **under**  23:11 | **veritext**  60:11 |
| | | 46:24 | |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

ER0947

**[veteran - win]**

| | | | |
|---|---|---|---|
| **veteran**  24:1 | 30:3,14 31:2,2 | **weaponization** | 33:24 34:3,6,9 |
| **vice**  3:9 48:4 | 31:3 36:16 | 29:1,15 43:20 | 34:16,25 35:2,5 |
| 51:5 | 37:10,14,15,16 | **weaponized** | 35:8,11,16,22 |
| **vicious**  11:18 | 37:19 44:17,21 | 43:20 | 35:25 36:8,12 |
| **victory**  3:21 | 46:11,12,23,23 | **weaponry**  47:2 | 36:15,21,24 |
| **views**  52:5 | 47:4,4 48:13 | **weapons**  47:1 | 37:3,7,12,18,21 |
| **violent**  11:18 | 50:9 52:10,22 | **week**  51:8 | 37:25 38:16,18 |
| **violently**  43:23 | 56:21 | 59:10 | 39:11,19,22 |
| **vivek**  41:8,13 | **wanted**  53:10 | **welcome**  3:11 | 40:3,24 41:4,12 |
| **vladimir**  58:9 | **wants**  19:1 | 23:22 35:25 | 41:16,22,25 |
| **voice**  25:16 | 29:24 30:14 | 48:18 50:23 | 42:3,9,13,16,23 |
| **vote**  26:1 29:18 | 52:24 56:2,7 | **welker**  2:1,5,10 | 43:7,12 44:1,7 |
| 35:24 | 57:22 | 2:17,22,25 3:16 | 44:12,15,20 |
| **voted**  18:18 | **war**  36:16 38:4 | 3:17 4:8,12,21 | 45:1,11,17 |
| 20:17,20 34:5 | 38:6 | 4:25 5:9 6:11 | 46:11 48:15,18 |
| **voters**  4:22 | **wars**  6:23,25 | 7:17 8:15,24 | 48:25 49:7,21 |
| 53:10 | **washington**  3:7 | 9:2,5,9 10:7,11 | 50:5,13,18,23 |
| **votes**  26:3 | 3:14 48:2 | 10:20,23 11:25 | 52:8 53:13 |
| 29:18 | 50:24 | 12:4,10,14,17 | 56:3 57:4,23 |
| **voting**  18:17 | **watch**  50:18 | 12:22 13:8,16 | 58:10,20 59:4 |
| **vow**  2:17 | **watched**  23:12 | 14:5,20 15:9,15 | **welker's**  1:13 |
| **w** | **watching**  25:18 | 15:19,23 16:4 | **went**  5:20 |
| | 57:25 59:9 | 16:22,25 17:3,7 | 26:13,14 43:21 |
| **wade**  22:19 | **way**  12:13 | 17:11,18 18:2,9 | 43:22 56:12 |
| **wait**  29:5,6,6 | 15:24 16:1 | 19:22 20:1,22 | **we're**  33:14 |
| **walk**  47:19 | 18:14 28:10 | 21:3,19,25 22:7 | 48:7 49:10 |
| **walking**  10:4,4 | 29:11 31:16 | 22:11,17 23:6 | **whammy**  40:12 |
| **walmart**  6:14 | 35:18 44:23 | 23:18,22 24:8 | **white**  3:10 44:2 |
| **want**  4:25 6:9,9 | 51:21 53:13 | 24:11,22 25:1,7 | 44:7 45:15 |
| 7:1 9:25 10:18 | 54:14 59:4 | 26:4,9,16,22,24 | 50:25 51:2 |
| 10:23 14:20,22 | **ways**  22:15 | 27:6 28:11 | **wide**  3:25 |
| 15:5,25 16:7,15 | **wayside**  20:11 | 29:3,20,25 30:5 | **willis**  32:18 |
| 19:7,16 22:13 | **we've**  13:6 31:1 | 30:9,16 31:5,18 | **win**  3:19 38:14 |
| 22:14 24:17 | 56:15 | 31:21 32:3,22 | 53:18 |
| 26:9 28:11 | | 33:11,14,17,20 | |
| 29:22,23,25 | | | |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

ER0948

**[winning - you're]**

| | |
|---|---|
| **winning** 3:24 | **wrong** 26:12,15 |
| **wish** 20:18,18 | 32:9,14 |
| **woman** 16:12 | **wrote** 28:13 |
| 16:13,15 46:5 | **y** |
| 56:24 57:18 | **yeah** 12:14,22 |
| **won** 2:25 27:24 | 15:14 16:24 |
| 28:2,3,9 29:8,9 | 17:5,10 24:10 |
| 29:10 38:10 | 31:20 33:17 |
| 51:15,15 52:25 | 35:1,9 36:13 |
| 54:24 55:3 | 38:20 41:2 |
| **wonderful** | 50:7 52:16 |
| 16:12 | 56:9 |
| **wood** 50:10,10 | **year** 5:20 6:2 |
| 50:11 | 10:13 12:24 |
| **word** 5:25 28:4 | 36:2 54:8 |
| 28:5,5 | **years** 2:7 4:2 |
| **work** 14:7,23 | 5:20 9:11,18 |
| 15:7,7 16:10,11 | 10:3,8 14:12,13 |
| 20:16 21:24 | 14:25 18:25 |
| 47:22 56:8 | 20:19,20 23:4 |
| **worked** 14:24 | 31:17 35:15,18 |
| 14:25 25:22 | 43:2 45:18 |
| **works** 19:21,21 | 47:6,7,8 |
| **world** 6:8 11:17 | **york** 3:23 |
| 37:25 38:6 | **young** 14:1,14 |
| **worried** 13:19 | 16:12 39:1 |
| 13:20 | **you're** 17:19 |
| **worst** 11:16,17 | 41:20 |
| 20:10 | |
| **would've** 18:20 | |
| 20:7,8,11,16 | |
| 38:24,24 55:7 | |
| **wouldn't** 46:9 | |
| **wray** 24:16 | |
| 30:17 | |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127
**ER0949**

# EXHIBIT 12

ER0950

1

2

3

4

5

6

7

8

9

10

11

12    January 15, 2025

13    Confirmation Hearing of Homeland Security

14    Secretary Nominee Gov. Kristi Noem

15

16

17

18

19

20

21

22

23

24

25

                                                      Page 1

1    SENATOR PAUL:  ... that the department
2  and its components engage in.  In other words, we
3  do so much stuff and we're so big we can't
4  describe it for you.  But if we can't describe
5  what we have, we got a problem.  In plain
6  language, the DHS had really no idea.  Think
7  about it.  An agency commanding over $110 billion
8  annually can't account for its own activities.
9  This is not just bureaucratic incompetence, it's
10  emblematic of a deeper issue, an agency unsure of
11  its own boundaries and commitments.  How can an
12  agency fulfill its mission or earn the American
13  people's trust if it doesn't even know the extent
14  of its own operations?
15    But the problems don't stop there.
16  Instead of focusing on critical threats like
17  securing the southwest border, DHS has shifted
18  its gaze inward, targeting law-abiding Americans.
19  DHS, under the Biden administration, has often
20  used its vast powers to target Americans
21  exercising their constitutional rights.  It's
22  become an agency more focused on policing speech,
23  monitoring social media, and labeling political
24  dissent as "domestic terrorism" than addressing
25  genuine security threats.  While cartels traffic

Page 2

1  people and fentanyl across an unguarded border,
2  DHS has spent its time and resources creating
3  partisan disinformation boards, spying on
4  Americans through invasive surveillance
5  technologies.  The mission drift is dangerous.
6  Every dollar spent monitoring law-abiding
7  citizens is a dollar not spent securing the
8  homeland.  Every moment spent targeting political
9  opponents is a moment not addressing real threats
10  like border security, cyber-attacks, or the
11  rising influence of adversarial nation states.
12  The priorities of DHS have been deeply distorted,
13  and the American people are paying the price.
14    And what about DHS's response to COVID-
15  19, arguably one of the greatest threats to
16  homeland security?  The answer is clear:
17  nothing.  They knew nothing of the origins, they
18  didn't study the issue, and they had no
19  information about gain-of-function research.
20  We've seen firsthand how unchecked government
21  overreach leads to waste, fraud, and abuse.  We
22  cannot let DHS become yet another agency that
23  operates behind a veil of secrecy.  The American
24  people deserve transparency, accountability, and
25  leadership that puts national security and

Page 3

1  liberty hand in hand, not at odds with each
2  other.
3    Today we gather to consider the
4  nomination of Governor Kristi Noem to serve as
5  the Secretary of Department of Homeland Security.
6  I hope this hearing will set the tone for this
7  committee's work in the new Congress to restore
8  transparency and accountability to an executive
9  branch that has grown unchecked.  Governor Noem,
10  if confirmed, you will lead an agency that has
11  lost its way.  Your record as governor of South
12  Dakota and a former member of Congress
13  demonstrates your willingness to make difficult
14  decisions in the face of significant political
15  pressure, and to put the interest of American
16  people first.  You have the opportunity today to
17  address how your background and vision will
18  translate to leading one of the most critical and
19  scrutinized departments in the federal
20  government.
21    This is the first of many consequential
22  moments for this committee as we renew our
23  commitment to the constitutional oversight role
24  that Congress must assert.  I have no doubt that
25  the nominee we'll consider in the coming weeks

Page 4

1  and months that you will be up for the challenge.
2  Governor Noem, thank you for your willingness to
3  serve, and I yield to the Ranking Member for his
4  opening remarks.
5    SENATOR PETERS:  Thank you, Chairman
6  Paul.  Governor Noem, it's great to see you here
7  today, and I want to first thank you for making
8  yourself available not only to the entire
9  committee, but to the discussions that we had in
10  my office.  Going perhaps a little more in-depth
11  on the issues than is possible in a hearing like
12  this and having that open and frank conversation
13  is something that I appreciate.  Also appreciate
14  your willingness to spend time with committee
15  staff as we conduct our due diligence and review
16  of your qualifications and the background to
17  serve as secretary of the Department of Homeland
18  Security.
19    As our third-largest federal agency,
20  with more than 240,000 employees and an operating
21  budget of more than $100 billion, the Department
22  of Homeland Security requires strong, stable, and
23  principled leadership.  Our nation faces serious
24  threats and security challenges, from securing
25  our borders and combating terrorism to preventing

Page 5

2 (Pages 2 - 5)

1 cyber-attacks and responding to our nation's
2 increasing number of natural disasters, and DHS
3 is the first line of defense in all of those
4 areas.  I appreciated the conversations we had at
5 today's hearing, where we discussed the
6 importance of ensuring that our nation's borders
7 are safe and secure.  And while we must address
8 the significant challenges we face on the
9 southern border, we also need to ensure that
10 there are sufficient resources to secure our
11 northern border, something I know you're very
12 familiar with as the governor of your state,
13 including building out our Northern Border
14 Mission Center.
15        This is especially important in my home
16 state of Michigan, which has two of the nation's
17 busiest border crossings, and we're going to be
18 adding another span shortly, the Gordie Howe
19 International Bridge, which will open later this
20 year.  To facilitate the lawful trade and travel
21 out those ports of entry that are absolutely
22 critical to our economy, I've worked on
23 legislation to hire additional U.S. Customs and
24 Border Protection officers to meet increased
25 staffing demands.  We must secure our borders,

Page 6

1 but we also know it is well time passed to
2 streamline our immigration and our asylum process
3 as well.
4        In addition to border security, DHS is
5 responsible for addressing many threats that face
6 our nation.  Just a few weeks ago, unfortunately,
7 Americans were shocked to see two horrific
8 incidents in New Orleans and Las Vegas, a deadly
9 reminder that terrorism and radicalization remain
10 very real and ongoing threats to our homeland.
11 In my role on this committee, I've made combating
12 foreign and domestic terrorism, as well as
13 extremism, a top priority.  In this complex
14 environment, it is essential that DHS continue to
15 focus on all terrorism threats, track, and report
16 data to Congress and to the American people, and
17 coordinate between all components to ensure the
18 department is effectively addressing all types of
19 terrorist threats.
20        We've also seen that persistent cyber-
21 attacks are still a very serious threat.  In
22 fact, an increasing threat.  A recent attack from
23 Chinese-based hackers infiltrated the Treasury
24 Department, on top of ongoing Salt Typhoon hack
25 that comprised numerous U.S. telecommunications

Page 7

1 companies.  There's no question that DHS must
2 continue to lead the way in protecting our
3 networks from foreign adversaries, cyber
4 criminals, and so-called "hacktivists" to prevent
5 cyber-attacks from becoming increasingly
6 devastating to our security as well as to our
7 economy.
8        And finally, the Department of Federal
9 Emergency Management Agency must continue to work
10 hard to address the increasing number of natural
11 disasters affecting our communities as a result
12 of climate change.  From violent storms like
13 hurricanes that brought destruction to states
14 across the South, to the devastating wildfires in
15 California, and countless other severe storms and
16 flooding events all across our country, we need
17 leadership at the department that will ensure our
18 nation effectively responds to communities when
19 disaster strikes them.
20        The safety and security of our nation
21 and the American people depend on the
22 department's ability to effectively address these
23 wide-ranging threats.  So, Governor Noem, thank
24 you again for your willingness to serve in this
25 incredibly important position, and thank you for

Page 8

1 being here today.  I look forward to having a
2 comprehensive discussion about how you intend to
3 lead this critical department through a series of
4 national security challenges, if indeed you are
5 confirmed.
6        SENATOR PAUL:  This morning, Governor
7 Noem will be introduced by Majority Leader John
8 Thune and Senator Kevin Cramer.  Senator Thune,
9 you're recognized.
10        SENATOR THUNE:  Thank you, Mr.
11 Chairman, and Ranking Member Peters, and members
12 of the committee.  I'm very pleased to be able to
13 be here today to introduce South Dakota's
14 outstanding governor who has been nominated by
15 President Trump to serve as the Secretary of the
16 Department of Homeland Security.  I've known
17 Kristi Noem for a long time.  She has a very
18 compelling personal and family story, which
19 inspired her entrance into the public arena, and
20 I'm sure you'll hear a little bit more about that
21 from her.  But I've observed as she has gone
22 through the state legislature as a leader there,
23 state House of Representatives, the U.S. House of
24 Representatives, where she was our only member
25 from South Dakota representing our state's

Page 9

3 (Pages 6 - 9)

1 interests there for eight years, and now
2 currently as South Dakota's governor, and I think
3 she brings to this job a number of things that
4 are going to be really essential.
5        And one is obviously a skill set when
6 it comes to managing hard problems.  She led our
7 state through the pandemic, managed what were
8 extraordinary circumstances all across this
9 country in a way that made South Dakota, frankly,
10 a magnet for people from other states who were
11 trying to flee or get away from some of the
12 heavy-handed requirements that were imposed in
13 other states around the country.  Our state
14 stayed open, stayed free, and that was largely
15 due to her leadership.
16        And I would say too, as we tackle what
17 is an enormously complicated and hard issue,
18 which is our southern border, it's going to
19 require a skill set which I believe she
20 possesses, it's going to require a tremendous
21 amount of persistence and determination, which I
22 think she has, an enormous amount of energy,
23 which she has in abundance.  And frankly, what I
24 would say is just absolute toughness.  It's going
25 to take some tough and hard leadership to get

1 things back in order.
2        And I want to refer to something she
3 said in her state of the state address earlier
4 this week to South Dakotans, and that is that
5 "Over the past four years, we've seen a complete
6 disregard for the security of our borders and the
7 safety of the American people, to say nothing for
8 the rule of law.  Chaos at our southern border
9 and the Biden administration has left our country
10 vulnerable to a whole host of security concerns,
11 from terrorist entries to cross-border criminal
12 activity like drug trafficking."  I think it's
13 well documented, and I think it's high time that
14 it gets fixed, and we have somebody nominated by
15 the President that I believe has the
16 capabilities, the qualities, the experience, and
17 again, frankly, the determination and toughness
18 to solve what is a very, very tough issue, and
19 one which is desperately in need of solutions.
20        So, I'm pleased to be able to be here
21 today to introduce our great governor and to
22 thank you for your consideration.  I look forward
23 to this committee acting on her nomination, and I
24 look forward to voting for her on the floor of
25 the United States Senate to be the next Secretary

1 of the Department of Homeland Security.  Thank
2 you, Mr. Chairman.
3        SENATOR PAUL:  Senator Cramer?
4        SENATOR CRAMER:  Thank you, Chairman
5 Paul, Ranking Member Peters, colleagues.  Once
6 again, I find myself in full agreement with the
7 majority leader.  It's a good place to be in our
8 business.
9        So, this is a very special opportunity
10 for me, and first thing I want to do is thank
11 nearly all of you.  I got into almost every one
12 of your offices with Kristi as her very
13 amateurish sitting Senator Sherpa.  And the
14 blessing for me was not only to be with my good
15 friend and former colleague, but to learn a lot
16 about this committee that I'm not on and to get
17 an inside view.  And Gary, especially learning
18 how we can work together at the northern border
19 and how similar, although very different,
20 Michigan and North Dakota are.  So, thank you for
21 your hospitality, you were all very kind to
22 Kristi and to me.
23        But Kristi is a former colleague.  When
24 you're the only member of a body of 435 from an
25 entire state, it's really important to have

1 friends.  So, together, Kristi and I were two,
2 two out of 435, and if we could get Montana,
3 Wyoming, and Alaska, there'd be five of us that
4 could take on the fight.  But I know this.  I
5 remember our very first year, my first year, it
6 was not hers, my first year in the House, the
7 unthinkable happened, and the House of
8 Representatives failed to pass a farm bill.  And
9 all I can tell you was the least secure homeland
10 person in America was the Speaker of the House
11 and the Majority Leader the next day, when Kristi
12 and I doubled up, and eventually we got a farm
13 bill done.
14        I say that because we are living at a
15 time, and Senator Peters, you used the words
16 "strong, stable, and principled".  I can't think
17 of three better words to describe Kristi Noem
18 than those three words.  I would add this.  I'm
19 not surprised that President Trump turned to
20 Governor Noem.  Securing the homeland is the
21 number one priority, our number one priority, our
22 number one constitutional priority, as a
23 Congress.  And it is for sure the number one
24 priority of the voters in the last election.  And
25 it is the number one priority for President

4 (Pages 10 - 13)

1 Donald Trump. So, naturally he would say, "Hmm,
2 who is the toughest, smartest, most capable
3 protector that I know? I think I'd like to find
4 a ranch woman, mom, grandmother, who knows how to
5 protect her own." And when you grow up on a
6 ranch in the prairies or the West, nobody else is
7 going to look out for your critters. No one else
8 is protecting your family. You do it.
9        And she brings this skill set, as
10 Senator Thune said, as a leader, as a legislator,
11 as a member of Congress, as a governor, a very
12 important... By the way, when I get into the room
13 with other governors, Senator Hassan, I might as
14 well have just left, because I was not part of a
15 club where I don't belong. But anyway, it was
16 very, very rich, because there's an alliance
17 there that's really, really important. And so,
18 for me, it's just a really special opportunity to
19 be able to be here with her and to have had this
20 time in your offices introducing her to you.
21        But I want to wrap up with this,
22 because last night I received a very touching
23 letter, unsolicited by either Kristi or me, from
24 the tribal chairwoman from the Standing Rock
25 Sioux Tribe, which straddles North Dakota and

Page 14

1 to support her and turn it over to her.
2        SENATOR PAUL: Thank you for those
3 great introductions. The committee has also
4 received several statements in support of
5 Governor Noem's nomination, including a letter
6 from 22 fellow governors, the International
7 Association of Firefighters, and six other
8 organizations. Without objection, these letters
9 of support will be made part of the hearing
10 record. And I know our Senators are going to
11 have to go but thank you for coming and doing
12 those introductions.
13        It's the practice of this committee to
14 swear in the witnesses. Governor Noem, please
15 stand and raise your right hand. Do you swear
16 that the testimony you will give before this
17 committee will be the truth, the whole truth, and
18 nothing but the truth, so help you God?
19        GOVERNOR NOEM: I will.
20        SENATOR PAUL: Governor Noem, you are
21 now recognized for your opening statement.
22        GOVERNOR NOEM: Thank you, and good
23 morning, Chairman Paul, Ranking Member Peters,
24 and the distinguished members of this committee.
25 I'm honored to appear before all of you today as

Page 16

1 South Dakota. They don't really care who wins
2 the South Dakota State/North Dakota State
3 football game, but they do care about their
4 reservation. And Chairwoman Alkire sent me this
5 letter. Standing Rock is the home of Sitting
6 Bull in case you were wondering about the
7 credentials of their ability to protect the
8 homeland.
9        I'll just read a few words. "On
10 multiple occasions, Governor Noem has invited the
11 Standing Rock Sioux Tribe to her table at the
12 South Dakota State Capitol to enter into
13 meaningful discussions." That's what I witnessed
14 when she came to your offices. And Janet writes,
15 "It is of great excitement and enthusiasm that
16 our North Dakota Governor Doug Burgum will be at
17 the helm of the Department of Interior, and my
18 hopes remain high that you will feel the same
19 about Governor Kristi Noem at the helm of the
20 Department of Homeland Security. These two
21 governors understand the needs in Indian country,
22 and what words like tribal sovereignty,
23 jurisdiction, and consultation mean to the
24 Indigenous people." Speaks volumes to her
25 leadership and to her character. It's my honor

Page 15

1 the nominee for the Secretary of Homeland
2 Security. I want to thank President-elect Donald
3 J. Trump for his confidence in my leadership, and
4 the people of South Dakota for their fantastic
5 support throughout my time in public service. I
6 would also like to express my sincere gratitude
7 to Senator Cramer. He has been an invaluable
8 resource to me throughout this process, and given
9 me much wisdom, as well as insight, into the
10 thoughts and the procedures of the Senate and
11 this body. And I'd also like to express my
12 gratitude to Senator Thune, the Majority Leader
13 of this esteemed body. He's been an advisor to
14 me for many years, as well as a friend, and I'm
15 so grateful for the generous support of these two
16 men and their willingness to be here this morning
17 to speak on my behalf, and to introduce me to
18 this committee.
19        Now, I'm a wife and a mother and a
20 grandmother; a farmer, rancher, businessperson.
21 I've served in our state legislature, in Congress
22 for eight years, and also a governor. I've spent
23 my entire life in rural America. I understand
24 what it means to work hard every single day, and
25 to build a better future for your kids and for

Page 17

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1  all of our communities.  I come before you today
2  with a deep sense of responsibility and a
3  humility, as the nominee, to lead the Department
4  of Homeland Security, and also a commitment to
5  the more than 330 Americans who we will work
6  together to help serve and to keep safe and
7  secure in their homes and in their communities.
8       Now, before I proceed, I want to
9  introduce to you my husband, Bryon, who's here
10  with me today.  He is my constant 24/7 reminder
11  of our dedication to public service, and that
12  it's not a solo effort or done alone.  He has
13  been a rock by my side, and I appreciate all of
14  his love over so many years.  I'm grateful that
15  he's here with me today.
16       Now, securing our homeland is a
17  serious, sacred trust that must be relentlessly
18  pursued, and can never be taken for granted.
19  Being safe within our borders here in America is
20  critical, and yet Americans feel less safe than
21  they have felt in decades.  For the first time in
22  30 years, more than 40 percent of Americans are
23  afraid to walk alone at night within a mile of
24  their homes.  President-elect Trump is going to
25  change that.  I've seen firsthand the challenges

Page 18

1  leading the Department of Homeland Security.
2       As we face the evolving threats of the
3  21st century, the mission and the success of DHS
4  is more critical than ever.  We must be vigilant
5  and proactive and innovative to protect the
6  homeland.  The challenges in front of us are
7  extremely significant, and we must secure our
8  borders against illegal trafficking and
9  immigration.  We must safeguard our critical
10  infrastructure to make sure that we're protected
11  against cyber-attacks, respond to natural
12  disasters, and also terrorism.  I firmly believe
13  that we can meet those challenges head on with
14  resolve.  Innovation, we can use collaboration
15  with federal and with state partners.  And
16  Senators, I want your input.  Border security
17  must remain a top priority.  As a nation, we have
18  the right and the responsibility to secure our
19  borders against those who would do us harm, and
20  we must create a fair and a lawful immigration
21  system that is efficient, and is effective, and
22  that reflects our values.
23       President Trump was elected with a
24  clear mandate.  He needs to achieve this mission,
25  because two-thirds of Americans support his

Page 20

1  and the opportunities facing our great nation.
2  In the 20 years since the Department of Homeland
3  Security was formed, the nature of the threats to
4  our homeland has grown and they've evolved.  This
5  department was created in response to the
6  failures of the government that led to the
7  September 11th 2001 terrorist attacks, and that
8  reality is not lost on me, especially in the wake
9  of the recent terrorist attacks over New Year's.
10      Now, I've led South Dakota for the last
11  six years, with a focus every day on making our
12  state safer, stronger, and freer.  I've focused
13  every day on making the best decisions, not just
14  for right now, but for generations to come.  I've
15  overseen a state budget of over $7 billion, and a
16  state employee workforce of more than 13,000,
17  including more than 7,000 that report directly to
18  the governor.  I've addressed important issues
19  like cyber security, human trafficking, drug
20  interdiction, and also natural disasters, the
21  same challenges that are facing so many of you
22  and the people that you represent back home.
23  I've secured our state and supported the rule of
24  law, and if confirmed as the eighth secretary,
25  that is the same approach that I will take to

Page 19

1  immigration and border policies, including the
2  majority of Hispanic Americans.  I was the first
3  governor to send National Guard troops to our
4  southern border when Texas asked for help and
5  when they were being overwhelmed by an
6  unprecedented border crisis.  If confirmed as
7  secretary, I'll ensure that our exceptional,
8  extraordinary Border Patrol agents have all the
9  tools and resources and support that they need to
10  carry out their mission effectively.  The same is
11  true of my commitment to the outstanding men and
12  women of the U.S. Immigration and Customs
13  Enforcement.  They are responsible for
14  apprehending, detaining, and deporting illegal
15  immigrants, and getting criminal aliens off of
16  our streets and out of the country will help
17  American communities be safer again.  The bravery
18  and the dedication of the Border Patrol and ICE
19  are unmatched, and I will restore dignity to
20  their work.  The rising threat of cyberattacks
21  also demands our utmost attention, and our
22  critical infrastructure, from energy grids to
23  financial institutions, is under constant attack
24  by foreign adversaries and criminal actors.  As
25  secretary, I will prioritize a comprehensive,

Page 21

6 (Pages 18 - 21)

1  whole-of-government approach to cybersecurity.
2  In fact, in the coming days, we have to plan
3  bigger and think faster and smarter.  I fully
4  acknowledge that people in Washington D.C. do not
5  have all of the answers, and therefore, I will
6  leverage private-public partnerships, I'll
7  advance cutting-edge, state-of-the-art
8  technologies to protect our nation's digital
9  landscape, and I will have a proven track record
10 of doing this in South Dakota to back me up.
11 I've helped make Dakota State University a global
12 leader in cybersecurity education, because we
13 recognize the need to address this emerging
14 threat.  And I will take a proactive approach if
15 given the opportunity to serve as secretary.
16 Now, President-elect Trump has been a tremendous
17 friend to law enforcement over the years, and I
18 will do the same in my role as secretary.  As
19 governor, I've worked closely with law
20 enforcement to make South Dakota safer.  I've
21 overseen hundreds of state troopers in the South
22 Dakota Highway Patrol, and on several occasions,
23 I've convened groups of law enforcement from
24 across our state to address policies that will
25 make our people safer.  In fact, while some in

Page 22

1  homeland security isn't just about prevention,
2  but it's also about resilience.  When disasters
3  strike, as we know they will, the Department of
4  Homeland Security must be ready to respond
5  swiftly, efficiently, and effectively to protect
6  the lives and the property of Americans.  As
7  governor, I've worked with FEMA in response to a
8  dozen natural disasters in South Dakota.  These
9  have included historic floods, tornadoes,
10 blizzards, wildfires, a derecho, and even a
11 global pandemic.  As secretary, I will enhance
12 our emergency preparedness and strengthen FEMA's
13 capabilities, and we will ensure that no
14 community is left behind, and that life-saving
15 services, like electricity and water, are quickly
16 restored.
17     As secretary, I will oversee the Secret
18 Service, an agency that is in serious need of
19 reforms.  We all saw the threats to President-
20 elect Trump last year and the consequences of
21 failure.  Now, that should never happen again,
22 and I've worked closely with my own gubernatorial
23 protective detail, and I'm familiar with what
24 works and what doesn't work, and I'll bring that
25 experience towards strengthening the Secret

Page 24

1  this country were attacking law enforcement and
2  defunding them, we took the opposite approach in
3  South Dakota.  We recruited law enforcement
4  officers to move to South Dakota, a state that
5  respects their service and their sacrifice, and
6  we revamped our law enforcement training to
7  provide the first ever state-led tribal-focused
8  law enforcement training academy.  I'm very proud
9  of the work that we've done in cooperation with
10 our tribes to help make their communities more
11 safe.
12     And we must remain vigilant against
13 terrorism and against others who wish to do us
14 harm to our country and to our great people.
15 I'll ensure that our intelligence and our law
16 enforcement agencies are working together hand-
17 in-hand, that they're fully equipped to detect,
18 prevent, and respond to threats from radical
19 ideologies and foreign adversaries.  This
20 requires resources, coordination, and
21 collaboration across all levels of government.
22 And once again, I will seek your wisdom, and I
23 will seek your input into the months ahead.  For
24 the sake of the people that we both represent, we
25 have to get this right.  Now, I recognize that

Page 23

1  Service once again.
2     I'm committed to working with this
3  committee, with Congress, and with the dedicated
4  men and women of the Department of Homeland
5  Security to fulfill our mission.  And together,
6  we can ensure that the United States remains a
7  beacon of freedom, safety, and security for
8  generations to come.  So, thank you for the
9  opportunity and the honor to appear before you
10 today.  Thank you for the meetings and the time
11 that you took in your office to discuss the
12 department and what we can do in the future to
13 make the American homeland much more secure.  I
14 look forward to your questions, and I hope to
15 earn your trust, and hopefully also your vote, as
16 we embark on this critical work together.  With
17 that, Mr. Chairman, I yield back.
18     SENATOR PAUL:  Thank you, Governor
19 Noem.  We will now proceed to questions.  Each
20 member will have seven minutes.  We will have a
21 vote that will start at 10:00 a.m., but we're
22 going to continue the hearing and keep people in
23 line; as you come and go to vote, we'll keep the
24 hearing moving.  I want to be clear from the
25 outset that we will not tolerate any disruptions.

Page 25

7 (Pages 22 - 25)

Case 3:25-cv-01766-EMC    Document 37-12    Filed 02/21/25    Page 9 of 92

1  The Capitol Police have been asked to escort
2  anyone immediately from the room if they disrupt
3  the hearing.
4       This is a standard question, Governor
5  Noem, that we ask of all nominees.  Governor
6  Noem, do you agree without reservation to comply
7  with any request or summons to appear and testify
8  before any duly constituted Committee of Congress
9  if you are confirmed?
10      GOVERNOR NOEM:  Yes, Mr. Chairman,
11      SENATOR PAUL:  I'm going to reserve the
12  rest of my time for my questions and go to
13  Senator Peters.
14      SENATOR PETERS:  Thank you, Mr.
15  Chairman.  Governor Noem, the DHS Secretary, has
16  many competing priorities, as you well know, and
17  you outlined, certainly, in your opening
18  comments, from our borders to wildfires to cyber-
19  attacks.  But as you and I discussed at length,
20  and I appreciate you bringing it up in your
21  opening comments as well, we do have a northern
22  border in addition to a southern border, that's
23  absolutely essential that the DHS has the
24  resources necessary at the northern border to
25  carry out its mission, both between ports of

Page 26

1  addressing all threats that may come in from any
2  direction.  And also, with the bridge as well and
3  staffing up on that, that as well, and I've
4  assured Senator Slotkin as well that our focus is
5  there to make sure that it is staffed
6  appropriately.
7       SENATOR PETERS:  Very good.  And as we
8  discussed, the department is diligently working
9  to stand up the Northern Border Mission Center at
10  Selfridge Air National Guard Base in Michigan,
11  following the authorization and funding that I
12  was able to secure in the last Congress.  This
13  center is critical to supporting the Department's
14  northern border security missions and addressing
15  evolving threats.  So, quick question:  if
16  confirmed, do you commit to working with me to
17  fully build out the Northern Border Mission
18  Center?
19      GOVERNOR NOEM:  Yes, Senator, we will
20  look forward, and I look forward, to working with
21  you to ensure that that is a priority, and that
22  it's adequately resourced, and working with
23  Congress and Senators to make sure that we have
24  what we need to make sure that that mission for
25  that base is fully fulfilled.

Page 28

1  entry and all along the border.  In fact, we've
2  seen an increase in unauthorized crossings in
3  recent years at the northern border.
4       So, my question for you is, if
5  confirmed, do you commit to ensuring, along with
6  the southern border, that the northern border is
7  sufficiently staffed to maintain its security and
8  robust trade between the U.S. and its neighbors,
9  including at the Gordie Howe International Bridge
10  in my home state of Michigan, have the resources
11  they need to facilitate trade, while keeping
12  Americans safe?
13      GOVERNOR NOEM:  Yes, Senator Peters,
14  you and I talked about this in your office, and
15  also with Senator Slotkin as well, how important
16  it is to continue to remain focused on our
17  northern border, and all borders and ports of
18  entry that the United States has.  I think
19  there's been some universal concern from some of
20  the committee members that as we focus on the
21  southern border and what we're seeing, as far as
22  the invasion there and the amount of people
23  crossing, that the northern border would lose
24  focus.  But that will not happen, and we will
25  ensure that our borders are secure, and we're

Page 27

1       SENATOR PETERS:  Great.  Thank you.  On
2  New Year's, we witnessed two incidents that
3  reminded us that terrorism and extremism remain
4  serious threats to all Americans.  Both DHS and
5  the FBI have consistently said that the most
6  persistent threat to the homeland is from U.S.-
7  based individuals or small groups radicalized by
8  a variety of ideologies, from white supremacy to
9  ISIS to al-Qaeda.  We must certainly continue to
10  focus on people who are radicalized here in the
11  United States with the intent of terrorizing our
12  communities.  So, my question for you, ma'am, is
13  how do you plan to address this threat of U.S.-
14  based terrorists?
15      GOVERNOR NOEM:  Senator, this is a
16  grave concern for our country, as we all agree
17  that the number one threat to our homeland
18  security is the southern border.  In fact, since
19  Joe Biden has been president, we've seen 382
20  individuals that have come over that border that
21  are on the terrorist watch list.  I, behind me,
22  have the governor of Louisiana with me, and he
23  and his state and people in this country went
24  through a horrific event on New Year's Day, and
25  one that we never want to see repeated again.

Page 29

8 (Pages 26 - 29)

**Page 30**

1 But this governor behind me is concerned also
2 about an upcoming event, which is the Super Bowl,
3 coming shortly, which we need to do all that we
4 can to work together, that he has the reassurance
5 that the federal government, that the Department
6 of Homeland Security, is prepared to help him
7 protect that event, and to keep people safe while
8 they are there.
9     Those 382 terrorists are known
10 terrorists that have come over our border.  We
11 don't know necessarily where they are because of
12 what has been happening under Joe Biden's
13 policies.  Now, President Trump obviously won the
14 last election with a clear mandate, and that
15 mandate is for the American people to secure that
16 border.  But also, we need to focus on domestic
17 terrorism and homegrown terrorism, which you just
18 referenced in your question.  Homegrown
19     GOVERNOR NOEM:  Homegrown terrorism is
20 on the rise.  We see more and more incidents of
21 people that are U.S. citizens that have become
22 radicalized.  And knowing when people are leaving
23 the country and coming back and changes to their
24 behaviors and what their actions are is
25 critically important.

**Page 31**

1     So, the resources that the Department
2 of Homeland Security has needs to be utilized as
3 far as identifying those threats and being
4 proactive to prevent them but also protecting
5 civil rights and liberties in that process and
6 making sure that the department is on mission to
7 do what it was called to do, why it was created,
8 and what authorities that Congress and the Senate
9 has given them.
10     My hope is that Governor Landry and his
11 staff and his people and the people that attend
12 the Super Bowl know that the Department of
13 Homeland Security is their partner, is on watch
14 to protect them and to keep that event safe.  I
15 hope all Americans know that leadership has
16 consequences.  I hope that we can get through and
17 get your support for this nomination and get
18 confirmed quickly so that we can address the
19 threats that we currently face and make sure we
20 don't have any repeats of the day that we saw
21 just starting this year on New Year's Day.
22     SENATOR PETERS:  In the last two years,
23 we have seen increasingly aggressive and
24 expansive cyber-attacks against our federal
25 agencies.  Just last month, Chinese hackers

**Page 32**

1 infiltrated the Department of Treasury and stole
2 potentially thousands of unclassified documents.
3 So, given these concerning trends by the PRC to
4 hold our federal networks' hostage, do you
5 believe that federal agencies should be required
6 to implement cybersecurity upgrades and maintain
7 the highest cybersecurity standards to protect
8 sensitive or classified data and U.S. citizen
9 information as well?
10     GOVERNOR NOEM:  Well, Senator, the
11 mission of CISA, which is the Cybersecurity and
12 Infrastructure Agency, the mission of it is to
13 hunt and harden.  It's to find those bad actors
14 and help work with local and state
15 infrastructure, critical infrastructure entities
16 so that they can help them be prepared for such
17 cyber-attacks and that they can make sure that
18 they're hardening their systems to protect them
19 in the future, recognizing the vulnerabilities
20 that they have.
21     CISA has gotten far off mission.
22 They're using their resources in ways that was
23 never intended.  The misinformation and
24 disinformation that they have stuck their toe
25 into and meddled with should be refocused back

**Page 33**

1 onto what their job is, and that is to support
2 critical infrastructure and to help our local and
3 small businesses and critical infrastructure at
4 the state level to have the resources and be
5 prepared for those cyber-attacks that they will
6 face.
7     Salt Typhoon was a campaign of
8 espionage by the PRC in China against our
9 telecoms where large amount of data was stolen
10 and taken, and people's private information was
11 taken as well.  And we've also seen China and the
12 PRC go after our critical infrastructure with the
13 Volt Typhoon hack, and that was extremely
14 dangerous because there was no reason for them to
15 do that, just to steal people's data and
16 information.
17     The reason for them to go after that
18 was to control our critical infrastructure for
19 the ability to see if they could shut down a
20 water plant, a utility company.  And that was to
21 cripple our country.  So, these threats are real.
22 CISA needs to be much more effective, smaller,
23 more nimble to really fulfill their mission,
24 which is to hunt and to help harden our nation's
25 critical infrastructure.

9 (Pages 30 - 33)

1    SENATOR PETERS:  Thank you.
2    GOVERNOR NOEM:  Thank you.
3    SENATOR JOHNSON:  Senator Scott.
4    SENATOR SCOTT:  Governor,
5 congratulations on your nomination.
6    GOVERNOR NOEM:  Thank you.
7    SENATOR SCOTT:  I think you're going to
8 do a great job.
9    GOVERNOR NOEM:  Thank you.
10    SENATOR SCOTT:  I think it's great that
11 you're a governor and you bring that expertise to
12 the table.  So, I just went through the campaign
13 to get reelected, and it was after the Butler
14 shooting.  I had asked people at all my events.
15 I say, "Raise your hand if you think the acting
16 director of the Secret Service is going to tell
17 us what happened." Not one person.  I said,
18 "What about Mayorkas?  He's running HHS, what do
19 you think, or Homeland Security.  What do you
20 think?" I said, "How about Christopher Wray,
21 head of the FBI?" Not one person.  Can you just
22 talk about the importance of transparency and
23 accountability in government and how you're going
24 to bring that to the table?
25    GOVERNOR NOEM:  Yeah.  Senator, Scott,
Page 34

1 thank you for that question because that's what I
2 have found across the country as well, and I know
3 it's certainly true in my home state of South
4 Dakota, is that people don't trust the federal
5 government.  They don't trust our leadership and
6 this current administration that's in the White
7 House right now to tell them the truth, to tell
8 them the truth about what the threats really are
9 about our agencies and departments when there are
10 failures, addressing them and fixing it.
11    The Secret Service is one of those
12 perfect examples.  They need leadership that
13 understands why that Secret Service was created
14 and what it needs to do.  There's two elements
15 really that the Secret Service is tasked with,
16 and that is protective detail and then also
17 investigations.  Yet we see investigators within
18 the Secret Service out there investigating
19 antiquities and other things that are off mission
20 when they should be focused on making sure we're
21 addressing national security events with the
22 protocols that are necessary and protecting the
23 individuals that they're charged with and getting
24 that skill set and training that are necessary.
25 That's been compromised by not having enough
Page 35

1 people there and being adequately staffed and
2 resourced.
3    But frankly, the leadership hasn't been
4 honest about talking about it.  We saw this with
5 the drones over New Jersey as well, the federal
6 government not answering the questions from the
7 public.  And when they finally got a straight
8 answer out of President Trump, they felt
9 reassured that somebody recognized that this was
10 something they were questioning and that they
11 deserved answers.
12    My goal and my mission is to build
13 trust.  We will undertake a large job and a large
14 duty that we have to fulfill, that the American
15 people expect us to do by securing our border to
16 make sure that our nation is a nation with
17 borders or we're no nation at all, and that we
18 are making sure that those criminal actors that
19 are perpetuating violence in our communities and
20 in our cities and towns and states are removed
21 from this country, that there's consequences for
22 breaking the law in our country again.
23    There has to be consequences because
24 when Americans break the law, there's
25 consequences.  And why would we ever allow
Page 36

1 someone to come in from another country and not
2 have consequences or allow them to continue to go
3 forward and to commit rape and murders and other
4 break other laws that endanger our society?  So,
5 we've had over 13,000 murders that are loose in
6 this country that have come over that border.
7 We've had almost 16,000 rapists and sexual
8 assault perpetuators that are loose in this
9 country right now.  425,000 plus people have
10 criminal convictions that are here illegally in
11 this country that our current administration's
12 doing nothing to round them up and get them out
13 of our country.
14    We will be doing that immediately, and
15 that will be the priority, and that is one of the
16 reasons that today the American people have lost
17 their trust.  President Trump will build it back
18 and know that their federal government is
19 accountable to them and is working to put America
20 first again.
21    SENATOR SCOTT:  So, Joe Biden
22 completely opened on our southern border and
23 dismantled our entire immigration system.  As a
24 former governor, I know that when the federal
25 government policies are broken and failing
Page 37

10 (Pages 34 - 37)

1  Americans, you see the impacts in your state just
2  like I did when I was a governor, and you take
3  the steps necessary to protect the families in
4  your state. I know you've done that.
5        One thing you did is you talked about
6  before you sent troops, our National Guard, to
7  the southern border. Can you talk more about how
8  Biden's open border policy has affected your
9  state and communities and the role your state
10 resources placed in helping secure the border?
11       GOVERNOR NOEM: We certainly have seen
12 the effects in South Dakota that many of your
13 states did. And I would say every state has seen
14 the effects of an open border in the policies
15 that have been under the Biden administration.
16 We saw increased crime, but we also saw increased
17 drug activity. We saw cartel in their affiliates
18 moving into our state to proliferate trafficking,
19 and we saw people being victimized and a lack of
20 accountability with the federal government.
21       So, when Texas was addressing the
22 situation and asked other governors for help, we
23 sent help. I know many of the other governors at
24 the time were sending law enforcement, but I made
25 the decision that at that time that it was more

1  security operations. They also did building of
2  the wall and partnered with Texas recognizing the
3  failures of the federal government.
4        The failures of the federal government
5  are significant, and we've seen our families and
6  communities devastated by those effects, by the
7  drug epidemic, by the trafficking that's going
8  on. They increased crime. And we recognize that
9  just because the federal government wasn't doing
10 their job, we could not fail our state. And I
11 needed to protect the people of South Dakota.
12 And the people of South Dakota were
13 overwhelmingly supportive of these deployments
14 and very proud of our National Guard.
15       SENATOR SCOTT: When I was governor of
16 Florida, there was a terrorist hack in Paris by
17 Syrian refugees. So, President Obama was
18 president, and I said, "I'd like to know if
19 you're going to send refugees to my state that
20 you give us some background on them." I assume
21 you vetted them and tell us what's going on. You
22 have to tell me, but you ought to tell our state
23 law enforcement and our local law enforcement
24 that they said, "Go jump in the lake."
25 (Indiscernible) meaner than that, but they said,

1  appropriate to send the National Guard that our
2  National Guard could be activated under Title 32
3  and sent to assist another state from the
4  invasion that was happening and because the
5  National Guard is trained for just such a
6  mission.
7        Because of this invasion, that it is a
8  war zone down there with what they are going to
9  see, the threats that they would see and that
10 they are trained specifically to interact with
11 other agencies, the National Guard is used to
12 falling in with other agencies and cooperating
13 with them and could do that seamlessly, and their
14 families and their communities are normalized to
15 them being deployed.
16       So, we have in South Dakota deployed
17 our National Guard to the southern border eight
18 different times. Two of them were federal
19 deployments that the Biden administration sent
20 them down there. One was to send our Lakota
21 helicopters, which were used for surveillance in
22 the drug interdiction that was going on down
23 there. But six other times, I sent them under
24 state activation to partner with Texas and other
25 states in securing our southern border. They did

1  "You have no rights as a governor," which had
2  made no sense. We had over 70,000 people come
3  here after Afghanistan on planes into this
4  country completely unvetted. They've never given
5  our governors any information. So, would you
6  change that?
7        GOVERNOR NOEM: Yes. The communication
8  between states and the federal government has
9  been absolutely broken, and that's what I love
10 about this committee, is you do have governors
11 sitting on this committee that have been in that
12 role as a commander in chief and have the
13 responsibility for being the CEOs of their state.
14       It's a different perspective than
15 serving. I served in Congress too, and both are
16 extremely important, and they're just different
17 in that responsibility that weighs on your
18 shoulder. I often told folks that that is the
19 thing that most times if something was going to
20 keep me up at night, it was the responsibility
21 that I had being commander in chief, recognizing
22 the decisions that I made. And I'm sure you had
23 this feeling as well, Senator Scott, as governor,
24 that impacted those families, those soldiers.
25 And it impacted their communities when we pulled

11 (Pages 38 - 41)

ER0961

1  them out and the importance of that.
2      And when they were bringing refugees
3  into the country, I as well communicated that to
4  the federal government.  They were bringing
5  refugees, and I asked how they were vetted, how
6  we were working with their home countries to find
7  out who they really were, what their intentions
8  were and why they were coming to the United
9  States and received no information from this
10  administration that that vetting process was
11  being done, that we knew where they're going.
12      In fact, they kept us in the dark and
13  didn't communicate to us even what states and
14  where those refugees were being placed.  So, that
15  is something that we need to change when we have
16  programs that fall under the purview of the
17  Department of Homeland Security.  There needs to
18  be communication, especially with the governor,
19  so that we can coordinate to ensure that it's the
20  right thing for that state.
21      SENATOR SCOTT:  Thank you.
22      SENATOR JOHNSON:  Senator Hassan.
23      SENATOR HASSAN:  Thank you, Mr. Chair.
24  And welcome, Governor Noem.  I really appreciate
25  you being here.  Welcome to your family as well.
                                    Page 42

1      GOVERNOR NOEM:  Thank you.
2      SENATOR HASSAN:  And families do share
3  in this kind of public service, and we appreciate
4  them very much.  As we discussed at our meeting
5  last month, as a former governor, I appreciate
6  the important responsibilities that governors
7  have to ensure the safety and security of their
8  communities, including by managing public safety
9  and emergency agencies.
10      And I will say that, in many ways, I
11  agree with some of the things that Senator Scott
12  just said about improving communication between
13  the Department of Homeland Security and governors
14  around who is being sent to states.  It's a
15  critical issue and something that I was
16  frustrated by when I was governor.  So, I look
17  forward to hearing more today about your
18  priorities if confirmed about how your experience
19  as governor would help you run the Department of
20  Homeland Security.
21      Let me just start by following up with
22  a question that Senator Peters had also touched
23  on.  We have recently, in New Hampshire, seen a
24  dramatic increase in unauthorized border
25  crossings at the northern border.  And when I was
                                    Page 43

1  at the northern border recently, law enforcement
2  told me about the need for more personnel and
3  resources.  We still don't have cell phone
4  coverage in a lot of the stretch of our northern
5  border.  I've worked with Senator Kramer on
6  bipartisan legislation to strengthen our northern
7  border strategy because it's clear more support
8  is needed.  So, Governor, if you're confirmed,
9  would you deploy additional full-time personnel
10  and upgrade equipment along the northern border?
11      GOVERNOR NOEM:  Senator, I enjoyed our
12  meeting that we had and you identifying the
13  northern border issues that are going on, the
14  lack of security and the lack of technologies
15  that you really need to cover, some of the
16  landscapes that are there very different than the
17  southern border, some just as equally challenging
18  but all need to be addressed.
19      So, I definitely will be working with
20  you to ensure that our northern border is
21  adequately resourced as well, and we do have to
22  have the resources in order to be successful.
23      SENATOR HASSAN:  Right.
24      GOVERNOR NOEM:  That's something I want
25  to work with Congress, with the Senate and the
                                    Page 44

1  House on to ensure that the resources are there
2  to meet the challenges that we have.  We have not
3  fully utilized the technologies that are
4  available that are necessary to really secure
5  this country and to compete with those bad actors
6  which wish to infiltrate our country and having
7  the ability to utilize them will make us much
8  more safe.  So, I'll work with you most
9  definitely ensuring the northern border is
10  protected.
11      SENATOR HASSAN:  Well, I appreciate
12  that, and I just note too that at the same time,
13  there's real concern in New Hampshire and all
14  along the northern border that we strengthen the
15  border and have the resources we need.  We also
16  have a really strong economic relationship with
17  our friends to the north and a lot of family
18  relationships.
19      So, I think it's important that we're
20  smart in the deployment of technology.  We don't
21  want to impede that flow of economy and people
22  that's lawful, but we do want to make sure that
23  we have the resources we need.  I want to turn to
24  the southern border now.
25
                                    Page 45

12 (Pages 42 - 45)

1    At the southern border, we need
2  significant technological investments to support
3  law enforcement personnel in their efforts to
4  catch fentanyl smugglers to stop human
5  traffickers and seize the cash and illegal guns
6  that criminals traffic southward to the cartels.
7  And we talked about this a little bit.
8    There's bipartisan support for these
9  investments, and I've worked with colleagues
10  including Senators Lankford and Cornyn on
11  legislation around these issues. Governor Noem,
12  could you identify specific technological
13  investments that you would make at the southern
14  border and are you willing to work with me on
15  increasing southbound inspections if you're
16  confirmed?
17    GOVERNOR NOEM: Yes. Certainly,
18  Senator. You've heard President Trump talk about
19  the need to build a wall. And the wall and
20  infrastructure is critically important. But
21  also, at our 382 legal ports of entry, we need to
22  have technology so that flow can happen north and
23  south, and it can happen in a legal manner to
24  ensure that our commerce can continue to operate,
25  and that we can continue to make sure that we're

1  also secure.
2    I think de minimis shipments are a
3  concern and the need to look at those and how
4  traffickers and fentanyl distributors are using
5  that. I think we also need to use scanners
6  surveillance operations. There's new
7  technologies out there to cooperate with
8  satellites in some area where the topography does
9  not necessarily facilitate having actual
10  infrastructure and then also the ability to make
11  sure that we're utilizing that technology that
12  allows us to know what is going south that might
13  be fueling some of the violence that ends up
14  coming back north and ensuring that we're
15  stopping that before it has the chance to supply
16  those cartel and bad actors that would come in.
17    SENATOR HASSAN: Yeah. I really
18  appreciate that because the southbound flow,
19  particularly of cash and weapons, fuels the
20  cartels and strengthens them.
21    GOVERNOR NOEM: Absolutely.
22    SENATOR HASSAN: And it's something
23  that we really have to focus on. I also want to
24  follow up on the issue of cyber security.
25  Recently, criminals launched a successful cyber-

1  attack on power school, a cloud-based record
2  management system that contains personal
3  information about tens of millions of
4  kindergartners through high school seniors,
5  including many students and teachers in New
6  Hampshire.
7    This cyber-attack on power school comes
8  as schools and local governments across the
9  country have seen a surge in cyber-attacks on
10  their systems. And when a small of maybe a
11  thousand students or so has to pay $2 million in
12  ransom, I want you to think about what that does
13  to one of our small communities. Right? So,
14  Governor Noem, if you're confirmed, how will you
15  empower the cybersecurity and infrastructure
16  security agency to improve the cybersecurity of
17  state and local governments in the United States?
18    GOVERNOR NOEM: Well, thank you,
19  Senator. If I am confirmed and have the
20  opportunity to serve as secretary of this
21  department, I'll be following the constitution
22  and the rule of law and then getting these
23  departments back on mission to why they were
24  created and why they are existing.
25    What CISA should be doing is helping

1  those small entities, those schools, those local
2  city governments, the state governments, and the
3  small businesses that are critical infrastructure
4  that don't have the resources to stay on top of
5  the critical protections that they need to enact.
6    SENATOR HASSAN: Well, let me follow up
7  just quickly on that one point. It's something
8  we discussed when we had our meeting. I worked
9  with Senator Cornyn on a bipartisan bill. It
10  became law that created a cybersecurity grant
11  program for state and local governments. This is
12  an addition to each state getting a cyber
13  coordinator to help on the ground.
14    We discussed this program, and I know
15  you as governor had some reservations about the
16  structure of the program, but if confirmed, will
17  you commit to working with Congress to adjust it?
18  I'd love your input about what gave you pause as
19  governor. I think there were only two governors
20  who didn't participate in the program. And I
21  hope that as we work on the concerns you have,
22  you'd work with me to adjust and reauthorize the
23  program.
24    GOVERNOR NOEM: Yes. All grants within
25  the department will be evaluated when I come in

13 (Pages 46 - 49)

Page 50

1 and be looked at to see what we can do to make
2 sure that they're actually fulfilling the mission
3 to which they were established. What I would say
4 about the cybersecurity grants in South Dakota,
5 when I came in as governor, one of my main
6 priorities was to bring the next industry into
7 the state. And I determined that that would be
8 technology and cybersecurity.
9         In fact, we have Dakota State
10 University in our state, which is a cybersecurity
11 national leader in training those cyber warriors
12 that we need to protect us and keep us safe.
13 I've since then partnered to grow and double the
14 size of that school. We train a lot of NSA
15 employees in South Dakota. And so, understanding
16 cybersecurity and my experience and that I think
17 is critically important to the department and
18 bringing it to the table to do this.
19         You talked about why we didn't take
20 that cybersecurity grant in South Dakota, and
21 it's because the requirements of that grant
22 would've caused me to grow my state government.
23 The administration costs of it would've been much
24 more than what it been able to facilitate at the
25 local level. And our state was already

Page 51

1 proactively helping these individuals that needed
2 the resources to secure their systems.
3         SENATOR HASSAN: Well, I appreciate
4 that. I'm way over time. There were very few
5 requirements purposely in that grant program
6 other than to make sure the money was being spent
7 the way we authorized. But let's continue to
8 talk about that.
9         GOVERNOR NOEM: Thank you.
10        SENATOR HASSAN: Thank you.
11        SENATOR JOHNSON: Senator Hawley.
12        SENATOR HAWLEY: Thank you, Mr.
13 Chairman. Governor Noem, welcome.
14 Congratulations on your nomination. I'm
15 delighted to see you here. I do notice the
16 Chairman of the Ways and Means Committee is over
17 your shoulder there. I have to question your
18 judgment about who your friends are based on that
19 through the great Chairman from the state of
20 Missouri. It's fantastic to have you here.
21        The Department of Homeland Security is
22 not particularly old, but you already have the,
23 what I hope, will soon be the distinction of
24 succeeding the worst secretary in the history of
25 the Department of Homeland Security. Alejandro

Page 52

1 Mayorkas has been an absolute disgrace to that
2 department and frankly to this country. And I'm
3 delighted to see you willing to step up and
4 serve. Let me just ask you something. I
5 repeatedly asked your predecessor when he sat
6 where you're sitting, whether the southern border
7 was secure. And he repeatedly told me under
8 oath, "It is secure, Senator." And he repeatedly
9 said under oath, "Our policies are working,
10 Senator," meaning the Biden administration
11 policies that, of course, gave us this
12 devastating open border. So, let me just ask
13 you, is the southern border secure as we find it
14 today?
15        GOVERNOR NOEM: Senator, no. The
16 southern border is not secure today. But in just
17 three days, we will have a new president in this
18 country, President Donald J. Trump. And he will
19 secure our border.
20        SENATOR HAWLEY: That is refreshing
21 candor. I'm glad to hear it. Let me ask you
22 about a young man from my state. This is Travis
23 Wolfe who's 12 years old when he was killed just
24 over a year ago by an illegal migrant who mowed
25 him down, and I choose my words carefully, mowed

Page 53

1 him down in a motor vehicle, hit him head on
2 doing 75 and a 40, killed him. Others were
3 severely injured. Just yesterday, a witness
4 sitting where you are sitting today told this
5 committee that migrant crime is and I quote, "Not
6 an actual concern." Not an actual concern.
7        In a hearing before this committee
8 advising us to drop the Laken Riley act and not
9 focus on migrant crime. In my state with the
10 death of people like Travis Wolfe and Officer
11 David Lee who was assaulted and killed in St.
12 Louis and officers in Kansas City who have been
13 assaulted by illegal migrants and others who have
14 been carjacked and stabbed, would you agree with
15 me that migrant crime sure as heck is an actual
16 concern and that you intend to do something about
17 it?
18        GOVERNOR NOEM: Yes, Senator.
19 Absolutely. And I'm so sorry about Travis. My
20 prayers go out to his family. I can't even
21 imagine what that is like, and thank you for
22 telling his story because there's so many
23 families in this country that have that same
24 story, and they don't understand why the federal
25 government is allowing people to come into this

14 (Pages 50 - 53)

Page 54:

1 country illegally and then perpetuate crimes
2 against their people, and then give them
3 resources and shelter and food and debit cards to
4 go take care of their families when they go to
5 work every single day to make sure that they're
6 providing for their families and are held
7 accountable to when they break our laws.
8     SENATOR HAWLEY:  Let me ask you this,
9 will you work with President Trump to reinstate
10 the Remain in Mexico program that the President
11 had in place in his first term, which does so
12 much to ensure that those who would seek to abuse
13 our asylum system are not allowed into the
14 country and those who have legitimate asylum
15 claims, their claims are processed in due order
16 and in due course, but they wait in Mexico until
17 those claims are fully processed.  Will you work
18 to reinstate that program?
19     GOVERNOR NOEM:  Yes, Senator.  The
20 president and I have talked extensively about
21 this, and we'll 100 percent partner with him to
22 reinstate the Remain in Mexico policy and make
23 sure that it's in place.
24     SENATOR HAWLEY:  Fantastic.  I think
25 Travis might be alive today if that policy had

Page 55:

1 been in place.  Let me ask you about CBP One, the
2 phone app, that I've called concierge service for
3 illegal Immigrants.  I'm sure you're familiar
4 with it.  This was the Biden administration's
5 effort to allow asylum seekers to apply ahead of
6 time using their phones but not actually to
7 provide any evidence that they needed asylum.
8 There is a newspaper report, a press report that
9 said the only problem with the app is it never
10 asks users are you seeking asylum?  They don't
11 ask for any asylum evidence.  They simply release
12 these so-called asylum seekers who use the app
13 into the country on parole.
14     Sometimes, they're never given a
15 hearing.  The Inspector General actually did a
16 report, a full investigation report on CBP One
17 and found that, frequently, users of this app
18 were claiming the same addresses in the United
19 States as their intended destination, even though
20 they didn't know each other, they weren't family
21 connections.  In other words, it has been
22 completely abused.  And the idea that the federal
23 government would pay for this kind of concierge
24 service for Illegals, I think, is outrageous.
25 Will you end the use of the CBP One app?

Page 56:

1     GOVERNOR NOEM:  Yes, Senator.  If
2 confirmed, and I have the opportunity to be
3 secretary on day one, CBP One will be shut down.
4 There's data and information in there that we
5 will preserve so that we can ensure we know who's
6 coming into this country and who's already here
7 that we need to go find.  But also, we make sure
8 that there's another program, CHNV, which I'm
9 sure you're very familiar with, where our federal
10 government actually paid to fly people into this
11 country directly from other countries without any
12 vetting or knowing who they are.  So, there's
13 several of these programs that need to be
14 eliminated, and we need to ensure that we're
15 following legal immigration laws.
16     SENATOR HAWLEY:  I'm glad you just
17 mentioned CHNV.  This is a mass parole program.
18 Of course, as you know, our law allows parole in
19 only very limited circumstances.  There are two
20 circumstances, and it requires case by case
21 evaluation.  The present administration soon to
22 be gone has granted mass parole in direct
23 defiance of the law, not case by case evaluation.
24 The CHNV program is one of those instances.  Will
25 you put a stop to this abuse of our parole law

Page 57:

1 and our asylum system?
2     GOVERNOR NOEM:  Yes, we will go back to
3 case by case evaluation of these parole cases and
4 ensure that we have more resources, if you will
5 partner with us to make sure that our legal
6 immigration system is fully utilized, that we
7 have more judges, more immigration courts so that
8 we can process people legally and make sure that
9 they are going through that process rather than
10 like Joe Biden has done, use this an excuse to
11 allow people to come into our country with no
12 consequences.
13     SENATOR HAWLEY:  Let me ask you about
14 another low light, not a highlight, but a low
15 light of this last administration and DHS.  Your
16 predecessor, the current secretary of DHS,
17 established a disinformation board using taxpayer
18 resources to police speech on the internet and
19 elsewhere to tag American citizens' viewpoints as
20 either legitimate or not legitimate and use the
21 power of the state to censor them, including
22 having them removed and perhaps penalized.
23     This has got to be the darkest chapter,
24 I think, in DHS's short history.  He eventually
25 withdrew the board under intense criticism but

15 (Pages 54 - 57)

1 has never fully repudiated it and never promised
2 not to do it again. Will you pledge to us here
3 today that, under your leadership, there will
4 never be a disinformation board or anything like
5 it at DHS, and you will be a champion for the
6 free speech and first amendment rights of all
7 Americans?
8      GOVERNOR NOEM: Senator, there will not
9 be a board such as that under my leadership at
10 the Department of Homeland Security.
11      SENATOR HAWLEY: Fantastic. Let me ask
12 you my remaining seconds, just one more thing
13 about the Secret Service. You've mentioned this,
14 and I'm so glad that you did this committee. And
15 it has been bipartisan. This committee has done
16 bipartisan work on the attempted assassinations
17 or the assassination attempts, I should perhaps
18 say, of the former president, the future
19 president, soon to be the president, President
20 Trump. We were stymied at every turn, and I
21 should use the present tense. We are currently
22 being stymied at every turn by the current Secret
23 Service leadership and, frankly, by the
24 leadership of DHS who have refused to turn over
25 documents who refused to make people available

Page 58

1 it was a bipartisan report, an investigation that
2 this committee conducted. And I appreciate you
3 focusing on that, and I'll work with you to get
4 the information so that you have the truth of
5 really what happened there in the failures so
6 they can be fixed.
7      SENATOR HAWLEY: Thank you. That's a
8 great place to end in a high note as I see my
9 friend, Senator Blumenthal, who did fantastic
10 work on this effort, and it will be an incredible
11 new day and incredibly refreshing day to have a
12 DHA secretary who will tell us the truth, who
13 will be honest with us about the facts, honest
14 with the American people and who will enforce our
15 law. And I know you'll do that. Governor Noem,
16 I look forward to supporting your nomination.
17 Congratulations.
18      GOVERNOR NOEM: Thank you.
19      SENATOR JOHNSON: Senator Blumenthal.
20      SENATOR BLUMENTHAL: Thanks, Senator
21 Johnson. Welcome, Governor Noem. And thank you
22 for being here. Thank you for visiting with me
23 and thank you to your family for their service as
24 well. Let me begin on a high note thanking
25 Senator Hawley for his leadership on the effort

Page 60

1 for interviews.
2      We finally had to pass my own law in
3 this committee, which we unanimously adopted a
4 law statute, mind you, which would require DHS
5 and Secret Service to turn over relevant
6 information to us about the assassination
7 attempts. It's unbelievable. When you come to
8 office to this office, I hope very soon will you
9 pledge to us that you will open the books on all
10 of the facts associated and around these
11 assassination attempts that you will make
12 available to us and to the public, most
13 importantly, all the facts so that we can ensure
14 that this never happens again and that the needed
15 reforms in the Secret Service are put into
16 effect.
17      GOVERNOR NOEM: Yeah. Senator, if I am
18 the Secretary of Homeland Security, I will
19 certainly work with you to build transparency and
20 make sure the facts are shared with you and your
21 committee. I know that you've been very
22 frustrated by the lack of transparency from the
23 department. And I want to thank those of you
24 that have worked on that report that was put
25 together on these assassination attempts. I know

Page 59

1 that I led with him to essentially get some basic
2 facts out of the Secret Service when we were
3 investigating Senator Johnson and I as leaders of
4 the permanent subcommittee on investigation,
5 helping you lead it with the Chairman and ranking
6 member here.
7      And I'm hoping that you've read our
8 report and that you will agree to begin
9 implementing its recommendations, which call for
10 major reforms, in my view, a house cleaning top
11 to bottom in the Secret Service and greater
12 transparency with this committee and with the
13 American public.
14      GOVERNOR NOEM: Yes, sir. I will
15 certainly work with you to do that and to work to
16 make sure that we have that transparency, and the
17 committee has the information that it needs to do
18 due diligence of its oversight.
19      SENATOR BLUMENTHAL: Our investigation
20 is continuing, Senator Johnson, and I have
21 discussed it. And we will be making more
22 requests to pursue the fact-finding that is so
23 important. I want to ask you about disaster
24 relief. California is on fire. The fire's
25 raging. There are going to leave destruction and

Page 61

16 (Pages 58 - 61)

1 devastation that is heartbreaking.
2      I am really disappointed with some of
3 the statements that President-elect Trump has
4 made, for example, saying that quote, "We won't
5 give him," referring to Governor Newsom, "money
6 to put out all his fires. And if we don't give
7 him money to put out fires, he's got.
8      SENATOR BLUMENTHAL: ... a problem.
9 The specter is there of potential discrimination
10 based on politics, withholding money from
11 California or other states. It's not an
12 unfounded fear. In the last administration,
13 there were public reports about President Trump
14 withholding money from the State of Washington
15 because of his disagreements with Governor
16 Inslee. Connecticut, like the rest of the
17 nation, suffers from these natural disasters.
18 Most recently in August, we were hit by major
19 flooding, and these natural disasters are going
20 to become more frequent, as will be the need for
21 the federal government to meet the requests for
22 declarations of natural disaster. I assume you
23 will agree with me that withholding disaster
24 relief by President Trump or any other chief
25 executive of the United States is a violation of

1 that's a yes.
2      GOVERNOR NOEM: I don't speak to
3 hypotheticals, which is what you're asking me to
4 do. But what I will tell you is that as
5 secretary, I will do the same. I will deliver
6 the programs as the laws dictate.
7      SENATOR BLUMENTHAL: Well, it's more
8 than a hypothetical, with all due respect, and I
9 apologize for interrupting you, but my time is
10 limited, as you know, as a veteran of these
11 hearings. It's more than a hypothetical. It's
12 based on experience with President Trump
13 withholding money from Washington State and
14 elsewhere. I need to know from you, will you
15 stand up to the President and say, "No, the
16 Constitution and the Impoundment Act requires us,
17 for example, to allocate the 100 billion dollars
18 that we have just appropriated in the last
19 session to states like Connecticut $3 million,
20 Texas, $10 million, almost every one of the
21 states represented here." Will you say no to the
22 President if he withholds that money?
23      GOVERNOR NOEM: Sir, I don't know about
24 the scenarios that you're referencing with
25 President Trump, but what I will tell you is that

1 his duty and of law.
2      GOVERNOR NOEM: Well, Senator
3 leadership has consequences and looking at the
4 tragedy that's happening in California is --
5      SENATOR BLUMENTHAL: I want to ask you
6 yes or no, with all due respect, it's an easy --
7      GOVERNOR NOEM: What's happening in
8 California is the ramification of many decisions
9 over many years. But under my leadership at the
10 Department of Homeland Security, there will be no
11 political bias to how disaster relief is
12 delivered to the American people.
13      SENATOR BLUMENTHAL: So, if President
14 Trump were to say to you, "We're going to
15 withhold money from Connecticut or Michigan or
16 any of the states, Iowa, because we don't like
17 the governor or we don't like the politics of the
18 state," you would stand up to him and say, "Mr.
19 president, we need to allocate that money."
20      GOVERNOR NOEM: Senator, in three days,
21 President Trump will take an oath to uphold the
22 Constitution and the rule of law in this country,
23 and he will do that, and I'll be glad to have him
24 back.
25      SENATOR BLUMENTHAL: And I assume

1 if given the chance to be Secretary of Homeland
2 Security, that I will deliver the programs
3 according to the law and that it will be done
4 with no political bias, and if the programs
5 change or if you decide to change the rule of
6 law, then I will follow that while adhering to
7 the Constitution.
8      SENATOR BLUMENTHAL: So, you pledge to
9 allocate and distribute that 100 billion dollars?
10      GOVERNOR NOEM: According to how the
11 program is written with no political bias.
12      SENATOR BLUMENTHAL: Thank you.
13      GOVERNOR NOEM: Every American deserves
14 to be there and have disaster relief the same as
15 their neighbors.
16      SENATOR BLUMENTHAL: Basically,
17 following the law.
18      GOVERNOR NOEM: Yes.
19      SENATOR BLUMENTHAL: Let me ask you,
20 Senator Peters asked you about homegrown
21 terrorists. The New Orleans tragedy was the
22 result of a homegrown terrorist born in this
23 country radicalized by ISIS and it reflects the
24 reason why the intelligence community, the FBI,
25 almost all of our law enforcement has said

**Page 66**

1 repeatedly, domestic violent extremism is the
2 most lethal and persistent threat to our
3 security. That terrorist was radicalized by
4 ISIS. The investigation is underway, we don't
5 know all the facts, but we do know that he was a
6 military veteran, and ISIS was responsible for
7 radicalizing him. Shouldn't we focus on ISIS as
8 a threat to this country's security?
9       GOVERNOR NOEM: Senator, certainly we
10 should be focused on all threats to this nation's
11 security. That's the mission of the Department
12 of Homeland Security and homegrown terrorism is
13 growing. We have more and more incidences. The
14 tragedy we saw and the terrorist attack in New
15 Orleans was --
16      SENATOR BLUMENTHAL: What will you do
17 to combat it? What will you do to stop ISIS and
18 other extremist organization from radicalizing
19 people in this country?
20      GOVERNOR NOEM: Well, certainly
21 Senator, I'll continue to work with the
22 administration and our partners and the
23 Department of Defense, the intelligence agencies
24 also within Secretary of State and the other
25 branches and cabinet officials to make sure we're

**Page 67**

1 bringing all resources to bear to identify and to
2 stop these types of terrorist activities. What I
3 would say is the cybersecurity and intelligence
4 elements that we have within the Department of
5 Homeland Security have been incredibly siloed.
6 They have not communicated with other
7 intelligence agencies like they should and
8 partnered. INA has some interaction but not
9 enough and we also need to have CISA have
10 interaction with the FBI, CIA to make sure
11 they're working together to stop these types of
12 threats and identify when they're growing among
13 our citizens and how they become radicalized.
14      SENATOR BLUMENTHAL: My time has
15 expired. This area of questioning I think is
16 supremely important. I know there's a lot of
17 focus on the border. We all want more border
18 security. We want to stop migrant crime, but
19 let's not take our eye off the ball. The
20 governor of Louisiana for the Super Bowl ought to
21 be really riveted on the potential for homegrown
22 terrorism as a threat, and I hope that you will
23 help him and other governors to do their duty to
24 protect the people of the United States from that
25 homegrown terrorist threat. Thank you.

**Page 68**

1       GOVERNOR NOEM: Yeah, I look forward to
2 working with you.
3       SENATOR PAUL: Senator Ernst.
4       SENATOR ERNST: Thank you, Senator
5 Johnson. Governor Noem, thank you so much for
6 being here today and I want to thank you for your
7 continuing service, the service that you had as a
8 member of Congress, the service that you have
9 displayed as a governor of the great State of
10 South Dakota, our neighbor to the northwest, and
11 for being willing to step up and take on this
12 immense responsibility. So, thank you so very
13 much.
14       We had such a good discussion when you
15 came to my office in the last several weeks, and
16 we talked about the importance of securing our
17 border and fixing our broken immigration system.
18 And I'd like to start today by sharing a story
19 about one of my constituents from Council Bluffs,
20 Iowa. And what we have seen through this broken
21 border is tragedy that strikes so many families
22 across the United States. So, very similar to
23 the story that was shared by my colleague from
24 Missouri with his constituent Mr. Wolf. I have a
25 young woman by the name of Sarah Root who

**Page 69**

1 encountered tragedy on January 31st, 9 years ago.
2 So, Sarah Root was struck and killed by an
3 illegal immigrant who was drunk driving. He was
4 driving at three times the legal limit of
5 alcohol, and Sarah's killer was bonded out,
6 bonded out before the Roots laid her to rest. He
7 fled the country and has not been seen or heard
8 from since. The Root family has not seen
9 justice. So, Governor, how do you plan to
10 prioritize the detention and deportation of
11 illegal immigrants like Sarah's killer?
12       GOVERNOR NOEM: Well, yes, Senator,
13 thank you for telling Sarah's story. I remember
14 when this happened because it was so close to
15 home and so devastating for her and her family
16 and the entire State of Iowa and our country.
17 President Trump is focused on making sure that
18 these types of situations don't happen again,
19 that we don't continue to lose our children and
20 our family members to illegal immigrants that
21 come in and perpetuate crime with no
22 accountability and then are released with no
23 consequences. So, the number one priority of the
24 president is to secure the border and to deport
25 these criminal actors immediately and as soon as

18 (Pages 66 - 69)

1  possible. They will be the number one priority
2  to make our communities safer and so that we
3  don't have this kind of situation going forward.
4        In fact, people, I think when they
5  first heard my name being mentioned and nominated
6  for the Department of Homeland Security, maybe
7  thought it was a little bit of a surprise, like,
8  "Oh, I didn't think about Kristi doing that job."
9  But I tell people the reason that I asked for it
10  is because I knew it was the President's number
11  one priority. I knew that it needed to have
12  someone in the position that would do what the
13  President promised the American people, would be
14  strong enough to do it and follow through to make
15  sure that we're protecting our communities and
16  America. But that also came at it from a
17  perspective of how these families feel, that was
18  a wife and a mom and a grandmother and would be
19  able to stand up and communicate to the American
20  people what we were doing and why we were,
21  because it's what they asked us to do.
22        I have three grandchildren and one more
23  on the way, and when I look at Little Miss Addie
24  every day, I just think, "What kind of a country
25  is she going to grow up in? What kind of a
                                      Page 70

1  country will we leave her and her brother and a
2  sister?" And I don't want them to think that
3  their grandma sat on the sidelines and didn't do
4  all that she could. So, I will enforce the
5  Constitution and the law, and I will make sure
6  that when people enact horrific things like this
7  that happened to Sarah and her family, that there
8  will be consequences for it.
9        SENATOR ERNST: Yeah, absolutely. And
10  as a fellow grandma, I know that you are
11  perfectly positioned to enforce this.
12        I do want to move on to another topic
13  that we visited about in my office. So, I'm the
14  founder and the chair of the DOGE Senate Caucus,
15  and so we do need greater government efficiency,
16  and I do believe in order to do that, we need
17  less of our employees teleworking and more of
18  those government workers back in the office
19  working for our constituents. And to that end,
20  it ties together then too. We just found out
21  that the Treasury Department had a cyber-attack
22  on December 8th from China, and no surprise here,
23  they access servers through work from home
24  software. So, it all ties together.
25        We need more people back in the offices
                                      Page 71

1  making sure that any communications are secured,
2  any work is secured. And to that, I know the
3  Biden Administration has put a huge emphasis on
4  the cyber bureaucracy, but they haven't really
5  done anything about it, and they haven't given
6  any authority to those that are enforcing the
7  standards. So, we need to enforce the standards
8  that are set forth to make sure the cyber
9  security is truly there, but what can DHS do one,
10  with telework how do we get the employees back,
11  and then two, how do we make sure that our
12  systems are secure from these cyber-attacks?
13        GOVERNOR NOEM: Well, Senator, thank
14  you for focusing on remote work and the need to
15  get people back in their offices and accountable
16  to the work that they do. In fact, I've heard
17  since being nominated for this position that many
18  of the agencies within the department are not
19  showing up. They're not doing their jobs. But
20  even FEMA, who is responsible for disaster
21  response, that they have the alternative, some of
22  these employees do not even respond to a
23  disaster, which might explain the horrific
24  results that we saw in North Carolina when they
25  had such a terrible disaster that impacted
                                      Page 72

1  families and communities, and FEMA failed them so
2  miserably. If It's not even responsibility of
3  them to show up when terrible things happen, what
4  other day-to-day activities are not getting done
5  because they're working from home or not doing
6  their job at all?
7        You talked about cyber security and the
8  need to ensure that our systems are safe and
9  secure. One of the things that disturbs me the
10  most is that we don't necessarily even know how
11  some of these espionage attacks that have
12  infiltrated our systems have happened. We don't
13  know how to stop them yet. We don't have the
14  knowledge and that our departments and
15  intelligence agencies and cybersecurity agencies
16  have become siloed and aren't working together to
17  stay in front of these bad actors. But many
18  times, our most vulnerable area happens at the
19  state and local level. Some of these smaller
20  entities that feeds information into our systems
21  is where they choose to infiltrate and get our
22  data and to really hold for ransom many of these
23  companies and then impact our federal systems as
24  well.
25        So, one of the first meetings I had
                                      Page 73

19 (Pages 70 - 73)

Page 74

1 when I was elected governor with the former
2 governor during the transition was, he said, "The
3 number one priority you're going to have as
4 governor is to secure our systems."
5        SENATOR ERNST:  Yes.
6        GOVERNOR NOEM:  He said, "Our systems
7 are so antiquated, and we've had over 16,000
8 hacking attempts in just the last month.  You
9 need to secure our systems to get it done."  So,
10 that was a priority for me and to do that, and we
11 fully funded it and got it done in South Dakota
12 and it's being implemented today.  I look forward
13 to doing that at the federal level to make sure
14 that people's data and information is safe, but
15 also our country is safe from these bad actors
16 that have a plan to take us out.
17        SENATOR ERNST:  Well, thank you.  My
18 time has expired, but I do want to end on a note
19 that another thing that I do truly appreciate
20 about you and your nomination is that as a
21 governor, you have worked with those local
22 constituencies as well and those local
23 governments, and I know that this will be an
24 incredible strength that will ensure continued
25 success for you within the department.  So, thank

Page 75

1 you, Governor, very much.  Thank you, Mr. Chair.
2        SENATOR PAUL:  Senator Kim.
3        SENATOR KIM:  Thank you, Chairman.
4 Governor, it's good to see you.
5        GOVERNOR NOEM:  Good to see you again
6 too.
7        SENATOR KIM:  Thanks for coming before
8 our committee.  I wanted to just ask you not just
9 about your work, but how it's going to fit into
10 the broader incoming Trump Administration and
11 particular, I guess, I'm uncertain about roles
12 and responsibilities regarding your position and
13 Tom Homan's.  I guess, I just want to ask you
14 just point-blank who's going to be in charge of
15 the border?
16        GOVERNOR NOEM:  Well, the president
17 will be in charge of the border.  It's a national
18 security issue, and the president is in charge of
19 this country and has made a promise to the
20 American people, and we will fulfill his agenda.
21        SENATOR KIM:  Well, that was a good
22 answer, it's the answer I would've given as well,
23 but I guess I got confused.  When Trump made the
24 announcement about Tom Homan, he said, "I'm
25 pleased to announce that Tom Homan," and said

Page 76

1 that he's in charge of our nation's borders.  So,
2 I guess, again, I'd just like to go back to you.
3 How are you going to work with Mr. Homan?  What
4 is the division there?  I'm trying to get a
5 better sense of who's in charge.
6        GOVERNOR NOEM:  Yeah.  Tom Homan is an
7 incredible human being who has over 30 years of
8 experience at the border and the insight and
9 wisdom and he --
10        SENATOR KIM:  Incredible experience, I
11 get that.  I'm just trying to think through
12 decision-making process when it comes to your
13 work.  For instance, will he be giving orders
14 directly to CBP, ICE, USCIS?
15        GOVERNOR NOEM:  Tom Homan has a direct
16 line to the President.  He is an advisor to the
17 President, the border Czar.  I, obviously, will
18 be if nominated and confirmed and put into the
19 position of being the Department of Homeland
20 Security Secretary and responsible for the
21 authorities that we have and the actions that we
22 take.
23        SENATOR KIM:  I say this because I
24 actually want to make sure that we're empowering
25 the next Secretary of Homeland Security.

Page 77

1        GOVERNOR NOEM:  Yes.
2        SENATOR KIM:  In the legislation that
3 was codified by Congress and moved forward that
4 started this after September 11th, said "All
5 functions of all offices, employees and
6 organizational units of the department are vested
7 in the secretary."  So, I guess the reason why I
8 mentioned this is I've just seen some quotes from
9 Mr. Homan where he said, "I'll be making
10 decisions on border security and deportation."
11 He was asked in another interview about the
12 stronger role that he'll play, and he said,
13 "Absolutely, I'll be making decisions on how we
14 do the border."
15        So, I just raise that as a concern of
16 mine because not only is that about the function
17 of our executive branch, but also the
18 capabilities of this committee to be able to
19 properly do our constitutional duties for
20 oversight.  The ability for us to be able to have
21 that conversation.  We can talk to you, engage
22 with you, that is the direct way, but if he is
23 going to be making decisions, then he should come
24 before this committee as well.  And I know that
25 that's something where, as far as I know, his

20 (Pages 74 - 77)

**Page 78**

1 role will be directly at the White House, is not
2 something that will be under the purview directly
3 of this committee.  So, I just wanted to raise
4 those concerns.
5        GOVERNOR NOEM:  Yeah, yeah.  Tom and I
6 work very well together and talk and communicate
7 all the time, and we'll be working together on a
8 daily basis when we're in our positions under the
9 new administration.  And I would say there's no
10 authorities being planned to be taken away from
11 the department or myself if I'm in the role, and
12 we'll continue to oversee CPP --
13        SENATOR KIM:  But it sends some mixed
14 signals.  You can understand how people in my
15 home state, maybe around the country, when they
16 hear Mr. Homan saying, "I'm making the
17 decisions."  When they hear President-elect Trump
18 say he's in charge of our border.  So, I urge
19 that we're going to try to do our best to try to
20 make sure we're empowering the department,
21 empowering the next secretary because that's
22 where our laws are invested in our decision-
23 making.
24        GOVERNOR NOEM:  Yeah.  Well, thank you
25 Senator, and we'll make sure you have all the

**Page 79**

1 information that you need.  And Tom working
2 directly with the president and I working
3 directly with the president, hope to help you get
4 all that you need to reassured that the
5 authorities will stay the same as they currently
6 are, but we will continue to work to secure that
7 border and make sure that we're working together
8 in that way.
9        SENATOR KIM:  I want to just switch
10 gears about you raised the concerns about
11 terrorism, especially foreign terrorist groups.
12 I guess I just want to ask you, what are the
13 major foreign terrorist groups that are... Well,
14 first of all, what are the major foreign
15 terrorist groups that are out there that we're
16 tracking, which are the ones that are concerns to
17 us in terms of potentially trying to inspire or
18 coordinate an attack upon us?  And if you can,
19 just give me a sense of what their current
20 capabilities are to try to enact that.
21        GOVERNOR NOEM:  Well, I think we face a
22 lot of threats, Senator, and since I'm not in the
23 role today, I shouldn't get into specifics with
24 you, but I think over years the --
25        SENATOR KIM:  Well, you can at least

**Page 80**

1 get into specifics about what organizations that
2 are out there.  So, I just wanted to get a sense
3 of your knowledge of the organizations.
4        GOVERNOR NOEM:  Yes, sir.  You have all
5 the traditional terrorist organizations that have
6 always threatened the United States, but I would
7 also say --
8        SENATOR KIM:  Such as?
9        GOVERNOR NOEM:  I would say Hamas,
10 ISIS, continuing down that path of those
11 terrorist organizations.  But we'll continue to
12 also focus though not just on those, but also the
13 cartels, their partnership with the Chinese and
14 what they are doing.  Listen, I've told people
15 for years, for over 30 years, I've worked on
16 national policy, on food policy, on agriculture
17 policy, and I've seen the Chinese agenda to
18 infiltrate our country, control our food supply
19 chain, but also their manipulation of their
20 currency and stealing our IP.  And now I believe
21 that this fentanyl crisis that they have flooded
22 our country with is geared and the purpose of it
23 is to kill our next generation of Americans.  It
24 is to control us.
25        SENATOR KIM:  No, I don't discount the

**Page 81**

1 importance of those --
2        GOVERNOR NOEM:  So, when you focus on
3 one or two groups, I think it takes your eye off
4 the ball as to where all the threats could come
5 from.  We just spent a significant amount of time
6 talking about homegrown terrorism as well and
7 about --
8        SENATOR KIM:  Correct.  And I'm glad
9 we're having that conversation.  But the reason
10 why I mentioned it, I was not trying to quiz you
11 or anything of that nature.  It's just that when
12 the Department of Homeland Security, when their
13 threat assessment for 2025 lists three
14 organizations, lists Al Qaeda, lists ISIS, in
15 particular ISIS Khorasan, and the IRGC, and the
16 threat from Iran, I just want to make sure that I
17 get it.  You're talking about the importance of
18 the border.  We all understand that we want to
19 work with the incoming administration to try to
20 have an orderly process with that.  But I just
21 want to make sure in particular with DHS, the
22 primary mission, if we look at the founding
23 legislation, the primary mission, the very first
24 mission is prevent terrorist attacks within the
25 United States and do everything we can to

21 (Pages 78 - 81)

1  minimize that type of threat.
2       So, yes, I do think it's important for
3  us to focus in on one, two, or three or just
4  wherever these terrorist groups are at.  Yes,
5  yes, I know that part of that effort to try to
6  minimize terrorist attacks is through the work
7  that we try to do to secure our borders, all of
8  them:  air, sea, and land.  But the primary
9  mission still is about preventing terrorism, not
10  just the border security.  That's a tool to be
11  able to accomplish that.  So, I just raised that
12  with you.  I want to make sure that the next
13  Homeland Security Secretary has a very detailed
14  knowledge and understanding about the terrorist
15  groups, their capabilities, and is tracking that
16  on a absolute daily basis, and that they
17  understand that is their top mission.  And with
18  that, I'll yield back to the Chairman.
19       SENATOR PAUL:  Senator Johnson.
20       SENATOR JOHNSON:  Governor Noem,
21  welcome and thank you --
22       GOVERNOR NOEM:  Thank you.
23       SENATOR JOHNSON:  ... for your
24  willingness to serve.  You'll be taking over a
25  massive federal government agency, 240,000

Page 82

1  employees.  It's probably too massive.  I think
2  had I been there back then, I don't think I
3  would've assembled these 22 different agencies in
4  this massive department, but that's what we've
5  got.  It's a department that the previous
6  administration, I think, has completely misused.
7  Instead of using customs and border protection to
8  do that, to protect our border and secure it,
9  they've utilized those resources to incentivize a
10  massive influx of illegal immigration.  Instead
11  of using the Cybersecurity Infrastructure
12  Security Agency to do that, they instead engage
13  in mission creep and utilized it to censor
14  Americans with the misinformation board.  I am
15  concerned about disaster relief, just federal
16  disaster relief in general, creating greater and
17  greater and increasing levels of moral hazard
18  resulting in higher costs of these disasters.
19  So, let's cover each one of those kind of in
20  order.  How do you gain control over a massive
21  agency whose resources and personnel have been
22  misused?  I mean, how do you root out those
23  individuals who instead of securing our border
24  opened it up and facilitated this?
25       GOVERNOR NOEM:  Well, Senator, this has

Page 83

1  been a big topic of conversation in most of the
2  meetings that I've had with the members of this
3  committee was how do we fix this agency which the
4  reputation is that it's broken and dysfunctional.
5  I think that was the question I get asked the
6  most is why would you want to head up such a
7  dysfunctional department?  And I would say that
8  because the mission of the department is to
9  secure the homeland and our people, it's our
10  biggest vulnerability right now, and we have a
11  president that's not enforcing the law, and I
12  don't believe the law should be unequally
13  applied.  Everyone should be subject to our laws,
14  and a nation without laws and without borders is
15  not a nation at all.  So, I will work by ensuring
16  one of the things that Senator Ernst talked
17  about, people have to show up for work.
18       I think there's going to be a majority
19  of people who don't have their primary mission to
20  secure the homeland, that if they don't want to
21  show up for work, then maybe they're just not
22  truly passionate about protecting America.  I
23  think they need to do that, and they need to
24  recognize what their job is.  The morale in DHS
25  is very low.  I'm going to let people do their

Page 84

1  jobs.  I'm going to remind them what their jobs
2  are.  Some of these border patrol agents haven't
3  been able to do their jobs for a very long time.
4  They've been processing paperwork and
5  facilitating an invasion when they should be back
6  securing our border, which is why they were
7  recruited and wanted to serve there to begin
8  with.
9       We're going to build partnerships with
10  local law enforcement, with ICE and task forces.
11  So, we're communicating again with local sheriffs
12  and mayors and law enforcement to partner
13  together.  When you talk about the fact that this
14  is such a broken agency that needs so much
15  improvement, a lot of it goes back to why we're
16  recreated and are we fulfilling that mission and
17  making sure that these individuals are getting
18  back on task.
19       SENATOR JOHNSON:  So, under my
20  Chairmanship and under the Trump Administration,
21  we did rename a part of DHS, so the Cybersecurity
22  Information Security Agency.  I in no way, shape
23  or form ever contemplated that the sub-agency
24  within DHS that was really focused on securing us
25  against the cyber threats and other threats to

Page 85

22 (Pages 82 - 85)

ER0972

1 our infrastructure would ever be used to violate
2 the Constitution the way it was used to violate
3 the Constitution under the Biden Administration.
4 This administration's been completely opaque. We
5 do not have the information to know and the
6 communication in terms of what all happened here.
7 So, my question is relates to how they misused
8 CISA. Will you commit to providing the
9 transparency, providing the information,
10 investigate it yourself, but provide this
11 committee, my subcommittee, the information to
12 expose the truth of the American public, but even
13 more importantly, propose a piece of legislation
14 based on our investigation, based on those
15 results to fix it so that no administration can
16 ever misuse the language of the law to commit
17 that kind of unconstitutional act and violate
18 people's First Amendment rights?
19      GOVERNOR NOEM:  Yeah, Senator, I look
20 forward to working with you on that.  And I think
21 what we saw during the COVID pandemic, the
22 actions of CISA, their misinformation and
23 disinformation campaign, the materials they were
24 putting out was shocking.  Shocking at what they
25 were doing to decide what was truth, what wasn't,

Page 86

1 their lives, the hundreds of billions of dollars'
2 worth of property damage.  It's not just
3 California though.  I mean, again, that was
4 grotesque mismanagement, that could have been
5 prevented.  You can't prevent a hurricane, you
6 can't prevent floods, but you certainly can try
7 and start reducing the moral hazard that we've
8 allowed to explode, quite honestly, by the
9 federal government rushing in immediately, no
10 questions asked, just tell us how big a check you
11 want.  What can you do in your new role to try
12 and start reducing over time the moral hazard
13 that we have created in this country with federal
14 disaster relief?
15      GOVERNOR NOEM:  Well, Senator
16 emergencies and disasters are always locally led.
17 They're led by the local communities and leaders,
18 and that's because they're much more responsive
19 and much better informed on how to bring relief
20 and to get those emergency services there to meet
21 the need.  Then it's state supported and
22 federally resourced, which means that when we
23 come in that we're supporting what the mission
24 is, what those emergency operations and plans
25 are, that the local city and county, and then

Page 88

1 and how they were trying to manipulate the
2 American people.  We saw it in elections and
3 Russia influence as well, and so ensuring that
4 they can't do that in the future under any
5 administration would be a priority, that they
6 stay doing what they're supposed to do and
7 hardening our systems and working with local
8 officials to do that is a priority, and I'd look
9 forward to working with you on legislation should
10 you wish to rein them in.
11      SENATOR JOHNSON:  So, the first step in
12 that process is to expose the truth to find out
13 who these backed actors were, expose who they
14 were, hold them accountable.
15      GOVERNOR NOEM:  Yes.
16      SENATOR JOHNSON:  I mean, that is
17 crucial that we take that first step.  So, again,
18 look forward to working with you on that.  The
19 tragedy of the California fires, the more we
20 learn, the more we understand that not only was
21 it predictable, it was predicted, which means it
22 was preventable.  Again, you can't prevent the
23 initiation of those fires, but you certainly
24 prevent them from raging into the tragedy that
25 they became, the dozens of people who've lost

Page 87

1 also the state has implemented and do what we can
2 to fulfill the mission of our programs.
3      One of the things that FEMA's not doing
4 today that I think we should be doing is
5 streamlining communications.  We saw this in New
6 Orleans, we saw it in other terrorist attacks in
7 the country, and you just referenced it as well
8 about the American people not getting the truth,
9 Senators not getting the truth and the
10 transparency that we need is that I believe FEMA
11 can always put out a blueprint for what a
12 response would be should something terrible
13 happen.
14      And when we look at the Secret Service,
15 what happened in Butler, we saw that
16 communication was an issue, that the Secret
17 Service wasn't communicating, and balls were
18 getting dropped with local authorities, local law
19 enforcement, and we can put forward a blueprint
20 for how communication can happen and be
21 streamlined between the federal government, the
22 state, and the local entities.  So, that should
23 something happen, this is how we talk to each
24 other, to make sure that the public has the
25 facts, they're not getting misinformation, which

Page 89

23 (Pages 86 - 89)

1 happened with the New Orleans terror attack just
2 recently, but also up in Pennsylvania as well.
3         That blueprint is what we do at the
4 state level that FEMA has failed to do, to
5 proactively educate the public on what
6 everybody's roles are, what we do should
7 something happen, whether it be a natural
8 disaster or a terrorist attack or an emergency
9 response is needed, that we can put out those
10 blueprints ahead of time, educate people, train
11 those local entities, which they currently do to
12 a certain extent today, but not good enough to
13 really know that not only can the resources be
14 pre-deployed in many of these situations so that
15 they're more readily accessible, but also how are
16 we going to communicate and make sure everybody's
17 on the same page so that we can be much more
18 efficient.
19         I wish that we would've had different
20 leadership and a different governor in
21 California, or we might have a different result
22 there.  But in the Department of Homeland
23 Security, we can do all that we can to make sure
24 that the people that live in California know that
25 they're going to get a response from the federal

Page 90

1 government that's appropriate, and we did all
2 that we could to make sure that they had the
3 information ahead of time so they could protect
4 themselves when they do have a failure in
5 leadership like we've seen.
6         SENATOR JOHNSON:  Thank you and good
7 luck.
8         GOVERNOR NOEM:  You bet.
9         SENATOR PAUL:  Since Senator Johnson
10 brought up California fires, I have to interject
11 here.  We talked about burn policies, these are
12 local policies, how we try to not have so much
13 brush and things like that.  They're also next to
14 the largest body of water in the world, the
15 Pacific Ocean.  So, I see these homes all burning
16 on the beach in Malibu, and I'm like, "Wow, if
17 they just had a generator and a hose, you start
18 sucking the water out of the Pacific Ocean."  But
19 you could do more than that.  You could pump it
20 and put it in cisterns up in the hills a mile or
21 two in.  It doesn't rain very much there, but why
22 don't they take the ocean water, put it in
23 cisterns and have a bunch of water ready when a
24 wildfire shows up, but it's like once again, bad
25 local government.  Senator Gallego.

Page 91

1         SENATOR GALLEGO:  Thank you, Chairman.
2 Thank you, Governor, for your attendance and I
3 appreciate us meeting last week and our frank
4 conversation.  So, following up to our
5 conversation, in recent years, I've been in very
6 close contact with our Arizona border
7 communities, which are unlike other border
8 communities and about the funding needs to
9 address migrant influxes through the shelter and
10 services program or SSP.  Without this funding
11 border communities must bear all the financial
12 burden for national immigration challenges and
13 the broken border in general.  So, that means
14 police, fire, hospital systems in general,
15 anything of that.  And at the same time, they'll
16 also face the potential challenges of street
17 releases.  And again, these are very small towns
18 on the border, so having thousands of people
19 being released becomes both burdensome security
20 issues and just not fair to them.  And we get
21 lumped in with places like New York and Chicago
22 about how they do their shelter programs.
23         Our shelter programs are not the same
24 as New York and Chicago.  We do not permanently
25 put people in apartments or anything of that

Page 92

1 nature.  We are trying to move people away from
2 the border so that way they don't become a burden
3 on these very, very small communities.  So, I'm
4 very highly concerned, as I told you in our
5 meeting when the SSP program becomes politicized
6 and to the point where we get lumped in with
7 those programs, I don't think are effective and
8 are actually counterproductive and it ends up
9 depriving our small Arizona borders of these
10 very, very vital funds that they need.  So, as
11 DHS Secretary, how would you ensure that border
12 communities are not left to respond to and pay
13 for these immigration influxes, the broken border
14 system on their own?  And when you commit to
15 helping really not politicize or just join the
16 SSP program to the point where places that are
17 doing things correctly like Yuma, Arizona, like
18 Pima County, like Cochise County, aren't lumped
19 in with the people that are doing things
20 incorrectly like New York State and Chicago.
21         GOVERNOR NOEM:  Well, Senator, thank
22 you for the conversation in your office about the
23 program, FEMA, the southern border, and the
24 challenges and then also the difference between
25 your state and how you utilize funds versus other

Page 93

24 (Pages 90 - 93)

1 states. I would say that, my hope is that if
2 given the opportunity to serve as secretary, that
3 the federal government would no longer, and I
4 believe as President Trump has promised the
5 American people facilitate an illegal alien
6 invasion and that your communities in Arizona
7 would no longer have the issue with having people
8 in your small towns and communities that you need
9 to figure out how to take care of and get them to
10 where they want to go in other places of the
11 country.
12        The President has promised he will
13 secure the border that we will uphold our
14 nation's laws and that he will do that to the
15 benefit and be putting America first again. So,
16 I know we talked extensively about the SSP
17 program and how you've utilized it, but getting
18 these programs back to what they were intended is
19 important to FEMA as a disaster response agency,
20 and some of the facilities that have been
21 utilizing these types of funds and dollars need
22 to be reevaluated and to make sure that it's
23 truly doing the service that is upholding our
24 nation's laws.
25        SENATOR GALLEGO: And certainly, I

1 understand reevaluating especially how some of
2 these states have been using it and in an ideal
3 world, we don't have to have a program like that
4 because we don't have this mass of humanity
5 that's coming towards our borders, but even under
6 the first Trump administration, we actually still
7 needed it also. So, this is why my concern is to
8 not get rid of this program because again, these
9 small communities, I'm talking communities of
10 maybe 10,000 people, maybe only six or seven cops
11 are going to end up really bearing the brunt and
12 we are not a big state. We can't really
13 compensate for these types of losses. These
14 small communities are also largely, you come from
15 a rural state, counties that are largely rural
16 and with a lot of federal land so that actually
17 don't even have a tax base.
18        So, when the broken immigration system
19 sends people to these borders and these
20 communities don't have enough money to pay for
21 cops, firefighters over time for hospital
22 systems, it's that type of program that keeps
23 these small communities afloat. So, just want to
24 make sure that again, this doesn't not become
25 politicized and that we are kept separate from I

1 think the mistakes that other states have taken
2 on. Moving on, in Arizona, we have large parts
3 of the board, they run through tribal lands. We
4 have 22 federally recognized tribes. We have
5 great relationships with these tribes. They want
6 to be collaborative partners when it comes to
7 border security. And then we have some great
8 programs that have worked in the past. For
9 example, the Shadow Wolves Program with the
10 Tohono O'odham Nation is a really good example,
11 collaborative program of tribal law enforcement
12 that worked with DHS to make sure they stop human
13 smuggling and cartels going through the borders.
14 But as DHS Secretary, what is your plan to
15 consult with our border tribes and work together
16 to balance both national security but also their
17 sovereignty?
18        GOVERNOR NOEM: Yeah. Well, Senator, I
19 believe that my experience as governor and my
20 relationship with working with our tribes is
21 going to be an incredible powerful tool for me to
22 bring to bear at the Department of Homeland
23 Security to work on how we secure our southern
24 border but still respect their sovereignty and
25 still be able to work with them. This year, when

1 looking at public safety issues that we had in
2 South Dakota and their lack of ability to hire
3 tribal officers on our reservations in South
4 Dakota, I offered to train federal law
5 enforcement officers, BIA officers, but also
6 their tribal police in South Dakota at no cost to
7 our tribes. And it's been an incredible powerful
8 tool that we've had to build relationships.
9 Those tribal police had the chance to go through
10 academy with the local maybe deputies from the
11 counties and the state highway patrol troopers
12 that were coming on board, and those
13 relationships have built partnerships in our
14 state that we didn't have before.
15        The Shadow Wolf training opportunity is
16 incredible. That was down in Arizona that you
17 spoke of too, and in looking into that program,
18 I'd like to continue to build on that and
19 perpetuate in the future so that our tribes have
20 an opportunity to have a secure border but also
21 have it reflect their values and their culture
22 and have their own people be a part of the
23 solution and then even when it comes to the
24 infrastructure of the wall that we're respecting
25 that and their landscapes and their land as well.

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**Page 98**

1  So, I look forward to working with you as we move
2  into this next administration to be able to
3  protect our country and then work and respect our
4  tribes as we do so.
5       SENATOR GALLEGO:  Thank you.  And the
6  President Trump and some of his other potential
7  staff and advisors have been very vocal about
8  implementing a mass deportation strategy, talking
9  to my agricultural community, my dairy community,
10  they have concerns that this approach will lead
11  to workforce shortages that will further drive up
12  the costs of everything and something that we
13  have really been working hard to cross, I think a
14  bipartisan and a bipartisan manner to bring down
15  the costs of everything and unfortunately this
16  would reignite inflation.  What is your plan to
17  ensure safe and legal immigration processes for
18  agricultural workers while protecting local
19  agricultural operations, including those both of
20  our home states?
21       GOVERNOR NOEM:  Well, Senator, the
22  President and President Trump has been very clear
23  that his priority is going to be deporting
24  criminals, those who have broken our laws and
25  perpetuated violence in our communities.  That'll

**Page 99**

1  be the priority.  And as I spoke earlier with our
2  statistics, having over 425,000 of those with
3  criminal convictions in our country, that will be
4  a focus that we need to tackle right away, and
5  it'll be a big one.  Beyond that, his next
6  priority is going to be those with final removal
7  orders and focus on those individuals who have
8  long overstayed and that there is a consequence
9  for ignoring our federal laws.  Beyond that,
10  we'll continue conversations.  As you know, I'm a
11  farmer and a rancher and come from an
12  agricultural state and we'll work together to
13  make sure that laws are followed.  It is the
14  Senate and the house that puts forward the laws.
15  I as secretary uphold the law, so you determine
16  what that is and debate and discussion.  I'll be
17  transparent and share as much information and
18  insight as I have with my background and
19  experience and continue to work with you.
20       SENATOR GALLEGO:  (Indiscernible).
21       SENATOR PAUL:  Senator Moreno.
22       SENATOR MORENO:  First of all, thank
23  you, Governor, for being here for testifying
24  before this committee and for your service, not
25  just to your state but to America.  Nine years

**Page 100**

1  ago today, we met in probably the coldest day
2  I've ever been in my life in Iowa --
3       GOVERNOR NOEM:  Yeah, that's true.
4       SENATOR MORENO:  ... as you and I were
5  making phone calls and whipping up votes for
6  Republicans in Iowa, my wife Bridget, who's here,
7  got a chance to meet you and we left Iowa saying,
8  "That person's really going to go far," and here
9  we are nine years later, you've been an amazing
10  governor, amazing Congresswoman, and now you're
11  going to make an even better Secretary of the
12  Department of Homeland Security.  So, I think
13  sometimes in D.C. we tend to complicate things.
14  There is a current Secretary of Homeland
15  Security, so why don't we take this opportunity
16  to do a little job review and compare and
17  contrast him to you.  So, if you don't mind, I'll
18  ask you some questions and you can give me an
19  answer.  Secretary Mayorkas allowed about, you
20  said it, just about 400 people on the terror
21  watch list to come into this country legally.  If
22  you were confirmed as Secretary of Homeland
23  Security, how many people on the terror watch
24  list would you allow into this country?
25       GOVERNOR NOEM:  Well, Senator, we would

**Page 101**

1  work every single day until that number was zero.
2  And if you look at the previous Trump
3  administration over his entire four years in
4  comparison to Joe Biden's number President Trump,
5  it was 11 that were then removed from the country
6  and faced consequences.  When you look at the 382
7  that Joe Biden has let in and the policies
8  continue, is shocking and needs to be changed
9  immediately.
10       SENATOR MORENO:  Mayorkas let in about
11  12,000 murderers, how many would you target to
12  let into this country?
13       GOVERNOR NOEM:  My goal every day would
14  be to have no murderers allowed into this country
15  and our communities.
16       SENATOR MORENO:  Mayorkas allowed
17  16,000 rapists, how many would you target to let
18  in?
19       GOVERNOR NOEM:  Every day I'd work to
20  make sure that there was none let into this
21  country.
22       SENATOR MORENO:  He let 600,000 --
23  Mayorkas, 600,000, people with criminal
24  convictions, how many would you allow in?
25       GOVERNOR NOEM:  We would work every day

26 (Pages 98 - 101)

1 to make sure people are safe and that those with
2 criminal convictions are immediately removed.
3      SENATOR MORENO:  How many private jets
4 would you have the United States taxpayers know
5 fly into foreign countries to pick up people to
6 bring them here.
7      GOVERNOR NOEM:  Yeah.  Senator, we will
8 no longer be undertaking that mission at the
9 Department of Homeland Security.
10      SENATOR MORENO:  So, not 700,000
11 individuals on private jets over the last four
12 years, you would not have any?
13      GOVERNOR NOEM:  No.  I'll be working
14 with President Trump to put in place his agenda
15 and adherence to our federal laws.
16      SENATOR MORENO:  And how many illegals
17 will you plan to house in luxury hotel rooms in
18 Manhattan at a cost of $6, 000 per month?
19      GOVERNOR NOEM:  Sir, clearly, Senator,
20 during this election, the American people said
21 they did not support that and that that would not
22 be a part of this new administration.
23      SENATOR MORENO:  How about sex change
24 operations for illegals, how many of those would
25 you suspect you would fund?

Page 102

1      GOVERNOR NOEM:  Senator, I believe that
2 the Department of Homeland Security will be
3 reevaluating its mission in this country to not
4 allow that going forward under President Trump's
5 goals.
6      SENATOR MORENO:  And if you had any
7 legal migrant that was in this country and they
8 committed a crime, would you offer them airfare
9 from one state to another to evade law
10 enforcement?
11      GOVERNOR NOEM:  Sir, I will be
12 following this nation's laws and the Constitution
13 and make sure that all laws are adhered to.
14      SENATOR MORENO:  And if you had been
15 the head of the Department of Homeland Security a
16 year or so ago, would you have closed a detention
17 center in Georgia that would've allowed the
18 release of somebody charged with a crime?
19      GOVERNOR NOEM:  Sir, I don't have the
20 specifics to that situation, but certainly that
21 would not be something that I would want to have
22 under my watch.
23      SENATOR MORENO:  So, just to be clear,
24 Laken Riley would be alive today if you had been
25 the Secretary of Homeland Security?

Page 103

1      GOVERNOR NOEM:  Oh, Senator, my hope is
2 that that would be true.  Yes.
3      SENATOR MORENO:  Let's switch to
4 another part of the disgraceful immigration laws
5 that Biden and Mayorkas, who objectively, by the
6 way, objectively, has been the worst cabinet
7 member ever in the history of the United States
8 of America.  Let's talk about temporary
9 protective status.  Temporary being the operative
10 word.  Mayorkas and Biden just extended temporary
11 protective status again through 2027.  Will you
12 continue to corrupt TPS to allow some sort of
13 open borders agenda and will you use hot weather
14 of 80 degrees and sunny beaches in El Salvador as
15 a reason why people have to stay in America and
16 not safely return?
17      GOVERNOR NOEM:  Yeah, Senator, this
18 program has been abused and manipulated by the
19 Biden administration and that will no longer be
20 allowed to allow that and these extensions going
21 forward the way that they are, the program was
22 intended to be temporary and this extension of
23 over 600,000 Venezuelans as well is alarming when
24 you look at what we've seen in different states,
25 including Colorado with gangs doing damage and

Page 104

1 harming the individuals and the people that live
2 there.
3      SENATOR MORENO:  And in terms of our
4 border, like the physical border, I've been there
5 many times.  You've been there many times.  Who
6 should be in charge?  Who should have operational
7 control of our border?  The United States
8 government or the Mexican drug cartels?
9      GOVERNOR NOEM:  Oh, Senator, the United
10 States needs to control our borders and secure
11 them.
12      SENATOR MORENO:  So, if this were a job
13 interview in the private sector and you had
14 somebody like Alejandro Mayorkas in charge and we
15 had the opportunity to upgrade to you, this would
16 be the greatest upgrade in history of the United
17 States of America.  But I'm going to end my time
18 with a startling statistic and actually a
19 challenge to the Democrat party.  When Mayorkas
20 was confirmed, every single Democrat voted to
21 confirm him, and six Republicans joined all 50
22 Democrats in that confirmation.  If we get to the
23 vote, and hopefully Chairman, we could do that
24 Monday, because we cannot wait one single day
25 without you being in charge of that department.

Page 105

27 (Pages 102 - 105)

1  We should have 100 percent; 100 Senators vote for
2  your confirmation.
3          This will be the litmus test in my mind
4  as to whether we have a Democrat party that's
5  actually serious about doing bipartisan things
6  like securing this country and protecting our
7  citizens.  Any Democrat that voted for Mayorkas
8  that does not vote for you should be in front of
9  their voters and removed from office.  Thank you
10  for serving, Brian.  Thank you for being here,
11  for putting up with the nonsense that you guys
12  have had to put up with over the years.  You are
13  going to make an amazing Secretary of Homeland
14  Security.  Thank you for being here.
15          GOVERNOR NOEM:  Thank you, Senator.
16          SENATOR PAUL:  Senator Slotkin.
17          SENATOR SLOTKIN:  Thanks for being here
18  and thanks for our time in my office, Governor.
19  I'm a former CIA officer, joined right after 9/11
20  and served three tours in Iraq alongside the
21  military.  I'm actually the first CIA officer in
22  the Senate and to me the most important thing
23  again as a Democrat from a state that Trump won,
24  right, on the same ballot we both won.  I
25  understand we're going to have different policy

1  very elite military unit.  I mean, it's horrible.
2  It's one of the hardest things to catch the sort
3  of lone wolf, radicalized American citizen, but I
4  want to protect ourselves.  Our most recent
5  examples of domestic terrorism we're not what
6  we've spent the majority talking about today,
7  crime from a migrant, and I don't dispute there
8  is crime, but I just want to know and I want to
9  hear from you as an intelligence officer that
10  you're going to speak about real threats and not
11  blow something up, politicize something, make
12  something more exciting because that's maybe what
13  the President wants to hear, but your mission to
14  protect and defend the Constitution means calling
15  honestly what the threats are to the country.
16  Can you just give me a yes or no, please?
17          GOVERNOR NOEM:  Yes, Senator.  I will
18  be as transparent and factual every day with you
19  and the American people as possible based on the
20  information that I have.  I don't know if the
21  investigations are closed in New Orleans and in
22  Nevada, but what we know so far and needs to be
23  relayed to the American people, needs to be the
24  truth and facts.
25          SENATOR SLOTKIN:  Yeah, I'd ask that.

1  opinions.  I certainly understand that the
2  President or incoming President has the right to
3  nominate whoever he wants.  Those are not the
4  issues for me that I'm going to spend my time on.
5  The ones that I care about the most relate to the
6  mission of the organization when it was founded,
7  protecting the homeland, and I think to me, it's
8  one thing when there's campaign rhetoric or
9  political politicization of things, everyone does
10  that on both sides of the aisle in this committee
11  and in our line of work, but when it comes to
12  actually protecting the country, you do have to
13  be clear and honest about facts and not conflate
14  things.
15          So, it's just important to me that I
16  know, particularly since you do have one of the
17  intelligence agencies within the Department of
18  Homeland Security, that you're going to call a
19  spade a spade, right?  The most recent acts of
20  domestic terrorism in New Orleans, horrible
21  incident in Nevada had nothing to do with
22  migrants.  Correct?
23          GOVERNOR NOEM:  Correct.
24          SENATOR SLOTKIN:  They were homegrown
25  American citizens.  One of them was actually in a

1  We've talked a lot about border security.  As a
2  CIA officer, I think one of the only people on
3  this committee who's actually worked on
4  protecting the homeland.  I'm a Middle East
5  terrorism and militia expert by training, so I
6  believe deeply in it and every country of the
7  world gets to decide who comes inside its
8  borders.  That's not a radical concept, but I
9  think I've been open with this committee that it
10  is also on us to fix the deeply broken legal
11  immigration system.  I'm glad to hear that you're
12  going to carry out the laws on the immigration
13  system.  Democrats and Republicans are to blame
14  that we haven't fixed this system, but I also
15  believe you can't fully control the border unless
16  you give people that we need for our companies,
17  for our economy a legal vetted way to come here.
18  So, do you believe in legal vetted immigration
19  and that we need more of it in the United States?
20          GOVERNOR NOEM:  I do believe we need to
21  follow our legal immigration laws and that it
22  needs to be vetted.  We need more resources, I
23  believe in some of the elements of this to ensure
24  that we're --
25          SENATOR SLOTKIN:  Do you believe that

28 (Pages 106 - 109)

1  our economy depends and needs some level, just
2  like your family came from Norway and on economic
3  drive and wanted a better life --
4          GOVERNOR NOEM:  Well, immigration's
5  always been a part of our history and will be a
6  part of our future.  We just need to make sure
7  that we're adhering to our nation's laws, which
8  this body has the ability to --
9          SENATOR SLOTKIN:  I'm with you, I'm
10  with you.
11          GOVERNOR NOEM:  ... continue to change
12  and to put in place.
13          SENATOR SLOTKIN:  Again, going back to
14  the fact that you will pledge an oath to the
15  Constitution, not to President Trump.  Just like
16  every other nominee, President Trump said in
17  November that he's willing to use law
18  enforcement, National Guard, or even active-duty
19  military to go after the threat from within the
20  United States.  I don't know exactly what he was
21  talking about, but we have recent examples from
22  your predecessors at DHS where federal law
23  enforcement were sent into a state, in this case
24  Oregon without coordination with the governor.
25  Those federal law enforcement officers at the

Page 110

1          SENATOR SLOTKIN:  I just to know you're
2  a former governor, you can imagine that if Joe
3  Biden sent in 700 federal law enforcement under
4  Secretary Mayorkas without coordinating with you,
5  I think we can agree you'd be a little upset.
6  So, I just ask that you give the same respect for
7  coordination and that we are very sensitive.
8  People are worried about politicizing of law
9  enforcement and the uniformed military.  That's a
10  bad thing.  I hope we can agree.  Lastly, I will
11  just say, look forward to looking at the northern
12  border, the Gordie Howe Bridge, your help
13  staffing that.  We know you are right now across
14  many administrations, we haven't met our staffing
15  goals at DHS and that's a problem, so we really
16  want to make sure that opens on time.
17          But I also want your assurances.  You
18  received FEMA assistance from Joe Biden's
19  administration, right?  You had historic floods.
20  You asked and requested of the administration,
21  and you were given millions of dollars to help
22  with that.  I understand you don't like Gavin
23  Newsom, but can you say in front of the American
24  people that you will open the books to this
25  committee who does have oversight over FEMA, that

Page 112

1  time were putting down threats to federal
2  buildings and they were legitimate threats.  I
3  don't dispute, there was destruction of property
4  going on during a bunch of protests and riots, so
5  I don't dispute that.  But they weren't wearing
6  insignia.  We talked about this.  They weren't
7  wearing any markings, so people were arrested by
8  folks in fatigues with no names, no idea who they
9  were, like right out of a bad Hollywood movie.
10  Okay.  If the President asks you to send in
11  federal law enforcement to a state without
12  coordination of that, Governor, would you support
13  that action?
14          GOVERNOR NOEM:  Senator, my job, if
15  nominated, and sworn in as Secretary of Homeland
16  Security, is to uphold the Constitution and to
17  uphold --
18          SENATOR SLOTKIN:  So, you will push
19  back --
20          GOVERNOR NOEM:  ... the rules of this
21  country.  Yes, that will be the oath and the
22  pledge that I will be making.  And my goal also
23  is to work with you to ensure that we have
24  situations that are always appropriate, that we
25  are well-defined on who we are --

Page 111

1  you will open the books in a bipartisan way to
2  ensure whether it's North Carolina or California
3  or anywhere in between, that the American people
4  can know that you are not playing politics with
5  disaster assistance?
6          GOVERNOR NOEM:  Yes.  Senator, I'll
7  work with you in this committee to make sure I'm
8  following the federal law and ensuring that you
9  have information and transparency from us and
10  from DHS and FEMA.
11          SENATOR SLOTKIN:  Thank you.
12  Appreciate it.  Yield back.
13          SENATOR PAUL:  Senator Lankford.
14          SENATOR LANKFORD:  Governor Noem, great
15  to see you.
16          GOVERNOR NOEM:  Great to see you too.
17          SENATOR LANKFORD:  Thanks for being
18  here.  Thanks for accepting this nod that the
19  President has given you.  For, Brian, thanks.
20  Both of you, you've walked through a lot.  I have
21  had the privilege of knowing you for a very long
22  time since we served together in the House of
23  Representatives, so I have the benefit of knowing
24  your qualifications and how strong you are in all
25  these background issues and how hard you work on

Page 113

29 (Pages 110 - 113)

1 these things because I've seen it firsthand. So,
2 I appreciate you stepping into this because a lot
3 of attention across the country will be focused
4 on this. You know that full well and you've
5 stepped into it. For Governor Landry, my state
6 and many folks in my state are praying for you
7 and for your state. You've done a great job in
8 leadership at this moment in a very, very tough
9 time for Louisiana, and we don't want to see acts
10 of terrorism anywhere in our country and it's
11 incredibly difficult days for a governor, so
12 thanks for your leadership on that as well. I
13 also have to tell you, Kristi, I've whined to my
14 wife occasionally about the temperature that's
15 coming on Monday. I'm very excited about Trump's
16 inaugural, but we're all going to be sitting
17 outside in about 12 degrees. And I thought just
18 for fun, I would check South Dakota on Monday,
19 it's one, for a high, for a high.
20     GOVERNOR NOEM: Yeah, for a high.
21     SENATOR LANKFORD: And so, I'm going to
22 stop whining about the temperature Monday here in
23 Washington, D.C. on it. Look, I'm going to run
24 through a couple of things here because I know
25 you, not everybody in Oklahoma knows you. The

Page 114

1 questions that I get from people though in
2 Oklahoma, I want to be able to run past you
3 because they want to be able to know the answer
4 to these things, so I'm just going to blitz
5 through a whole bunch of them. Will you use the
6 legal authority that DHS already has to be able
7 to close our border?
8     GOVERNOR NOEM: Yes, Senator. I will
9 work with President Trump to ensure that we're
10 securing our border.
11     SENATOR LANKFORD: Thank you. There's
12 a lot of things that this Congress needs to do,
13 has already been mentioned by Senator Slotkin as
14 well, that we need you to be able to close
15 loopholes to be able to give you additional
16 authority, but there's a tremendous amount of
17 authority currently not being used in Oklahoma,
18 as you're saying, is that about to be used? And
19 they'll be grateful to be able to hear that. No
20 other President has ever created a phone app to
21 be able to facilitate a faster processing of
22 aliens in, called the CBP One app. It's been
23 mentioned several times here. Will you use your
24 authority to stop facilitating faster processing
25 of illegal aliens into our country with the CBP

Page 115

1 One app?
2     GOVERNOR NOEM: Yes, Senator. We will
3 eliminate the CBP One app, maintain some of the
4 data that's in it that's critical to knowing
5 who's in our country, but that app will no longer
6 be in use.
7     SENATOR LANKFORD: Thank you. No other
8 President has ever used the parole authority,
9 just in general, humanitarian parole to
10 facilitate faster processing of aliens into our
11 country, which leads to the catch and release
12 we've all heard about. So, the Oklahomans that I
13 talked to say, "Are we about to end the abuse of
14 parole and end catch and release? Is that about
15 to stop?"
16     GOVERNOR NOEM: Senator, President
17 Trump's been very clear that he will end catch
18 and release.
19     SENATOR LANKFORD: Terrific. Folks
20 want to know, will you use your authority with
21 the funds that are given to you by Congress to
22 actually build more wall rather than use the
23 funding that's given to you as the Biden
24 administration did to do environmental
25 remediation around the border rather than actual

Page 116

1 border wall and border structure?
2     GOVERNOR NOEM: Yeah. Senator,
3 President Trump has been clear that he wants to
4 build the wall.
5     SENATOR LANKFORD: So, do we. So, will
6 you use your authority to be able to scan more
7 vehicles and obviously we've got to get you the
8 funding to be able to do this, to be able to scan
9 more vehicles and individuals that are carrying
10 Fentanyl into our country through our ports of
11 entry.
12     GOVERNOR NOEM: Yes, Senator. We will
13 continue to use technologies but hopefully be
14 able to use more with the resources that were
15 granted to scan those vehicles and know what's
16 coming in and out of this country.
17     SENATOR LANKFORD: Last year, FEMA
18 employees during disaster relief were instructed
19 by one of their supervisors that if they see a
20 Trump sign or a Trump flag flying to skip that
21 house, to not stop by there and tell them what
22 their federal government can do for them. Will
23 you allow FEMA employees or any within DHS to
24 politicize their role and to pick and choose who
25 gets help and who doesn't as an American?

Page 117

30 (Pages 114 - 117)

1    GOVERNOR NOEM: Senator, under
2  President Trump's administration, disaster and
3  emergency relief will not be handed out with
4  political bias. Every American will be responded
5  to and treated equally.
6    SENATOR LANKFORD: That's what folks
7  want to know. Will you review the Secret Service
8  responsibilities to be able to go back through it
9  and to say, are they focused on their primary
10  mission or is there something you could distract?
11  Secret Service still chases down financial
12  crimes, they're still chasing down child
13  exploitation. Those are serious things for
14  Treasury or for FBI to do, but there's a question
15  is if that's the first priority for Secret
16  Service?
17    GOVERNOR NOEM: Senator, the Secret
18  Service is in need of dramatic reforms. They do
19  have a protective detail element that is their
20  priority and also an investigation side. My
21  understanding is that that investigation side is
22  often used to train the protective detailed
23  officers, but clearly, they are not focusing on
24  what their true duty is, and it needs to get back
25  onto what they were created for and that was the

1  that. Let me tell you another challenge we've
2  had with Homeland Security in the past four
3  years. When we ask for data and for information,
4  we get, "I'll get back to you on that." When we
5  ask again and again and again and again, we get
6  the same statement, "I'll get back to you on
7  that." Now, I can go down the street to the
8  command center, where they actually get the data
9  in live, and they have it up on big screens and
10  they're tracking exactly what's happening on the
11  southern border to the minute, but if I ask for
12  what happened last month, they'll say, "We're
13  still gathering that data." We're not asking for
14  anything other than what Congress is supposed to
15  get. That's the ability to be able to see data
16  and to have real oversight over DHS and that has
17  been a failure of this DHS along with multiple
18  other issues on that. When we request the data
19  for basic things like, how many special interest
20  aliens were allowed across the border.
21    If it was last year, we had to find out
22  on our own. It was 70,000 people that were
23  targeted by this administration as a potential
24  national security risk that were not just found
25  at the border that were released when they were

1  protective detail, mission, and emergency
2  situations that they need to help plan and
3  prepare for and defend.
4    SENATOR LANKFORD: Thank you. This
5  committee made a request to the Secretary of
6  Homeland Security last year, and by the way, also
7  the head of the FBI to be able to come before
8  this committee and to do what every Secretary of
9  Homeland Security has done for the last 20 years,
10  every single year, unbroken until last year. And
11  then the secretary refused to come before this
12  committee in an open session and talk about
13  national threats. Now, the former Chairman
14  protested strongly to the Biden administration
15  and DHS, they weren't coming, but they still
16  refused to be able to come. Will you come before
17  this committee and talk about the threats openly
18  so the American people can hear them in a public
19  forum?
20    GOVERNOR NOEM: Yes. Senator, Senator
21  Peters, and I discussed this quite a bit in our
22  meeting as well, and I have committed to come and
23  give that briefing to this committee and to the
24  American people.
25    SENATOR LANKFORD: Thank you. We need

1  found at the border. 70,000 people just from
2  last year in the country right now that this
3  administration declared at the border, they're a
4  potential national security risk. Now, I know
5  you're not going to do that, but when we ask for
6  the data and for the information, when we say,
7  "How's the National Vetting Center working?" Do
8  you have the connection to be able to screen
9  individuals there? We're just doing our
10  oversight responsibility. You've served in
11  Congress before and did a great job on that and
12  did oversight. We want to still be able to do
13  the same thing. Will you provide data to this
14  committee so that we can cooperate with you to
15  help?
16    GOVERNOR NOEM: Senator, I will follow
17  the law and be transparent with you and allow you
18  to do the due diligence towards oversight that
19  you're tasked with.
20    SENATOR LANKFORD: I have absolutely no
21  doubt about that, Governor. I have absolutely no
22  doubt, looking forward to you serving in that
23  role.
24    GOVERNOR NOEM: Thank you.
25    SENATOR LANKFORD: Thank you.

31 (Pages 118 - 121)

1 GOVERNOR NOEM: Thank you.
2      SENATOR PAUL: Well, congratulations,
3 Governor Noem. You are almost done.
4      GOVERNOR NOEM: Okay.
5      SENATOR PAUL: We've been through a lot
6 of questions. I think you've handled the
7 questions very well and I'm ask a couple of
8 questions, and I think the ranking member has a
9 few and I think we'll be done very shortly. I
10 think a lot of Americans, including some
11 conservatives misunderstand the First Amendment.
12 They think the First Amendment says that
13 "Facebook has to publish my opinion," or, "The
14 Wall Street Journal has to publish my opinion,"
15 or "We need to force them to be fair." That's
16 not what the First Amendment's about at all.
17      The First Amendment really doesn't
18 apply to telling private companies what we can or
19 cannot say. YouTube censored me and I despise
20 their policy. They actually took down speeches I
21 made on the floor, but really, I don't have a
22 legal recourse other than I can complain about
23 YouTube being unfair and not hosting both sides
24 of an issue. However, with the government
25 though, there is a rule. The First Amendment

1 specifically says, "Congress shall pass no law
2 banning or abridging speech," and this is what
3 really got us worried about what, not only the
4 FBI was doing, but the Department of Homeland
5 Security actually meeting with these companies.
6      SENATOR PAUL: ... on a weekly basis.
7 And imagine the chilling effect of this, imagine
8 that there are cameras here, that they're going
9 to end their filming of this interview and then
10 decide, "Well, what she said or what he said
11 really was misinformation, and we should edit
12 that out." Can you imagine? It's just hard for
13 me to imagine that the media has not, which once
14 defended the First Amendment, hasn't been in more
15 of an uproar over the government meeting with the
16 media to decide things. Some of this we didn't
17 know, and then Elon Musk bought Twitter. People
18 asked him, they said, "Well, you've paid $44
19 billion for Twitter. Isn't that too much?" And
20 he said, "I paid $44 billion to defend free
21 speech."
22      And it's been an amazing service, not
23 only to open up the forum to more viewpoints, but
24 to point out what the government was doing. In
25 this last week, we heard from Mark Zuckerberg,

1 who said that the pushiness, the coerciveness of
2 government meeting with them was unprecedented
3 and that they pushed back. But he also said
4 worse than them just sort of telling him he
5 should restrict speech; they also threatened him.
6 They threatened to come after him through
7 antitrust law, they threatened to remove parts of
8 Section 230 of the liability protection.
9      Just to imagine this bully nature of
10 government, and I know you're opposed to that,
11 but if you're confirmed and you're in a position
12 of saying, "We're just no longer sending people
13 to meet with media," and the way I describe it is
14 to talk about constitutionally protected speech.
15 Because some will say, "Oh, well, what about
16 pornography or what about child trafficking?"
17 Those are illegal. Those are not
18 constitutionally protected speech. You have
19 every ability to meet with that. But for
20 constitutionally protected speech, will you tell
21 us in America that you will no longer be sending
22 government agents to meet with the media?
23      GOVERNOR NOEM: Yes, Senator. I'll
24 work with you to ensure that civil rights and
25 liberties are protected and that we are not in

1 the misinformation and disinformation space like
2 the current DHS is.
3      SENATOR PAUL: The only other thing I
4 would ask on this basis is we will send requests,
5 we sent requests previously, sometimes, and often
6 bipartisan requests, for information. The
7 Twitter files, Michael Schellenberger, Matt
8 Taibbi, Bari Weiss did a great job of showing
9 what was happening in Twitter and how they were
10 cooperating with government. I think the other
11 investigation that needs to occur is who are the
12 people in government they were talking to? Do
13 they still work at DHS, and can we make sure that
14 they're not in a position of authority?
15      And this is not something I'm going to
16 tell you to do. It's just a request that you
17 have your own investigation, that you have people
18 who work for DHS to say, "We are going to look
19 for people who are bringing their political bias
20 to work and trying to influence speech and
21 restrict speech based on their bias and help us
22 in rooting that out and making sure that these
23 people never again have that responsibility."
24 Because I don't think there's ever been anything
25 like this as far as the restriction of speech,

32 (Pages 122 - 125)

1 and I think the election is largely going to stop
2 and tilt things the other way. But will you help
3 us by looking internally for those who are trying
4 to restrict speech?
5      GOVERNOR NOEM: Senator, I look forward
6 to working with you on that mission.
7      SENATOR PAUL: I don't have any other
8 questions now, but I think Senator Peters and
9 Senator Blumenthal, and we'll see how it goes.
10 We're going to start with Senator Peters with one
11 more five-minute round.
12      SENATOR PETERS: Yeah, I'll be fairly
13 brief. We've had opportunity to talk at length
14 about many issues, and again, I appreciate that,
15 Governor. I just want to stress going forward,
16 and we've heard a lot of comments here, I think
17 there's been a fair amount of political theater.
18 Not as much as I know exist in other committees,
19 and I've always strived, and I know ranking
20 member or now Chairman Paul share the notion that
21 we want to be a fact-based committee and try to
22 find tangible solutions to the tough problems
23 that we face, and data is important. We've heard
24 a lot of numbers being thrown around here, and I
25 don't have time to go through and challenge those

Page 126

1 numbers. Some of them we don't even know where
2 they came from. I don't think that's helpful to
3 the very important mission of confirm that you're
4 going to be dealing with. So, I hope in the
5 future, that we're actually dealing with facts.
6      You've mentioned many times that you do
7 want to deal with facts and real data. And
8 again, we heard a lot here that's not real data,
9 and we should not operate that way. And if
10 confirmed when we move forward, I'm going to look
11 forward to working with you based on the facts
12 and understand where the real threats are, how we
13 need to appropriate resources to make sure we're
14 meeting those threats.
15      And let's take this hyper-partisanship
16 out of such an important issue of homeland
17 security. We have way too much partisanship in
18 this country, and it's resulted in a polarization
19 of people here. We've got to come together as
20 this country, we've got to lock arms and
21 understand that we're all proud Americans, we all
22 want to do what's best for the American people
23 and solve the issues that are before us.
24      So, in that spirit, and certainly
25 you've communicated that spirit to me, but in

Page 127

1 that spirit, I hope if confirmed that is exactly
2 what you will be bringing to this office, and
3 let's move away from this toxic political
4 environment that we have in the country and
5 celebrate what's great about our country in the
6 spirit of bringing the American people together.
7      So, I have one question before we turn
8 it over to other members. As a member of this
9 committee, as well as the Armed Services
10 Committee, I've focused a great deal on the safe
11 integration of drones in our airspace while
12 addressing the growing threats that drones
13 possess. We certainly see what drones are doing
14 in changing the face of warfare, whether it's in
15 Ukraine and other battlefields around the world.
16 We are very concerned about the weaponization of
17 those drones and what it could mean to the
18 security here in the United States. I've
19 proposed comprehensive legislation to extend
20 authorities beyond just the FBI and DOJ and
21 Homeland Security to local law enforcement.
22      You mentioned in your comments about
23 security for the Super Bowl, which is incredibly
24 important, but we have to remember that that
25 threat exists for all games. In fact, one of the

Page 128

1 biggest supporters of my legislation is the NFL.
2 In fact, we just had a recent playoff game that
3 was delayed because of drones that flew into that
4 playoff game. We are very concerned that you
5 could have a drone with a grenade or an explosive
6 device, which would be absolutely catastrophic.
7 It's absolutely essential that we address this
8 threat. What we're seeing around the world and
9 what we're seeing in daily activities should be a
10 concern. I think this is just a matter of time.
11 It's not if, it's when, and we need to be on the
12 front end of that.
13      And with that in mind, I want to remind
14 folks that Congress just recently extended
15 critical counter-UAS authority, counter-drone
16 authority only for a short-time basis for the
17 12th time. We only do these little, tiny short-
18 term extensions, and we aren't dealing with the
19 problem comprehensively as we should, and those
20 are going to expire on March 14th, a very short
21 time from now. And so, my question for you,
22 Governor, is if confirmed as DHS Secretary, will
23 you commit to working with me and my colleagues
24 to pass durable, long-term authorities that will
25 protect this country from what is a real threat,

Page 129

33 (Pages 126 - 129)

ER0983

1 and it's just a matter of time?  And I don't want
2 to have a horrible incident occur, and people
3 wonder why we didn't take action beforehand.  So,
4 please address that.
5        GOVERNOR NOEM:  Senator, I look forward
6 to working with you and this committee to address
7 the threats we may face and the usage of drones
8 in this country in relation to our national
9 security interests and our homeland security
10 interests.  So, thank you for bringing up the
11 conversation today, because it is one of the
12 areas within DHS that we have a responsibility to
13 address in cooperation with Congress.
14        SENATOR PETERS:  And my first comments
15 on bringing people together, please comment on
16 that.
17        GOVERNOR NOEM:  Oh, well, thank you,
18 sir.  Yes, no.
19        SENATOR PETERS:  I didn't ask that
20 question, but in my 24 seconds left.
21        GOVERNOR NOEM:  I'm looking forward to
22 working with everyone, Republicans and Democrats
23 and everyone else in between, that in this
24 country that is focused on keeping America safe
25 and secure for our future.  I would just point,

Page 130

1 Senator, to my background and my history.  When I
2 came to Congress, I worked with Republicans and
3 Democrats on both sides of the aisle on many
4 pieces of legislation and was very happy to do so
5 and focus on priorities on where we could
6 agreement, knowing we may disagree on some
7 issues, but there was areas where we could keep
8 the federal government accountable and do due
9 diligence by the people that pay their taxes and
10 get up and go to work every single day.  As
11 governor, as well.  I was governor for every
12 single person in the state of South Dakota, and
13 they were my number one priority, and everyone
14 knew there that it didn't matter if you were
15 Republican or Democrat, that my focus was on them
16 and keeping our state thriving and free.
17        So, I look forward to continuing the
18 work that I always have to be coming up with
19 solutions and in a bipartisan manner, and
20 hopefully, my visits to your office and my intention on
21 conversations reflected that and my intention on
22 how I would conduct the role as the Department of
23 Homeland Security Secretary.
24        SENATOR PETERS:  Got a brief follow up
25 to that.

Page 131

1        GOVERNOR NOEM:  Sure.
2        SENATOR PETERS:  So, it's data and
3 facts that we can all agree on that drive our
4 policy and not political theater.  Would you
5 agree?
6        GOVERNOR NOEM:  Well, certainly, sir.
7 We need to be addressing facts and information
8 rather than political theater.  We also need to
9 speak truth to facts.  So, I think it's important
10 that we're willing to confront our challenges
11 head on and have those conversations.  And you'll
12 see me back at your office door very soon to
13 continue our work together.
14        SENATOR PETERS:  Very good.  Thank you.
15        SENATOR PAUL:  And I want to second
16 basically what Senator Peters has said.  On
17 records requests, I've told him, and I plan on
18 it, it's going to be administration of my party,
19 that if he wants records and there are legitimate
20 records, we're going to sign requests together,
21 and we'd like to get the records.  It also helps,
22 though, and I think Senator Lankford mentioned
23 this, is you ask a question, not you, but to the
24 administration or any administration, they're
25 like, "Oh, yeah.  We'll get back to you on it."

Page 132

1 Many times, I've even asked in advance, and I
2 would suggest that we ask you in advance
3 together, we ask in advance, "If you're coming in
4 a month, we say we want this data.  Be prepared
5 to talk about it."  And if you are, you'll have
6 many more friends on both sides because what
7 usually happens, and that's why I don't like
8 springing the question.  If it's a technical
9 question that needs data, we're going to tell you
10 in advance, at least I will, and we want you to
11 come prepared with that.
12        And that goes a long way, because
13 really what happens is we get stiff-armed.  They
14 say, "We'll get back to you," and we have no way
15 to force you, really, other than we could cut the
16 money off, and nobody ever does that.  But you'll
17 have 200,000 people working for you.  By
18 goodness, send your experts out, scour the
19 records.  And it is true, facts are difficult,
20 and sometimes, there's different spins on the
21 same set of facts, but I think that will help.
22        On the drones, I think we need more
23 facts.  So, I'm more than willing to work with
24 the ranking member on doing something on drones,
25 but I don't want every sheriff out there shooting

Page 133

34 (Pages 130 - 133)

1 up in the sky at stuff. We got to figure out and
2 we got to get the truth about do we really have
3 drones everywhere flying all the time? How many
4 of them are planes? How many of them are drones?
5 And let's go through this, and then let's figure
6 out, and then let's talk about how we bring
7 drones down. If we interrupt and collect a lot
8 of cellular signal through that, are we doing it
9 with a warrant? What are we going to do with all
10 the Americans' data that we've collected to take
11 down drones? If we have to take a whole cell
12 towers worth of data, there's a lot of innocent
13 people's data is going to be collected in that.
14 Is that being gotten rid of? So, I think there
15 are ways we can get to the right place.
16 Everybody, obviously nobody wants drones coming
17 down.
18        The only other thing I'd add on drones
19 before I turn it over to Senator Lankford is
20 look, I'm all for the NFL being protected and the
21 Super Bowl being protected. They need to pay.
22 They are a very rich organization. They want
23 drones flying over in New Orleans. I'm all for
24 it. The NFL ought to pay the government if the
25 government's doing it, or we ought to have

Page 134

1 have felt like they've been sidelined, and
2 they've not been able to do their job that they
3 really signed up for. And what I'm hearing from
4 you is you're going to allow them to do their job
5 again, what has been historically true for a long
6 time, that federal law enforcement is there to
7 actually help protect the country and the
8 citizens and those communities, that you're going
9 to allow them to do that, and that's helpful.
10        So, I have two quick things that I want
11 to be able to mention on this. One is right now,
12 just in the structure of this, and we can talk
13 about this a different time, but CBP facilities
14 that are along the border are really run by a
15 different entity called GSA, and they're not
16 allowed to be able to do updates on their
17 facilities or to design their facilities.
18 Somebody who lives 3,000 miles away and who
19 doesn't actually do border patrol work, they
20 actually design and oversee their facilities.
21 That's a problem that we've got to be able to
22 fix.
23        So, we've worked to be able to give
24 more flexibility to CBP that when they have
25 difficulty and challenges there, they have the

Page 136

1 private contractors doing it, but they shouldn't
2 just get it for free. Senator Lankford.
3        SENATOR LANKFORD: Thank you. Thanks,
4 again. As Senator Paul will remember on this,
5 there used to be a public facing website that all
6 Americans could actually get the data, what's
7 happening on the border, what's actually moving,
8 and then when the numbers got bad, that seemed to
9 disappear, and then we couldn't even get the data
10 anymore. So, I look forward to actually finding
11 ways to be able to have everybody has the ability
12 to be able to see some of this data as well on
13 it.
14        There's a reason that the DHS Secretary
15 is the very first week of nominations. This is a
16 really important role, and it is a non-partisan
17 role. It is a national security role, and we're
18 grateful that you've stepped into this, but it is
19 important that we actually get you on the task to
20 be able to make sure that it's out there.
21        You mentioned earlier in your testimony
22 that we do have a morale problem at DHS right
23 now, and I think a lot of that is because people
24 that signed up to be federal law enforcement to
25 be able to protect the United States of America

Page 135

1 ability to be able to make those changes. But
2 I'm not going to ask you to make a commitment to
3 this, because this is just one of those detail
4 areas, but will you commit in the future to
5 working with us, that this committee and you can
6 work together to be able to figure out how the
7 folks that are on the field can actually make
8 decisions about the facilities they work in?
9        GOVERNOR NOEM: Yeah. Senator, I
10 commit to working with you on that issue.
11        SENATOR LANKFORD: Terrific. And then
12 I had a constituent in Oklahoma that is a hunter,
13 like you are, like I am. He had a bag that he
14 had some additional rounds that were in his bag
15 that were left over from a hunting trip months
16 before. He packed his bag, went on a vacation
17 trip overseas, went through security with his
18 bag. When he got overseas and then left and came
19 back, they scanned his bag and said, "You have
20 bullets, you have rounds in your bag," and he had
21 I think five that were in his bag, that he didn't
22 even remember were left over in an outside pocket
23 from a hunting trip before.
24        Well, they promptly put him in jail and
25 held him there and detained him there. Now, we

Page 137

35 (Pages 134 - 137)

(114 of 290), Page 114 of 290
Case: 25-2120, 04/30/2025, DktEntry: 23.7, Page 114 of 290
Case 3:25-cv-01766-EMC     Document 37-12     Filed 02/21/25     Page 37 of 92

1 worked through all the process to be able to get
2 him back. My question is that same bag went
3 through TSA security in my state before it went
4 through security overseas. And so, one of the
5 questions that I've asked is why were those
6 rounds picked up there and not here?
7       Now, we don't have the full answer to
8 that yet, but that's just one of those TSA
9 questions that we need to have. Americans right
10 now are on planes all over the country, and they
11 count on a certain level of security when they go
12 through that process. So, in the days ahead,
13 will you work with me to be able to identify what
14 are the challenges that we still face with the
15 screening process and to be able to correct those
16 for the security of all Americans?
17       GOVERNOR NOEM: Yes, Senator, I will
18 work with you on that.
19       SENATOR LANKFORD: Thank you.
20       GOVERNOR NOEM: I was surprised TSA
21 didn't come up more today, but that is an area in
22 need of reform as well, and I look forward to
23 working with you there.
24       SENATOR LANKFORD: Look forward to
25 that. Thank you. I yield back.
                                              Page 138

1 border security, generally. We know we need to
2 provide some kind of path to earn citizenship for
3 a lot of the undocumented people in this country,
4 and we know it's possible, because we did it in
5 2013.
6       The United States Senate, as you will
7 recall, passed a comprehensive immigration reform
8 measure. Overwhelmingly, it was bipartisan. I
9 was proud to be a part of it, going through the
10 Judiciary Committee, but obviously it will
11 involve Homeland Security, and I hope that we can
12 continue, as Senator Lankford was a part of the
13 effort in the last session to expand on those
14 efforts and move forward on a bipartisan basis
15 toward bipartisan comprehensive immigration
16 reform.
17       I want to talk to you a little bit
18 about domestic terrorism, which we discussed
19 during my previous round, and I know you've
20 discussed it afterward, including not just
21 migrant crime and radicalization by ISIS, which
22 are real and present problems, I also want to ask
23 you about domestic terrorism events unrelated to
24 groups outside our borders. We've seen a rise in
25 antisemitism in this country. It has spiked
                                              Page 140

1       SENATOR PAUL: Government needs a
2 healthy dose of common sense. Bullets in your
3 bag. I had a guy with bullets in the back of his
4 pickup truck coming back from Mexico. We
5 arrested him and took his truck, and only because
6 the Institute of Justice fought for him for three
7 years that he get his truck back. That's crazy,
8 the things we do. Let's have some common sense,
9 and hopefully, someone overseeing it will allow
10 that. Senator Blumenthal, you're going to finish
11 us up.
12       SENATOR BLUMENTHAL: Thank you,
13 Chairman Paul. I'm the last of your questioners,
14 so that means I get unlimited amounts of time.
15       GOVERNOR NOEM: Okay.
16       SENATOR BLUMENTHAL: Not really. Not
17 even close. I want to sort of continue the
18 emphasis on bipartisanship and most especially on
19 immigration reform. What this nation needs is
20 comprehensive immigration reform. We know about
21 the need for more H-1B visas and other kinds of
22 extensions of the visa program that enable the
23 United States to have more workers that are
24 desperately needed in certain areas of our
25 country. We know that there has to be better
                                              Page 139

1 beyond any prediction, and I want to know of your
2 concern with antisemitist, racist events,
3 Charlottesville, Buffalo, Pittsburgh, there's a
4 shorthand for these violent terrorist acts
5 against people in the United States.
6       GOVERNOR NOEM: Yes, Senator, I'm very
7 concerned about what we've seen in this country
8 as far as antisemitic violence that has happened.
9 In fact, last year during our legislative
10 session, I brought legislation to more clearly
11 define it so that we could fight it in our home
12 state. And I'm hopeful I can work with you to
13 continue to do what we can to make sure that we
14 are addressing this rising threat and not
15 facilitating it in this country.
16       SENATOR BLUMENTHAL: And I just want to
17 make sure that when you say we're protecting
18 Americans against terrorism, that we're
19 protecting all Americans, including people in
20 mosques, in churches, in synagogues, people
21 regardless of their worship, their race, their
22 background. We need to protect all Americans
23 from antisemitism, racism, Islamophobia. I hope
24 you'll commit to that effort.
25       GOVERNOR NOEM: Yes, correct. Thank
                                              Page 141

36 (Pages 138 - 141)

1  you, Senator, and I look forward to working with
2  you to do that.
3          SENATOR BLUMENTHAL:  In my closing
4  minute-and-a-half, I just want to call your
5  attention to an effort that I've led to help
6  reunite children with their parents, children who
7  were separated as a result of the so-called
8  family separation policy.  In the last
9  administration, I have introduced a measure
10 called Keep Families Together, not only to limit
11 separation of families at or near ports of entry,
12 but also the Families Belong Together Act for
13 several Congresses to help bring the children,
14 the kids who were victims of this policy and who
15 still are not back with their parents.  I hope
16 that you will support that kind of effort.
17         GOVERNOR NOEM:  Senator, the Trump
18 administration never had a family separation
19 policy.  They had a zero-tolerance policy, which
20 said that our laws would be followed.  What I'm
21 alarmed by is the over 300,000 children that went
22 missing during the Biden administration.  And
23 when we talk about children and what they're
24 potentially facing as far as victimization in
25 this country and the trafficking that's going on,

1  to keep families together.  We will uphold our
2  law, and we'll make sure that we're doing
3  everything we can to keep our children safe from
4  the trafficking and the drug epidemic that's hit
5  this country.
6          SENATOR BLUMENTHAL:  I'm going to end
7  on an optimistic note and say I take that as a
8  yes.
9          GOVERNOR NOEM:  Yeah.
10         SENATOR BLUMENTHAL:  Thank you, Mr.
11 Chairman.
12         SENATOR PAUL:  Thank you for your
13 testimony.  The nominee has filed responses to
14 biographical and financial questionnaires,
15 answered prehearing questions submitted by the
16 committee, and had their financial statements
17 reviewed by the Office of Government Ethics.
18 Without objection, this information will be part
19 of the hearing record with the exception of the
20 financial data, which are on file and available
21 for public inspection in the committee offices.
22 The hearing will remain open until 5:00 p.m.
23 today, Friday, January 17th for the submission of
24 statements and questions.
25         For the record, this hearing is

1  this administration's lack of desire to find out
2  where those children are or what they may be
3  going through is alarming to me.  So, I want to
4  stop that.
5          SENATOR BLUMENTHAL:  Well, because my
6  time is expiring, I'm just going to interrupt
7  again with apologies to say let's put aside ...
8          GOVERNOR NOEM:  Well, I can't put aside
9  340,000 children.
10         SENATOR BLUMENTHAL:  Let's put aside
11 the labels, let's put aside what happened in the
12 past.  There are still a thousand children who
13 are separated and waiting to be reunited.  I'd
14 like your commitment that you're going to
15 continue the effort to reunite them with their
16 parents.
17         GOVERNOR NOEM:  Senator, keeping
18 families together is critically important to me
19 and to this country.  I'm concerned about Laken
20 Riley's family, that they no longer have her.
21 I'm concerned about the fact that we have people
22 in this country that don't know where their
23 children are or people in other countries who
24 sent their children here and they've been lost by
25 this administration.  So, yes, my focus will be

1  adjourned.
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
 1          C E R T I F I C A T I O N
 2   I, Sonya Ledanski Hyde, certify that the
 3   foregoing transcript is a true and accurate
 4   record of the proceedings.
 5
 6   Sonya L. Ledanski Hyde
 7
 8
 9
10   Veritext Legal Solutions
11   330 Old Country Road
12   Suite 300
13   Mineola, NY 11501
14
15   Date:  February 17, 2025
16
17
18
19
20
21
22
23
24
25
```

Page 146

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

ER0988

**[000 - academy]**

| 0 |
|---|
| **000**   102:18 |

| 1 |
|---|
| **10**   64:20 |
| **10,000**   95:10 |
| **100**   5:21 54:21 |
| 64:17 65:9 |
| 106:1,1 |
| **10:00**   25:21 |
| **11**   101:5 |
| **110**   2:7 |
| **11501**   146:13 |
| **11th**   19:7 77:4 |
| **12**   52:23 114:17 |
| **12,000**   101:11 |
| **12151**   146:6 |
| **12th**   129:17 |
| **13,000**   19:16 |
| 37:5 |
| **14th**   129:20 |
| **15**   1:12 |
| **16,000**   37:7 |
| 74:7 101:17 |
| **17**   146:15 |
| **17th**   144:23 |
| **19**   3:15 |
| **1b**   139:21 |

| 2 |
|---|
| **2**   48:11 |
| **20**   19:2 119:9 |
| **200,000**   133:17 |
| **2001**   19:7 |
| **2013**   140:5 |

| 3 |
|---|
| **2025**   1:12 81:13 |
| 146:15 |
| **2027**   104:11 |
| **21st**   20:3 |
| **22**   16:6 83:3 |
| 96:4 |
| **230**   124:8 |
| **24**   130:20 |
| **24/7**   18:10 |
| **240,000**   5:20 |
| 82:25 |

| 3 |
|---|
| **3**   64:19 |
| **3,000**   136:18 |
| **30**   18:22 76:7 |
| 80:15 |
| **300**   146:12 |
| **300,000**   142:21 |
| **31st**   69:1 |
| **32**   39:2 |
| **330**   18:5 146:11 |
| **340,000**   143:9 |
| **382**   29:19 30:9 |
| 46:21 101:6 |

| 4 |
|---|
| **40**   18:22 53:2 |
| **400**   100:20 |
| **425,000**   37:9 |
| 99:2 |
| **435**   12:24 13:2 |
| **44**   123:18,20 |

| 5 |
|---|
| **50**   105:21 |
| **5:00**   144:22 |

| 6 |
|---|
| **6**   102:18 |
| **600,000**   101:22 |
| 101:23 104:23 |

| 7 |
|---|
| **7**   19:15 |
| **7,000**   19:17 |
| **70,000**   41:2 |
| 120:22 121:1 |
| **700**   112:3 |
| **700,000**   102:10 |
| **75**   53:2 |

| 8 |
|---|
| **80**   104:14 |
| **8th**   71:22 |

| 9 |
|---|
| **9**   69:1 |
| **9/11**   106:19 |

| a |
|---|
| **a.m.**   25:21 |
| **abiding**   2:18 |
| 3:6 |
| **ability**   8:22 |
| 15:7 33:19 |
| 45:7 47:10 |
| 77:20 97:2 |
| 110:8 120:15 |
| 124:19 135:11 |
| 137:1 |

| able   9:12 11:20 |
|---|
| 14:19 28:12 |
| 50:24 70:19 |
| 77:18,20 82:11 |
| 85:3 96:25 |
| 98:2 115:2,3,6 |
| 115:14,15,19 |
| 115:21 117:6,8 |
| 117:8,14 118:8 |
| 119:7,16 |
| 120:15 121:8 |
| 121:12 135:11 |
| 135:12,20,25 |
| 136:2,11,16,21 |
| 136:23 137:1,6 |
| 138:1,13,15 |
| **abridging** |
| 123:2 |
| **absolute**   10:24 |
| 52:1 82:16 |
| **absolutely**   6:21 |
| 26:23 41:9 |
| 47:21 53:19 |
| 71:9 77:13 |
| 121:20,21 |
| 129:6,7 |
| **abundance** |
| 10:23 |
| **abuse**   3:21 |
| 54:12 56:25 |
| 116:13 |
| **abused**   55:22 |
| 104:18 |
| **academy**   23:8 |
| 97:10 |

Page 1

**[accepting - afterward]**

| | | | |
|---|---|---|---|
| **accepting** 113:18 | **activity** 11:12 38:17 | 11:3 22:13,24 29:13 31:18 | 87:5 95:6 98:2 101:3 102:22 |
| **access** 71:23 | **actors** 21:24 | 92:9 129:7 | 104:19 112:19 |
| **accessible** 90:15 | 32:13 36:18 45:5 47:16 | 130:4,6,13 | 112:20 116:24 |
| **accomplish** 82:11 | 69:25 73:17 74:15 87:13 | **addressed** 19:18 44:18 | 118:2 119:14 120:23 121:3 |
| **account** 2:8 | **acts** 107:19 | **addresses** 55:18 | 132:18,24,24 142:9,18,22 |
| **accountability** 3:24 4:8 34:23 | 114:9 141:4 | **addressing** 2:24 3:9 7:5,18 | 143:25 |
| 38:20 69:22 | **actual** 47:9 53:6,6,15 | 28:1,14 35:10 | **administratio...** 37:11 55:4 |
| **accountable** 37:19 54:7 | 116:25 | 35:21 38:21 128:12 132:7 | 86:4 143:1 |
| 72:15 87:14 131:8 | **actually** 50:2 55:6,15 56:10 | 141:14 | **administrations** 112:14 |
| **accurate** 146:3 | 76:24 93:8 95:6,16 105:18 | **adequately** 28:22 36:1 | **adopted** 59:3 |
| **achieve** 20:24 | 106:5,21 | 44:21 | **advance** 22:7 133:1,2,3,10 |
| **acknowledge** 22:4 | 107:12,25 109:3 116:22 | **adhered** 103:13 | **adversarial** 3:11 |
| **act** 53:8 64:16 | 120:8 122:20 | **adherence** 102:15 | **adversaries** 8:3 |
| 86:17 142:12 | 123:5 127:5 135:6,7,10,19 | **adhering** 65:6 | 21:24 23:19 |
| **acting** 11:23 34:15 | 136:7,19,20 137:7 | 110:7 | **advising** 53:8 |
| **action** 111:13 130:3 | **add** 13:18 134:18 | **adjourned** 145:1 | **advisor** 17:13 76:16 |
| **actions** 30:24 76:21 86:22 | **addie** 70:23 | **adjust** 49:17,22 | **advisors** 98:7 |
| **activated** 39:2 | **adding** 6:18 | **administration** 2:19 11:9 35:6 | **affected** 38:8 |
| **activation** 39:24 | **addition** 7:4 26:22 49:12 | 38:15 39:19 42:10 50:23 | **affecting** 8:11 |
| **active** 110:18 | **additional** 6:23 44:9 115:15 | 52:10 56:21 57:15 62:12 | **affiliates** 38:17 |
| **activities** 2:8 67:2 73:4 | 137:14 | 66:22 72:3 75:10 78:9 | **afghanistan** 41:3 |
| 129:9 | **address** 4:17 6:7 8:10,22 | 81:19 83:6 85:20 86:3,15 | **afloat** 95:23 |
| | | | **afraid** 18:23 |
| | | | **afterward** 140:20 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

[agencies - announcement]

| | | | |
|---|---|---|---|
| **agencies** 23:16 31:25 32:5 35:9 39:11,12 43:9 66:23 67:7 72:18 73:15,15 83:3 107:17 | **agriculture** 80:16 | **allowed** 54:13 88:8 100:19 101:14,16 103:17 104:20 120:20 136:16 | 37:16 57:19 60:14 61:13 63:12 65:13 70:13,19 75:20 86:12 87:2 89:8 94:5 |
| **agency** 2:7,10 2:12,22 3:22 4:10 5:19 8:9 24:18 32:12 48:16 82:25 83:12,21 84:3 85:14,22,23 94:19 | **ahead** 23:23 55:5 90:10 91:3 138:12 | **allowing** 53:25 | 102:20 107:25 108:3,19,23 112:23 113:3 117:25 118:4 119:18,24 127:22 128:6 |
| | **air** 28:10 82:8 | **allows** 47:12 56:18 | |
| | **airfare** 103:8 | **alongside** 106:20 | |
| | **airspace** 128:11 | **alternative** 72:21 | |
| | **aisle** 107:10 131:3 | **amateurish** 12:13 | **americans** 2:18 2:20 3:4 7:7 18:5,20,22 20:25 21:2 24:6 27:12 29:4 31:15 36:24 38:1 58:7 80:23 83:14 122:10 127:21 134:10 135:6 138:9,16 141:18,19,22 |
| **agenda** 75:20 80:17 102:14 104:13 | **al** 29:9 81:14 | | |
| | **alarmed** 142:21 | **amazing** 100:9 100:10 106:13 123:22 | |
| | **alarming** 104:23 143:3 | | |
| **agents** 21:8 85:2 124:22 | **alaska** 13:3 | **amendment** 58:6 86:18 122:11,12,17 122:25 123:14 | |
| | **alcohol** 69:5 | | |
| **aggressive** 31:23 | **alejandro** 51:25 105:14 | | |
| **ago** 7:6 52:24 69:1 100:1 103:16 | **alien** 94:5 | **amendment's** 122:16 | |
| | **aliens** 21:15 115:22,25 116:10 120:20 | **america** 13:10 17:23 18:19 37:19 70:16 84:22 94:15 99:25 104:8,15 105:17 124:21 130:24 135:25 | **amount** 10:21 10:22 27:22 33:9 81:5 115:16 126:17 |
| **agree** 26:6 29:16 43:11 53:14 61:8 62:23 112:5,10 132:3,5 | **alive** 54:25 103:24 | | |
| | **alkire** 15:4 | | **amounts** 139:14 |
| | **alliance** 14:16 | | **announce** 75:25 |
| **agreement** 12:6 131:6 | **allocate** 63:19 64:17 65:9 | **american** 2:12 3:13,23 4:15 7:16 8:21 11:7 21:17 25:13 30:15 36:14 | **announcement** 75:24 |
| **agricultural** 98:9,18,19 99:12 | **allow** 36:25 37:2 55:5 57:11 100:24 101:24 103:4 104:12,20 117:23 121:17 136:4,9 139:9 | | |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

ER0991

**[annually - attention]**

| | | | |
|---|---|---|---|
| **annually** 2:8 | **applied** 84:13 | **armed** 128:9 | **associated** |
| **answer** 3:16 | **apply** 55:5 | 133:13 | 59:10 |
| 36:8 75:22,22 | 122:18 | **arms** 127:20 | **association** |
| 100:19 115:3 | **appreciate** 5:13 | **arrested** 111:7 | 16:7 |
| 138:7 | 5:13 18:13 | 139:5 | **assume** 40:20 |
| **answered** | 26:20 42:24 | **art** 22:7 | 62:22 63:25 |
| 144:15 | 43:3,5 45:11 | **aside** 143:7,8 | **assurances** |
| **answering** 36:6 | 47:18 51:3 | 143:10,11 | 112:17 |
| **answers** 22:5 | 60:2 74:19 | **asked** 21:4 26:1 | **assured** 28:4 |
| 36:11 | 92:3 113:12 | 34:14 38:22 | **asylum** 7:2 |
| **antiquated** | 114:2 126:14 | 42:5 52:5 | 54:13,14 55:5,7 |
| 74:7 | **appreciated** 6:4 | 65:20 70:9,21 | 55:10,11,12 |
| **antiquities** | **apprehending** | 77:11 84:5 | 57:1 |
| 35:19 | 21:14 | 88:10 112:20 | **attack** 7:22 |
| **antisemitic** | **approach** | 123:18 133:1 | 21:23 48:1,7 |
| 141:8 | 19:25 22:1,14 | 138:5 | 66:14 71:21 |
| **antisemitism** | 23:2 98:10 | **asking** 64:3 | 79:18 90:1,8 |
| 140:25 141:23 | **appropriate** | 120:13 | **attacking** 23:1 |
| **antisemitist** | 39:1 91:1 | **asks** 55:10 | **attacks** 3:10 |
| 141:2 | 111:24 127:13 | 111:10 | 6:1 7:21 8:5 |
| **antitrust** 124:7 | **appropriated** | **assassination** | 19:7,9 20:11 |
| **anymore** | 64:18 | 58:17 59:6,11 | 26:19 31:24 |
| 135:10 | **appropriately** | 59:25 | 32:17 33:5 |
| **anyway** 14:15 | 28:6 | **assassinations** | 48:9 72:12 |
| **apartments** | **area** 47:8 67:15 | 58:16 | 73:11 81:24 |
| 92:25 | 73:18 138:21 | **assault** 37:8 | 82:6 89:6 |
| **apologies** 143:7 | **areas** 6:4 | **assaulted** 53:11 | **attempted** |
| **apologize** 64:9 | 130:12 131:7 | 53:13 | 58:16 |
| **app** 55:2,9,12 | 137:4 139:24 | **assembled** 83:3 | **attempts** 58:17 |
| 55:17,25 | **arena** 9:19 | **assert** 4:24 | 59:7,11,25 74:8 |
| 115:20,22 | **arguably** 3:15 | **assessment** | **attend** 31:11 |
| 116:1,3,5 | **arizona** 92:6 | 81:13 | **attendance** |
| **appear** 16:25 | 93:9,17 94:6 | **assist** 39:3 | 92:2 |
| 25:9 26:7 | 96:2 97:16 | **assistance** | **attention** 21:21 |
| | | 112:18 113:5 | 114:3 142:5 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**ER0992**

**[august - bipartisan]**

| | | | |
|---|---|---|---|
| **august** 62:18 | 138:2,25 139:3 | **basis** 78:8 | **beyond** 99:5,9 |
| **authorities** | 139:4,7 142:15 | 82:16 123:6 | 128:20 141:1 |
| 31:8 76:21 | **backed** 87:13 | 125:4 129:16 | **bia** 97:5 |
| 78:10 79:5 | **background** | 140:14 | **bias** 63:11 65:4 |
| 89:18 128:20 | 4:17 5:16 | **battlefields** | 65:11 118:4 |
| 129:24 | 40:20 99:18 | 128:15 | 125:19,21 |
| **authority** 72:6 | 113:25 131:1 | **beach** 91:16 | **biden** 2:19 11:9 |
| 115:6,16,17,24 | 141:22 | **beaches** 104:14 | 29:19 37:21 |
| 116:8,20 117:6 | **bad** 32:13 45:5 | **beacon** 25:7 | 38:15 39:19 |
| 125:14 129:15 | 47:16 73:17 | **bear** 67:1 92:11 | 52:10 55:4 |
| 129:16 | 74:15 91:24 | 96:22 | 57:10 72:3 |
| **authorization** | 111:9 112:10 | **bearing** 95:11 | 86:3 101:7 |
| 28:11 | 135:8 | **becoming** 8:5 | 104:5,10,19 |
| **authorized** | **bag** 137:13,14 | **behalf** 17:17 | 112:3 116:23 |
| 51:7 | 137:16,18,19 | **behaviors** | 119:14 142:22 |
| **available** 5:8 | 137:20,21 | 30:24 | **biden's** 30:12 |
| 45:4 58:25 | 138:2 139:3 | **believe** 10:19 | 38:8 101:4 |
| 59:12 144:20 | **balance** 96:16 | 11:15 20:12 | 112:18 |
| **b** | **ball** 67:19 81:4 | 32:5 71:16 | **big** 2:3 84:1 |
| **back** 11:1 | **ballot** 106:24 | 80:20 84:12 | 88:10 95:12 |
| 19:22 22:10 | **balls** 89:17 | 89:10 94:4 | 99:5 120:9 |
| 25:17 30:23 | **banning** 123:2 | 96:19 103:1 | **bigger** 22:3 |
| 32:25 37:17 | **bari** 125:8 | 109:6,15,18,20 | **biggest** 84:10 |
| 47:14 48:23 | **base** 28:10,25 | 109:23,25 | 129:1 |
| 57:2 63:24 | 95:17 | **belong** 14:15 | **bill** 13:8,13 |
| 71:18,25 72:10 | **based** 7:23 29:7 | 142:12 | 49:9 |
| 72:15 76:2 | 29:14 48:1 | **benefit** 94:15 | **billion** 2:7 5:21 |
| 82:18 83:2 | 51:18 62:10 | 113:23 | 19:15 64:17 |
| 85:5,15,18 | 64:12 86:14,14 | **best** 19:13 | 65:9 123:19,20 |
| 94:18 110:13 | 108:19 125:21 | 78:19 127:22 | **billions** 88:1 |
| 111:19 113:12 | 126:21 127:11 | **bet** 91:8 | **biographical** |
| 118:8,24 120:4 | **basic** 61:1 | **better** 13:17 | 144:14 |
| 120:6 124:3 | 120:19 | 17:25 76:5 | **bipartisan** 44:6 |
| 132:12,25 | **basically** 65:16 | 88:19 100:11 | 46:8 49:9 |
| 133:14 137:19 | 132:16 | 110:3 139:25 | 58:15,16 60:1 |

**[bipartisan - brush]**

98:14,14 106:5
113:1 125:6
131:19 140:8
140:14,15
**bipartisanship**
139:18
**bit** 9:20 46:7
70:7 119:21
140:17
**blame** 109:13
**blank** 75:14
**blessing** 12:14
**blitz** 115:4
**blizzards** 24:10
**blow** 108:11
**blueprint** 89:11
89:19 90:3
**blueprints**
90:10
**bluffs** 68:19
**blumenthal**
60:9,19,20
61:19 62:8
63:5,13,25 64:7
65:8,12,16,19
66:16 67:14
126:9 139:10
139:12,16
141:16 142:3
143:5,10 144:6
144:10
**board** 57:17,25
58:4,9 83:14
96:3 97:12

**boards** 3:3
**body** 12:24
17:11,13 91:14
110:8
**bonded** 69:5,6
**books** 59:9
112:24 113:1
**border** 2:17 3:1
3:10 6:9,11,13
6:17,24 7:4
10:18 11:8,11
12:18 20:16
21:1,4,6,8,18
26:22,22,24
27:1,3,6,6,17
27:21,23 28:9
28:14,17 29:18
29:20 30:10,16
36:15 37:6,22
38:7,8,10,14
39:17,25 43:24
43:25 44:1,5,7
44:10,13,17,20
45:9,14,15,24
46:1,14 52:6,12
52:13,16,19
67:17,17 68:17
68:21 69:24
75:15,17 76:8
76:17 77:10,14
78:18 79:7
81:18 82:10
83:7,8,23 85:2
85:6 92:6,7,11
92:13,18 93:2

93:11,13,23
94:13 96:7,15
96:24 97:20
105:4,4,7 109:1
109:15 112:12
115:7,10
116:25 117:1,1
120:11,20,25
121:1,3 135:7
136:14,19
140:1
**borders** 5:25
6:6,25 11:6
18:19 20:8,19
26:18 27:17,25
36:17 76:1
82:7 84:14
93:9 95:5,19
96:13 104:13
105:10 109:8
140:24
**born** 65:22
**bottom** 61:11
**bought** 123:17
**boundaries**
2:11
**bowl** 30:2
31:12 67:20
128:23 134:21
**branch** 4:9
77:17
**branches** 66:25
**bravery** 21:17
**break** 36:24
37:4 54:7

**breaking** 36:22
**brian** 106:10
113:19
**bridge** 6:19
27:9 28:2
112:12
**bridget** 100:6
**brief** 126:13
131:24
**briefing** 119:23
**bring** 24:24
34:11,24 50:6
88:19 96:22
98:14 102:6
134:6 142:13
**bringing** 26:20
42:2,4 50:18
67:1 125:19
128:2,6 130:10
130:15
**brings** 10:3
14:9
**broader** 75:10
**broken** 37:25
41:9 68:17,20
84:4 85:14
92:13 93:13
95:18 98:24
109:10
**brother** 71:1
**brought** 8:13
91:10 141:10
**brunt** 95:11
**brush** 91:13

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

ER0994

[bryon - chairman]

**bryon** 18:9
**budget** 5:21
  19:15
**buffalo** 141:3
**build** 17:25
  28:17 36:12
  37:17 46:19
  59:19 85:9
  97:8,18 116:22
  117:4
**building** 6:13
  40:1
**buildings** 111:2
**built** 97:13
**bull** 15:6
**bullets** 137:20
  139:2,3
**bully** 124:9
**bunch** 91:23
  111:4 115:5
**burden** 92:12
  93:2
**burdensome**
  92:19
**bureaucracy**
  72:4
**bureaucratic**
  2:9
**burgum** 15:16
**burn** 91:11
**burning** 91:15
**busiest** 6:17
**business** 12:8
**businesses** 33:3
  49:3

**businessperson**
  17:20
**butler** 34:13
  89:15

**c**

**c** 146:1,1
**cabinet** 66:25
  104:6
**california** 8:15
  61:24 62:11
  63:4,8 87:19
  88:3 90:21,24
  91:10 113:2
**call** 61:9 107:18
  142:4
**called** 8:4 31:7
  55:2,12 115:22
  136:15 142:7
  142:10
**calling** 108:14
**calls** 100:5
**cameras** 123:8
**campaign** 33:7
  34:12 86:23
  107:8
**candor** 52:21
**capabilities**
  11:16 24:13
  77:18 79:20
  82:15
**capable** 14:2
**capitol** 15:12
  26:1
**cards** 54:3

**care** 15:1,3
  54:4 94:9
  107:5
**carefully** 52:25
**carjacked**
  53:14
**carolina** 72:24
  113:2
**carry** 21:10
  26:25 109:12
**carrying** 117:9
**cartel** 38:17
  47:16
**cartels** 2:25
  46:6 47:20
  80:13 96:13
  105:8
**case** 15:6 56:20
  56:20,23,23
  57:3,3 110:23
**cases** 57:3
**cash** 46:5 47:19
**catastrophic**
  129:6
**catch** 46:4
  108:2 116:11
  116:14,17
**caucus** 71:14
**caused** 50:22
**cbp** 55:1,16,25
  56:3 76:14
  115:22,25
  116:3 136:13
  136:24

**celebrate** 128:5
**cell** 44:3 134:11
**cellular** 134:8
**censor** 57:21
  83:13
**censored**
  122:19
**center** 6:14
  28:9,13,18
  103:17 120:8
  121:7
**century** 20:3
**ceos** 41:13
**certain** 90:12
  138:11 139:24
**certainly** 26:17
  29:9 35:3
  38:11 46:17
  59:19 61:15
  66:9,20 87:23
  88:6 94:25
  103:20 107:1
  127:24 128:13
  132:6
**certify** 146:2
**chain** 80:19
**chair** 42:23
  71:14 75:1
**chairman** 5:5
  9:11 12:2,4
  16:23 25:17
  26:10,15 51:13
  51:16,19 61:5
  75:3 82:18
  92:1 105:23

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127
ER0995

**[chairman - combating]**

119:13 126:20
139:13 144:11
**chairmanship**
85:20
**chairwoman**
14:24 15:4
**challenge** 5:1
105:19 120:1
126:25
**challenges** 5:24
6:8 9:4 18:25
19:21 20:6,13
45:2 92:12,16
93:24 132:10
136:25 138:14
**challenging**
44:17
**champion** 58:5
**chance** 47:15
65:1 97:9
100:7
**change** 8:12
18:25 41:6
42:15 65:5,5
102:23 110:11
**changed** 101:8
**changes** 30:23
137:1
**changing**
128:14
**chaos** 11:8
**chapter** 57:23
**character**
15:25

**charge** 75:14
75:17,18 76:1,5
78:18 105:6,14
105:25
**charged** 35:23
103:18
**charlottesville**
141:3
**chases** 118:11
**chasing** 118:12
**check** 88:10
114:18
**chicago** 92:21
92:24 93:20
**chief** 41:12,21
62:24
**child** 118:12
124:16
**children** 69:19
142:6,6,13,21
142:23 143:2,9
143:12,23,24
144:3
**chilling** 123:7
**china** 33:8,11
71:22
**chinese** 7:23
31:25 80:13,17
**chnv** 56:8,17
56:24
**choose** 52:25
73:21 117:24
**christopher**
34:20

**churches**
141:20
**cia** 67:10
106:19,21
109:2
**circumstances**
10:8 56:19,20
**cisa** 32:11,21
33:22 48:25
67:9 86:8,22
**cisterns** 91:20
91:23
**cities** 36:20
**citizen** 32:8
108:3
**citizens** 3:7
30:21 57:19
67:13 106:7
107:25 136:8
**citizenship**
140:2
**city** 49:2 53:12
88:25
**civil** 31:5
124:24
**claiming** 55:18
**claims** 54:15,15
54:17
**classified** 32:8
**cleaning** 61:10
**clear** 3:16
20:24 25:24
30:14 44:7
98:22 103:23
107:13 116:17

117:3
**clearly** 102:19
118:23 141:10
**climate** 8:12
**close** 69:14
92:6 115:7,14
139:17
**closed** 103:16
108:21
**closely** 22:19
24:22
**closing** 142:3
**cloud** 48:1
**club** 14:15
**cochise** 93:18
**codified** 77:3
**coerciveness**
124:1
**coldest** 100:1
**collaboration**
20:14 23:21
**collaborative**
96:6,11
**colleague** 12:15
12:23 68:23
**colleagues** 12:5
46:9 129:23
**collect** 134:7
**collected**
134:10,13
**colorado**
104:25
**combat** 66:17
**combating** 5:25
7:11

Page 8

**[come - complicate]**

| | | | |
|---|---|---|---|
| **come** 18:1 | **comment** | 99:24 107:10 | 70:2,15 73:1 |
| 19:14 25:8,23 | 130:15 | 109:3,9 112:25 | 88:17 92:7,8,11 |
| 28:1 29:20 | **comments** | 113:7 119:5,8 | 93:3,12 94:6,8 |
| 30:10 37:1,6 | 26:18,21 | 119:12,17,23 | 95:9,9,14,20,23 |
| 41:2 47:16 | 126:16 128:22 | 121:14 126:21 | 98:25 101:15 |
| 49:25 53:25 | 130:14 | 128:9,10 130:6 | 136:8 |
| 57:11 59:7 | **commerce** | 137:5 140:10 | **community** |
| 69:21 77:23 | 46:24 | 144:16,21 | 24:14 65:24 |
| 81:4 88:23 | **commit** 27:5 | **committee's** | 98:9,9 |
| 95:14 99:11 | 28:16 37:3 | 4:7 | **companies** 8:1 |
| 100:21 109:17 | 49:17 86:8,16 | **committees** | 73:23 109:16 |
| 119:7,11,16,16 | 93:14 129:23 | 126:18 | 122:18 123:5 |
| 119:22 124:6 | 137:4,10 | **common** 139:2 | **company** 33:20 |
| 127:19 133:11 | 141:24 | 139:8 | **compare** |
| 138:21 | **commitment** | **communicate** | 100:16 |
| **comes** 10:6 | 4:23 18:4 | 42:13 70:19 | **comparison** |
| 48:7 76:12 | 21:11 137:2 | 78:6 90:16 | 101:4 |
| 96:6 97:23 | 143:14 | **communicated** | **compelling** |
| 107:11 109:7 | **commitments** | 42:3 67:6 | 9:18 |
| **coming** 4:25 | 2:11 | 127:25 | **compensate** |
| 16:11 22:2 | **committed** 25:2 | **communicating** | 95:13 |
| 30:3,23 42:8 | 103:8 119:22 | 85:11 89:17 | **compete** 45:5 |
| 47:14 56:6 | **committee** 4:22 | **communication** | **competing** |
| 75:7 95:5 | 5:9,14 7:11 | 41:7 42:18 | 26:16 |
| 97:12 114:15 | 9:12 11:23 | 43:12 86:6 | **complain** |
| 117:16 119:15 | 12:16 16:3,13 | 89:16,20 | 122:22 |
| 131:18 133:3 | 16:17,24 17:18 | **communicati...** | **complete** 11:5 |
| 134:16 139:4 | 25:3 26:8 | 72:1 89:5 | **completely** |
| **command** | 27:20 41:10,11 | **communities** | 37:22 41:4 |
| 120:8 | 51:16 53:5,7 | 8:11,18 18:1,7 | 55:22 83:6 |
| **commander** | 58:14,15 59:3 | 21:17 23:10 | 86:4 |
| 41:12,21 | 59:21 60:2 | 29:12 36:19 | **complex** 7:13 |
| **commanding** | 61:12,17 75:8 | 38:9 39:14 | **complicate** |
| 2:7 | 77:18,24 78:3 | 40:6 41:25 | 100:13 |
| | 84:3 86:11 | 43:8 48:13 | |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

ER0997

## [complicated - continue]

| | | | |
|---|---|---|---|
| **complicated** 10:17 | **conducted** 60:2 | 123:1 129:14 | **constituent** 68:24 137:12 |
| **comply** 26:6 | **confidence** 17:3 | 130:13 131:2 | **constituents** 68:19 71:19 |
| **components** 2:2 7:17 | **confirm** 105:21 127:3 | **congresses** 142:13 | **constituted** 26:8 |
| **comprehensive** 9:2 21:25 128:19 139:20 140:7,15 | **confirmation** 1:13 105:22 106:2 | **congresswo...** 100:10 **connecticut** 62:16 63:15 | **constitution** 48:21 63:22 64:16 65:7 71:5 86:2,3 |
| **comprehensi...** 129:19 | **confirmed** 4:10 9:5 19:24 21:6 26:9 27:5 | 64:19 **connection** 121:8 | 103:12 108:14 110:15 111:16 |
| **comprised** 7:25 | 28:16 31:18 43:18 44:8 | **connections** 55:21 | **constitutional** 2:21 4:23 13:22 77:19 |
| **compromised** 35:25 | 46:16 48:14,19 49:16 56:2 | **consequence** 99:8 | **constitutionally** 124:14,18,20 |
| **concept** 109:8 | 76:18 100:22 | **consequences** 24:20 31:16 | **consult** 96:15 |
| **concern** 27:19 29:16 45:13 47:3 53:6,6,16 77:15 95:7 129:10 141:2 | 105:20 124:11 127:10 128:1 129:22 | 36:21,23,25 37:2 57:12 63:3 69:23 71:8 101:6 | **consultation** 15:23 **contact** 92:6 **contains** 48:2 |
| **concerned** 30:1 83:15 93:4 128:16 129:4 141:7 143:19 143:21 | **conflate** 107:13 **confront** 132:10 **confused** 75:23 **congratulations** 34:5 51:14 | **consequential** 4:21 **conservatives** 122:11 **consider** 4:3,25 | **contemplated** 85:23 **continue** 7:14 8:2,9 25:22 27:16 29:9 |
| **concerning** 32:3 | 60:17 122:2 **congress** 4:7,12 | **consideration** 11:22 | 37:2 46:24,25 51:7 66:21 |
| **concerns** 11:10 49:21 78:4 79:10,16 98:10 | 4:24 7:16 13:23 14:11 17:21 25:3 | **consistently** 29:5 **constant** 18:10 | 69:19 78:12 79:6 80:11 97:18 99:10,19 |
| **concierge** 55:2 55:23 | 26:8 28:12,23 31:8 41:15 | 21:23 **constituencies** | 101:8 104:12 110:11 117:13 |
| **conduct** 5:15 131:22 | 44:25 49:17 68:8 77:3 115:12 116:21 120:14 121:11 | 74:22 | 132:13 139:17 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[continue - crimes]**

140:12 141:13
143:15
**continued**
74:24
**continuing**
61:20 68:7
80:10 131:17
**contractors**
135:1
**contrast** 100:17
**control** 33:18
80:18,24 83:20
105:7,10
109:15
**convened** 22:23
**conversation**
5:12 77:21
81:9 84:1 92:4
92:5 93:22
130:11
**conversations**
6:4 99:10
131:21 132:11
**convictions**
37:10 99:3
101:24 102:2
**cooperate** 47:7
121:14
**cooperating**
39:12 125:10
**cooperation**
23:9 130:13
**coordinate** 7:17
42:19 79:18

**coordinating**
112:4
**coordination**
23:20 110:24
111:12 112:7
**coordinator**
49:13
**cops** 95:10,21
**cornyn** 46:10
49:9
**correct** 81:8
107:22,23
138:15 141:25
**correctly** 93:17
**corrupt** 104:12
**cost** 97:6
102:18
**costs** 50:23
83:18 98:12,15
**council** 68:19
**count** 138:11
**counter** 129:15
129:15
**counterprodu...**
93:8
**counties** 95:15
97:11
**countless** 8:15
**countries** 42:6
56:11 102:5
143:23
**country** 8:16
10:9,13 11:9
15:21 21:16
23:1,14 29:16

29:23 30:23
33:21 35:2
36:21,22 37:1,6
37:9,11,13 41:4
42:3 45:5,6
48:9 52:2,18
53:23 54:1,14
55:13 56:6,11
57:11 63:22
65:23 66:19
69:7,16 70:24
71:1 74:15
75:19 78:15
80:18,22 88:13
89:7 94:11
98:3 99:3
100:21,24
101:5,12,14,21
103:3,7 106:6
107:12 108:15
109:6 111:21
114:3,10
115:25 116:5
116:11 117:10
117:16 121:2
127:18,20
128:4,5 129:25
130:8,24 136:7
138:10 139:25
140:3,25 141:7
141:15 142:25
143:19,22
144:5 146:11
**country's** 66:8

**county** 88:25
93:18,18
**couple** 114:24
122:7
**course** 52:11
54:16 56:18
**courts** 57:7
**cover** 44:15
83:19
**coverage** 44:4
**covid** 3:14
86:21
**cpp** 78:12
**cramer** 9:8
12:3,4 17:7
**crazy** 139:7
**create** 20:20
**created** 19:5
31:7 35:13
48:24 49:10
88:13 115:20
118:25
**creating** 3:2
83:16
**credentials**
15:7
**creep** 83:13
**crime** 38:16
40:8 53:5,9,15
67:18 69:21
103:8,18 108:7
108:8 140:21
**crimes** 54:1
118:12

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

ER0999

[criminal - decisions]

**criminal** 11:11
21:15,24 36:18
37:10 69:25
99:3 101:23
102:2
**criminals** 8:4
46:6 47:25
98:24
**cripple** 33:21
**crisis** 21:6
80:21
**critical** 2:16
4:18 6:22 9:3
18:20 20:4,9
21:22 25:16
28:13 32:15
33:2,3,12,18,25
43:15 49:3,5
116:4 129:15
**critically** 30:25
46:20 50:17
143:18
**criticism** 57:25
**critters** 14:7
**cross** 11:11
98:13
**crossing** 27:23
**crossings** 6:17
27:2 43:25
**crucial** 87:17
**culture** 97:21
**currency** 80:20
**current** 35:6
37:11 57:16
58:22 79:19

100:14 125:2
**currently** 10:2
31:19 58:21
79:5 90:11
115:17
**customs** 6:23
21:12 83:7
**cut** 133:15
**cutting** 22:7
**cyber** 3:10 6:1
7:20 8:3,5
19:19 20:11
26:18 31:24
32:17 33:5
47:24,25 48:7,9
49:12 50:11
71:21 72:4,8,12
73:7 85:25
**cyberattacks**
21:20
**cybersecurity**
22:1,12 32:6,7
32:11 48:15,16
49:10 50:4,8,10
50:16,20 67:3
73:15 83:11
85:21
**czar** 76:17

**d**

**d.c.** 22:4 100:13
114:23
**daily** 78:8
82:16 129:9
**dairy** 98:9

**dakota** 4:12
9:25 10:9
12:20 14:25
15:1,2,2,12,16
17:4 19:10
22:10,11,20,22
23:3,4 24:8
35:4 38:12
39:16 40:11,12
50:4,9,15,20
68:10 74:11
97:2,4,6 114:18
131:12
**dakota's** 9:13
10:2
**dakotans** 11:4
**damage** 88:2
104:25
**dangerous** 3:5
33:14
**dark** 42:12
**darkest** 57:23
**data** 7:16 32:8
33:9,15 56:4
73:22 74:14
116:4 120:3,8
120:13,15,18
121:6,13
126:23 127:7,8
132:2 133:4,9
134:10,12,13
135:6,9,12
144:20
**date** 146:15

**david** 53:11
**day** 13:11
17:24 19:11,13
29:24 31:20,21
54:5 56:3
60:11,11 70:24
73:4,4 100:1
101:1,13,19,25
105:24 108:18
131:10
**days** 22:2 52:17
63:20 114:11
138:12
**de** 47:2
**deadly** 7:8
**deal** 127:7
128:10
**dealing** 127:4,5
129:18
**death** 53:10
**debate** 99:16
**debit** 54:3
**decades** 18:21
**december**
71:22
**decide** 65:5
86:25 109:7
123:10,16
**decision** 38:25
76:12 78:22
**decisions** 4:14
19:13 41:22
63:8 77:10,13
77:23 78:17
137:8

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**ER1000**

**[declarations - dhs]**

| | | | |
|---|---|---|---|
| **declarations** 62:22 | 131:15 | 48:23 73:14 | 111:3 |
| **declared** 121:3 | **democrats** | **depend** 8:21 | **detail** 24:23 |
| **dedicated** 25:3 | 105:22 109:13 | **depends** 110:1 | 35:16 118:19 |
| **dedication** | 130:22 131:3 | **deploy** 44:9 | 119:1 137:3 |
| 18:11 21:18 | **demonstrates** | **deployed** 39:15 | **detailed** 82:13 |
| **deep** 18:2 | 4:13 | 39:16 90:14 | 118:22 |
| **deeper** 2:10 | **department** 2:1 | **deployment** | **detained** |
| **deeply** 3:12 | 4:5 5:17,21 | 45:20 | 137:25 |
| 109:6,10 | 7:18,24 8:8,17 | **deployments** | **detaining** 21:14 |
| **defend** 108:14 | 9:3,16 12:1 | 39:19 40:13 | **detect** 23:17 |
| 119:3 123:20 | 15:17,20 18:3 | **deport** 69:24 | **detention** 69:10 |
| **defended** | 19:2,5 20:1 | **deportation** | 103:16 |
| 123:14 | 24:3 25:4,12 | 69:10 77:10 | **determination** |
| **defense** 6:3 | 28:8 30:5 31:1 | 98:8 | 10:21 11:17 |
| 66:23 | 31:6,12 32:1 | **deporting** | **determine** |
| **defiance** 56:23 | 42:17 43:13,19 | 21:14 98:23 | 99:15 |
| **define** 141:11 | 48:21 49:25 | **depriving** 93:9 | **determined** |
| **defined** 111:25 | 50:17 51:21,25 | **depth** 5:10 | 50:7 |
| **definitely** 44:19 | 52:2 58:10 | **deputies** 97:10 | **devastated** 40:6 |
| 45:9 | 59:23 63:10 | **derecho** 24:10 | **devastating** 8:6 |
| **defunding** 23:2 | 66:11,23 67:4 | **describe** 2:4,4 | 8:14 52:12 |
| **degrees** 104:14 | 70:6 71:21 | 13:17 124:13 | 69:15 |
| 114:17 | 72:18 74:25 | **deserve** 3:24 | **devastation** |
| **delayed** 129:3 | 76:19 77:6 | **deserved** 36:11 | 62:1 |
| **delighted** 51:15 | 78:11,20 81:12 | **deserves** 65:13 | **device** 129:6 |
| 52:3 | 83:4,5 84:7,8 | **design** 136:17 | **dha** 60:12 |
| **deliver** 64:5 | 90:22 96:22 | 136:20 | **dhs** 2:6,17,19 |
| 65:2 | 100:12 102:9 | **desire** 143:1 | 3:2,12,22 6:2 |
| **delivered** 63:12 | 103:2,15 | **desperately** | 7:4,14 8:1 20:3 |
| **demands** 6:25 | 105:25 107:17 | 11:19 139:24 | 26:15,23 29:4 |
| 21:21 | 123:4 131:22 | **despise** 122:19 | 57:15,16 58:5 |
| **democrat** | **department's** | **destination** | 58:24 59:4 |
| 105:19,20 | 8:22 28:13 | 55:19 | 72:9 81:21 |
| 106:4,7,23 | **departments** | **destruction** | 84:24 85:21,24 |
| | 4:19 35:9 | 8:13 61:25 | 93:11 96:12,14 |

Page 13

**[dhs - dramatic]**

110:22 112:15
113:10 115:6
117:23 119:15
120:16,17
125:2,13,18
129:22 130:12
135:14,22
**dhs's** 3:14
57:24
**dictate** 64:6
**difference**
93:24
**different** 12:19
39:18 41:14,16
44:16 83:3
90:19,20,21
104:24 106:25
133:20 136:13
136:15
**difficult** 4:13
114:11 133:19
**difficulty**
136:25
**digital** 22:8
**dignity** 21:19
**diligence** 5:15
61:18 121:18
131:9
**diligently** 28:8
**direct** 56:22
76:15 77:22
**direction** 28:2
**directly** 19:17
56:11 76:14
78:1,2 79:2,3

**director** 34:16
**disagree** 131:6
**disagreements**
62:15
**disappear**
135:9
**disappointed**
62:2
**disaster** 8:19
61:23 62:22,23
63:11 65:14
72:20,23,25
83:15,16 88:14
90:8 94:19
113:5 117:18
118:2
**disasters** 6:2
8:11 19:20
20:12 24:2,8
62:17,19 83:18
88:16
**discount** 80:25
**discrimination**
62:9
**discuss** 25:11
**discussed** 6:5
26:19 28:8
43:4 49:8,14
61:21 119:21
140:18,20
**discussion** 9:2
68:14 99:16
**discussions** 5:9
15:13

**disgrace** 52:1
**disgraceful**
104:4
**disinformation**
3:3 32:24
57:17 58:4
86:23 125:1
**dismantled**
37:23
**displayed** 68:9
**dispute** 108:7
111:3,5
**disregard** 11:6
**disrupt** 26:2
**disruptions**
25:25
**dissent** 2:24
**distinction**
51:23
**distinguished**
16:24
**distorted** 3:12
**distract** 118:10
**distribute** 65:9
**distributors**
47:4
**disturbs** 73:9
**division** 76:4
**documented**
11:13
**documents**
32:2 58:25
**doge** 71:14
**doing** 16:11
22:10 37:12,14

40:9 48:25
53:2 70:8,20
72:19 73:5
74:13 80:14
86:25 87:6
89:3,4 93:17,19
94:23 104:25
106:5 121:9
123:4,24
128:13 133:24
134:8,25 135:1
144:2
**doj** 128:20
**dollar** 3:6,7
**dollars** 64:17
65:9 88:1
94:21 112:21
**domestic** 2:24
7:12 30:16
66:1 107:20
108:5 140:18
140:23
**donald** 14:1
17:2 52:18
**door** 132:12
**dose** 139:2
**double** 50:13
**doubled** 13:12
**doubt** 4:24
121:21,22
**doug** 15:16
**dozen** 24:8
**dozens** 87:25
**dramatic** 43:24
118:18

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127
**ER1002**

[drift - enforcement]

**drift** 3:5
**drive** 98:11
  110:3 132:3
**driving** 69:3,4
**drone** 129:5,15
**drones** 36:5
  128:11,12,13
  128:17 129:3
  130:7 133:22
  133:24 134:3,4
  134:7,11,16,18
  134:23
**drop** 53:8
**dropped** 89:18
**drug** 11:12
  19:19 38:17
  39:22 40:7
  105:8 144:4
**drunk** 69:3
**due** 5:15 10:15
  54:15,16 61:18
  63:6 64:8
  121:18 131:8
**duly** 26:8
**durable** 129:24
**duties** 77:19
**duty** 36:14 63:1
  67:23 110:18
  118:24
**dysfunctional**
  84:4,7

**e**

**e** 146:1
**earlier** 11:3
  99:1 135:21

**earn** 2:12 25:15
  140:2
**east** 109:4
**easy** 63:6
**economic** 45:16
  110:2
**economy** 6:22
  8:7 45:21
  109:17 110:1
**edge** 22:7
**edit** 123:11
**educate** 90:5,10
**education**
  22:12
**effect** 59:16
  123:7
**effective** 20:21
  33:22 93:7
**effectively** 7:18
  8:18,22 21:10
  24:5
**effects** 38:12,14
  40:6
**efficiency** 71:15
**efficient** 20:21
  90:18
**efficiently** 24:5
**effort** 18:12
  55:5 60:10,25
  82:5 140:13
  141:24 142:5
  142:16 143:15
**efforts** 46:3
  140:14

**eight** 10:1
  17:22 39:17
**eighth** 19:24
**either** 14:23
  57:20
**el** 104:14
**elect** 17:2 18:24
  22:16 24:20
  62:3 78:17
**elected** 20:23
  74:1
**election** 13:24
  30:14 102:20
  126:1
**elections** 87:2
**electricity**
  24:15
**element** 118:19
**elements** 35:14
  67:4 109:23
**eliminate** 116:3
**eliminated**
  56:14
**elite** 108:1
**elon** 123:17
**embark** 25:16
**emblematic**
  2:10
**emergencies**
  88:16
**emergency** 8:9
  24:12 43:9
  88:20,24 90:8
  118:3 119:1

**emerging** 22:13
**emphasis** 72:3
  139:18
**employee** 19:16
**employees** 5:20
  50:15 71:17
  72:10,22 77:5
  83:1 117:18,23
**empower** 48:15
**empowering**
  76:24 78:20,21
**enable** 139:22
**enact** 49:5 71:6
  79:20
**encountered**
  69:1
**endanger** 37:4
**ends** 47:13 93:8
**energy** 10:22
  21:22
**enforce** 60:14
  71:4,11 72:7
**enforcement**
  21:13 22:17,20
  22:23 23:1,3,6
  23:8,16 38:24
  40:23,23 44:1
  46:3 65:25
  85:10,12 89:19
  96:11 97:5
  103:10 110:18
  110:23,25
  111:11 112:3,9
  128:21 135:24
  136:6

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**ER1003**

**[enforcing - explosive]**

| | | | |
|---|---|---|---|
| **enforcing** 72:6 | **entities** 32:15 | **established** | **exceptional** |
| 84:11 | 49:1 73:20 | 50:3 57:17 | 21:7 |
| **engage** 2:2 | 89:22 90:11 | **esteemed** 17:13 | **excited** 114:15 |
| 77:21 83:12 | **entity** 136:15 | **ethics** 144:17 | **excitement** |
| **enhance** 24:11 | **entrance** 9:19 | **evade** 103:9 | 15:15 |
| **enjoyed** 44:11 | **entries** 11:11 | **evaluated** | **exciting** 108:12 |
| **enormous** | **entry** 6:21 27:1 | 49:25 | **excuse** 57:10 |
| 10:22 | 27:18 46:21 | **evaluation** | **executive** 4:8 |
| **enormously** | 117:11 142:11 | 56:21,23 57:3 | 62:25 77:17 |
| 10:17 | **environment** | **event** 29:24 | **exercising** 2:21 |
| **ensure** 6:9 7:17 | 7:14 128:4 | 30:2,7 31:14 | **exist** 126:18 |
| 8:17 21:7 | **environmental** | **events** 8:16 | **existing** 48:24 |
| 23:15 24:13 | 116:24 | 34:14 35:21 | **exists** 128:25 |
| 25:6 27:25 | **epidemic** 40:7 | 140:23 141:2 | **expand** 140:13 |
| 28:21 42:19 | 144:4 | **eventually** | **expansive** |
| 43:7 44:20 | **equally** 44:17 | 13:12 57:24 | 31:24 |
| 45:1 46:24 | 118:5 | **everybody** | **expect** 36:15 |
| 54:12 56:5,14 | **equipment** | 114:25 134:16 | **experience** |
| 57:4 59:13 | 44:10 | 135:11 | 11:16 24:25 |
| 73:8 74:24 | **equipped** 23:17 | **everybody's** | 43:18 50:16 |
| 93:11 98:17 | **ernst** 68:3,4 | 90:6,16 | 64:12 76:8,10 |
| 109:23 111:23 | 71:9 74:5,17 | **evidence** 55:7 | 96:19 99:19 |
| 113:2 115:9 | 84:16 | 55:11 | **expert** 109:5 |
| 124:24 | **escort** 26:1 | **evolved** 19:4 | **expertise** 34:11 |
| **ensuring** 6:6 | **especially** 6:15 | **evolving** 20:2 | **experts** 133:18 |
| 27:5 45:9 | 12:17 19:8 | 28:15 | **expire** 129:20 |
| 47:14 84:15 | 42:18 79:11 | **exactly** 110:20 | **expired** 67:15 |
| 87:3 113:8 | 95:1 139:18 | 120:10 128:1 | 74:18 |
| **enter** 15:12 | **espionage** 33:8 | **example** 62:4 | **expiring** 143:6 |
| **enthusiasm** | 73:11 | 64:17 96:9,10 | **explain** 72:23 |
| 15:15 | **essential** 7:14 | **examples** 35:12 | **explode** 88:8 |
| **entire** 5:8 12:25 | 10:4 26:23 | 108:5 110:21 | **exploitation** |
| 17:23 37:23 | 129:7 | **exception** | 118:13 |
| 69:16 101:3 | **essentially** 61:1 | 144:19 | **explosive** 129:5 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**ER1004**

[expose - federal]

**expose** 86:12
  87:12,13
**express** 17:6,11
**extend** 128:19
**extended**
  104:10 129:14
**extension**
  104:22
**extensions**
  104:20 129:18
  139:22
**extensively**
  54:20 94:16
**extent** 2:13
  90:12
**extraordinary**
  10:8 21:8
**extremely** 20:7
  33:13 41:16
**extremism** 7:13
  29:3 66:1
**extremist** 66:18
**eye** 67:19 81:3

**f**

**f** 146:1
**face** 4:14 6:8
  7:5 20:2 31:19
  33:6 79:21
  92:16 126:23
  128:14 130:7
  138:14
**facebook**
  122:13
**faced** 101:6

**faces** 5:23
**facilitate** 6:20
  27:11 47:9
  50:24 94:5
  115:21 116:10
**facilitated**
  83:24
**facilitating**
  85:5 115:24
  141:15
**facilities** 94:20
  136:13,17,17
  136:20 137:8
**facing** 19:1,21
  135:5 142:24
**fact** 7:22 22:2
  22:25 27:1
  29:18 42:12
  50:9 61:22
  70:4 72:16
  85:13 110:14
  126:21 128:25
  129:2 141:9
  143:21
**facts** 59:10,13
  59:20 60:13
  61:2 66:5
  89:25 107:13
  108:24 127:5,7
  127:11 132:3,7
  132:9 133:19
  133:21,23
**factual** 108:18
**fail** 40:10

**failed** 13:8 73:1
  90:4
**failing** 37:25
**failure** 24:21
  91:4 120:17
**failures** 19:6
  35:10 40:3,4
  60:5
**fair** 20:20
  92:20 122:15
  126:17
**fairly** 126:12
**fall** 42:16
**falling** 39:12
**familiar** 6:12
  24:23 55:3
  56:9
**families** 38:3
  39:14 40:5
  41:24 43:2
  53:23 54:4,6
  68:21 70:17
  73:1 142:10,11
  142:12 143:18
  144:1
**family** 9:18
  14:8 42:25
  45:17 53:20
  55:20 60:23
  69:8,15,20 71:7
  110:2 142:8,18
  143:20
**fantastic** 17:4
  51:20 54:24
  58:11 60:9

**far** 27:21 31:3
  32:21 77:25
  100:8 108:22
  125:25 141:8
  142:24
**farm** 13:8,12
**farmer** 17:20
  99:11
**faster** 22:3
  115:21,24
  116:10
**fatigues** 111:8
**fbi** 29:5 34:21
  65:24 67:10
  118:14 119:7
  123:4 128:20
**fear** 62:12
**february**
  146:15
**federal** 4:19
  5:19 8:8 20:15
  30:5 31:24
  32:4,5 35:4
  36:5 37:18,24
  38:20 39:18
  40:3,4,9 41:8
  42:4 53:24
  55:22 56:9
  62:21 73:23
  74:13 82:25
  83:15 88:9,13
  89:21 90:25
  94:3 95:16
  97:4 99:9
  102:15 110:22

Page 17

[federal - food]

110:25 111:1
111:11 112:3
113:8 117:22
131:8 135:24
136:6
**federally** 88:22
96:4
**feeds** 73:20
**feel** 15:18 18:20
70:17
**feeling** 41:23
**fellow** 16:6
71:10
**felt** 18:21 36:8
136:1
**fema** 24:7
72:20 73:1
89:10 90:4
93:23 94:19
112:18,25
113:10 117:17
117:23
**fema's** 24:12
89:3
**fentanyl** 3:1
46:4 47:4
80:21 117:10
**field** 137:7
**fight** 13:4
141:11
**figure** 94:9
134:1,5 137:6
**file** 144:20
**filed** 144:13

**files** 125:7
**filming** 123:9
**final** 99:6
**finally** 8:8 36:7
59:2
**financial** 21:23
92:11 118:11
144:14,16,20
**find** 12:6 14:3
32:13 42:6
52:13 56:7
87:12 120:21
126:22 143:1
**finding** 61:22
135:10
**finish** 139:10
**fire** 61:24 92:14
**fire's** 61:24
**firefighters**
16:7 95:21
**fires** 62:6,7
87:19,23 91:10
**firmly** 20:12
**first** 4:16,21 5:7
6:3 12:10 13:5
13:5,6 18:21
21:2 23:7
37:20 54:11
58:6 70:5
73:25 79:14
81:23 86:18
87:11,17 94:15
95:6 99:22
106:21 118:15
122:11,12,16

122:17,25
123:14 130:14
135:15
**firsthand** 3:20
18:25 114:1
**fit** 75:9
**five** 13:3
126:11 137:21
**fix** 84:3 86:15
109:10 136:22
**fixed** 11:14
60:6 109:14
**fixing** 35:10
68:17
**flag** 117:20
**fled** 69:7
**flee** 10:11
**flew** 129:3
**flexibility**
136:24
**flooded** 80:21
**flooding** 8:16
62:19
**floods** 24:9
88:6 112:19
**floor** 11:24
122:21
**florida** 40:16
**flow** 45:21
46:22 47:18
**fly** 56:10 102:5
**flying** 117:20
134:3,23
**focus** 7:15
19:11 27:20,24

28:4 29:10
30:16 47:23
53:9 66:7
67:17 80:12
81:2 82:3 99:4
99:7 131:5,15
143:25
**focused** 2:22
19:12 23:7
27:16 35:20
66:10 69:17
85:24 114:3
118:9 128:10
130:24
**focusing** 2:16
60:3 72:14
118:23
**folks** 41:18
111:8 114:6
116:19 118:6
129:14 137:7
**follow** 47:24
49:6 65:6
70:14 109:21
121:16 131:24
**followed** 99:13
142:20
**following** 28:11
43:21 48:21
56:15 65:17
92:4 103:12
113:8
**food** 54:3 80:16
80:18

Page 18

**[football - getting]**

| | | | |
|---|---|---|---|
| **football** 15:3 | 142:1 | **fueling** 47:13 | **g** |
| **force** 122:15 | **fought** 139:6 | **fuels** 47:19 | **gain** 3:19 83:20 |
| 133:15 | **found** 35:2 | **fulfill** 2:12 25:5 | **gallego** 91:25 |
| **forces** 85:10 | 55:17 71:20 | 33:23 36:14 | 92:1 94:25 |
| **foregoing** 146:3 | 120:24 121:1 | 75:20 89:2 | 98:5 99:20 |
| **foreign** 7:12 | **founded** 107:6 | **fulfilled** 28:25 | **game** 15:3 |
| 8:3 21:24 | **founder** 71:14 | **fulfilling** 50:2 | 129:2,4 |
| 23:19 79:11,13 | **founding** 81:22 | 85:16 | **games** 128:25 |
| 79:14 102:5 | **four** 11:5 101:3 | **full** 12:6 44:9 | **gangs** 104:25 |
| **form** 85:23 | 102:11 120:2 | 55:16 114:4 | **gary** 12:17 |
| **formed** 19:3 | **frank** 5:12 92:3 | 138:7 | **gather** 4:3 |
| **former** 4:12 | **frankly** 10:9,23 | **fully** 22:3 23:17 | **gathering** |
| 12:15,23 37:24 | 11:17 36:3 | 28:17,25 45:3 | 120:13 |
| 43:5 58:18 | 52:2 58:23 | 54:17 57:6 | **gavin** 112:22 |
| 74:1 106:19 | **fraud** 3:21 | 58:1 74:11 | **gaze** 2:18 |
| 112:2 119:13 | **free** 10:14 58:6 | 109:15 | **geared** 80:22 |
| **forth** 72:8 | 123:20 131:16 | **fun** 114:18 | **gears** 79:10 |
| **forum** 119:19 | 135:2 | **function** 3:19 | **general** 55:15 |
| 123:23 | **freedom** 25:7 | 77:16 | 83:16 92:13,14 |
| **forward** 9:1 | **freer** 19:12 | **functions** 77:5 | 116:9 |
| 11:22,24 25:14 | **frequent** 62:20 | **fund** 102:25 | **generally** 140:1 |
| 28:20,20 37:3 | **frequently** | **funded** 74:11 | **generation** |
| 43:17 60:16 | 55:17 | **funding** 28:11 | 80:23 |
| 68:1 70:3 | **friday** 144:23 | 92:8,10 116:23 | **generations** |
| 74:12 77:3 | **friend** 12:15 | 117:8 | 19:14 25:8 |
| 86:20 87:9,18 | 17:14 22:17 | **funds** 93:10,25 | **generator** |
| 89:19 98:1 | 60:9 | 94:21 116:21 | 91:17 |
| 99:14 103:4 | **friends** 13:1 | **further** 98:11 | **generous** 17:15 |
| 104:21 112:11 | 45:17 51:18 | **future** 17:25 | **genuine** 2:25 |
| 121:22 126:5 | 133:6 | 25:12 32:19 | **georgia** 103:17 |
| 126:15 127:10 | **front** 20:6 | 58:18 87:4 | **getting** 21:15 |
| 127:11 130:5 | 73:17 106:8 | 97:19 110:6 | 35:23 48:22 |
| 130:21 131:17 | 112:23 129:12 | 127:5 130:25 | 49:12 73:4 |
| 135:10 138:22 | **frustrated** | 137:4 | 85:17 89:8,9,18 |
| 138:24 140:14 | 43:16 59:22 | | 89:25 94:17 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**ER1007**

**[give - governor]**

| | | | |
|---|---|---|---|
| **give**  16:16 | **goals**  103:5 | 129:20 132:18 | 124:10,22 |
| 40:20 54:2 | 112:15 | 132:20 133:9 | 125:10,12 |
| 62:5,6 79:19 | **god**  16:18 | 134:9,13 136:4 | 131:8 134:24 |
| 100:18 108:16 | **goes**  85:15 | 136:8 137:2 | 139:1 144:17 |
| 109:16 112:6 | 126:9 133:12 | 139:10 140:9 | **government's** |
| 115:15 119:23 | **going**  5:10 6:17 | 142:25 143:3,6 | 134:25 |
| 136:23 | 10:4,18,20,24 | 143:14 144:6 | **governments** |
| **given**  17:8 | 14:7 16:10 | **good**  12:7,14 | 48:8,17 49:2,2 |
| 22:15 31:9 | 18:24 25:22 | 16:22 28:7 | 49:11 74:23 |
| 32:3 41:4 | 26:11 34:7,16 | 68:14 75:4,5,21 | **governor**  4:4,9 |
| 55:14 65:1 | 34:23 39:8,22 | 90:12 91:6 | 4:11 5:2,6 6:12 |
| 72:5 75:22 | 40:7,19,21 | 96:10 132:14 | 8:23 9:6,14 |
| 94:2 112:21 | 41:19 42:11 | **goodness** | 10:2 11:21 |
| 113:19 116:21 | 44:13 47:12 | 133:18 | 13:20 14:11 |
| 116:23 | 57:9 61:25 | **gordie**  6:18 | 15:10,16,19 |
| **giving**  76:13 | 62:19 63:14 | 27:9 112:12 | 16:5,14,19,20 |
| **glad**  52:21 | 70:3,25 74:3 | **gotten**  32:21 | 16:22 17:22 |
| 56:16 58:14 | 75:9,14 76:3 | 134:14 | 19:18 21:3 |
| 63:23 81:8 | 77:23 78:19 | **gov**  1:14 | 22:19 24:7 |
| 109:11 | 84:18,25 85:1,9 | **government** | 25:18 26:4,5,10 |
| **global**  22:11 | 90:16,25 95:11 | 3:20 4:20 19:6 | 26:15 27:13 |
| 24:11 | 96:13,21 98:23 | 22:1 23:21 | 28:19 29:15,22 |
| **go**  16:11 25:23 | 99:6 100:8,11 | 30:5 34:23 | 30:1,19 31:10 |
| 26:12 33:12,17 | 103:4 104:20 | 35:5 36:6 | 32:10 34:2,4,6 |
| 37:2 40:24 | 105:17 106:13 | 37:18,25 38:20 | 34:9,11,25 |
| 53:20 54:4,4 | 106:25 107:4 | 40:3,4,9 41:8 | 37:24 38:2,11 |
| 56:7 57:2 76:2 | 107:18 108:10 | 42:4 50:22 | 40:15 41:1,7,23 |
| 94:10 97:9 | 109:12 110:13 | 53:25 55:23 | 42:18,24 43:1,5 |
| 100:8 110:19 | 111:4 114:16 | 56:10 62:21 | 43:16,19 44:8 |
| 118:8 120:7 | 114:21,23 | 71:15,18 82:25 | 44:11,24 46:11 |
| 126:25 131:10 | 115:4 121:5 | 88:9 89:21 | 46:17 47:21 |
| 134:5 138:11 | 123:8 125:15 | 91:1,25 94:3 | 48:14,18 49:15 |
| **goal**  36:12 | 125:18 126:1 | 105:8 117:22 | 49:19,24 50:5 |
| 101:13 111:22 | 126:10,15 | 122:24 123:15 | 51:9,13 52:15 |
| | 127:4,10 | 123:24 124:2 | 53:18 54:19 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**ER1008**

**[governor - happened]**

| | | | |
|---|---|---|---|
| 56:1 57:2 58:8 | 118:17 119:20 | **grave** 29:16 | **guess** 75:11,13 |
| 59:17 60:15,18 | 121:16,21,24 | **great** 5:6 11:21 | 75:23 76:2 |
| 60:21 61:14 | 122:1,3,4 | 15:15 16:3 | 77:7 79:12 |
| 62:5,15 63:2,7 | 124:23 126:5 | 19:1 23:14 | **guns** 46:5 |
| 63:17,20 64:2 | 126:15 129:22 | 29:1 34:8,10 | **guy** 139:3 |
| 64:23 65:10,13 | 130:5,17,21 | 51:19 60:8 | **guys** 106:11 |
| 65:18 66:9,20 | 131:11,11 | 68:9 96:5,7 | **h** |
| 67:20 68:1,5,9 | 132:1,6 137:9 | 113:14,16 | **h** 139:21 |
| 69:9,12 72:13 | 138:17,20 | 114:7 121:11 | **hack** 7:24 |
| 74:1,2,4,6,21 | 139:15 141:6 | 125:8 128:5,10 | 33:13 40:16 |
| 75:1,4,5,16 | 141:25 142:17 | **greater** 61:11 | **hackers** 7:23 |
| 76:6,15 77:1 | 143:8,17 144:9 | 71:15 83:16,17 | 31:25 |
| 78:5,24 79:21 | **governors** | **greatest** 3:15 | **hacking** 74:8 |
| 80:4,9 81:2 | 14:13 15:21 | 105:16 | **hacktivists** 8:4 |
| 82:20,22 83:25 | 16:6 38:22,23 | **grenade** 129:5 | **half** 142:4 |
| 86:19 87:15 | 41:5,10 43:6,13 | **grids** 21:22 | **hamas** 80:9 |
| 88:15 90:20 | 49:19 67:23 | **grotesque** 88:4 | **hampshire** |
| 91:8 92:2 | **grandchildren** | **ground** 49:13 | 43:23 45:13 |
| 93:21 96:18,19 | 70:22 | **groups** 22:23 | 48:6 |
| 98:21 99:23 | **grandma** 71:3 | 29:7 79:11,13 | **hand** 4:1,1 |
| 100:3,10,25 | 71:10 | 79:15 81:3 | 16:15 23:16,17 |
| 101:13,19,25 | **grandmother** | 82:4,15 140:24 | 34:15 |
| 102:7,13,19 | 14:4 17:20 | **grow** 14:5 | **handed** 10:12 |
| 103:1,11,19 | 70:18 | 50:13,22 70:25 | 118:3 |
| 104:1,17 105:9 | **grant** 49:10 | **growing** 66:13 | **handled** 122:6 |
| 106:15,18 | 50:20,21 51:5 | 67:12 128:12 | **happen** 24:21 |
| 107:23 108:17 | **granted** 18:18 | **grown** 4:9 19:4 | 27:24 46:22,23 |
| 109:20 110:4 | 56:22 117:15 | **gsa** 136:15 | 69:18 73:3 |
| 110:11,24 | **grants** 49:24 | **guard** 21:3 | 89:13,20,23 |
| 111:12,14,20 | 50:4 | 28:10 38:6 | 90:7 |
| 112:2 113:6,14 | **grateful** 17:15 | 39:1,2,5,11,17 | **happened** 13:7 |
| 113:16 114:5 | 18:14 115:19 | 40:14 110:18 | 34:17 60:5 |
| 114:11,20 | 135:18 | **gubernatorial** | 69:14 71:7 |
| 115:8 116:2,16 | **gratitude** 17:6 | 24:22 | 73:12 86:6 |
| 117:2,12 118:1 | 17:12 | | 89:15 90:1 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**ER1009**

**[happened - homeland]**

120:12 141:8
143:11
**happening**
30:12 39:4
63:4,7 120:10
125:9 135:7
**happens** 59:14
73:18 133:7,13
**happy** 131:4
**hard** 8:10 10:6
10:17,25 17:24
98:13 113:25
123:12
**harden** 32:13
33:24
**hardening**
32:18 87:7
**hardest** 108:2
**harm** 20:19
23:14
**harming** 105:1
**hassan** 14:13
42:22,23 43:2
44:23 45:11
47:17,22 49:6
51:3,10
**hawley** 51:11
51:12 52:20
54:8,24 56:16
57:13 58:11
60:7,25
**hazard** 83:17
88:7,12
**he'll** 77:12

**head** 20:13
34:21 53:1
84:6 103:15
119:7 132:11
**healthy** 139:2
**hear** 9:20 52:21
78:16,17 108:9
108:13 109:11
115:19 119:18
**heard** 46:18
69:7 70:5
72:16 116:12
123:25 126:16
126:23 127:8
**hearing** 1:13
4:6 5:11 6:5
16:9 25:22,24
26:3 43:17
53:7 55:15
136:3 144:19
144:22,25
**hearings** 64:11
**heartbreaking**
62:1
**heavy** 10:12
**heck** 53:15
**held** 54:6
137:25
**helicopters**
39:21
**helm** 15:17,19
**help** 16:18 18:6
21:4,16 23:10
30:6 32:14,16
33:2,24 38:22

38:23 43:19
49:13 67:23
79:3 112:12,21
117:25 119:2
121:15 125:21
126:2 133:21
136:7 142:5,13
**helped** 22:11
**helpful** 127:2
136:9
**helping** 38:10
48:25 51:1
61:5 93:15
**helps** 132:21
**hhs** 34:18
**high** 11:13
15:18 48:4
60:8,24 114:19
114:19,20
**higher** 83:18
**highest** 32:7
**highlight** 57:14
**highly** 93:4
**highway** 22:22
97:11
**hills** 91:20
**hire** 6:23 97:2
**hispanic** 21:2
**historic** 24:9
112:19
**historically**
136:5
**history** 51:24
57:24 104:7
105:16 110:5

131:1
**hit** 53:1 62:18
144:4
**hmm** 14:1
**hold** 32:4 73:22
87:14
**hollywood**
111:9
**homan** 75:24
75:25 76:3,6,15
77:9 78:16
**homan's** 75:13
**home** 6:15 15:5
19:22 27:10
35:3 42:6
69:15 71:23
73:5 78:15
98:20 141:11
**homegrown**
30:17,18,19
65:20,22 66:12
67:21,25 81:6
107:24
**homeland** 1:13
3:8,16 4:5 5:17
5:22 7:10 9:16
12:1 13:9,20
15:8,20 17:1
18:4,16 19:2,4
20:1,6 24:1,4
25:4,13 29:6,17
30:6 31:2,13
34:19 42:17
43:13,20 51:21
51:25 58:10

Page 22

**[homeland - immigration]**

59:18 63:10 65:1 66:12 67:5 70:6 76:19,25 81:12 82:13 84:9,20 90:22 96:22 100:12,14,22 102:9 103:2,15 103:25 106:13 107:7,18 109:4 111:15 119:6,9 120:2 123:4 127:16 128:21 130:9 131:23 140:11

**homes** 18:7,24 91:15
**honest** 36:4 60:13,13 107:13
**honestly** 88:8 108:15
**honor** 15:25 25:9
**honored** 16:25
**hope** 4:6 25:14 31:10,15,16 49:21 51:23 59:8 67:22 79:3 94:1 104:1 112:10 127:4 128:1 140:11 141:23 142:15

**hopeful** 141:12
**hopefully** 25:15 105:23 117:13 131:20 139:9
**hopes** 15:18
**hoping** 61:7
**horrible** 107:20 108:1 130:2
**horrific** 7:7 29:24 71:6 72:23
**hose** 91:17
**hospital** 92:14 95:21
**hospitality** 12:21
**host** 11:10
**hostage** 32:4
**hosting** 122:23
**hot** 104:13
**hotel** 102:17
**house** 9:23,23 13:6,7,10 35:7 45:1 61:10 78:1 99:14 102:17 113:22 117:21
**how's** 121:7
**howe** 6:18 27:9 112:12
**huge** 72:3
**human** 19:19 46:4 76:7 96:12

**humanitarian** 116:9
**humanity** 95:4
**humility** 18:3
**hundreds** 22:21 88:1
**hunt** 32:13 33:24
**hunter** 137:12
**hunting** 137:15 137:23
**hurricane** 88:5
**hurricanes** 8:13
**husband** 18:9
**hyde** 146:2
**hyper** 127:15
**hypothetical** 64:8,11
**hypotheticals** 64:3

**i**

**ice** 21:18 76:14 85:10
**idea** 2:6 55:22 111:8
**ideal** 95:2
**identify** 46:12 67:1,12 138:13
**identifying** 31:3 44:12
**ideologies** 23:19 29:8
**ignoring** 99:9

**illegal** 20:8 21:14 46:5 52:24 53:13 55:3 69:3,11,20 83:10 94:5 115:25 124:17
**illegally** 37:10 54:1
**illegals** 55:24 102:16,24
**imagine** 53:21 112:2 123:7,7 123:12,13 124:9
**immediately** 26:2 37:14 69:25 88:9 101:9 102:2
**immense** 68:12
**immigrant** 69:3
**immigrants** 21:15 55:3 69:11,20
**immigration** 7:2 20:9,20 21:1,12 37:23 56:15 57:6,7 68:17 83:10 92:12 93:13 95:18 98:17 104:4 109:11 109:12,18,21 139:19,20 140:7,15

**[immigration's - inslee]**

| | | | |
|---|---|---|---|
| **immigration's** 110:4 | **improve** 48:16 | 46:15 83:17 | 42:9 48:3 56:4 |
| **impact** 73:23 | **improvement** 85:15 | **increasingly** 8:5 31:23 | 59:6 60:4 |
| **impacted** 41:24 | **improving** 43:12 | **incredible** | 61:17 73:20 |
| 41:25 72:25 | **ina** 67:8 | 60:10 74:24 | 74:14 79:1 |
| **impacts** 38:1 | **inaugural** | 76:7,10 96:21 | 85:22 86:5,9,11 |
| **impede** 45:21 | 114:16 | 97:7,16 | 91:3 99:17 |
| **implement** 32:6 | **incentivize** 83:9 | **incredibly** 8:25 | 108:20 113:9 |
| **implemented** | **incidences** | 60:11 67:5 | 120:3 121:6 |
| 74:12 89:1 | 66:13 | 114:11 128:23 | 125:6 132:7 |
| **implementing** | **incident** 107:21 | **indian** 15:21 | 144:18 |
| 61:9 98:8 | 130:2 | **indigenous** | **informed** 88:19 |
| **importance** 6:6 | **incidents** 7:8 | 15:24 | **infrastructure** |
| 34:22 42:1 | 29:2 30:20 | **indiscernible** | 20:10 21:22 |
| 68:16 81:1,17 | **included** 24:9 | 40:25 99:20 | 32:12,15,15 |
| **important** 6:15 | **including** 6:13 | **individuals** | 33:2,3,12,18,25 |
| 8:25 12:25 | 16:5 19:17 | 29:7,20 35:23 | 46:20 47:10 |
| 14:12,17 19:18 | 21:1 27:9 43:8 | 51:1 83:23 | 48:15 49:3 |
| 27:15 30:25 | 46:10 48:5 | 85:17 99:7 | 83:11 86:1 |
| 41:16 43:6 | 57:21 98:19 | 102:11 105:1 | 97:24 |
| 45:19 46:20 | 104:25 122:10 | 117:9 121:9 | **initiation** 87:23 |
| 50:17 61:23 | 140:20 141:19 | **industry** 50:6 | **injured** 53:3 |
| 67:16 82:2 | **incoming** 75:10 | **infiltrate** 45:6 | **innocent** |
| 94:19 106:22 | 81:19 107:2 | 73:21 80:18 | 134:12 |
| 107:15 126:23 | **incompetence** | **infiltrated** 7:23 | **innovation** |
| 127:3,16 | 2:9 | 32:1 73:12 | 20:14 |
| 128:24 132:9 | **incorrectly** | **inflation** 98:16 | **innovative** 20:5 |
| 135:16,19 | 93:20 | **influence** 3:11 | **input** 20:16 |
| 143:18 | **increase** 27:2 | 87:3 125:20 | 23:23 49:18 |
| **importantly** | 43:24 | **influx** 83:10 | **inside** 12:17 |
| 59:13 86:13 | **increased** 6:24 | **influxes** 92:9 | 109:7 |
| **imposed** 10:12 | 38:16,16 40:8 | 93:13 | **insight** 17:9 |
| **impoundment** | **increasing** 6:2 | **information** | 76:8 99:18 |
| 64:16 | 7:22 8:10 | 3:19 32:9 | **insignia** 111:6 |
| | | 33:10,16 41:5 | **inslee** 62:16 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[inspection - joe]**

inspection
144:21
inspections
46:15
inspector  55:15
inspire  79:17
inspired  9:19
instance  76:13
instances  56:24
institute  139:6
institutions
21:23
instructed
117:18
integration
128:11
intelligence
23:15 65:24
66:23 67:3,7
73:15 107:17
108:9
intend  9:2
53:16
intended  32:23
55:19 94:18
104:22
intense  57:25
intent  29:11
intention
131:21
intentions  42:7
interact  39:10
interaction
67:8,10

interdiction
19:20 39:22
interest  4:15
120:19
interests  10:1
130:9,10
interior  15:17
interject  91:10
internally
126:3
international
6:19 16:6 27:9
internet  57:18
interrupt  134:7
143:6
interrupting
64:9
interview  77:11
105:13 123:9
interviews  59:1
introduce  9:13
11:21 17:17
18:9
introduced  9:7
142:9
introducing
14:20
introductions
16:3,12
invaluable  17:7
invasion  27:22
39:4,7 85:5
94:6
invasive  3:4

invested  78:22
investigate
86:10
investigating
35:18 61:3
investigation
55:16 60:1
61:4,19 66:4
86:14 118:20
118:21 125:11
125:17
investigations
35:17 108:21
investigators
35:17
investments
46:2,9,13
invited  15:10
involve  140:11
inward  2:18
iowa  63:16
68:20 69:16
100:2,6,7
ip  80:20
iran  81:16
iraq  106:20
irgc  81:15
isis  29:9 65:23
66:4,6,7,17
80:10 81:14,15
140:21
islamophobia
141:23
issue  2:10 3:18
10:17 11:18

43:15 47:24
75:18 89:16
94:7 122:24
127:16 137:10
issues  5:11
19:18 44:13
46:11 92:20
97:1 107:4
113:25 120:18
126:14 127:23
131:7
it'll  99:5

## j

j  17:3 52:18
jail  137:24
janet  15:14
january  1:12
69:1 144:23
jersey  36:5
jets  102:3,11
job  10:3 33:1
34:8 36:13
40:10 70:8
73:6 84:24
100:16 105:12
111:14 114:7
121:11 125:8
136:2,4
jobs  72:19 85:1
85:1,3
joe  29:19 30:12
37:21 57:10
101:4,7 112:2
112:18

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

ER1013

**[john - large]**

| | | | |
|---|---|---|---|
| **john** 9:7 | **kevin** 9:8 | 71:10 72:2 | 114:13 |
| **johnson** 34:3 | **khorasan** 81:15 | 73:10,13 74:23 | **l** |
| 42:22 51:11 | **kids** 17:25 | 77:24,25 82:5 | **labeling** 2:23 |
| 60:19,21 61:3 | 142:14 | 86:5 90:13,24 | **labels** 143:11 |
| 61:20 68:5 | **kill** 80:23 | 94:16 99:10 | **lack** 38:19 |
| 82:19,20,23 | **killed** 52:23 | 107:16 108:8 | 44:14,14 59:22 |
| 85:19 87:11,16 | 53:2,11 69:2 | 108:20,22 | 97:2 143:1 |
| 91:6,9 | **killer** 69:5,11 | 110:20 112:1 | **laid** 69:6 |
| **join** 93:15 | **kim** 75:2,3,7,21 | 112:13 113:4 | **lake** 40:24 |
| **joined** 105:21 | 76:10,23 77:2 | 114:4,24 115:3 | **laken** 53:8 |
| 106:19 | 78:13 79:9,25 | 116:20 117:15 | 103:24 143:19 |
| **journal** 122:14 | 80:8,25 81:8 | 118:7 121:4 | **lakota** 39:20 |
| **judges** 57:7 | **kind** 12:21 43:3 | 123:17 124:10 | **land** 82:8 95:16 |
| **judgment** | 55:23 70:3,24 | 126:18,19 | 97:25 |
| 51:18 | 70:25 83:19 | 127:1 139:20 | **landry** 31:10 |
| **judiciary** | 86:17 140:2 | 139:25 140:1,4 | 114:5 |
| 140:10 | 142:16 | 140:19 141:1 | **lands** 96:3 |
| **jump** 40:24 | **kindergartners** | 143:22 | **landscape** 22:9 |
| **jurisdiction** | 48:4 | **knowing** 30:22 | **landscapes** |
| 15:23 | **kinds** 139:21 | 56:12 113:21 | 44:16 97:25 |
| **justice** 69:9 | **knew** 3:17 | 113:23 116:4 | **language** 2:6 |
| 139:6 | 42:11 70:10,11 | 131:6 | 86:16 |
| **k** | 131:14 | **knowledge** | **lankford** 46:10 |
| **kansas** 53:12 | **know** 2:13 6:11 | 73:14 80:3 | 113:13,14,17 |
| **keep** 18:6 25:22 | 7:1 13:4 14:3 | 82:14 | 114:21 115:11 |
| 25:23 30:7 | 16:10 24:3 | **known** 9:16 | 116:7,19 117:5 |
| 31:14 41:20 | 26:16 30:11 | 30:9 | 117:17 118:6 |
| 50:12 131:7 | 31:12,15 35:2 | **knows** 14:4 | 119:4,25 |
| 142:10 144:1,3 | 37:18,24 38:4 | 114:25 | 121:20,25 |
| **keeping** 27:11 | 38:23 40:18 | **kramer** 44:5 | 132:22 134:19 |
| 130:24 131:16 | 47:12 49:14 | **kristi** 1:14 4:4 | 135:2,3 137:11 |
| 143:17 | 55:20 56:5,18 | 9:17 12:12,22 | 138:19,24 |
| **keeps** 95:22 | 59:21,25 60:15 | 12:23 13:1,11 | 140:12 |
| **kept** 42:12 | 64:10,14,23 | 13:17 14:23 | **large** 33:9 |
| 95:25 | 66:5,5 67:16 | 15:19 70:8 | 36:13,13 96:2 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[largely - live]**

| | | | |
|---|---|---|---|
| **largely** 10:14 | 99:9,13,14 | 61:1 88:16,17 | **letter** 14:23 |
| 95:14,15 126:1 | 102:15 103:12 | 142:5 | 15:5 16:5 |
| **largest** 5:19 | 103:13 104:4 | **ledanski** 146:2 | **letters** 16:8 |
| 91:14 | 109:12,21 | **lee** 53:11 | **level** 33:4 50:25 |
| **las** 7:8 | 110:7 142:20 | **left** 11:9 14:14 | 73:19 74:13 |
| **lastly** 112:10 | **lead** 4:10 8:2 | 24:14 93:12 | 90:4 110:1 |
| **launched** 47:25 | 9:3 18:3 61:5 | 100:7 130:20 | 138:11 |
| **law** 2:18 3:6 | 98:10 | 137:15,18,22 | **levels** 23:21 |
| 11:8 19:24 | **leader** 9:7,22 | **legal** 46:21,23 | 83:17 |
| 22:17,19,23 | 12:7 13:11 | 56:15 57:5 | **leverage** 22:6 |
| 23:1,3,6,8,15 | 14:10 17:12 | 69:4 98:17 | **liability** 124:8 |
| 36:22,24 38:24 | 22:12 50:11 | 103:7 109:10 | **liberties** 31:5 |
| 40:23,23 44:1 | **leaders** 61:3 | 109:17,18,21 | 124:25 |
| 46:3 48:22 | 88:17 | 115:6 122:22 | **liberty** 4:1 |
| 49:10 56:18,23 | **leadership** 3:25 | 146:10 | **life** 17:23 24:14 |
| 56:25 59:2,4 | 5:23 8:17 | **legally** 57:8 | 100:2 110:3 |
| 60:15 63:1,22 | 10:15,25 15:25 | 100:21 | **light** 57:14,15 |
| 65:3,6,17,25 | 17:3 31:15 | **legislation** 6:23 | **limit** 69:4 |
| 71:5 84:11,12 | 35:5,12 36:3 | 44:6 46:11 | 142:10 |
| 85:10,12 86:16 | 58:3,9,23,24 | 77:2 81:23 | **limited** 56:19 |
| 89:18 96:11 | 60:25 63:3,9 | 86:13 87:9 | 64:10 |
| 97:4 99:15 | 90:20 91:5 | 128:19 129:1 | **line** 6:3 25:23 |
| 103:9 110:17 | 114:8,12 | 131:4 141:10 | 76:16 107:11 |
| 110:22,25 | **leading** 4:18 | **legislative** | **list** 29:21 |
| 111:11 112:3,8 | 20:1 | 141:9 | 100:21,24 |
| 113:8 121:17 | **leads** 3:21 | **legislator** 14:10 | **listen** 80:14 |
| 123:1 124:7 | 116:11 | **legislature** 9:22 | **lists** 81:13,14 |
| 128:21 135:24 | **learn** 12:15 | 17:21 | 81:14 |
| 136:6 144:2 | 87:20 | **legitimate** | **litmus** 106:3 |
| **lawful** 6:20 | **learning** 12:17 | 54:14 57:20,20 | **little** 5:10 9:20 |
| 20:20 45:22 | **leave** 61:25 | 111:2 132:19 | 46:7 70:7,23 |
| **laws** 37:4 54:7 | 71:1 | **length** 26:19 | 100:16 112:5 |
| 56:15 64:6 | **leaving** 30:22 | 126:13 | 129:17 140:17 |
| 78:22 84:13,14 | **led** 10:6 19:6 | **lethal** 66:2 | **live** 90:24 105:1 |
| 94:14,24 98:24 | 19:10 23:7 | | 120:9 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**ER1015**

**[lives - mandate]**

**lives**  24:6 88:1
  136:18
**living**  13:14
**local**  32:14 33:2
  40:23 48:8,17
  49:1,11 50:25
  73:19 74:21,22
  85:10,11 87:7
  88:17,25 89:18
  89:18,22 90:11
  91:12,25 97:10
  98:18 128:21
**locally**  88:16
**lock**  127:20
**lone**  108:3
**long**  9:17 85:3
  99:8 113:21
  129:24 133:12
  136:5
**longer**  94:3,7
  102:8 104:19
  116:5 124:12
  124:21 143:20
**look**  9:1 11:22
  11:24 14:7
  25:14 28:20,20
  43:16 47:3
  60:16 68:1
  70:23 74:12
  81:22 86:19
  87:8,18 89:14
  98:1 101:2,6
  104:24 112:11
  114:23 125:18
  126:5 127:10

130:5 131:17
  134:20 135:10
  138:22,24
  142:1
**looked**  50:1
**looking**  63:3
  97:1,17 112:11
  121:22 126:3
  130:21
**loopholes**
  115:15
**loose**  37:5,8
**lose**  27:23
  69:19
**losses**  95:13
**lost**  4:11 19:8
  37:16 87:25
  143:24
**lot**  12:15 44:4
  45:17 50:14
  67:16 79:22
  85:15 95:16
  109:1 113:20
  114:2 115:12
  122:5,10
  126:16,24
  127:8 134:7,12
  135:23 140:3
**louis**  53:12
**louisiana**  29:22
  67:20 114:9
**love**  18:14 41:9
  49:18
**low**  57:14,14
  84:25

**luck**  91:7
**lumped**  92:21
  93:6,18
**luxury**  102:17

## m

**ma'am**  29:12
**made**  7:11 10:9
  16:9 38:24
  41:2,22 62:4
  75:19,23 119:5
  122:21
**magnet**  10:10
**main**  50:5
**maintain**  27:7
  32:6 116:3
**major**  61:10
  62:18 79:13,14
**majority**  9:7
  12:7 13:11
  17:12 21:2
  84:18 108:6
**make**  4:13
  20:10 22:11,20
  22:25 23:10
  25:13 28:5,23
  28:24 31:19
  32:17 36:16
  45:7,22 46:13
  46:25 47:10
  50:1 51:6 54:5
  54:22 56:7
  57:5,8 58:25
  59:11,20 61:16
  66:25 67:10
  70:2,14 71:5

72:8,11 74:13
  76:24 78:20,25
  79:7 81:16,21
  82:12 89:24
  90:16,23 91:2
  94:22 95:24
  96:12 99:13
  100:11 101:20
  102:1 103:13
  106:13 108:11
  110:6 112:16
  113:7 125:13
  127:13 135:20
  137:1,2,7
  141:13,17
  144:2
**making**  5:7
  19:11,13 31:6
  35:20 36:18
  61:21 69:17
  72:1 76:12
  77:9,13,23
  78:16,23 85:17
  100:5 111:22
  125:22
**malibu**  91:16
**man**  52:22
**managed**  10:7
**management**
  8:9 48:2
**managing**  10:6
  43:8
**mandate**  20:24
  30:14,15

**[manhattan - mission]**

| | | | |
|---|---|---|---|
| **manhattan** 102:18 | **meaning** 52:10 | **members** 9:11 | 110:19 112:9 |
| **manipulate** 87:1 | **meaningful** 15:13 | 16:24 27:20 69:20 84:2 | **militia** 109:5 **million** 48:11 |
| **manipulated** 104:18 | **means** 17:24 51:16 87:21 | 128:8 **men** 17:16 | 64:19,20 **millions** 48:3 |
| **manipulation** 80:19 | 88:22 92:13 108:14 139:14 | 21:11 25:4 **mention** 136:11 | 112:21 **mind** 59:4 |
| **manner** 46:23 98:14 131:19 | **measure** 140:8 142:9 | **mentioned** 56:17 58:13 | 100:17 106:3 129:13 |
| **march** 129:20 **mark** 123:25 | **meddled** 32:25 **media** 2:23 | 70:5 77:8 81:10 115:13 | **mine** 77:16 **mineola** 146:13 |
| **markings** 111:7 **mass** 56:17,22 | 123:13,16 124:13,22 | 115:23 127:6 128:22 132:22 | **minimis** 47:2 **minimize** 82:1 |
| 95:4 98:8 **massive** 82:25 | **meet** 6:24 20:13 45:2 | 135:21 **met** 100:1 | 82:6 **minute** 120:11 |
| 83:1,4,10,20 **materials** 86:23 | 62:21 88:20 100:7 124:13 | 112:14 **mexican** 105:8 | 126:11 142:4 **minutes** 25:20 |
| **matt** 125:7 **matter** 129:10 | 124:19,22 **meeting** 43:4 | **mexico** 54:10 54:16,22 139:4 | **miserably** 73:2 **misinformation** |
| 130:1 131:14 **mayorkas** | 44:12 49:8 92:3 93:5 | **michael** 125:7 **michigan** 6:16 | 32:23 83:14 86:22 89:25 |
| 34:18 52:1 100:19 101:10 | 119:22 123:5 123:15 124:2 | 12:20 27:10 28:10 63:15 | 123:11 125:1 **mismanagem...** |
| 101:16,23 104:5,10 | 127:14 **meetings** 25:10 | **middle** 109:4 **migrant** 52:24 | 88:4 **missing** 142:22 |
| 105:14,19 106:7 112:4 | 73:25 84:2 **member** 4:12 | 53:5,9,15 67:18 92:9 103:7 | **mission** 2:12 3:5 6:14 20:3 |
| **mayors** 85:12 **mean** 15:23 | 5:3 9:11,24 12:5,24 14:11 | 108:7 140:21 **migrants** 53:13 | 20:24 21:10 25:5 26:25 |
| 83:22 87:16 88:3 108:1 | 16:23 25:20 61:6 68:8 | 107:22 **mile** 18:23 | 28:9,17,24 31:6 32:11,12,21 |
| 128:17 **meaner** 40:25 | 104:7 122:8 126:20 128:8 | 91:20 **miles** 136:18 | 33:23 35:19 36:12 39:6 |
| | 133:24 | **military** 66:6 106:21 108:1 | 48:23 50:2 66:11 81:22,23 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[mission - need]**

81:24 82:9,17
83:13 84:8,19
85:16 88:23
89:2 102:8
103:3 107:6
108:13 118:10
119:1 126:6
127:3
**missions** 28:14
**missouri** 51:20
68:24
**mistakes** 96:1
**misunderstand**
122:11
**misuse** 86:16
**misused** 83:6
83:22 86:7
**mixed** 78:13
**mom** 14:4
70:18
**moment** 3:8,9
114:8
**moments** 4:22
**monday** 105:24
114:15,18,22
**money** 51:6
62:5,7,10,14
63:15,19 64:13
64:22 95:20
133:16
**monitoring**
2:23 3:6
**montana** 13:2
**month** 31:25
43:5 74:8

102:18 120:12
133:4
**months** 5:1
23:23 137:15
**moral** 83:17
88:7,12
**morale** 84:24
135:22
**moreno** 99:21
99:22 100:4
101:10,16,22
102:3,10,16,23
103:6,14,23
104:3 105:3,12
**morning** 9:6
16:23 17:16
**mosques**
141:20
**mother** 17:19
**motor** 53:1
**move** 23:4
71:12 93:1
98:1 127:10
128:3 140:14
**moved** 77:3
**movie** 111:9
**moving** 25:24
38:18 96:2
135:7
**mowed** 52:24
52:25
**multiple** 15:10
120:17
**murderers**
101:11,14

**murders** 37:3,5
**musk** 123:17

**n**

**n** 146:1
**name** 68:25
70:5
**names** 111:8
**nation** 3:11
5:23 7:6 8:18
8:20 19:1
20:17 36:16,16
36:17 62:17
84:14,15 96:10
139:19
**nation's** 6:1,6
6:16 22:8
33:24 66:10
76:1 94:14,24
103:12 110:7
**national** 3:25
9:4 21:3 28:10
35:21 38:6
39:1,2,5,11,17
40:14 50:11
75:17 80:16
92:12 96:16
110:18 119:13
120:24 121:4,7
130:8 135:17
**natural** 6:2
8:10 19:20
20:11 24:8
62:17,19,22
90:7

**naturally** 14:1
**nature** 19:3
81:11 93:1
124:9
**near** 142:11
**nearly** 12:11
**necessarily**
30:11 47:9
73:10
**necessary**
26:24 35:22,24
38:3 45:4
**need** 6:9 8:16
11:19 21:9
22:13 24:18
27:11 28:24
30:3,16 35:12
42:15 44:2,15
44:18 45:15,23
46:1,19,21 47:3
47:5 49:5
50:12 56:7,13
56:14 62:20
63:19 64:14
67:9 71:15,16
71:25 72:7,14
73:8 74:9 79:1
79:4 84:23,23
88:21 89:10
93:10 94:8,21
99:4 109:16,19
109:20,22
110:6 115:14
118:18 119:2
119:25 122:15

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[need - north]**

| | | | |
|---|---|---|---|
| 127:13 129:11 | **new** 4:7 7:8 | 42:24 43:1 | 118:17 119:20 |
| 132:7,8 133:22 | 19:9 29:2,24 | 44:11,24 46:11 | 121:16,24 |
| 134:21 138:9 | 31:21 36:5 | 46:17 47:21 | 122:1,3,4 |
| 138:22 139:21 | 43:23 45:13 | 48:14,18 49:24 | 124:23 126:5 |
| 140:1 141:22 | 47:6 48:5 | 51:9,13 52:15 | 130:5,17,21 |
| **needed** 40:11 | 52:17 60:11 | 53:18 54:19 | 132:1,6 137:9 |
| 44:8 51:1 55:7 | 65:21 66:14 | 56:1 57:2 58:8 | 138:17,20 |
| 59:14 70:11 | 78:9 88:11 | 59:17 60:15,18 | 139:15 141:6 |
| 90:9 95:7 | 89:5 90:1 | 60:21 61:14 | 141:25 142:17 |
| 139:24 | 92:21,24 93:20 | 63:2,7,20 64:2 | 143:8,17 144:9 |
| **needs** 15:21 | 102:22 107:20 | 64:23 65:10,13 | **noem's** 16:5 |
| 20:24 31:2 | 108:21 134:23 | 65:18 66:9,20 | **nominate** 107:3 |
| 33:22 35:14 | **newsom** 62:5 | 68:1,5 69:12 | **nominated** 9:14 |
| 42:17 61:17 | 112:23 | 72:13 74:6 | 11:14 70:5 |
| 85:14 92:8 | **newspaper** | 75:5,16 76:6,15 | 72:17 76:18 |
| 101:8 105:10 | 55:8 | 77:1 78:5,24 | 111:15 |
| 108:22,23 | **nfl** 129:1 | 79:21 80:4,9 | **nomination** 4:4 |
| 109:22 110:1 | 134:20,24 | 81:2 82:20,22 | 11:23 16:5 |
| 115:12 118:24 | **night** 14:22 | 83:25 86:19 | 31:17 34:5 |
| 125:11 133:9 | 18:23 41:20 | 87:15 88:15 | 51:14 60:16 |
| 139:1,19 | **nimble** 33:23 | 91:8 93:21 | 74:20 |
| **neighbor** 68:10 | **nine** 99:25 | 96:18 98:21 | **nominations** |
| **neighbors** 27:8 | 100:9 | 100:3,25 | 135:15 |
| 65:15 | **nod** 113:18 | 101:13,19,25 | **nominee** 1:14 |
| **networks** 8:3 | **noem** 1:14 4:4 | 102:7,13,19 | 4:25 17:1 18:3 |
| 32:4 | 4:9 5:2,6 8:23 | 103:1,11,19 | 110:16 144:13 |
| **nevada** 107:21 | 9:7,17 13:17,20 | 104:1,17 105:9 | **nominees** 26:5 |
| 108:22 | 15:10,19 16:14 | 106:15 107:23 | **non** 135:16 |
| **never** 18:18 | 16:19,20,22 | 108:17 109:20 | **nonsense** |
| 24:21 29:25 | 25:19 26:5,6,10 | 110:4,11 | 106:11 |
| 32:23 41:4 | 26:15 27:13 | 111:14,20 | **normalized** |
| 55:9,14 58:1,1 | 28:19 29:15 | 113:6,14,16 | 39:14 |
| 58:4 59:14 | 30:19 32:10 | 114:20 115:8 | **north** 12:20 |
| 125:23 142:18 | 34:2,6,9,25 | 116:2,16 117:2 | 14:25 15:2,16 |
| | 38:11 41:7 | 117:12 118:1 | 45:17 46:22 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**ER1019**

**[north - opportunity]**

47:14 72:24
113:2
**northern**  6:11
6:13 12:18
26:21,24 27:3,6
27:17,23 28:9
28:14,17 43:25
44:1,4,6,10,13
44:20 45:9,14
112:11
**northwest**
68:10
**norway**  110:2
**note**  45:12 60:8
60:24 74:18
144:7
**notice**  51:15
**notion**  126:20
**november**
110:17
**nsa**  50:14
**number**  6:2
8:10 10:3
13:21,21,22,23
13:25 29:17
69:23 70:1,10
74:3 101:1,4
131:13
**numbers**
126:24 127:1
135:8
**numerous**  7:25
**ny**  146:13

**o**

**o**  146:1
**o'odham**  96:10
**oath**  52:8,9
63:21 110:14
111:21
**obama**  40:17
**objection**  16:8
144:18
**objectively**
104:5,6
**observed**  9:21
**obviously**  10:5
30:13 76:17
117:7 134:16
140:10
**occasionally**
114:14
**occasions**  15:10
22:22
**occur**  125:11
130:2
**ocean**  91:15,18
91:22
**odds**  4:1
**offer**  103:8
**offered**  97:4
**office**  5:10
25:11 27:14
59:8,8 68:15
71:13,18 93:22
106:9,18 128:2
131:20 132:12
144:17

**officer**  53:10
106:19,21
108:9 109:2
**officers**  6:24
23:4 53:12
97:3,5,5 110:25
118:23
**offices**  12:12
14:20 15:14
71:25 72:15
77:5 144:21
**officials**  66:25
87:8
**oh**  70:8 104:1
105:9 124:15
130:17 132:25
**okay**  111:10
122:4 139:15
**oklahoma**
114:25 115:2
115:17 137:12
**oklahomans**
116:12
**old**  51:22 52:23
146:11
**once**  12:5 23:22
25:1 91:24
123:13
**ones**  79:16
107:5
**ongoing**  7:10
7:24
**opaque**  86:4
**open**  5:12 6:19
10:14 38:8,14

52:12 59:9
104:13 109:9
112:24 113:1
119:12 123:23
144:22
**opened**  37:22
83:24
**opening**  5:4
16:21 26:17,21
**openly**  119:17
**opens**  112:16
**operate**  46:24
127:9
**operates**  3:23
**operating**  5:20
**operational**
105:6
**operations**  2:14
40:1 47:6
88:24 98:19
102:24
**operative**  104:9
**opinion**  122:13
122:14
**opinions**  107:1
**opponents**  3:9
**opportunities**
19:1
**opportunity**
4:16 12:9
14:18 22:15
25:9 48:20
56:2 94:2
97:15,20
100:15 105:15

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[opportunity - paul]**

| | | | |
|---|---|---|---|
| 126:13 | outstanding | pandemic 10:7 | partnership |
| opposed 124:10 | 9:14 21:11 | 24:11 86:21 | 80:13 |
| opposite 23:2 | overreach 3:21 | paperwork | partnerships |
| optimistic | overseas | 85:4 | 22:6 85:9 |
| 144:7 | 137:17,18 | parents 142:6 | 97:13 |
| order 11:1 | 138:4 | 142:15 143:16 | parts 96:2 |
| 44:22 54:15 | oversee 24:17 | paris 40:16 | 124:7 |
| 71:16 83:20 | 78:12 136:20 | parole 55:13 | party 105:19 |
| orderly 81:20 | overseeing | 56:17,18,22,25 | 106:4 132:18 |
| orders 76:13 | 139:9 | 57:3 116:8,9,14 | pass 13:8 59:2 |
| 99:7 | overseen 19:15 | part 14:14 16:9 | 123:1 129:24 |
| oregon 110:24 | 22:21 | 82:5 85:21 | passed 7:1 |
| organization | oversight 4:23 | 97:22 102:22 | 140:7 |
| 66:18 107:6 | 61:18 77:20 | 104:4 110:5,6 | passionate |
| 134:22 | 112:25 120:16 | 140:9,12 | 84:22 |
| organizational | 121:10,12,18 | 144:18 | past 11:5 96:8 |
| 77:6 | overstayed | participate | 115:2 120:2 |
| organizations | 99:8 | 49:20 | 143:12 |
| 16:8 80:1,3,5 | overwhelmed | particular | path 80:10 |
| 80:11 81:14 | 21:5 | 75:11 81:15,21 | 140:2 |
| origins 3:17 | overwhelmin... | particularly | patrol 21:8,18 |
| orleans 7:8 | 40:13 140:8 | 47:19 51:22 | 22:22 85:2 |
| 65:21 66:15 | own 2:8,11,14 | 107:16 | 97:11 136:19 |
| 89:6 90:1 | 14:5 24:22 | partisan 3:3 | paul 2:1 5:6 9:6 |
| 107:20 108:21 | 59:2 93:14 | 135:16 | 12:3,5 16:2,20 |
| 134:23 | 97:22 120:22 | partisanship | 16:23 25:18 |
| ought 40:22 | 125:17 | 127:15,17 | 26:11 68:3 |
| 67:20 134:24 | **p** | partner 31:13 | 75:2 82:19 |
| 134:25 | | 39:24 54:21 | 91:9 99:21 |
| outlined 26:17 | p.m. 144:22 | 57:5 85:12 | 106:16 113:13 |
| outrageous | pacific 91:15 | partnered 40:2 | 122:2,5 123:6 |
| 55:24 | 91:18 | 50:13 67:8 | 125:3 126:7,20 |
| outset 25:25 | packed 137:16 | partners 20:15 | 132:15 135:4 |
| outside 114:17 | page 90:17 | 66:22 96:6 | 139:1,13 |
| 137:22 140:24 | paid 56:10 | | 144:12 |
| | 123:18,20 | | |

**[pause - please]**

| | | | |
|---|---|---|---|
| **pause** 49:18 | 94:5,7 95:10,19 | **perpetuating** | **physical** 105:4 |
| **pay** 48:11 | 97:22 100:20 | 36:19 | **pick** 102:5 |
| 55:23 93:12 | 100:23 101:23 | **perpetuators** | 117:24 |
| 95:20 131:9 | 102:1,5,20 | 37:8 | **picked** 138:6 |
| 134:21,24 | 104:15 105:1 | **persistence** | **pickup** 139:4 |
| **paying** 3:13 | 108:19,23 | 10:21 | **piece** 86:13 |
| **penalized** 57:22 | 109:2,16 111:7 | **persistent** 7:20 | **pieces** 131:4 |
| **pennsylvania** | 112:8,24 113:3 | 29:6 66:2 | **pima** 93:18 |
| 90:2 | 115:1 119:18 | **person** 13:10 | **pittsburgh** |
| **people** 3:1,13 | 119:24 120:22 | 34:17,21 | 141:3 |
| 3:24 4:16 7:16 | 121:1 123:17 | 131:12 | **place** 12:7 |
| 8:21 10:10 | 124:12 125:12 | **person's** 100:8 | 54:11,23 55:1 |
| 11:7 15:24 | 125:17,19,23 | **personal** 9:18 | 60:8 102:14 |
| 17:4 19:22 | 127:19,22 | 48:2 | 110:12 134:15 |
| 22:4,25 23:14 | 128:6 130:2,15 | **personnel** 44:2 | **placed** 38:10 |
| 23:24 25:22 | 131:9 133:17 | 44:9 46:3 | 42:14 |
| 27:22 29:10,23 | 135:23 140:3 | 83:21 | **places** 92:21 |
| 30:7,15,21,22 | 141:5,19,20 | **perspective** | 93:16 94:10 |
| 31:11,11 34:14 | 143:21,23 | 41:14 70:17 | **plain** 2:5 |
| 35:4 36:1,15 | **people's** 2:13 | **peters** 5:5 9:11 | **plan** 22:2 29:13 |
| 37:9,16 38:19 | 33:10,15 74:14 | 12:5 13:15 | 69:9 74:16 |
| 40:11,12 41:2 | 86:18 134:13 | 16:23 26:13,14 | 96:14 98:16 |
| 45:21 53:10,25 | **percent** 18:22 | 27:13 28:7 | 102:17 119:2 |
| 54:2 56:10 | 54:21 106:1 | 29:1 31:22 | 132:17 |
| 57:8,11 58:25 | **perfect** 35:12 | 34:1 43:22 | **planes** 41:3 |
| 60:14 63:12 | **perfectly** 71:11 | 65:20 119:21 | 134:4 138:10 |
| 66:19 67:24 | **permanent** | 126:8,10,12 | **planned** 78:10 |
| 70:4,9,13,20 | 61:4 | 130:14,19 | **plans** 88:24 |
| 71:6,25 72:15 | **permanently** | 131:24 132:2 | **plant** 33:20 |
| 75:20 78:14 | 92:24 | 132:14,16 | **play** 77:12 |
| 80:14 84:9,17 | **perpetuate** | **phone** 44:3 | **playing** 113:4 |
| 84:19,25 87:2 | 54:1 69:21 | 55:2 100:5 | **playoff** 129:2,4 |
| 87:25 89:8 | 97:19 | 115:20 | **please** 16:14 |
| 90:10,24 92:18 | **perpetuated** | **phones** 55:6 | 108:16 130:4 |
| 92:25 93:1,19 | 98:25 | | 130:15 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[pleased - preventing]**

| | | | |
|---|---|---|---|
| **pleased** 9:12 | **politicize** 93:15 | **powerful** 96:21 | 30:13 36:8 |
| 11:20 75:25 | 108:11 117:24 | 97:7 | 37:17 40:17,18 |
| **pledge** 58:2 | **politicized** 93:5 | **powers** 2:20 | 46:18 52:17,18 |
| 59:9 65:8 | 95:25 | **practice** 16:13 | 54:9,10,20 |
| 110:14 111:22 | **politicizing** | **prairies** 14:6 | 58:18,19,19,19 |
| **plus** 37:9 | 112:8 | **prayers** 53:20 | 62:3,13,24 |
| **pocket** 137:22 | **politics** 62:10 | **praying** 114:6 | 63:13,19,21 |
| **point** 49:7 | 63:17 113:4 | **prc** 32:3 33:8 | 64:12,15,22,25 |
| 75:14 93:6,16 | **pornography** | 33:12 | 69:17,24 70:13 |
| 123:24 130:25 | 124:16 | **pre** 90:14 | 75:16,18 76:16 |
| **polarization** | **ports** 6:21 | **predecessor** | 76:17 78:17 |
| 127:18 | 26:25 27:17 | 52:5 57:16 | 79:2,3 84:11 |
| **police** 26:1 | 46:21 117:10 | **predecessors** | 94:4,12 98:6,22 |
| 57:18 92:14 | 142:11 | 110:22 | 98:22 101:4 |
| 97:6,9 | **position** 8:25 | **predictable** | 102:14 103:4 |
| **policies** 21:1 | 70:12 72:17 | 87:21 | 107:2,2 108:13 |
| 22:24 30:13 | 75:12 76:19 | **predicted** 87:21 | 110:15,16 |
| 37:25 38:14 | 124:11 125:14 | **prediction** | 111:10 113:19 |
| 52:9,11 91:11 | **positioned** | 141:1 | 115:9,20 116:8 |
| 91:12 101:7 | 71:11 | **prehearing** | 116:16 117:3 |
| **policing** 2:22 | **positions** 78:8 | 144:15 | 118:2 |
| **policy** 38:8 | **possess** 128:13 | **prepare** 119:3 | **president's** |
| 54:22,25 80:16 | **possesses** 10:20 | **prepared** 30:6 | 70:10 |
| 80:16,17 | **possible** 5:11 | 32:16 33:5 | **press** 55:8 |
| 106:25 122:20 | 70:1 108:19 | 133:4,11 | **pressure** 4:15 |
| 132:4 142:8,14 | 140:4 | **preparedness** | **prevent** 8:4 |
| 142:19,19 | **potential** 62:9 | 24:12 | 23:18 31:4 |
| **political** 2:23 | 67:21 92:16 | **present** 56:21 | 81:24 87:22,24 |
| 3:8 4:14 63:11 | 98:6 120:23 | 58:21 140:22 | 88:5,6 |
| 65:4,11 107:9 | 121:4 | **preserve** 56:5 | **preventable** |
| 118:4 125:19 | **potentially** 32:2 | **president** 9:15 | 87:22 |
| 126:17 128:3 | 79:17 142:24 | 11:15 13:19,25 | **prevented** 88:5 |
| 132:4,8 | **power** 48:1,7 | 17:2 18:24 | **preventing** |
| **politicization** | 57:21 | 20:23 22:16 | 5:25 82:9 |
| 107:9 | | 24:19 29:19 | |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**ER1023**

**[prevention - public]**

prevention
  24:1
previous  83:5
  101:2 140:19
previously
  125:5
price  3:13
primary  81:22
  81:23 82:8
  84:19 118:9
principled  5:23
  13:16
priorities  3:12
  26:16 43:18
  50:6 131:5
prioritize  21:25
  69:10
priority  7:13
  13:21,21,22,24
  13:25 20:17
  28:21 37:15
  69:23 70:1,11
  74:3,10 87:5,8
  98:23 99:1,6
  118:15,20
  131:13
private  22:6
  33:10 102:3,11
  105:13 122:18
  135:1
privilege
  113:21
proactive  20:5
  22:14 31:4

proactively
  51:1 90:5
probably  83:1
  100:1
problem  2:5
  55:9 62:8
  112:15 129:19
  135:22 136:21
problems  2:15
  10:6 126:22
  140:22
procedures
  17:10
proceed  18:8
  25:19
proceedings
  146:4
process  7:2
  17:8 31:5
  42:10 57:8,9
  76:12 81:20
  87:12 138:1,12
  138:15
processed
  54:15,17
processes  98:17
processing  85:4
  115:21,24
  116:10
program  49:11
  49:14,16,20,23
  51:5 54:10,18
  56:8,17,24
  65:11 92:10
  93:5,16,23

  94:17 95:3,8,22
  96:9,11 97:17
  104:18,21
  139:22
programs
  42:16 56:13
  64:6 65:2,4
  89:2 92:22,23
  93:7 94:18
  96:8
proliferate
  38:18
promise  75:19
promised  58:1
  70:13 94:4,12
promptly
  137:24
properly  77:19
property  24:6
  88:2 111:3
propose  86:13
proposed
  128:19
protect  14:5
  15:7 20:5 22:8
  24:5 30:7
  31:14 32:7,18
  38:3 40:11
  50:12 67:24
  83:8 91:3 98:3
  108:4,14
  129:25 135:25
  136:7 141:22
protected  20:10
  45:10 124:14

  124:18,20,25
  134:20,21
protecting  8:2
  14:8 31:4
  35:22 70:15
  84:22 98:18
  106:6 107:7,12
  109:4 141:17
  141:19
protection  6:24
  83:7 124:8
protections
  49:5
protective
  24:23 35:16
  104:9,11
  118:19,22
  119:1
protector  14:3
protested
  119:14
protests  111:4
protocols  35:22
proud  23:8
  40:14 127:21
  140:9
proven  22:9
provide  23:7
  55:7 86:10
  121:13 140:2
providing  54:6
  86:8,9
public  9:19
  17:5 18:11
  22:6 36:7 43:3

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

ER1024

(153 of 290), Page 153 of 290
Case 3:25-cv-01766-EMC    Document 37-12    Filed 02/21/25    Page 76 of 92
Case: 25-2120, 04/30/2025, DktEntry: 23.7, Page 153 of 290

**[public - really]**

43:8 59:12 61:13 62:13 86:12 89:24 90:5 97:1 119:18 135:5 144:21
**publish** 122:13 122:14
**pulled** 41:25
**pump** 91:19
**purpose** 80:22
**purposely** 51:5
**pursue** 61:22
**pursued** 18:18
**purview** 42:16 78:2
**push** 111:18
**pushed** 124:3
**pushiness** 124:1
**put** 4:15 37:19 56:25 59:15,24 62:6,7 72:3 76:18 89:11,19 90:9 91:20,22 92:25 102:14 106:12 110:12 137:24 143:7,8 143:10,11
**puts** 3:25 99:14
**putting** 86:24 94:15 106:11 111:1

**q**
**qaeda** 29:9 81:14
**qualifications** 5:16 113:24
**qualities** 11:16
**question** 8:1 26:4 27:4 28:15 29:12 30:18 35:1 43:22 51:17 84:5 86:7 118:14 128:7 129:21 130:20 132:23 133:8,9 138:2
**questioners** 139:13
**questioning** 36:10 67:15
**questionnaires** 144:14
**questions** 25:14 25:19 26:12 36:6 88:10 100:18 115:1 122:6,7,8 126:8 138:5,9 144:15 144:24
**quick** 28:15 136:10
**quickly** 24:15 31:18 49:7
**quite** 88:8 119:21

**quiz** 81:10
**quote** 53:5 62:4
**quotes** 77:8

**r**
**r** 146:1
**race** 141:21
**racism** 141:23
**racist** 141:2
**radical** 23:18 109:8
**radicalization** 7:9 140:21
**radicalized** 29:7,10 30:22 65:23 66:3 67:13 108:3
**radicalizing** 66:7,18
**raging** 61:25 87:24
**rain** 91:21
**raise** 16:15 34:15 77:15 78:3
**raised** 79:10 82:11
**ramification** 63:8
**ranch** 14:4,6
**rancher** 17:20 99:11
**ranging** 8:23
**ranking** 5:3 9:11 12:5 16:23 61:5

122:8 126:19 133:24
**ransom** 48:12 73:22
**rape** 37:3
**rapists** 37:7 101:17
**rather** 57:9 116:22,25 132:8
**read** 15:9 61:7
**readily** 90:15
**ready** 24:4 91:23
**real** 3:9 7:10 33:21 45:13 108:10 120:16 127:7,8,12 129:25 140:22
**reality** 19:8
**really** 2:6 10:4 12:25 14:17,17 14:18 15:1 33:23 35:8,15 42:7,24 44:15 45:4,16 47:17 47:23 60:5 62:2 67:21 72:4 73:22 85:24 90:13 93:15 95:11,12 96:10 98:13 100:8 112:15 122:17,21 123:3,11

[really - removed]

| | | | |
|---|---|---|---|
| 133:13,15 | 41:21 | **reform** 138:22 | **releases** 92:17 |
| 134:2 135:16 | **recommendat...** | 139:19,20 | **relentlessly** |
| 136:3,14 | 61:9 | 140:7,16 | 18:17 |
| 139:16 | **record** 4:11 | **reforms** 24:19 | **relevant** 59:5 |
| **reason** 33:14 | 16:10 22:9 | 59:15 61:10 | **relief** 61:24 |
| 33:17 65:24 | 48:1 144:19,25 | 118:18 | 62:24 63:11 |
| 70:9 77:7 81:9 | 146:4 | **refreshing** | 65:14 83:15,16 |
| 104:15 135:14 | **records** 132:17 | 52:20 60:11 | 88:14,19 |
| **reasons** 37:16 | 132:19,20,21 | **refugees** 40:17 | 117:18 118:3 |
| **reassurance** | 133:19 | 40:19 42:2,5,14 | **remain** 7:9 |
| 30:4 | **recourse** | **refused** 58:24 | 15:18 20:17 |
| **reassured** 36:9 | 122:22 | 58:25 119:11 | 23:12 27:16 |
| 79:4 | **recreated** 85:16 | 119:16 | 29:3 54:10,22 |
| **reauthorize** | **recruited** 23:3 | **regarding** | 144:22 |
| 49:22 | 85:7 | 75:12 | **remaining** |
| **recall** 140:7 | **reducing** 88:7 | **regardless** | 58:12 |
| **received** 14:22 | 88:12 | 141:21 | **remains** 25:6 |
| 16:4 42:9 | **reelected** 34:13 | **reignite** 98:16 | **remarks** 5:4 |
| 112:18 | **reevaluated** | **rein** 87:10 | **remediation** |
| **recent** 7:22 | 94:22 | **reinstate** 54:9 | 116:25 |
| 19:9 27:3 92:5 | **reevaluating** | 54:18,22 | **remember** 13:5 |
| 107:19 108:4 | 95:1 103:3 | **relate** 107:5 | 69:13 128:24 |
| 110:21 129:2 | **refer** 11:2 | **relates** 86:7 | 135:4 137:22 |
| **recently** 43:23 | **referenced** | **relation** 130:8 | **remind** 85:1 |
| 44:1 47:25 | 30:18 89:7 | **relationship** | 129:13 |
| 62:18 90:2 | **referencing** | 45:16 96:20 | **reminded** 29:3 |
| 129:14 | 64:24 | **relationships** | **reminder** 7:9 |
| **recognize** 22:13 | **referring** 62:5 | 45:18 96:5 | 18:10 |
| 23:25 40:8 | **reflect** 97:21 | 97:8,13 | **remote** 72:14 |
| 84:24 | **reflected** | **relayed** 108:23 | **removal** 99:6 |
| **recognized** 9:9 | 131:21 | **release** 55:11 | **remove** 124:7 |
| 16:21 36:9 | **reflects** 20:22 | 103:18 116:11 | **removed** 36:20 |
| 96:4 | 65:23 | 116:14,18 | 57:22 101:5 |
| **recognizing** | **refocused** | **released** 69:22 | 102:2 106:9 |
| 32:19 40:2 | 32:25 | 92:19 120:25 | |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[rename - right]**

| | | | |
|---|---|---|---|
| **rename** 85:21 | **requests** 61:22 | 127:13 | **rest** 26:12 |
| **renew** 4:22 | 62:21 125:4,5,6 | **respect** 63:6 | 62:16 69:6 |
| **repeated** 29:25 | 132:17,20 | 64:8 96:24 | **restore** 4:7 |
| **repeatedly** 52:5 | **require** 10:19 | 98:3 112:6 | 21:19 |
| 52:7,8 66:1 | 10:20 59:4 | **respecting** | **restored** 24:16 |
| **repeats** 31:20 | **required** 32:5 | 97:24 | **restrict** 124:5 |
| **report** 7:15 | **requirements** | **respects** 23:5 | 125:21 126:4 |
| 19:17 55:8,8,16 | 10:12 50:21 | **respond** 20:11 | **restriction** |
| 55:16 59:24 | 51:5 | 23:18 24:4 | 125:25 |
| 60:1 61:8 | **requires** 5:22 | 72:22 93:12 | **result** 8:11 |
| **reports** 62:13 | 23:20 56:20 | **responded** | 65:22 90:21 |
| **represent** 19:22 | 64:16 | 118:4 | 142:7 |
| 23:24 | **research** 3:19 | **responding** 6:1 | **resulted** 127:18 |
| **representatives** | **reservation** | **responds** 8:18 | **resulting** 83:18 |
| 9:23,24 13:8 | 15:4 26:6 | **response** 3:14 | **results** 72:24 |
| 113:23 | **reservations** | 19:5 24:7 | 86:15 |
| **represented** | 49:15 97:3 | 72:21 89:12 | **return** 104:16 |
| 64:21 | **reserve** 26:11 | 90:9,25 94:19 | **reunite** 142:6 |
| **representing** | **resilience** 24:2 | **responses** | 143:15 |
| 9:25 | **resolve** 20:14 | 144:13 | **reunited** |
| **republican** | **resource** 17:8 | **responsibilities** | 143:13 |
| 131:15 | **resourced** | 43:6 75:12 | **revamped** 23:6 |
| **republicans** | 28:22 36:2 | 118:8 | **review** 5:15 |
| 100:6 105:21 | 44:21 88:22 | **responsibility** | 100:16 118:7 |
| 109:13 130:22 | **resources** 3:2 | 18:2 20:18 | **reviewed** |
| 131:2 | 6:10 21:9 | 41:13,17,20 | 144:17 |
| **repudiated** | 23:20 26:24 | 68:12 73:2 | **rhetoric** 107:8 |
| 58:1 | 27:10 31:1 | 121:10 125:23 | **rich** 14:16 |
| **reputation** 84:4 | 32:22 33:4 | 130:12 | 134:22 |
| **request** 26:7 | 38:10 44:3,22 | **responsible** 7:5 | **rid** 95:8 134:14 |
| 119:5 120:18 | 45:1,15,23 49:4 | 21:13 66:6 | **right** 16:15 |
| 125:16 | 51:2 54:3 57:4 | 72:20 76:20 | 19:14 20:18 |
| **requested** | 57:18 67:1 | **responsive** | 23:25 35:7 |
| 112:20 | 83:9,21 90:13 | 88:18 | 37:9 42:20 |
| | 109:22 117:14 | | 44:23 48:13 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[right - secretary]**

84:10 99:4
106:19,24
107:2,19 111:9
112:13,19
121:2 134:15
135:22 136:11
138:9
**rights** 2:21 31:5
41:1 58:6
86:18 124:24
**riley** 53:8
103:24
**riley's** 143:20
**riots** 111:4
**rise** 30:20
140:24
**rising** 3:11
21:20 141:14
**risk** 120:24
121:4
**riveted** 67:21
**road** 146:11
**robust** 27:8
**rock** 14:24 15:5
15:11 18:13
**role** 4:23 7:11
22:18 38:9
41:12 77:12
78:1,11 79:23
88:11 117:24
121:23 131:22
135:16,17,17
**roles** 75:11
90:6

**room** 14:12
26:2
**rooms** 102:17
**root** 68:25 69:2
69:8 83:22
**rooting** 125:22
**roots** 69:6
**round** 37:12
126:11 140:19
**rounds** 137:14
137:20 138:6
**rule** 11:8 19:23
48:22 63:22
65:5 122:25
**rules** 111:20
**run** 43:19 96:3
114:23 115:2
136:14
**running** 34:18
**rural** 17:23
95:15,15
**rushing** 88:9
**russia** 87:3

**s**

**sacred** 18:17
**sacrifice** 23:5
**safe** 6:7 18:6,19
18:20 23:11
27:12 30:7
31:14 45:8
50:12 73:8
74:14,15 98:17
102:1 128:10
130:24 144:3

**safeguard** 20:9
**safely** 104:16
**safer** 19:12
21:17 22:20,25
70:2
**safety** 8:20 11:7
25:7 43:7,8
97:1
**sake** 23:24
**salt** 7:24 33:7
**salvador**
104:14
**sarah** 68:25
69:2 71:7
**sarah's** 69:5,11
69:13
**sat** 52:5 71:3
**satellites** 47:8
**saving** 24:14
**saw** 24:19
31:20 36:4
38:16,16,17,19
66:14 72:24
86:21 87:2
89:5,6,15
**saying** 62:4
78:16 100:7
115:18 124:12
**says** 122:12
123:1
**scan** 117:6,8,15
**scanned** 137:19
**scanners** 47:5
**scenarios** 64:24

**schellenberger**
125:7
**school** 48:1,4,7
50:14
**schools** 48:8
49:1
**scott** 34:3,4,7
34:10,25 37:21
40:15 41:23
42:21 43:11
**scour** 133:18
**screen** 121:8
**screening**
138:15
**screens** 120:9
**scrutinized**
4:19
**sea** 82:8
**seamlessly**
39:13
**second** 132:15
**seconds** 58:12
130:20
**secrecy** 3:23
**secret** 24:17,25
34:16 35:11,13
35:15,18 58:13
58:22 59:5,15
61:2,11 89:14
89:16 118:7,11
118:15,17
**secretary** 1:14
4:5 5:17 9:15
11:25 17:1
19:24 21:7,25

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**ER1028**

**[secretary - senator]**

| | | | |
|---|---|---|---|
| 22:15,18 24:11 | **securing** 2:17 | 103:25 106:14 | 68:20 69:7,8 |
| 24:17 26:15 | 3:7 5:24 13:20 | 107:18 109:1 | 77:8 80:17 |
| 48:20 51:24 | 18:16 36:15 | 111:16 119:6,9 | 91:5 104:24 |
| 56:3 57:16 | 39:25 68:16 | 120:2,24 121:4 | 114:1 140:24 |
| 59:18 60:12 | 83:23 85:6,24 | 123:5 127:17 | 141:7 |
| 64:5 65:1 | 106:6 115:10 | 128:18,21,23 | **seize** 46:5 |
| 66:24 76:20,25 | **security** 1:13 | 130:9,9 131:23 | **selfridge** 28:10 |
| 77:7 78:21 | 2:25 3:10,16,25 | 135:17 137:17 | **senate** 11:25 |
| 82:13 93:11 | 4:5 5:18,22,24 | 138:3,4,11,16 | 17:10 31:8 |
| 94:2 96:14 | 7:4 8:6,20 9:4 | 140:1,11 | 44:25 71:14 |
| 99:15 100:11 | 9:16 11:6,10 | **see** 5:6 7:7 | 99:14 106:22 |
| 100:14,19,22 | 12:1 15:20 | 29:25 30:20 | 140:6 |
| 103:25 106:13 | 17:2 18:4 19:3 | 33:19 35:17 | **senator** 2:1 5:5 |
| 111:15 112:4 | 19:19 20:1,16 | 38:1 39:9,9 | 9:6,8,8,10 12:3 |
| 119:5,8,11 | 24:1,4 25:5,7 | 50:1 51:15 | 12:3,4,13 13:15 |
| 129:22 131:23 | 27:7 28:14 | 52:3 60:8 75:4 | 14:10,13 16:2 |
| 135:14 | 29:18 30:6 | 75:5 91:15 | 16:20 17:7,12 |
| **section** 124:8 | 31:2,13 34:19 | 113:15,16 | 25:18 26:11,13 |
| **sector** 105:13 | 35:21 40:1 | 114:9 117:19 | 26:14 27:13,15 |
| **secure** 6:7,10 | 42:17 43:7,13 | 120:15 126:9 | 28:4,7,19 29:1 |
| 6:25 13:9 18:7 | 43:20 44:14 | 128:13 132:12 | 29:15 31:22 |
| 20:7,18 25:13 | 47:24 48:16 | 135:12 | 32:10 34:1,3,3 |
| 27:25 28:12 | 51:21,25 58:10 | **seeing** 27:21 | 34:4,7,10,25 |
| 30:15 38:10 | 59:18 63:10 | 129:8,9 | 37:21 40:15 |
| 45:4 47:1 51:2 | 65:2 66:3,8,11 | **seek** 23:22,23 | 41:23 42:21,22 |
| 52:7,8,13,16,19 | 66:12 67:5,18 | 54:12 | 42:22,23 43:2 |
| 69:24 72:12 | 70:6 72:9 73:7 | **seekers** 55:5,12 | 43:11,22 44:5 |
| 73:9 74:4,9 | 75:18 76:20,25 | **seeking** 55:10 | 44:11,23 45:11 |
| 79:6 82:7 83:8 | 77:10 81:12 | **seemed** 135:8 | 46:18 47:17,22 |
| 84:9,20 94:13 | 82:10,13 83:12 | **seen** 3:20 7:20 | 48:19 49:6,9 |
| 96:23 97:20 | 85:22 90:23 | 11:5 18:25 | 51:3,10,11,11 |
| 105:10 130:25 | 92:19 96:7,16 | 27:2 29:19 | 51:12 52:8,10 |
| **secured** 19:23 | 96:23 100:12 | 31:23 33:11 | 52:15,20 53:18 |
| 72:1,2 | 100:15,23 | 38:11,13 40:5 | 54:8,19,24 56:1 |
| | 102:9 103:2,15 | 43:23 48:9 | 56:16 57:13 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**ER1029**

**[senator - several]**

58:8,11 59:17
60:7,9,19,19,20
60:20,25 61:3
61:19,20 62:8
63:2,5,13,20,25
64:7 65:8,12,16
65:19,20 66:9
66:16,21 67:14
68:3,3,4,4
69:12 71:9
72:13 74:5,17
75:2,2,3,7,21
76:10,23 77:2
78:13,25 79:9
79:22,25 80:8
80:25 81:8
82:19,19,20,23
83:25 84:16
85:19 86:19
87:11,16 88:15
91:6,9,9,25
92:1 93:21
94:25 96:18
98:5,21 99:20
99:21,21,22
100:4,25
101:10,16,22
102:3,7,10,16
102:19,23
103:1,6,14,23
104:1,3,17
105:3,9,12
106:15,16,16
106:17 107:24
108:17,25

109:25 110:9
110:13 111:14
111:18 112:1
113:6,11,13,13
113:14,17
114:21 115:8
115:11,13
116:2,7,16,19
117:2,5,12,17
118:1,6,17
119:4,20,20,25
121:16,20,25
122:2,5 123:6
124:23 125:3
126:5,7,8,9,10
126:12 130:5
130:14,19
131:1,24 132:2
132:14,15,16
132:22 134:19
135:2,3,4 137:9
137:11 138:17
138:19,24
139:1,10,12,16
140:12 141:6
141:16 142:1,3
142:17 143:5
143:10,17
144:6,10,12
**senators** 16:10
20:16 28:23
46:10 89:9
106:1
**send** 21:3 39:1
39:20 40:19

111:10 125:4
133:18
**sending** 38:24
124:12,21
**sends** 78:13
95:19
**seniors** 48:4
**sense** 18:2 41:2
76:5 79:19
80:2 139:2,8
**sensitive** 32:8
112:7
**sent** 15:4 38:6
38:23 39:3,19
39:23 43:14
110:23 112:3
125:5 143:24
**separate** 95:25
**separated**
142:7 143:13
**separation**
142:8,11,18
**september** 19:7
77:4
**series** 9:3
**serious** 5:23
7:21 18:17
24:18 29:4
106:5 118:13
**serve** 4:4 5:3,17
8:24 9:15 18:6
22:15 48:20
52:4 82:24
85:7 94:2

**served** 17:21
41:15 106:20
113:22 121:10
**servers** 71:23
**service** 17:5
18:11 23:5
24:18 25:1
34:16 35:11,13
35:15,18 43:3
55:2,24 58:13
58:23 59:5,15
60:23 61:2,11
68:7,7,8 89:14
89:17 94:23
99:24 118:7,11
118:16,18
123:22
**services** 24:15
88:20 92:10
128:9
**serving** 41:15
106:10 121:22
**session** 64:19
119:12 140:13
141:10
**set** 4:6 10:5,19
14:9 35:24
72:8 133:21
**seven** 25:20
95:10
**several** 16:4
22:22 56:13
68:15 115:23
142:13

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127
**ER1030**

**[severe - south]**

| | | | |
|---|---|---|---|
| **severe** 8:15 | **showing** 72:19 | **sir** 61:14 64:23 | **smart** 45:20 |
| **severely** 53:3 | 125:8 | 80:4 102:19 | **smarter** 22:3 |
| **sex** 102:23 | **shows** 91:24 | 103:11,19 | **smartest** 14:2 |
| **sexual** 37:7 | **shut** 33:19 56:3 | 130:18 132:6 | **smugglers** 46:4 |
| **shadow** 96:9 | **side** 18:13 | **sister** 71:2 | **smuggling** |
| 97:15 | 118:20,21 | **sitting** 12:13 | 96:13 |
| **shape** 85:22 | **sidelined** 136:1 | 15:5 41:11 | **social** 2:23 |
| **share** 43:2 | **sidelines** 71:3 | 52:6 53:4,4 | **society** 37:4 |
| 99:17 126:20 | **sides** 107:10 | 114:16 | **software** 71:24 |
| **shared** 59:20 | 122:23 131:3 | **situation** 38:22 | **soldiers** 41:24 |
| 68:23 | 133:6 | 70:3 103:20 | **solo** 18:12 |
| **sharing** 68:18 | **sign** 117:20 | **situations** | **solution** 97:23 |
| **shelter** 54:3 | 132:20 | 69:18 90:14 | **solutions** 11:19 |
| 92:9,22,23 | **signal** 134:8 | 111:24 119:2 | 126:22 131:19 |
| **sheriff** 133:25 | **signals** 78:14 | **six** 16:7 19:11 | 146:10 |
| **sheriffs** 85:11 | **signature** 146:6 | 39:23 95:10 | **solve** 11:18 |
| **sherpa** 12:13 | **signed** 135:24 | 105:21 | 127:23 |
| **shifted** 2:17 | 136:3 | **size** 50:14 | **somebody** |
| **shipments** 47:2 | **significant** 4:14 | **skill** 10:5,19 | 11:14 36:9 |
| **shocked** 7:7 | 6:8 20:7 40:5 | 14:9 35:24 | 103:18 105:14 |
| **shocking** 86:24 | 46:2 81:5 | **skip** 117:20 | 136:18 |
| 86:24 101:8 | **siloed** 67:5 | **sky** 134:1 | **sonya** 146:2 |
| **shooting** 34:14 | 73:16 | **slotkin** 27:15 | **soon** 51:23 |
| 133:25 | **similar** 12:19 | 28:4 106:16,17 | 56:21 58:19 |
| **short** 57:24 | 68:22 | 107:24 108:25 | 59:8 69:25 |
| 129:16,17,20 | **simply** 55:11 | 109:25 110:9 | 132:12 |
| **shortages** 98:11 | **sincere** 17:6 | 110:13 111:18 | **sorry** 53:19 |
| **shorthand** | **single** 17:24 | 112:1 113:11 | **sort** 104:12 |
| 141:4 | 54:5 101:1 | 115:13 | 108:2 124:4 |
| **shortly** 6:18 | 105:20,24 | **small** 29:7 33:3 | 139:17 |
| 30:3 122:9 | 119:10 131:10 | 48:10,13 49:1,3 | **south** 4:11 8:14 |
| **shoulder** 41:18 | 131:12 | 92:17 93:3,9 | 9:13,25 10:2,9 |
| 51:17 | **sioux** 14:25 | 94:8 95:9,14,23 | 11:4 15:1,2,12 |
| **show** 73:3 | 15:11 | **smaller** 33:22 | 17:4 19:10 |
| 84:17,21 | | 73:19 | 22:10,20,21 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**ER1031**

**[south - states]**

23:3,4 24:8
35:3 38:12
39:16 40:11,12
46:23 47:12
50:4,15,20
68:10 74:11
97:2,3,6 114:18
131:12
**southbound**
46:15 47:18
**southern**   6:9
10:18 11:8
21:4 26:22
27:6,21 29:18
37:22 38:7
39:17,25 44:17
45:24 46:1,13
52:6,13,16
93:23 96:23
120:11
**southward**
46:6
**southwest**   2:17
**sovereignty**
15:22 96:17,24
**space**   125:1
**spade**   107:19
107:19
**span**   6:18
**speak**   17:17
64:2 108:10
132:9
**speaker**   13:10
**speaks**   15:24

**special**   12:9
14:18 120:19
**specific**   46:12
**specifically**
39:10 123:1
**specifics**   79:23
80:1 103:20
**specter**   62:9
**speech**   2:22
57:18 58:6
123:2,21 124:5
124:14,18,20
125:20,21,25
126:4
**speeches**
122:20
**spend**   5:14
107:4
**spent**   3:2,6,7,8
17:22 51:6
81:5 108:6
**spiked**   140:25
**spins**   133:20
**spirit**   127:24,25
128:1,6
**spoke**   97:17
99:1
**springing**   133:8
**spying**   3:3
**ssp**   92:10 93:5
93:16 94:16
**st**   53:11
**stabbed**   53:14
**stable**   5:22
13:16

**staff**   5:15 31:11
98:7
**staffed**   27:7
28:5 36:1
**staffing**   6:25
28:3 112:13,14
**stand**   16:15
28:9 63:18
64:15 70:19
**standard**   26:4
**standards**   32:7
72:7,7
**standing**   14:24
15:5,11
**start**   25:21
43:21 68:18
88:7,12 91:17
126:10
**started**   77:4
**starting**   31:21
**startling**
105:18
**state**   6:12,16
9:22,23 10:7,13
11:3,3 12:25
15:2,2,12 17:21
19:12,15,16,23
20:15 22:7,11
22:21,24 23:4,7
27:10 29:23
32:14 33:4
35:3 38:1,4,9,9
38:13,18 39:3
39:24 40:10,19
40:22 41:13

42:20 48:17
49:2,11,12 50:7
50:9,10,22,25
51:19 52:22
53:9 57:21
62:14 63:18
64:13 66:24
68:9 69:16
73:19 78:15
88:21 89:1,22
90:4 93:20,25
95:12,15 97:11
97:14 99:12,25
103:9 106:23
110:23 111:11
114:5,6,7
131:12,16
138:3 141:12
**state's**   9:25
**statement**
16:21 120:6
**statements**   16:4
62:3 144:16,24
**states**   3:11 8:13
10:10,13 11:25
25:6 27:18
29:11 36:20
38:13 39:25
41:8 42:9,13
43:14 48:17
55:19 62:11,25
63:16 64:19,21
67:24 68:22
80:6 81:25
94:1 95:2 96:1

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**ER1032**

**[states - sure]**

98:20 102:4
104:7,24 105:7
105:10,17
109:19 110:20
128:18 135:25
139:23 140:6
141:5
**statistic** 105:18
**statistics** 99:2
**status** 104:9,11
**statute** 59:4
**stay** 49:4 73:17
79:5 87:6
104:15
**stayed** 10:14,14
**steal** 33:15
**stealing** 80:20
**step** 52:3 68:11
87:11,17
**stepped** 114:5
135:18
**stepping** 114:2
**steps** 38:3
**stiff** 133:13
**stole** 32:1
**stolen** 33:9
**stop** 2:15 46:4
56:25 66:17
67:2,11,18
73:13 96:12
114:22 115:24
116:15 117:21
126:1 143:4
**stopping** 47:15

**storms** 8:12,15
**story** 9:18
53:22,24 68:18
68:23 69:13
**straddles** 14:25
**straight** 36:7
**strategy** 44:7
98:8
**streamline** 7:2
**streamlined**
89:21
**streamlining**
89:5
**street** 92:16
120:7 122:14
**streets** 21:16
**strength** 74:24
**strengthen**
24:12 44:6
45:14
**strengthening**
24:25
**strengthens**
47:20
**stress** 126:15
**stretch** 44:4
**strike** 24:3
**strikes** 8:19
68:21
**strived** 126:19
**strong** 5:22
13:16 45:16
70:14 113:24
**stronger** 19:12
77:12

**strongly** 119:14
**struck** 69:2
**structure** 49:16
117:1 136:12
**stuck** 32:24
**students** 48:5
48:11
**study** 3:18
**stuff** 2:3 134:1
**stymied** 58:20
58:22
**sub** 85:23
**subcommittee**
61:4 86:11
**subject** 84:13
**submission**
144:23
**submitted**
144:15
**succeeding**
51:24
**success** 20:3
74:25
**successful**
44:22 47:25
**sucking** 91:18
**suffers** 62:17
**sufficient** 6:10
**sufficiently**
27:7
**suggest** 133:2
**suite** 146:12
**summons** 26:7
**sunny** 104:14

**super** 30:2
31:12 67:20
128:23 134:21
**supervisors**
117:19
**supply** 47:15
80:18
**support** 16:1,4
16:9 17:5,15
20:25 21:9
31:17 33:1
44:7 46:2,8
102:21 111:12
142:16
**supported**
19:23 88:21
**supporters**
129:1
**supporting**
28:13 60:16
88:23
**supportive**
40:13
**supposed** 87:6
120:14
**supremacy**
29:8
**supremely**
67:16
**sure** 9:20 13:23
20:10 28:5,23
28:24 31:6,19
32:17 35:20
36:16,18 41:22
45:22 46:25

Page 45

[sure - temperature]

| | | | |
|---|---|---|---|
| 47:11 50:2 | **sworn** 111:15 | **taken** 18:18 | **tax** 95:17 |
| 51:6 53:15 | **synagogues** | 33:10,11 78:10 | **taxes** 131:9 |
| 54:5,23 55:3 | 141:20 | 96:1 | **taxpayer** 57:17 |
| 56:7,9 57:5,8 | **syrian** 40:17 | **takes** 81:3 | **taxpayers** |
| 59:20 61:16 | **system** 20:21 | **talk** 34:22 38:7 | 102:4 |
| 66:25 67:10 | 37:23 48:2 | 46:18 51:8 | **teachers** 48:5 |
| 69:17 70:15 | 54:13 57:1,6 | 77:21 78:6 | **technical** 133:8 |
| 71:5 72:1,8,11 | 68:17 93:14 | 85:13 89:23 | **technological** |
| 74:13 76:24 | 95:18 109:11 | 104:8 119:12 | 46:2,12 |
| 78:20,25 79:7 | 109:13,14 | 119:17 124:14 | **technologies** |
| 81:16,21 82:12 | **systems** 32:18 | 126:13 133:5 | 3:5 22:8 44:14 |
| 85:17 89:24 | 48:10 51:2 | 134:6 136:12 | 45:3 47:7 |
| 90:16,23 91:2 | 72:12 73:8,12 | 140:17 142:23 | 117:13 |
| 94:22 95:24 | 73:20,23 74:4,6 | **talked** 27:14 | **technology** |
| 96:12 99:13 | 74:9 87:7 | 38:5 46:7 | 45:20 46:22 |
| 101:20 102:1 | 92:14 95:22 | 50:19 54:20 | 47:11 50:8 |
| 103:13 110:6 | **t** | 68:16 73:7 | **telecommuni...** |
| 112:16 113:7 | | 84:16 91:11 | 7:25 |
| 125:13,22 | **t** 146:1,1 | 94:16 109:1 | **telecoms** 33:9 |
| 127:13 132:1 | **table** 15:11 | 111:6 116:13 | **telework** 72:10 |
| 135:20 141:13 | 34:12,24 50:18 | **talking** 36:4 | **teleworking** |
| 141:17 144:2 | **tackle** 10:16 | 81:6,17 95:9 | 71:17 |
| **surge** 48:9 | 99:4 | 98:8 108:6 | **tell** 13:9 34:16 |
| **surprise** 70:7 | **tag** 57:19 | 110:21 125:12 | 35:7,7 40:21,22 |
| 71:22 | **taibbi** 125:8 | **tangible** 126:22 | 40:22 60:12 |
| **surprised** 13:19 | **take** 10:25 13:4 | **target** 2:20 | 64:4,25 70:9 |
| 138:20 | 19:25 22:14 | 101:11,17 | 88:10 114:13 |
| **surveillance** | 38:2 50:19 | **targeted** 120:23 | 117:21 120:1 |
| 3:4 39:21 47:6 | 54:4 63:21 | **targeting** 2:18 | 124:20 125:16 |
| **suspect** 102:25 | 67:19 68:11 | 3:8 | 133:9 |
| **swear** 16:14,15 | 74:16 76:22 | **task** 85:10,18 | **telling** 53:22 |
| **swiftly** 24:5 | 87:17 91:22 | 135:19 | 69:13 122:18 |
| **switch** 79:9 | 94:9 100:15 | **tasked** 35:15 | 124:4 |
| 104:3 | 127:15 130:3 | 121:19 | **temperature** |
| | 134:10,11 | | 114:14,22 |
| | 144:7 | | |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**ER1034**

**[temporary - thousand]**

**temporary**
104:8,9,10,22
**tend** 100:13
**tens** 48:3
**tense** 58:21
**term** 54:11
129:18,24
**terms** 79:17
86:6 105:3
**terrible** 72:25
73:3 89:12
**terrific** 116:19
137:11
**terror** 90:1
100:20,23
**terrorism** 2:24
5:25 7:9,12,15
20:12 23:13
29:3 30:17,17
30:19 66:12
67:22 79:11
81:6 82:9
107:20 108:5
109:5 114:10
140:18,23
141:18
**terrorist** 7:19
11:11 19:7,9
29:21 40:16
65:22 66:3,14
67:2,25 79:11
79:13,15 80:5
80:11 81:24
82:4,6,14 89:6
90:8 141:4

**terrorists** 29:14
30:9,10 65:21
**terrorizing**
29:11
**test** 106:3
**testify** 26:7
**testifying** 99:23
**testimony**
16:16 135:21
144:13
**texas** 21:4
38:21 39:24
40:2 64:20
**thank** 5:2,5,7
8:23,25 9:10
11:22 12:1,4,10
12:20 16:2,11
16:22 17:2
25:8,10,18
26:14 29:1
34:1,2,6,9 35:1
42:21,23 43:1
48:18 51:9,10
51:12 53:21
59:23 60:7,18
60:21,22,23
65:12 67:25
68:4,5,6,12
69:13 72:13
74:17,25 75:1,3
78:24 82:21,22
91:6 92:1,2
93:21 98:5
99:22 106:9,10
106:14,15

113:11 115:11
116:7 119:4,25
121:24,25
122:1 130:10
130:17 132:14
135:3 138:19
138:25 139:12
141:25 144:10
144:12
**thanking** 60:24
**thanks** 60:20
75:7 106:17,18
113:17,18,19
114:12 135:3
**theater** 126:17
132:4,8
**thing** 12:10
38:5 41:19
42:20 58:12
74:19 106:22
107:8 112:10
121:13 125:3
134:18
**things** 10:3
11:1 35:19
43:11 71:6
73:3,9 84:16
89:3 91:13
93:17,19
100:13 106:5
107:9,14 108:2
114:1,24 115:4
115:12 118:13
120:19 123:16
126:2 136:10

139:8
**think** 2:6 10:2
10:22 11:12,13
13:16 14:3
22:3 27:18
34:7,10,15,19
34:20 45:19
47:2,5 48:12
49:19 50:16
54:24 55:24
57:24 67:15
70:4,8,24 71:2
76:11 79:21,24
81:3 82:2 83:1
83:2,6 84:5,18
84:23 86:20
89:4 93:7 96:1
98:13 100:12
107:7 109:2,9
112:5 122:6,8,9
122:10,12
125:10,24
126:1,8,16
127:2 129:10
132:9,22
133:21,22
134:14 135:23
137:21
**third** 5:19
**thirds** 20:25
**thought** 70:7
114:17
**thoughts** 17:10
**thousand** 48:11
143:12

Page 47

[thousands - toxic]

| | | | |
|---|---|---|---|
| **thousands** 32:2 | **thrown** 126:24 | 11:21 16:25 | **tolerate** 25:25 |
| 92:18 | **thune** 9:8,8,10 | 18:1,10,15 | **tom** 75:13,24 |
| **threat** 7:21,22 | 14:10 17:12 | 25:10 37:16 | 75:25 76:6,15 |
| 21:20 22:14 | **ties** 71:20,24 | 43:17 52:14,16 | 78:5 79:1 |
| 29:6,13,17 66:2 | **tilt** 126:2 | 53:4 54:25 | **tone** 4:6 |
| 66:8 67:22,25 | **time** 3:2 5:14 | 58:3 68:6,18 | **took** 23:2 25:11 |
| 81:13,16 82:1 | 7:1 9:17 11:13 | 74:12 79:23 | 122:20 139:5 |
| 110:19 128:25 | 13:15 14:20 | 89:4 90:12 | **tool** 82:10 |
| 129:8,25 | 17:5 18:21 | 100:1 103:24 | 96:21 97:8 |
| 141:14 | 25:10 26:12 | 108:6 130:11 | **tools** 21:9 |
| **threatened** | 38:24,25 44:9 | 138:21 144:23 | **top** 7:13,24 |
| 80:6 124:5,6,7 | 45:12 51:4 | **today's** 6:5 | 20:17 49:4 |
| **threats** 2:16,25 | 55:6 64:9 | **toe** 32:24 | 61:10 82:17 |
| 3:9,15 5:24 7:5 | 67:14 74:18 | **together** 12:18 | **topic** 71:12 |
| 7:10,15,19 8:23 | 78:7 81:5 85:3 | 13:1 18:6 | 84:1 |
| 19:3 20:2 | 88:12 90:10 | 23:16 25:5,16 | **topography** |
| 23:18 24:19 | 91:3 92:15 | 30:4 59:25 | 47:8 |
| 28:1,15 29:4 | 95:21 105:17 | 67:11 71:20,24 | **tornadoes** 24:9 |
| 31:3,19 33:21 | 106:18 107:4 | 73:16 78:6,7 | **touched** 43:22 |
| 35:8 39:9 | 111:1 112:16 | 79:7 85:13 | **touching** 14:22 |
| 66:10 67:12 | 113:22 114:9 | 96:15 99:12 | **tough** 10:25 |
| 79:22 81:4 | 126:25 129:10 | 113:22 127:19 | 11:18 114:8 |
| 85:25,25 | 129:16,17,21 | 128:6 130:15 | 126:22 |
| 108:10,15 | 130:1 134:3 | 132:13,20 | **toughest** 14:2 |
| 111:1,2 119:13 | 136:6,13 | 133:3 137:6 | **toughness** |
| 119:17 127:12 | 139:14 143:6 | 142:10,12 | 10:24 11:17 |
| 127:14 128:12 | **times** 39:18,23 | 143:18 144:1 | **tours** 106:20 |
| 130:7 | 41:19 69:4 | **tohono** 96:10 | **toward** 140:15 |
| **three** 13:17,18 | 73:18 105:5,5 | **told** 41:18 44:2 | **towards** 24:25 |
| 52:17 63:20 | 115:23 127:6 | 52:7 53:4 | 95:5 121:18 |
| 69:4 70:22 | 133:1 | 80:14 93:4 | **towers** 134:12 |
| 81:13 82:3 | **tiny** 129:17 | 132:17 | **towns** 36:20 |
| 106:20 139:6 | **title** 39:2 | **tolerance** | 92:17 94:8 |
| **thriving** 131:16 | **today** 4:3,16 | 142:19 | **toxic** 128:3 |
| | 5:7 9:1,13 | | |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**ER1036**

**[tps - typhoon]**

| | | | |
|---|---|---|---|
| **tps** 104:12 | 89:10 113:9 | **truly** 72:9 | **try** 78:19,19 |
| **track** 7:15 22:9 | **transparent** | 74:19 84:22 | 79:20 81:19 |
| **tracking** 79:16 | 99:17 108:18 | 94:23 | 82:5,7 88:6,11 |
| 82:15 120:10 | 121:17 | **trump** 9:15 | 91:12 126:21 |
| **trade** 6:20 27:8 | **travel** 6:20 | 13:19 14:1 | **trying** 10:11 |
| 27:11 | **travis** 52:22 | 17:3 18:24 | 76:4,11 79:17 |
| **traditional** 80:5 | 53:10,19 54:25 | 20:23 22:16 | 81:10 87:1 |
| **traffic** 2:25 | **treasury** 7:23 | 24:20 30:13 | 93:1 125:20 |
| 46:6 | 32:1 71:21 | 36:8 37:17 | 126:3 |
| **traffickers** 46:5 | 118:14 | 46:18 52:18 | **tsa** 138:3,8,20 |
| 47:4 | **treated** 118:5 | 54:9 58:20 | **turn** 16:1 45:23 |
| **trafficking** | **tremendous** | 62:3,13,24 | 58:20,22,24 |
| 11:12 19:19 | 10:20 22:16 | 63:14,21 64:12 | 59:5 128:7 |
| 20:8 38:18 | 115:16 | 64:25 69:17 | 134:19 |
| 40:7 124:16 | **trends** 32:3 | 75:10,23 78:17 | **turned** 13:19 |
| 142:25 144:4 | **tribal** 14:24 | 85:20 94:4 | **twitter** 123:17 |
| **tragedy** 63:4 | 15:22 23:7 | 95:6 98:6,22 | 123:19 125:7,9 |
| 65:21 66:14 | 96:3,11 97:3,6 | 101:2,4 102:14 | **two** 6:16 7:7 |
| 68:21 69:1 | 97:9 | 106:23 110:15 | 13:1,2 15:20 |
| 87:19,24 | **tribe** 14:25 | 110:16 115:9 | 17:15 20:25 |
| **train** 50:14 | 15:11 | 117:3,20,20 | 29:2 31:22 |
| 90:10 97:4 | **tribes** 23:10 | 142:17 | 35:14 39:18 |
| 118:22 | 96:4,5,15,20 | **trump's** 103:4 | 49:19 56:19 |
| **trained** 39:5,10 | 97:7,19 98:4 | 114:15 116:17 | 72:11 81:3 |
| **training** 23:6,8 | **trip** 137:15,17 | 118:2 | 82:3 91:21 |
| 35:24 50:11 | 137:23 | **trust** 2:13 | 136:10 |
| 97:15 109:5 | **troopers** 22:21 | 18:17 25:15 | **type** 82:1 95:22 |
| **transcript** | 97:11 | 35:4,5 36:13 | **types** 7:18 67:2 |
| 146:3 | **troops** 21:3 | 37:17 | 67:11 69:18 |
| **transition** 74:2 | 38:6 | **truth** 16:17,17 | 94:21 95:13 |
| **translate** 4:18 | **truck** 139:4,5,7 | 16:18 35:7,8 | **typhoon** 7:24 |
| **transparency** | **true** 21:11 35:3 | 60:4,12 86:12 | 33:7,13 |
| 3:24 4:8 34:22 | 100:3 104:2 | 86:25 87:12 | |
| 59:19,22 61:12 | 118:24 133:19 | 89:8,9 108:24 | |
| 61:16 86:9 | 136:5 146:3 | 132:9 134:2 | |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**ER1037**

**[u.s. - utmost]**

| u |
|---|

**u.s.** 6:23 7:25
9:23 21:12
27:8 29:6,13
30:21 32:8
**uas** 129:15
**ukraine** 128:15
**unanimously**
59:3
**unauthorized**
27:2 43:24
**unbelievable**
59:7
**unbroken**
119:10
**uncertain**
75:11
**unchecked**
3:20 4:9
**unclassified**
32:2
**unconstitutio...**
86:17
**under** 2:19
21:23 30:12
38:15 39:2,23
42:16 52:7,9
57:25 58:3,9
63:9 78:2,8
85:19,20 86:3
87:4 95:5
103:4,22 112:3
118:1
**understand**
15:21 17:23

53:24 78:14
81:18 82:17
87:20 95:1
106:25 107:1
112:22 127:12
127:21
**understanding**
50:15 82:14
118:21
**understands**
35:13
**undertake**
36:13
**undertaking**
102:8
**underway** 66:4
**undocumented**
140:3
**unequally**
84:12
**unfair** 122:23
**unfortunately**
7:6 98:15
**unfounded**
62:12
**unguarded** 3:1
**uniformed**
112:9
**unit** 108:1
**united** 11:25
25:6 27:18
29:11 42:8
48:17 55:18
62:25 67:24
68:22 80:6

81:25 102:4
104:7 105:7,9
105:16 109:19
110:20 128:18
135:25 139:23
140:6 141:5
**units** 77:6
**universal** 27:19
**university**
22:11 50:10
**unlimited**
139:14
**unmatched**
21:19
**unprecedented**
21:6 124:2
**unrelated**
140:23
**unsolicited**
14:23
**unsure** 2:10
**unthinkable**
13:7
**unvetted** 41:4
**upcoming** 30:2
**updates** 136:16
**upgrade** 44:10
105:15,16
**upgrades** 32:6
**uphold** 63:21
94:13 99:15
111:16,17
144:1
**upholding**
94:23

**uproar** 123:15
**upset** 112:5
**urge** 78:18
**usage** 130:7
**uscis** 76:14
**use** 20:14 47:5
55:12,25 57:10
57:20 58:21
104:13 110:17
115:5,23 116:6
116:20,22
117:6,13,14
**used** 2:20 13:15
39:11,21 86:1,2
115:17,18
116:8 118:22
135:5
**users** 55:10,17
**using** 32:22
47:4 55:6
57:17 83:7,11
95:2
**usually** 133:7
**utility** 33:20
**utilize** 45:7
93:25
**utilized** 31:2
45:3 57:6 83:9
83:13 94:17
**utilizing** 47:11
94:21
**utmost** 21:21

Page 50

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**ER1038**

**[vacation - way]**

| v | violate 86:1,2 | w | 132:15 133:4 |
|---|---|---|---|

**v**

**vacation**
137:16
**values** 20:22
97:21
**variety** 29:8
**vast** 2:20
**vegas** 7:8
**vehicle** 53:1
**vehicles** 117:7
117:9,15
**veil** 3:23
**venezuelans**
104:23
**veritext** 146:10
**versus** 93:25
**vested** 77:6
**veteran** 64:10
66:6
**vetted** 40:21
42:5 109:17,18
109:22
**vetting** 42:10
56:12 121:7
**victimization**
142:24
**victimized**
38:19
**victims** 142:14
**view** 12:17
61:10
**viewpoints**
57:19 123:23
**vigilant** 20:4
23:12

**violate** 86:1,2
86:17
**violation** 62:25
**violence** 36:19
47:13 98:25
141:8
**violent** 8:12
66:1 141:4
**visa** 139:22
**visas** 139:21
**vision** 4:17
**visited** 71:13
**visiting** 60:22
**visits** 131:20
**vital** 93:10
**vocal** 98:7
**volt** 33:13
**volumes** 15:24
**vote** 25:15,21
25:23 105:23
106:1,8
**voted** 105:20
106:7
**voters** 13:24
106:9
**votes** 100:5
**voting** 11:24
**vulnerabilities**
32:19
**vulnerability**
84:10
**vulnerable**
11:10 73:18

**w**

**wait** 54:16
105:24
**waiting** 143:13
**wake** 19:8
**walk** 18:23
**walked** 113:20
**wall** 40:2 46:19
46:19 97:24
116:22 117:1,4
122:14
**want** 5:7 11:2
12:10 14:21
17:2 18:8
20:16 25:24
29:25 44:24
45:21,22,23
47:23 48:12
59:23 61:23
63:5 67:17,18
68:6 71:2,12
74:18 75:13
76:24 79:9,12
81:16,18,21
82:12 84:6,20
88:11 94:10
95:23 96:5
103:21 108:4,8
108:8 112:16
112:17 114:9
115:2,3 116:20
118:7 121:12
126:15,21
127:7,22
129:13 130:1

132:15 133:4
133:10,25
134:22 136:10
139:17 140:17
140:22 141:1
141:16 142:4
143:3
**wanted** 75:8
78:3 80:2 85:7
110:3
**wants** 107:3
108:13 117:3
132:19 134:16
**war** 39:8
**warfare** 128:14
**warrant** 134:9
**warriors** 50:11
**washington**
22:4 62:14
64:13 114:23
**waste** 3:21
**watch** 29:21
31:13 100:21
100:23 103:22
**water** 24:15
33:20 91:14,18
91:22,23
**way** 4:11 8:2
10:9 14:12
51:4,7 70:23
77:22 79:8
85:22 86:2
93:2 104:6,21
109:17 113:1
119:6 124:13

Page 51

**[way - workers]**

126:2 127:9,17
133:12,14
**ways** 32:22
43:10 51:16
134:15 135:11
**we've** 3:20 7:20
11:5 23:9 27:1
29:19 33:11
37:5,7 40:5
74:7 83:4 88:7
91:5 97:8
104:24 108:6
109:1 116:12
117:7 120:1
122:5 126:13
126:16,23
127:19,20
134:10 136:21
136:23 140:24
141:7
**weaponization**
128:16
**weapons** 47:19
**wearing** 111:5
111:7
**weather** 104:13
**website** 135:5
**week** 11:4 92:3
123:25 135:15
**weekly** 123:6
**weeks** 4:25 7:6
68:15
**weighs** 41:17
**weiss** 125:8

**welcome** 42:24
42:25 51:13
60:21 82:21
**went** 29:23
34:12 137:16
137:17 138:2,3
142:21
**west** 14:6
**whined** 114:13
**whining** 114:22
**whipping** 100:5
**white** 29:8 35:6
78:1
**who've** 87:25
**wide** 8:23
**wife** 17:19
70:18 100:6
114:14
**wildfire** 91:24
**wildfires** 8:14
24:10 26:18
**willing** 46:14
52:3 68:11
110:17 132:10
133:23
**willingness**
4:13 5:2,14
8:24 17:16
82:24
**wins** 15:1
**wisdom** 17:9
23:22 76:9
**wish** 23:13 45:6
87:10 90:19

**withdrew**
57:25
**withhold** 63:15
**withholding**
62:10,14,23
64:13
**withholds**
64:22
**witness** 53:3
**witnessed**
15:13 29:2
**witnesses** 16:14
**wolf** 68:24
97:15 108:3
**wolfe** 52:23
53:10
**wolves** 96:9
**woman** 14:4
68:25
**women** 21:12
25:4
**won** 30:13
106:23,24
**wonder** 130:3
**wondering**
15:6
**word** 104:10
**words** 2:2
13:15,17,18
15:9,22 52:25
55:21
**work** 4:7 8:9
12:18 17:24
18:5 21:20
23:9 24:24

25:16 30:4
32:14 44:25
45:8 46:14
49:21,22 54:5,9
54:17 58:16
59:19 60:3,10
61:15,15 66:21
71:23 72:2,14
72:16 75:9
76:3,13 78:6
79:6 81:19
82:6 84:15,17
84:21 96:15,23
96:25 98:3
99:12,19 101:1
101:19,25
107:11 111:23
113:7,25 115:9
124:24 125:13
125:18,20
131:10,18
132:13 133:23
136:19 137:6,8
138:13,18
141:12
**worked** 6:22
22:19 24:7,22
44:5 46:9 49:8
59:24 74:21
80:15 96:8,12
109:3 131:2
136:23 138:1
**workers** 71:18
98:18 139:23

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**ER1040**

**[workforce - zuckerberg]**

**workforce**
19:16 98:11
**working** 23:16
25:2 28:8,16,20
28:22 37:19
42:6 44:19
49:17 52:9
67:11 68:2
71:19 73:5,16
78:7 79:1,2,7
86:20 87:7,9,18
96:20 98:1,13
102:13 121:7
126:6 127:11
129:23 130:6
130:22 133:17
137:5,10
138:23 142:1
**works** 24:24
**world** 91:14
95:3 109:7
128:15 129:8
**worried** 112:8
123:3
**worse** 124:4
**worship** 141:21
**worst** 51:24
104:6
**worth** 88:2
134:12
**would've** 50:22
50:23 75:22
83:3 90:19
103:17

**wow** 91:16
**wrap** 14:21
**wray** 34:20
**writes** 15:14
**written** 65:11
**wyoming** 13:3

**y**

**yeah** 34:25
47:17 59:17
68:1 71:9 76:6
78:5,5,24 86:19
96:18 100:3
102:7 104:17
108:25 114:20
117:2 126:12
132:25 137:9
144:9
**year** 6:20 13:5
13:5,6 24:20
31:21 52:24
96:25 103:16
117:17 119:6
119:10,10
120:21 121:2
141:9
**year's** 19:9
29:2,24 31:21
**years** 10:1 11:5
17:14,22 18:14
18:22 19:2,11
22:17 27:3
31:22 52:23
63:9 69:1 76:7
79:24 80:15,15
92:5 99:25

100:9 101:3
102:12 106:12
119:9 120:3
139:7
**yesterday** 53:3
**yield** 5:3 25:17
82:18 113:12
138:25
**york** 92:21,24
93:20
**young** 52:22
68:25
**youtube** 122:19
122:23
**yuma** 93:17

**z**

**zero** 101:1
142:19
**zone** 39:8
**zuckerberg**
123:25

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**ER1041**

# EXHIBIT
# 13

ER1042

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12    Jan. 22, 2025 Fox & Friends Interview
13    Sean Hannity's Interview with President Donald
14    Trump
15
16
17
18
19
20
21
22
23
24
25
                                            Page  1
```

ER1043

1    SEAN HANNITY:  You stated that you will
2  release the files, all of the files, as it
3  relates to the JFK assassination.
4    The moment you walked back in this
5  office, this desk, this room, your carpet.  How'd
6  you feel?
7    PRESIDENT DONALD TRUMP:  Well, it was a
8  lot of work.
9    SEAN HANNITY:  Do you believe that
10  moment, people say to me, they see a change in
11  you.  Do you believe you've changed?  Has this,
12  for example, increased your faith in God?
13    PRESIDENT DONALD TRUMP:  Yes.
14    SEAN HANNITY:  All these people, the
15  Biden family members, Joe Biden ran and said he
16  would never do preemptive pardons.  It was an
17  issue that came up when you were leaving your
18  first time.
19    PRESIDENT DONALD TRUMP:  Sure.  Oh, he
20  thought -- he heard that I was going to do it.  I
21  didn't want to do it.  I was given the option.
22    SEAN HANNITY:  And welcome to Hannity
23  and buckle up for a very special show.  After
24  four long years, President Donald Trump is back
25  where he belongs.  He is in the Oval Office.

Page 2

1  Earlier, the President, he did welcome us into
2  the White House for an exclusive first interview
3  in front of the Resolute Desk.
4    Mr. President --
5    PRESIDENT DONALD TRUMP:  Thank you.
6    SEAN HANNITY:  Welcome back.
7    PRESIDENT DONALD TRUMP:  Thank you very
8  much.
9    SEAN HANNITY:  Let's talk about the
10  moment you walked back in this office, this desk,
11  this room, your carpet.  How'd you feel?
12    PRESIDENT DONALD TRUMP:  Well, it was a
13  lot of work, and as you know, I felt that we
14  shouldn't have had to necessarily be here.  It
15  could have been done -- a lot of work could have
16  been -- it would have been over.  We wouldn't
17  have inflation, we wouldn't have had the
18  Afghanistan disaster, we wouldn't have had
19  October 7th with Israel where so many people were
20  killed, and you wouldn't have a Ukraine war going
21  on.  But with all that being said, I think it's
22  bigger.  It's bigger than if it were more
23  traditional.
24    SEAN HANNITY:  Only the second time in
25  history --

Page 3

1    PRESIDENT DONALD TRUMP:  Yeah.
2    SEAN HANNITY:  -- somebody didn't have
3  consecutive terms.
4    PRESIDENT DONALD TRUMP:  Yeah.  Well,
5  they say it's historically bigger.  I don't know
6  about that.  But I can say, it showed us a couple
7  of things.  It showed us that the radical left,
8  their philosophies and policies are horrible,
9  they don't work.  You look at crime, you look at
10  what's gone on at the border, you look at what's
11  going to happen to crime.  I mean, the crime
12  that's going to happen, but I think we got there
13  just in the nick of time.  But we still have you
14  covered better than anybody.  We have terrorists
15  in our country by the thousands.  We have
16  murderers in our country by the tens of
17  thousands.
18    We have numbers that came out, 11,000
19  people that murdered are now free and walking
20  around in our country.  And of them, I think 48
21  percent they say killed more than one person, and
22  they're walking around.  They came out of jails
23  from other countries.  And people, they've
24  emptied their jails.  I would -- if I were the
25  President or Prime Minister or something of

Page 4

1  another country, I'd empty my jails right into
2  America, into the United States.  Why not?  And
3  many of them did it.  If you look at Venezuela,
4  their crime rate is down now 78 percent because
5  they took their street gangs, and they moved them
6  into the United States.  And you're seeing that
7  in Colorado and Los Angeles and other places, and
8  we're going to take care of it.
9    SEAN HANNITY:  So, did Biden really say
10  to you when you came up to the front of your
11  White House, "Welcome home"?
12    PRESIDENT DONALD TRUMP:  No, did
13  somebody say that?
14    SEAN HANNITY:  I read it somewhere.  I
15  don't remember.
16    PRESIDENT DONALD TRUMP:  I don't know.
17  Maybe he did.  I really don't know.
18    SEAN HANNITY:  So, you left him a
19  letter.  It was funny what Peter Doocy and Peter
20  said, "Oh, Mr. President, did Joe Biden leave you
21  a letter?"
22    PRESIDENT DONALD TRUMP:  Yeah.
23    SEAN HANNITY:  He did leave you a
24  letter?
25    PRESIDENT DONALD TRUMP:  He did.

Page 5

2 (Pages 2 - 5)

1    SEAN HANNITY:  And you had left him
2  one, but you've never disclosed either one of
3  them.
4    PRESIDENT DONALD TRUMP:  Well, a lot of
5  people think --
6    SEAN HANNITY:  Now would be a great
7  time.
8    PRESIDENT DONALD TRUMP:  You know what
9  was interesting?  A lot of people thought it was
10  sort of like a setup with Peter Doocy and myself,
11  and I have a lot of respect for Peter.  But he
12  just asked me a question about the letter and
13  then I remember that, you know, there's like a
14  custom.  You leave it right in the drawer of that
15  beautiful desk right alongside of us.  And so, I
16  opened it up and I actually gave the letter to
17  Peter.
18    SEAN HANNITY:  And did he -- he got to
19  read it?
20    PRESIDENT DONALD TRUMP:  I guess.  I
21  don't -- I haven't -- I just sent --
22    SEAN HANNITY:  You don't know if he
23  read it?
24    PRESIDENT DONALD TRUMP:  Yeah, I just
25  sent it to him a little while ago.

Page 6

1    SEAN HANNITY:  All right.  Before we
2  get into -- there's so much substance.  You are
3  inheriting a lot of problems, a lot of things
4  that actually scare me.  And I want to get to all
5  that, and I will get to all of that.
6    PRESIDENT DONALD TRUMP:  They're all
7  solvable problems, though.
8    SEAN HANNITY:  I agree.
9    PRESIDENT DONALD TRUMP:  They're all
10  solvable.
11    SEAN HANNITY:  Not easy.
12    PRESIDENT DONALD TRUMP:  With time,
13  effort, money, unfortunately.  But they're all
14  solvable problems.  We can get our country back.
15  But if we didn't win this race, I really believe
16  our country would have been lost forever.
17    SEAN HANNITY:  Were there moments -- I
18  mean, when you think of what they threw at you,
19  and I know you signed this declaration about no
20  more weaponization.  And we know that the
21  preemptive part, and this came up on Joe's way
22  out, but you were facing a civil trial, a
23  criminal trial, conviction, sentencing, Jack
24  Smith, D.C., Florida, Fani Willis.  I mean, you
25  fought through all of that to get back right here

Page 7

1  in this office.  What people don't know is, over
2  there, there's a little red button you push, you
3  scare people.  People think it's the nuclear
4  button, but it's really, you know --
5    PRESIDENT DONALD TRUMP:  Something
6  else.
7    SEAN HANNITY:  It's used for a
8  different purpose.  But the question I have was,
9  at any point, did you doubt you would be back
10  here?
11    PRESIDENT DONALD TRUMP:  So, it's a
12  great question.  It's something I don't think
13  about.  I never really thought about it.  I don't
14  think about, "Gee, will I be back?"  I just do
15  it.  I get it done.  I get things done.  I'm good
16  at getting things done, and I set my mind to it.
17  As you know, we had a great election in 2016.  I
18  had a much better election in 2020 and if I
19  didn't have that election, I wouldn't have run.
20  If I thought that I didn't get the number of
21  votes and it was reported that I got almost 75
22  million votes and that was their numbers.  That
23  wasn't the numbers, that was their numbers.  That
24  was more than anybody has gotten in history, any
25  sitting President had ever gotten, and you lost?

Page 8

1  Had I gotten, like, 50 million or 40 million or
2  60 million, I would never have run.  But that was
3  like (indiscernible).  So, but I had a different
4  attitude.  Too big to rig.
5    SEAN HANNITY:  Poll came out just in
6  the 24 hours by Insider Advantage, that's Matt
7  Towery.  He nailed 2016, 2020 and 2024.  Great
8  pollster, as you know.
9    PRESIDENT DONALD TRUMP:  Right.
10    SEAN HANNITY:  And he gave you a 56
11  percent approval rating.  He also said of
12  Congress, and I had a Town Hall with members of
13  Congress last night, that 70 percent of
14  respondents want Congress to unite behind your
15  agenda.
16    PRESIDENT DONALD TRUMP:  I watched that
17  show.  It was a great show, and you had some
18  great people in the background.  I know every one
19  of them, and they're really patriots.  I just saw
20  the love.  You know, as the speaker, who was
21  doing a terrific job, the speaker is answering
22  questions and I saw the -- like, the
23  acknowledgment and the love they had, and those
24  are tough people behind him.  You know, these are
25  not easy people.

Page 9

3 (Pages 6 - 9)

1    SEAN HANNITY:  There are others that
2  are tougher.
3    PRESIDENT DONALD TRUMP:  Well, I don't
4  know.  That's -- this is a tough group if they
5  want to be.  They're not -- nobody much tougher.
6  But they're very unified and I think they're
7  going to do a great job.
8    SEAN HANNITY:  But they have a small
9  majority.  You went through over 200 -- since
10 we've got here.  And we have breaking news today
11 that we'll get to a minute.  And especially as it
12 relates to the border and some other issues.  And
13 -- but you're going to need to do some of these
14 things legislatively.  You will probably play the
15 largest role --
16    PRESIDENT DONALD TRUMP:  Yeah.
17    SEAN HANNITY:  -- in uniting them both
18 in the House and Senate.  Reconciliation, the
19 Senate has very strict rules governing --
20    PRESIDENT DONALD TRUMP:  Sure.
21    SEAN HANNITY:  -- how they can do it.
22    PRESIDENT DONALD TRUMP:  Sure.
23    SEAN HANNITY:  Do you -- one big,
24 beautiful bill, two bills?  Do you care at this
25 point?

                                    Page 10

1    PRESIDENT DONALD TRUMP:  I don't care,
2  as long as we get to the final answer.  I like
3  the concept of the one bill.  I guess I said,
4  "one big, beautiful --" and that's what everyone
5  -- actually, it's sort of a nice sound to it.
6  But I do like that concept.  It could be
7  something else; it could be a smaller bill and a
8  big bill.
9    SEAN HANNITY:  Right.
10    PRESIDENT DONALD TRUMP:  But as long as
11 we get to the right answer.  Now, I will say that
12 Los Angeles has changed everything because a lot
13 of money is going to be necessary for Los
14 Angeles.  And a lot of people on the other side
15 want that to happen (indiscernible).
16    SEAN HANNITY:  North Carolina too.
17    PRESIDENT DONALD TRUMP:  Well, they
18 don't care about North Carolina.  The Democrats
19 don't care about North Carolina.  What they've
20 done with FEMA is so bad.  FEMA is a whole
21 another discussion.
22    SEAN HANNITY:  Yeah.
23    PRESIDENT DONALD TRUMP:  Because all it
24 does is complicate everything.  FEMA has not done
25 their job for the last four years.  You know, I

                                    Page 11

1  had FEMA working really well.  We had hurricanes
2  in Florida, we had Alabama tornadoes.  But unless
3  you have certain types of leadership, it's really
4  -- it gets in the way.  And FEMA is going to be a
5  whole big discussion very shortly because I'd
6  rather see the states take care of their own
7  problems.  If they have a tornado someplace and
8  if they -- let that state.
9    Oklahoma is very competent.  I love
10 Oklahoma.  77 out of 77 districts and that's
11 never been done before.  I did it three times.  I
12 mean, think of it.  Three times, never been done.
13 Ronald Reagan had the record, 56, 56 out of 77.
14 I got 77 out of 77.  So, you have to love a place
15 like that.  I love Oklahoma.  But you know what?
16 If they get hit with a tornado or something, let
17 Oklahoma fix it.  You don't need -- and then the
18 federal government can help them out with the
19 money.
20    SEAN HANNITY:  What do you --
21    PRESIDENT DONALD TRUMP:  But I -- the
22 FEMA is getting in the way of everything, and the
23 Democrats actually use FEMA not to help North
24 Carolina.
25    SEAN HANNITY:  It makes no sense that -

                                    Page 12

1  -
2    PRESIDENT DONALD TRUMP:  So, I'm
3  stopping on Friday.  I'm stopping in North
4  Carolina, first stop.
5    SEAN HANNITY:  Yeah.
6    PRESIDENT DONALD TRUMP:  Because those
7  people were treated very badly by Democrats.  And
8  I'm stopping there.  We're going to get that
9  thing straightened out because they're still
10 suffering from a hurricane from months ago.
11    SEAN HANNITY:  Hurricane Helene.
12    PRESIDENT DONALD TRUMP:  And then I'm
13 going to -- then I'm going to go to California.
14 I'll go to.
15    SEAN HANNITY:  Will you meet with
16 Gavin?
17    PRESIDENT DONALD TRUMP:  I don't know.
18 I haven't even thought about it.  Look, Gavin's
19 got one thing he can do, he can release the water
20 that comes from the north.  There is massive
21 amounts of water, rainwater and mountain water
22 that comes through with the snow, comes down as
23 it melts.  There's so much water, they're
24 releasing it into the Pacific Ocean.  And I told
25 him, it's a political thing for the Democrats.  I

                                    Page 13

4 (Pages 10 - 13)

**Page 14**

1 don't know.
2      SEAN HANNITY:  I played the tape.  You
3 said it to him in front of him in 2018.
4      PRESIDENT DONALD TRUMP:  I said it to
5 him in front of the media and everything else,
6 and nobody talks about it.  The media never picks
7 it up.  You put it out.  I'm so happy to see that
8 tape because some people said, "Is that
9 possible?"
10      SEAN HANNITY:  How --
11      PRESIDENT DONALD TRUMP:  They have
12 water coming down from the Pacific northwest,
13 which is a lot of water.  So much water that
14 they'd have to let some of it go at some point.
15 They don't need reservoirs, they don't need --
16 and they're spending all this money on these
17 reservoirs, and they're fake reservoirs.  You
18 know they're concrete.
19      SEAN HANNITY:  But the reservoirs were
20 empty, the hydrants didn't work and they're not
21 practicing the science of forestry, which is --
22      PRESIDENT DONALD TRUMP:  Their
23 sprinklers didn't work in the homes because they
24 had no water.  Think of it, we have sprinklers.
25 Think of it with no water.  They didn't have any

**Page 15**

1 water.
2      SEAN HANNITY:  (indiscernible)
3      PRESIDENT DONALD TRUMP:  Their fire
4 hydrants.  Yeah, hard to believe this place has
5 sprinklers.  It's nice.  But you don't want to
6 lose this office.  By the way, how do you like
7 it?
8      SEAN HANNITY:  It's -- well, I'm glad -
9 - it's great to be back.  I'm not going to lie.
10      PRESIDENT DONALD TRUMP:  You know I've
11 had the biggest people in the world come here.
12 And they come into the Oval Office, and they just
13 look, and they want time to look.  They're
14 looking around.
15      SEAN HANNITY:  You made it.
16      PRESIDENT DONALD TRUMP:  There's
17 Washington, Honest Abe.
18      SEAN HANNITY:  One day maybe we can do
19 a tour.  We had a conversation and maybe I
20 shouldn't disclose this, but I will.  And it was
21 after the 2020 election.  And you asked me a
22 question, and we've known each other for 30
23 years.  So, we have a friendship, and we have a
24 professional relationship.
25      PRESIDENT DONALD TRUMP:  Right.

**Page 16**

1      SEAN HANNITY:  And the question you
2 asked me, "Maybe in the end it will be better if
3 I came back in four years."  And we talked about
4 history.  After World War 2, Winston Churchill
5 was thrown out, but they brought him back.
6 Grover Cleveland was the only other American
7 President that did not serve consecutive terms.
8 And my answer to you was, I thought it would be
9 bigger if you came back.
10      PRESIDENT DONALD TRUMP:  It's turning
11 out to be bigger.  And I think one thing is
12 happening is, people are learning that they can't
13 govern and that their policies are terrible.  I
14 mean, they don't want to see a woman get pummeled
15 by a man in a boxing ring.
16      SEAN HANNITY:  No.
17      PRESIDENT DONALD TRUMP:  They don't
18 want to see men in women's sports and otherwise.
19 They don't want to see them, and they don't want
20 to have transgender for everyone.  They don't
21 want a child leave home as a boy and come back
22 two days later as a girl.  A parent doesn't want
23 to see that.  And there are states where that can
24 happen.  They don't want to see taxes go through
25 the roof like, this is the only group of people

**Page 17**

1 that want to raise your taxes.  They say, "We
2 want to raise your taxes."  You know, if they
3 don't work with us on the Trump tax cuts
4 extending, that would mean it would go back to
5 the taxes.  We've got the largest tax cut in
6 history.  That would mean the taxes would go up
7 more than any tax hike in the history of our
8 country.  And normally you'd say, that's got to
9 be the easiest negotiation in history because if
10 they did that, how could they ever win an
11 election?  But they'll fight us on that.  They
12 fight us on things.  It's incredible.
13      SEAN HANNITY:  Here, I ran into --
14      PRESIDENT DONALD TRUMP:  They don't use
15 common sense.  In my opinion, the Democrats don't
16 use common sense and that's why they lost.
17      SEAN HANNITY:  Common sense won the day
18 in the election.
19      PRESIDENT DONALD TRUMP:  Yeah, but you
20 know the amazing thing?  I'm watching now.  Now
21 it's time and you know, a few months have passed,
22 and the election is over, and you see what
23 happened and it was (indiscernible).  I won all
24 seven swing states, and we won by millions of
25 votes, the popular vote, millions.  And nobody

5 (Pages 14 - 17)

Page 18

1 can even believe some of the numbers.  And how
2 about with African Americans, with Hispanics,
3 with everything, how well we did.  Nobody can
4 believe the numbers.
5        SEAN HANNITY:  I was --
6        PRESIDENT DONALD TRUMP:  How about with
7 youth?  I won youth by 36 points.  Now maybe
8 that's because I went on TikTok.  I don't know,
9 but I had -- I'm starting to have a very warm
10 spot in my heart --
11        SEAN HANNITY:  TikTok is going to be
12 sold, right?
13        PRESIDENT DONALD TRUMP:  I think TikTok
14 (indiscernible)
15        SEAN HANNITY:  Well, when we spoke,
16 people like Senator --
17        PRESIDENT DONALD TRUMP:  I'll tell you,
18 people want to buy it.  People want to buy it.
19        SEAN HANNITY:  I bet they do.  But
20 those that say they know, say it's a spying app
21 for the Communist Chinese.
22        PRESIDENT DONALD TRUMP:  I know, but
23 you could say that about everything made in
24 China.  Look, we have our telephones made in
25 China for the most part.

Page 19

1        SEAN HANNITY:  Mm hmm.
2        PRESIDENT DONALD TRUMP:  We have so
3 many things made in China.  So, why don't they
4 mention that?  You know --
5        SEAN HANNITY:  Let me address some
6 issues.
7        PRESIDENT DONALD TRUMP:  -- the
8 interesting thing with TikTok though, is you're
9 dealing with a lot of young people, so --
10        SEAN HANNITY:  They love it.
11        PRESIDENT DONALD TRUMP:  -- is it that
12 important for China to be spying on young people,
13 on young kids watching crazy videos of things?
14        SEAN HANNITY:  I don't want China
15 spying on anybody.
16        PRESIDENT DONALD TRUMP:  No, no, but
17 they make your telephones, and they make your
18 computers, and they make a lot of other things.
19 Isn't that a bigger threat?
20        SEAN HANNITY:  I'm sure that'll be part
21 of your discussions with President Xi, which I'm
22 going to talk about in a moment.  Let me go to
23 the border.  We do have breaking news today.  I
24 ran into Tom Homan as I was walking in today.
25        PRESIDENT DONALD TRUMP:  Right.

Page 20

1        SEAN HANNITY:  And so far, 308 total
2 arrests, 296 detainees.  And the first
3 appointment of military assets to the U.S.
4 border, the deployment includes active-duty
5 troops and the National Guard.
6        PRESIDENT DONALD TRUMP:  Right.
7        SEAN HANNITY:  And here's my biggest
8 fear and concern beyond the arraigning and
9 assassination squads, is we now know 14 million -
10 - we don't know how many got aways, we don't know
11 the total number.  But we have known terrorists
12 in our country.
13        PRESIDENT DONALD TRUMP:  Mm hmm.
14        SEAN HANNITY:  We have known murderers,
15 rapists.  We have violent criminals, cartel
16 members, gang members.  Now, I would imagine, if
17 you came from Iran and Syria and Egypt and
18 Afghanistan and Russia and China and Venezuela,
19 you didn't come here because you want a better
20 life for your children.  I would imagine those
21 known terrorists are planning an attack on our
22 homeland.  At a moment's notice, you're going to
23 be at the desk, maybe sitting at this desk or
24 maybe up in the residence and they're going to
25 call you down in the situation room because our

Page 21

1 homeland is under attack.  I would like to be
2 wrong, but when you have known terrorists, you
3 have to believe that they're going to -- they are
4 going to attack our homeland.
5        PRESIDENT DONALD TRUMP:  Mm hmm.
6        SEAN HANNITY:  That would change their
7 trajectory that moment of your entire presidency.
8 That has to weigh on you.
9        PRESIDENT DONALD TRUMP:  Could be.
10 Yeah, it could be.  And I know I've watched you
11 for a lot of years, and you actually make one
12 statement before you say that.  You say, "One
13 hundred percent certain."
14        SEAN HANNITY:  I do.
15        PRESIDENT DONALD TRUMP:  That's a
16 pretty big statement.
17        SEAN HANNITY:  And then I say, "I pray
18 to God I'm wrong."
19        PRESIDENT DONALD TRUMP:  Yeah.  I hope
20 you're wrong too, and I won't comment but I tend
21 to agree with you.  It depends.  We'll see what
22 happens.  Look, we have a lot of great people
23 right now, a lot of great, great people, on this
24 situation.  This was a gross miscarriage of
25 common sense to allow people to come in.  And I

6 (Pages 18 - 21)

**Page 22**

1 believe the number is 21 million people and a
2 large percentage of them are criminals, all over
3 the world.  This is not just South America.  This
4 is -- you know, we talked Venezuela.  That's a
5 big abuser, but these are countries from -- these
6 are --
7         SEAN HANNITY:  Iran (indiscernible)
8         PRESIDENT DONALD TRUMP:  -- the Congo.
9 Countries that you don't even think of.  The
10 Congo has emptied their prisons out into the
11 United States.  We're not thinking about the
12 Congo, we're thinking about South America.  It's
13 much more than South America.  But prisons from
14 all over the world have been emptied out into our
15 country by Biden allowing it to happen.  I don't
16 even know if he knew what the hell was going on.
17 But who would want this?  I always say to people,
18 you know, you always like to understand, like in
19 a business or you want to understand the other
20 side.  Why do they want something?  You know,
21 etc., etc., and you figure it out.  And there's
22 usually an answer, almost always.
23         I don't understand, why does somebody
24 want to open borders where -- and they say the
25 vote.  Okay, but I did well with the Hispanic

**Page 23**

1 vote if you're looking at Hispanic.  They say
2 they do it because they want to -- they're going
3 to stay in power or it's going be better for
4 Democrats.  I don't really believe that.  Besides
5 that, they cheat so much, they don't have to do
6 that.  They cheat so well.  They're very good at
7 cheating.  The only thing they're good at,
8 really, is cheating.  But here's the thing I ask,
9 why would somebody say that open borders are
10 good?  Where jails and mental institutions from
11 other countries and gang members, right off the
12 streets of the toughest cities in the world, are
13 being brought to the United States of America and
14 emptied out into our country.  Why would anybody
15 that even likes -- you don't have to love our
16 country, you have to like it.  Why would anybody
17 that likes our country, the Democrats, allow that
18 to happen?  And even now, I watch them on
19 television, they're trying to justify it.  You
20 can't justify it.  The only reason it can be --
21 there's two reasons, you're stupid and I don't
22 think they're stupid.  I think anybody that
23 cheats that much and that well is not stupid.
24 You're either stupid or you hate the country.
25 Those are the only two reasons.

**Page 24**

1         SEAN HANNITY:  Let me ask --
2         PRESIDENT DONALD TRUMP:  Sean, who
3 would ask for open borders with people pouring
4 in?  Some of whom, I won't get into it, but you
5 can look at them and you can say, "Could be
6 trouble.  Could be trouble."  There are people
7 coming in --
8         SEAN HANNITY:  There are people with
9 gang tattoos on.
10         PRESIDENT DONALD TRUMP:  There are
11 people coming in with tattoos all over their
12 face.  Their entire face is covered with tattoos.
13         SEAN HANNITY:  That identifies a gang.
14         PRESIDENT DONALD TRUMP:  Typically, you
15 know he's not going to be the head of the local
16 bank.
17         SEAN HANNITY:  Hey, Sean Hannity here.
18 Hey, click here to subscribe to Fox News YouTube
19 page and catch our hottest interviews and most
20 compelling analysis.  You will not get it
21 anywhere else.
22
23
24
25

**Page 25**

1             C E R T I F I C A T I O N
2
3 I, Sonya Ledanski Hyde, certify that the
4 foregoing transcript is a true and accurate
5 record of the proceedings.
6
7
8
9 Sonya M. Ledanski Hyde
10
11 Veritext Legal Solutions
12 330 Old Country Road
13 Suite 300
14 Mineola, NY 11501
15
16 Date:  February 18, 2025
17
18
19
20
21
22
23
24
25

7 (Pages 22 - 25)

[& - bill]

| & | 5 | allowing | b |
|---|---|---|---|

**&**

**&**  1:12

**1**

**11,000**  4:18
**11501**  25:14
**12151**  25:9
**14**  20:9
**18**  25:16

**2**

**2**  16:4
**200**  10:9
**2016**  8:17 9:7
**2018**  14:3
**2020**  8:18 9:7
  15:21
**2024**  9:7
**2025**  1:12 25:16
**21**  22:1
**22**  1:12
**24**  9:6
**296**  20:2

**3**

**30**  15:22
**300**  25:13
**308**  20:1
**330**  25:12
**36**  18:7

**4**

**40**  9:1
**48**  4:20

**5**

**50**  9:1
**56**  9:10 12:13
  12:13

**6**

**60**  9:2

**7**

**70**  9:13
**75**  8:21
**77**  12:10,10,13
  12:14,14
**78**  5:4
**7th**  3:19

**a**

**abe**  15:17
**abuser**  22:5
**accurate**  25:4
**acknowledg...**
  9:23
**active**  20:4
**actually**  6:16
  7:4 11:5 12:23
  21:11
**address**  19:5
**advantage**  9:6
**afghanistan**
  3:18 20:18
**african**  18:2
**agenda**  9:15
**ago**  6:25 13:10
**agree**  7:8 21:21
**alabama**  12:2
**allow**  21:25
  23:17

**allowing**  22:15
**alongside**  6:15
**amazing**  17:20
**america**  5:2
  22:3,12,13
  23:13
**american**  16:6
**americans**  18:2
**amounts**  13:21
**analysis**  24:20
**angeles**  5:7
  11:12,14
**answer**  11:2,11
  16:8 22:22
**answering**  9:21
**anybody**  4:14
  8:24 19:15
  23:14,16,22
**app**  18:20
**appointment**
  20:3
**approval**  9:11
**arraigning**  20:8
**arrests**  20:2
**asked**  6:12
  15:21 16:2
**assassination**
  2:3 20:9
**assets**  20:3
**attack**  20:21
  21:1,4
**attitude**  9:4
**aways**  20:10

**b**

**back**  2:4,24 3:6
  3:10 7:14,25
  8:9,14 15:9
  16:3,5,9,21
  17:4
**background**
  9:18
**bad**  11:20
**badly**  13:7
**bank**  24:16
**beautiful**  6:15
  10:24 11:4
**believe**  2:9,11
  7:15 15:4 18:1
  18:4 21:3 22:1
  23:4
**belongs**  2:25
**bet**  18:19
**better**  4:14
  8:18 16:2
  20:19 23:3
**beyond**  20:8
**biden**  2:15,15
  5:9,20 22:15
**big**  9:4 10:23
  11:4,8 12:5
  21:16 22:5
**bigger**  3:22,22
  4:5 16:9,11
  19:19
**biggest**  15:11
  20:7
**bill**  10:24 11:3
  11:7,8

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**ER1050**

[bills - discussions]

**bills** 10:24
**border** 4:10
  10:12 19:23
  20:4
**borders** 22:24
  23:9 24:3
**boxing** 16:15
**boy** 16:21
**breaking** 10:10
  19:23
**brought** 16:5
  23:13
**buckle** 2:23
**business** 22:19
**button** 8:2,4
**buy** 18:18,18

**c**

**c** 25:1,1
**california**
  13:13
**call** 20:25
**can't** 16:12
  23:20
**care** 5:8 10:24
  11:1,18,19 12:6
**carolina** 11:16
  11:18,19 12:24
  13:4
**carpet** 2:5 3:11
**cartel** 20:15
**catch** 24:19
**certain** 12:3
  21:13
**certify** 25:3

**change** 2:10
  21:6
**changed** 2:11
  11:12
**cheat** 23:5,6
**cheating** 23:7,8
**cheats** 23:23
**child** 16:21
**children** 20:20
**china** 18:24,25
  19:3,12,14
  20:18
**chinese** 18:21
**churchill** 16:4
**cities** 23:12
**civil** 7:22
**cleveland** 16:6
**click** 24:18
**colorado** 5:7
**come** 15:11,12
  16:21 20:19
  21:25
**comes** 13:20,22
  13:22
**coming** 14:12
  24:7,11
**comment** 21:20
**common** 17:15
  17:16,17 21:25
**communist**
  18:21
**compelling**
  24:20
**competent** 12:9

**complicate**
  11:24
**computers**
  19:18
**concept** 11:3,6
**concern** 20:8
**concrete** 14:18
**congo** 22:8,10
  22:12
**congress** 9:12
  9:13,14
**consecutive** 4:3
  16:7
**conversation**
  15:19
**conviction** 7:23
**countries** 4:23
  22:5,9 23:11
**country** 4:15
  4:16,20 5:1
  7:14,16 17:8
  20:12 22:15
  23:14,16,17,24
  25:12
**couple** 4:6
**covered** 4:14
  24:12
**crazy** 19:13
**crime** 4:9,11,11
  5:4
**criminal** 7:23
**criminals** 20:15
  22:2
**custom** 6:14

**cut** 17:5
**cuts** 17:3

**d**

**d.c.** 7:24
**date** 25:16
**day** 15:18
  17:17
**days** 16:22
**dealing** 19:9
**declaration**
  7:19
**democrats**
  11:18 12:23
  13:7,25 17:15
  23:4,17
**depends** 21:21
**deployment**
  20:4
**desk** 2:5 3:3,10
  6:15 20:23,23
**detainees** 20:2
**didn't** 2:21 4:2
  7:15 8:19,20
  14:20,23,25
  20:19
**different** 8:8
  9:3
**disaster** 3:18
**disclose** 15:20
**disclosed** 6:2
**discussion**
  11:21 12:5
**discussions**
  19:21

**[districts - government]**

| | | | |
|---|---|---|---|
| **districts** 12:10 | **doocy** 5:19 6:10 | **fani** 7:24 | **funny** 5:19 |
| **doesn't** 16:22 | **doubt** 8:9 | **far** 20:1 | **g** |
| **doing** 9:21 | **drawer** 6:14 | **fear** 20:8 | **gang** 20:16 |
| **donald** 1:13 2:7 | **duty** 20:4 | **february** 25:16 | 23:11 24:9,13 |

**districts** 12:10
**doesn't** 16:22
**doing** 9:21
**donald** 1:13 2:7
2:13,19,24 3:5
3:7,12 4:1,4
5:12,16,22,25
6:4,8,20,24 7:6
7:9,12 8:5,11
9:9,16 10:3,16
10:20,22 11:1
11:10,17,23
12:21 13:2,6,12
13:17 14:4,11
14:22 15:3,10
15:16,25 16:10
16:17 17:14,19
18:6,13,17,22
19:2,7,11,16,25
20:6,13 21:5,9
21:15,19 22:8
24:2,10,14
**don't** 4:5,9
5:15,16,17 6:21
6:22 8:1,12,13
10:3 11:1,18,19
12:17 13:17
14:1,15,15 15:5
16:14,17,19,19
16:20,24 17:3
17:14,15 18:8
19:3,14 20:10
20:10 22:9,15
22:23 23:4,5,15
23:21

**doocy** 5:19 6:10
**doubt** 8:9
**drawer** 6:14
**duty** 20:4

**e**

**e** 25:1
**earlier** 3:1
**easiest** 17:9
**easy** 7:11 9:25
**effort** 7:13
**egypt** 20:17
**either** 6:2 23:24
**election** 8:17,18
8:19 15:21
17:11,18,22
**emptied** 4:24
22:10,14 23:14
**empty** 5:1
14:20
**entire** 21:7
24:12
**especially**
10:11
**example** 2:12
**exclusive** 3:2
**extending** 17:4

**f**

**f** 25:1
**face** 24:12,12
**facing** 7:22
**faith** 2:12
**fake** 14:17
**family** 2:15

**fani** 7:24
**far** 20:1
**fear** 20:8
**february** 25:16
**federal** 12:18
**feel** 2:6 3:11
**felt** 3:13
**fema** 11:20,20
11:24 12:1,4,22
12:23
**fight** 17:11,12
**figure** 22:21
**files** 2:2,2
**final** 11:2
**fire** 15:3
**first** 2:18 3:2
13:4 20:2
**fix** 12:17
**florida** 7:24
12:2
**foregoing** 25:4
**forestry** 14:21
**forever** 7:16
**fought** 7:25
**four** 2:24 11:25
16:3
**fox** 1:12 24:18
**free** 4:19
**friday** 13:3
**friends** 1:12
**friendship**
15:23
**front** 3:3 5:10
14:3,5

**funny** 5:19

**g**

**gang** 20:16
23:11 24:9,13
**gangs** 5:5
**gavin** 13:16
**gavin's** 13:18
**gee** 8:14
**getting** 8:16
12:22
**girl** 16:22
**given** 2:21
**glad** 15:8
**go** 13:13,14
14:14 16:24
17:4,6 19:22
**god** 2:12 21:18
**going** 2:20 3:20
4:11,12 5:8
10:7,13 11:13
12:4 13:8,13,13
15:9 18:11
19:22 20:22,24
21:3,4 22:16
23:2,3 24:15
**good** 8:15 23:6
23:7,10
**gotten** 8:24,25
9:1
**govern** 16:13
**governing**
10:19
**government**
12:18

**[great - jails]**

**great** 6:6 8:12
8:17 9:7,17,18
10:7 15:9
21:22,23,23
**gross** 21:24
**group** 10:4
16:25
**grover** 16:6
**guard** 20:5
**guess** 6:20 11:3

**h**

**hall** 9:12
**hannity** 2:1,9
2:14,22,22 3:6
3:9,24 4:2 5:9
5:14,18,23 6:1
6:6,18,22 7:1,8
7:11,17 8:7 9:5
9:10 10:1,8,17
10:21,23 11:9
11:16,22 12:20
12:25 13:5,11
13:15 14:2,10
14:19 15:2,8,15
15:18 16:1,16
17:13,17 18:5
18:11,15,19
19:1,5,10,14,20
20:1,7,14 21:6
21:14,17 22:7
24:1,8,13,17,17
**hannity's** 1:13
**happen** 4:11,12
11:15 16:24
22:15 23:18

**happened**
17:23
**happening**
16:12
**happens** 21:22
**happy** 14:7
**hard** 15:4
**hate** 23:24
**haven't** 6:21
13:18
**head** 24:15
**heard** 2:20
**heart** 18:10
**helene** 13:11
**hell** 22:16
**help** 12:18,23
**here's** 20:7
23:8
**hey** 24:17,18
**he's** 24:15
**hike** 17:7
**hispanic** 22:25
23:1
**hispanics** 18:2
**historically** 4:5
**history** 3:25
8:24 16:4 17:6
17:7,9
**hit** 12:16
**hmm** 19:1
20:13 21:5
**homan** 19:24
**home** 5:11
16:21

**homeland**
20:22 21:1,4
**homes** 14:23
**honest** 15:17
**hope** 21:19
**horrible** 4:8
**hottest** 24:19
**hours** 9:6
**house** 3:2 5:11
10:18
**how'd** 2:5 3:11
**hundred** 21:13
**hurricane**
13:10,11
**hurricanes**
12:1
**hyde** 25:3
**hydrants** 14:20
15:4

**i**

**identifies** 24:13
**imagine** 20:16
20:20
**important**
19:12
**includes** 20:4
**increased** 2:12
**incredible**
17:12
**indiscernible**
9:3 11:15 15:2
17:23 18:14
22:7
**inflation** 3:17

**inheriting** 7:3
**insider** 9:6
**institutions**
23:10
**interesting** 6:9
19:8
**interview** 1:12
1:13 3:2
**interviews**
24:19
**iran** 20:17 22:7
**isn't** 19:19
**israel** 3:19
**issue** 2:17
**issues** 10:12
19:6
**it's** 3:21,22 4:5
8:3,4,7,11,12
11:5 12:3
13:25 15:5,8,9
16:10 17:12,21
18:20 22:12
**i'd** 5:1 12:5
**i'll** 13:14 18:17
**i'm** 8:15 13:2,3
13:8,12,13 14:7
15:8,9 17:20
18:9 19:20,21
21:18
**i've** 15:10
21:10

**j**

**jack** 7:23
**jails** 4:22,24 5:1
23:10

Page 4

**[jan - never]**

**jan** 1:12
**jfk** 2:3
**job** 9:21 10:7
  11:25
**joe** 2:15 5:20
**joe's** 7:21
**justify** 23:19,20

**k**

**kids** 19:13
**killed** 3:20 4:21
**knew** 22:16
**know** 3:13 4:5
  5:16,17 6:8,13
  6:22 7:19,20
  8:1,4,17 9:8,18
  9:20,24 10:4
  11:25 12:15
  13:17 14:1,18
  15:10 17:2,20
  17:21 18:8,20
  18:22 19:4
  20:9,10,10
  21:10 22:4,16
  22:18,20 24:15
**known** 15:22
  20:11,14,21
  21:2

**l**

**large** 22:2
**largest** 10:15
  17:5
**leadership** 12:3
**learning** 16:12

**leave** 5:20,23
  6:14 16:21
**leaving** 2:17
**ledanski** 25:3
**left** 4:7 5:18 6:1
**legal** 25:11
**legislatively**
  10:14
**letter** 5:19,21
  5:24 6:12,16
**let's** 3:9
**lie** 15:9
**life** 20:20
**likes** 23:15,17
**little** 6:25 8:2
**local** 24:15
**long** 2:24 11:2
  11:10
**look** 4:9,9,10
  5:3 13:18
  15:13,13 18:24
  21:22 24:5
**looking** 15:14
  23:1
**los** 5:7 11:12,13
**lose** 15:6
**lost** 7:16 8:25
  17:16
**lot** 2:8 3:13,15
  6:4,9,11 7:3,3
  11:12,14 14:13
  19:9,18 21:11
  21:22,23
**love** 9:20,23
  12:9,14,15

19:10 23:15

**m**

**made** 15:15
  18:23,24 19:3
**majority** 10:9
**make** 19:17,17
  19:18 21:11
**makes** 12:25
**man** 16:15
**massive** 13:20
**matt** 9:6
**mean** 4:11 7:18
  7:24 12:12
  16:14 17:4,6
**media** 14:5,6
**meet** 13:15
**melts** 13:23
**members** 2:15
  9:12 20:16,16
  23:11
**men** 16:18
**mental** 23:10
**mention** 19:4
**military** 20:3
**million** 8:22 9:1
  9:1,2 20:9 22:1
**millions** 17:24
  17:25
**mind** 8:16
**mineola** 25:14
**minister** 4:25
**minute** 10:11
**miscarriage**
  21:24

**mm** 19:1 20:13
  21:5
**moment** 2:4,10
  3:10 19:22
  21:7
**moments** 7:17
**moment's**
  20:22
**money** 7:13
  11:13 12:19
  14:16
**months** 13:10
  17:21
**mountain**
  13:21
**moved** 5:5
**murdered** 4:19
**murderers** 4:16
  20:14

**n**

**n** 25:1
**nailed** 9:7
**national** 20:5
**necessarily**
  3:14
**necessary**
  11:13
**need** 10:13
  12:17 14:15,15
**negotiation**
  17:9
**never** 2:16 6:2
  8:13 9:2 12:11
  12:12 14:6

Page 5

**[news - questions]**

**news** 10:10 19:23 24:18
**nice** 11:5 15:5
**nick** 4:13
**night** 9:13
**normally** 17:8
**north** 11:16,18 11:19 12:23 13:3,20
**northwest** 14:12
**notice** 20:22
**nuclear** 8:3
**number** 8:20 20:11 22:1
**numbers** 4:18 8:22,23,23 18:1 18:4
**ny** 25:14

**o**

**o** 25:1
**ocean** 13:24
**october** 3:19
**office** 2:5,25 3:10 8:1 15:6 15:12
**oh** 2:19 5:20
**okay** 22:25
**oklahoma** 12:9 12:10,15,17
**old** 25:12
**open** 22:24 23:9 24:3
**opened** 6:16

**opinion** 17:15
**option** 2:21
**oval** 2:25 15:12
**own** 12:6

**p**

**pacific** 13:24 14:12
**page** 24:19
**pardons** 2:16
**parent** 16:22
**part** 7:21 18:25 19:20
**passed** 17:21
**patriots** 9:19
**people** 2:10,14 3:19 4:19,23 6:5,9 8:1,3,3 9:18,24,25 11:14 13:7 14:8 15:11 16:12,25 18:16 18:18,18 19:9 19:12 21:22,23 21:25 22:1,17 24:3,6,8,11
**percent** 4:21 5:4 9:11,13 21:13
**percentage** 22:2
**person** 4:21
**peter** 5:19,19 6:10,11,17
**philosophies** 4:8

**picks** 14:6
**place** 12:14 15:4
**places** 5:7
**planning** 20:21
**play** 10:14
**played** 14:2
**point** 8:9 10:25 14:14
**points** 18:7
**policies** 4:8 16:13
**political** 13:25
**poll** 9:5
**pollster** 9:8
**popular** 17:25
**possible** 14:9
**pouring** 24:3
**power** 23:3
**practicing** 14:21
**pray** 21:17
**preemptive** 2:16 7:21
**presidency** 21:7
**president** 1:13 2:7,13,19,24 3:1,4,5,7,12 4:1 4:4,25 5:12,16 5:20,22,25 6:4 6:8,20,24 7:6,9 7:12 8:5,11,25 9:9,16 10:3,16 10:20,22 11:1

11:10,17,23 12:21 13:2,6,12 13:17 14:4,11 14:22 15:3,10 15:16,25 16:7 16:10,17 17:14 17:19 18:6,13 18:17,22 19:2,7 19:11,16,21,25 20:6,13 21:5,9 21:15,19 22:8 24:2,10,14
**pretty** 21:16
**prime** 4:25
**prisons** 22:10 22:13
**probably** 10:14
**problems** 7:3,7 7:14 12:7
**proceedings** 25:5
**professional** 15:24
**pummeled** 16:14
**purpose** 8:8
**push** 8:2
**put** 14:7

**q**

**question** 6:12 8:8,12 15:22 16:1
**questions** 9:22

Page 6

**[r - special]**

| r | | | |
|---|---|---|---|
| **r**  25:1 | **releasing**  13:24 | 5:18,23 6:1,6 | **shortly**  12:5 |
| **race**  7:15 | **remember**  5:15 | 6:18,22 7:1,8 | **shouldn't**  3:14 |
| **radical**  4:7 | 6:13 | 7:11,17 8:7 9:5 | 15:20 |
| **rainwater** | **reported**  8:21 | 9:10 10:1,8,17 | **show**  2:23 9:17 |
| 13:21 | **reservoirs** | 10:21,23 11:9 | 9:17 |
| **raise**  17:1,2 | 14:15,17,17,19 | 11:16,22 12:20 | **showed**  4:6,7 |
| **ran**  2:15 17:13 | **residence**  20:24 | 12:25 13:5,11 | **side**  11:14 |
| 19:24 | **resolute**  3:3 | 13:15 14:2,10 | 22:20 |
| **rapists**  20:15 | **respect**  6:11 | 14:19 15:2,8,15 | **signature**  25:9 |
| **rate**  5:4 | **respondents** | 15:18 16:1,16 | **signed**  7:19 |
| **rather**  12:6 | 9:14 | 17:13,17 18:5 | **sitting**  8:25 |
| **rating**  9:11 | **rig**  9:4 | 18:11,15,19 | 20:23 |
| **read**  5:14 6:19 | **right**  5:1 6:14 | 19:1,5,10,14,20 | **situation**  20:25 |
| 6:23 | 6:15 7:1,25 9:9 | 20:1,7,14 21:6 | 21:24 |
| **reagan**  12:13 | 11:9,11 15:25 | 21:14,17 22:7 | **small**  10:8 |
| **really**  5:9,17 | 18:12 19:25 | 24:1,2,8,13,17 | **smaller**  11:7 |
| 7:15 8:4,13 | 20:6 21:23 | 24:17 | **smith**  7:24 |
| 9:19 12:1,3 | 23:11 | **second**  3:24 | **snow**  13:22 |
| 23:4,8 | **ring**  16:15 | **see**  2:10 12:6 | **sold**  18:12 |
| **reason**  23:20 | **road**  25:12 | 14:7 16:14,18 | **solutions**  25:11 |
| **reasons**  23:21 | **role**  10:15 | 16:19,23,24 | **solvable**  7:7,10 |
| 23:25 | **ronald**  12:13 | 17:22 21:21 | 7:14 |
| **reconciliation** | **roof**  16:25 | **seeing**  5:6 | **somebody**  4:2 |
| 10:18 | **room**  2:5 3:11 | **senate**  10:18,19 | 5:13 22:23 |
| **record**  12:13 | 20:25 | **senator**  18:16 | 23:9 |
| 25:5 | **rules**  10:19 | **sense**  12:25 | **someplace**  12:7 |
| **red**  8:2 | **run**  8:19 9:2 | 17:15,16,17 | **sonya**  25:3 |
| **relates**  2:3 | **russia**  20:18 | 21:25 | **sort**  6:10 11:5 |
| 10:12 | | **sent**  6:21,25 | **sound**  11:5 |
| **relationship** | s | **sentencing**  7:23 | **south**  22:3,12 |
| 15:24 | **saw**  9:19,22 | **serve**  16:7 | 22:13 |
| **release**  2:2 | **scare**  7:4 8:3 | **set**  8:16 | **speaker**  9:20 |
| 13:19 | **science**  14:21 | **setup**  6:10 | 9:21 |
| | **sean**  1:13 2:1,9 | **seven**  17:24 | **special**  2:23 |
| | 2:14,22 3:6,9 | | |
| | 3:24 4:2 5:9,14 | | |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**ER1056**

[spending - trouble]

| | | | |
|---|---|---|---|
| spending 14:16 | swing 17:24 | 15:16 22:21 | threat 19:19 |
| spoke 18:15 | syria 20:17 | 23:21 | three 12:11,12 |
| sports 16:18 | **t** | they'd 14:14 | threw 7:18 |
| spot 18:10 | | they'll 17:11 | thrown 16:5 |
| sprinklers | t 25:1,1 | they're 4:22 | tiktok 18:8,11 |
| 14:23,24 15:5 | take 5:8 12:6 | 7:6,9,13 9:19 | 18:13 19:8 |
| spying 18:20 | talk 3:9 19:22 | 10:5,6,6 13:9 | time 2:18 3:24 |
| 19:12,15 | talked 16:3 | 13:23 14:16,17 | 4:13 6:7 7:12 |
| squads 20:9 | 22:4 | 14:18,20 15:13 | 15:13 17:21 |
| starting 18:9 | talks 14:6 | 20:24 21:3 | times 12:11,12 |
| state 12:8 | tape 14:2,8 | 23:2,6,7,19,22 | today 10:10 |
| stated 2:1 | tattoos 24:9,11 | they've 4:23 | 19:23,24 |
| statement | 24:12 | 11:19 | told 13:24 |
| 21:12,16 | tax 17:3,5,7 | thing 13:9,19 | tom 19:24 |
| states 5:2,6 | taxes 16:24 | 13:25 16:11 | took 5:5 |
| 12:6 16:23 | 17:1,2,5,6 | 17:20 19:8 | tornado 12:7 |
| 17:24 22:11 | telephones | 23:7,8 | 12:16 |
| 23:13 | 18:24 19:17 | things 4:7 7:3 | tornadoes 12:2 |
| stay 23:3 | television 23:19 | 8:15,16 10:14 | total 20:1,11 |
| stop 13:4 | tell 18:17 | 17:12 19:3,13 | tough 9:24 10:4 |
| stopping 13:3,3 | tend 21:20 | 19:18 | tougher 10:2,5 |
| 13:8 | tens 4:16 | think 3:21 4:12 | toughest 23:12 |
| straightened | terms 4:3 16:7 | 4:20 6:5 7:18 | tour 15:19 |
| 13:9 | terrible 16:13 | 8:3,12,14 10:6 | towery 9:7 |
| street 5:5 | terrific 9:21 | 12:12 14:24,25 | town 9:12 |
| streets 23:12 | terrorists 4:14 | 16:11 18:13 | traditional 3:23 |
| strict 10:19 | 20:11,21 21:2 | 22:9 23:22,22 | trajectory 21:7 |
| stupid 23:21,22 | thank 3:5,7 | thinking 22:11 | transcript 25:4 |
| 23:23,24 | that'll 19:20 | 22:12 | transgender |
| subscribe 24:18 | that's 4:12 9:6 | thought 2:20 | 16:20 |
| substance 7:2 | 10:4 11:4 | 6:9 8:13,20 | treated 13:7 |
| suffering 13:10 | 12:10 17:8,16 | 13:18 16:8 | trial 7:22,23 |
| suite 25:13 | 18:8 21:15 | thousands 4:15 | troops 20:5 |
| sure 2:19 10:20 | 22:4 | 4:17 | trouble 24:6,6 |
| 10:22 19:20 | there's 6:13 7:2 | | |
| | 8:2 13:23 | | |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**ER1057**

(186 of 290), Page 186 of 290
Case: 25-2120, 04/30/2025, DktEntry: 23.7, Page 186 of 290
Case 3:25-cv-01766-EMC    Document 37-13    Filed 02/21/25    Page 17 of 18

**[true - you're]**

| | | | |
|---|---|---|---|
| **true** 25:4 | **unified** 10:6 | **war** 3:20 16:4 | **women's** 16:18 |
| **trump** 1:14 2:7 | **unite** 9:14 | **warm** 18:9 | **won** 17:17,23 |
| 2:13,19,24 3:5 | **united** 5:2,6 | **washington** | 17:24 18:7 |
| 3:7,12 4:1,4 | 22:11 23:13 | 15:17 | **won't** 21:20 |
| 5:12,16,22,25 | **uniting** 10:17 | **wasn't** 8:23 | 24:4 |
| 6:4,8,20,24 7:6 | **use** 12:23 17:14 | **watch** 23:18 | **work** 2:8 3:13 |
| 7:9,12 8:5,11 | 17:16 | **watched** 9:16 | 3:15 4:9 14:20 |
| 9:9,16 10:3,16 | **used** 8:7 | 21:10 | 14:23 17:3 |
| 10:20,22 11:1 | **usually** 22:22 | **watching** 17:20 | **working** 12:1 |
| 11:10,17,23 | **v** | 19:13 | **world** 15:11 |
| 12:21 13:2,6,12 | | **water** 13:19,21 | 16:4 22:3,14 |
| 13:17 14:4,11 | **venezuela** 5:3 | 13:21,23 14:12 | 23:12 |
| 14:22 15:3,10 | 20:18 22:4 | 14:13,13,24,25 | **wouldn't** 3:16 |
| 15:16,25 16:10 | **veritext** 25:11 | 15:1 | 3:17,18,20 8:19 |
| 16:17 17:3,14 | **videos** 19:13 | **way** 7:21 12:4 | **wrong** 21:2,18 |
| 17:19 18:6,13 | **violent** 20:15 | 12:22 15:6 | 21:20 |
| 18:17,22 19:2,7 | **vote** 17:25 | **weaponization** | **x** |
| 19:11,16,25 | 22:25 23:1 | 7:20 | **xi** 19:21 |
| 20:6,13 21:5,9 | **votes** 8:21,22 | **weigh** 21:8 | **y** |
| 21:15,19 22:8 | 17:25 | **welcome** 2:22 | |
| 24:2,10,14 | **w** | 3:1,6 5:11 | **yeah** 4:1,4 5:22 |
| **trying** 23:19 | | **went** 10:9 18:8 | 6:24 10:16 |
| **turning** 16:10 | **walked** 2:4 | **we'll** 10:11 | 11:22 13:5 |
| **two** 10:24 | 3:10 | 21:21 | 15:4 17:19 |
| 16:22 23:21,25 | **walking** 4:19 | **we're** 5:8 13:8 | 21:10,19 |
| **types** 12:3 | 4:22 19:24 | 22:11,12 | **years** 2:24 |
| **typically** 24:14 | **want** 2:21 7:4 | **we've** 10:10 | 11:25 15:23 |
| **u** | 9:14 10:5 | 15:22 17:5 | 16:3 21:11 |
| | 11:15 15:5,13 | **what's** 4:10,10 | **young** 19:9,12 |
| **u.s.** 20:3 | 16:14,18,19,19 | **white** 3:2 5:11 | 19:13 |
| **ukraine** 3:20 | 16:21,22,24 | **willis** 7:24 | **youth** 18:7,7 |
| **under** 21:1 | 17:1,2 18:18,18 | **win** 7:15 17:10 | **youtube** 24:18 |
| **understand** | 19:14 20:19 | **winston** 16:4 | **you'd** 17:8 |
| 22:18,19,23 | 22:17,19,20,24 | **woman** 16:14 | **you're** 5:6 |
| **unfortunately** | 23:2 | | 10:13 19:8 |
| 7:13 | | | |

Page 9

**[you're - you've]**

```
   20:22 21:20
   23:1,21,24
you've   2:11 6:2
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**ER1059**

# EXHIBIT 14

1
2
3
4
5
6
7
8
9
10
11
12      Jan. 29, 2025 Fox & Friends Interview

13      Interview with Homeland Security Secretary Kristi

14      Noem
15
16
17
18
19
20
21
22
23
24
25

Page 1

ER1061

Page 2

1  MAN 1:  Newly Admitted Homeland
2  Security Secretary Kristi Noem is hitting the
3  ground running, enforcing President Trump's
4  immigration agenda.
5  AINSLEY:  Joining federal agencies here
6  in New York City, Noem says, "Among those
7  arrested, was the ringleader of that vicious
8  Venezuelan gang, Tren de Aragua."
9  MAN 1:  And now, she has a big
10  announcement.  On additional measures, DHS is
11  ready to take in.  This is a Fox & Friends
12  exclusive.
13  MAN 2:  That's right.  So, Secretary
14  Kristi Noem joins us right now.  Madam Secretary,
15  good morning and congratulations.
16  LAWRENCE:  Welcome.
17  KRISTI NOEM:  Good morning.  Thank you.
18  It's wonderful to be with all of you.
19  MAN 2:  Okay.  The exclusive
20  announcement is, we are withdrawing the
21  Venezuelan temporary status directive.  What -- I
22  remember when (indiscernible) through.  What does
23  that mean?
24  KRISTI NOEM:  Well, before he left
25  town, (indiscernible) signed an order that said,

Page 3

1  for 18 months, they were going to extend this
2  protection to people that are in temporary
3  protected status, which meant they were going to
4  be able to stay here and violate our laws for
5  another 18 months and we stopped that.  Today we
6  signed an executive order within the Department
7  of Homeland Security in a direction that we were
8  not going to follow through on what he did to tie
9  our hands, that we are going to follow the
10  process, evaluate all of these individuals that
11  are in our country, including the Venezuelans
12  that are here and members of TDA.  Listen, I was
13  in New York City yesterday and the people of this
14  country want these dirt bags out.  They want
15  their communities to be safe.  It was so amazing
16  to me to see people walk by us on the street,
17  early in the morning and just say, "Thank you.
18  Thank you for being here."  So, this part of our
19  plan to make sure that we're protecting America,
20  keeping it safe again, just like President Trump
21  promised.
22  AINSLEY:  There are some --
23  LAWRENCE:  Some -- go ahead, Ainsley.
24  AINSLEY:  Thank you, Lawrence.  There's
25  some Democratic leaders that are pushing back

Page 4

1  against these ICE raids.  I don't get it.  But
2  here's some of the comments from these Democratic
3  leaders.
4  MAYOR BRANDON JOHNSON:  Stand together
5  firmly in our welcoming city status.  The type of
6  fear that this Administration is trying to
7  incite, we are demonstrating that we are going to
8  protect the residents of this city.
9  NEW YORK ATTORNEY GENERAL LETITIA
10  JAMES:  It is performative theater, and it's
11  nothing more than shock and awe.
12  ILLINOIS GOVERNOR J.B. PRITZKER:  Our
13  local law enforcement will stand up for those
14  law-abiding, undocumented people in our state.
15  MAN 3:  Law-abiding.
16  AINSLEY:  The message that I'm hearing
17  from them -- I know.  The message I'm hearing
18  from them is, "We want to protect the rapist
19  that's here illegally.  We want to protect that
20  person that was arrested over the last few days
21  that has ties to ISIS.  We want to protect the
22  man who allegedly murdered his girlfriend who was
23  pregnant and a mother of two."  What does your --
24  why are they -- why do they have a problem with
25  arresting these career criminals that are here

Page 5

1  illegally?
2  KRISTI NOEM:  They're completely out of
3  touch with the people in their cities and
4  communities.  That's exactly what these Democrat
5  leaders are saying is, "We want to protect the
6  cartels.  We want to protect the gangs.  We want
7  to make sure that people continue to die from
8  guns, violence and drugs."  And it's wrong and
9  they're going to find out very soon that their
10  communities are not with them.
11  And listen, yesterday, we picked up one
12  of the ringleaders of TDA.  He had just been a
13  part of a gun -- weapons exchange and was trying
14  to buy grenades.  Why would anybody in this
15  country need to buy a grenade and go out and
16  perpetuate violence?  He was one of those that
17  was involved in Colorado, in Aurora, and we so
18  thankful we got him off the streets.  And what
19  I've continuously said to people is, you know,
20  what do you say to Laken Riley's family?
21  LAWRENCE:  That's right.
22  KRISTI NOEM:  We're going to sign that
23  bill today into law.  The President will, in the
24  Oval Office, to make sure we're going after these
25  criminals.  But the President is taking action

2 (Pages 2 - 5)

**Page 6**

1  and what was amazing is, you'll hear people and
2  Democrat leaders in different cities, like New
3  York City, some of their City Council members
4  have tried to attack what we're doing as far as
5  enforcing our laws.  But the people on the
6  streets are not with them.  It was amazing to
7  hear people and see them as they walked by taking
8  their kids to school, going to work, just walk by
9  us and quietly say, "Thank you.  Thank you for
10  being here."  And it means the world to those
11  officers that are out there risking their lives
12  to bring safety back.
13        LAWRENCE:  So, Madam Secretary, you
14  guys -- your men and women and doing a fantastic
15  job.  It's a dangerous job.  Those fugitive task
16  force, it's risky business.  It's easy in the
17  sense, from a PR perspective, to get the
18  criminals.  No-one wants, unless you're deranged,
19  want the criminals on the street, the violent
20  criminals.  What I worry about is the PR when you
21  guys go to the next layer, that have
22  overstayed their visas or work doing other jobs.
23  How do you guys overcome that?  Because you've
24  been in politics for a long time.  American
25  people can be fickle.  They support something at

**Page 7**

1  one point and then the news media puts a crying
2  child or someone on TV and they change.  So, how
3  are you all going to handle that portion?
4        KRISTI NOEM:  I think we keep talking
5  to people and talk to them about the fact that
6  this is an America where justice is applied
7  equally.  You know, we can't say that American
8  citizens have to follow the law and then say that
9  people from the other countries don't have to.
10  You know, we choose laws, we put them in place,
11  Congress has the chance to change the law.  But
12  until then, our job is to enforce it.  And when
13  you want to live in a country where everybody's
14  treated the same and fairly and equally and has a
15  chance to live the American dream.  So, we
16  understand that there are some families who have
17  been here illegally and have been perpetuating
18  that.  That's a discussion that we're going to
19  have to continue to have and see if we can fix
20  our legal immigration system, as well.  That's
21  one of my jobs is, you know, not only are we
22  going after those that are here illegally, but we
23  have to do due diligence and making sure we have
24  the resources to process paperwork in a timely
25  manner.  And so, more immigration courts and

**Page 8**

1  judges, getting those kind of resources through
2  Congress is important, to make sure we're not
3  just securing the border, we're deporting these
4  dangerous individuals, and then, fixing our
5  broken system.
6        MAN 3:  And also, legal work visas for
7  the construction industry.
8        KRISTI NOEM:  Yes.
9        MAN 3:  And other things like that
10  because there's people with great work ethics.
11  Real quick, what are you going to do with the
12  Venezuelans, the Cubans, when these countries
13  don't want to take them back?  You've got 607,000
14  Venezuelans here.  What do we do?
15        KRISTI NOEM:  Well, we have a fantastic
16  Secretary of State in Secretary Rubio, and he has
17  been doing incredible work.  You know, the other
18  night, I was talking to him on the phone at 1
19  o'clock in the morning, and he was up and still
20  discussing negotiations with other countries and
21  working with those people in these countries to
22  do diplomatic relations.  And the President
23  clearly will exercise all the authority and power
24  that he has to make these countries take them
25  back, so we --

**Page 9**

1        MAN 3:  Are you ruling out Gitmo?
2        KRISTI NOEM:  Oh, yeah.  We're
3  evaluating and talking about that right now.  So,
4  it's the President's decision, but it's an asset
5  and we're going to continue to look at how we can
6  use all of our assets to keep America safe.
7        MAN 1:  What a whirlwind it must have
8  bene for you over the last week or so.  Krisi
9  Noem, Secretary of Homeland Security.
10        LAWRENCE:  Congratulations, by the way.
11        MAN 1:  Thank you very much.
12        KRISTI NOEM:  Thank you.
13        MAN 3:  She won over Democrats in our
14  (indiscernible)
15        LAWRENCE:  That's exactly right.
16
17
18
19
20
21
22
23
24
25

3 (Pages 6 - 9)

```
 1        C E R T I F I C A T I O N
 2
 3   I, Sonya Ledanski Hyde, certify that the
 4   foregoing transcript is a true and accurate
 5   record of the proceedings.
 6
 7
 8
 9   Sonya L. Ledanski Hyde
10
11   Veritext Legal Solutions
12   330 Old Country Road
13   Suite 300
14   Mineola, NY 11501
15
16   Date:  February 18, 2025
17
18
19
20
21
22
23
24
25
```

ER1064

**[& - discussing]**

| & | | | |
|---|---|---|---|
| **&** 1:12 2:11 | **allegedly** 4:22 | **buy** 5:14,15 | **country** 3:11 |

**&**

**&** 1:12 2:11

**1**

**1** 2:1,9 8:18 9:7
9:11
**11501** 10:14
**12151** 10:9
**18** 3:1,5 10:16

**2**

**2** 2:13,19
**2025** 1:12 10:16
**29** 1:12

**3**

**3** 4:15 8:6,9 9:1
9:13
**300** 10:13
**330** 10:12

**6**

**607,000** 8:13

**a**

**abiding** 4:14,15
**able** 3:4
**accurate** 10:4
**action** 5:25
**additional** 2:10
**administration**
4:6
**admitted** 2:1
**agencies** 2:5
**agenda** 2:4
**ahead** 3:23
**ainsley** 2:5 3:22
3:23,24 4:16

**allegedly** 4:22
**amazing** 3:15
6:1,6
**america** 3:19
7:6 9:6
**american** 6:24
7:7,15
**announcement**
2:10,20
**anybody** 5:14
**applied** 7:6
**aragua** 2:8
**arrested** 2:7
4:20
**arresting** 4:25
**asset** 9:4
**assets** 9:6
**attack** 6:4
**attorney** 4:9
**aurora** 5:17
**authority** 8:23
**awe** 4:11

**b**

**back** 3:25 6:12
8:13,25
**bags** 3:14
**bene** 9:8
**big** 2:9
**bill** 5:23
**border** 8:3
**brandon** 4:4
**bring** 6:12
**broken** 8:5
**business** 6:16

**buy** 5:14,15

**c**

**c** 10:1,1
**can't** 7:7
**career** 4:25
**cartels** 5:6
**certify** 10:3
**chance** 7:11,15
**change** 7:2,11
**child** 7:2
**choose** 7:10
**cities** 5:3 6:2
**citizens** 7:8
**city** 2:6 3:13
4:5,8 6:3,3
**clearly** 8:23
**colorado** 5:17
**comments** 4:2
**communities**
3:15 5:4,10
**completely** 5:2
**congratulations**
2:15 9:10
**congress** 7:11
8:2
**construction**
8:7
**continue** 5:7
7:19 9:5
**continuously**
5:19
**council** 6:3
**countries** 7:9
8:12,20,21,24

**country** 3:11
3:14 5:15 7:13
10:12
**courts** 7:25
**criminals** 4:25
5:25 6:18,19,20
**crying** 7:1
**cubans** 8:12

**d**

**dangerous** 6:15
8:4
**date** 10:16
**days** 4:20
**de** 2:8
**decision** 9:4
**democrat** 5:4
6:2
**democratic**
3:25 4:2
**democrats** 9:13
**demonstrating**
4:7
**department** 3:6
**deporting** 8:3
**deranged** 6:18
**dhs** 2:10
**die** 5:7
**different** 6:2
**diligence** 7:23
**diplomatic** 8:22
**direction** 3:7
**directive** 2:21
**dirt** 3:14
**discussing** 8:20

Page 1

**[discussion - kristi]**

| | | | |
|---|---|---|---|
| **discussion** 7:18 | **fairly** 7:14 | **good** 2:15,17 | **industry** 8:7 |
| **doing** 6:4,14,22 | **families** 7:16 | **governor** 4:12 | **interview** 1:12 |
| 8:17 | **family** 5:20 | **great** 8:10 | 1:13 |
| **don't** 4:1 7:9 | **fantastic** 6:14 | **grenade** 5:15 | **involved** 5:17 |
| 8:13 | 8:15 | **grenades** 5:14 | **isis** 4:21 |
| **dream** 7:15 | **far** 6:4 | **ground** 2:3 | **it's** 2:18 4:10 |
| **drugs** 5:8 | **fear** 4:6 | **gun** 5:13 | 5:8 6:15,16,16 |
| **due** 7:23 | **february** 10:16 | **guns** 5:8 | 9:4,4 |

**e**

| | | | |
|---|---|---|---|
| **e** 10:1 | **federal** 2:5 | **guys** 6:14,21,23 | **i'm** 4:16,17 |
| **early** 3:17 | **fickle** 6:25 | | **i've** 5:19 |
| **easy** 6:16 | **find** 5:9 | **h** | |
| **enforce** 7:12 | **firmly** 4:5 | | **j** |
| **enforcement** | **fix** 7:19 | **handle** 7:3 | |
| 4:13 | **fixing** 8:4 | **hands** 3:9 | **j.b.** 4:12 |
| **enforcing** 2:3 | **follow** 3:8,9 7:8 | **hear** 6:1,7 | **james** 4:10 |
| 6:5 | **force** 6:16 | **hearing** 4:16,17 | **jan** 1:12 |
| **equally** 7:7,14 | **foregoing** 10:4 | **here's** 4:2 | **job** 6:15,15 |
| **ethics** 8:10 | **fox** 1:12 2:11 | **hitting** 2:2 | 7:12 |
| **evaluate** 3:10 | **friends** 1:12 | **homeland** 1:13 | **jobs** 6:22 7:21 |
| **evaluating** 9:3 | 2:11 | 2:1 3:7 9:9 | **johnson** 4:4 |
| **everybody's** | **fugitive** 6:15 | **hyde** 10:3 | **joining** 2:5 |
| 7:13 | | | **joins** 2:14 |
| **exactly** 5:4 9:15 | **g** | **i** | **judges** 8:1 |
| **exchange** 5:13 | | | **justice** 7:6 |
| **exclusive** 2:12 | **gang** 2:8 | **ice** 4:1 | |
| 2:19 | **gangs** 5:6 | **illegally** 4:19 | **k** |
| **executive** 3:6 | **general** 4:9 | 5:1 7:17,22 | |
| **exercise** 8:23 | **getting** 8:1 | **illinois** 4:12 | **keep** 7:4 9:6 |
| **extend** 3:1 | **girlfriend** 4:22 | **immigration** | **keeping** 3:20 |
| | **gitmo** 9:1 | 2:4 7:20,25 | **kids** 6:8 |
| **f** | **go** 3:23 5:15 | **important** 8:2 | **kind** 8:1 |
| | 6:21 | **incite** 4:7 | **know** 4:17 5:19 |
| **f** 10:1 | **going** 3:1,3,8,9 | **including** 3:11 | 7:7,10,21 8:17 |
| **fact** 7:5 | 4:7 5:9,22,24 | **incredible** 8:17 | **krisi** 9:8 |
| | 6:8 7:3,18,22 | **indiscernible** | **kristi** 1:13 2:2 |
| | 8:11 9:5 | 2:22,25 9:14 | 2:14,17,24 5:2 |
| | | **individuals** | 5:22 7:4 8:8,15 |
| | | 3:10 8:4 | 9:2,12 |

Page 2

**[laken - rapist]**

| l | | |
|---|---|---|

**laken** 5:20
**law** 4:13,14,15
  5:23 7:8,11
**lawrence** 2:16
  3:23,24 5:21
  6:13 9:10,15
**laws** 3:4 6:5
  7:10
**layer** 6:21
**leaders** 3:25
  4:3 5:5 6:2
**ledanski** 10:3
**left** 2:24
**legal** 7:20 8:6
  10:11
**letitia** 4:9
**listen** 3:12 5:11
**live** 7:13,15
**lives** 6:11
**local** 4:13
**long** 6:24
**look** 9:5

| m | | |
|---|---|---|

**madam** 2:14
  6:13
**make** 3:19 5:7
  5:24 8:2,24
**making** 7:23
**man** 2:1,9,13
  2:19 4:15,22
  8:6,9 9:1,7,11
  9:13
**manner** 7:25

**mayor** 4:4
**mean** 2:23
**means** 6:10
**meant** 3:3
**measures** 2:10
**media** 7:1
**members** 3:12
  6:3
**men** 6:14
**message** 4:16
  4:17
**mineola** 10:14
**months** 3:1,5
**morning** 2:15
  2:17 3:17 8:19
**mother** 4:23
**murdered** 4:22

| n | | |
|---|---|---|

**n** 10:1
**need** 5:15
**negotiations**
  8:20
**new** 2:6 3:13
  4:9 6:2
**newly** 2:1
**news** 7:1
**night** 8:18
**noem** 1:14 2:2
  2:6,14,17,24
  5:2,22 7:4 8:8
  8:15 9:2,9,12
**ny** 10:14

| o | | |
|---|---|---|

**o** 10:1
**office** 5:24
**officers** 6:11
**oh** 9:2
**okay** 2:19
**old** 10:12
**order** 2:25 3:6
**oval** 5:24
**overcome** 6:23
**overstayed**
  6:22
**o'clock** 8:19

| p | | |
|---|---|---|

**paperwork**
  7:24
**part** 3:18 5:13
**people** 3:2,13
  3:16 4:14 5:3,7
  5:19 6:1,5,7,21
  6:25 7:5,9 8:10
  8:21
**performative**
  4:10
**perpetuate**
  5:16
**perpetuating**
  7:17
**person** 4:20
**perspective**
  6:17
**phone** 8:18
**picked** 5:11
**place** 7:10

**plan** 3:19
**point** 7:1
**politics** 6:24
**portion** 7:3
**power** 8:23
**pr** 6:17,20
**pregnant** 4:23
**president** 2:3
  3:20 5:23,25
  8:22
**president's** 9:4
**pritzker** 4:12
**problem** 4:24
**proceedings**
  10:5
**process** 3:10
  7:24
**promised** 3:21
**protect** 4:8,18
  4:19,21 5:5,6
**protected** 3:3
**protecting** 3:19
**protection** 3:2
**pushing** 3:25
**put** 7:10
**puts** 7:1

| q | | |
|---|---|---|

**quick** 8:11
**quietly** 6:9

| r | | |
|---|---|---|

**r** 10:1
**raids** 4:1
**rapist** 4:18

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[ready - women]**

| | | | |
|---|---|---|---|
| ready 2:11 | sense 6:17 | thankful 5:18 | use 9:6 |
| real 8:11 | shock 4:11 | that's 2:13 4:19 | **v** |
| record 10:5 | sign 5:22 | 5:4,21 7:18,20 | venezuelan 2:8 |
| relations 8:22 | signature 10:9 | 9:15 | 2:21 |
| remember 2:22 | signed 2:25 3:6 | theater 4:10 | venezuelans |
| residents 4:8 | solutions 10:11 | there's 3:24 | 3:11 8:12,14 |
| resources 7:24 | sonya 10:3 | 8:10 | veritext 10:11 |
| 8:1 | soon 5:9 | they're 5:2,9 | vicious 2:7 |
| right 2:13,14 | stand 4:4,13 | things 8:9 | violate 3:4 |
| 5:21 9:3,15 | state 4:14 8:16 | think 7:4 | violence 5:8,16 |
| riley's 5:20 | status 2:21 3:3 | tie 3:8 | violent 6:19 |
| ringleader 2:7 | 4:5 | ties 4:21 | visas 6:22 8:6 |
| ringleaders | stay 3:4 | time 6:24 | **w** |
| 5:12 | stopped 3:5 | timely 7:24 | walk 3:16 6:8 |
| risking 6:11 | street 3:16 6:19 | today 3:5 5:23 | walked 6:7 |
| risky 6:16 | streets 5:18 6:6 | together 4:4 | want 3:14,14 |
| road 10:12 | suite 10:13 | touch 5:3 | 4:18,19,21 5:5 |
| rubio 8:16 | support 6:25 | town 2:25 | 5:6,6 6:19 7:13 |
| ruling 9:1 | sure 3:19 5:7 | transcript 10:4 | 8:13 |
| running 2:3 | 5:24 7:23 8:2 | treated 7:14 | wants 6:18 |
| **s** | system 7:20 8:5 | tren 2:8 | way 9:10 |
| safe 3:15,20 9:6 | **t** | tried 6:4 | weapons 5:13 |
| safety 6:12 | | true 10:4 | week 9:8 |
| saying 5:5 | t 10:1,1 | trump 3:20 | welcome 2:16 |
| says 2:6 | take 2:11 8:13 | trump's 2:3 | welcoming 4:5 |
| school 6:8 | 8:24 | trying 4:6 5:13 | we're 3:19 5:17 |
| secretary 1:13 | talk 7:5 | tv 7:2 | 5:22,24 6:4 |
| 2:2,13,14 6:13 | talking 7:4 8:18 | two 4:23 | 7:18 8:2,3 9:2 |
| 8:16,16 9:9 | 9:3 | type 4:5 | 9:5 |
| securing 8:3 | task 6:15 | **u** | whirlwind 9:7 |
| security 1:13 | tda 3:12 5:12 | understand | withdrawing |
| 2:2 3:7 9:9 | temporary 2:21 | 7:16 | 2:20 |
| see 3:16 6:7 | 3:2 | undocumented | women 6:14 |
| 7:19 | thank 2:17 3:17 | 4:14 | |
| | 3:18,24 6:9,9 | | |
| | 9:11,12 | | |

Page 4

**[won - you've]**

| | |
|---|---|
| **won** | 9:13 |
| **wonderful** | 2:18 |
| **work** | 6:8,22 8:6 |
| | 8:10,17 |
| **working** | 8:21 |
| **world** | 6:10 |
| **worry** | 6:20 |
| **wrong** | 5:8 |

**y**

| | |
|---|---|
| **yeah** | 9:2 |
| **yesterday** | 3:13 |
| | 5:11 |
| **york** | 2:6 3:13 |
| | 4:9 6:3 |
| **you'll** | 6:1 |
| **you're** | 6:18 |
| **you've** | 6:23 |
| | 8:13 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**ER1069**

# EXHIBIT
# 15

ER1070

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11     February 2, 2025 Meet the Press
12     Kristen Welker's Opening Sequence
13     Interviews with Department of Homeland
14     Security Secretary Kristi Noem, Missouri Senator
15     Eric Schmitt and Arizona Senator Mark Kelly
16     Panel Discussion
17
18
19
20
21
22
23
24
25
                                              Page  1
```

Page 2

1     KRISTEN WELKER:  This Sunday: Trump's
2 tariffs.  President Trump issues tariffs on
3 America's largest trading partners, threatening
4 to drive up prices for American consumers.
5 Mexico and Canada swiftly vowing to retaliate.
6     PRIME MINISTER JUSTIN TRUDEAU:  Tariffs
7 against Canada will put your jobs at risk.  They
8 will raise costs for you.
9     KRISTEN WELKER:  Is this the start of a
10 global trade war?  Plus: searching for answers.
11     JENNIFER HOMENDY:  We are going to
12 conduct a thorough investigation of this entire
13 tragedy looking at the facts.
14     KRISTEN WELKER:  As federal
15 investigators hunt for answers in the deadly
16 plane crash over the Potomac River, President
17 Trump shifts to blaming diversity policies, air
18 traffic controllers and his political rivals.
19     PRES. DONALD TRUMP:  I put safety
20 first.  Obama, Biden and the Democrats put policy
21 first.
22     SEC. SEAN DUFFY:  We can only accept
23 the best and the brightest.
24     SEC. PETE HEGSETH:  The era of DEI is
25 gone at the Defense Department.

Page 3

1     KRISTEN WELKER:  And cabinet battles.
2     ROBERT F. KENNEDY JR.:  Senator, I
3 support vaccines.
4     SEN. MICHAEL BENNET:  This is a job
5 where it is life and death.
6     SEN JAMES LANKFORD:  Was Edward Snowden
7 a traitor?
8     TULSI GABBARD:  My heart is with my
9 commitment to our constitution.
10     KASH PATEL:  I would never do anything
11 unconstitutional or unlawful.
12     KRISTEN WELKER:  President Trump's most
13 controversial nominees face off on Capitol Hill,
14 but will they all be confirmed?  My guests this
15 morning: Homeland Security Secretary Kristi Noem,
16 Republican Senator Eric Schmitt of Missouri and
17 Democratic Senator Mark Kelly of Arizona.
18 Joining me for insight and analysis are NBC News
19 Senior White House Correspondent Kelly O'Donnell,
20 NBC News Chief Capitol Hill Correspondent Ryan
21 Nobles, Marc Short, former director of
22 legislative affairs to President Trump and former
23 Democratic Congresswoman Stephanie Murphy of
24 Florida.  Welcome to Sunday.  It's Meet the
25 Press.

Page 4

1     ANNOUNCER:  From NBC News in
2 Washington, the longest-running show in
3 television history, this is Meet the Press with
4 Kristen Welker.
5     KRISTEN WELKER:  Good Sunday morning.
6 After just two weeks in office, President Trump
7 is waging battles across the globe and inside his
8 own government.  Overnight, he imposed tariffs on
9 America's three largest trading partners.  They
10 are already hitting back, raising fears of a
11 trade war.  The president is also facing the
12 first crisis of his second term in office: the
13 worst aviation disaster in a generation, after an
14 Army Black Hawk helicopter and American Airlines
15 plane crashed above Washington.  There were no
16 survivors and 67 people died in the crash.  On
17 Thursday, after a moment of silence, President
18 Trump pivoted to politics, suggesting without
19 evidence that diversity and inclusion policies
20 contributed to the crash.
21     [BEGIN TAPE]
22     PRES. DONALD TRUMP:  The FAA is
23 actively recruiting workers who suffer severe
24 intellectual disabilities, psychiatric problems
25 and other mental and physical conditions under a

Page 5

1 diversity and inclusion hiring initiative spelled
2 out on the agency's website.  Can you imagine?
3     REPORTER:  You have, today, blamed the
4 diversity element, but then told us that you
5 weren't sure that the controllers made any
6 mistake.  You then said perhaps the helicopter
7 pilots were the ones who –
8     PRES. DONALD TRUMP:  Yeah.
9     REPORTER:  -- made the mistake –
10     PRES. DONALD TRUMP:  It's all under
11 investigation.
12     REPORTER:  I understand that.  That's
13 why I'm trying to figure out how you can come to
14 the conclusion right now that diversity had
15 something to do with this crash.
16     PRES. DONALD TRUMP:  Because I have
17 common sense, okay?  And unfortunately, a lot of
18 people don't.
19     [END TAPE]
20     KRISTEN WELKER:  According to the FAA
21 and other aviation groups, all candidates seeking
22 to become air traffic controllers and pilots have
23 to go through years of rigorous training and
24 testing, and meet the same exceedingly high
25 standards.  As Washington was responding to the

2 (Pages 2 - 5)

1 tragedy, President Trump's three most vulnerable
2 cabinet picks were testifying on Capitol Hill.
3 Now, multiple sources tell NBC News there is
4 growing concern in the White House and among
5 Republicans that Tulsi Gabbard's nomination for
6 director of national intelligence could be in
7 serious trouble after her confirmation hearing in
8 which she didn't directly answer whether Edward
9 Snowden, who leaked government secrets, is a
10 traitor.
11     [BEGIN TAPE]
12     SEN. JAMES LANKFORD:  Was he -- was he
13 a traitor at the time when he took America's
14 secret to release them in public and then ran to
15 China and became a Russian citizen?
16     TULSI GABBARD:  Senator, I'm focused on
17 the future and how we can prevent something like
18 this from happening again.
19     SEN. MICHAEL BENNET:  Was Edward
20 Snowden a traitor to the United States of
21 America?
22     TULSI GABBARD:  Senator, I will also
23 repeat my answer.  He broke the law.
24     SEN. MICHAEL BENNET:  Yes or no?  Is
25 Edward Snowden a traitor to the United States of

Page 6

1 America?
2     TULSI GABBARD:  As someone who –
3     SEN. MICHAEL BENNET:  -- I'll go on to
4 my questions –
5     TULSI GABBARD:  -- has worn our uniform
6 in combat, I understand how critical our national
7 security is –
8     SEN. MICHAEL BENNET:  Apparently, you
9 don't.
10     [END TAPE]
11     KRISTEN WELKER:  White House officials
12 insist President Trump is standing by Gabbard.
13 Meanwhile, there have been a dizzying number of
14 actions this week, as President Trump halted
15 federal funding and then reversed course amid a
16 legal challenge, fired dozens of career
17 prosecutors inside the Justice Department and
18 forced out FBI senior executives.  And officially
19 on Saturday imposed tariffs on America's largest
20 trading partners: Mexico, Canada and China.
21     [BEGIN TAPE]
22     KELLY O'DONNELL:  Is there anything
23 China, Canada and Mexico can do tonight to
24 forestall your implementation of tariffs
25 tomorrow?

Page 7

1     PRES. DONALD TRUMP:  No.
2     [END TAPE]
3     KRISTEN WELKER:  Canadian Prime
4 Minister Justin Trudeau firing back.
5     [BEGIN TAPE]
6     PRIME MINISTER JUSTIN TRUDEAU:  I want
7 to speak directly to Americans, our closest
8 friends and neighbors.  This is a choice that
9 yes, will harm Canadians but beyond that, it will
10 have real consequences for you.  It will raise
11 costs for you, including food at the grocery
12 store, gas at the pump.  They will impede your
13 access to an affordable supply of vital goods,
14 crucial for U.S. security.
15     [END TAPE]
16     KRISTEN WELKER:  All of this comes as
17 the president is ramping up his deportation
18 efforts.  And joining me now from the border in
19 Del Rio, Texas is Homeland Security Secretary
20 Kristi Noem.  Secretary Noem, welcome back to
21 Meet the Press.
22     SEC. KRISTI NOEM:  Thank you.  Thank
23 you for inviting me to be with you today,
24 Kristen.
25     KRISTEN WELKER:  Thank you so much for

Page 8

1 being here, madam secretary.  We are going to
2 talk about the border, the deportation plan in
3 just a moment.  I do have to start by talking
4 about the breaking news overnight, the president
5 officially announcing the new tariffs against
6 Canada, Mexico, and China, saying he wants those
7 countries to do more to crack down on illegal
8 immigration and drug trafficking.  The three
9 countries are all slamming the move.  They're
10 vowing retaliatory strikes.  Is the United States
11 now in a trade war?
12     SEC. KRISTI NOEM:  You know, these
13 countries have an opportunity to get onboard with
14 the president of the United States and to partner
15 with us to deal with illegal immigration, to take
16 back their individuals that have been in our
17 country illegally.  We want to repatriate them
18 home.  And they can be partners.  So
19 economically, yes, they will feel -- they will
20 feel pain.  They will feel what this consequences
21 are, and we'll be able to continue to go forward
22 with a president who's strong, who's putting
23 America first.
24     KRISTEN WELKER:  You know, let me just
25 stress that point that I made which is the

Page 9

3 (Pages 6 - 9)

1 president cites stopping the flow of fentanyl and
2 undocumented migrants for reasons for these
3 tariffs.  And yet, madam secretary, Canada is not
4 a major source of fentanyl coming into the United
5 States.  It's frankly minuscule compared to what
6 is seized at the southern border.  Why is the
7 United States punishing Canada, one of its
8 closest allies, more than China, where fentanyl
9 originates?
10      SEC. KRISTI NOEM:  Canada has some work
11 to do as far as helping us secure our northern
12 border.  So we still know we're extremely
13 vulnerable across that northern border, that we
14 have people coming into our country from China,
15 from foreign countries.  We have people on the
16 terrorist watchlist that come in over our
17 northern border.  And in fact what we have sent a
18 message this week on is that we're not just going
19 to enforce our southern border.  We're going to
20 put extra resources, resources at that northern
21 border as well.  So Canada needs to come to the
22 table.  They need to work with us to make sure
23 that not only can we be good neighbors but that
24 we can help each other's economies by getting in
25 line and making sure that our immigration

Page 10

1 policies are followed, and that those that are
2 dangerous criminals face consequences.  The
3 president has been very clear from the beginning
4 that there's a new sheriff in town, that he's
5 going to make sure he's putting Americans first,
6 and that Canada can help us or they can get in
7 the way, and they will face the consequences of
8 it.
9      KRISTEN WELKER:  As you know, Madam
10 Secretary, economists all across the board are
11 warning that ultimately tariffs lead to higher
12 prices for consumers and that these tariffs in
13 particular could see prices increase on food,
14 electronics, and cars.  The president himself
15 acknowledging this morning these tariffs could
16 cause, quote, "some pain."  How is this move
17 helping President Trump fulfill his campaign
18 promise to lower prices?
19      SEC. KRISTI NOEM:  You know, you've
20 seen the president take action already this week
21 with Colombia.  And you saw Colombia react in a
22 very positive way that was good for everyone
23 involved.  Canada, Mexico, other countries have
24 the opportunity to do exactly the same.  So we
25 have a strong leader.  He has laid down exactly

Page 11

1 what he is going to do and what the consequences
2 are.  I encourage their leadership teams to get
3 onboard and to make sure that they're not pushing
4 up prices.  If prices go up, it's because of
5 other people's reactions to America's laws.  And
6 that's what President Trump is doing.  He is
7 making sure that we're not picking and choosing
8 winners and losers, that the law applies equally
9 to everybody, American citizens.  It applies to
10 those who are here illegally.  And our world
11 leaders across the country and across the world,
12 they can help us, or they're going to face some
13 consequences.
14      KRISTEN WELKER:  Okay, so notable, you
15 are acknowledging it is possible that prices
16 could, at least initially, go up.  Secretary
17 Noem, let me shift now to the southern border,
18 where you are.  Let's talk about the
19 administration's mass deportation plans.  There
20 are a lot of questions about the announcement
21 this week that Guantanamo Bay will be used as a
22 detention facility for migrants.  Will people
23 held at Guantanamo have the same due process
24 rights and access to attorneys that they have
25 here in the United States?

Page 12

1      SEC. KRISTI NOEM:  Yes, due process
2 will be followed and having facilities at
3 Guantanamo Bay will be an asset to us in the fact
4 that we'll have the capacity to continue to do
5 there what we've always done.  We've always had a
6 presence of illegal immigrants there that have
7 been detained.  We're just building out some
8 capacity.  So we appreciate the partnership of
9 the DOD in getting that up to the level that it
10 needs to get to in order to facilitate this
11 repatriation of people back to their countries.
12 So remember that Guantanamo Bay clearly, by this
13 president, has said that it will hold the worst
14 of the worst, that we are going after those bad
15 actors.  This last week, I was in New York City.
16 We were going after people that had warrants out
17 for their arrest on murders and rapes, assaults,
18 gun purchases, drug trafficking.  In fact we had
19 a member of TDA that was one of the ringleaders
20 that we picked up that that week, had been trying
21 to buy grenades.  These are the types of
22 individuals that we are targeting, we're removing
23 from communities, and that could end up having a
24 stay at Guantanamo Bay before they are returned
25 home to their countries to deal with.

Page 13

4 (Pages 10 - 13)

1     KRISTEN WELKER:  Is it possible, Madam
2  Secretary, that people could be held at
3  Guantanamo Bay indefinitely?
4     SEC. KRISTI NOEM:  That is not the
5  plan.  The plan is to have a process that we
6  follow that's laid out in law and make sure that
7  we're dealing with these individuals
8  appropriately according to what the state and the
9  national lawsuit -- or law directs.  So we will
10  work with Congress to make sure that we're
11  addressing our legal immigration laws and using
12  Guantanamo Bay appropriately.  But it is an asset
13  that we have that we fully intend to utilize.
14     KRISTEN WELKER:  Can women, children,
15  and families be held there at Guantanamo?
16     SEC. KRISTI NOEM:  You know, if you
17  look at what we are doing today of targeting the
18  worst of the worst, we've been very clear on
19  that.  The priority of this president is to go
20  after criminal aliens that are making our streets
21  more dangerous.
22     KRISTEN WELKER:  But --
23     SEC. KRISTI NOEM:  After that, we have
24  final removal orders on many individuals in this
25  country.  They are the next priority, and we'll

Page 14

1     KRISTEN WELKER:  Yeah.
2     SEC. KRISTI NOEM:  -- what happens when
3  they break the law and how they are returned to
4  their countries.  I've been extremely grateful
5  for Secretary of State Marco Rubio's work with
6  these countries to negotiate and use diplomacy to
7  ensure that they are going to be taking
8  individuals back not just from their country but
9  surrounding countries so that we can immediately
10  take action to return them far from the United
11  States, which dramatically increases the
12  likelihood that they're not going to come back.
13     KRISTEN WELKER:  Let me ask you, I've
14  been talking to people who are here legally and
15  they have expressed concerns.  They say they are
16  carrying, in some cases, their documents around
17  with them.  Some of them are afraid to go to
18  churches because ICE agents are now going into
19  churches and schools to carry out these
20  deportation operations.  Do people who are here
21  legally need to be carrying around paperwork?
22  And can you guarantee that people who are here
23  legally won't be wrongfully detained?
24     SEC. KRISTI NOEM:  Kristen, I would say
25  that if I've heard that expressed by people that

Page 16

1  continue to work through --
2     KRISTEN WELKER:  But --
3     SEC. KRISTI NOEM:  -- people that are
4  breaking the law, that are in danger to these
5  communities, and use the detention centers that
6  we have set up in order to facilitate this in an
7  orderly way.
8     KRISTEN WELKER:  But I guess, Madam
9  Secretary, my question, would you rule out that
10  women, that children, that families could be held
11  at Guantanamo Bay?  Do you rule that out?
12     SEC. KRISTI NOEM:  You know, Kristen,
13  we're going to use the facilities that we have.
14  I think you're well aware we have other detention
15  facilities other places in the country.  So we
16  will utilize what we have according to what's
17  appropriate for the individuals that we have gone
18  out on these targeted operations with local law
19  enforcement and task forces to make sure that
20  they're being brought in, they're not paroled
21  anymore --
22     KRISTEN WELKER:  Yeah.
23     SEC. KRISTI NOEM:  -- onto our streets,
24  that we're keeping America safe, and that we're
25  following the process for --

Page 15

1  are legal citizens of the United States, it's
2  because the media has perpetuated that fear.  The
3  media has said that that's a possibility.
4  There's nothing from this administration, from
5  President Trump or from any of the law
6  enforcement individuals in these communities,
7  that has said that they need to walk around and
8  be concerned about that at all.  We -- the
9  citizens of the United States are confident that
10  finally, after four long years of having a
11  president in the White House that ignored federal
12  law and endangered their communities, that
13  there's a different man in charge now.  There's a
14  man in charge who loves this country, is going to
15  help make their communities safer.  And these
16  citizens that live here are thrilled.  In fact,
17  when I was in New York City earlier this week and
18  --
19     KRISTEN WELKER:  Yeah.
20     SEC. KRISTI NOEM:  -- in several cities
21  since then, the people walking by us on the
22  streets were thanking our officers.  They were
23  thanking these investigators and those that were
24  taking these dangerous criminals out for being
25  there, for making sure that they could walk their

Page 17

5 (Pages 14 - 17)

1 kids to school with a new confidence that they
2 could get there safely and that they could do
3 business and have their community back.
4      KRISTEN WELKER:  Secretary Noem, let me
5 ask you about the news that you made overnight,
6 DHS officially making the decision to end
7 Temporary Protected Status.  For our audience,
8 that means, applies to about half a million
9 Venezuelans.  They no longer have protection from
10 deportation.  These are people who were welcomed
11 here.  They did everything by the books.  Why
12 should they be subject to deportation?  Just very
13 quickly.
14      SEC. KRISTI NOEM:  Well, the TPP
15 program has been abused, and it doesn't have
16 integrity right now.  And folks from Venezuela
17 that have come into this country are members of
18 TDA.  And remember, Venezuela purposely emptied
19 out their prisons, emptied out their mental
20 health facilities and sent them to the United
21 States of America.  So we are ending that
22 extension of that program, adding some integrity
23 back into it.  And this administration's
24 evaluating all of our programs to make sure they
25 truly are something that's to the benefit of the

1 United States, so that they're not to the benefit
2 of criminals.
3      KRISTEN WELKER:  Homeland Security
4 Secretary Kristi Noem, thank you so much.  I know
5 it's been a busy week.  I know you've also been
6 very engaged in the investigation into --
7      SEC. KRISTI NOEM:  Yeah.
8      KRISTEN WELKER:  -- the horrific crash
9 here.  We appreciate your joining us.  Thank you
10 so much.
11      SEC. KRISTI NOEM:  Yeah.  Thank you so
12 much.  We're praying for their families,
13 absolutely.
14      KRISTEN WELKER:  Thank you, Madam
15 Secretary.  When we come back, Republican Senator
16 Eric Schmitt of Missouri joins me next.
17      (Break)
18      KRISTEN WELKER:  Welcome back.  And
19 joining me now is Republican Senator Eric Schmitt
20 of Missouri.  Senator Schmitt, welcome back to
21 Meet the Press.
22      SEN. ERIC SCHMITT:  It's great to be
23 with you, Kristen.
24      KRISTEN WELKER:  Well, it is great to
25 have you back.  I do have to start on a somber

1 note.  I want to start by talking about this
2 horrific plane crash here in the nation's
3 capital.  It claimed 67 lives.  I know that you
4 have been paying close attention to this
5 investigation.  President Trump, for his part
6 came out, he held a news conference, started with
7 a moment of silence, quickly shifted to politics,
8 including blaming diversity programs for the
9 crash.  Do you believe that President Trump runs
10 the risk of getting ahead of the facts by drawing
11 conclusions that he himself says he has no
12 evidence that diversity programs played a role?
13      SEN. ERIC SCHMITT:  Well, the first
14 thing I want to say is that our thoughts and
15 prayers are with the families.  This is going to
16 be a long road for them.  As everyone knows, this
17 is a nightmare.  You know, you take a loved one
18 to the airport, you never expect this to happen,
19 you know, the last time you ever see that person.
20 And so, I don't want -- we'll talk about all
21 that, but the human tragedy here is something
22 that's gut-wrenching for those families.  My
23 prayers, my family's prayers are with them, and I
24 know the country wants to wrap their arms around
25 them too.  They deserve a full investigation, and

1 I think we've learned a few things already.  But
2 as it relates specifically to the president's
3 comments, this is nothing new, Kristen.  This
4 idea of emphasizing DEI across the federal
5 government has real ramifications.  The president
6 said and as you just mentioned, not related
7 specifically, we don't know, the investigation
8 will find out.  But broadly speaking, DEI is
9 poison.  It's hurt recruiting, it's hurt hiring,
10 it's hurt retention.  The hours spent on these
11 struggle sessions during training is hours you
12 don't spend on safety.  And that's just a fact.
13 And it's evidenced by the fact that 1,000 people
14 sued the air traffic control for not being hired
15 because of their race.  It's evidenced by the
16 fact that you have also people who were fired
17 from air traffic controls, and pilots for not
18 taking the Covid shot.  And then, you know, the
19 government then, of course, makes it a priority
20 to hire 87,000 IRS agents to roam across the
21 country and harass Americans.  So this has
22 become, Kristen, an obsession.  And in the
23 commerce committee, if you paid any attention —
24 (INAUDIBLE) that I've had, other members have
25 had, to put these policies — (INAUDIBLE) exactly

**Page 22**

1 what they've done. And they try to score
2 political points by doing it, but it has real
3 ramifications on the workforce.
4      KRISTEN WELKER: Just very quickly, I
5 mean, we have to point out that the FAA, aviation
6 groups, say that every pilot, every air traffic
7 controller has to pass the same rigorous test.
8 They have to meet exceedingly high standards.
9 But bottom line, Senator, what I'm asking you, do
10 you have any evidence whatsoever that diversity
11 programs played a role in this crash? Because
12 the President said he doesn't.
13      SEN. ERIC SCHMITT: Well, no one has
14 said that. But I do think if you want to find a
15 solution you have to be honest about the problem.
16 And the truth is, merit has taken a backseat to
17 quotas. That's the truth --
18      KRISTEN WELKER: But Senator, we don't
19 know that's the problem in this case–
20      SEN. ERIC SCHMITT: No, no.
21      KRISTEN WELKER: We don't know that
22 that's the problem in this instance–
23      SEN. ERIC SCHMITT: I know. But
24 Kristen, Kristen we can distinguish the
25 investigation in this case versus writ large.

**Page 23**

1 It's also true in our military. Pete Hegseth is
2 going to get rid of DEI in the military. It's
3 divisive, it's hurt recruiting. The same is true
4 across the government. People don't want to sit
5 through these struggle sessions with this race
6 essentialism. And by the way, the federal
7 government is being sued for discriminating
8 against certain employees because of their race.
9 So this is a fact of the matter. It's true. And
10 the one thing people care about is they want to
11 get from here to there safely. I don't care, and
12 Americans don't care the race of the pilot, or
13 somebody in the tower, or their religion, or
14 their gender. They just want the best people,
15 and that is what we have to get back to in the
16 country.
17      KRISTEN WELKER: Alright. Let's, as
18 you say, your thoughts and prayers are with the
19 families right now. I think that certainly is
20 something that everyone can agree with. I do
21 want to move on--
22      SEN. ERIC SCHMITT: Absolutely--
23      KRISTEN WELKER: --to tariffs, this
24 breaking news overnight. President Trump, as you
25 know, won in part on a vow to bring down prices.

**Page 24**

1 He's now imposing tariffs on the country's three
2 biggest trading partners: Mexico, Canada, and
3 China. Can you guarantee, Senator, that these
4 tariffs won't drive up prices?
5      SEN. ERIC SCHMITT: All we have to do
6 is look at President Trump's first four years
7 where he institutes tariffs. We didn't see
8 inflation. In fact, we saw record wage growth.
9 We saw $200 billion plus go into the Treasury
10 from those tariffs. Tariffs that help even the
11 playing field with countries who have been
12 ripping us off, quite frankly, for generations.
13 China, specifically. I think the American people
14 are tired of being ripped off. They're tired of
15 seeing their jobs go overseas. But I think these
16 tariffs specifically, Kristen, are meant to bring
17 Canada and Mexico to the table for the fentanyl
18 that is streaming into our communities. It's
19 also worth noting, in the last four years, that
20 the trade imbalance and our trade deficit has
21 gone up 200 percent plus with Canada and up 52
22 percent with Mexico. The fact is these countries
23 are taking advantage of us. All along the while
24 we've got fentanyl streaming into our country.
25 So Mexico has a choice. They can choose to trade

**Page 25**

1 with the United States or continue to cozy up
2 with the cartels. It's pretty simple.
3      KRISTEN WELKER: But you talk about
4 President Trump's first term. It's worth noting
5 that during his first term a number of prices did
6 go up on various goods from washing machines and
7 tires. You mention Canada. Very little fentanyl
8 is coming across the border from Canada. Why is
9 the President punishing Canada more than China,
10 the country's adversary? Do you think that's
11 right?
12      SEN. ERIC SCHMITT: Well, that number
13 is growing, though, Kristen. I think it's
14 important, especially in the last year--
15      KRISTEN WELKER: –But it's minuscule
16 right now. It's miniscule right now.
17      SEN. ERIC SCHMITT: But it's growing.
18 It's growing. And when they have a porous
19 border, and they don't seem very concerned at
20 all-- and by the way, I heard the clip earlier,
21 Justin Trudeau sort of lecturing Americans. My
22 advice to him is, he probably ought to talk to
23 the Canadian people who are about ready to throw
24 him out of office because he's been a total
25 disaster. So, I think we've got a president that

7 (Pages 22 - 25)

**Page 26**

1 wants to put America first and protect people.
2 We have 100,000 people a year, Kristen, dying
3 from fentanyl.  He ran about this -- on this.
4 This is not a surprise.  He talked about getting
5 operational control of our border, he talked
6 about tariffs and improving our standing in the
7 world.  He's doing all those things.  And look no
8 further, the best evidence of this last week.
9 Colombia came to the table after that threat and
10 agreed to take criminals back into their country,
11 and illegal immigrants.  So, the fact of the
12 matter is it works.  It worked the first time
13 when he was in office.  We didn't see inflation,
14 we saw wage growth, and we saw more on-shoring of
15 jobs back here to the United States.
16     KRISTEN WELKER:  I have to ask you
17 about the confirmation hearings, of course.  Last
18 time you were here in November you told me you
19 were a "yes" on President Trump's Cabinet
20 nominations.  Some of your Republican colleagues,
21 this week expressing concern in the wake of Tulsi
22 Gabbard's confirmation hearing.  She's been
23 tapped to be the Director of National
24 Intelligence.  Of course she was pressed on
25 whether Edward Snowden is a traitor–would not

**Page 27**

1 answer that directly.  Senator, are you still a
2 "yes" on Tulsi Gabbard's confirmation?
3     SEN. ERIC SCHMITT:  I am, 100 percent.
4 I think she's very well-qualified.  No one's
5 disputing that.  She served our country honorably
6 in the military.  She's been a member of
7 Congress.  And I think she strikes a really
8 important balance for a key position of civil
9 liberties, protecting civil liberties of United
10 States citizens, and also our national security.
11 So, I still think she's going to get confirmed.
12 That's what this confirmation process is all
13 about, for people to ask tough questions.  And I
14 think she's going to do just fine next week.
15     KRISTEN WELKER:  Senator, very quickly
16 to you, how would you answer that same question?
17 Is Edward Snowden a traitor?
18     ERIC SCHMITT:  Look, I think it's, it's
19 so interesting that this lexicon that gets
20 manipulated now.  There were certain words that
21 you needed to say during COVID.  There are
22 certain words that you need to say now.  The fact
23 of the matter is, the people who are most
24 concerned, the most pushing this narrative are
25 the same ones who had no issues whatsoever with

**Page 28**

1 the intelligence community spying on a
2 presidential candidate that happened to be
3 President Trump, suppressing the Hunter Biden
4 laptop story when he was running again, and then,
5 of course, the lawfare that included.  So, I
6 think people are tired of these games, of this
7 sort of, "gotcha" stuff.  Look, if he's, if he's
8 been indicted, he comes back to the States, he's
9 going to have a trial.  But this idea we tried to
10 disqualify using these terms is ridiculous.
11     KRISTEN WELKER:  Well, and what I'm
12 doing really, I mean, these are questions that
13 were asked by your Republican colleagues,
14 including Senator Langford, who asked very
15 simply, is he a traitor?  A government contractor
16 who leaked government secrets?  It's a very
17 simple question, yes or no?  We're almost out of
18 time, though.
19     ERIC SCHMITT:  Sure.
20     KRISTEN WELKER:  Is he a traitor?
21     ERIC SCHMITT:  I think he was pretty
22 clear.  I think she's pretty clear.
23     KRISTEN WELKER:  But what do you think?
24     ERIC SCHMITT:  That she served this
25 country honorably, and I think it's totally

**Page 29**

1 ridiculous to try to smear people who are trying
2 to serve this country, because again, it's sort
3 of "gotcha."  And I will also point out a lot of
4 people that are asking this don't like her
5 because she's going to bring reform and she's
6 going to curb the excesses in the worst instincts
7 of the intelligence community at times that has
8 gone after presidential candidates.
9     KRISTEN WELKER:  Alright.  Senator Eric
10 Schmitt, thank you so much for being here.
11 Really appreciate it.
12     SEN. ERIC SCHMITT:  Great to be with
13 you.
14     KRISTEN WELKER:  When we come back,
15 Democratic Senator Mark Kelly of Arizona joins me
16 next.
17     (Break)
18     KRISTEN WELKER:  Welcome back, and
19 joining me now is Democratic Senator Mark Kelly
20 of Arizona.  Senator Kelly, welcome back to Meet
21 the Press.
22     SEN. MARK KELLY:  Good morning,
23 Kristen.
24     KRISTEN WELKER:  It's great to have you
25 back.  I do have to start again on this tragic

8 (Pages 26 - 29)

1 news about this plane crash here in the nation's
2 capital.  You, of course, have flown combat
3 missions as a Navy pilot.  You just heard my
4 conversation with Senator Schmitt responding to
5 what we heard from President Trump this week,
6 that diversity programs, according to the
7 president, may have played a role.  The president
8 acknowledging he does not have proof of that.
9 What is your take on what we know and what you've
10 heard?
11        SEN. MARK KELLY:  Well, Kristen, first,
12 it's a tragic and sad accident.  I really feel
13 for the families on the plane, on the helicopter.
14 It's -- you know, you know, these accidents are
15 all often a very complicated set of things that
16 happen sequentially.  It's often not one thing
17 that causes a major aviation accident like this.
18 I've been involved in accident investigations,
19 particularly, like with the -- with Space Shuttle
20 Columbia, you know, as an example, that we lost
21 in 2003.  And to say that it has to do with the
22 person's color of their skin or their gender, I
23 think that's just poor leadership.  And
24 especially at a time where any president is
25 supposed to be the consoler-in-chief, and not the

1 person that's going to try to divide us as a
2 country, especially when you don't have the
3 appropriate information.  And he clearly does not
4 have the information in this case.  This is too
5 early in the investigation.  The NTSB is really
6 good at this.  They'll do a thorough
7 investigation and we'll eventually see what the
8 cause of this accident was.
9        KRISTEN WELKER:  Yeah, and they are
10 still investigating, that is for sure.  Let's
11 shift to the other big news of this morning, the
12 president's announcement on tariffs on the
13 country's three biggest trading partners.  You
14 heard Senator Schmitt defending the plan, you
15 heard Secretary Noem defending the plan as well,
16 saying ultimately this will be good for the
17 economy, rejecting the idea that it could drive
18 up prices.  Do you think, as President Trump has
19 argued, that tariffs ultimately will be good at
20 stemming the flow of illegal immigration and
21 fentanyl?
22        SEN. MARK KELLY:  Kristen, you're --
23 we're talking about two different things here.
24 Border security is important.  I represent
25 Arizona.  We're a border state.  There are things

1 that we could do to strengthen the border.  You
2 know, we've demonstrated that Democrats and
3 Republicans can work together to come up with
4 real policy solutions.  What the president has
5 proposed here, raising tariffs on Canada and
6 Mexico, it's going to just do one thing.  You say
7 it may raise prices.  It will raise prices for
8 American consumers.  We saw this in his first
9 administration here in Arizona.  We wound up in a
10 trade war over certain things with China.  For
11 cotton producers and farmers, they wound up
12 -- it really, really hurt their businesses.  But,
13 you know, beyond this it's going to hurt American
14 families.  They're going to see prices go up for
15 food, for energy, for electronics, I think you
16 mentioned that, for autos.  This is not the way
17 to handle this.
18        KRISTEN WELKER:  I do want to turn to
19 the nomination process.  Tulsi Gabbard in the
20 spotlight this week.  You were among those asking
21 her a range of different questions during her
22 confirmation hearing.  She is a former Democratic
23 lawmaker.  We should let — remind folks of that.
24 She ran for president in the Democratic Party.
25 Notably, you have supported all but two of Mr.

1 Trump's nominees so far, but you've expressed
2 some real concerns about Tulsi Gabbard.  Based on
3 your conversations, do you think Tulsi Gabbard
4 has the votes to get confirmed?
5        SEN. MARK KELLY:  Well, I think anybody
6 who went into that confirmation hearing this week
7 with questions about, you know, her background,
8 her ability to manage 18 intelligence agencies,
9 and also her commitment to guard our secrets --
10 as the director of national intelligence, she is
11 responsible for a lot.  She's got to sort through
12 a massive amount of information every single day,
13 decide what to present to the president.  I think
14 if you had questions about her decision making
15 and her judgment when you went into that hearing,
16 I think anybody that sat there, like I did, or my
17 colleagues on both sides of the aisle, probably
18 left with more questions.  I know I did.  You
19 played Senator Lankford's exchange with her over
20 whether or not Edward Snowden was a traitor.
21 It's a pretty simple question to ask.  He
22 actually thought he was throwing her a softball,
23 something she could easily, you know, admit to.
24 I mean, the definition of a traitor's pretty
25 simple.  I mean, whether or not somebody betrayed

1 our country, and in the case of Edward Snowden,
2 we know he did.  He gave -- he released a lot of
3 classified information, top secret information,
4 over a million documents, and he gave a lot of
5 those to Russia, he may have given some to China.
6 He meets the definition.  I don't see why she
7 couldn't, you know, say that.  I'm kind of
8 puzzled by it and, you know, I don't know why she
9 wouldn't admit that.  It's interesting, my friend
10 and colleague, Eric Schmitt, wouldn't either.  I
11 don't, you know, I don't question, you know, his
12 judgment on this.  I think this is a very
13 political situation.  But I think my Republican
14 colleagues, many of them will still have
15 questions about her nomination.
16        KRISTEN WELKER:  All right, well, we'll
17 have to see how it all plays out.  It will be
18 obviously a dynamic several days as we wait to
19 see what happens with her vote, whether she gets
20 out of committee.  Sources who are close to her
21 say they do feel confident she will.  I do want
22 to talk about the president's mass deportation
23 plans.  You heard from Homeland Security
24 Secretary Kristi Noem earlier in the broadcast.
25 ICE operations are already being carried out

Page 34

1 accordance with our values.
2        KRISTEN WELKER:  One more question to
3 you, Senator.  President Trump obviously signed
4 the Laken Riley Act into law this week.  Just so
5 folks understand, that will allow law enforcement
6 to detain and to deport undocumented immigrants
7 who've been charged with theft-related crimes.
8 You voted in support of this bill.  I had an
9 opportunity to interview your colleague, Senator
10 Adam Schiff, who opposed it.  He told me last
11 week this bill is so broad the U.S., quote,
12 "would be able to deport Dreamers for taking a
13 tube of toothpaste." Can you guarantee this law
14 won't be applied in a way that's overly broad?
15        SEN. MARK KELLY:  Well, this law is
16 about public safety.  Representing a border
17 state, this affects Arizona I think more than
18 other states just because of, you know, numbers,
19 and it's where, you know, folks cross.  Kristen,
20 if you come across the border and you don't have
21 documentation, you've already committed a crime.
22 This is for somebody who then decides to commit a
23 second crime.  And they're taken into custody,
24 there'll be due process involved so they could
25 eventually -- if they can prove that these are

Page 36

1 across the country.  You have pushed for tougher
2 standards, tougher border policies.  Do you
3 support what you are seeing so far, the
4 deportation plan, as it's being carried out by the
5 president?
6        SEN. MARK KELLY:  Yeah, I don't.  For a
7 number of reasons.  It seems to be more about
8 intimidation of a big population of people.  It's
9 going down the road of mass deportation, which he
10 said he would do, which would rip communities
11 apart.  These are really bad ideas.  Sending --
12 Trying to send folks back to Colombia, which we
13 do routinely, but sending them on military
14 airplanes, which, by the way, costs a lot more
15 money than putting them on a chartered airline
16 flight which we've, you know, done for decades.
17 It's all about scaring and intimidating people.
18 It's the same thing for Guantanamo Bay.  Building
19 a facility there is because it just sounds very
20 frightening to a lot of folks.  When you're a
21 criminal, we need to find where you are and we
22 need to take you into custody, and if you're not
23 documented, you should be returned.  That makes
24 sense.  I'm all about public safety and border
25 security.  But we've got to do it in a way

Page 35

1 not valid charges, or they go through the court
2 system -- they could then be released.  I'm not
3 concerned about, you know, what Adam is talking
4 about.  I think, you know, very highly of
5 Dreamers.  You know, Dreamers are as American as
6 my own two kids.  I think we should be working
7 towards a pathway to citizenship for Dreamers.  I
8 know some of my Republican colleagues feel the
9 same way.  And we're going to solve these border
10 issues by working together, Democrats and
11 Republicans, to come up with policy changes on
12 border security and immigration reform.
13        KRISTEN WELKER:  All right, Senator
14 Kelly, thank you so much for joining us.  We
15 really appreciate it.
16        SEN. MARK KELLY:  Thank you, Kristen.
17        KRISTEN WELKER:  And when we come back,
18 a warning about the need for checks and balances
19 in the federal government from a former attorney
20 general.  Our Meet the Press Minute is next.
21        KRISTEN WELKER:  Welcome back.  One of
22 the Senate's key checks on the executive branch
23 was back on display this week as senators grilled
24 some of President Trump's more vulnerable Cabinet
25 nominees like Robert F. Kennedy, Jr.  Back in

Page 37

10 (Pages 34 - 37)

1 1961, Attorney General Robert F. Kennedy, Sr.
2 joined Meet the Press with this defense of
3 Congress's role in reining in the administration.
4     [BEGIN TAPE]
5     ROBERT F. KENNEDY, SR.: I think it's
6 terribly important to ensure that the executive
7 branch of the government is not corrupt, and that
8 they are efficient, that the legislative branch
9 of the government has this ability to check on
10 what we're doing in the executive branch of the
11 government. So, in every instance that has been
12 brought to our attention at the Department of
13 Justice so far by various departments of the
14 executive branch where this question has been
15 raised, we have suggested and recommended that
16 they make the information available to Congress.
17 We will continue to do that. I don't say that
18 there might not be an instance where executive
19 privilege might have to be used, but I think that
20 it's terribly important, with the executive
21 branch of the government as powerful and strong
22 as it is, that there be some check and balance on
23 it.
24     [END TAPE]
25     KRISTEN WELKER: And when we come back,
Page 38

1 after our nearest neighbors and one of our
2 biggest global adversaries and competitors in
3 China. And I pressed him looking for, "What does
4 he want back? Is it a negotiating ploy? Is
5 there a concession you're looking for?" And he
6 kept saying no. And if you read the text of it,
7 he talks about the national emergency we have
8 with Canada, using that power, that authority he
9 has to declare something that many Americans may
10 not see. I then asked him about, "You ran
11 wanting to reduce prices, and we know that prices
12 are paid -- the -- the importers pay the tariff
13 and then it's passed on." And he said, "There
14 could be disruption. But people will
15 understand." I said, "Mr. President, you said
16 you would reduce everyday costs." So, I think
17 there is a lot more to be understood about the
18 real world impact. It's coming on the fly. It
19 appeared on the fly. He sort of negotiated down
20 from 25 percent to 10 percent on energy because
21 we know energy matters to his overall policy, and
22 it matters to Americans who have to fill their
23 gas tanks.
24     KRISTEN WELKER: Well, Ryan, pick up
25 there. Because for so many constituents of
Page 40

1 will President Trump's controversial Cabinet
2 nominees make it through the confirmation
3 process? The panel is next.
4     (Break)
5     KRISTEN WELKER: Welcome back. The
6 panel is here: NBC News Senior White House
7 Correspondent Kelly O'Donnell, NBC News Chief
8 Capitol Hill Correspondent Ryan Nobles, former
9 Democratic Congresswoman Stephanie Murphy of
10 Florida, and Marc Short, former Trump Director of
11 Legislative Affairs. Thanks to all of you for
12 being here. Boy, there are a lot of headlines to
13 get to. Kelly, let's start with the one that
14 broke overnight: tariffs. The president
15 officially moving to impose tariffs against
16 America's three biggest trading partners. You
17 had a very robust exchange with him on Friday in
18 the Oval Office about a range of issues,
19 including this one. You pressed him repeatedly:
20 will prices go up?
21     KELLY O'DONNELL: We had a lot of back
22 and forth on this. In part, I was acting as a
23 pool reporter, so I was in the Oval. And what
24 was striking is this is the president's first
25 foreign policy move, and it is one that goes
Page 39

1 lawmakers on Capitol Hill, this is a, you know,
2 issue that impacts them on a day-to-day basis.
3 What is the reaction that you're starting to see
4 trickle into this news that the president is
5 imposing tariffs? And, by the way, potentially
6 vowing to escalate them if these other countries
7 retaliate, which they say they're going to do.
8     RYAN NOBLES: Well, this is going to be
9 a real test to see if Republicans in Congress are
10 willing to stand up to the president, because
11 they're going to be the first ones to hear
12 directly from their constituents when their
13 constituents' prices start to rise. And what
14 we've seen, at least in the first two weeks of
15 this administration, is that Congressional
16 Republicans are largely out of the loop. They're
17 finding out about these major policy proposals
18 oftentimes when we tell them in the hallways of
19 Congress. And so, there's little opportunity for
20 them to react, to respond, and to encourage the
21 president to go into a different direction
22 because he's not consulting them on some of these
23 big decisions. There's a long laundry list of
24 things that I know you want to talk about,
25 Kristen. So, we'll have to see if they're
Page 41

11 (Pages 38 - 41)

1 reactionary here.  Do they plead with the White
2 House to try and rein this in or refine the
3 policy proposal a little bit?  Because there's no
4 doubt they're going to hear from their
5 constituents first.  And we're only a year and
6 change away from the next election, and they're
7 the ones that are going to feel the brunt of
8 these decisions first.
9        KRISTEN WELKER:  Marc, as someone who
10 was in the first Trump administration when
11 tariffs were imposed against China, there's a
12 difference between these round of tariffs and
13 what we saw during the first Trump
14 administration.
15        MARC SHORT:  I think this is one of the
16 greatest differences between Trump 1.0 and Trump
17 2.0.  In the first administration, the tariffs
18 were largely targeted, largely toward China for
19 national security purposes to get concessions.
20 The first administration had economic advisors
21 and national security advisors who believed in
22 trade for both economic benefit and national
23 security benefit.  The team he has around him
24 today has a very different viewpoint.  It's a
25 very mercantilist viewpoint that says, "You

Page 42

1 broad set of events that we have witnessed?
2        STEPHANIE MURPHY:  Well, I think that
3 the Democrats have a real opportunity here if
4 they focus on standing up for the people.  And
5 while some of the things that you mentioned are
6 really outrageous –firing people at the
7 Department of Justice and at the FBI -- Democrats
8 can't be seen as fighting for power within
9 Washington.  They have to be seen fighting for
10 the people.  And so highlighting the federal
11 funding freeze, talking about the impact of
12 tariffs on everyday Americans, and the cost of
13 their groceries, and all of their prices, that's
14 going to be a winning message for Democrats.
15 It's unfortunate, though, because this president
16 ran and won on lowering costs for Americans, and
17 his first sets of policies are going to actually
18 raise costs for Americans.  And Democrats are
19 going to hang that around not just Donald Trump
20 but also Republicans in Congress.
21        KRISTEN WELKER:  Yeah, we are starting
22 to see them galvanize around this message that
23 you talk about, Stephanie.  And what's so notable
24 about the FBI firings, Kash Patel said in his
25 hearing there will not be retribution against

Page 44

1 should be paying for access to American markets."
2 Regardless of the reality that Americans or the
3 importers paying that tariff or that tax, the
4 belief is that this is a tax that should be --
5 should be assessed to other people.  I think the
6 bigger question is going to be if there's this
7 huge market reaction this week, if it begins to
8 impact the economy, then I think could undermine
9 a lot of his other parts of his agenda.  And I'll
10 say this is just the beginning.  The president
11 and his current team really believe this is the
12 right economic policy across the board and there
13 will be a lot more tariffs coming.
14        KRISTEN WELKER:  Yeah. Stephanie,
15 let's zoom out a little bit.  This week really
16 has brought a dizzying number of headlines.  It
17 started with the administration basically
18 announcing cuts to all federal aid.  They pulled
19 that back, so big reversal.  We're kind of
20 waiting to see how that plays out.  The
21 president, as we talked about on the program,
22 blaming diversity programs for the crash.  And
23 then on Friday, the announcement that a number of
24 prosecutors -- career prosecutors within the FBI
25 and DOJ being fired.  What do you make of this

Page 43

1 anyone at the FBI.  And Ryan, it comes as we have
2 this new reporting that of all the president's
3 nominees, it's Tulsi Gabbard who may be in real
4 trouble.  That White House officials were rattled
5 by her inability to say that "Yes, Edward Snowden
6 is a traitor." Notably, today Senator Schmitt
7 didn't want to go there, didn't want to touch it.
8 What are you hearing about her chances of getting
9 confirmed?
10        RYAN NOBLES:  So, I think of the three
11 most controversial picks -- Patel, RFK Jr., and
12 Tulsi Gabbard -- Gabbard is the one that is in
13 the most danger.  But I do think that you have to
14 start from a place of them getting confirmed and
15 work your way back.  Because what this
16 administration is not going to do is what they
17 did with Matt Gaetz and pull the nominee back
18 before they get a vote.  They're going to force
19 every single Republican senator to be accountable
20 for this vote, and vote yes or no.  And that
21 includes Tulsi Gabbard.  Now, there is a
22 difference, though, in their approach in terms of
23 how they're encouraging or putting pressure on
24 these senators to vote yes or no, which a part of
25 your reporting says, Kristen.  And you know, with

Page 45

12 (Pages 42 - 45)

(211 of 290), Page 211 of 290
Case: 25-2120, 04/30/2025, DktEntry: 23.7, Page 211 of 290
Case 3:25-cv-01766-EMC    Document 37-15    Filed 02/21/25    Page 14 of 34

 1  Pete Hegseth, it was a very clear message to
 2  Republican senators, a message sometimes sent by
 3  the president himself.  At this point, we're not
 4  seeing that same level of pressure with Tulsi
 5  Gabbard.  Whether or not that leads to enough
 6  senators, you know, it would require four to step
 7  out and vote no, that's something we'll probably
 8  find out this week.
 9       KRISTEN WELKER:  Yeah.  Kelly, you know
10  how this plays out, having covered the Hill.
11       KELLY O'DONNELL:  It is also a test of
12  how the president judges those on camera
13  performances.  And for Robert Kennedy Jr. and
14  Tulsi Gabbard, the performances during the
15  hearings did not meet the same bar that Pete
16  Hegseth did.
17       KRISTEN WELKER:  And Marc, what do you
18  make of Tulsi Gabbard, but then this morning
19  Senator Schmitt saying, "I'm not going to touch
20  that.  That's -- that's not a real question." And
21  yet it was a question that Republicans were
22  asking her.
23       MARC SHORT:  I think a lot of Americans
24  don't remember who Edward Snowden is or Julian
25  Assange.  But I think that -- a lot of Trump

Page 46

 1  supporters believe the Intelligence Committee
 2  hurt him greatly with the fake Russia
 3  investigation.  But the speed of position where
 4  you can say that somebody who sold American
 5  secrets, that put Americans in uniforms lives in
 6  danger is somehow not a traitor, is an extension
 7  that goes far beyond the pale of where I think
 8  our party is today when you can't say that Julian
 9  Assange and Edward Snowden were actually
10  traitors.
11       STEPHANIE MURPHY:  National security is
12  dependent on the ability to collect intelligence
13  and safeguard intelligence.  And on both of those
14  counts, Tulsi's hearing showed that she didn't
15  full-throatedly believe in either the key ability
16  to collect the intelligence or the need to
17  safeguard it.  And I think that should put some
18  real questions in the senators' minds.
19       KRISTEN WELKER:  All right.  Well,
20  we'll have to see how it all plays out.  Great
21  conversation, guys.  Thanks so much for being
22  here.  That is all for today.  Thank you so much
23  for watching.  We'll be back next week, because
24  if it's Sunday, it's Meet the Press.
25

Page 47

 1          C E R T I F I C A T I O N
 2
 3  I, Sonya Ledanski Hyde, certify that the
 4  foregoing transcript is a true and accurate
 5  record of the proceedings.
 6
 7
 8
 9  _Sonya M. Ledanski Hyde_
10
11  Veritext Legal Solutions
12  330 Old Country Road
13  Suite 300
14  Mineola, NY 11501
15
16  Date:  February 18, 2025
17
18
19
20
21
22
23
24
25

Page 48

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

ER1083

**[1,000 - answer]**

| 1 | |
|---|---|
| **1,000** 21:13 | |
| **1.0** 42:16 | |
| **10** 40:20 | |
| **100** 27:3 | |
| **100,000** 26:2 | |
| **11501** 48:14 | |
| **12151** 48:9 | |
| **18** 33:8 48:16 | |
| **1961** 38:1 | |

| 2 | |
|---|---|
| **2** 1:11 | |
| **2.0.** 42:17 | |
| **200** 24:9,21 | |
| **2003** 30:21 | |
| **2025** 1:11 48:16 | |
| **25** 40:20 | |

| 3 | |
|---|---|
| **300** 48:13 | |
| **330** 48:12 | |

| 5 | |
|---|---|
| **52** 24:21 | |

| 6 | |
|---|---|
| **67** 4:16 20:3 | |

| 8 | |
|---|---|
| **87,000** 21:20 | |

| a | |
|---|---|
| **ability** 33:8 38:9 47:12,15 | |
| **able** 9:21 36:12 | |
| **above** 4:15 | |

**absolutely** 19:13 23:22
**abused** 18:15
**accept** 2:22
**access** 8:13 12:24 43:1
**accident** 30:12 30:17,18 31:8
**accidents** 30:14
**accordance** 36:1
**accountable** 45:19
**accurate** 48:4
**acknowledging** 11:15 12:15 30:8
**act** 36:4
**acting** 39:22
**action** 11:20 16:10
**actions** 7:14
**actively** 4:23
**actors** 13:15
**actually** 33:22 44:17 47:9
**adam** 36:10 37:3
**adding** 18:22
**addressing** 14:11
**administration** 17:4 32:9 38:3 41:15 42:10,14 42:17,20 43:17

**administratio...** 12:19 18:23
**admit** 33:23 34:9
**advantage** 24:23
**adversaries** 40:2
**adversary** 25:10
**advice** 25:22
**advisors** 42:20 42:21
**affairs** 3:22 39:11
**affects** 36:17
**affordable** 8:13
**afraid** 16:17
**agencies** 33:8
**agency's** 5:2
**agenda** 43:9
**agents** 16:18 21:20
**agree** 23:20
**agreed** 26:10
**ahead** 20:10
**aid** 43:18
**air** 2:17 5:22 21:14,17 22:6
**airline** 35:15
**airlines** 4:14
**airplanes** 35:14
**airport** 20:18

**aisle** 33:17
**aliens** 14:20
**allies** 10:8
**allow** 36:5
**alright** 23:17 29:9
**america** 6:21 7:1 9:23 15:24 18:21 26:1
**america's** 4:9 6:13 7:19 12:5 39:16
**american** 2:4 4:14 12:9 24:13 32:8,13 37:5 43:1 47:4
**americans** 8:7 11:5 21:21 23:12 25:21 40:9,22 43:2 44:12,16,18 46:23 47:5
**america's** 2:3
**amid** 7:15
**amount** 33:12
**analysis** 3:18
**announcement** 12:20 31:12 43:23
**announcer** 4:1
**announcing** 9:5 43:18
**answer** 6:8,23 27:1,16

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127
**ER1084**

**[answers - broadly]**

| | | | |
|---|---|---|---|
| **answers** 2:10 2:15 | **assaults** 13:17 | **balance** 27:8 38:22 | **bill** 36:8,11 |
| **anybody** 33:5 33:16 | **assessed** 43:5 | **balances** 37:18 | **billion** 24:9 |
| **anymore** 15:21 | **asset** 13:3 14:12 | **bar** 46:15 | **bit** 42:3 43:15 |
| **apart** 35:11 | **attention** 20:4 21:23 38:12 | **based** 33:2 | **black** 4:14 |
| **apparently** 7:8 | **attorney** 37:19 38:1 | **basically** 43:17 | **blamed** 5:3 |
| **appeared** 40:19 | **attorneys** 12:24 | **basis** 41:2 | **blaming** 2:17 20:8 43:22 |
| **applied** 36:14 | **audience** 18:7 | **battles** 3:1 4:7 | **board** 11:10 43:12 |
| **applies** 12:8,9 18:8 | **authority** 40:8 | **bay** 12:21 13:3 13:12,24 14:3 | **books** 18:11 |
| **appreciate** 13:8 19:9 29:11 37:15 | **autos** 32:16 | 14:12 15:11 35:18 | **border** 8:18 9:2 10:6,12,13,17 |
| **approach** 45:22 | **available** 38:16 | **beginning** 11:3 43:10 | 10:19,21 12:17 25:8,19 26:5 |
| **appropriate** 15:17 31:3 | **aviation** 4:13 5:21 22:5 30:17 | **begins** 43:7 | 31:24,25 32:1 35:2,24 36:16 |
| **appropriately** 14:8,12 | **aware** 15:14 | **belief** 43:4 | 36:20 37:9,12 |
| **argued** 31:19 | **b** | **believe** 20:9 43:11 47:1,15 | **bottom** 22:9 |
| **arizona** 1:15 3:17 29:15,20 | **back** 4:10 8:4 8:20 9:16 | **believed** 42:21 | **boy** 39:12 |
| 31:25 32:9 36:17 | 13:11 16:8,12 18:3,23 19:15 | **benefit** 18:25 19:1 42:22,23 | **branch** 37:22 38:7,8,10,14,21 |
| **arms** 20:24 | 19:18,20,25 23:15 26:10,15 | **bennet** 3:4 6:19 6:24 7:3,8 | **break** 16:3 19:17 29:17 39:4 |
| **army** 4:14 | 28:8 29:14,18 29:20,25 35:12 | **best** 2:23 23:14 26:8 | **breaking** 9:4 15:4 23:24 |
| **arrest** 13:17 | 37:17,21,23,25 38:25 39:5,21 | **betrayed** 33:25 | **brightest** 2:23 |
| **asked** 28:13,14 40:10 | 40:4 43:19 45:15,17 47:23 | **beyond** 8:9 32:13 47:7 | **bring** 23:25 24:16 29:5 |
| **asking** 22:9 29:4 32:20 46:22 | **background** 33:7 | **biden** 2:20 28:3 | **broad** 36:11,14 44:1 |
| **assange** 46:25 47:9 | **backseat** 22:16 **bad** 13:14 35:11 | **big** 31:11 35:8 41:23 43:19 | **broadcast** 34:24 |
| | | **bigger** 43:6 | **broadly** 21:8 |
| | | **biggest** 24:2 31:13 39:16 40:2 | |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**ER1085**

[broke - commitment]

| | | | |
|---|---|---|---|
| **broke** 6:23 39:14 | **capitol** 3:13,20 6:2 39:8 41:1 | **check** 38:9,22 | **clip** 25:20 |
| **brought** 15:20 38:12 43:16 | **care** 23:10,11 23:12 | **checks** 37:18 37:22 | **close** 20:4 34:20 |
| **brunt** 42:7 | **career** 7:16 43:24 | **chief** 3:20 30:25 39:7 | **closest** 8:7 10:8 |
| **building** 13:7 35:18 | **carried** 34:25 35:4 | **children** 14:14 15:10 | **colleague** 34:10 36:9 |
| **business** 18:3 | **carry** 16:19 | **china** 6:15 7:20 7:23 9:6 10:8 10:14 24:3,13 25:9 32:10 34:5 40:3 42:11,18 | **colleagues** 26:20 28:13 33:17 34:14 37:8 |
| **businesses** 32:12 | **carrying** 16:16 16:21 | | **collect** 47:12,16 |
| **busy** 19:5 | **cars** 11:14 | | **colombia** 11:21 11:21 26:9 35:12 |
| **buy** 13:21 | **cartels** 25:2 | | |
| **c** | **case** 22:19,25 31:4 34:1 | **choice** 8:8 24:25 | **color** 30:22 |
| **c** 48:1,1 | **cases** 16:16 | **choose** 24:25 | **columbia** 30:20 |
| **cabinet** 3:1 6:2 26:19 37:24 39:1 | **cause** 11:16 31:8 | **choosing** 12:7 | **combat** 7:6 30:2 |
| **camera** 46:12 | **causes** 30:17 | **churches** 16:18 16:19 | **come** 5:13 10:16,21 16:12 18:17 19:15 29:14 32:3 36:20 37:11,17 38:25 |
| **campaign** 11:17 | **centers** 15:5 | **cites** 10:1 | |
| **canada** 2:5,7 7:20,23 9:6 10:3,7,10,21 11:6,23 24:2,17 24:21 25:7,8,9 32:5 40:8 | **certain** 23:8 27:20,22 32:10 | **cities** 17:20 | |
| | **certainly** 23:19 | **citizen** 6:15 | **comes** 8:16 28:8 45:1 |
| | **certify** 48:3 | **citizens** 12:9 17:1,9,16 27:10 | |
| | **challenge** 7:16 | | **coming** 10:4,14 25:8 40:18 43:13 |
| | **chances** 45:8 | **citizenship** 37:7 | |
| **canadian** 8:3 25:23 | **change** 42:6 | **city** 13:15 17:17 | |
| **canadians** 8:9 | **changes** 37:11 | **civil** 27:8,9 | **comments** 21:3 |
| **candidate** 28:2 | **charge** 17:13 17:14 | **claimed** 20:3 | **commerce** 21:23 |
| **candidates** 5:21 29:8 | **charged** 36:7 | **classified** 34:3 | **commit** 36:22 |
| **capacity** 13:4,8 | **charges** 37:1 | **clear** 11:3 14:18 28:22,22 46:1 | **commitment** 3:9 33:9 |
| **capital** 20:3 30:2 | **chartered** 35:15 | **clearly** 13:12 31:3 | |

## [committed - custody]

| | | | |
|---|---|---|---|
| **committed** 36:21 | **confidence** 18:1 | **contributed** 4:20 | 27:5 28:25 29:2 31:2 34:1 35:1 48:12 |
| **committee** 21:23 34:20 47:1 | **confident** 17:9 34:21 | **control** 21:14 26:5 | **country's** 24:1 25:10 31:13 |
| **common** 5:17 | **confirmation** 6:7 26:17,22 27:2,12 32:22 33:6 39:2 | **controller** 22:7 | **counts** 47:14 |
| **communities** 13:23 15:5 17:6,12,15 24:18 35:10 | **confirmed** 3:14 27:11 33:4 45:9,14 | **controllers** 2:18 5:5,22 | **course** 7:15 21:19 26:17,24 28:5 30:2 |
| **community** 18:3 28:1 29:7 | **congress** 14:10 27:7 38:16 41:9,19 44:20 | **controls** 21:17 | **court** 37:1 |
| **compared** 10:5 | **congress's** 38:3 | **controversial** 3:13 39:1 45:11 | **covered** 46:10 |
| **competitors** 40:2 | **congressional** 41:15 | **conversation** 30:4 47:21 | **covid** 21:18 27:21 |
| **complicated** 30:15 | **congresswo...** 3:23 39:9 | **conversations** 33:3 | **cozy** 25:1 |
| **concern** 6:4 26:21 | **consequences** 8:10 9:20 11:2 11:7 12:1,13 | **correspondent** 3:19,20 39:7,8 | **crack** 9:7 |
| **concerned** 17:8 25:19 27:24 37:3 | **consoler** 30:25 | **corrupt** 38:7 | **crash** 2:16 4:16 4:20 5:15 19:8 20:2,9 22:11 30:1 43:22 |
| **concerns** 16:15 33:2 | **constituents** 40:25 41:12,13 42:5 | **cost** 44:12 | **crashed** 4:15 |
| **concession** 40:5 | **constitution** 3:9 | **costs** 2:8 8:11 35:14 40:16 44:16,18 | **crime** 36:21,23 |
| **concessions** 42:19 | **consulting** 41:22 | **cotton** 32:11 | **crimes** 36:7 |
| **conclusion** 5:14 | **consumers** 2:4 11:12 32:8 | **countries** 9:7,9 9:13 10:15 11:23 13:11,25 16:4,6,9 24:11 24:22 41:6 | **criminal** 14:20 35:21 |
| **conclusions** 20:11 | **continue** 9:21 13:4 15:1 25:1 38:17 | **country** 9:17 10:14 12:11 14:25 15:15 16:8 17:14 18:17 20:24 21:21 23:16 24:24 26:10 | **criminals** 11:2 17:24 19:2 26:10 |
| **conditions** 4:25 | **contractor** 28:15 | | **crisis** 4:12 |
| **conduct** 2:12 | | | **critical** 7:6 |
| **conference** 20:6 | | | **cross** 36:19 |
| | | | **crucial** 8:14 |
| | | | **curb** 29:6 |
| | | | **current** 43:11 |
| | | | **custody** 35:22 36:23 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

ER1087

[cuts - economic]

| | | | |
|---|---|---|---|
| **cuts**  43:18 | 39:9 | **direction**  41:21 | **dod**  13:9 |
| **d** | **democrats**  2:20 | **directly**  6:8 8:7 | **doing**  12:6 |
| **danger**  15:4 | 32:2 37:10 | 27:1 41:12 | 14:17 22:2 |
| 45:13 47:6 | 44:3,7,14,18 | **director**  3:21 | 26:7 28:12 |
| **dangerous**  11:2 | **demonstrated** | 6:6 26:23 | 38:10 |
| 14:21 17:24 | 32:2 | 33:10 39:10 | **doj**  43:25 |
| **date**  48:16 | **department** | **directs**  14:9 | **donald**  2:19 |
| **day**  33:12 41:2 | 1:13 2:25 7:17 | **disabilities**  4:24 | 4:22 5:8,10,16 |
| 41:2 | 38:12 44:7 | **disaster**  4:13 | 8:1 44:19 |
| **days**  34:18 | **departments** | 25:25 | **don't**  20:20 |
| **deadly**  2:15 | 38:13 | **discriminating** | 34:11 |
| **deal**  9:15 13:25 | **dependent** | 23:7 | **doubt**  42:4 |
| **dealing**  14:7 | 47:12 | **discussion**  1:16 | **dozens**  7:16 |
| **death**  3:5 | **deport**  36:6,12 | **display**  37:23 | **dramatically** |
| **decades**  35:16 | **deportation** | **disputing**  27:5 | 16:11 |
| **decide**  33:13 | 8:17 9:2 12:19 | **disqualify** | **drawing**  20:10 |
| **decides**  36:22 | 16:20 18:10,12 | 28:10 | **dreamers**  36:12 |
| **decision**  18:6 | 34:22 35:4,9 | **disruption** | 37:5,5,7 |
| 33:14 | **deserve**  20:25 | 40:14 | **drive**  2:4 24:4 |
| **decisions**  41:23 | **detain**  36:6 | **distinguish** | 31:17 |
| 42:8 | **detained**  13:7 | 22:24 | **drug**  9:8 13:18 |
| **declare**  40:9 | 16:23 | **diversity**  2:17 | **due**  12:23 13:1 |
| **defending** | **detention**  12:22 | 4:19 5:1,4,14 | 36:24 |
| 31:14,15 | 15:5,14 | 20:8,12 22:10 | **duffy**  2:22 |
| **defense**  2:25 | **dhs**  18:6 | 30:6 43:22 | **dying**  26:2 |
| 38:2 | **died**  4:16 | **divide**  31:1 | **dynamic**  34:18 |
| **deficit**  24:20 | **difference** | **divisive**  23:3 | **e** |
| **definition** | 42:12 45:22 | **dizzying**  7:13 | **e**  48:1 |
| 33:24 34:6 | **differences** | 43:16 | **earlier**  17:17 |
| **dei**  2:24 21:4,8 | 42:16 | **documentation** | 25:20 34:24 |
| 23:2 | **different**  17:13 | 36:21 | **early**  31:5 |
| **del**  8:19 | 31:23 32:21 | **documented** | **easily**  33:23 |
| **democratic** | 41:21 42:24 | 35:23 | **economic**  42:20 |
| 3:17,23 29:15 | **diplomacy**  16:6 | **documents** | 42:22 43:12 |
| 29:19 32:22,24 | | 16:16 34:4 | |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**ER1088**

[economically - federal]

| | | | |
|---|---|---|---|
| **economically** 9:19 | **energy** 32:15 40:20,21 | **evidence** 4:19 20:12 22:10 26:8 | **facilitate** 13:10 15:6 |
| **economies** 10:24 | **enforce** 10:19 | **evidenced** 21:13,15 | **facilities** 13:2 15:13,15 18:20 |
| **economists** 11:10 | **enforcement** 15:19 17:6 36:5 | **exactly** 11:24 11:25 21:25 | **facility** 12:22 35:19 |
| **economy** 31:17 43:8 | **engaged** 19:6 | **example** 30:20 | **facing** 4:11 |
| **edward** 3:6 6:8 6:19,25 26:25 27:17 33:20 34:1 45:5 46:24 47:9 | **ensure** 16:7 38:6 | **exceedingly** 5:24 22:8 | **fact** 10:17 13:3 13:18 17:16 21:12,13,16 23:9 24:8,22 26:11 27:22 |
| | **entire** 2:12 | **excesses** 29:6 | **facts** 2:13 20:10 |
| | **equally** 12:8 | **exchange** 33:19 39:17 | **fake** 47:2 |
| **efficient** 38:8 | **era** 2:24 | **executive** 37:22 38:6,10,14,18 38:20 | **families** 14:15 15:10 19:12 20:15,22 23:19 30:13 32:14 |
| **efforts** 8:18 | **eric** 1:15 3:16 19:16,19,22 20:13 22:13,20 22:23 23:22 24:5 25:12,17 27:3,18 28:19 28:21,24 29:9 29:12 34:10 | **executives** 7:18 | **family's** 20:23 |
| **either** 34:10 47:15 | | **expect** 20:18 | **far** 10:11 16:10 33:1 35:3 38:13 47:7 |
| **election** 42:6 | | **expressed** 16:15,25 33:1 | **farmers** 32:11 |
| **electronics** 11:14 32:15 | | **expressing** 26:21 | **fbi** 7:18 43:24 44:7,24 45:1 |
| **element** 5:4 | **escalate** 41:6 | **extension** 18:22 47:6 | **fear** 17:2 |
| **emergency** 40:7 | **especially** 25:14 30:24 31:2 | **extra** 10:20 | **fears** 4:10 |
| **emphasizing** 21:4 | **essentialism** 23:6 | **extremely** 10:12 16:4 | **february** 1:11 48:16 |
| **employees** 23:8 | **evaluating** 18:24 | **f** | **federal** 2:14 7:15 17:11 21:4 23:6 37:19 43:18 44:10 |
| **emptied** 18:18 18:19 | **events** 44:1 | **f** 3:2 37:25 38:1 38:5 48:1 | |
| **encourage** 12:2 41:20 | **eventually** 31:7 36:25 | **faa** 4:22 5:20 22:5 | |
| **encouraging** 45:23 | **everybody** 12:9 | **face** 3:13 11:2,7 12:12 | |
| **endangered** 17:12 | **everyday** 40:16 44:12 | | |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

[feel - grateful]

| | | | |
|---|---|---|---|
| **feel** 9:19,20,20 30:12 34:21 37:8 42:7 | **fly** 40:18,19 **focus** 44:4 **focused** 6:16 | **fulfill** 11:17 **full** 20:25 47:15 **fully** 14:13 | **go** 5:23 7:3 9:21 12:4,16 14:19 16:17 |

**fentanyl** 10:1,4 10:8 24:17,24 25:7 26:3 31:21
**field** 24:11
**fighting** 44:8,9
**figure** 5:13
**fill** 40:22
**final** 14:24
**finally** 17:10
**find** 21:8 22:14 35:21 46:8
**finding** 41:17
**fine** 27:14
**fired** 7:16 21:16 43:25
**firing** 8:4 44:6
**firings** 44:24
**first** 2:20,21 4:12 9:23 11:5 20:13 24:6 25:4,5 26:1,12 30:11 32:8 39:24 41:11,14 42:5,8,10,13,17 42:20 44:17
**flight** 35:16
**florida** 3:24 39:10
**flow** 10:1 31:20
**flown** 30:2

**folks** 18:16 32:23 35:12,20 36:5,19
**follow** 14:6
**followed** 11:1 13:2
**following** 15:25
**food** 8:11 11:13 32:15
**force** 45:18
**forced** 7:18
**forces** 15:19
**foregoing** 48:4
**foreign** 10:15 39:25
**forestall** 7:24
**former** 3:21,22 32:22 37:19 39:8,10
**forth** 39:22
**forward** 9:21
**four** 17:10 24:6 24:19 46:6
**frankly** 10:5 24:12
**freeze** 44:11
**friday** 39:17 43:23
**friend** 34:9
**friends** 8:8
**frightening** 35:20

**funding** 7:15 44:11
**further** 26:8
**future** 6:17

**g**

**gabbard** 3:8 6:16,22 7:2,5 7:12 32:19 33:2,3 45:3,12 45:12,21 46:5 46:14,18
**gabbard's** 6:5 26:22 27:2
**gaetz** 45:17
**galvanize** 44:22
**games** 28:6
**gas** 8:12 40:23
**gender** 23:14 30:22
**general** 37:20 38:1
**generation** 4:13
**generations** 24:12
**getting** 10:24 13:9 20:10 26:4 45:8,14
**given** 34:5
**global** 2:10 40:2
**globe** 4:7

24:9,15 25:6 32:14 37:1 39:20 41:21 45:7
**goes** 39:25 47:7
**going** 2:11 9:1 10:18,19 11:5 12:1,12 13:14 13:16 15:13 16:7,12,18 17:14 20:15 23:2 27:11,14 28:9 29:5,6 31:1 32:6,13,14 35:9 37:9 41:7 41:8,11 42:4,7 43:6 44:14,17 44:19 45:16,18 46:19
**good** 4:5 10:23 11:22 29:22 31:6,16,19
**goods** 8:13 25:6
**gotcha** 28:7 29:3
**government** 4:8 6:9 21:5,19 23:4,7 28:15,16 37:19 38:7,9,11 38:21
**grateful** 16:4

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127
**ER1090**

**[great - important]**

| | | | |
|---|---|---|---|
| **great** 19:22,24 29:12,24 47:20 | **happen** 20:18 30:16 | **high** 5:24 22:8 | 47:2 |
| **greatest** 42:16 | **happened** 28:2 | **higher** 11:11 | **hyde** 48:3 |
| **greatly** 47:2 | **happening** 6:18 | **highlighting** 44:10 | **i** |
| **grenades** 13:21 | **happens** 16:2 34:19 | **highly** 37:4 | **ice** 16:18 34:25 |
| **grilled** 37:23 | **harass** 21:21 | **hill** 3:13,20 6:2 39:8 41:1 46:10 | **idea** 21:4 28:9 31:17 |

**great** 19:22,24
29:12,24 47:20
**greatest** 42:16
**greatly** 47:2
**grenades** 13:21
**grilled** 37:23
**groceries** 44:13
**grocery** 8:11
**groups** 5:21
22:6
**growing** 6:4
25:13,17,18
**growth** 24:8
26:14
**guantanamo**
12:21,23 13:3
13:12,24 14:3
14:12,15 15:11
35:18
**guarantee**
16:22 24:3
36:13
**guard** 33:9
**guess** 15:8
**guests** 3:14
**gun** 13:18
**gut** 20:22
**guys** 47:21

**h**

**half** 18:8
**hallways** 41:18
**halted** 7:14
**handle** 32:17
**hang** 44:19

**happen** 20:18
30:16
**happened** 28:2
**happening** 6:18
**happens** 16:2
34:19
**harass** 21:21
**harm** 8:9
**hawk** 4:14
**headlines** 39:12
43:16
**health** 18:20
**hear** 41:11 42:4
**heard** 16:25
25:20 30:3,5,10
31:14,15 34:23
**hearing** 6:7
26:22 32:22
33:6,15 44:25
45:8 47:14
**hearings** 26:17
46:15
**heart** 3:8
**hegseth** 2:24
23:1 46:1,16
**held** 12:23 14:2
14:15 15:10
20:6
**helicopter** 4:14
5:6 30:13
**help** 10:24 11:6
12:12 17:15
24:10
**helping** 10:11
11:17

**high** 5:24 22:8
**higher** 11:11
**highlighting**
44:10
**highly** 37:4
**hill** 3:13,20 6:2
39:8 41:1
46:10
**hire** 21:20
**hired** 21:14
**hiring** 5:1 21:9
**history** 4:3
**hitting** 4:10
**hold** 13:13
**home** 9:18
13:25
**homeland** 1:13
3:15 8:19 19:3
34:23
**homendy** 2:11
**honest** 22:15
**honorably** 27:5
28:25
**horrific** 19:8
20:2
**hours** 21:10,11
**house** 3:19 6:4
7:11 17:11
39:6 42:2 45:4
**huge** 43:7
**human** 20:21
**hunt** 2:15
**hunter** 28:3
**hurt** 21:9,9,10
23:3 32:12,13

47:2
**hyde** 48:3

**i**

**ice** 16:18 34:25
**idea** 21:4 28:9
31:17
**ideas** 35:11
**ignored** 17:11
**illegal** 9:7,15
13:6 26:11
31:20
**illegally** 9:17
12:10
**imagine** 5:2
**imbalance**
24:20
**immediately**
16:9
**immigrants**
13:6 26:11
36:6
**immigration**
9:8,15 10:25
14:11 31:20
37:12
**impact** 40:18
43:8 44:11
**impacts** 41:2
**impede** 8:12
**implementati...**
7:24
**important**
25:14 27:8
31:24 38:6,20

Page 8

**[importers - know]**

| | | | |
|---|---|---|---|
| **importers** 40:12 43:3 | **inside** 4:7 7:17 | **inviting** 8:23 | **k** |
| **impose** 39:15 | **insight** 3:18 | **involved** 11:23 30:18 36:24 | **kash** 3:10 44:24 |
| **imposed** 4:8 7:19 42:11 | **insist** 7:12 | **irs** 21:20 | **keeping** 15:24 |
| **imposing** 24:1 41:5 | **instance** 22:22 38:11,18 | **issue** 41:2 | **kelly** 1:15 3:17 3:19 7:22 |
| **improving** 26:6 | **instincts** 29:6 | **issues** 2:2 27:25 37:10 39:18 | 29:15,19,20,22 |
| **inability** 45:5 | **institutes** 24:7 | **it's** 5:10 25:16 29:2 30:14 | 30:11 31:22 |
| **inaudible** 21:24 21:25 | **integrity** 18:16 18:22 | **i'll** 7:3 | 33:5 35:6 |
| **included** 28:5 | **intellectual** 4:24 | **i'm** 5:13 | 36:15 37:14,16 |
| **includes** 45:21 | **intelligence** 6:6 | **j** | 39:7,13,21 46:9 |
| **including** 8:11 20:8 28:14 | 26:24 28:1 | **james** 3:6 6:12 | 46:11 |
| 39:19 | 29:7 33:8,10 | **jennifer** 2:11 | **kennedy** 3:2 |
| **inclusion** 4:19 5:1 | 47:1,12,13,16 | **job** 3:4 | 37:25 38:1,5 |
| **increase** 11:13 | **intend** 14:13 | **jobs** 2:7 24:15 26:15 | 46:13 |
| **increases** 16:11 | **interesting** 27:19 34:9 | **joined** 38:2 | **kept** 40:6 |
| **indefinitely** 14:3 | **interview** 36:9 | **joining** 3:18 8:18 19:9,19 | **key** 27:8 37:22 47:15 |
| **indicted** 28:8 | **interviews** 1:13 | 29:19 37:14 | **kids** 18:1 37:6 |
| **individuals** 9:16 13:22 | **intimidating** 35:17 | **joins** 19:16 29:15 | **kind** 34:7 43:19 |
| 14:7,24 15:17 | **intimidation** 35:8 | **jr** 3:2 37:25 45:11 46:13 | **know** 9:12,24 10:12 11:9,19 |
| 16:8 17:6 | **investigating** 31:10 | **judges** 46:12 | 14:16 15:12 |
| **inflation** 24:8 26:13 | **investigation** 2:12 5:11 19:6 | **judgment** 33:15 34:12 | 19:4,5 20:3,17 |
| **information** 31:3,4 33:12 | 20:5,25 21:7 | **julian** 46:24 47:8 | 20:19,24 21:7 |
| 34:3,3 38:16 | 22:25 31:5,7 | **justice** 7:17 38:13 44:7 | 21:18 22:19,21 |
| **initially** 12:16 | 47:3 | **justin** 2:6 8:4,6 25:21 | 22:23 23:25 |
| **initiative** 5:1 | **investigations** 30:18 | | 30:9,14,14,20 |
| | **investigators** 2:15 17:23 | | 32:2,13 33:7,18 |
| | | | 33:23 34:2,7,8 |
| | | | 34:8,11,11 |
| | | | 35:16 36:18,19 |
| | | | 37:3,4,5,8 |
| | | | 40:11,21 41:1 |
| | | | 41:24 45:25 |
| | | | 46:6,9 |

Page 9

[knows - man]

| knows 20:16 | 34:24 | learned 21:1 | losers 12:8 |
|---|---|---|---|
| kristen 1:12 2:1 | **l** | lecturing 25:21 | lost 30:20 |
| 2:9,14 3:1,12 | | ledanski 48:3 | lot 5:17 12:20 |
| 4:4,5 5:20 7:11 | laid 11:25 14:6 | left 33:18 | 29:3 33:11 |
| 8:3,16,24,25 | laken 36:4 | legal 7:16 14:11 | 34:2,4 35:14,20 |
| 9:24 11:9 | langford 28:14 | 17:1 48:11 | 39:12,21 40:17 |
| 12:14 14:1,14 | lankford 3:6 | legally 16:14,21 | 43:9,13 46:23 |
| 14:22 15:2,8,12 | 6:12 | 16:23 | 46:25 |
| 15:22 16:1,13 | lankford's | legislative 3:22 | loved 20:17 |
| 16:24 17:19 | 33:19 | 38:8 39:11 | loves 17:14 |
| 18:4 19:3,8,14 | laptop 28:4 | let's 23:17 | lower 11:18 |
| 19:18,23,24 | large 22:25 | level 13:9 46:4 | lowering 44:16 |
| 21:3,22 22:4,18 | largely 41:16 | lexicon 27:19 | |
| 22:21,24,24 | 42:18,18 | liberties 27:9,9 | **m** |
| 23:17,23 24:16 | largest 2:3 4:9 | life 3:5 | machines 25:6 |
| 25:3,13,15 26:2 | 7:19 | likelihood | madam 9:1 |
| 26:16 27:15 | laundry 41:23 | 16:12 | 10:3 11:9 14:1 |
| 28:11,20,23 | law 6:23 12:8 | line 10:25 22:9 | 15:8 19:14 |
| 29:9,14,18,23 | 14:6,9 15:4,18 | list 41:23 | made 5:5,9 |
| 29:24 30:11 | 16:3 17:5,12 | little 25:7 41:19 | 9:25 18:5 |
| 31:9,22 32:18 | 36:4,5,13,15 | 42:3 43:15 | major 10:4 |
| 34:16 36:2,19 | lawfare 28:5 | live 17:16 | 30:17 41:17 |
| 37:13,16,17,21 | lawmaker | lives 20:3 47:5 | make 10:22 |
| 38:25 39:5 | 32:23 | local 15:18 | 11:5 12:3 14:6 |
| 40:24 41:25 | lawmakers | long 17:10 | 14:10 15:19 |
| 42:9 43:14 | 41:1 | 20:16 41:23 | 17:15 18:24 |
| 44:21 45:25 | laws 12:5 14:11 | longer 18:9 | 38:16 39:2 |
| 46:9,17 47:19 | lawsuit 14:9 | longest 4:2 | 43:25 46:18 |
| kristi 1:14 3:15 | lead 11:11 | look 14:17 24:6 | makes 21:19 |
| 8:20,22 9:12 | leader 11:25 | 26:7 27:18 | 35:23 |
| 10:10 11:19 | leaders 12:11 | 28:7 | making 10:25 |
| 13:1 14:4,16,23 | leadership 12:2 | looking 2:13 | 12:7 14:20 |
| 15:3,12,23 16:2 | 30:23 | 40:3,5 | 17:25 18:6 |
| 16:24 17:20 | leads 46:5 | loop 41:16 | 33:14 |
| 18:14 19:4,7,11 | leaked 6:9 | | man 17:13,14 |
| | 28:16 | | |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[manage - noem]**

| | | | |
|---|---|---|---|
| **manage** 33:8 | **member** 13:19 | **missions** 30:3 | 27:22 35:21,22 |
| **manipulated** | 27:6 | **missouri** 1:14 | 37:18 47:16 |
| 27:20 | **members** 18:17 | 3:16 19:16,20 | **needed** 27:21 |
| **marc** 3:21 | 21:24 | **mistake** 5:6,9 | **needs** 10:21 |
| 39:10 42:9,15 | **mental** 4:25 | **moment** 4:17 | 13:10 |
| 46:17,23 | 18:19 | 9:3 20:7 | **negotiate** 16:6 |
| **marco** 16:5 | **mention** 25:7 | **money** 35:15 | **negotiated** |
| **mark** 1:15 3:17 | **mentioned** 21:6 | **morning** 3:15 | 40:19 |
| 29:15,19,22 | 32:16 44:5 | 4:5 11:15 | **negotiating** |
| 30:11 31:22 | **mercantilist** | 29:22 31:11 | 40:4 |
| 33:5 35:6 | 42:25 | 46:18 | **neighbors** 8:8 |
| 36:15 37:16 | **merit** 22:16 | **move** 9:9 11:16 | 10:23 40:1 |
| **market** 43:7 | **message** 10:18 | 23:21 39:25 | **never** 3:10 |
| **markets** 43:1 | 44:14,22 46:1,2 | **moving** 39:15 | 20:18 |
| **mass** 12:19 | **mexico** 2:5 7:20 | **multiple** 6:3 | **new** 9:5 11:4 |
| 34:22 35:9 | 7:23 9:6 11:23 | **murders** 13:17 | 13:15 17:17 |
| **massive** 33:12 | 24:2,17,22,25 | **murphy** 3:23 | 18:1 21:3 45:2 |
| **matt** 45:17 | 32:6 | 39:9 44:2 | **news** 3:18,20 |
| **matter** 23:9 | **michael** 3:4 | 47:11 | 4:1 6:3 9:4 |
| 26:12 27:23 | 6:19,24 7:3,8 | | 18:5 20:6 |
| **matters** 40:21 | **migrants** 10:2 | **n** | 23:24 30:1 |
| 40:22 | 12:22 | | 31:11 39:6,7 |
| **mean** 22:5 | **military** 23:1,2 | **n** 48:1 | 41:4 |
| 28:12 33:24,25 | 27:6 35:13 | **narrative** 27:24 | **nightmare** |
| **means** 18:8 | **million** 18:8 | **nation's** 20:2 | 20:17 |
| **meant** 24:16 | 34:4 | 30:1 | **nobles** 3:21 |
| **media** 17:2,3 | **minds** 47:18 | **national** 6:6 7:6 | 39:8 41:8 |
| **meet** 1:11 3:24 | **mineola** 48:14 | 14:9 26:23 | 45:10 |
| 4:3 5:24 8:21 | **miniscule** 25:16 | 27:10 33:10 | **noem** 1:14 3:15 |
| 19:21 22:8 | **minister** 2:6 | 40:7 42:19,21 | 8:20,20,22 9:12 |
| 29:20 37:20 | 8:4,6 | 42:22 47:11 | 10:10 11:19 |
| 38:2 46:15 | **minuscule** 10:5 | **navy** 30:3 | 12:17 13:1 |
| 47:24 | 25:15 | **nbc** 3:18,20 4:1 | 14:4,16,23 15:3 |
| **meets** 34:6 | **minute** 37:20 | 6:3 39:6,7 | 15:12,23 16:2 |
| | | **nearest** 40:1 | 16:24 17:20 |
| | | **need** 10:22 | |
| | | 16:21 17:7 | |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**ER1094**

**[noem - performances]**

18:4,14 19:4,7
19:11 31:15
34:24
**nomination** 6:5
32:19 34:15
**nominations**
26:20
**nominee** 45:17
**nominees** 3:13
33:1 37:25
39:2 45:3
**northern** 10:11
10:13,17,20
**notable** 12:14
44:23
**notably** 32:25
45:6
**note** 20:1
**noting** 24:19
25:4
**november**
26:18
**ntsb** 31:5
**number** 7:13
25:5,12 35:7
43:16,23
**numbers** 36:18
**ny** 48:14

**o**

**o** 48:1
**o'donnell** 39:7
39:21 46:11
**obama** 2:20
**obsession** 21:22

**obviously** 34:18
36:3
**office** 4:6,12
25:24 26:13
39:18
**officers** 17:22
**officially** 7:18
9:5 18:6 39:15
**officials** 7:11
45:4
**oftentimes**
41:18
**okay** 5:17
12:14
**old** 48:12
**onboard** 9:13
12:3
**one's** 27:4
**ones** 5:7 27:25
41:11 42:7
**opening** 1:12
**operational**
26:5
**operations**
15:18 16:20
34:25
**opportunity**
9:13 11:24
36:9 41:19
44:3
**opposed** 36:10
**order** 13:10
15:6
**orderly** 15:7

**orders** 14:24
**originates** 10:9
**ought** 25:22
**outrageous**
44:6
**oval** 39:18,23
**overall** 40:21
**overly** 36:14
**overnight** 4:8
9:4 18:5 23:24
39:14
**overseas** 24:15
**own** 4:8 37:6
**o'donnell** 3:19
7:22

**p**

**paid** 21:23
40:12
**pain** 9:20 11:16
**pale** 47:7
**panel** 1:16 39:3
39:6
**paperwork**
16:21
**paroled** 15:20
**part** 20:5 23:25
39:22 45:24
**particular**
11:13
**particularly**
30:19
**partner** 9:14
**partners** 2:3
4:9 7:20 9:18
24:2 31:13

39:16
**partnership**
13:8
**parts** 43:9
**party** 32:24
47:8
**pass** 22:7
**passed** 40:13
**patel** 3:10
44:24 45:11
**pathway** 37:7
**pay** 40:12
**paying** 20:4
43:1,3
**pecan** 32:11
**people** 4:16
5:18 10:14,15
12:22 13:11,16
14:2 15:3
16:14,20,22,25
17:21 18:10
21:13,16 23:4
23:10,14 24:13
25:23 26:1,2
27:13,23 28:6
29:1,4 35:8,17
40:14 43:5
44:4,6,10
**people's** 12:5
**percent** 24:21
24:22 27:3
40:20,20
**performances**
46:13,14

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[perpetuated - process]**

| | | | |
|---|---|---|---|
| **perpetuated** 17:2 | **plus** 2:10 24:9 24:21 | **powerful** 38:21 | **press** 1:11 3:25 4:3 8:21 19:21 29:21 37:20 38:2 47:24 |
| **person** 20:19 31:1 | **point** 9:25 22:5 29:3 46:3 | **prayers** 20:15 20:23,23 23:18 | |
| **person's** 30:22 | **points** 22:2 | **praying** 19:12 | **pressed** 26:24 39:19 40:3 |
| **pete** 2:24 23:1 46:1,15 | **poison** 21:9 | **pres** 2:19 4:22 5:8,10,16 8:1 | **pressure** 45:23 46:4 |
| **physical** 4:25 | **policies** 2:17 4:19 11:1 21:25 35:2 44:17 | **presence** 13:6 | **pretty** 25:2 28:21,22 33:21 33:24 |
| **pick** 40:24 | | **present** 33:13 | |
| **picked** 13:20 | | **president** 2:2 2:16 3:12,22 4:6,11,17 6:1 7:12,14 8:17 9:4,14,22 10:1 11:3,14,17,20 12:6 13:13 14:19 17:5,11 20:5,9 21:5 22:12 23:24 24:6 25:4,9,25 26:19 28:3 30:5,7,7,24 31:18 32:4,24 33:13 35:5 36:3 37:24 39:1,14 40:15 41:4,10,21 43:10,21 44:15 46:3,12 | **prevent** 6:17 |
| **picking** 12:7 | **policy** 2:20 32:4 37:11 39:25 40:21 41:17 42:3 43:12 | | **prices** 2:4 11:12,13,18 12:4,4,15 23:25 24:4 25:5 31:18 32:7,7,14 39:20 40:11,11 41:13 44:13 |
| **picks** 6:2 45:11 | | | |
| **pilot** 22:6 23:12 30:3 | | | |
| **pilots** 5:7,22 21:17 | **political** 2:18 22:2 34:13 | | **prime** 2:6 8:3,6 |
| **pivoted** 4:18 | **politics** 4:18 20:7 | | **priority** 14:19 14:25 21:19 |
| **place** 45:14 | **pool** 39:23 | | **prisons** 18:19 |
| **places** 15:15 | **poor** 30:23 | | **privilege** 38:19 |
| **plan** 9:2 14:5,5 31:14,15 35:4 | **population** 35:8 | | **probably** 25:22 33:17 46:7 |
| **plane** 2:16 4:15 20:2 30:1,13 | **porous** 25:18 | | **problem** 22:15 22:19,22 |
| | **position** 27:8 47:3 | | |
| **plans** 12:19 34:23 | **positive** 11:22 | **president's** 31:12 34:22 39:24 45:2 | **problems** 4:24 |
| **played** 20:12 22:11 30:7 33:19 | **possibility** 17:3 | | **proceedings** 48:5 |
| | **possible** 12:15 14:1 | **presidential** 28:2 29:8 | **process** 12:23 13:1 14:5 15:25 27:12 32:19 36:24 |
| **playing** 24:11 | **potentially** 41:5 | | |
| **plays** 34:17 43:20 46:10 47:20 | **potomac** 2:16 | **president's** 21:2 | |
| | **power** 40:8 44:8 | | |
| **plead** 42:1 | | | |
| **ploy** 40:4 | | | |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**ER1096**

**[process - repatriation]**

| | | | |
|---|---|---|---|
| 39:3 | **purposes** 42:19 | **raise** 2:8 8:10 | 44:6 |
| **producers** | **pushed** 35:1 | 32:7,7 44:18 | **reasons** 10:2 |
| 32:11 | **pushing** 12:3 | **raised** 38:15 | 35:7 |
| **program** 18:15 | 27:24 | **raising** 4:10 | **recommended** |
| 18:22 43:21 | **put** 2:7,19,20 | 32:5 | 38:15 |
| **programs** | 10:20 21:25 | **ramifications** | **record** 24:8 |
| 18:24 20:8,12 | 26:1 47:5,17 | 21:5 22:3 | 48:5 |
| 22:11 30:6 | **putting** 9:22 | **ramping** 8:17 | **recruiting** 4:23 |
| 43:22 | 11:5 35:15 | **ran** 6:14 26:3 | 21:9 23:3 |
| **promise** 11:18 | 45:23 | 32:24 40:10 | **reduce** 40:11 |
| **proof** 30:8 | **puzzled** 34:8 | 44:16 | 40:16 |
| **proposal** 42:3 | **q** | **range** 32:21 | **refine** 42:2 |
| **proposals** | | 39:18 | **reform** 29:5 |
| 41:17 | **qualified** 27:4 | **rapes** 13:17 | 37:12 |
| **proposed** 32:5 | **question** 15:9 | **rattled** 45:4 | **regardless** 43:2 |
| **prosecutors** | 27:16 28:17 | **react** 11:21 | **rein** 42:2 |
| 7:17 43:24,24 | 33:21 34:11 | 41:20 | **reining** 38:3 |
| **protect** 26:1 | 36:2 38:14 | **reaction** 41:3 | **rejecting** 31:17 |
| **protected** 18:7 | 43:6 46:20,21 | 43:7 | **related** 21:6 |
| **protecting** 27:9 | **questions** 7:4 | **reactionary** | 36:7 |
| **protection** 18:9 | 12:20 27:13 | 42:1 | **relates** 21:2 |
| **prove** 36:25 | 28:12 32:21 | **reactions** 12:5 | **release** 6:14 |
| **psychiatric** | 33:7,14,18 | **read** 40:6 | **released** 34:2 |
| 4:24 | 34:15 47:18 | **ready** 25:23 | 37:2 |
| **public** 6:14 | **quickly** 18:13 | **real** 8:10 21:5 | **religion** 23:13 |
| 35:24 36:16 | 20:7 22:4 | 22:2 32:4 33:2 | **remember** |
| **pull** 45:17 | 27:15 | 40:18 41:9 | 13:12 18:18 |
| **pulled** 43:18 | **quite** 24:12 | 44:3 45:3 | 46:24 |
| **pump** 8:12 | **quotas** 22:17 | 46:20 47:18 | **remind** 32:23 |
| **punishing** 10:7 | **quote** 11:16 | **reality** 43:2 | **removal** 14:24 |
| 25:9 | 36:11 | **really** 27:7 | **removing** 13:22 |
| **purchases** | **r** | 28:12 29:11 | **repatriate** 9:17 |
| 13:18 | | 30:12 31:5 | **repatriation** |
| **purposely** | **r** 48:1 | 32:12,12 35:11 | 13:11 |
| 18:18 | **race** 21:15 23:5 | 37:15 43:11,15 | |
| | 23:8,12 | | |

**[repeat - secretary]**

| | | | |
|---|---|---|---|
| **repeat** 6:23 | **returned** 13:24 | **role** 20:12 | **says** 20:11 |
| **repeatedly** 39:19 | 16:3 35:23 | 22:11 30:7 | 42:25 45:25 |
| **reporter** 5:3,9 | **reversal** 43:19 | 38:3 | **scaring** 35:17 |
| 5:12 39:23 | **reversed** 7:15 | **round** 42:12 | **schiff** 36:10 |
| **reporting** 45:2 | **rfk** 45:11 | **routinely** 35:13 | **schmitt** 1:15 |
| 45:25 | **rid** 23:2 | **rubio's** 16:5 | 3:16 19:16,19 |
| **represent** 31:24 | **ridiculous** 28:10 29:1 | **rule** 15:9,11 | 19:20,22 20:13 |
| **representing** 36:16 | **right** 5:14 | **running** 4:2 28:4 | 22:13,20,23 23:22 24:5 |
| **republican** 3:16 19:15,19 | 18:16 23:19 | **runs** 20:9 | 25:12,17 27:3 |
| 26:20 28:13 | 25:11,16,16 | **russia** 34:5 47:2 | 27:18 28:19,21 |
| 34:13 37:8 | 34:16 37:13 | **russian** 6:15 | 28:24 29:10,12 |
| 45:19 46:2 | 43:12 47:19 | **ryan** 3:20 39:8 | 30:4 31:14 |
| **republicans** 6:5 | **rights** 12:24 | 40:24 41:8 | 34:10 45:6 |
| 32:3 37:11 | **rigorous** 5:23 | 45:1,10 | 46:19 |
| 41:9,16 44:20 | 22:7 | **s** | **school** 18:1 |
| 46:21 | **riley** 36:4 | **sad** 30:12 | **schools** 16:19 |
| **require** 46:6 | **ringleaders** 13:19 | **safe** 15:24 | **score** 22:1 |
| **resources** 10:20 10:20 | **rio** 8:19 | **safeguard** 47:13,17 | **sean** 2:22 |
| **respond** 41:20 | **rip** 35:10 | **safely** 18:2 | **searching** 2:10 |
| **responding** 5:25 30:4 | **ripped** 24:14 | 23:11 | **sec** 2:22,24 |
| **responsible** 33:11 | **ripping** 24:12 | **safer** 17:15 | 8:22 9:12 |
| **retaliate** 2:5 | **rise** 41:13 | **safety** 2:19 | 10:10 11:19 |
| 41:7 | **risk** 2:7 20:10 | 21:12 35:24 | 13:1 14:4,16,23 |
| **retaliatory** 9:10 | **rivals** 2:18 | 36:16 | 15:3,12,23 16:2 |
| **retention** 21:10 | **river** 2:16 | **sat** 33:16 | 16:24 17:20 |
| **retribution** 44:25 | **road** 20:16 35:9 48:12 | **saturday** 7:19 | 18:14 19:7,11 |
| **return** 16:10 | **roam** 21:20 | **saw** 11:21 24:8 24:9 26:14,14 | **second** 4:12 36:23 |
| | **robert** 3:2 37:25 38:1,5 46:13 | 32:8 42:13 | **secret** 6:14 34:3 |
| | **robust** 39:17 | **saying** 9:6 31:16 40:6 46:19 | **secretary** 1:14 3:15 8:19,20 9:1 10:3 11:10 12:16 14:2 15:9 16:5 18:4 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127
**ER1098**

**[secretary - spent]**

19:4,15 31:15
34:24
**secrets** 6:9
28:16 33:9
47:5
**secure** 10:11
**security** 1:14
3:15 7:7 8:14
8:19 19:3
27:10 31:24
34:23 35:25
37:12 42:19,21
42:23 47:11
**see** 11:13 20:19
24:7 26:13
31:7 32:14
34:6,17,19
40:10 41:3,9,25
43:20 44:22
47:20
**seeing** 24:15
35:3 46:4
**seeking** 5:21
**seem** 25:19
**seems** 35:7
**seen** 11:20
41:14 44:8,9
**seized** 10:6
**sen** 3:4,6 6:12
6:19,24 7:3,8
19:22 20:13
22:13,20,23
23:22 24:5
25:12,17 27:3
29:12,22 30:11

31:22 33:5
35:6 36:15
37:16
**senate's** 37:22
**senator** 1:14,15
3:2,16,17 6:16
6:22 19:15,19
19:20 22:9,18
24:3 27:1,15
28:14 29:9,15
29:19,20 30:4
31:14 33:19
36:3,9 37:13
45:6,19 46:19
**senators** 37:23
45:24 46:2,6
**senators'** 47:18
**send** 35:12
**sending** 35:11
35:13
**senior** 3:19
7:18 39:6
**sense** 5:17
35:24
**sent** 10:17
18:20 46:2
**sequence** 1:12
**sequentially**
30:16
**serious** 6:7
**serve** 29:2
**served** 27:5
28:24
**sessions** 21:11
23:5

**set** 15:6 30:15
44:1
**sets** 44:17
**several** 17:20
34:18
**severe** 4:23
**sheriff** 11:4
**shift** 12:17
31:11
**shifted** 20:7
**shifts** 2:17
**shoring** 26:14
**short** 3:21
39:10 42:15
46:23
**shot** 21:18
**show** 4:2
**showed** 47:14
**shuttle** 30:19
**sides** 33:17
**signature** 48:9
**signed** 36:3
**silence** 4:17
20:7
**simple** 25:2
28:17 33:21,25
**simply** 28:15
**single** 33:12
45:19
**sit** 23:4
**situation** 34:13
**skin** 30:22
**slamming** 9:9
**smear** 29:1

**snowden** 3:6
6:9,20,25 26:25
27:17 33:20
34:1 45:5
46:24 47:9
**softball** 33:22
**sold** 47:4
**solution** 22:15
**solutions** 32:4
48:11
**solve** 37:9
**somber** 19:25
**somebody**
23:13 33:25
36:22 47:4
**sonya** 48:3
**sort** 25:21 28:7
29:2 33:11
40:19
**sounds** 35:19
**source** 10:4
**sources** 6:3
34:20
**southern** 10:6
10:19 12:17
**space** 30:19
**speak** 8:7
**speaking** 21:8
**specifically**
21:2,7 24:13,16
**speed** 47:3
**spelled** 5:1
**spend** 21:12
**spent** 21:10

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**ER1099**

**[spotlight - terms]**

| | | | |
|---|---|---|---|
| **spotlight** 32:20 | **store** 8:12 | **sure** 5:5 10:22 | **tape** 4:21 5:19 |
| **spying** 28:1 | **story** 28:4 | 10:25 11:5 | 6:11 7:10,21 |
| **sr** 38:1,5 | **streaming** | 12:3,7 14:6,10 | 8:2,5,15 38:4 |
| **stand** 41:10 | 24:18,24 | 15:19 17:25 | 38:24 |
| **standards** 5:25 | **streets** 14:20 | 18:24 28:19 | **tapped** 26:23 |
| 22:8 35:2 | 15:23 17:22 | 31:10 | **targeted** 15:18 |
| **standing** 7:12 | **strengthen** 32:1 | **surprise** 26:4 | 42:18 |
| 26:6 44:4 | **stress** 9:25 | **surrounding** | **targeting** 13:22 |
| **start** 2:9 9:3 | **strikes** 9:10 | 16:9 | 14:17 |
| 19:25 20:1 | 27:7 | **survivors** 4:16 | **tariff** 40:12 |
| 29:25 39:13 | **striking** 39:24 | **swiftly** 2:5 | 43:3 |
| 41:13 45:14 | **strong** 9:22 | **system** 37:2 | **tariffs** 2:2,2,6 |
| **started** 20:6 | 11:25 38:21 | | 4:8 7:19,24 9:5 |
| 43:17 | **struggle** 21:11 | **t** | 10:3 11:11,12 |
| **starting** 41:3 | 23:5 | | 11:15 23:23 |
| 44:21 | **stuff** 28:7 | **t** 48:1,1 | 24:1,4,7,10,10 |
| **state** 14:8 16:5 | **subject** 18:12 | **table** 10:22 | 24:16 26:6 |
| 31:25 36:17 | **sued** 21:14 23:7 | 24:17 26:9 | 31:12,19 32:5 |
| **states** 6:20,25 | **suffer** 4:23 | **take** 9:15 11:20 | 39:14,15 41:5 |
| 9:10,14 10:5,7 | **suggested** | 16:10 20:17 | 42:11,12,17 |
| 12:25 16:11 | 38:15 | 26:10 30:9 | 43:13 44:12 |
| 17:1,9 18:21 | **suggesting** 4:18 | 35:22 | **task** 15:19 |
| 19:1 25:1 | **suite** 48:13 | **taken** 22:16 | **tax** 43:3,4 |
| 26:15 27:10 | **sunday** 2:1 | 36:23 | **tda** 13:19 18:18 |
| 28:8 36:18 | 3:24 4:5 47:24 | **talk** 9:2 12:18 | **team** 42:23 |
| **status** 18:7 | **supply** 8:13 | 20:20 25:3,22 | 43:11 |
| **stay** 13:24 | **support** 3:3 | 34:22 41:24 | **teams** 12:2 |
| **stemming** | 35:3 36:8 | 44:23 | **television** 4:3 |
| 31:20 | **supported** | **talked** 26:4,5 | **tell** 6:3 41:18 |
| **step** 46:6 | 32:25 | 43:21 | **temporary** 18:7 |
| **stephanie** 3:23 | **supporters** | **talking** 9:3 | **term** 4:12 25:4 |
| 39:9 43:14 | 47:1 | 16:14 20:1 | 25:5 |
| 44:2,23 47:11 | **supposed** 30:25 | 31:23 37:3 | **terms** 28:10 |
| **stopping** 10:1 | **suppressing** | 44:11 | 45:22 |
| | 28:3 | **talks** 40:7 | |
| | | **tanks** 40:23 | |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**ER1100**

**[terribly - trump's]**

terribly 38:6,20
terrorist 10:16
test 22:7 41:9
    46:11
testifying 6:2
testing 5:24
texas 8:19
text 40:6
thank 8:22,22
    8:25 19:4,9,11
    19:14 29:10
    37:14,16 47:22
thanking 17:22
    17:23
thanks 39:11
    47:21
that's 46:20
theft 36:7
thing 20:14
    23:10 30:16
    32:6 35:18
things 21:1
    26:7 30:15
    31:23,25 32:10
    41:24 44:5
think 15:14
    21:1 22:14
    23:19 24:13,15
    25:10,13,25
    27:4,7,11,14,18
    28:6,21,22,23
    28:25 30:23
    31:18 32:15
    33:3,5,13,16
    34:12,13 36:17

37:4,6 38:5,19
    40:16 42:15
    43:5,8 44:2
    45:10,13 46:23
    46:25 47:7,17
thorough 2:12
    31:6
thought 33:22
thoughts 20:14
    23:18
threat 26:9
threatening 2:3
three 4:9 6:1
    9:8 24:1 31:13
    39:16 45:10
thrilled 17:16
throatedly
    47:15
throw 25:23
throwing 33:22
thursday 4:17
time 6:13 20:19
    26:12,18 28:18
    30:24
times 29:7
tired 24:14,14
    28:6
tires 25:7
today 5:3 8:23
    14:17 42:24
    45:6 47:8,22
together 32:3
    37:10
told 5:4 26:18
    36:10

tomorrow 7:25
tonight 7:23
took 6:13
toothpaste
    36:13
top 34:3
total 25:24
totally 28:25
touch 45:7
    46:19
tough 27:13
tougher 35:1,2
toward 42:18
towards 37:7
tower 23:13
town 11:4
tpp 18:14
trade 2:10 4:11
    9:11 24:20,20
    24:25 32:10
    42:22
trading 2:3 4:9
    7:20 24:2
    31:13 39:16
traffic 2:18
    5:22 21:14,17
    22:6
trafficking 9:8
    13:18
tragedy 2:13
    6:1 20:21
tragic 29:25
    30:12
training 5:23
    21:11

traitor 3:7 6:10
    6:13,20,25
    26:25 27:17
    28:15,20 33:20
    45:6 47:6
traitor's 33:24
traitors 47:10
transcript 48:4
treasury 24:9
trial 28:9
trickle 41:4
tried 28:9
trouble 6:7
    45:4
trudeau 2:6 8:4
    8:6 25:21
true 23:1,3,9
    48:4
truly 18:25
trump 2:2,17
    2:19 3:22 4:6
    4:18,22 5:8,10
    5:16 7:12,14
    8:1 11:17 12:6
    17:5 20:5,9
    23:24 28:3
    30:5 31:18
    36:3 39:10
    42:10,13,16,16
    44:19 46:25
trump's 3:12
    6:1 24:6 25:4
    26:19 33:1
    37:24 39:1

Page 18

[trump's - welcome]

| | | | |
|---|---|---|---|
| **trump's** 2:1 | **undocumented** | **versus** 22:25 | **warning** 11:11 |
| **truth** 22:16,17 | 10:2 36:6 | **viewpoint** | 37:18 |
| **try** 22:1 29:1 | **unfortunate** | 42:24,25 | **warrants** 13:16 |
| 31:1 42:2 | 44:15 | **vital** 8:13 | **washing** 25:6 |
| **trying** 5:13 | **unfortunately** | **vote** 34:19 | **washington** 4:2 |
| 13:20 29:1 | 5:17 | 45:18,20,20,24 | 4:15 5:25 44:9 |
| 35:12 | **uniform** 7:5 | 46:7 | **watching** 47:23 |
| **tube** 36:13 | **uniforms** 47:5 | **voted** 36:8 | **watchlist** 10:16 |
| **tulsi** 3:8 6:5,16 | **united** 6:20,25 | **votes** 33:4 | **way** 11:7,22 |
| 6:22 7:2,5 | 9:10,14 10:4,7 | **vow** 23:25 | 15:7 23:6 |
| 26:21 27:2 | 12:25 16:10 | **vowing** 2:5 | 25:20 32:16 |
| 32:19 33:2,3 | 17:1,9 18:20 | 9:10 41:6 | 35:14,25 36:14 |
| 45:3,12,21 46:4 | 19:1 25:1 | **vulnerable** 6:1 | 37:9 41:5 |
| 46:14,18 | 26:15 27:9 | 10:13 37:24 | 45:15 |
| **tulsi's** 47:14 | **unlawful** 3:11 | **w** | **we've** 13:5,5 |
| **turn** 32:18 | **use** 15:5,13 | | 14:18 21:1 |
| **two** 4:6 31:23 | 16:6 | **wage** 24:8 | 24:24 25:25 |
| 32:25 37:6 | **used** 12:21 | 26:14 | 32:2 35:16,25 |
| 41:14 | 38:19 | **waging** 4:7 | 41:14 |
| **types** 13:21 | **using** 14:11 | **wait** 34:18 | **website** 5:2 |
| **u** | 28:10 40:8 | **waiting** 43:20 | **week** 7:14 |
| | **utilize** 14:13 | **wake** 26:21 | 10:18 11:20 |
| **u.s.** 8:14 36:11 | 15:16 | **walk** 17:7,25 | 12:21 13:15,20 |
| **ultimately** | **v** | **walking** 17:21 | 17:17 19:5 |
| 11:11 31:16,19 | | **want** 8:6 9:17 | 26:8,21 27:14 |
| **unconstitutio...** | **vaccines** 3:3 | 20:1,14,20 | 30:5 32:20 |
| 3:11 | **valid** 37:1 | 22:14 23:4,10 | 33:6 36:4,11 |
| **under** 4:25 | **values** 36:1 | 23:14,21 32:18 | 37:23 43:7,15 |
| 5:10 | **various** 25:6 | 34:21 40:4 | 46:8 47:23 |
| **undermine** | 38:13 | 41:24 45:7,7 | **weeks** 4:6 |
| 43:8 | **venezuela** | **wanting** 40:11 | 41:14 |
| **understand** | 18:16,18 | **wants** 9:6 20:24 | **welcome** 3:24 |
| 5:12 7:6 36:5 | **venezuelans** | 26:1 | 8:20 19:18,20 |
| 40:15 | 18:9 | **war** 2:10 4:11 | 29:18,20 37:21 |
| **understood** | **veritext** 48:11 | 9:11 32:10 | 39:5 |
| 40:17 | | | |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**ER1102**

**[welcomed - zoom]**

| | | |
|---|---|---|
| **welcomed** 18:10 | **winners** 12:8 | **y** |
| **welker** 2:1,9,14 3:1,12 4:4,5 5:20 7:11 8:3 8:16,25 9:24 11:9 12:14 14:1,14,22 15:2 15:8,22 16:1,13 17:19 18:4 19:3,8,14,18,24 22:4,18,21 23:17,23 25:3 25:15 26:16 27:15 28:11,20 28:23 29:9,14 29:18,24 31:9 32:18 34:16 36:2 37:13,17 37:21 38:25 39:5 40:24 42:9 43:14 44:21 46:9,17 47:19 | **winning** 44:14 **witnessed** 44:1 **women** 14:14 15:10 **won** 23:25 44:16 **words** 27:20,22 **work** 10:10,22 14:10 15:1 16:5 32:3 45:15 **worked** 26:12 **workers** 4:23 **workforce** 22:3 **working** 37:6 37:10 **works** 26:12 **world** 12:10,11 26:7 40:18 | **yeah** 5:8 15:22 16:1 17:19 19:7,11 31:9 35:6 43:14 44:21 46:9 **year** 25:14 26:2 42:5 **years** 5:23 17:10 24:6,19 **york** 13:15 17:17 **you're** 31:22 |
| **welker's** 1:12 **went** 33:6,15 **we'll** 31:7 **whatsoever** 22:10 27:25 **white** 3:19 6:4 7:11 17:11 39:6 42:1 45:4 **who've** 36:7 **willing** 41:10 | **worn** 7:5 **worst** 4:13 13:13,14 14:18 14:18 29:6 **worth** 24:19 25:4 **wound** 32:9,11 **wrap** 20:24 **wrenching** 20:22 **writ** 22:25 **wrongfully** 16:23 | **z** **zoom** 43:15 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

ER1103

# EXHIBIT
# 16

ER1104



⏱ This article was published more than **7 years ago**

**Politics**   Donald Trump   The Fix   The Briefs   Polling   Democracy in America   Elections

# Trump derides protections for immigrants from 'shithole' countries

January 12, 2018

↗   🔖   💬 19198





How Trump's 'shithole' comment matches with his past statements on i...
3:12

The Fix's Eugene Scott explains how Trump's "shithole countries" comment is the latest example of his history of demeaning statements on nonwhite immigrants. (Video: Bastien Inzaurralde/The Washington Post, Photo: Matt McClain/The Washington Post)



By [Josh Dawsey](#)

President Trump grew frustrated with lawmakers Thursday in the Oval Office when they discussed protecting immigrants from Haiti, El Salvador and African countries as part of a bipartisan immigration deal, according to several people briefed on the meeting.

"Why are we having all these people from shithole countries come here?" Trump said, according to these people, referring to countries mentioned by the lawmakers.

"Why are we having all these people from shithole countries come here?"
Trump said, according to these people, referring to countries mentioned by the
lawmakers.

Trump then suggested that the United States should instead bring more people
from countries such as Norway, whose prime minister he met with Wednesday.
The president, according to a White House official, also suggested he would be
open to more immigrants from Asian countries because he felt that they help
the United States economically.

In addition, the president singled out Haiti, telling lawmakers that immigrants
from that country must be left out of any deal, these people said.





**What politicians are saying after Trump's vulgar remarks at immigration meeting**

Democrats and Republicans criticized the president for referring to El Salvador, Haiti and African nations as
"shithole countries."

**Most Read Politics** >



1  Mass resignation marks a new kind of
   defiance in the second Trump era

2  Ukraine rejects initial Trump request for
   half its mineral wealth

3  As federal workers and aid recipients
   reel, Trump's team is unmoved

4  **Analysis**  Aaron Blake
   Why the budding Trump DOJ scandal is
   a big deal

5  See inside DOGE's playbook for
   eliminating DEI

**Every story starts with
key policymakers**

WITH The Washington Post | LIVE

"Why do we need more Haitians?" Trump said, according to people familiar
with the meeting. "Take them out."

Document title: Trump derides protections for immigrants from 'shithole' countries - The Washington Post
Capture URL: https://www.washingtonpost.com/politics/trump-attacks-protections-for-immigrants-from-shithole-countries-in-oval-office-meeting/2018/01/11/bfc0725c-...
Capture timestamp (UTC): Sun, 16 Feb 2025 06:39:06 GMT

**ER1106**

"Why do we need more Haitians?" Trump said, according to people familiar with the meeting. "Take them out."

🏛 **Follow** Politics                                                                                    +

In November, the Trump administration rescinded deportation protection granted to nearly 60,000 Haitians after the 2010 earthquake and told them to return home by July 2019.

Lawmakers were taken aback by the comments, according to people familiar with their reactions. Sens. Lindsey O. Graham (R-S.C.) and Richard J. Durbin (D-Ill.) had proposed cutting the visa lottery program by 50 percent and then prioritizing countries already in the system, a White House official said.


A running list of countries Trump has insulted
1:21

President Trump referred to African nations and Haiti as "shithole" countries on Jan. 11. Here are other nations he has insulted. (Video: Melissa Macaya/The Washington Post)

A White House spokesman defended Trump's position on immigration without directly addressing his remarks. White House officials did not dispute the account.

[ *200,000 Salvadorans may be forced to leave the U.S. as Trump ends immigration protection* ]

"Certain Washington politicians choose to fight for foreign countries, but President Trump will always fight for the American people," spokesman Raj Shah said in a statement issued after The Washington Post first reported Trump's remarks. ". . . Like other nations that have merit-based immigration, President Trump is fighting for permanent solutions that make our country stronger by welcoming those who can contribute to our society, grow our economy and assimilate into our great nation."

Why the budding Trump DOJ scandal is a big deal

5  See inside DOGE's playbook for eliminating DEI



**What is the most valuable thing personal wealth can afford you?**

Intangible benefits, like time off, freedom to pursue my passions and joy

〈     SELECT     〉

○ ○ ● ○

Document title: Trump derides protections for immigrants from 'shithole' countries - The Washington Post
Capture URL: https://www.washingtonpost.com/politics/trump-attacks-protections-for-immigrants-from-shithole-countries-in-oval-office-meeting/2018/01/11/bfc0725c-...
Capture timestamp (UTC): Sun, 16 Feb 2025 06:39:06 GMT

**ER1107**



CREATIVE GROUP    Vanguard

What is the most valuable thing
personal wealth can afford you?

Intangible benefits, like time
off, freedom to pursue my
passions and joy

‹    SELECT    ›

○ ○ ● ○

Trump built his candidacy and presidency around hard stances on immigration,
vowing to build a wall along the Mexican border and cut legal immigration by
half, among other positions. Officials at the Department of Homeland Security
have increased immigration raids, including dozens this week at convenience
stores across the country.

Trump's comments Thursday also put further scrutiny on his long-standing
tendency to make racially charged remarks — including attacks on protesting
black athletes and his claim that there were fine people "on both sides" after
neo-Nazis rioted in Charlottesville, Va. Trump falsely claimed for years that
Barack Obama was not born in the United States and took out advertisements
calling for the death penalty for members of the Central Park Five — four black
youths and a Hispanic youth who were accused of a brutal rape in New York
and later exonerated.

The president's remarks were quickly met with scorn from Democrats and some
Republicans and could throw another wrench into bipartisan discussions on
immigration, which had shown promise in recent days, according to legislators.

**We're spilling
the beans.**

**RECIPES** FROM
The Washington Post

Rep. Luis Gutiérrez (D-Ill.) said the comments "will shake the confidence that
people have" in the ongoing immigration policy talks.

"Democrats and Republicans in the Senate made a proposal. The answer is this
racist outburst of the president. How can you take him seriously?" Gutiérrez

**Most Read** ›



Document title: Trump derides protections for immigrants from 'shithole' countries - The Washington Post
Capture URL: https://www.washingtonpost.com/politics/trump-attacks-protections-for-immigrants-from-shithole-countries-in-oval-office-meeting/2018/01/11/bfc0725c-...
Capture timestamp (UTC): Sun, 16 Feb 2025 06:39:06 GMT

**ER1108**

Page 4 of 10

people have" in the ongoing immigration policy talks.

"Democrats and Republicans in the Senate made a proposal. The answer is this racist outburst of the president. How can you take him seriously?" Gutiérrez said. "They [Republicans] don't believe in immigration — it's always been about people of color and keeping them out of this country."

Rep. Cedric L. Richmond (D-La.), chairman of the Congressional Black Caucus, said on Twitter that Trump's remarks "are further proof that his Make America Great Again Agenda is really a Make America White Again agenda."

Some Republicans also raised objections. Rep. Mia Love (R-Utah), whose family is from Haiti, said in a statement that Trump's remarks were "unkind, divisive, elitist, and fly in the face of our nation's values. This behavior is unacceptable from the leader of our nation."



Specials on 2024 New Trucks

Discover New, High-performing Trucks on Sale Near You. Exciting Offers Awaiting.

GoSearches                    Open >

"My grandmother used to say, 'Dígame con quién caminas, y te diré quién eres.' 'Tell me who you walk with, and I'll tell you who you are,'" said Rep. Adriano Espaillat (D-N.Y.), who represents most of Harlem and is an immigrant from the Dominican Republic, which shares the island of Hispaniola with Haiti. "If he's walking around with white supremacists and supporting them, this kind of talk doesn't surprise me."

The New York Times also reported last year that Trump said immigrants from Haiti have AIDS. The White House denied that report.

[ *White House: No deal yet on immigration* ]

In a statement condemning Thursday's remarks by Trump, Haiti's ambassador to the United States, Paul G. Altidor, said that "the president was either misinformed or miseducated about Haiti and its people." He said the Haitian Embassy was inundated with emails from Americans apologizing for what the president said.

Most Read >



1  Mass resignation marks a new kind of defiance in the second Trump era

2  Records show how DOGE planned Trump's DEI purge — and who gets fired next

3  **Column** Carolyn Hax
   Carolyn Hax: Husband's anxiety cuts deep into two sisters' weddings

4  A list of events and shows canceled at the Kennedy Center

5  Ukraine rejects initial Trump request for half its mineral wealth



Explore the unique



Democrats were quick to note that Trump employs Haitians at his Mar-a-Lago resort in Florida and that he praised Haitian Americans during a roundtable in Miami in September.

"Whether you vote for me or don't vote for me, I really want to be your greatest champion, and I will be your champion," Trump said at the roundtable.

Alix Desulme, a city council member in North Miami, home to thousands of Haitian Americans, said the president's latest remarks were "disgusting."

"Oh, my God. Oh, my God Jesus," Desulme said. "I don't know how much worse it can get."

"This is very alarming. We know he's not presidential, but this is a low," he said. "It's disheartening that someone who is the leader of the free world would use such demeaning language to talk about other folks, referring to folks of color."



Content from Adobe

**Create with confidence using Adobe Firefly**

Creators embrace Adobe's commercially safe and IP friendly GenAI models.

**READ MORE**

Trump's critics also said racially incendiary language could damage relationships with foreign allies.

For many of Trump's supporters, however, the comments may not prove to be particularly damaging. Trump came under fire from conservatives this week for seeming to suggest that he would be open to a comprehensive immigration

Document title: Trump derides protections for immigrants from 'shithole' countries - The Washington Post

Capture URL: https://www.washingtonpost.com/politics/trump-attacks-protections-for-immigrants-from-shithole-countries-in-oval-office-meeting/2018/01/11/bfc0725c-...

Capture timestamp (UTC): Sun, 16 Feb 2025 06:39:06 GMT

For many of Trump's supporters, however, the comments may not prove to be particularly damaging. Trump came under fire from conservatives this week for seeming to suggest that he would be open to a comprehensive immigration reform deal without money for a border wall, before he quickly backtracked.

"He's trying to win me back," conservative author Ann Coulter, who has called for harsh limits on immigration, wrote on Twitter.

Outlining a potential bipartisan deal, the lawmakers discussed restoring protections for countries that have been removed from the temporary protected status (TPS) program while committing $1.5 billion for a border wall and making changes to the visa lottery system. Lawmakers mentioned that members of the Congressional Black Caucus had requested that some African countries be included in a deal, according to a White House official, who spoke on the condition of anonymity to describe a private conversation.





The exchange was "salty" on all sides, this person said, with the president growing profane and animated while discussing immigrants from other countries. "It did not go well," this person said.

[ *Trump wants to remove these immigrants. An ugly bit of history tells us what it could do to the economy.* ]

The administration announced this week that it was removing TPS status for citizens of El Salvador. Haitians were added to the TPS program because of a strong earthquake that devastated Haiti eight years ago.

Trump had seemed amenable to a deal earlier in the day during phone calls with lawmakers, aides said, but shifted his position in the meeting and did not seem interested in the bipartisan compromise.

The scene played out hurriedly in the morning. Graham and Durbin thought they would be meeting with Trump alone and were surprised to find immigration hard-liners such as Rep. Bob Goodlatte (R-Va.) and Sen. Tom Cotton (R-Ark.) at the meeting. White House and Capitol Hill aides say Stephen

The scene played out hurriedly in the morning. Graham and Durbin thought they would be meeting with Trump alone and were surprised to find immigration hard-liners such as Rep. Bob Goodlatte (R-Va.) and Sen. Tom Cotton (R-Ark.) at the meeting. White House and Capitol Hill aides say Stephen Miller, the president's top immigration official, was concerned there could be a deal proposed that was too liberal and made sure conservative lawmakers were present.

After the meeting, Marc Short, Trump's director of legislative affairs, said the White House was nowhere near a bipartisan agreement on immigration.

"We still think we can get there," White House press secretary Sarah Huckabee Sanders said at the daily White House news briefing.

Ed O'Keefe, Maria Sacchetti and Erica Werner contributed to this report.

 Share    💬 19198 Comments

 By Josh Dawsey
Josh Dawsey is a political enterprise and investigations reporter for The Washington Post. He joined the paper in 2017 and previously covered the White House. Before that, he covered the White House for Politico, and New York City Hall and New Jersey Gov. Chris Christie for the Wall Street Journal. 𝕏 @jdawsey1

**More For You** ›

**Mass resignation marks a new kind of defiance in the second Trump era**
Feb. 14, 2025



**A list of events and shows canceled at the Kennedy Center**
Feb. 14, 2025



**Records show how DOGE planned Trump's DEI purge — and who gets fired next**
Feb. 14, 2025



Column  Carolyn Hax
**Carolyn Hax: Husband's anxiety cuts deep into two sisters' weddings**
Today at 12:00 a.m. EST

**ICE struggles to boost arrest numbers despite infusion of resources**
Feb. 14, 2025







Document title: Trump derides protections for immigrants from 'shithole' countries - The Washington Post
Capture URL: https://www.washingtonpost.com/politics/trump-attacks-protections-for-immigrants-from-shithole-countries-in-oval-office-meeting/2018/01/11/bfc0725c-...
Capture timestamp (UTC): Sun, 16 Feb 2025 06:39:06 GMT

**ER1112**

Page 8 of 10

### ICE struggles to boost arrest numbers despite infusion of resources

Feb. 14, 2025





NEWSLETTER   WEEKDAYS

**Early Brief**

The Washington Post's essential guide to power and influence in D.C.

**Sign up**

## PAID PROMOTED STORIES



**The New SUVs For Seniors Will Leave You Speechless (See Prices)**
TopSearchesNow | Search Ads



**Sunday Blues? Try These $2 'Anti-Lazy' Drops**
"One Drop makes me so productive, I get a days work done in 3 hours"
health-headline.com



**The New Nissan Altima Is Nearly Unrecognizable (Take A Peek)**
PopularSearches | Search Ads



**Why This Blanket Is Worth the Hype**
Can a blanket really be as soft as they claim? Or is it just clever...
Blanket Reviews



# The Washington Post

| Company | Sections | Get The Post | Contact Us | Terms of Use |
|---|---|---|---|---|
| About The Post | Trending | Manage Your Subscription | Contact the Newsroom | Digital Products Terms of Sale |
| Newsroom Policies & Standards | Politics | Gift Subscriptions | Contact Customer Care | Print Products Terms of Sale |

PAID PROMOTED STORIES



**The New SUVs For Seniors Will Leave You Speechless (See Prices)**
TopSearchesNow | Search Ads



**Sunday Blues? Try These $2 'Anti-Lazy' Drops**
"One Drop makes me so productive, I get a days work done in 3 hours"
health-headline.com



**The New Nissan Altima Is Nearly Unrecognizable (Take A Peek)**
PopularSearches | Search Ads



**Why This Blanket Is Worth the Hype**
Can a blanket really be as soft as they claim? Or is it just clever...
Blanket Reviews



## The Washington Post

| Company | Sections | Get The Post | Contact Us | Terms of Use |
|---|---|---|---|---|
| About The Post | Trending | Manage Your Subscription | Contact the Newsroom | Digital Products Terms of Sale |
| Newsroom Policies & Standards | Politics | Gift Subscriptions | Contact Customer Care | Print Products Terms of Sale |
| Diversity & Inclusion | Elections | Newsletters & Alerts | Contact the Opinions Team | Terms of Service |
| Careers | Opinions | Washington Post Live | Advertise | Privacy Policy |
| Media & Community Relations | National | Reprints & Permissions | Licensing & Syndication | Cookie Settings |
| WP Creative Group | World | Post Store | Request a Correction | Submissions & Discussion Policy |
| Accessibility Statement | Style | Books & E-Books | Send a News Tip | RSS Terms of Service |
| | Sports | Print Special Editions Store | Report a Vulnerability | Sitemap |
| | Business | Print Archives (Subscribers Only) | | Ad Choices |
| | Climate | Today's Paper | | CA Notice of Collection |
| | Well+Being | Public Notices | | Your Privacy Choices |
| | D.C., Md., & Va. | | | |
| | Obituaries | | | |
| | Weather | | | |
| | Arts & Entertainments | | | |
| | Recipes | | | |

Document title: Trump derides protections for immigrants from 'shithole' countries - The Washington Post
Capture URL: https://www.washingtonpost.com/politics/trump-attacks-protections-for-immigrants-from-shithole-countries-in-oval-office-meeting/2018/01/11/bfc0725c-...
Capture timestamp (UTC): Sun, 16 Feb 2025 06:39:06 GMT

ER1114

Page 10 of 10

# EXHIBIT
# 17

ER1115



Watch ◼

MENU

**Clarity in this chaotic news cycle**

There's an overwhelming amount of news, but not enough context. At Vox, we do things differently. We're not focused on being the first to break stories — **we're focused on helping you understand what actually matters.** We report urgently on the most important issues shaping our world, and dedicate time to the issues that the rest of the media often neglects. But we can't do it alone.

We rely on readers like you to fund our journalism. **Will you support our work and become a Vox Member today?**

**Join today**

ADVERTISEMENT


3% IRA Match
on annual IRA contributions with Robinhood Gold
🅡 Robinhood Gold
Learn more

POLITICS

# "The Snake": Donald Trump brings back his favorite anti-immigrant fable at CPAC

Trump returns to his core message: immigrants want to kill you.

by **Dara Lind**
Updated Feb 23, 2018, 6:46 PM UTC





Chip Somodevilla/Getty Images

What President Donald Trump gave the crowd at the annual Conservative Political Action Conference (CPAC) Friday morning wasn't just rhetorical red meat. It was rhetorical severed limbs, dripping with blood.

Trump's CPAC speech was a fantasia on his favorite theme: Immigrants are dangerous and they want to kill you.


One Teaspoon Every Night Burns Body Fat Like Never Before, You Will Fit In Your Pants Again!
Health Wellness Journal        Learn More ›

**MOST POPULAR**

Political Action Conference (CPAC) Friday morning wasn't just rhetorical red meat. It was rhetorical severed limbs, dripping with blood.

Trump's CPAC speech was a fantasia on his favorite theme: Immigrants are dangerous and they want to kill you.

MS-13 are hiding out in sanctuary cities and they're coming for you and want to kill you. "These are animals. They cut people. They cut them. They cut them up in little pieces, and they want them to suffer. And we take them into our country."

Countries are sending bad people to the US vis the diversity visa lottery and they want to kill you. "We pick out people. Then they turn out to be horrendous. And we don't understand why. They're not giving us their best people, folks [...] I don't want people who drive a car at 100 miles an hour down the West Side Highway, and kill eight innocent victims and destroy the lives of 14 more. "

Border Patrol and ICE agents have to be absolutely ruthless because they're the only line of defense against people who want to kill you. "All they understand is toughness," Trump said of MS-13, and "we have the toughest guys you've ever seen. We got tough. They don't respect anything else."

And Democrats are siding against those agents, and against the American people, tacitly supporting people who want to kill you. "They're against safety," Trump said. "You meet with Democrats and they're always fighting for the criminal. They're not fighting for law-abiding citizens."

He even did "The Snake" — the recitation of a song that Trump repurposed as an anti-immigration parable during his campaign, in which a snake asks to be taken into a woman's home and repays her for her charity by killing her. He all but made the crowd beg for it, as if it was an encore at a rock concert:

> When I walked in today, did anyone ever hear me do the snake during the campaign? Because I had five people outside say, could you do the snake? I said, well, people have heard it. Who hasn't heard the snake? You should read it anyway. Let's do it anyway. I'll do it. Okay. Should we do it?

After reminding the crowd multiple times to think of it in terms of immigration — in case the subtext might have gotten missed — he recited it to applause:

---

ADVERTISEMENT

FEATURED VIDEOS FROM VOX

Russia's private military force, explained



## MOST POPULAR

**1** The hypersuccessful, happily-in-love billionaire actress the internet loves to hate

**2** Trump's petty revenge on the arts

**3** Leaked emails show the nation's leading wildlife agency has halted critical funding for conservation

**4** Take a mental break with the newest Vox crossword

**5** How to stop Trump's power grab



One Teaspoon Every Night Burns Body Fat Like Never Before, You Will Fit In Your Pants Again!

Health Wellness Journal     Learn More >

AD






One Teaspoon Every Night Burns
Body Fat Like Never Before, You
Will Fit In Your Pants Again!

Health Wellness Journal          Learn More >

Inside the Wagner Group's playbook.

*I saved you, cried the woman. And you've bitten me, heavens why?*
*You know your bite is poisonous and now I'm going to die.*
*Oh, shut up, silly woman, said the reptile with a grin.*
*You knew damn well I was a snake before you took me in.* [ Applause ]

And that's what we're doing with our country, folks. We're letting people
in. And it is going to be a lot of trouble. It is only getting worse.

Over the past year, some in the media have realized, belatedly, that the
Trump administration is hawkish on both legal and unauthorized
immigration. But that was always their fault. "The Snake" was never a
parable about "illegal immigration." It was always about "immigration,"
full stop.

Most politicians' biggest applause lines are statements about the America
they want to see. Donald Trump's biggest applause line is about how
America is letting in people who will kill you. It's a fear that Trump uses to
justify his legislative agenda — building a wall on the US-Mexico border;
tightening asylum law to make it much harder for unaccompanied
children and families to enter the US; and drastically cutting legal
immigration, particularly family-based immigration — but it is not,
fundamentally, about the policy. It is about the feelings that being at a
Trump rally evokes: the effervescence of being in a room where everyone
passionately agrees with you, and the loyalty and thankfulness engendered
by being among leaders who say the world is a terrible place from which
they will protect you.

Donald Trump was reciting "The Snake" long before he started talking
about chain migration or even MS-13. And he knows that "The Snake," not
the policy, is what his audience wants.

The lines between salesmanship, hucksterism, and demagoguery have
always been very blurry with Trump. And the intersection of them is the
place he's always been most comfortable — as a candidate, and as a
president. Time and again, when Trump is in front of friendly audiences —
whether it's a group of police officers on Long Island or a group of

**Today, Explained** Understand the world
with a daily explainer plus the most
compelling stories of the day, compiled by
news editor Sean Collins.

Enter your email          Sign Up



The lines between salesmanship, hucksterism, and demagoguery have always been very blurry with Trump. And the intersection of them is the place he's always been most comfortable — as a candidate, and as a president. Time and again, when Trump is in front of friendly audiences — whether it's a group of police officers on Long Island or a group of conservative activists at CPAC — he gives speeches about how immigrants are subhuman and violent, and that America needs sufficiently ruthless and violent law enforcement officers to fight against them effectively.

It's an incredibly dangerous thing to have people going around on the street believing. But that doesn't appear to bother the president much. After all, he gets the applause.

SEE MORE: **DONALD TRUMP** **IMMIGRATION** **POLICY** **POLITICS**



## More in **Politics**


The Justice Department's alleged quid pro quo with Eric Adams, explained


Trump's petty revenge on the arts


How Democrats should respond to Trump's war on DEI


The key question for Democrats hoping to take down Trump


Is Guantánamo a black hole for immigrants?


This didn't start with DOGE

## Recommended For You

FEB 12
Trump's peace talks with Putin

FEB 12
Can anyone stop the french fry cartel?

FEB 12
Trump's shocking purge of public health data, explained

FEB 12
Why are young men so hopeless at dating?

FEB 12
An eerie prophecy of Trump's second term — from 1998

FEB 11
Has Trump's agenda stalled?

ADVERTISEMENT




SPONSORED CONTENT

If You Drink Almond Milk Daily, This Is What Happens
Wellness Guide

Nutritionist: Fast Track to a Slim Waist
GetHealthinsider

Who Needs Stimulants? Drop This In The Morning, Watch What Happens
health-headline.com

Finally Legal: It's like a Vaccine for Chronic Joint & Back Pain
Truth Domain Health

Dedicated Virtual Assistants. Starting from $7.5/hr
Wing Assistant

Academic writing is getting harder to read— the humanities most of all
The Economist

ADVERTISEMENT



# EXHIBIT
# 18

ER1121

GIVE THE TIMES

The New York Times | Account ⌄

U.S. Immigration | Birthright Citizenship Order | View From the Border | Detention at Guantánamo | Deportation Flights to Venezuela | Immigration Deal in Florida

←

Ads by Google
Stop seeing this ad   Why this ad? ▷

# Trump Calls Some Unauthorized Immigrants 'Animals' in Rant

⊞ Share full article    ↗    🔖    💬 428



President Trump at the California Sanctuary State Roundtable in the Cabinet Room on Wednesday. Doug Mills/The New York Times

By Julie Hirschfeld Davis

May 16, 2018

WASHINGTON — President Trump lashed out at undocumented immigrants during a White House meeting on Wednesday, warning in front of news cameras that dangerous people were clamoring to breach the country's borders and branding such people "animals."

Mr. Trump's comments came during a round-table discussion with state and local leaders on California's so-called sanctuary laws, which strictly limit communication between local law enforcement and federal immigration officers, and which the Trump administration is suing to invalidate. It was hardly the first time

state and local leaders on California's so-called sanctuary laws, which strictly limit communication between local law enforcement and federal immigration officers, and which the Trump administration is suing to invalidate. It was hardly the first time the president has spoken in racially fraught terms about immigrants, but it underscored his anger about unchecked immigration — the animating issue of his campaign and his tenure so far — and his frustration that he has not been able to do more to seal the nation's borders.

As he has in numerous private meetings with his advisers at the White House, Mr. Trump used the session to vent about the nation's immigration laws, calling them "the dumbest laws on immigration in the world." He exhorted his administration to "do much better" in keeping out undesirable people, including members of transnational gangs like MS-13.

"We have people coming into the country, or trying to come in — we're stopping a lot of them," Mr. Trump said in the Cabinet Room during an hourlong meeting that reporters were allowed to document. "You wouldn't believe how bad these people are. These aren't people, these are animals, and we're taking them out of the country at a level and at a rate that's never happened before."



Fidelity INVESTMENTS

Doors can lead us to goals and what's important to you.

Open the door to your personalized strategy.

Learn More



Mr. Trump's remarks came as the local officials invited for the event took turns praising his immigration policies and lamenting

Mr. Trump's remarks came as the local officials invited for the event took turns praising his immigration policies and lamenting California's law, arguing that it was making it more difficult for their communities to find and deport criminals.

Sheriff Margaret Mims of Fresno County said the statute barred Immigration and Customs Enforcement authorities from using her databases "to find the bad guys," or from entering prisons to locate people who might be in the country illegally.

"It's really put us in a very bad position," Sheriff Mims said.

"It's a disgrace," Mr. Trump answered, "and we're suing on that."

The president's language and his focus on California drew a sharp rebuke from Jerry Brown, the state's Democratic governor.

"Trump is lying on immigration, lying about crime and lying about the laws of California," Mr. Brown said in a statement. "Flying in a dozen Republican politicians to flatter him and praise his reckless policies changes nothing. We, the citizens of the fifth-largest economy in the world, are not impressed."

**Editors' Picks**



Jane Fonda, Sneakerhead

Meet the Champion Who Memorized 80 Numbers in 13.5 Seconds

Making Her Homebuying Debut in Manhattan With $475,000 to Spend

**PAID POST: ESPACIO HAKONE**
In This Valley, Private Luxury Elevates Japan's Famed Onsen



The app for every today.

Download The New York Times app.

During the session, Mr. Trump suggested that the mayor of Oakland, Calif., should be charged with obstruction of justice for warning her constituents in February of an impending large-scale immigration raid and arrests.

"You talk about obstruction of justice," said the president, who is himself the subject of a special counsel's investigation into whether he sought to thwart a federal examination of Russia's meddling in the 2016 elections. "I would recommend that you look into obstruction of justice for the mayor of Oakland."

Turning to Jeff Sessions, his attorney general, who sat at the other end of the large wooden conference table, Mr. Trump said: "Perhaps the Department of Justice can look into that."



obstruction of justice for the mayor of Oakland."

Turning to Jeff Sessions, his attorney general, who sat at the other end of the large wooden conference table, Mr. Trump said: "Perhaps the Department of Justice can look into that."

The round table took place exactly one week after Mr. Trump used a closed-door cabinet meeting to castigate Kirstjen Nielsen, the secretary of homeland security, for failing to do enough to crack down at the border. On Wednesday, Ms. Nielsen said little when called upon to speak, other than to thank Mr. Trump for his leadership on the issue.



CNN | NEXT DAY ON max

Have I Got News For You

New episode Saturday at 9P ET/PT

LAUGH HERE

"You're doing a good job, and it's not an easy job," Mr. Trump told Ms. Nielsen.

He alluded to a recent push by his administration that parents be separated from their children when families cross illegally into the United States, but blamed Democrats — many of whom have vehemently opposed the practice — for the new policy.

"I know what you're going through right now with families is very tough, but those are the bad laws that the Democrats gave us," Mr. Trump said. "We have to break up families. The Democrats gave us that law."

The president also took aim at Mexico as unhelpful on immigration.

(254 of 290), Page 254 of 290, Case: 25-2120, 04/30/2025, DktEntry: 23.7, Page 254 of 290

Case 3:25-cv-01766-EMC    Document 37-18    Filed 02/21/25    Page 5 of 9

U.S. Immigration Trump Suspends Refugee Program ... Firm That Vetted Trump Dossier ... Gonzalez ... Kidnapping Case of Immigrant's Child in Florida

Trump said. "We have to break up families. The Democrats gave us that law."

The president also took aim at Mexico as unhelpful on immigration.

"Mexico does nothing for us," Mr. Trump said. "Mexico talks, but they do nothing for us, especially at the border. Certainly don't help us much on trade, but especially at the border, they do nothing for us."

His harsh criticism came as American and Mexican officials were at a critical stage in their efforts to renegotiate the North American Free Trade Agreement.

Mr. Trump's heated remarks on immigration, both private and public, appear to have resonated with his advisers, who have been moving to put in place ever-stricter policies in line with the president's vision. Mr. Sessions said the Department of Justice would be adding immigration judges and prosecuting twice as many immigration cases this year.



Investing in America    See more >

"The president has made clear to all of us that we have to do better," he said. "We are going to do better."

The attorney general, a former senator who helped to derail previous attempts at revamping immigration laws, also expressed hope that a legislative overhaul could be enacted this year, although Republicans on Capitol Hill have shown little appetite for undertaking one.

"This is the year that we have to move Congress," Mr. Sessions said.

A version of this article appears in print on May 17, 2018, Section A, Page 13 of the New York edition with the headline: Trump Rants on Unauthorized Migrants: 'These Aren't People, These Are Animals'. Order Reprints | Today's Paper | Subscribe

See more on: Donald Trump, U.S. Politics, Jefferson B Sessions III, U.S. Justice Department

READ 428 COMMENTS

🎁 Share full article    ➤    🔖    💬 428

**Related Coverage**

May 11, 2018    Trump Tirade Is Culmination of Immigration

## Related Coverage

May 11, 2018 — **Trump Tirade Is Culmination of Immigration Frustration** 

April 25, 2018 — **Courts Give Trump a Possible Path Through a Legal Minefield on Immigration** 

April 6, 2018 — **Trump Signs Memo Ordering End to 'Catch and Release' Immigration Policy** 

## Our Coverage of U.S. Immigration

- **Guantánamo Bay:** The Trump administration has said little about the Venezuelan men who were transferred from Texas to the U.S. military base in Cuba. Here's what we know.

- **Deported to Panama:** More than half of the migrants from Asian nations sent to the country by the U.S. have agreed to return to their home countries, Panama said. The roughly 150 migrants who refused have been sent to a camp near the jungle.

- **Kristi Noem:** In a biting rejoinder, the F.B.I. called comments by the secretary of homeland security "deeply irresponsible" after she accused the agency of corruption and suggested agents had leaked details ahead of immigration arrests.

- **Migrant Children:** The Trump administration toughened security requirements for sponsors of migrant children, which could make it more difficult for minors to be released from federal custody.

- **ICE Agents at Rikers:** After meeting President Trump's border czar, Mayor Eric Adams said he would issue an executive order to allow federal immigration authorities into the Rikers Island jail complex, a significant shift in New York City's sanctuary policies.

---

**The Trump White House**
The historic moments, head-spinning developments and inside-the-White House intrigue.

Christopher Wray Says He'll Step Down as F.B.I. Director 

Why the Discredited Dossier Does Not Undercut the Russia Investigation 

Trump's Pentagon Chief Quashed Idea to Send 250,000 Troops to the Border 

**More in Politics**







**Trending in The Times**

The White House's Love Language: 'Come Here Illegally and We'll Deport You'

Man Who Kidnapped Ride Share Driver Gets 12 Years in Prison

Being George Clooney Is Harder Than It Looks

Opinion: We're Running Out of Chances to Stop Bird Flu

Harris Has Scrambled the California Governor's Race Without Entering It



Trump Targets a Growing List of Those He Sees as Disloyal



A Leading Anti-Trump Voice Returns to Democrats' Top Think Tank



PAID POST: INDEED

Don't Confuse Wellbeing with 'Fluffiness'

indeed



A Lonely Holdout Where Republicans Still Resist Trump: Utah



How Each Senator Voted to Confirm Kash Patel as F.B.I. Director



In Private Remarks on Russia, Rubio Tries to Reassure Europeans

to Stop Bird Flu

Harris Has Scrambled the California Governor's Race Without Entering It

I Found Pornography on My Husband's Computer. I'm Furious!

Former N.F.L. Player Arrested for Protest Against MAGA Plaque

Traveling Abroad? If You're Paying With Dollars, Your Trip Is on Sale.

'The Eastern Gate' Is a Lean and Mean Spy Drama

**Editors' Picks**



Fine-Dining Menus Are More Than Word Salad



You've Seen One Snake Plant, You Haven't Seen Them All



For These 20-Somethings, Trump 'Is Making It Sexy' to Be Republican



The Athletic

**Introducing Connections: Sports Edition.**

A daily game for sports fans.

NEW

Connections: Sports Edition

PLAY NOW

Republicans Still Resist Trump: Utah    Kash Patel as F.B.I. Director    Tries to Reassure Europeans

**Editors' Picks**







Fine-Dining Menus Are More Than Word Salad

You've Seen One Snake Plant, You Haven't Seen Them All

For These 20-Somethings, Trump 'Is Making It Sexy' to Be Republican



The Athletic

**Introducing Connections: Sports Edition.**

A daily game for sports fans.

NEW

Connections: Sports Edition

PLAY NOW



## The New York Times

Go to Home Page »

**NEWS**
Home Page
U.S.
World
Politics
New York
Education
Sports
Business
Tech
Science
Weather
The Great Read
Obituaries
Headway
Visual Investigations
The Magazine

**ARTS**
Book Review
Best Sellers Book List
Dance
Movies
Music
Pop Culture
Television
Theater
Visual Arts

**LIFESTYLE**
Health
Well
Food
Restaurant Reviews
Love
Travel
Style
Fashion
Real Estate
T Magazine

**OPINION**
Today's Opinion
Columnists
Editorials
Guest Essays
Op-Docs
Letters
Sunday Opinion
Opinion Video
Opinion Audio

**MORE**
Audio
Games
Cooking
Wirecutter
The Athletic
Jobs
Video
Graphics
Trending
Live Events
Corrections
Reader Center
TimesMachine
The Learning Network
School of The NYT
inEducation

**ACCOUNT**
Subscribe
Manage My Account
Home Delivery
Gift Subscriptions

Group Subscriptions
Gift Articles
Email Newsletters

NYT Licensing
Replica Edition
Times Store

© 2025 The New York Times Company    NYTCo    Contact Us    Accessibility    Work with us    Advertise    T Brand Studio    Your Ad Choices    Privacy Policy    Terms of Service    Terms of Sale    Site Map    Help    Subscriptions

Your Privacy Choices

# EXHIBIT
# 19

ER1130



**Stand up for the facts!**

Our only agenda is to publish the truth so you can be an informed participant in democracy.
We need your help.

**More Info**

I would like to contribute

| 15 | $ |

Monthly ▾

Join Now

✕

Specials on 2024 New Trucks

New Truck Sales Near You. Save Big on Top Brands &
Latest Models.

GoSearches                                    Open ›

# In Context: Donald Trump's comments about immigrants, 'animals'

NATIONAL

Claim Your Free iPhone

Free iPhones

Open                    ›



President Donald Trump speaks during a roundtable on immigration policy in
California in the Cabinet Room of the White House, Wednesday, May 16, 2018, in
Washington. (AP Photo/Evan Vucci)



---

Document title: PolitiFact | In Context: Donald Trump&#39;s comments about immigrants, 'animals'
Capture URL: https://www.politifact.com/article/2018/may/17/context-donald-trumps-comments-about-immigrants-an/
Capture timestamp (UTC): Sun, 16 Feb 2025 05:04:23 GMT

ER1131



MENU

POLITIFACT

The Poynter Institute

Donate

President Donald Trump speaks during a roundtable on immigration policy in California in the Cabinet Room of the White House, Wednesday, May 16, 2018, in Washington. (AP Photo/Evan Vucci)



By Miriam Valverde
May 17, 2018

President Donald Trump has fueled criticism from lawmakers and immigrant rights advocates after saying that some people coming into the United States are "animals."

Trump's remarks came during a May 16 immigration roundtable discussion that touched on so-called sanctuary cities, MS-13 gang members, the federal "catch and release" practice, and policies in California related to the detention of immigrants. Participants included cabinet members, California sheriffs and other elected officials.

But it was Trump's "animals" comment that sparked the most attention.

"Immigrants are not 'animals.' The president's statement was deeply offensive and racist. Immigrants are our family and friends, and they make significant contributions to our country," tweeted Sen. Dianne Feinstein, a Democrat from California.



Senator Dianne Feinstein
@SenFeinstein · Follow

Immigrants are not "animals." The president's statement was deeply offensive and racist. Immigrants are our family and friends and they make significant contributions to our country.

12:40 AM · May 17, 2018

❤ 17.2K   💬 Reply   🔗 Copy link

Read 2.3K replies

However, some have pointed out that Trump was not calling *all* immigrants "animals," and rather made that comment in reference to MS-13 gang members, known for committing brutal crimes.

Trump did not specifically mention MS-13 in the same sentence, but his comment came after a California sheriff said U.S. Immigration and Customs Enforcement cannot use her office's databases "to find the bad guys" and that "there could be an MS-13 gang member" she knows about, but can't tell the

Sign Up For Our Weekly Newsletter

Enter your email

Sign up






U.S. Immigration and Customs Enforcement cannot use her office's databases "to find the bad guys" and that "there could be an MS-13 gang member" she knows about, but can't tell the federal agency.

Here's the exchange for full context.

---

**You may not realize this, but as a nonprofit news organization, we depend on — and answer to — you. Your support directly impacts our abillity to provide objective reporting on issues that matter.**

**Donate to our Spring Campaign. Go on the record as saying facts matter!**

---

**Margaret Mims, Fresno County Sheriff**: "Thank you, Mr. President. You know, sheriffs in California are now in an untenable position when it comes to trying to figure out — now, we have state law, we have federal laws, and here we are stuck in the middle. Sheriffs, especially, because most of us run our county jails.

"When there became a legal challenge to the 48-hour holds for ICE, it was very frustrating for us. So what I did is I invited ICE to put their officers in my jails so they're able to do their work. We didn't have the staffing to be able to help figure out who they wanted to talk to or didn't. I said, come on in, work with our people to keep our community safe. Two weeks later, Mr. President, Kate Steinle was murdered.

"Now, I wasn't the only sheriff to do that. Sheriff Youngblood did, Sheriff Christianson. And it was perfect — because we didn't have to take our time, with our staff, to do, to do anything. ICE was in there doing their work in a safe, controlled, environment. And then, the initiatives started happening -- the TRUST Act, the TRUTH Act, and finally, SB 54, the Values Act. And that is causing us all kinds of turmoil.

"So here we are, stuck in the middle, trying to decide. We have federal law, we have state law. And that's why I welcomed Attorney General Sessions's lawsuit, because that will provide us the clarity that we need and direction that we need. What do we do? Because here we are.

Document title: PolitiFact | In Context: Donald Trump&#39;s comments about immigrants, 'animals'
Capture URL: https://www.politifact.com/article/2018/may/17/context-donald-trumps-comments-about-immigrants-an/
Capture timestamp (UTC): Sun, 16 Feb 2025 05:04:23 GMT

**ER1133**



MENU



us the clarity that we need and direction that we need. What do we do? Because here we are.

"And I appreciated Mr. Homan and ICE. We had a great relationship; we still do. But now ICE is the only law enforcement agency that cannot use our databases to find the bad guys. They cannot come in and talk to people in our jail, unless they reach a certain threshold. They can't do all kinds of things that other law enforcement agencies can do. And it's really put us in a very bad position."

**Trump**: "It's a disgrace. OK? It's a disgrace."

**Mims**: "It's a disgrace."

**Trump**: "And we're suing on that, and we're working hard, and I think it will all come together, because people want it to come together. It's so ridiculous. The concept that we're even talking about is ridiculous. We'll take care of it, Margaret. We'll win."

**Mims**: "Thank you. There could be an MS-13 gang member I know about — if they don't reach a certain threshold, I cannot tell ICE about it."

**Trump**: "We have people coming into the country, or trying to come in — and we're stopping a lot of them — but we're taking people out of the country. **You wouldn't believe how bad these people are. These aren't people. These are animals. And we're taking them out of the country at a level and at a rate that's never happened before.** And because of the weak laws, they come in fast, we get them, we release them, we get them again, we bring them out. It's crazy.

The dumbest laws, as I said before, the dumbest laws on immigration in the world. So we're going to take care of it, Margaret. We'll get it done."



Share The Facts

Dianne Feinstein

Senator

Needs context

POLITIFACT

POLITIFACT

The Poynter Institute

Donate



Senator

POLITIFACT

"Immigrants are not 'animals.' The president's statement was deeply offensive and racist."

in a tweet — Wednesday, May 16, 2018

SHARE     READ MORE                                          ⓘ



**Our Sources**

C-SPAN, President Trump Hosts California Sanctuary State Roundtable, May 16, 2018

Twitter, @SenFeinstein tweet, May 16, 2018

Washington Examiner, It was MS-13 Trump called 'animals,' not undocumented immigrants, May 16, 2018

# Browse the Truth-O-Meter

### MORE BY MIRIAM VALVERDE



**Pramila Jayapal**
stated on August 30, 2021 in an Instagram post:

"The average hospital stay for a case of COVID-19 costs about $17,064.

**Mitt Romney**
stated on August 29, 2021 in a CNN interview:

The Trump administration worked to free 5,000 Taliban

**Joe Biden**
stated on August 20, 2021 in a press conference:

There has been "no question of our credibility from our



The Poynter Institute

Donate

"The average hospital stay for a case of COVID-19 costs about $17,064. The vaccine is free."

MOSTLY TRUE

By Miriam Valverde • September 2, 2021

"The Trump administration worked to free 5,000 Taliban prisoners."

TRUE

By Miriam Valverde • August 31, 2021

"There has been "no question of our credibility from our allies around the world" regarding how the U.S. is withdrawing from Afghanistan."

HALF TRUE

By Miriam Valverde • August 26, 2021

## IN CONTEXT: DONALD TRUMP'S COMMENTS ABOUT IMMIGRANTS, 'ANIMALS'



**Threads posts**

stated on January 8, 2025 in a post on Threads:

"Blue items that survive" California wildfires are "indicative of DEW's (Directed Energy Weapons)."


FALSE

By Madison Czopek • January 10, 2025



**Facebook posts**

stated on January 8, 2025 in una publicación en Facebook:

Imagen muestra el letrero de Hollywood en California en llamas el 8 de enero de 2025.


FALSE

By Maria Briceño • January 10, 2025



**Facebook posts**

stated on January 9, 2025 in a Facebook post:

POLITI**FACT**

The Poynter Institute





**Facebook posts**

stated on January 9, 2025 in a Facebook post:

**Video shows a man saving a bunny during the 2025 Los Angeles fires.**

By Loreben Tuquero • January 10, 2025



FALSE

POLITIFACT
"TRUTH-O-METER"

---



**Social Media**

stated on January 8, 2025 in social media posts:

**Image shows the Hollywood sign was on fire as of Jan. 8.**

By Loreben Tuquero • January 10, 2025



FALSE

POLITIFACT
"TRUTH-O-METER"

---



**Viral image**

stated on January 5, 2025 in a Facebook post:

**Video shows Dr. Mehmet Oz and rapper Snoop Dogg promoting treatment for chronic lung diseases."**

By Ciara O'Rourke • January 10, 2025



FALSE

POLITIFACT
"TRUTH-O-METER"

---



**X posts**

stated on January 7, 2025 in an X post:

**Video shows directed energy weapons starting fires in California.**

By Ciara O'Rourke • January 10, 2025



FALSE

POLITIFACT
"TRUTH-O-METER"

---



**Viral image**

stated on January 6, 2025 in a Facebook post:

**McQueen High School in Nevada issued a "masturbation notice" to students.**

By Ciara O'Rourke • January 10, 2025



FALSE

POLITIFACT
"TRUTH-O-METER"

---



**Viral image**

stated on January 1, 2025 in a Facebook post:

---



≡ MENU  🔍    **POLITIFACT**    Donate

The Poynter Institute



**Viral image**

stated on January 1, 2025 in a Facebook post:

Actor Tom Hanks died in a "fatal car accident."

By Ciara O'Rourke • January 10, 2025





**X posts**

stated on January 8, 2025 in a post:

"FEMA spent billions on illegal immigrants and now has no money for California!"

By Kwasi Gyamfi Asiedu • January 10, 2025





**Threads posts**

stated on January 7, 2025 in A Threads post:

California wildfires "are a deliberate criminal land grab in preparation for Agenda 2030 and smart cities."

By Maria Briceño • January 9, 2025



Load more





OFFICES

**District of Columbia**
1800 I Street NW
Washington, DC 20006

**Florida**
801 3rd St, S
St. Petersburg, FL 33701
727-821-9494

PEOPLE

Joe Biden
Kamala Harris
Donald Trump
Mitch McConnell
Hakeem Jeffries
Ron DeSantis

STATE EDITIONS

California
Florida
Iowa
Michigan
New Hampshire
New York
North Carolina
Pennsylvania

ABOUT US

Our Process
Our Staff
En Español
Who pays for PolitiFact?
Advertise with Us
Corrections and Updates
**Newsletters**

Document title: PolitiFact | In Context: Donald Trump's comments about immigrants, 'animals'
Capture URL: https://www.politifact.com/article/2018/may/17/context-donald-trumps-comments-about-immigrants-an/
Capture timestamp (UTC): Sun, 16 Feb 2025 05:04:23 GMT

**ER1138**





The Poynter Institute





**Threads posts**

stated on January 7, 2025 in A Threads post:

California wildfires "are a deliberate criminal land grab in preparation for Agenda 2030 and smart cities."



By Maria Briceño • January 9, 2025

**Load more**

Hiring top talent is easy.   Start free trial   Adobe Acrobat Pro



**OFFICES**

**District of Columbia**
1800 I Street NW
Washington, DC 20006

**Florida**
801 3rd St. S
St. Petersburg, FL 33701
727-821-9494

**PEOPLE**

Joe Biden
Kamala Harris
Donald Trump
Mitch McConnell
Hakeem Jeffries
Ron DeSantis

**STATE EDITIONS**

California
Florida
Iowa
Michigan
New Hampshire
New York
North Carolina
Pennsylvania
Texas
West Virginia
Wisconsin

**ABOUT US**

Our Process
Our Staff
En Español
Who pays for PolitiFact?
Advertise with Us
Corrections and Updates
**Newsletters**

**RSS FEEDS**

Recent Articles and Fact-checks
Recent Fact-checks

**Suggest a Fact-check**

**FOLLOW US**

**THE FACTS NEWSLETTER**   Enter your email   **Sign up**

Terms & Conditions   Privacy Policy   Copyright   ©All Rights Reserved Poynter Institute 2020, a 501(c)(3) nonprofit organization   **POLITIFACT**   **Poynter.**

# EXHIBIT
# 20

ER1140

# NOTES

# The Racialization of Crimes Involving Moral Turpitude

ELIJAH T. STAGGERS*

## TABLE OF CONTENTS

INTRODUCTION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    18

I.   DEFINING THE PHRASE "CRIME INVOLVING MORAL TURPITUDE" . . . . . .    20
     A.   *The Original White Supremacist Trope of Race-Based Morality: The Negro "Rascal"* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    20
     B.   *Presumptions of Race-Based Morality in the Immigration Act of 1917.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    23
          1.   Race-Based Morality Shifted During the Progressive Era to Target Non-Anglo-Saxon European Immigrants . . . . . . . .    23
          2.   Congress Placed the "Crime Involving Moral Turpitude" Section into the Immigration Act of 1917 to Exclude Eastern and Southern European Races. . . . . . . . . . . . . . . . . . . . .    24

II.  THE BOARD OF IMMIGRATION APPEALS' DEFINITION OF CRIME INVOLVING MORAL TURPITUDE IMPROPERLY RELIES ON SHIFTING SOCIETAL VIEWS. .    25

III. EXPOSING THE FLAWS OF THE GOVERNMENT'S ARGUMENT THAT CRIMINAL STREET GANG ACTIVITY IS A CRIME INVOLVING MORAL TURPITUDE . . .    27
     A.   Hernandez-Gonzalez v. Holder *Rejected on Race-Neutral Terms an Issue with Clear Racial Implications* . . . . . . . . . . . . . . . . . . . . .    27
     B.   *Condemnation of Latinness: Creating the MS-13 Animal* . . . . . .    29
     C.   *The Latinx Subjugated Knowledge: How U.S. Colonialism Bears Moral Responsibility For Creating Latinx Street Gangs* . . . . . . . .    31
          1.   The United State as a White Settler Imperialist Machine . .    32
          2.   White Settler Colonialism Prompted Westward Expansion and Caused the Displacement and Subjugation of Mexican Natives. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    33
          3.   The United States' Military and Economic Influence Caused Mass Migration of Latinx Groups to the United States . . .    35

* Editor in Chief, GEO. J. L. & MOD. CRIT. RACE PERS. (Vol. 11); J.D., Georgetown University Law Center (2019); M.A., Georgetown University (2016); B.A., University of Georgia (2014). Special thanks to my mentor, Professor Sherally Munshi, for giving me the courage to write this piece and for guiding me along the way. © 2020, Elijah T. Staggers.

Geo. J. L. & Mod. Crit. Race Persp.    [Vol. 12:17

4. The Ghetto and the Prison: Incubators for Latinx Migrant
      Gangs. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    36

Conclusion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    38

### Introduction

The Immigration and Nationality Act ("INA")[1] imposes severe collateral immigration consequences on a non-citizen convicted of a "crime involving moral turpitude."[2] If an individual is convicted of a crime involving moral turpitude within five years of entering the United States and receives a jail sentence of one year or more, the INA permits the deportation or removal of that individual.[3]

The executive branch holds enormous power over the removal of non-citizens. It serves as both the prosecutor and judge during immigration proceedings. The Department of Homeland Security ("DHS"), a creature of the executive branch, initiates and prosecutes removal proceedings against a non-citizen. Immigration judges, appointed by the executive branch, adjudicate these proceedings. Thus, the executive branch enjoys the ability to tilt the scales in its own favor at almost every step of the deportation process.

The United States Courts of Appeals are the saving grace in this system. Under the INA, the courts of appeals possess exclusive statutory jurisdiction to review final orders of removal.[4] Accordingly, the courts of appeals can serve as a check against the executive branch and prevent injustice from occurring. This jurisdiction is particularly important because the courts of appeals have the power to prevent a recent development in immigration jurisprudence—DHS's attempts to categorize criminal gang activities as crimes involving moral turpitude.

DHS recently argued that state statutes criminalizing street gang participation constituted crimes involving moral turpitude, and, in turn, initiated removal proceedings against non-citizens convicted for those crimes in state court.[5] In *Hernandez-Gonzalez v. Holder*, the Ninth Circuit was the first U.S. Court of Appeals to review an immigration court's decision that a criminal street gang participation statute constituted a crime involving moral turpitude for which a non-citizen could be deported under 8 U.S.C. § 1227(a)(2)(A)(i). The Ninth Circuit held that a conviction under California's sentence enhancement statute[6] for a gang-related crime did not constitute a crime involving moral turpitude.[7] The Fourth Circuit reached a similar conclusion in *Cabrera v. Barr*, where it held that a conviction under

---

1. 8 U.S.C. § 1151 *et seq.* (2018).
2. *See* § 1227(a)(2)(A)(i)-(ii).
3. *See* § 1227(a)(2)(A)(i).
4. *See* § 1252(a)(5).
5. *See* Hernandez-Gonzalez v. Holder, 778 F.3d 793, 798 (9th Cir. 2015); Cabrera v. Barr, 930 F.3d 627, 629 (4th Cir. 2019).
6. Cal. Penal Code § 186.22(b)(1) (West 2020).
7. *See Hernandez-Gonzalez*, 778 F.3d at 809.

**ER1142**

2020]    THE RACIALIZATION OF CRIMES INVOLVING MORAL TURPITUDE    19

Virginia's criminal street gang participation statute[8] was not a crime involving moral turpitude.[9]

Unfortunately, the decisions in *Hernandez-Gonzalez* and *Cabrera* only serve as persuasive authority among the courts of appeals. Even the Fourth and Ninth Circuits have not decided whether the criminal gang statutes of other states in their circuits are crimes involving moral turpitude. Thus, non-citizen gang members, many of whom are Latinx and black,[10] still face a general risk of deportation if convicted under statutes criminalizing street gang activity.

This Note argues that the executive branch's attempt to remove non-citizens for criminal street gang activity is not an effort to target immoral conduct. Rather, the executive branch is, and has been historically, manipulating the phrase "moral turpitude" to systematically target, condemn, and exclude racial groups deemed socially undesirable. The executive branch pursues this program by relying on longstanding tropes or stereotypes that certain races have inherently immoral traits. Thus, as future courts give legal effect to the INA and determine whether non-citizen racial minorities should be deported for immoral conduct, it is imperative that those courts fully understand the racist presumptions and white supremacist agenda upon which the INA is predicated.

This Note raises two arguments that future courts of appeals ought to consider. First, removing groups of immigrants based on society's judgment of their alleged uniform immorality is an exercise of white supremacy and is patently racist. Second, any moral judgment which a court may levy on minority immigrant gang members must take into account the United States' direct role in creating those gangs through foreign intervention, economic exploitation, and the creation of the Americanized ghetto.

Part I examines the phrase "crime involving moral turpitude" and the racist presumptions inherent therein. Part II argues that the phrase's meaning is unduly influenced by society, politics, media, and the "moral reactions of particular judges," rather than an objective legal standard.[11] Part III illustrates how accepting the government's arguments in *Hernandez-Gonzalez* and *Cabrera* requires accepting propositions about immigrant gang members that are rooted in white supremacy and further a system of colonialism. This section also raises the United States' culpability in creating gangs in the first place. It reveals that the United States seeks to issue moral opprobrium on a group formed through colonialism, economic exploitation, and foreign intervention. The U.S. government's foreign intervention, colonialism, and exploitation that created street gangs ought to mitigate any moral judgment of those gangs that U.S. Courts of Appeals may render.

---

8. VA. CODE ANN. §18.2-46.2 (West 2020).

9. *Cabrera*, 903 F.3d at 638.

10. As of 2011, Latino and black persons comprised more than three quarters of all gang members in the United States; forty-six percent of all gang members were Latino, and thirty five percent were African American. *See Demographics: Age of Gang Members*, NAT'L YOUTH GANG CTR., https://www.nationalgangcenter.gov/Survey-Analysis/Demographics#anchorregm [https://perma.cc/H77F-854Y].

11. *Jordan v. De George*, 341 U.S. 223, 237-38 (1951) (Jackson, J., dissenting).

20          Geo. J. L. & Mod. Crit. Race Persp.          [Vol. 12:17

I.  Defining the Phrase "Crime Involving Moral Turpitude"

*A.  The Original White Supremacist Trope of Race-Based Morality: The Negro "Rascal"*

Removing non-citizens for moral transgressions is not new. The United States has done so since slavery, employing tropes of the Negro Rascal, Sambo, and coon.[12] Racists used artfully crafted stereotypes during slavery and Reconstruction to justify the enslavement of blacks or their removal. I suggest those tropes are being repurposed today to justify the government's effort to remove Latinx immigrants through the INA and 8 U.S.C. § 1227(a)(2)(A)(i).

In *Stony the Road: Reconstruction, White Supremacy, and Jim Crow*, Henry Louis Gates, Jr. argues that U.S. society orchestrated a campaign of racial science, journalism, political rhetoric, and folklore to perpetrate a "perverse fiction" of the physical and moral inferiority of blacks in the 1800s during slavery and Reconstruction. This campaign attempted to justify blacks' continued bondage or removal from the United States if freed. Racial pseudoscience during the 1800s laid the foundation for the concept of race-based morality in the United States. The idea originated in 1796 on the European continent when Austrian scientist Franz Joseph Gall's embarked into the field of phrenology, the science of "measuring the skull as a means of measuring personality traits within the brain."[13] The discipline soon spread to the United States. In 1839, physiologist Samuel Morton published *Crania Americana*, a study which correlated skull sizes of various races with their mental capacities.[14] In Morton's scheme, Caucasians ranked at the top of the racial hierarchy because they had the largest skull size, which apparently equated to the "highest intellectual achievements."[15] Caucasians were followed by Mongolians of East Asia, Malaysians of South Asia and the Pacific Islands, Native Americans, and Ethiopians or black people at the bottom.[16] The purported link between a race's skull size and intelligence laid the basis for the body of racist pseudoscience, which concluded that the smaller skull size of darker races meant they had diminished mental capacity and thus the incapacity to make moral decisions.[17]

As the tide began to turn against slavery, pro-slavery American academics and political figures used the allegedly diminished morality and intellectual capacity of black Americans to justify why whites ought naturally to enslave blacks, or remove emancipated blacks from the country.[18] John M. Daniel, the editor of the *Richmond Examiner*, wrote that "[t]he true defense of negro slavery is to be sought in the

---

12. Henry L. Gates, Jr., Stony the Road: Reconstruction, White Supremacy, and the Rise of Jim Crow 56 (2019).
13. Thomas V. DiBacco, *The Frenzy over Phrenology*, Wash. Post (Mar. 8, 1994), https://www.washingtonpost.com/archive/lifestyle/wellness/1994/03/08/the-frenzy-over-phrenology/c7f08143-c219-45fc-b93e-5c85317b3e1a/ [https://perma.cc/W9CY-YCKS].
14. Samuel George Morton, Crania Americana; or, A Comparative View of the Skulls of Various Aboriginal Nations of North and South America 5-7 (John Pennington ed., 1839).
15. *Id.*
16. *Id.*
17. Gates, *supra* note 12, at 60.
18. *Id.* at 63-65.

(273 of 290), Page 273 of 290  04/30/2025, DktEntry: 23.7, Page 273 of 290
Case 3:25-cv-01766-EMC    Document 37-20    Filed 02/21/25    Page 6 of 23

2020]    THE RACIALIZATION OF CRIMES INVOLVING MORAL TURPITUDE        21

sciences."[19] In 1851, doctor James Cartwright argued that blacks' "inferior" physical characteristics were symptoms of a disease, "Dyasaethesia Aeothiopica," or "Rascality," which caused them to engage in "much mischief, which appears as if intentional [as] mostly owing to the stupidness of mind and insensibility of the nerves induced by the disease."[20] Cartwright observed, "They break, waste, and destroy everything they handle—abuse horses and cattle—tear, burn or rend their own clothing . . . steal . . . wander about at night, and keep in half nodding sleep during the day. They slight their work . . . for pure mischief."[21] Moreover, Cartwright argued free blacks naturally exhibited these behaviors in an environment absent slavery.[22] Since even free blacks purportedly demonstrated these behaviors, academics believed these characteristics must be inherent within the black race rather than learned or developed. Moreover, the scientific community also thought that blacks would continue to exhibit these destructive behaviors in the United States if freed, and so they must be removed from the country altogether.

President Abraham Lincoln and much of the nation generally shared Cartwright's view about blacks' inferior moral nature. As a result, white supremacists co-opted the pseudo-scientific studies, using their conclusions as evidence to support campaigns to remove blacks from the United States if they were to be emancipated. President Lincoln stated that blacks were a "troublesome presence" in the United States.[23] When Lincoln spoke of his thoughts on the "Negro Problem,"[24] he said, "Free them, and make them politically and socially our equals? . . . My own feelings will not admit of this, and if mine would, we well know that those of the great mass of white people will not."[25] President Lincoln went so far as to spearhead an effort to remove blacks from the United States once freed, naming James Mitchell the Commissioner of Emigration to oversee the colonization or repatriation of freed blacks to Africa, and securing a congressional appropriation of funding for the project.[26]

Failing to eject free blacks after Emancipation, Gates argues that southern "Redemptionists" in the Reconstruction south borrowed racist pseudoscientific findings to create and disseminate stereotypes of blacks that would garner public support for laws that segregated and disenfranchised African Americans as an alternative to removal. Indeed, Gates suggests the Redemptionists were motivated to wage their

---

19. *The True Foundation of Slavery*, NAT'L ERA, Jan. 27, 1853, at 14, https://news.google.com/newspapers?nid=K6kyChav4UkC&dat=18530127&printsec=frontpage&hl=en [https://perma.cc/BU7U-BZC6].

20. Samuel A. Cartwright, *Diseases and Peculiarities of the Negro Race, in* 11 DEBOW'S REVIEW 64-74 (July 1851), *reproduced by* PBS, https://www.pbs.org/wgbh/aia/part4/4h3106t.html [https://perma.cc/H7KD-ZSHE].

21. *Id.*

22. *Id.*

23. Nikole Hannah-Jones, *Our Founding Ideals of Liberty and Equality Were False When They Were Written. Black Americans Fought to Make Them True. Without This Struggle, America Would Have No Democracy at All*, N.Y. TIMES, Aug. 18, 2019, at 24.

24. Whether to emancipate enslaved blacks, and if so, whether integrate them into U.S. society or expel them from the United States altogether.

25. Hannah-Jones, *supra* note 23.

26. *Id.*

propaganda campaign to reclaim the legislative halls of southern states because they believed that blacks were intellectually and temperamentally incapable of governing. Henry W. Grady, editor of the *Atlanta Constitution* and namesake of the University of Georgia College of Journalism and Mass Communication, provides a glimpse into the minds of the predicament that white southerners faced—a Reconstruction government led by former slaves turned black statesmen:

> In less than twelve months from the day he walked down the furrow a slave . . . a negro dictated in the legislative halls from which Davis and Calhoun had gone forth, the policy of twelve commonwealths. . .From the proven incapacity of that day has he far advanced? . . . [I]s he a safer, more intelligent citizen now than then?[27]

As Nathaniel S. Shaler bluntly wrote, it was "clear that the inherited qualities of the negroes to a great degree unfit them to carry the burden of our own civilization."[28]

The African American stereotypes employed during Jim Crow laid the foundation for the modern tropes of black and Latinx immigrants, particularly the stereotype of the depraved criminal and rapist. Possibly the most prominent stereotype promulgated during Jim Crow was that black men had a "natural propensity to rape," especially in "packs" of two because of the purported inherent bestial, impulsive, and depraved nature of African Americans. The *Charlotte News* published an article in 1909, describing a "black brute" who attempted to carry out his "fiendish designs . . . on four white women in two days," highlighting the insatiable nature of black men to rape.[29] The article asked: "But what about next time? Because surely there would be a next time."[30] In 1892, the *Memphis Daily Commercial* published an article stating "the frequency of these lynchings calls to attention to the frequency of the crimes which cause lynching," highlighting the "barbarism" with which "roving Negro ruffians" allegedly commit the crime of raping white women.[31]

It is then evident that American conceptions of race-based immorality and inferiority originate from pseudoscientific stereotypes about blacks during slavery and Reconstruction. The U.S. government, academic circles, and mainstream society relied on tropes about the propensities of the "Negro Rascal" to justify removing blacks from the country or keeping them enslaved. Discussed below, many white Americans continue to uniformly categorize all racial minority immigrant gang members as "violent animals" and "rapists" in an effort to generate public fear and support for harsh criminal penalties or deportation. Just as Redemptionist southern states relied on scientifically supported race-traits to remove or subjugate the

---

27. Henry W. Grady, *The South and Her Problems, in* The Complete Orations and Speeches of Henry W. Grady 23, 30 (Edwin DuBois Shurter ed., 1910).

28. Nathaniel S. Shaler, *The Negro Problem*, Atlantic (Nov. 1884), https://www.theatlantic.com/magazine/archive/1884/11/the-negro-problem/531366/ [https://perma.cc/Y65P-BF7S].

29. *White Women in Danger*, Charlotte News, *reprinted in* Salisbury (NC) Post, Dec. 21, 1909.

30. *Id.*

31. Ida B. Wells, *More Rapes, More Lynchings, in* Southern Horrors and Other Writings: The Anti-Lynching Campaign of Ida B. Wells, 1892-1900, 62-63 (Jacqueline J. Royster ed., 1997).

"troublesome" Negro race, so would Congress use the proxy of "crimes involving moral turpitude" in the Immigration Act of 1917, and later the INA to exclude those races it thought were predisposed to immoral conduct.

### B. Presumptions of Race-Based Morality in the Immigration Act of 1917

#### 1. Race-Based Morality Shifted During the Progressive Era to Target Non-Anglo-Saxon European Immigrants

Racial pseudoscience and uniform moral judgments about race dominated elitist circles during the early twentieth century Progressive Era. However, Progressive Era racial science shifted focus away from the moral ineptitude of blacks and focused on that of non-Anglo Saxon Europeans. The Progressive Era's racial stereotyping that underlies the INA is distinct from the notion of raced-based morality of Reconstruction in two important ways. First, the eugenics movement characteristic of the Progressive Era transformed racial pseudoscience from studies in academic journals into a full-fledged social theory. British biologist Francis Galton, credited as the originator of the term "eugenics," argued that the human race could and should "shape and control nature through the application of science and technology," particularly by selective breeding and cohabitation to "create a genetically superior race and to eliminate an inferior race."[32] Second, white Americans created a hierarchy of whites into different "races" that originated from various nations in Europe, restructuring the previous divisions of white and nonwhite (i.e., black). Progressive Era eugenics developed in response to a large influx of Eastern and Southern Europeans, who were now viewed as inferior to Western Europeans.

Despite this shift, both Progressive Era and Reconstruction Era race-based morality relied on scientific studies. Progressive Era race stereotypes are rooted in Herbert Spencer's 1863 publication, *Principles of Biology*, where he promulgated a theory of social Darwinism. Subsequently, sociologists looked for data to prove Spencer's theory, that Anglo-Saxons were the inherently superior and dominant race as opposed to whites from other parts of Europe.[33] The 1890 census provided sociologists with the data to support their conclusions. The census revealed, among other things, that the mortality rate of blacks was higher than that of whites.[34] The census also showed that blacks and non-Anglo Saxon Europeans had higher crime rates than Anglo-Saxons.[35] In *Race Traits and Tendencies of the American Negro*, Frederick Hoffman interpreted this raw data by positing that racial minorities' higher mortality rates were caused by their "self-destructive tendencies."[36] These sociological studies provided the basis for the construction of a racial and moral hierarchy where "Anglo-

---

32. Adam S. Cohen, *Harvard's Eugenics Era*, HARV. MAG. (Mar. to Apr. 2016), https://harvardmagazine.com/2016/03/harvards-eugenics-era [https://perma.cc/LL2J-UWEJ].

33. KHALIL MUHAMMAD, THE CONDEMNATION OF BLACKNESS: RACE, CRIME, AND THE MAKING OF MODERN URBAN AMERICA 24 (2010).

34. *Id.* at 35.

35. *Id.*

36. MUHAMMAD, *supra* note 33, at 35.

(276 of 290), Page 276 of 290
Case: 25-2522, 04/30/2025, DktEntry: 23.7, Page 276 of 290
Case 3:25-cv-01766-EMC    Document 37-20    Filed 02/21/25    Page 9 of 23

Saxons naturally dominated the Celts and Mediterranean peoples of Europe, and whites naturally dominated blacks in America."[37]

Though the theory began in mostly elitist academic circles, most notably at Harvard University,[38] newspapers and magazines, particularly in the Northeast, soon disseminated the racial hierarchy outside of academia to the mass public. This included writing that "the 'belligerent Irishman,' the 'tight-fisted Scotsman,' and the 'dumb Swede' were inherently less objectionable than the 'lazy, improvident, child-like, irresponsible, chicken-stealing, crap-shooting, policy-playing-razor-toting, immoral and criminal' Negro."[39] Concepts of race-based morality were widely accepted among the general public and would shape the construction of subsequent legislation.

2. Congress Placed the "Crime Involving Moral Turpitude" Section into the Immigration Act of 1917 to Exclude Eastern and Southern European Races

The legislative history of the Immigration Act of 1917 demonstrates that Congress used the nebulous phrase "moral turpitude" as a proxy to exclude migrants with disfavored "racial vices or habits."[40] A congressional commission recommended ten years prior that Congress pass new legislation to restrict the influx of races deemed undesirable; they were regarded as unskilled laborers, polygamists, intellectually disabled, criminals, or of unfit moral character.[41] Congress looked to race (truly nationality) as a proxy for those qualities. Senator Reed stated in a floor debate, "the purpose of this [Act] is to exclude the peoples from the south of Europe"[42]—those undesirables—and "preserve the purity of our race"[43] from those with inferior qualities. One 1914 House Committee Report took care to note Southern and Eastern European immigrants were generally unskilled laborers, with an "absence of family life."[44] Congress understood that including the moral turpitude clause in the statute would "cut out nearly fifty percent of South Italians, more than thirty-five percent of Greeks, Poles, Syrians, and other of the undesirable classes . . . people that are becoming a menace to the economic conditions of our country," while "those from northwestern Europe will not be affected at all."[45]

Thus, Congress has long used morality as a proxy for race to exclude immigrants of certain "undesirable races." Congress sought to exclude Eastern and Southern Europeans by creating certain standards for admission in the Immigration Act of 1917: skilled laborers of moral character. By excluding immigrants lacking moral

---

37. *Id.* at 24-25.
38. *See generally* Cohen, *supra* note 32.
39. *Id.* at 26.
40. *Hindu Immigration: Hearing Before the H. Comm. on Immigration*, 63rd Cong. 22 (1914) (statement of Congressman James Manahan).
41. *Id.*
42. *Id.*
43. *Id.*
44. H.R. DOC. NO. 63-149, at 4 (1913). The record also noted that it was particularly true that Italians committed homicides and crimes of violence disproportionately. *Id.* at 3.
45. H.R. DOC. NO. 62-559, at 4 (1912).

turpitude from the United States, Congress sought to exclude Eastern and Southern Europeans while permitting Western Europeans—purportedly skilled laborers of moral character—to enter. As the next section will explore, jurists have long recognized the elusiveness of the phrase "moral turpitude," and the danger in reaching uniform conclusions about morality on a group-wide basis.

## II. THE BOARD OF IMMIGRATION APPEALS' DEFINITION OF CRIME INVOLVING MORAL TURPITUDE IMPROPERLY RELIES ON SHIFTING SOCIETAL VIEWS

Congress did not define the term "crime involving moral turpitude" in the Immigration Act of 1917.[46] The phrase lacked a settled public meaning at that time.[47] Although it was likely that "Congress contemplated that the agency charged with administering the statute would define the term, and specifically would tailor the definition . . . [t]he Board of Immigration Appeals has done neither," at least not to any discernable level.[48] To the extent the Board of Immigration Appeals (BIA) attempted to define a "crime involving moral turpitude," courts have consistently criticized these attempts as a "murky statutory standard"[49] "in all its vagueness, rife with contradiction,"[50] that is "amorphous,"[51] "nebulous,"[52] and "plastic."[53]

The BIA defines a crime involving moral turpitude as a crime that is "inherently base, vile, or depraved, contrary to the accepted rules of morality and the duties owed between man and man, either one's fellow man or society in general."[54] Many courts distill this definition, generally holding that every crime involving moral turpitude requires two elements: (1) a depraved mental state and (2) morally reprehensible conduct. However, in Judge Posner's concurrence in *Arias v. Lynch*, where the Seventh Circuit examined whether the BIA's determination that an immigrant using a false social security number was a crime involving moral turpitude, he noted the words in the definition were "gibberish" and "virtually dropped from the vocabulary of modern Americans."[55] He queried, "What does 'public conscience' mean? What does inherently base, vile, or depraved . . . mean, and how do these terms differ from the 'duties owed between persons or to society in general'? And—urgently—what is depravity?"[56] In his view, the "repetition of clichés attempting to define moral

---

46. *See Restriction of Immigration: Hearings Before the H. Comm. on Immigration and Naturalization*, 64th Cong. 8 (1916).
47. "Mr. Sabath[:] 'But you know that a crime involving moral turpitude has not been defined. No one can really say what is meant by saying a crime involving moral turpitude.'" *Restriction of Immigration: Hearings Before the H. Comm. on Immigration and Naturalization*, 64th Cong. 8 (1916) (statement of Rep. Adolph J. Sabath, Member, H. Comm. on Immigration and Naturalization).
48. Islas-Veloz v. Whitaker, 914 F.3d 1249, 1258 (9th Cir. 2019).
49. Bobadilla v. Holder, 679 F.3d 1052, 1053 (8th Cir. 2012).
50. Arias v. Lynch, 834 F.3d 823, 835 (7th Cir. 2016) (Judge Posner, concurring).
51. Partkya v. Attorney General, 417 F.3d 408, 409 (3d Cir. 2005).
52. Matter of Flores, 17 I. & N. Dec. 225, 227 (BIA 1980).
53. Ali v. Mukasey, 521 F.3d 737, 739 (7th Cir. 2008).
54. Matter of Zaragoza-Vaquero, 26 I. & N. Dec. 814, 815 (BIA 2016).
55. *Arias*, 834 F.3d at 831 (Judge Posner, concurring).
56. *Id.*

turpitude" serve to confuse rather than clarify.[57]

The BIA also states that crimes involving moral turpitude are *malum in se* (bad in and of itself), as opposed to *malum prohibitum* (bad simply because it is illegal).[58] This distinction is problematic for at least two reasons. First, as Justice Jackson's dissent in *Jordan v. De George* points out, this distinction originally made at common law "freely blended religious conceptions of sin with legal conceptions of crime."[59] Blackstone defined crimes *malum in se* as "crimes forbidden by the superior laws" because they violate "rights then which God and nature have established . . . natural rights such as are life and liberty, . . . the worship of God, the maintenance of children."[60] Whereas "crimes *malum prohibtum* enjoin only positive duties . . . without mixture of moral guilt"[61] such as "jaywalking and running a stoplight."[62] This distinction fails to guide litigants and the court, because "[i]rrationality is inherent in the task of translating the religious and ethical connotations of the phrase into legal decisions."[63]

Second, the distinction between crimes *malum in se* and *malum prohibitum* is a "paper thin" distinction.[64] The Ninth Edition of Black's Law Dictionary notes "the distinction between offenses *mala in se* and offenses *mala prohibita* . . . has been criticized repeatedly."[65] About a century and a half ago, the distinction was said to be "not founded upon any sound principle" and which had "long since exploded."[66]

Attacking the ambiguity of "crime involving moral turpitude" is not new. In *Jordan v. De George*, the Supreme Court held that an Italian non-citizen's conviction for conspiracy to violate the Internal Revenue Code constituted a crime involving moral turpitude under the Immigration Act of 1917.[67] In dicta, the majority concluded *sua sponte* that the statute was not unconstitutionally vague, although this was unnecessary for the holding and neither party raised the issue or briefed it.[68] Justices Jackson, Black, and Frankfurter dissented from the majority's holding and subsequent conclusion on the vagueness issue. Those three justices found the government's proffered definition of "crime involving moral turpitude" unworkable, concluding it was an "undefined and undefinable standard."[69]

Justice Jackson, writing for the three dissenting justices, reasoned this standard was unworkable because it would require courts to divine "the moral standards that prevail in contemporary society to determine whether violations are generally

---

57.  Jordan v. De George, 341 U.S. 223, 239 (1951).
58.  Matter of Flores, 17 I. & N. Dec. 225, 227 (BIA 1980).
59.  *De George*, 341 U.S. at 237 (1951) (Jackson, J., dissenting).
60.  *Id.* at 237 n. 10 (Jackson, J., dissenting) (internal quotation omitted).
61.  *Id.*
62.  *Malum in se*, BLACK'S LAW DICTIONARY (11th ed. 2009).
63.  *De George*, 341 U.S. at 239.
64.  Arias v. Lynch, 834 F.3d 823, 832 (7th Cir. 2016) (Judge Posner, concurring).
65.  *Malum in se*, *supra* note 63.
66.  *De George*, 341 U.S. at 240.
67.  *Id.* at 229.
68.  *Id.*
69.  *Id.* at 232–45 (Jackson, J., dissenting).

**ER1150**

(279 of 290). Pages 275-290, 04/30/2025, DktEntry: 23.7, Page 279 of 290
Case 3:25-cv-01766-EMC   Document 37-20   Filed 02/21/25   Page 12 of 23

2020]   THE RACIALIZATION OF CRIMES INVOLVING MORAL TURPITUDE   27

considered essentially immoral."[70] Indeed, "moral standards . . . may not be uniform in all parts of the country, nor in all levels of contemporary society."[71] They can also change over time. Justice Jackson also observed that a court's conclusion about which crimes involved moral turpitude depended "upon the moral reactions of particular judges to particular offenses," and "end up by condemning all that we personally disapprove and for no better than that we disapprove of it."[72] This type of analysis, Justice Jackson stated, constituted government by men, not by law.[73]

The actual dispositive factor for whether a non-citizen's conviction for criminal street gang activity constitutes a crime involving moral turpitude is not the legal standard articulated by BIA. It is society's current approval or disapproval towards groups of minorities engaging in criminal activity. The next section will explore how the government's conclusion—that criminal street gang activity is "depraved"—requires accepting the uniform characterization of all members in the group as bestial criminals, as modern rhetoric has indeed attempted to cast them.

## III. EXPOSING THE FLAWS OF THE GOVERNMENT'S ARGUMENT THAT CRIMINAL STREET GANG ACTIVITY IS A CRIME INVOLVING MORAL TURPITUDE

### A. Hernandez-Gonzalez v. Holder *Rejected on Race-Neutral Terms an Issue with Clear Racial Implications*

The government has twice argued that criminal gang participation statutes are categorically crimes involving moral turpitude—once in *Hernandez-Gonzalez* and again in *Cabrera*. The government's argument relies on two premises rooted in white supremacy. First, to accept the government's argument, the court must conclude that every member of a gang is evil and depraved regardless of their level of involvement in the gang, or their motive for joining. Second, the government's argument requires a court to determine immigrant gang criminal activity is morally reprehensible conduct. But this conclusion does not consider or adequately weigh the United States' white-settler, imperial, and capitalist practices that created the conditions for the gang activity to occur.

In *Hernandez-Gonzalez v. Holder*, the Ninth Circuit held that a conviction under California's sentence enhancement statute for gang related crime, California Penal Code § 186.22(b)(1), was not categorically a crime involving moral turpitude. Following the Supreme Court's test articulated in *Taylor v. United States*,[74] the Ninth Circuit applied the categorical approach of determining whether a crime involved moral turpitude. This test compares the BIA's definition of a crime involving moral turpitude to the elements of the state offense, without considering the facts

---

70. *Id.* at 237-38.
71. *Id.* at 238.
72. *Id.* at 235-38.
73. *Id.* at 240.
74. *See* Taylor v. United States, 495 U.S. 575, 600-01 (1990) (instructing courts to use the "categorical approach" to determine whether a specific offense meets the definition of "violent felony" in the Armed Career Criminal Act, which authorizes a sentence enhancement for any defendant convicted of a "violent felony").

of any defendant's particular conviction. The BIA then determines whether the minimum conduct and *mens rea* necessary for a conviction under the state law meets the federal crime involving moral turpitude standard.[75] However, if less exacting criminal activity is punishable under the state law than what the federal standard requires, the state law is not a crime involving moral turpitude.

The California statute before the court in *Hernandez-Gonzalez* added a two-year sentence for "any person who is convicted of a felony committed for the benefit of, at the direction of, or in association with any criminal street gang, with the specific intent to promote, further, or assist in any criminal conduct by gang members."[76] It also prohibited certain felonies which the BIA previously held were not independently crimes involving moral turpitude (e.g., simple assault and battery).[77] The government nevertheless argued that even an innocuous crime, when done to "promote, further, or assist criminal activity by gang members" is transformed into a crime involving moral turpitude.[78] In other words, the government argued that any crime committed to "promote, further, or assist criminal activity by gang members" necessarily requires a depraved state of mind, and is morally reprehensible conduct.

The Ninth Circuit disagreed with the government's first argument, reasoning it would require a "moral judgment as to the nature and uniformity of [gang members'] intent," despite the "range of reasons motivating young people to associate with gangs," such as protection of a family member or friend.[79] The court also rejected the government's second argument that the conduct of criminal street gang activity was "inherently reprehensible" because "[c]riminal gangs pose a serious danger to public safety and have a taxing burden on society and our moral culture."[80] The Ninth Circuit stated that the government's argument "mistakes mere criminality for moral turpitude."[81] The government failed to explain why the conduct was inherently base, vile, or depraved as opposed to simply criminal conduct that society rejects. In other words, the Ninth Circuit rejected the Government's argument because the government explained why criminal gang activity is *malum prohibitum*, but not why it is *malum in se*.

Ultimately, the Ninth Circuit held that the California statute was not a crime involving moral turpitude. Unfortunately, the court's rationale speaks in completely race-neutral terms and without reference to how the removal of mostly Latinx immigrants under this statute furthers a regime of white-settler colonialism entrenched in

---

75. "[I]n determining whether a state crime of conviction constitutes a crime involving moral turpitude (CIMT) we apply the categorical approach as set forth in *Taylor v. United States*, 495 U.S. 575 (1990). 'Under the categorical approach, we compare the elements of the crime to the generic definition of moral turpitude and decide whether the [minimum] conduct proscribed in the statute is broader than, and so does not categorically fall within the generic definition." Hernandez-Gonzalez v. Holder, 778 F.3d 793, 801 (9th Cir. 2015) (internal citations omitted).

76. CAL. PENAL CODE § 186.22(b)(1) (West 2020).

77. Hernandez-Gonzalez v. Holder, 778 F.3d 793, 808 n.16 (9th Cir. 2015).

78. *Id.* at 802.

79. *Id.* at 806.

80. *Id.* at 808.

81. *Id.*

a white supremacist racial hierarchy. Because the Ninth Circuit failed to grapple with the racist presumptions lurking in the interstices of the government's premises, this section will explore them for the benefit of future courts who may consider the issue. The next subsections will explore two of the government's arguments which rely on racist assumptions. First, Section III.B will counter the government's arguments that all immigrant gang members are "depraved." Next, Section III.C will counter the government's argument that criminal street gang activity is inherently reprehensible conduct.

## B. *Condemnation of Latinness: Creating the MS-13 Animal*

Though the government argued that all gang members are uniformly depraved, a careful examination reveals that this trope has been tried and debunked. Like the Negro Rascal and the belligerent Irishman, the depraved MS-13 animal is too a fabricated trope of white supremacy. An unsubstantiated stereotype cannot form a legitimate tool in the law. To decide the legal question of whether an individual is depraved based on a race-based stereotype is to fall into the very trap that Justice Jackson warned of in his *De George* dissent.

The trope casting Latinx (specifically Central American) migrants as uniformly depraved began with rhetoric and media reports in the 1980's and 1990's. This stereotype hides beneath the surface of DHS's arguments. American intervention in this time period led war refugees from Central America and Southeast Asia to flee to the United States. Those groups concentrated in large cities like Los Angeles, and there they formed criminal street gangs like MS-13 or "La Mara Salvatrucha" and the 18th Street Gang. The gangs spread to other cities such as New York and Chicago, and a crime wave ensued.[82] The gang violence in those cities was characterized as a "scourge"[83] that "posed a threat to the American people."[84] Elected officials like Chicago Mayor Richard M. Daley framed a rhetorical war of immigrant gangs versus society and promised to "battle to reclaim our streets and our children from the gangs."[85] More importantly, American society imputed the depravity of the criminal activity to the individual gang member. Then-First Lady Hillary Clinton characterized gang members as "superpredators—no conscience, no empathy."[86] The Clinton administration responded to these pressures by deporting thousands of MS-13 members to El Salvador, Guatemala, and Honduras under the 1996 Illegal Immigration Reform and Immigrant Responsibility Act.

---

82. William Triplett, *Gang Crisis*, 14 CQ RESEARCHER 421, 435 (2004).

83. Matt Canham & Tim Sullivan, *Asian American Gangs a Scourge: Violent Rivals in the Vietnamese, Lao, and Cambodia Communities are Settling Scores at Malls, Amusement Parks; Asian Gangs Target Their Own People*, SALT LAKE TRIB., Apr. 14, 2003, at D1.

84. *Gangs: A National Crisis: Hearings Before the Sen. Comm. on the Judiciary*, 105th Cong. 29 (1997) (statement of Sen. Charles Grassley, Member, Sen. Comm. on the Judiciary).

85. Mayor Richard M. Daley, *Inaugural Address*, CHI. PUB. LIBR. (May 6, 1991), https://www.chipublib.org/mayor-richard-m-daley-inaugural-address-1991/ [https://perma.cc/FK84-AFVY].

86. Allison Graves, *Did Hillary Clinton Call African-American Youth Superpredators?*, POLITIFACT (Aug. 28, 2016), https://www.politifact.com/truth-o-meter/statements/2016/aug/28/reince-priebus/did-hillary-clinton-call-african-american-youth-su/ [https://perma.cc/T7CF-KMDG].

The trope persists today. First as a candidate, President Trump renewed a propaganda war against "illegal immigration." Loosely moored in fact, this propaganda paints groups of Latinx immigrants and vicious street gangs all in the same broad stroke. President Trump's statements link gang violence to Latinx immigration and deportation as the remedy to fight against gangs.[87] In his presidential campaign announcement speech, Trump spoke of Mexican immigrants saying, "[t]hey're bringing drugs. They're bringing crime. They're rapists. And some, I assume, are good people."[88] President Trump reportedly queried to U.S. Senators in an Oval Office meeting why "all these people from shithole countries come here?"[89] The White House issued a press release in 2018 to educate the public on "What You Need to Know About the Violent Animals of MS-13," which stated President Trump would "bring these violent animals"—not criminals or people, but 'animals'—"to justice."[90] The thing is, this trope is unfounded: "Research has shown virtually no support for the enduring assumption that increases in immigration are associated with increases of crime."[91]

This period of American society—that is, from the 1980s to the present—is merely another iteration of the condemnation of a minority group as criminal. It is another cycle of what minorities experienced during the Reconstruction Era towards African Americans, and in the early 1900s towards Eastern and Southern Europeans.[92] As *Atlantic* contributor Ibram Kendi noted, President Trump's statements reveal with "bracing clarity" a re-kindling in the American consciousness of a racial hierarchy and inherent race traits reminiscent of twentieth century progressive social Darwinism.[93]

As Justice Jackson argued in his De George dissent, the "crime involving moral turpitude" statute is fundamentally flawed because it requires judges to use amorphous social opprobrium as an instrument to determine whether crimes, when committed by certain groups of people are immoral. In this case, racist rhetoric towards Latinx gangs since the 1980s has shaped the views of judges or members of society. So, society's view towards Latinx immigrants, rather than an objective legal standard, will determine whether a non-citizen gang member's criminal street gang activity

---

87. "President Trump has linked gang violence to immigration rates and advocated stricter immigration enforcement as a way to fight gangs. He frequently cites murders and other crimes committed by members of the notorious MS-13 gang, including some who entered the country illegally from Central America." Jane Fullerton Lemons, *Gang Violence*, 28 CQ Researcher 465, 465 (2018).

88. Michelle Ye Hee Lee, *Donald Trump's False Comments Connecting Mexican Immigrants and Crime*, Wash. Post (July 8, 2015), https://www.washingtonpost.com/news/fact-checker/wp/2015/07/08/donald-trumps-false-comments-connecting-mexican-immigrants-and-crime/ [https://perma.cc/FQJ2-LMSF].

89. Ibram X. Kendi, *The Day 'Shithole' Entered the Presidential Lexicon*, Atlantic (Jan. 13, 2019), https://www.theatlantic.com/politics/archive/2019/01/shithole-countries/580054/ [https://perma.cc/2GQJ-H8CD].

90. Press Release, *What You Need to Know About the Violent Animals of MS-13*, White House (May 21, 2018), https://www.whitehouse.gov/articles/need-know-violent-animals-ms-13/ [https://perma.cc/FU86-89FL].

91. Fullerton Lemons, *supra* note 88, at 468.

92. *Id.* at 474-75.

93. Kendi, *supra* note 90.

(283 of 290), Page 283 of 290, 04/30/2025, DktEntry: 23.7, Page 283 of 290
Case 3:25-cv-01766-EMC    Document 37-20    Filed 02/21/25    Page 16 of 23

2020]      THE RACIALIZATION OF CRIMES INVOLVING MORAL TURPITUDE        31

constitutes a crime involving moral turpitude. As Justice Jackson noted, this is problematic because society will inevitably change which group it holds in contempt. In 2019, media ridicule and populist contempt target Latinx immigrants.[94] But changing the year will easily yield a different racial socially vilified group. If the first question in a court's analysis—whether all members of one group are depraved—depends on "the moral standards that prevail in contemporary society,"[95] then the question truly turns on society's opinion of that group and not on an objective legal standard.

### C. *The Latinx Subjugated Knowledge: How U.S. Colonialism Bears Moral Responsibility For Creating Latinx Street Gangs*

The government's next argument, that committing a crime in association with a gang is immoral conduct, ignores the complete history of minority street gangs in the U.S. and why they formed in the first instance. The government conveniently ignores how the United States created the conditions for migrant gang culture to thrive.

This section provides an alternative epistemological framework to understand the development of Latinx gangs and understand whether their conduct is indeed immoral. Michael Foucault presents the notion of an epistemological oppression of marginalized groups.[96] In *Society Must Be Defended*, Foucault argues that the official history articulated by the dominant group becomes the hegemonic epistemological framework of understanding past history and present conditions, while the subjugated group's understanding of those same events becomes "subjugated knowledge."[97] He writes, "the history of some is not the history of others. . . . What looks like right, law, or obligation from the point of power looks like the abuse of power, violence, and exaction when it is seen from the viewpoint of new discourse."[98] As Foucauldian scholar José Medina explains, Foucault's subjugated knowledges are the marginalized perspectives deemed unqualified, unworthy, or simply incoherent with the prevailing epistemological paradigm, and so are ignored.[99] These knowledges are often marginalized, because the majority deems them "hierarch[ically] inferior knowledges" that are "below the required level of erudition or scientificity."[100] The discrediting of these perspectives may be a result of the oppression which subjugated these perspectives in the first instance. Understanding the Latinx subjugated knowledge will call into question whether Latinx street gang activity is truly immoral or reprehensible conduct.

---

94. Fullerton Lemons, *supra* note 88, at 472.
95. Jordan v. De George, 341 U.S. 223, 237-38 (1951).
96. MICHAEL FOUCAULT, SOCIETY MUST BE DEFENDED, LECTURES AT THE COLLÈGE DE FRANCE, 1975-1976 BOOK V, 7-9 (Picador 2003).
97. *Id.*
98. *Id.* at 66.
99. Jose Medina, *Toward a Foucaultian Epistemology of Resistance: Counter-Memory, Epistemic Friction, and Guerilla Pluralism*, 12 FOUCAULT STUDIES 9, 11 (2011).
100. FOUCAULT, *supra* note 97, at 7-10.

Critical Legal Scholars have indeed integrated Foucault's tradition into legal scholarship. For example, Mari Matsuda uses a "bottom-up approach" to support her argument for reparations for Japanese and Hawaiian victims of United States colonization by articulating the subjugated knowledges of those groups.[101] In doing so, she claims to adopt a "new epistemological source" similar to Foucault's subjugated knowledge that looks to "the actual experience, history, culture, and intellectual tradition of people of color," and "those who have suffered through history" particularly fit when deciding legal issues that affect them and their historical oppression.[102]

Like Foucault and Matsuda, this section takes a bottom-up approach to articulate the Latinx Foucaultian counter-history of the United States' imperialist actions to displace, exploit, and oppress peoples of Mexico and Central America. In doing so, it provides an alternative epistemological framework by which scholars, the public, and the courts can understand the criminal activity of Latinx gangs. This counter-history provides a new normative perspective that might guide a judge or society's decision of whether Latinx immigrant criminal gang activity is immoral, demonstrating that much Latinx migrant gang activity results from resisting decades of colonial white settlerism, displacement, exploitation, and ghettoization.

### 1. The United State as a White Settler Imperialist Machine

Under a theory of American exceptionalism, the United States attempts to distinguish itself as an experiment of democracy in contrast to the European absolutist and imperialist monarchies which preceded it. But the United States shares more with its imperialist forebearers than the white Americentric version of history recognizes.[103]

The Latinx counter-history reframes the United States as a global project of white settler colonialism, making it more like its imperial European forebearers. Recent scholars argue the United States developed a distinct form of global colonial rule similar to the European colonial powers: white settler colonialism.[104] Kelly Lytle Hernández explains that a white settler colony is a project of "building a new, permanent, reproductive, and racially exclusive society" through the displacement of an indigenous group and for the benefit of the white settlers.[105] Aziz Rana suggests that white settler colonialism is a "project of settlement" with the aim of creating "emancipatory conditions for self-government" for the in-group, while expropriating and exploiting out-groups like Native Americans, formerly enslaved blacks, as well as

---

101. *See* Mari Matsuda, *Looking to the Bottom: Critical Legal Studies and Reparations*, 22 HARV. C.R.-C.L. L. REV. 323 (1987).

102. *Id.*

103. *See* Cass Sunstein, *The Real Meaning of American Exceptionalism*, BLOOMBERG (Sept. 23, 2013), https://www.bloomberg.com/opinion/articles/2013-09-23/the-real-meaning-of-american-exceptionalism [https://perma.cc/VVE8-VXP4].

104. *See, e.g.,* Aziz Rana, *Colonialism and Constitutional Memory*, 5 U.C. IRVINE L. REV. 263, 263-77 (2015).

105. KELLY LYTLE HERNÁNDEZ, CITY OF INMATES: CONQUEST, REBELLION, AND THE RISE OF HUMAN CAGING IN LOS ANGELES, 1771-1965, 7 (2017).

Latinx and Asian immigrants through land extraction, labor extraction, and economic exploitation.[106]

In *Colonialism and Constitutional Memory*, Rana collects evidence suggesting that the United States' purpose was to further the twin aims of white settler colonialism: white liberty and indigenous exclusion/conquest.[107] Rana notes the language in the nation's founding documents "intertwined arguments for [white] freedom with a clear drive to pacify those external threats posed by both excluded slaves and expropriated Indians."[108] For example, the Declaration of Independence accused the British Crown of "excit[ing] domestic insurrections amongst us, and . . . endeavor[ing] to bring on the inhabitants of our frontiers, the merciless Indian Savages."[109]

Moreover, before the Civil War, Democratic nominee Stephen Douglas stated in the Lincoln-Douglas presidential debates: "[T]his government was made on the white basis, by white men, for the benefit of white men and their posterity forever, and should be administered by white men and none others."[110] President Abraham Lincoln argued the solution to the "Negro Problem" post-Civil War was to remove African Americans through forced emigration, for African Americans were "a troublesome presence" who were incompatible with a democracy intended only for white people.[111] Because the Democratic and Republican nominees for President both articulated a shared vision of white settler colonialism, it is likely that a substantial portion of nineteenth century white Americans also subscribed to such a model laying the foundation to forcibly remove people of color in the twentieth century and beyond.

### 2. White Settler Colonialism Prompted Westward Expansion and Caused the Displacement and Subjugation of Mexican Natives

The United States' westward expansion was an exercise of white-settler colonialism to displace Native Americans and Latinx peoples, and incorporate democratic state governments in those regions for the benefit of white settlers. The United States' involvement in the Mexican-American War is a consequence of westward expansion and resulted in the expropriation of many Mexicans. Mexico lost the war, and by the terms of the 1848 Treaty of Guadalupe Hidalgo, Mexico ceded much of its lands to the United States. Native Mexicans living in northern lands, known now as Arizona, California, Colorado, Nevada, New Mexico, and Utah, became incorporated into the U.S. political regime by conquest.[112] Juan Gonzalez, creator of the *Harvest of Empire* documentary, suggests that the United States did not want to claim

---

106. Rana, *supra* note 112, at 265-66.

107. *Id.*

108. *See id.* at 271.

109. THE DECLARATION OF INDEPENDENCE para. 29 (U.S. 1776).

110. Senator Stephen Douglas, *Speech at the Third Lincoln-Douglas Debate, Jonesboro, Ill.* (Sept. 15, 1858), *reprinted in* ABRAHAM LINCOLN: SPEECHES AND WRITINGS 1832-1858, 598 (Don E. Fehrenbacher ed., 1989).

111. Hannah-Jones, *supra* note 23.

112. *See* Editors of Encyclopedia Britannica, *Mexican American War*, ENCYCLOPEDIA BRITANNICA, https://www.britannica.com/event/Mexican-American-War [https://perma.cc/2NW4-PSHY].

southern parts of the inhabited Mexican territory, which contained a more concentrated population of Mexicans, because it did not want the U.S. democracy contaminated with the Mexican people.[113] Thus, in the Treaty of Guadalupe Hidalgo, the United States sought those northern Mexican territories because it was the most territory with as few Mexicans as possible.

The terms of the Treaty of Guadalupe Hidalgo required Mexicans living in those northern lands to be naturalized into the United States as U.S. citizens,[114] but Gonzalez suggests many felt alienated and were in fact excluded by U.S. society.[115] After naturalization, the white settler population did not get along well (or at all) with the now Mexican Americans, and white settlers still held racist biases towards that population.[116] Mexican Americans were not accepted, but rather treated as second-class citizens and told to go back to their home to Mexico—notwithstanding they were already living in their native land and their "home" now was the United States.[117] Mexicans and Mexican Americans felt, and many still feel, that the United States and the homesteading settlers stole this part of their country from their ancestors.[118]

As a result of this animosity and exclusion, precursors to the modern Latinx criminal street gangs appeared in the region as early as 1890. Small groups of young Mexican men called the *palomilla* (flock of doves) migrated along a path from Mexico to Los Angeles.[119] These groups who moved freely through the newly formed, yet permeable, southwest border may indeed be some of the earliest examples of undocumented or illegal immigration under the modern territorial boundary between the United States and Mexico.[120]

Although these "nascent gangs"[121] traveling back and forth between the border did not have legal authorization to enter the United States, surely their gang activity—though illegal—does not warrant the blanket conclusion that their conduct is immoral. It simply cannot be, as the government suggests, that this and all criminal street gang activity is inherently reprehensible. The criminal conduct in which the migrating *palomilla* engaged seems to be a crime of necessity spurred by external geopolitical pressures. To conclude that even innocuous gang activity is immoral would do as the Ninth Circuit stated: "mistake[] criminality for moral turpitude."[122]

---

113.  *See* HARVEST OF EMPIRE (Onyx Films 2012) [hereinafter HARVEST OF EMPIRE documentary].

114.  Andrew Glass, *U.S. and Mexico Sign the Treaty of Guadalupe Hidalgo, Feb. 2, 1848*, POLITICO (Feb. 2, 2019), https://www.politico.com/story/2019/02/02/us-mexico-treaty-of-guadalupe-hidalgo-1137572 [perma.cc/UC4C-2HMH].

115.  *See* HARVEST OF EMPIRE documentary, *supra* note 121.

116.  *Id.*

117.  James C. Howell & John P. Moore, *History of Street Gangs in the United States*, NAT'L GANG CTR. BULL., OFF. JUV. JUST. & DELINQ. PREVENTION (BUREAU JUST. ASSISTANCE), May 2010, at 7.

118.  *See* HARVEST OF EMPIRE documentary, *supra* note 121.

119.  Howell & Moore *supra* note 125, at 7.

120.  *Id.* at 10.

121.  *Id.* at 9.

122.  Hernandez-Gonzalez v. Holder, 778 F.3d 793, 805 (9th Cir. 2015).

### 3. The United States' Military and Economic Influence Caused Mass Migration of Latinx Groups to the United States

After the close of the western frontier, the United States pursued a white-settler colonialist project in Latin America. Though many people in the United States envisioned the government as defending democracy in these countries, this is an overly simplistic characterization. The United States pursued a capitalist-driven, neocolonial project through investing in the region and implementing military interventions to ensure such investments returned profits to the United States.[123]

Juan Gonzalez argues that the large Latinx presence in the United States is a direct result of the government's actions in Mexico and Central American countries over many decades through military occupations, invasions, and providing financial support to government and rebel groups, with the objective of protecting the United States' geopolitical and private economic interests.[124] Gonzalez implicitly identifies the dispossession and exploitation that is characteristic of white settler colonialism. The United States' entanglement with Latin American countries which Gonzalez identified cannot thoroughly be discussed at length here, but a few instances highlight the practices of white settler colonialism common in the U.S. exploitation of Latin America.[125]

The United States' foreign intervention in Latin America traces back to the Spanish American War. After losing the Spanish-American War, Spain relinquished sovereignty over Cuba and ceded Puerto Rico, Guam, and the Philippines to the United States as territories. These islands constitute the most explicit forms of U.S. imperialism, as the United States established military outposts and stabilized those areas for American companies to invest and exploit native land and labor. Puerto Rico, Cuba, Guam, and the Philippines contributed significantly to the U.S. economy, as well as U.S. national security. The United States established military outposts in Cuba, Guam, and other territories, using those islands as strategic holdings to protect the democratic government of the United States and its interests abroad. Although these countries contributed land, resources, and security to the United States, the government refused to grant political sovereignty to the islands and initially balked even at incorporating the native inhabitants as citizens. This is consistent with the strategy of white-settler colonialism to expropriate and dispossess without mixing and including. Though the United States eventually granted citizenship to Puerto Ricans in 1917—just in time to draft them for battle in World War I—it was clear that this altruistic action was again motivated by the self-interest of the white settler group.[126]

The United States took a more clandestine approach to colonizing Central American countries like Guatemala, Nicaragua, and El Salvador, yet the ensuing instability and warfare still caused massive waves of migrants and refugees to flee to

---

123. *See* HARVEST OF EMPIRE documentary, *supra* note 121.
124. *Id.*
125. *Id.*
126. *Id.*

the United States. The Roosevelt Corollary to the Monroe Doctrine asserted the U.S. as the police force in the Western hemisphere to protect democracy and liberty. As a result of this policy, the United States both supported and helped overthrow ruthless Latin American dictators and rebel groups to protect U.S. interests abroad, stop the spread of communism, encourage capitalism and free markets, and also to protect U.S. investments.[127]

This period of white-settler colonialism reveals that the United States caused the very "invasion of migrants" which it scorns. The United States reproduced the white-settler colonial project internationally by extracting labor, land, resources, and political security from Latin American countries, while denying Latinx groups the benefits of such activity, and displacing them in the process. In many cases, Latinx peoples from Central America fled their native countries to escape persecution, oppression, genocide, or dire economic consequences caused by U.S. intervention. While some migration may be illegal, and the migrants may engage in criminal activity in groups, that criminal gang activity cannot entirely be categorized as "immoral" as the government would suggest.

### 4. The Ghetto and the Prison: Incubators for Latinx Migrant Gangs

Those Latinx migrants escaping warfare that America caused fled to cities like Los Angeles, Chicago, and New York.[128] Under the pressures of economic exploitation and social exclusion, two American institutions of social control—the ghetto and the prison—created the modern migrant street gang.

Loic Wacquant draws parallels between the ghetto and prison, describing them as "kindred institutions of forced confinement," each "enclosing a stigmatized population . . . to neutralize the material and/or symbolic threat that it poses for the broader society from which it has been extruded."[129] Wacquant articulates the reflexive

---

127. The U.S.' intervention in Guatemala is demonstrative. The budding multinational conglomerate United Fruit Company, owner of Chiquita Banana, heavily invested in Guatemala. When the United States feared the Guatemalan President Jacobo Árbenz would institute reforms to redistribute land in which United Fruit had an interest, the CIA trained local proxies in guerilla warfare and counterinsurgency tactics, mounted a propaganda campaign labeling President Árbenz as crazy, and engaged in the systematic effort to overthrow of the government in 1954. The United States backed a replacement dictator, Carlos Castillo, but the new government was unstable and the Guatemalan Civil War ensued for thirty years, from 1960 to 1996, during which the CIA-trained government forces retreated to the forest and enacted a mass genocide on the native Mayan people. Though thousands of Guatemalan refugees fled to the United States, during the 1980's, the United States granted asylum to less than two percent of Guatemalans who applied. *Id.*

Similar themes of intervention, unrest, and migration occurred in El Salvador. The U.S.-backed dictator, Humberto Romero, faced an insurgency which the U.S. government feared could result in a communist uprising. The United States provided more than $4 billion in military aid to the Romero government, and the CIA trained a cohort of Salvadoran soldiers. When a civil war ensued, the United Nations Truth Finding Commission concluded that the CIA-trained insurgents committed mass killings that wiped out whole villages in El Salvador throughout the 1980's, and the participated in the assassination of an archbishop of the Catholic Church, Oscar Romero—an outspoken dissident of the Romero regime. The instability caused by the United States led to an increase in 94,000 Salvadoran immigrants in the United States in 1980 to over two million by 2012. *Id.*

128. *See* Howell & Moore *supra* note 125, at 1-13.

129. Loic Wacquant, *The Prison as the Surrogate Ghetto*, 4 Theoretical Criminology 377, 378 (2000).

**ER1160**

relationship between the ghetto and prison. He writes the ghetto is an "ethnoracial prison" that encages a dishonored category.[130] The ghetto is a device of geospacial restriction that enables the dominant group in an urban setting to control a subordinated group with negative symbolic capital like skin color or perceived criminality through two methods: ostracization and exploitation.[131] Relatedly, a prison is a judicial ghetto, a device of social control where the restrictions are enforced by judicial order.[132] Because persons in a ghetto and prison are both geospatially confined within a limited system of institutions, Wacquant suggests a distinct culture and identity emerges to form a "city within a city."[133]

Wacquant's reflexive relationship between the ghetto and prison explains how Latinx migrants, ostracized and excluded from society, formed criminal street gangs within the ghettos and prisons of Los Angeles. MS-13 specifically was formed by El Salvadoran refugees who migrated to the ghettos or *barrios* of Los Angeles in the 1980s escaping the civil war caused in part by U.S. intervention.[134] Some of the migrants, alienated and ostracized by their new country and relegated to the ghettos, formed the Mara Salvatrucha Stoners, a group of teenagers who smoked marijuana and listened to rock music.[135] Imprisoned members of the gang forged an alliance with Mexican Mafia prison gang, La eMe, which helped create MS-13.[136] The group developed a set of experiences, ostracization, and geospatial confinement characteristic of both the ghetto and prison.[137]

The formation of a migrant criminal street gang, even one as notorious as MS-13, does not warrant an automatic label that each member (or the group) is immoral or depraved as the government suggests. Rather, the ethnoracial group naturally forms because of the coordinate restrictions of a ghetto and prison that are by their purposes meant to stigmatize the members of the group so confined. A court or judge considering this Latinx subjugated knowledge or counter-history must look past the mere existence of the gang and inquire how the gang came to be formed. If courts looked at history, they would see morally mitigating factors that should give a reasonable judge or court pause before concluding that every member of a migrant criminal street gang is immoral or depraved. The Ninth Circuit got it right when it noted, "of course, all gang-related criminal conduct is, at some level, both serious and morally questionable, but not all gang related criminal conduct necessarily involves grave acts of baseness of depravity" to make it immoral.[138]

---

130. *Id.* at 383.

131. *Id.*

132. *Id.*

133. *Id.*

134. Howell & Moore, *supra* note 125, at 21.

135. Geoffrey Ramsey, *Tracing the Roots of El Salvador's Mara Salvatrucha*, InSight Crime (Aug. 31, 2012), https://www.insightcrime.org/news/analysis/history-mara-salvatrucha-el-salvador/ [https://perma.cc/8S9F-XZP4].

136. Howell & Moore, *supra* note 125, at 14.

137. *See id.*; *see also* Wacquant *supra* note 136, at 383.

138. Hernandez-Gonzalez v. Holder, 778 F.3d 793, 802-03 (9th Cir. 2015).

38                GEO. J. L. & MOD. CRIT. RACE PERSP.                [Vol. 12:17

CONCLUSION

The U.S. Courts of Appeals should review with utmost scrutiny the government's prosecution and deportation of overwhelmingly black and brown non-citizen gang members under the "crime involving moral turpitude" statute. The statute relies on a white supremacist fiction, repeated and repurposed by Congress and the Executive since slavery, that nonwhite Anglo Saxon races should be excluded from the United States because they are immoral. Indeed, the government's argument that immigrant gang activity is one such crime involving moral turpitude requires making those assumptions rooted in white supremacy, racist pseudoscience, and populist odium. Specifically, the government's argument that every immigrant gang member acts with the depraved state of mind necessary for a crime involving moral turpitude requires accepting as true the trope that all racial minorities are evil rascals or animals. Additionally, the government's argument that immigrant gang activity is morally reprehensible conduct accepts a global white-settler colonial version of history that improperly places fault on the displaced rather than the displacer.