| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | MAY 7 2025 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

NATIONAL TPS ALLIANCE; et al.,

    Plaintiffs - Appellees,

v.

KRISTI NOEM, in her official capacity as Secretary of Homeland Security; et al.,

    Defendants - Appellants.

No. 25-2120

D.C. No. 3:25-cv-01766-EMC
Northern District of California, San Francisco

ORDER

The amicus brief submitted by America's Future, Inc., et al. is filed.

Within 7 days of this order, amici must file 6 copies of the brief in paper format bound with green front cover pages. Each copy must include certification at the end that the copy is identical to the electronic version. The Form 18 certificate is available on the Court's website, at http://www.ca9.uscourts.gov/forms.

The paper copies must be sent to the Clerk's principal office. The delivery and overnight mailing address is 95 Seventh Street, San Francisco, CA 94103. The regular U.S. mailing address is P.O. Box 193939, San Francisco, CA 94119-3939.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT