No. 25-2120

IN THE
UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

———————

NATIONAL TPS ALLIANCE, MARIELA GONZÁLEZ, FREDDY JOSE ARAPE RIVAS, M.H., CECILIA DANIELA GONZÁLEZ HERRERA, ALBA CECILIA PURICA HERNÁNDEZ, E.R. HENDRINA VIVAS CASTILLO, A.C.A., SHERIKA BLANC, VILES DORSAINVIL, and G.S.,
*Plaintiffs-Appellees*,

vs.

KRISTI NOEM, in her official capacity as Secretary of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES OF AMERICA,
*Defendants-Appellants.*

———————

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, NO. 3:25-CV-01766-EMC
HONORABLE EDWARD M. CHEN

———————

**PLAINTIFFS-APPELLEES' MOTION TO TAKE JUDICIAL NOTICE; DECLARATION OF AHILAN T. ARULANANTHAM IN SUPPORT THEREOF**

Emilou MacLean (SBN 319071)
emaclean@aclunc.org
Michelle (Minju) Y. Cho (SBN 321939)
mcho@aclunc.org
Amanda Young (SBN 359753)
ayoung@aclunc.org
ACLU FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111-4805
Telephone: (415) 621-2493

Ahilan T. Arulanantham (SBN 237841)
  *Counsel of Record*
arulanantham@law.ucla.edu
CENTER FOR IMMIGRATION LAW &
POLICY, UCLA SCHOOL OF LAW
385 Charles E. Young Dr. East
Los Angeles, CA 90095
Telephone: (310) 825-1029

*Attorneys for Plaintiffs-Appellees*

Additional Counsel for Plaintiffs-Appellees

Jessica Karp Bansal (SBN 277347)
jessica@ndlon.org
Lauren Michel Wilfong
lwilfong@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

Eva L. Bitran (SBN 302081)
ebitran@aclusocal.org
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5236

Erik Crew
ecrew@haitianbridge.org
HAITIAN BRIDGE ALLIANCE
4560 Alvarado Canyon Road, Suite 1H
San Diego, CA 92120
Telephone: (949) 603-7411

i

# MOTION FOR JUDICIAL NOTICE

Under Federal Rule of Evidence 201, and in connection with Plaintiffs-Appellees' Answering Brief filed concurrently with this motion, Plaintiffs-Appellees National TPS Alliance, Mariela González, Freddy Jose Arape Rivas, M.H., Cecilia Daniela González Herrera, Alba Cecilia Purica Hernádez, E.R., Hendrian Vivas Castillo, A.C.A., Sherika Blanc, Viles Dorsainvil, and G.S. move the Court to take judicial notice of the following documents:

**Document 1**: Administrative Record for the Venezuela Vacatur, *National TPS Alliance v. Noem*, No. 3:25-cv-1766-EMC, Dkt. Nos. 103, 103-1, 103-2, 103-3, 103-4, 103-5 (N.D. Cal. Apr. 7, 2025).

**Document 2**: Administrative Record for the Venezuela Termination, *National TPS Alliance v. Noem*, No. 3:25-cv-1766-EMC, Dkt. Nos. 104, 104-1, 104-2, 104-3 (N.D. Cal. Apr. 7, 2025).

Under Federal Rule of Evidence 201(d), judicial notice may be taken at any stage of the proceeding, including by an appellate court during the pendency of an appeal. Fed. R. Evid. 201(d); *Trigueros v. Adams*, 658 F.3d 983, 987 (9th Cir. 2011); *Lowry v. Barnhart*, 329 F.3d 1019, 1024 (9th Cir. 2003). Judicial notice is appropriate for any matter "not subject to reasonable dispute because it … can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b).

1

Records of administrative agencies are properly subject to judicial notice. *Papai v. Harbor Tug & Barge Co.*, 67 F.3d 203, 207 n.5 (9th Cir. 1995), *rev'd on other grounds*, 520 U.S. 548 (1997) ("Judicial notice is properly taken of orders and decisions made by other courts or administrative agencies."); *Toth v. Grand Trunk R.R.*, 306 F.3d 335, 349 (6th Cir. 2002) ("[A] Court may take judicial notice of the rules, regulations and orders of administrative agencies issued pursuant to their delegated authority.") (citation and quotations omitted).

