DOCUMENT 1.15

(2 of 17), Page 2 of 17    Case: 25-2120, 05/28/2025, DktEntry: 49.16, Page 2 of 17
3/7/25, 3:50 PM    Case 3:25-cv-01766-EMC   Venezuela inflation has cooled - but voters say they still can't make ends meet | Reuters
                                            Document 103-3   Filed 04/07/25   Page 133 of 148



Learn more about  LSEG

  My News  

# Venezuela inflation has cooled - but voters say they still can't make ends meet

By Mayela Armas

July 23, 2024 8:33 AM EDT · Updated 7 months ago

  



[1/3] A woman smiles as she walks with her shopping of food reduced in price and offered to low-income citizens as part of Venezuela's President Nicolas Maduro's presidential campaign, while he seeks... Purchase Licensing Rights ⧉ **Read more**

 

CARACAS, July 23 (Reuters) - The government of Venezuelan President Nicolas Maduro, who is seeking reelection on Sunday, has had some success in curbing formerly sky-high inflation, but workers say their salaries have not caught up with high prices for food and other goods.

That, combined with general frustration after years of economic malaise, could chill support for Maduro and help bring out the vote for opposition coalition candidate Edmundo Gonzalez, said voters and analysts.

Venezuela had suffered six-digit hyperinflation for about four years, with the indicator reaching a heady 130,000%, eroding savings and making basic supplies scarce.

But annual inflation fell to around 50% over the last year as the government restricted credit, held the exchange rate steady and curbed public spending.

"We have decelerated (inflation) with the correct policies," Maduro - who has been in power since 2013 - said this month when figures were published showing month-on-month inflation in June was 1%.

VZ Vacatur_0267

The last time an inflation rise was that low was July 2012.

But many in the country are still struggling to make ends meet and some lamented that there had not been the usual boost in public sector pay seen in past election years.

"With the election, buying power isn't changed at all. Prices go up," said Oscar Reyes, a retired public sector worker whose pension is about $100 per month, as he shopped at a Caracas market.

Increases to his income had been minimal, he said. "We buy very little, because we also have to pay utilities."

Gonzalez has promised to broker deals between businesses, workers and the government to improve salaries and continue efforts to curb inflation.

"A few months ago I was spending $75 a week on average on food, now it's double," said Carmen Morales, a 52-year-old administrator in the central city of Valencia, who earns $250 per month and helps support her parents.

Morales said she wants a change in government and will vote for the opposition on Sunday.

Given previous rises, current inflation reductions sometimes are not visible to the average consumer, analysts say.

"Inflation could go down to zero, but if you earn $200 and basic food for a month is $500, there is a gap," said economist Asdrubal Oliveros, director of Caracas-based consulting firm Ecoanalitica. "People don't see (lower) inflation as something positive."

The communications ministry and the central bank did not respond to requests for comment.

SUSTAINABLE MODEL?

Analysts say government spending has increased mildly during the election campaign. But salaries for public employees have not risen since 2022, though the government has increased bonuses, which have less fiscal effect.

Private sector salaries tend to be higher than in the public sector and average $231 per month, according to the Venezuela Finance Observatory. For private workers, too, raises have been less frequent than they were during hyperinflation, said consultancy Mercer Venezuela.

The government's inflation effort has required it to artificially hold the exchange rate for the local bolivar currency steady by injecting some $2.24 billion into the economy so far this year, about 30% more than last year, according to calculations by analyst firm Sintesis Financiera.

Analysts say there will eventually have to be a price-stoking correction to the exchange rate, which has been held at 36.5 bolivars to the dollar for seven months.

The government's limiting of bank credit has forced producers of rice and corn, major crops for local consumption, to adopt forward-selling schemes with their buyers.

And business owners have frequently requested during meetings aired on state television that the government revise its fiscal and tax decisions, to help increase production and allow them to pay better salaries, to no avail.

Security guard Lisandro Gomez makes $40 a month plus bonuses and receives a subsidized government food basket.

"They say the economy is better, but I don't see it. What I earn doesn't go very far," he said - adding that he plans to back the opposition.

> The Reuters Daily Briefing newsletter provides all the news you need to start your day. Sign up here.

