UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL TPS ALLIANCE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, et al., <br><br> Defendants. | Case No. 25-cv-01766-EMC <br><br> **ORDER RE SUPPLEMENTAL BRIEFING** <br><br> Docket Nos. 122, 165, 199, 172, 262 |

    Pending before the Court are the government's motions to dismiss, each party's motion for summary judgment, and Plaintiffs' motion to consider extra-record evidence. The Court orders the parties to file supplemental briefs addressing whether this Court should temporarily stay adjudication of these motions pending a decision by the Ninth Circuit on the government's appeal of this Court's postponement order.

    Each party shall file a supplemental brief by August 7, 2025. The brief shall be no longer than three pages.

    The Clerk of the Court is instructed to provide a courtesy copy of this order to the Clerk for the Ninth Circuit.

    **IT IS SO ORDERED**.

Dated: August 5, 2025

_____
EDWARD M. CHEN
United States District Judge