For these reasons, the documents here satisfy the "'essential prerequisite' to taking judicial notice of adjudicative facts"— readily determinable accuracy. *Rivera v. Philip Morris, Inc.*, 395 F.3d 1142, 1151 (9th Cir. 2005) (quoting Fed. R. Evid. 201(a) advisory committee's notes). As attested to in the concurrently filed Declaration of Ahilan T. Arulanantham, the Administrative Records for the Venezuela Vacatur and Termination were filed in the district court and are agency records provided by the agency. They were obtained from a source whose accuracy cannot be reasonably questioned, making them proper subjects of judicial notice. *See United States v. Raygoza-Garcia*, 902 F.3d 994, 1001 (9th Cir. 2018) ("A court may take judicial notice of undisputed matters of public record, which may include court records available through PACER.").

2

Accordingly, Plaintiffs-Appellees respectfully request that the Court take judicial notice of Documents 1 and 2.

Dated: May 28, 2025        Respectfully submitted,

By: */s/ Ahilan T. Arulanantham*
Ahilan T. Arulanantham (SBN 237841)
*Counsel of Record*
arulanantham@law.ucla.edu
CENTER FOR IMMIGRATION LAW AND POLICY, UCLA SCHOOL OF LAW
385 Charles E. Young Dr. East
Los Angeles, CA 90095
Telephone: (310) 825-1029

Emilou MacLean (SBN 319071)
emaclean@aclunc.org
Michelle (Minju) Y. Cho (SBN 321939)
mcho@aclunc.org
Amanda Young (SBN 359753)
ayoung@aclunc.org
ACLU FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111-4805
Telephone: (415) 621-2493

Jessica Karp Bansal (SBN 277347)
jessica@ndlon.org
Lauren Michel Wilfong
lwilfong@ndlon.org
NATIONAL DAY LABORER ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106

3

Pasadena, CA 91105
Telephone: (626) 214-5689

Eva L. Bitran (SBN 302081)
ebitran@aclusocal.org
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5236

Erik Crew
ecrew@haitianbridge.org
HAITIAN BRIDGE ALLIANCE
4560 Alvarado Canyon Road, 1H
San Diego, CA 92120
Telephone: (949) 603-7411

*Attorneys for Plaintiffs-Appellees*

4

## **CERTIFICATE OF COMPLIANCE**

This brief complies with Circuit Rules 27-1(1)(d) and 32-3 because it contains 429 words, excluding the parts of the document exempted by Rules 27(a)(2)(B) and 32(f) of the Federal Rules of Appellate Procedure. The brief also complies with the typeface and typestyle requirements of Rules 32(a)(5)–(6) of the Federal Rules of Appellate Procedure because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook font.

Dated: May 28, 2025                               Respectfully submitted,

By: /s/ Ahilan T. Arulanantham
Ahilan T. Arulanantham

i

## DECLARATION OF AHILAN T. ARULANANTHAM

I, Ahilan T. Arulanantham, declare as follows:

1. I am an attorney licensed to practice before this court. I am a Professor from Practice and Faculty Co-Director of the Center for Immigration Law and Policy (CILP) at UCLA School of Law, and counsel for Appellees in this action. I have personal knowledge of the matters set forth in this declaration and, if called to testify to them, I would be competent to do so.

2. Attached are true and correct copies of the following documents, which were filed by Defendants in the district court:

**Document 1**: Administrative Record for the Venezuela Vacatur, *National TPS Alliance v. Noem*, No. 3:25-cv-1766-EMC, Dkt. Nos. 103, 103-1, 103-2, 103-3, 103-4, 103-5 (N.D. Cal. Apr. 7, 2025).

**Document 2**: Administrative Record for the Venezuela Termination, *National TPS Alliance v. Noem*, No. 3:25-cv-1766-EMC, Dkt. Nos. 104, 104-1, 104-2, 104-3 (N.D. Cal. Apr. 7, 2025).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 28, 2025, at Los Angeles, California.

By: */s/Ahilan T. Arulanantham*
Ahilan T. Arulanantham

1

## CERTIFICATE OF SERVICE

I certify that on May 28, 2025, I electronically filed this brief with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the ACMS system. All parties were served electronically through the ACMS system.

Dated: May 28, 2025

By: */s/Ahilan T Arulanantham*
Ahilan T. Arulanantham

1