Reporting by Mayela Armas in Caracas, additional reporting by Johnny Carvajal and Efrain Otero in Caracas and Tibisay Romero in Valencia Writing by Julia Symmes Cobb Editing by Rosalba O'Brien

Our Standards: **The Thomson Reuters Trust Principles.**

Suggested Topics:

Americas   Worker Rights

Purchase Licensing Rights



### Mayela Armas
Thomson Reuters

Since 2018 Mayela has reported for Reuters on Venezuela's economy and general news from capital Caracas. She is particularly interested in covering the effects of Venezuela's economic crisis and high inflation, especially concerning the

VZ_Vacatur_0268

effects this has on the day-to-day lives of people and families. She also writes about how the country's finances are managed, as well as Venezuela's main industries. Before she joined Reuters Mayela worked at local media outlets.

 

Read Next

Americas
Gang infighting leaves 22 dead in Ecuador's Guayaquil
6:01 PM UTC

Americas
After a murder, cartels loom over Mexico's new system of electing judges
2:32 PM UTC

Technology
Majority of Brazil Supreme Court chamber upholds Rumble suspension
7:36 PM UTC

Americas
Mexico aims to boost compliant exports to 90% after U.S. tariff reprieve
4:28 PM UTC

Sponsored Content



Seniors Born 1941-1979 Receive 55 Benefits This Month if They Ask

Sponsored by
WalletJump



The 5 Dumbest Things We Keep Spending Too Much Money On

Sponsored by
The Penny Hoarder



8 Dumbest Things Smart People Waste Money On

Sponsored by
FinanceBuzz

## Sponsored Content


**Seniors Born 1941-1979 Receive 55 Benefits This Month if They Ask**
Sponsored by WalletJump


**Top Cards That Charge 0% Interest Until 2026**
Sponsored by Smart Lifestyle Trends


**9 Ways To Get Money Without Getting A Job**
Sponsored by FinanceBuzz


**7 Ways To Help Generate Income Once Your Portfolio Reaches $1,000,000**
Sponsored by Fisher Investments


**50-Year Legend: The Month Stocks Will Likely Crash**
Sponsored by Chaikin Analytics


**Don't Borrow From The Bank If You Own A Home, Borrow From Yourself**
Sponsored by Lendgo

World >

## US cancels $400 million in grants, contracts to Columbia University over antisemitism allegations

United States · March 7, 2025 · 3:37 PM EST · 10 min ago

U.S. President Donald Trump's administration said it had canceled grants and contracts totaling $400 million to Columbia University because of what it described as antisemitic harassment on and near the school's New York City campus.

Europe
**Five residents die in Russian attacks on eastern Donetsk region**

VZ Vacatur_0270

3/7/25, 3:50 PM    Venezuela inflation has cooled, but voters say they still can't make ends meet | Reuters
(6 of 17), Page 6 of 17    Case: 25-2120, 05/28/2025, DktEntry: 49.16, Page 6 of 17
Case 3:25-cv-01766-EMC    Document 161-2    Filed 06/07/25    Page 137 of 148

30 min ago

---

United States
**Crypto Summit: Trump hosts digital currency leaders at White House**
16 min ago

---

World
**South Africa rejects 'megaphone diplomacy' as Trump backs funding cut**
36 min ago

---

Middle East
**Scores killed as Syrian forces seek to crush Alawite insurgency**
38 min ago

## Sponsored Content



**Seniors Born 1941-1979 Receive 55 Benefits This Month if They Ask**
Sponsored by WalletJump

 

**8 Dumbest Things Smart People Waste Money On**
Sponsored by FinanceBuzz



**50-year Wall Street Legend: The Month Stocks Will Likely Crash**
Sponsored by Chaikin Analytics



**7 Ways To Help Generate Income Once Your Portfolio Reaches $1,000,000**
Sponsored by Fisher Investments



**Don't Borrow From The Bank If You Own A Home, Borrow From Yourself**
Sponsored by Lendgo



**Virginia Reduce Your Home Insurance Bill If You Live In These Zip C...**
Sponsored by Smart Lifestyle Trends

## Sponsored Content

**Did You Know These Tips? How To Stop Spending On Groceries 2024**
Sponsored by The Penny Hoarder

**9 Ways To Get Money Without Getting A Job**
Sponsored by FinanceBuzz

**13 Things The U.S. Plans To Do For Seniors On SS in 2025**
Sponsored by Smart Lifestyle Trends

**5 Side Hustles That Work Even with a Full-Time Job**
Sponsored by FinanceBuzz

**7 Money Moves To Make Today If You Have $1,000 In Savings**
Sponsored by The Penny Hoarder

**5 Tiny AI Stocks That Could Be "Millionaire Makers"**
Sponsored by Profitable News

---

**Latest**

Home

Authors

Topic Sitemap

Archive

Article Sitemap

**Browse**

World

Business

Markets

Sustainability

Legal

Breakingviews

VZ Vacatur_0271

(7 of 17), Page 7 of 17    Case: 25-2120, 05/28/2025, DktEntry: 49.16, Page 7 of 17
3/7/25, 3:50 PM    Case 3:25-cv-01766-EMC    Document 103-3    Filed 04/07/25    Page 128 of 148
Venezuela inflation has cooled, but voters say they still can't make ends meet | Reuters

Media
- Videos
- Pictures
- Graphics
- Podcasts

Technology
Investigations
Sports
Science
Lifestyle

About Reuters

About Reuters
Advertise with Us
Careers
Reuters News Agency
Brand Attribution Guidelines
Reuters and AI
Reuters Leadership
Reuters Fact Check
Reuters Diversity Report

Stay Informed

Download the App (iOS)
Download the App (Android)
Newsletters

Information you can trust

Reuters, the news and media division of Thomson Reuters, is the world's largest multimedia news provider, reaching billions of people worldwide every day. Reuters provides business, financial, national and international news to professionals via desktop terminals, the world's media organizations, industry events and directly to consumers.

Follow Us

LSEG Products

**Workspace**
Access unmatched financial data, news and content in a highly-customised workflow experience on desktop, web and mobile.

**DataCatalogue**
Browse an unrivalled portfolio of real-time and historical market data and insights from worldwide sources and experts.

**World-Check**
Screen for heightened risk individual and entities globally to help uncover hidden risks in business relationships and human networks.

Advertise With Us    Advertising Guidelines    Purchase Licensing Rights

All quotes delayed a minimum of 15 minutes. See here for a complete list of exchanges and delays.

Cookies    Terms of Use    Privacy    Digital Accessibility    Corrections    Site Feedback    Opt Out of Targeted Advertising

VZ Vacatur_0272

© 2025 Reuters. All rights reserved

VZ Vacatur_0278

(15 of 17), Page 15 of 17    Case: 25-2120, 05/28/2025, DktEntry: 49.16, Page 15 of 17
Case 3:25-cv-01766-EMC   Document 103-3   Filed 04/07/25   Page 146 of 148

Federal Register / Vol. 81, No. 186 / Monday, September 26, 2016 / Notices     66059

agency with a copy of this **Federal Register** Notice.

Some benefit-granting agencies use the USCIS Systematic Alien Verification for Entitlements Program (SAVE) to confirm the current immigration status of applicants for public benefits. In most cases, SAVE provides an automated electronic response to benefit granting agencies within seconds but occasionally verification can be delayed. You can check the status of your SAVE verification by using CaseCheck at the following link: *https://save.uscis.gov/casecheck/*, then by clicking the "Check Your Case" button. CaseCheck is a free service that lets you follow the progress of your SAVE verification using your date of birth and one immigration identifier number. If such an agency has denied your application based solely or in part on a SAVE response, the agency must offer you the opportunity to appeal the decision in accordance with the agency's procedures. If the agency has received and acted upon or will act upon a SAVE verification and you do not believe the response is correct, you may make an InfoPass appointment for an in-person interview at a local USCIS office. Detailed information on how to make corrections, make an appointment, or submit a written request to correct records under the Freedom of Information Act can be found at the SAVE Web site at *http://www.uscis.gov/save*, then by choosing "For Benefits Applicants" from the menu on the left and selecting "Questions about your Records?".

[FR Doc. 2016–23249 Filed 9–22–16; 4:15 pm]
**BILLING CODE 9111–97–P**

---

**DEPARTMENT OF HOMELAND SECURITY**

**U.S. Citizenship and Immigration Services**

[CIS No. 2588–16; DHS Docket No. USCIS–2014–0011]

RIN 1615–ZB56

**Six-Month Extension of Temporary Protected Status Benefits for Orderly Transition Before Termination of Liberia's Designation for Temporary Protected Status**

**AGENCY:** U.S. Citizenship and Immigration Services, Department of Homeland Security.

**ACTION:** Notice.

**SUMMARY:** The designation of Liberia for Temporary Protected Status (TPS) is set to expire on November 21, 2016. After reviewing relevant country conditions and consulting with the appropriate U.S. Government (Government) agencies, the Secretary of Homeland Security (Secretary) has determined that conditions in Liberia no longer support its designation for TPS and is therefore extending TPS benefits for 6 months for the purpose of orderly transition before the TPS designation of Liberia terminates. This termination will be effective May 21, 2017, 6 months following the end of the current designation.

To provide for an orderly transition, nationals of Liberia (and aliens having no nationality who last habitually resided in Liberia) who have been granted TPS under the Liberia designation will automatically retain their TPS and have their current TPS-based Employment Authorization Documents (EAD) extended through May 20, 2017. However, an individual's TPS may still be withdrawn because of ineligibility for TPS. On May 21, 2017, nationals of Liberia (and aliens having no nationality who last habitually resided in Liberia) who have been granted TPS under the Liberia designation will no longer have TPS.

**DATES:** The designation of Liberia for TPS is terminated effective at 12:01 a.m., local time, on May 21, 2017.

**FOR FURTHER INFORMATION CONTACT:**

• For further information on TPS, please visit the U.S. Citizenship and Immigration Services (USCIS) TPS Web page at *http://www.uscis.gov/tps*. You can find specific information about the termination of Liberia's TPS designation by selecting "Liberia" from the menu on the left side of the TPS Web page.

• You can also contact Jerry Rigdon, Chief of the Waivers and Temporary Services Branch, Service Center Operations Directorate, U.S. Citizenship and Immigration Services, Department of Homeland Security, 20 Massachusetts Avenue NW., Washington, DC 20529–2060; or by phone at 202–272–1533 (this is not a toll-free number). Note: The phone number provided here is solely for questions regarding this TPS Notice. It is not for individual case status inquires.

• Applicants seeking information about the status of their individual cases can check Case Status Online, available at the USCIS Web site at *http://www.uscis.gov*, or call the USCIS National Customer Service Center at 800–375–5283 (TTY 800–767–1833).

• Further information will also be available at local USCIS offices upon publication of this Notice.

**SUPPLEMENTARY INFORMATION:**

**Table of Abbreviations**

DHS—Department of Homeland Security
DOS—Department of State
EAD—Employment Authorization Document
EVD—Ebola Virus Disease
FNC—Final Nonconfirmation
Government—U.S. Government
INA—Immigration and Nationality Act
OSC—Department of Justice, Office of Special Counsel for Immigration-Related Unfair Employment Practices
SAVE—USCIS Systematic Alien Verification for Entitlements Program
Secretary—Secretary of Homeland Security
TNC—Tentative Nonconfirmation
TPS—Temporary Protected Status
TTY—Text Telephone
USCIS—U.S. Citizenship and Immigration Services
WHO—World Health Organization

**What is Temporary Protected Status (TPS)?**

• TPS is a temporary immigration status granted to eligible nationals of a country designated for TPS under the Immigration and Nationality Act (INA), or to eligible persons without nationality who last habitually resided in the designated country.

• During the TPS designation period, TPS beneficiaries are eligible to remain in the United States, may not be removed, and are authorized to work and obtain EADs so long as they continue to meet the requirements of TPS.

• TPS beneficiaries may also be granted travel authorization as a matter of discretion.

• The granting of TPS does not result in or lead to permanent resident status.

• To qualify for TPS, beneficiaries must meet the eligibility criteria described in INA section 244(c), 8 U.S.C. 1254a(c) and 8 CFR part 244.

• When the Secretary terminates a country's TPS designation, beneficiaries return to the same immigration status they maintained before TPS, if any (unless that status has since expired or been terminated), or to any other immigration status they lawfully obtained while registered for TPS.

**When was Liberia designated for TPS?**

On November 21, 2014, the Secretary designated Liberia for TPS for a period of 18 months due to the extraordinary and temporary conditions caused by an epidemic of Ebola Virus Disease (EVD) in West Africa that prevented nationals of Liberia from returning to Liberia in safety. The conditions included high EVD transmission rates in wide-spread geographic areas, overwhelmed health care systems unable to handle the large number of EVD patients or to provide treatment for normally preventable or treatable conditions, and containment

(16 of 17), Page 16 of 17    Case: 25-2120, 05/28/2025, DktEntry: 49.16, Page 16 of 17
Case 3:25-cv-01766-EMC   Document 103-3   Filed 04/07/25   Page 147 of 148

**66060** Federal Register / Vol. 81, No. 186 / Monday, September 26, 2016 / Notices

measures that were causing significant disruptions to Liberia's economy and individuals' ability to access food and earn a livelihood. *See Designation of Liberia for Temporary Protected Status,* 79 FR 69502 (Nov. 21, 2014). The Secretary last announced a 6-month extension of TPS for Liberia on March 22, 2016, based on his determination that although there were significant improvements, conditions supporting the designation persisted. *See Extension of the Designation of Liberia for Temporary Protected Status,* 81 FR 15328 (Mar. 22, 2016).

**What authority does the Secretary have to terminate the designation of Liberia for TPS?**

Section 244(b)(1) of the INA, 8 U.S.C. 1254a(b)(1), authorizes the Secretary, after consultation with appropriate Government agencies, to designate a foreign state (or part thereof) for TPS if the Secretary determines that certain country conditions exist.[1] The Secretary may then grant TPS to eligible nationals of that foreign state (or eligible aliens having no nationality who last habitually resided in the designated country). *See* INA section 244(a)(1)(A), 8 U.S.C. 1254a(a)(1)(A).

At least 60 days before the expiration of a country's TPS designation or extension, the Secretary, after consultation with appropriate Government agencies, must review the conditions in a foreign state designated for TPS to determine whether the conditions for the TPS designation continue to be met. *See* INA section 244(b)(3)(A), 8 U.S.C. 1254a(b)(3)(A). If the Secretary determines that a foreign state continues to meet the conditions for TPS designation, the designation may be extended for an additional period of 6, 12, or 18 months. *See* INA section 244(b)(3)(C), 8 U.S.C. 1254a(b)(3)(C). If the Secretary determines that the foreign state no longer meets the conditions for TPS designation, the Secretary must terminate the designation, but such termination may not take effect earlier than 60 days after the date the **Federal Register** notice of termination is published, or if later, the expiration of the most recent previous extension of the country designation. *See* INA section 244(b)(3)(B), 8 U.S.C. 1254a(b)(3)(B). The Secretary may determine the appropriate effective date of the termination and the expiration of any TPS-related documentation, such as EADs, for the purpose of providing an orderly transition. *See id.;* INA section 244(d)(3), 8 U.S.C. 1254a(d)(3).

**Why is the Secretary terminating the designation of Liberia for TPS as of May 21, 2017, after a 6-month extension of TPS benefits for the purpose of orderly transition?**

DHS and the Department of State (DOS) have reviewed conditions in Liberia. Based on the reviews and after consulting with DOS, the Secretary has determined that the termination of the TPS designation of Liberia, after a 6-month extension of TPS benefits for orderly transition, is required because the extraordinary and temporary conditions that prompted Liberia's designation for TPS have substantially resolved and no longer prevent nationals of Liberia from returning in safety.

Guinea, Liberia, and Sierra Leone were designated for TPS in the midst of the largest EVD outbreak in history. From March 2014 through November 2015, these three countries suffered over 11,000 deaths among their more than 28,500 cases of EVD. At the height of the outbreak in late 2014, Ebola was spreading rapidly, with hundreds of new cases being reported each week, the health care systems overwhelmed, and containment measures causing significant disruptions to individuals' ability to access food and earn a livelihood. While the impacts of the epidemic pose a lasting challenge to Liberia's economy and the capacity of its health system to provide treatment for preventable or treatable conditions, at this time, the EVD epidemic has subsided, and conditions have improved since the Secretary initially designated Liberia for TPS.

A robust response by the international community and the governments of Guinea, Liberia, and Sierra Leone has brought the EVD epidemic in West Africa under control and begun the long-term work of rebuilding regional economies and health systems. As of June 2016, Guinea, Liberia, and Sierra Leone are all free of EVD. A country is considered free of EVD transmission after 42 days have passed since the last known person in the country with Ebola receives a second consecutive negative blood test for the virus. While the risk of flare-ups of EVD remains, efforts are underway to promote, over time, robust prevention, surveillance, and response capacity across all three countries.

In Liberia, the government and citizens partnered in a successful effort to control the epidemic and rapidly respond to any new cases. Commerce and imports have begun to rebound, and basic services have returned to pre-EVD outbreak levels. The U.S. Department of Health and Human Services, Centers for Disease Control and Prevention has no Ebola-related Travel Health Notice in place for Liberia as of the date of this Notice.

While health systems and facilities remain fragile, medical centers are no longer overwhelmed by patients with EVD. High rates of child mortality both before and since the EVD epidemic are indicative of the overall fragility of the health system. Although this is comparable to other countries in the region, systems in Liberia must also be able to address ongoing issues of trust between healthcare facilities and communities, as well as continue to care for Ebola survivors who have a series of ongoing and previously unforeseen health conditions, both of which will continue to exacerbate and underscore the fragility of these systems. Normal business activity and national life have largely resumed, although work is ongoing to rebuild Liberia's economy and health care system. On March 29, 2016, the WHO Director-General declared the end of the Public Health Emergency of International Concern regarding the EVD outbreak in West Africa. In conjunction with ending the public health emergency, the WHO emphasized that there should be no restrictions on travel and trade with Guinea, Liberia, and Sierra Leone.

Based upon this review and after consultation with appropriate Government agencies, the Secretary has determined that Liberia no longer continues to meet the statutorily required conditions for a TPS designation on the basis of extraordinary and temporary conditions, because the extraordinary and temporary conditions that prompted Liberia's TPS designation have substantially resolved and no longer prevent nationals of Liberia from returning to Liberia in safety. Therefore, after a 6-month extension of TPS benefits for orderly transition, the Secretary is terminating the TPS designation of Liberia effective at 12:01 a.m., local time, on May 21, 2017, 6 months following the end of the current designation. *See* INA section 244(b)(3)(B), 8 U.S.C. 1254a(b)(3)(B).

To provide for an orderly transition, individuals who have been granted TPS under Liberia's designation will automatically retain TPS and have their current EADs extended until the

---

[1] As of March 1, 2003, in accordance with section 1517 of title XV of the Homeland Security Act of 2002, Public Law 107–296, 116 Stat. 2135, any reference to the Attorney General in a provision of the INA describing functions transferred from the Department of Justice to the Department of Homeland Security (DHS) "shall be deemed to refer to the Secretary" of Homeland Security. *See* 6 U.S.C. 557 (codifying the Homeland Security Act of 2002, tit. XV, section 1517).

(17 of 17), Page 17 of 17 Case: 25-2120, 05/28/2025, DktEntry: 49.16, Page 17 of 17
Case 3:25-cv-01766-EMC Document 103-3 Filed 04/07/25 Page 148 of 148

Federal Register / Vol. 81, No. 186 / Monday, September 26, 2016 / Notices 66061

termination date. *See* INA section 244(d)(3), 8 U.S.C. 1254a(d)(3). DHS may, however, withdraw TPS from any beneficiary who fails to continue meeting the requirements for TPS. *See* INA section 244(c)(3), 8 U.S.C. 1254a(c)(3). There are approximately 2,160 current Liberia TPS beneficiaries. These persons are urged to use the time before termination of their TPS to prepare for and arrange their departure from the United States or, in the alternative, to apply for other immigration benefits for which they are eligible.

**Notice of Six-Month Extension of TPS Benefits for Orderly Transition Before Termination of the TPS Designation of Liberia**

By the authority vested in me as Secretary under INA section 244, 8 U.S.C. 1254a, I have determined, after consultation with the appropriate Government agencies, that Liberia no longer meets the conditions for designation of TPS under INA section 244(b)(1). 8 U.S.C. 1254a(b)(1).

Accordingly, I order as follows:

(1) Pursuant to INA section 244(b)(3)(B), the designation of Liberia for TPS is terminated effective at 12:01 a.m., local time, on May 21, 2017, 6 months following the end of the current designation.

(2) DHS estimates that there are approximately 2,160 nationals of Liberia (and aliens having no nationality who last habitually resided in Liberia) who currently receive TPS benefits.

(3) To provide for an orderly transition, nationals of Liberia (and aliens having no nationality who last habitually resided in Liberia) who have been granted TPS under the Liberia designation will automatically retain TPS until the May 21, 2017, termination date. However, an individual's TPS may be withdrawn before this date under INA section 244(c)(3) and 8 CFR 244.14 because of ineligibility for TPS.

(4) TPS-based EADs that expire on November 21, 2016, are extended automatically through May 20, 2017, for qualified nationals of Liberia (and aliens having no nationality who last habitually resided in Liberia).

(5) Information concerning the termination of TPS for nationals of Liberia (and aliens having no nationality who last habitually resided in Liberia) will be available at local USCIS offices upon publication of this notice and through the USCIS National Customer Service Center at 1–800–375–5283. This information will be published on the USCIS Web site at *www.USCIS.gov.*

**Jeh Charles Johnson,**
*Secretary.*

**If I currently have TPS under Liberia's designation, do I need to re-register to keep my TPS until May 21, 2017, the termination date?**

No. If you already have been granted TPS benefits through the Liberia TPS program, you do not have to re-register to keep your TPS benefits. You will automatically retain TPS until the termination date. However, your TPS may still be withdrawn under INA section 244(c)(3) and 8 CFR part 244 because of ineligibility for TPS. 8 U.S.C. 1254a(c)(3), 8 CFR 244.14. When termination becomes effective on May 21, 2017, you will no longer have TPS.

**Why is the Secretary automatically extending the validity of EADs from November 21, 2016, through May 20, 2017?**

The Secretary has decided to extend automatically the validity of EADs to provide for an orderly transition leading up to the effective date for the termination of the Liberia TPS designation. Therefore, the validity of the applicable EADs is extended for a period of 6 months, through May 20, 2017. 8 U.S.C. 1254a(a)(2) and (d)(3).

**Must qualified individuals apply for the automatic extension of their TPS-related EADs through May 20, 2017?**

No. Qualified individuals do not have to apply for this extension of their TPS-related EADs through May 20, 2017.

**What may I do if I believe that returning to Liberia is not possible or preferable for me?**

This Notice terminates the designation of Liberia for TPS. Nationals of Liberia (and aliens having no nationality who last habitually resided in Liberia) in the United States who believe returning to Liberia is not possible or preferable for them may be eligible to apply for another immigration status, such as lawful permanent residence, asylum, or a nonimmigrant status. Eligibility for these and other immigration benefits is determined individually on a case-by-case basis. For information about eligibility and how to apply, visit the USCIS Web site at *www.uscis.gov* or call the USCIS National Customer Service Center at 1–800–375–5283.

**How does the termination of TPS affect my immigration status and what can I do?**

After the termination of the TPS designation of Liberia becomes effective May 21, 2017, former TPS beneficiaries will maintain the same immigration status they held before TPS (unless the status has since expired or been terminated) or any other status they may have acquired while registered for TPS. Liberians who are included in the President's grant of Deferred Enforced Departure for Liberians, if extended past the current expiration date of September 30, 2016, will remain covered by Deferred Enforced Departure. Accordingly, if a TPS beneficiary held no lawful immigration status before being granted TPS and did not obtain any other status during the TPS period, he or she may be subject to removal upon the termination of the TPS designation. TPS-related EADs will expire on May 20, 2017, and will not be renewed.

Termination of the TPS designation for Liberia does not necessarily affect pending applications for other forms of immigration relief or protection. However, former TPS beneficiaries will begin to accrue unlawful presence as of May 21, 2017, if they have not been granted any other immigration status or protection or if they have no pending application to obtain benefits.

**Employment Authorization Document (EAD)**

*How can I obtain information on the status of my EAD request?*

To get case status information about your request for an EAD, you can check Case Status Online at *http://www.uscis.gov,* or call the USCIS National Customer Service Center at 800–375–5283 (TTY 800–767–1833). If your Application for Employment Authorization (Form I–765) has been pending for more than 90 days, and you still need assistance, you may request an EAD inquiry appointment with USCIS by using the InfoPass system at *https://infopass.uscis.gov.* However, we strongly encourage you first to check Case Status Online or call the USCIS National Customer Service Center for assistance before making an InfoPass appointment.

*Am I eligible to receive an automatic 6-month extension of my current EAD through May 20, 2017?*

Provided that you currently have TPS under the designation of Liberia, this Notice automatically extends your EAD by 6 months if you: